IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and SANOFI MATURE IP <br> v. <br> ACTAVIS LLC, et al. | ) <br> ) <br> ) Civil Action No. <br> ) <br> ) |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  Not Applicable

Date of Expiration of Patent:  October 27, 2030

Thirty Month Stay Deadline:  Not Applicable


    6/12/2020                                                             /s/ Jack B. Blumenfeld
        Date                                                                      Attorney(s) for Plaintiff