UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, and SANOFI MATURE IP,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LLC, ACTAVIS ELIZABETH LLC, APOTEX CORP., APOTEX INC., BPI LABS, LLC, BELCHER PHARMACEUTICALS, LLC, BRECKENRIDGE PHARMACEUTICAL, INC., DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., FRESENIUS KABI USA, LLC, GLENMARK PHARMACEUTICALS INC., USA, GLENMARK PHARMACEUTICALS LTD., SANDOZ INC., HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CA No. 20-804-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ACTAVIS LLC'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Actavis LLC makes the following disclosures:

1. Actavis LLC is an indirect wholly-owned subsidiary of Teva Pharmaceuticals, USA, Inc., which is an indirect wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company.

2. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of Teva Pharmaceuticals, USA, Inc. and Actavis LLC.

|  |  |
|---|---|
| | /s/ Karen E. Keller |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | David M. Fry (No. 5486) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| OF COUNSEL: | Wilmington, DE 19801 |
| Emily L. Rapalino | (302) 298-0700 |
| Daryl L. Wiesen | jshaw@shawkeller.com |
| GOODWIN PROCTER LLP | kkeller@shawkeller.com |
| 100 Northern Avenue | dfry@shawkeller.com |
| Boston, MA 02210 | nhoeschen@shawkeller.com |
| (617) 570-1000 | *Attorneys for Defendant Actavis LLC* |

Aviv A. Zalcenstein
Tiffany Mahmood
Joel L. Broussard
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800


Dated: July 20, 2020