IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, and SANOFI MATURE IP, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 20-0804-RGA<br>) |
| ACTAVIS LLC, APOTEX CORP., APOTEX INC., BELCHER PHARMACEUTICALS, LLC, BRECKENRIDGE PHARMACEUTICAL, INC., DR. REDDY'S LABORATORIES, DR. REDDY'S LABORATORIES, LTD., FRESENIUS KABI USA, LLC, SANDOZ INC., HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 10, 2020, the following document was served on the persons listed below in the manner indicated:

1) Actavis LLC's Initial Disclosures

**BY EMAIL**

Jack B. Blumenfeld
Derek James Fahnestock
MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jbbefiling@mnat.com
dfahnestock@mnat.com

Michael S. Screbo
VENABLE, LLP
1290 Avenue of the Americas, 20th Floor
New York, NY 10104
(212) 218-2100
mscerbo@venable.com

Whitney L. Meier
William E. Solander
Daniel J. Minion
VENABLE, LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY 10020

|  |  |
|---|---|
| | (212) 307-5500<br>wlmeier@venable.com<br>wsolander@venable.com<br>dminion@venable.com |
| OF COUNSEL:<br>Emily L. Rapalino, Esq.<br>Daryl L. Wiesen, Esq.<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br><br>Aviv A. Zalcenstein, Esq.<br>Tiffany Mahmood, Esq.<br>Joel Broussard, Esq.<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>(212) 813-8800<br><br>Dated: August 10, 2020 | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Defendants Actavis, LLC* |