IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, and SANOFI MATURE IP, <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LLC, ACTAVIS ELIZABETH LLC, APOTEX CORP., APOTEX INC., BPI LABS, LLC, BELCHER PHARMACEUTICALS, LLC, BRECKENRIDGE PHARMACEUTICAL, INC., DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., FRESENIUS KABI USA, LLC, GLENMARK PHARMACEUTICALS INC., USA, GLENMARK PHARMACEUTICALS LTD., SANDOZ INC., HETERO USA, INC., HETERO LABS LTD., and HETERO LABS LTD. UNIT-VI, <br><br> Defendants. | C. A. No. 20-804-RGA <br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 10, 2020, a copy of Defendants Apotex Inc.'s and Apotex Corp.'s Rule 26(a)(1) Initial Disclosures was served on the following counsel in via e-mail:

Jack B. Blumenfeld
Derek J. Fahnestock
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
dfahnestock@mnat.com

William E. Solander
Daniel J. Minion
Whitney L. Meier
Venable LLP

1270 Avenue of the Americas, 24th Floor
New York, NY 10020
wsolander@venable.com
dminon@venable.com
mlmeier@venable.com

Michael S. Scerbo
Venable LLP
1290 Avenue of the Americas
New York, NY 10104
mscerbo@venable.com

Dated:  August 10, 2020

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*