IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANOFI-AVENTIS U.S. LLC and SANOFI MATURE IP, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 20-804 (RGA) CONSOLIDATED |
| ACTAVIS LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Scheduling Order dated August 5, 2020 (D.I. 66), Plaintiffs Sanofi-Aventis U.S. LLC and Sanofi Mature IP (collectively, "Sanofi) and Defendants Actavis LLC; Apotex Corp. and Apotex Inc.; Breckenridge Pharmaceutical, Inc.; Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.; Fresenius Kabi USA, LLC; Mylan Laboratories Ltd.; and Sandoz Inc. (collectively, "Defendants") have met and conferred, and hereby submit the attached Joint Claim Construction Chart for U.S. Patent Nos. 10,583,110 ("the '110 patent") and 10,716,777 ("the '777 patent").

The charts below identify the parties' proposed constructions and identification of intrinsic evidence in support of disputed constructions. Exhibit A to the Joint Claim Construction Chart is a copy of the '110 patent. Exhibit B to the Joint Claim Construction Chart is a copy of the '777 patent.  Exhibit C to the Joint Claim Construction Chart is a copy of cited portions of the prosecution file history of the '110 patent. Exhibit D to the Joint Claim Construction Chart is a copy of cited portions of the prosecution file history of the '777 patent.  Exhibit E to the Joint Claim Construction Chart is a copy of *Sanofi Mature IP v. Mylan Labs. Ltd.*, 757 F. Appx. 988

(Fed. Cir. 2019).  Exhibit F to the Joint Claim Construction Chart is a copy of *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 112 (Oct. 22, 2019).

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  |  |
|  | */s/ Derek J. Fahnestock* |
|  | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Derek J. Fahnestock (#4705) |
| William E. Solander | 1201 North Market Street |
| Daniel J. Minion | P.O. Box 1347 |
| Whitney L. Meier | Wilmington, DE  19899 |
| VENABLE LLP | (302) 658-9200 |
| 1270 Avenue of the Americas, 24th Floor | jblumenfeld@mnat.com |
| New York, NY  10020 | dfahnestock@mnat.com |
| (212) 307-5500 |  |
|  | *Attorneys for Plaintiffs Sanofi-Aventis LLC and Sanofi Mature IP* |
| Michael S. Scerbo |  |
| VENABLE LLP |  |
| 1290 Avenue of the Americas |  |
| New York, NY  10104-3800 |  |
| (212) 218-2100 |  |
|  |  |
| Jiang Lin |  |
| SANOFI U.S. SERVICES INC. |  |
| 55 Corporate Drive |  |
| Mail Stop: 55A-525 |  |
| Bridgewater, NJ  08807 |  |
| (908) 981-6771 |  |

|  |  |
|---|---|
| | SHAW KELLER LLP |
| | */s/ Nathan R. Hoeschen* |
| OF COUNSEL: | John W. Shaw (#3362) |
| | Karen E. Keller (#4489) |
| Daryl L. Wiesen | David M. Fry (#5486) |
| Emily Rapalino | Nathan R. Hoeschen (#6232) |
| GOODWIN PROCTER LLP | I.M. Pei Building |
| 100 Northern Avenue | 1105 North Market Street, 12th Floor |
| Boston, MA  02210 | Wilmington, DE  19801 |
| (617) 570-1000 | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| Aviv Zalcenstein | dfry@shawkeller.com |
| Tiffany Mahmood | nhoeschen@shawkeller.com |
| Joel Broussard | |
| GOODWIN PROCTER LLP | *Attorneys for Defendant Actavis LLC* |
| 620 Eighth Avenue | |
| New York, NY  10018 | |
| (212) 813-8800 | |
| | |
| | PHILLIPS, MCLAUGHLIN, & HALL, P.A. |
| | */s/ Megan C. Haney* |
| OF COUNSEL: | John C. Phillips, Jr. (#110) |
| | Megan C. Haney (#5016) |
| Andrew M. Alul | 1200 North Broom Street |
| Richard R. Ruzich | Wilmington, DE 19806 |
| Stephen R. Auten | (302) 655-4200 |
| Roshan P. Shrestha | jcp@pmhdelaw.com |
| TAFT STETTINIUS & HOLLISTER LLP | mch@pmhdelaw.com |
| 111 East Wacker Drive, Suite 2800 | |
| Chicago, IL  60601-3713 | *Attorneys for Defendants Apotex Corp. and* |
| (312) 527-4000 | *Apotex Inc.* |
| | |
| Derek B. Lavender | |
| TAFT STETTINIUS & HOLLISTER LLP | |
| 1 Indiana Square | |
| Indianapolis, IN  46204 | |
| (317) 713-3500 | |

|  |  |
|---|---|
| | RICHARDS LAYTON & FINGER, P.A. |
| OF COUNSEL: | /s/ Kelly E. Farnan |
| C. Kyle Musgrove<br>PARKER POE ADAMS & BERNSTEIN LLP<br>620 South Tryon Street, Suite 800<br>Charlotte, NC  28202<br>(704) 372-9000 | Kelly E. Farnan (#4395)<br>Valerie A. Caras (#6608)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>farnan@rlf.com<br>caras@rlf.com |
| Elizabeth M. Crompton<br>John W. Bateman<br>PARKER POE ADAMS & BERNSTEIN LLP<br>1400 K Street NW, Suite 1000<br>Washington, DC  20005<br>(202) 434-9100 | *Attorneys for Defendant Breckenridge Pharmaceutical, Inc.* |
| Bruce D. DeRenzi<br>BRECKENRIDGE PHARMACEUTICAL, INC.<br>15 Massirio Drive, Suite 201<br>Berlin, CT  06037<br>(646) 448-1308 | |
| | SMITH, KATZENSTEIN & JENKINS LLP |
| | /s/ Eve H. Ormerod |
| OF COUNSEL:<br><br>James P. Barabas<br>Frank D. Rodriguez<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms, Suite 100<br>Madison, NJ  07940<br>(973) 966-3200 | Neal C. Belgam (#2721)<br>Eve H. Ormerod (#5369)<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>eormerod@skjlaw.com<br><br>*Attorneys for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

4

|  |  |
|---|---|
|  | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|  | */s/ Dominick T. Gattuso* |
| OF COUNSEL: | Dominick T. Gattuso (#3630) |
|  | 300 Delaware Avenue, Suite 200 |
| Daryl L. Wiesen | Wilmington, DE  19801 |
| Emily Rapalino | (302) 472-7300 |
| GOODWIN PROCTER LLP | dgattuso@hegh.law |
| 100 Northern Avenue |  |
| Boston, MA  02210 | *Attorneys for Fresenius Kabi USA, LLC* |
| (617) 570-1000 |  |
|  |  |
| Aviv Zalcenstein |  |
| Tiffany Mahmood |  |
| Joel Broussard |  |
| GOODWIN PROCTER LLP |  |
| 620 Eighth Avenue |  |
| New York, NY  10018 |  |
| (212) 813-8800 |  |
|  | POTTER ANDERSON & CORROON LLP |
|  | */s/ Bindu A. Palapura* |
| OF COUNSEL: | David E. Moore (#3983) |
|  | Bindu A. Palapura (#5370) |
| Matthew R. Reed | Tracey E. Timlin (#6469) |
| G. Edward Powell, III | Hercules Plaza, 6th Floor |
| WILSON SONSINI GOODRICH AND ROSATI | 1313 North Market Street |
| 650 Page Mill Road | Wilmington, DE  19801 |
| Palo Alto, CA  94304 | (302) 984-6000 |
| (650) 493-9300 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Wendy Lynn Devine | ttimlin@potteranderson.com |
| Kristina M. Hanson |  |
| WILSON SONSINI GOODRICH AND ROSATI | *Attorneys for Defendant Mylan Laboratories Limited* |
| One Market Plaza |  |
| Spear Tower, Suite 300 |  |
| San Francisco, CA  94105 |  |
| (415) 947-2000 |  |

5

| | |
|---|---|
| OF COUNSEL:<br><br>Daryl L. Wiesen<br>Emily Rapalino<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>(617) 570-1000<br><br>Aviv Zalcenstein<br>Tiffany Mahmood<br>Joel Broussard<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY  10018<br>(212) 813-8800<br><br>September 9, 2020 | HEYMAN ENERIO GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br><br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>(302) 472-7311<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants Sandoz and Fresenius Kabi USA, LLC* |

## Agreed Construction

| Term | Claims | Parties' Construction |
|---|---|---|
| castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel | All | castration resistant metastatic prostate cancer that has worsened during or after treatment with docetaxel |

## Disputed Constructions

| Term | Claim | Sanofi's Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| A method of increasing survival | All | Limiting preamble; plain and ordinary meaning<br><br>**Intrinsic Evidence**<br><br>'110 patent, Exhibit A, including: Figure 1, Figure 3, 1:32-2:39, 3:28-37, 3:45-46, 3:49-51, 6:38-42, 11:40-67<br><br>'777 patent, Exhibit B, including: Figure 1, Figure 3, 1:33-2:41, 3:31-40, 3:48-49, 3:52-54, 6:41-45, 11:38-12:8<br><br>Prosecution file history of the '110 patent, Exhibit C, including: 10/24/2019 Applicant Response to Office Action at 7; 10/24/2019 Claim Amendments; 1/13/2020 Notice of Allowance at 4-6 | A method that requires increasing survival as the intentional purpose for which the recited method must be performed<br><br>**Intrinsic Evidence**<br><br>'110 Patent, Exhibit A, including:<br><br>'110 Patent, Figs. 1-5<br><br>'110 Patent, Table 1<br><br>'110 Patent, Table 5<br><br>'110 Patent at 2:43-3:41<br><br>'110 Patent at 3:47-48<br><br>'110 Patent at 4:10-12<br><br>'110 Patent at 4:18-19<br><br>'110 Patent at 5:41-8:14 |

| Term | Claim | Sanofi's Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | Prosecution file history of the '777 patent, Exhibit D, including: 4/1/2020 Non-Final Rejection at 9-11; 6/9/20 Notice of Allowance at 2-4<br><br>Exhibit E: *Sanofi Mature IP v. Mylan Labs. Ltd.*, 757 F. Appx. 988 (Fed. Cir. 2019)<br><br>Exhibit F: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 112 (Oct. 22, 2019) | '110 Patent at 8:61-65<br>'110 Patent at 9:55<br>'110 Patent at 10:45-16:37<br>'110 Patent at 17:17-18:30<br>'777 Patent, Exhibit B, including:<br>'777 Patent, Figs. 1-5<br>'777 Patent, Table 1<br>'777 Patent, Table 5<br>'777 Patent at 2:33-3:44<br>'777 Patent at 2:65-67<br>'777 Patent at 3:6-9<br>'777 Patent at 3:50-51<br>'777 Patent at 4:13-15<br>'777 Patent at 4:21-22<br>'777 Patent at 5:44-8:14<br>'777 Patent at 8:61-65<br>'777 Patent at 10:45-17:51<br>'777 Patent at 17:50-51<br>'777 Patent at 18:30-67<br>'777 Patent at 19:5, 9 |

| Term | Claim | Sanofi's Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | | Prosecution file history of the '110 Patent, Exhibit C, including:<br><br>March 15, 2018 Summary of Applicant Initiated Interview<br><br>May 25, 2018 Office Action Response at 2-4<br><br>April 24, 2019 Final Rejection<br><br>October 24, 2019 Office Action Response at 7<br><br>January 13, 2020 Notice of Allowance<br><br>Prosecution file history of the '777 Patent, Exhibit D, including:<br><br>April 1, 2020 Non-Final Rejection<br><br>June 9, 2020 Notice of Allowance<br><br>Exhibit E: *Sanofi Mature IP v. Mylan Labs. Ltd.*, 757 F. Appx. 988 (Fed. Cir. 2019)<br><br>Exhibit F: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 112 (Oct. 22, 2019) |

| Term | Claim | Sanofi's Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| to a patient in need thereof | All | to one or more patients with the intent of increasing survival<br><br>**Intrinsic Evidence**<br><br>'110 patent, Exhibit A, including: Figure 1, Figure 3, 1:21-28, 1:32-2:39, 2:62-3:2, 3:28-37, 3:45-46, 3:49-51, 6:38-42, 7:7-9, 9:47-59, 10:3-41, 10:45-63, 11:1-13, 11:40-67, 16:15-37<br><br>'777 patent, Exhibit B, including: Figure 1, Figure 3, 1:22-29, 1:33-2:41, 2:65-67, 3:1-5, 3:31-40, 3:48-49, 3:52-54, 6:41-45, 7:10-15, 9:47-59, 10:3-41, 10:45-63, 11:1-13, 11:38-12:8, 17:30-51<br><br>Prosecution file history of the '110 patent, Exhibit C, including: 10/24/2019 Applicant Response to Office Action at 7; 10/24/2019 Claim Amendments; 1/13/2020 Notice of Allowance at 4-6<br><br>Prosecution file history of the '777 patent, Exhibit D, including: 4/1/2020 Non-Final Rejection at 6, 9-11; 6/9/20 Notice of Allowance at 2-4<br><br>Exhibit E: *Sanofi Mature IP v. Mylan Labs. Ltd.*, 757 F. Appx. 988 (Fed. Cir. 2019) | to an individual patient in need of increased survival<br><br>**Intrinsic Evidence**<br><br>'110 Patent, Exhibit A, including:<br><br>  '110 Patent, Fig. 2<br>  '110 Patent, Table 1<br>  '110 Patent, Table 5<br>  '110 Patent at 2:43-3:41<br>  '110 Patent at 3:47-48<br>  '110 Patent at 4:18-19<br>  '110 Patent at 5:41-8:14<br>  '110 Patent at 8:61-65<br>  '110 Patent at 9:55<br>  '110 Patent at 10:45-16:37<br>  '110 Patent at 17:17-18:30<br><br>'777 Patent, Exhibit B, including:<br><br>  '777 Patent, Fig. 2<br>  '777 Patent, Table 1<br>  '777 Patent, Table 5<br>  '777 Patent at 2:33-3:44<br>  '777 Patent at 2:65-67 |

| Term | Claim | Sanofi's Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | Exhibit F: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 112 (Oct. 22, 2019) | '777 Patent at 3:6-9<br><br>'777 Patent at 3:50-51<br><br>'777 Patent at 4:21-22<br><br>'777 Patent at 5:44-8:14<br><br>'777 Patent at 8:61-65<br><br>'777 Patent at 10:45-17:51<br><br>'777 Patent at 17:50-51<br><br>'777 Patent at 18:30-67<br><br>'777 Patent at 19:5, 9<br><br>Prosecution file history of the '110 Patent, Exhibit C, including:<br><br>   March 15, 2018 Summary of Applicant Initiated Interview<br><br>   May 25, 2018 Office Action Response<br><br>   April 24, 2019 Final Rejection<br><br>   October 24, 2019 Office Action Response<br><br>   January 13, 2020 Notice of Allowance<br><br>Prosecution file history of the '777 Patent, Exhibit D, including:<br><br>   April 1, 2020 Non-Final Rejection<br><br>   June 9, 2020 Notice of Allowance |

| Term | Claim | Sanofi's Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | | Exhibit E: *Sanofi Mature IP v. Mylan Labs. Ltd.*, 757 F. Appx. 988 (Fed. Cir. 2019) <br><br> Exhibit F: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 112 (Oct. 22, 2019) |