# Exhibit A

US010583110B2

(12) **United States Patent**
Gupta

(10) **Patent No.:** US 10,583,110 B2
(45) **Date of Patent:** Mar. 10, 2020

(54) **ANTITUMORAL USE OF CABAZITAXEL**

(71) Applicant: **Aventis Pharma S.A.**, Antony (FR)

(72) Inventor: **Sunil Gupta**, Lexington, MA (US)

(73) Assignee: **SANOFI MATURE IP**, Paris (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/627,962**

(22) Filed: **Jun. 20, 2017**

(65) **Prior Publication Data**

US 2018/0125810 A1      May 10, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 14/575,566, filed on Dec. 18, 2014, now abandoned, which is a continuation of application No. 13/456,720, filed on Apr. 26, 2012, now Pat. No. 8,927,592, which is a continuation of application No. PCT/IB2010/054866, filed on Oct. 27, 2010.

(60) Provisional application No. 61/389,969, filed on Oct. 5, 2010, provisional application No. 61/383,933, filed on Sep. 17, 2010, provisional application No. 61/369,929, filed on Aug. 2, 2010, provisional application No. 61/355,888, filed on Jun. 17, 2010, provisional application No. 61/355,834, filed on Jun. 17, 2010, provisional application No. 61/293,903, filed on Jan. 11, 2010, provisional application No. 61/256,160, filed on Oct. 29, 2009.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 31/337* | (2006.01) |
| *A61K 31/164* | (2006.01) |
| *A61K 31/56* | (2006.01) |
| *A61K 31/573* | (2006.01) |
| *A61K 45/06* | (2006.01) |
| *A61K 38/19* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/337* (2013.01); *A61K 31/164* (2013.01); *A61K 31/56* (2013.01); *A61K 31/573* (2013.01); *A61K 38/193* (2013.01); *A61K 45/06* (2013.01)

(58) **Field of Classification Search**
CPC . A61K 31/337; A61K 31/573; A61K 31/4402
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,814,470 A | 3/1989 | Colin et al. |
| 5,005,588 A | 4/1991 | Rubin |
| 5,438,072 A | 8/1995 | Bobee et al. |
| 5,698,582 A | 12/1997 | Bastart et al. |
| 5,714,512 A | 2/1998 | Bastart et al. |
| 5,750,561 A | 5/1998 | Bastart et al. |
| 5,847,170 A | 12/1998 | Bouchard et al. |
| 5,889,043 A | 3/1999 | Bouchard et al. |
| 5,962,705 A | 10/1999 | Didier et al. |
| 6,160,135 A | 12/2000 | Bouchard et al. |
| 6,331,635 B1 | 12/2001 | Bouchard et al. |
| 6,346,543 B1 | 2/2002 | Bissery et al. |
| 6,372,780 B2 | 4/2002 | Bouchard et al. |
| 6,387,946 B1 | 5/2002 | Bouchard et al. |
| 6,403,634 B1 | 6/2002 | Bissery |
| 7,074,821 B1 | 7/2006 | Bouchard et al. |
| 7,241,907 B2 | 7/2007 | Didier et al. |
| 7,772,274 B1 | 8/2010 | Palepu |
| 8,378,128 B2 | 2/2013 | Billot et al. |
| 8,846,959 B2 | 9/2014 | Billot et al. |
| 8,927,592 B2 | 1/2015 | Gupta |
| 2002/0038038 A1 | 3/2002 | Bouchard et al. |
| 2004/0126379 A1 | 7/2004 | Adolf et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1849311 A | 10/2006 |
| EP | 0817779 B1 | 1/2000 |

(Continued)

OTHER PUBLICATIONS

Winquist (The Canadian Journal of Urology, Feb. 2008, vol. 15, No. 1, pp. 3942-3949) (Year: 2008).*

(Continued)

*Primary Examiner* — James D. Anderson

(74) *Attorney, Agent, or Firm* — Kelly L. Bender

(57) **ABSTRACT**

The invention relates to a compound of formula:



which may be in base form or in the form of a hydrate or a solvate, in combination with prednisone or prednisolone, for its use as a medicament in the treatment of prostate cancer, particularly metastatic prostate cancer, especially for patients who are not catered for by a taxane-based treatment.

**6 Claims, 7 Drawing Sheets**

# US 10,583,110 B2

Page 2

## (56)    References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0065138 | A1 | 3/2005 | Didier et al. |
| 2005/0070496 | A1 | 3/2005 | Borovac et al. |
| 2005/0244413 | A1 | 11/2005 | Adolf et al. |
| 2008/0076780 | A1 | 3/2008 | Curwen et al. |
| 2008/0279923 | A1 | 11/2008 | Bradke et al. |
| 2010/0311825 | A1 | 12/2010 | Rortais et al. |
| 2011/0105598 | A1 | 5/2011 | Gurjar et al. |
| 2011/0144362 | A1 | 6/2011 | Billot et al. |
| 2011/0160159 | A1 | 6/2011 | Ryan |
| 2011/0177970 | A1 | 7/2011 | Chauchereau et al. |
| 2011/0237540 | A1 | 9/2011 | Crawford et al. |
| 2012/0077845 | A1 | 3/2012 | Dalton et al. |
| 2012/0115806 | A1 | 5/2012 | Magherini |
| 2012/0301425 | A1 | 11/2012 | Gupta |
| 2015/0118182 | A1 | 4/2015 | Gupta |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2177630 A1 | 4/2010 |
| FR | 2732340 A1 | 10/1996 |
| JP | 2007505866 A | 3/2007 |
| WO | WO-9418164 A1 | 8/1994 |
| WO | WO-9630355 A1 | 10/1996 |
| WO | WO-9630356 A1 | 10/1996 |
| WO | WO-0010547 A2 | 3/2000 |
| WO | WO-2005002846 A1 | 1/2005 |
| WO | WO-2005028462 A1 | 3/2005 |
| WO | WO-2006062811 A2 | 6/2006 |
| WO | WO-2010117668 A1 | 10/2010 |
| WO | WO-2010128258 A1 | 11/2010 |
| WO | WO-2011051894 A1 | 5/2011 |
| WO | WO-2011063421 A1 | 5/2011 |
| WO | WO-2011124669 A1 | 10/2011 |
| WO | WO-2011130317 A2 | 10/2011 |
| WO | WO-2011130566 A2 | 10/2011 |

### OTHER PUBLICATIONS

Tropic Listing (http://clinicaltrials.gov/archive/NCT00417079/2006_12_28. View of NCT00417079 on Dec. 28, 2006, 3 pages).*
Mita (Clin. Cancer Res., Jan. 15, 2009, vol. 15, No. 2, pp. 723-730) (Year: 2009).*
Attard (Pathologie Biologie, 2006, vol. 54, pp. 72-84) (Year: 2006).*
Pivot (Annals of Oncology, 2008, vol. 19, pp. 1547-1552) (Year: 2008).*
Beardsley (Curr. Opin. Support Palliat. Care, 2008, vol. 2, pp. 161-166) (Year: 2008).*
Taxol (Paclitaxel) Label (Mead Johnson, Feb. 10, 2000, pp. 1-43) (Year: 2000).*
Takenaka et al. (International Journal of Urology, 2008, vol. 15, pp. 106-109) (Year: 2008).*
Hudis et al. (J. Clin. Oncol., 1996, vol. 14, pp. 58-65) (Year: 1996).*
Tannock et al. (N. Engl. J. Med., 2004, vol. 351, pp. 1502-1512) (Year: 2004).*
Declaration of Alton Oliver Sartor, M.D., as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun 23, 2016.
Curriculum Vitae for A. Oliver Sartor, M.D., dated Feb. 23, 2016.
Reply Declaration of Alton Oliver Sailor, M.D., as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Apr. 20, 2017.
Reply Declaration of Dr. Rahul Seth, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Sealed Opinion of Dec. 19, 2017 (redacted).

Declaration Transcript of Dr. Oliver Sartor, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Feb. 13, 2017.
Declaration Transcript of Dr. Oliver Sartor, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated May 8, 2017.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Excerpts from Markman Hearing held on Jan. 23, 2016, pp. 1-9, 90-105.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Defendants Joint Responsive Claim Construction Brief, entered Dec. 3, 2015.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Joint Claim Construction and Prehearing Statement, dated Oct. 2, 2015.
Declaration of Mr. Robert McSorley, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Declaration of Art Lathers, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 22, 2016.
Declaration Transcript of Rahul Seth, DO, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 9, 2016.
Declaration of Patricia Matthews, RN, BSN, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jan. 16, 2017.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Amended Claim Construction Opinion, Oct. 7, 2016.
Declaration Transcript of Michael Edward Tate, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 6, 2017.
*Sanofi-Aventis* v. *Mylan Laboratories Limited*, Civil Action No. 15-3392, United States District Court, District of New Jersey, Defendant's Answer to the Complaint, Separate Defenses and Counterclaims, 2015.
*Sanofi-Aventis* v. *ONCO Therapies*, United States District Court, District of New Jersey, Complaint for Patent Infringement, May 15, 2015.
Public Deposition of Robert McSorley, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Apr. 19, 2017.
Final Written Decision, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Sep. 21, 2017.
*Aventis Pharma S.A.* v. *Mylan Laboratories Limited*, Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Brief for Appellant, dated Mar. 15, 2018.
Patent Owner's Contingent Motion to Amend as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 23, 2016.
Patent Owner's Response as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 23, 2016.
Preliminary Response by Patent Owner pursuant to 37 CFR 42.107 as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 24, 2016.
*Sanofi* v. *Glenmark Pharmaceuticals*, Civil Action No. 14-264-RGA, United States District Court, District of Delaware, Trial Opinion dated Aug. 31, 2016.
*Sanofi* v. *Lupin Atlantic Holdings*, Civil Action No. 15-415-RGA, United States District Court, District of Delaware, Trial Opinion dated Oct. 23, 2017.
*Sanofi* v. *Watson Laboratories Inc.*, Case 2016-2722, U.S. Court of Appeals for the Federal Circuit, Opinion dated Nov. 9, 2017.

## US 10,583,110 B2
Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

*Aventis Pharma S.A.* v. *Mylan Laboratories Limited*, Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Reply Brief for Appellant, dated May 18, 2018.

*Aventis Pharma S.A.* v. *Mylan Laboratories Limited*, Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Responsive Brief, dated Apr. 24, 2018.

A Promising R&D Portfolio, Well Positioned to Deliver Future Growth, Sanofi-Aventis Press Release, Sep. 2007, pp. 1-11.

A Randomized, Open-label, Phase 3 Study of Larotaxel IV Every 3 Weeks Versus Capecitabine (Xeloda®) Tablets Twice Daily for 2 Weeks in 3 Week Cycles in Patients with Metastatic Breast Cancer (MBC) Progressing After Taxanes and Anthracycline Therapy (EFG6089), 2012 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://en.sanofi.com/img/content/study/EFC_6089_summary.pdf).

Abrams et al., New Chemotherapeutic Agents for Breast Cancer, Cancer Suppl. 74(3), pp. 1164-1176, 1994.

Abraxane (paclitaxel) Label (May 2007).

Actavis LLC's Detailed Factual and Legal Basis for its Paragraph IV Certification that U.S. Pat. No. 8,927,592 is invalid, Unenforceable and/or Not Infringed by the [] Described in Actavis' NDA No. 207970 (2015) (redacted).

Actavis Prednisone Label (2015).

Adam's LLC'S Detailed Factual and Legal Basis for its Paragraph IV Certification that U.S. Pat. No. 8,927,592 is invalid, Unenforceable and/or Not Infringed by the [] Described in Actavis' NDA No. 207970 (2015) (redacted).

Alimta (pemetrexed) Label (Sep. 2008).

American Cancer Society Cancer Facts & Figures 2005.

American Cancer Society Cancer Facts & Figures 2009.

American Cancer Society Cancer Facts & Figures 2011.

American Cancer Society, Off-Label Drug Use, What is Off-Label Drug Use?, [retrieved from https://www.cancer.org/treatment/treatments-and-side-effects/treatment-types/chemotherapy/off-label-drug-use.html] (2017).

Andean Patent Manual. Andean Community secretary, OMPI, EPO, 2004. Section 9.4.

Anonymous, "Early study shows cabazitaxel may be more effective than docetaxel in some patients with advanced prostate cancer," American Society of Clinical Oncology, Inc., posted Apr. 3, 2015 by The ASCO Post, retrieved from internet Oct. 30, 2018 from URL http://http://www.ascopost.com/News/23626.

Antonarakis E.S., et al., "Phase III Trials with Docetaxel-Based Combinations for Metastatic Castration-Resistant Prostate Cancer," Journal of Clinical Oncology, 2013, vol. 31 (14), pp. 1709-1712.

Antonarakis et al., Novel Targeted Therapeutics for Metastatic Castration-Resistant Prostate Cancer, 291(1) Cancer Lett. 1-13 (2010), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4029098/ (published online Aug. 29, 2009).

Apotex, Detailed Statement for ANDA 207736, 2015 (redacted).

Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), 31st Edition, 2011.

Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), 36th Edition, 2016.

Araujo J.C., et al., "Overall Survival (OS) and Safety of Dasatinib/docetaxel Versus Docetaxel in Patients With Metastatic Castration-resistant Prostate Cancer (mCRPC): Results From the Randomized Phase III Ready Trial," Journal of Clinical Oncology, Feb. 2013, vol. 31 (6), Abstract LBA8, 3 pages as retrieved from http://ascopubs.org/doi/10.1200/jco.2013.31.6_suppl.lba8 on Oct. 30, 2018.

Archimbaud; Y., "Mouse plasma and tumor pharmacokinetics of TXD258, a new taxoid", American Association for Cancer Research, 91st Annual Meeting, Apr. 1-5, 2000, vol. 41, Abstract 1373, p. 215.

Armstrong A.J., et al., "New Drug Development in Metastatic Prostate Cancer," Urologic Oncology, 2008, vol. 26 (4), pp. 430-437.

Armstrong and Carducci, New Drugs in Prostate Cancer, 16 Curr. Opin. Urol. 138-45 (2006).

Avastin (bevacizumab), Prescribing Information (Label), Jul. 2009.

Bahl A., et al., Final quality of life and safety data for patients with metastatic castration-resistant prostate cancer treated with cabazitaxel in the UK early access programme (EAP) (NCT01254279), BJU International. vol. 116, pp. 880-887 (2015).

Bahl A., et al., 'Impact of cabazitaxel on 2-year survival and palliation of tumour-related pain in men with metastatic castration-resistant prostate cancer treated in the TROPIC trial,' Annals of Oncology, vol. 24 No. 9, pp. 2402-2408 (2013).

Baselga et al., Phase II Study of Weekly Intravenous Trastuzumab (Herceptin) in Patients with HER2/neu-Overexpressing Metastatic Breast Cancer, Semin. in Oncol. vol. 26 No. 4, Suppl. 12, pp. 78-83, 1999.

Baselga J., et al., 'Phase II study of efficacy, safety, and pharmacokinetics of trastuzumab monotherapy administered on a 3-weekly schedule,' Journal of Clinical Oncology. vol. 23 No. 10, pp. 2162-2171 (2005).

Bedikian A.Y., et al., 'Phase 3 study of docosahexaenoic acid-paclitaxel versus dacarbazine in patients with metastatic malignant melanoma,' Annals of Oncology vol. 22 No. 4, pp. 787-793 (2011).

Beer et al., Phase II Study of KOS-862 in Patients with Metastatic Androgen Independent Prostate Cancer Previously Treated with Docetaxel, 25 Invest. New Drugs 565-70 (2007).

Beer T.M., et al., "Double-Blinded Randomized Study of High-Dose Calcitriol Plus Docetaxel Compared with Placebo Plus Docetaxel in Androgen-Independent Prostate Cancer: A Report from the Ascent Investigators," Journal of Clinical Oncology, 2007, vol. 25 (6), pp. 669-674.

Beeram M. et al., 'A phase I and pharmacokinetic (PK) study of the novel taxane BMS 184476 administered as a 1-hour intravenous (IV) infusion weekly,' Proceedings of ASCO vol. 20, p. 106a, Abstract 421 (2001).

Berry D.L., et al. , "Quality of Life and Pain in Advanced Stage Prostate Cancer: Results of a Southwest Oncology Group Randomized Trial Comparing Docetaxel and Estramustine to Mitoxantrone and Prednisone," Journal of Clinical Oncology, 2006, vol. 24 (18), pp. 2828-2835.

Berry W., et al., "Phase III Study of Mitoxantrone Plus Low Dose Prednisone Versus Low Dose Prednisone Alone in Patients with Asymptomatic Hormone Refractory Prostate Cancer," The Journal of Urology, 2002, vol. 168 (6), pp. 2439-2443.

Berthold D.R., et al., "Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the TAX 327 Study," Journal of Clinical Oncology, Jan. 10, 2008, vol. 26 (2), pp. 242-245.

Berthold Dr., et al., "Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the Tax 327 Study," Journal of Clinical Oncology, 2008, vol. 26 (2), pp. 242-245.

Bissery et al., Experimental Antitumor Activity of Taxotere (RP 56976, NSC 628503), a Taxol Analogue, Cancer Research 51 pp. 4845-4852, 1991.

Bissery M.C., et al., "Preclinical Evaluation of TXD258, A New Taxoid," Proceedings of the American Association for Cancer Research, 2000, vol. 41, p. 214, Abstract No. 1364.

Booth B., et al., "Oncology's Trials," Nature Reviews, Drug Discovery, 2003, vol. 2 (8), pp. 609-610.

Bouchet B.P., et al., "Cabazitaxel, a New Taxane with Favorable Properties," Drugs of Today (Barcelona, Spain, 2010, vol. 46 (10), pp. 735-742.

BPI's Detailed Factual and Legal Bases in Support of its Paragraph IV Certification for Cabazitaxel Solution. IV, 2015 (redacted).

Brady, Urological Institute Johns Hopkins Medical Institutions, New Drugs for Prostate Cancer: Chemotherapy Transformed, vol. VI, 1-2, 2003.

Bristol-Myers Squibb, 'In the pipeline Dec. 31, 2014,' URL: http://www.bms.com/research/pipeline/Pages/default.aspx. Retrieved on Aug. 5, 2016.

Bristol-Myers Squibb Reports Results for Phase 3 Trial of Yervoy (Ipilimumab) in Previously•Treated Castration Resistant Prostate Cancer, Press Release Sep. 12, 2013 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL.http://news.bms.com/press-release/rd-news/bristol-myers-squibb-reports-results-phase-3-trial-yervoy-ipilimumab-previous).

(56)　　　　References Cited

OTHER PUBLICATIONS

Brooks, FDA Grants Expanded Indication for Enzalutamide (Xtandi) MEDSCAPE, 2004 (http://www.medscape.com/viewarticle/831548) (retrieved on Mar. 13, 2017).

Buonerba C., et al., "Docetaxel Rechallenge in Castration-Resistant Prostate Cancer: Scientific Legitimacy of Common Clinical Practice," European Urology, 2010, vol. 58 (4), pp. 636-637.

Butler M.S., et al., "Natural Products to Drugs: Natural Product-Derived Compounds in Clinical Trials," Natural Product Reports, 2008, vol. 25 (3), pp. 475-516.

Byrn, S.R., et al., 'Solid-state chemistry of drugs,' 2nd edition, SSCI, Inc., pp. 12-13, 233 and 516-517 (1999).

Cabazitaxel (XRP-6258) for hormone refractory, metastatic prostate cancer second line after docetaxel, National Horizon Scanning Centre, National Institute for Health Research, University of Birmingham, Apr. 2009, pp. 1-5.

Cabral F., et al., "Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs," Drug Resistance Updates, 2001, vol. 4 (1), pp. 3-8.

Cabrespine, et al., Randomized Phase II Study Comparing Paclitaxel and Carboplatin Versus Mitoxantrone in Patients with Hormone-Refractory Prostate Cancer, Urology, 67(2), 354-359 (2006).

Caffo et al., Pemetrexed as Second-Line Chemotherapy for Castration-Resistant Prostate Cancer After Docetaxel Failure: Results from a Phase II Study, 31(2) Urol. Oncol. 180-86 (2013).

Camptosar (irinotecan) Label (Jul. 2005).

Cancer de Prostata Diseminado, Quimioterapia, [Retrieved on Jul. 29, 2014] pp 1-9. Retrieved from the internet: (URL:http://www.guiasalud.es/egpc/cancer_Prostata/resumida/apartado06/otros02.html).

Cancer Therapy Evaluation Program Common Toxicity Criteria, Version 2.0, DCTD, NCI; NIH, DHHS. revised Mar. 1998, published Apr. 30, 1999, pp. 1-35.

Canil C.M., et al., "Is There a Role For Chemotherapy in Prostate Cancer?, " British Journal of Cancer, 2004, vol. 91, pp. 1005-1011.

Canil et al., Randomized Phase II Study of Two Doses of Gefitinib in Hormone-Refractory Prostate Cancer: A Trial of the National Cancer Institute of Canada-Clinical Trials Group, 23(3) J. Clin. Oncol. 455-60 (2005).

Carducci M.A., 'Atrasentan, an endothelin-receptor antagonist for refractory adenocarcinomas: safety and pharmacokinetics,' Journal of Clinical Oncology vol. 20 No. 8, pp. 2171-2180 (2002).

Carducci M.A., et al., "A Phase 3 Randomized Controlled Trial of the Efficacy and Safety of Atrasentan in Men with Metastatic Hormone-Refractory Prostate Cancer," Cancer, 2007, vol. 110 (9), pp. 1959-1966.

Carlson et al., Breast Cancer-Clinical Practice Guidelines in Oncology, 7(2) J. National Comprehensive Cancer Network 122-92 (2009).

Carlson R.O., et al., "New Tubulin Targeting Agents Currently in Clinical Development," Expert Opinion on Investigational Drugs, 2008, vol. 17 (5), pp. 707-722.

CBO Promotional Spending for Prescription Drugs, pp. 1-8, Dec. 2, 2009.

Chemotherapy for Prostate Cancer, American Cancer Society, Retrieved from the internet on Oct. 6, 2016 at https://www.cancer.org/cancer/prostate-cancer/treating/chemotherapy.html.

Chen et al., Gefitinib Treatment is Highly Effective in Non-Small-Cell Lung Cancer Patients Failing Previous Chemotherapy in Taiwan: A Prospective Phase II Study, J. Chemother. 17(6) pp. 679-684, 2005.

Chen, Optimal Adaptive Group Sequential Design for Phase II Clinical Trials A Bayesian Decision Theoretic Approach. ProQuest LLC, 2008, 134 pages.

Cisternino S., et al., "Nonlinear Accumulation in the Brain of the New Taxoid Txd258 Following Saturation of P-Glycoprotein at the Blood-Brain Barrier in Mice and Rats," British Journal of Pharmacology, 2003, vol. 138 (7), pp. 1367-1375.

ClinicalTrials.gov, A Study to Evaluate the Effects of Combining Cabazitaxel with Cisplatin Given Every 3 Weeks in Patients With Advanced Solid Cancer, Jul. 22, 2009, pp. 1-7 [retrieved on Jan. 6, 2014 from https://clinicaltrials.gov/ct2/show/NCT00925743?cond=NCT00925743&amp;rank=1].

ClinicalTrials.gov, BMS-184476 in treating patients with advanced solid tumors, p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-184476&amp;Search=Search.

ClinicalTrials.gov, 'BMS-188797,' p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-188797&amp;Search=Search.

ClinicalTrials.gov, 'BMS-275183,' p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-275183&amp;Search=Search.

ClinicalTrials.gov, Effect of Cabazitaxel on the QTc Interval in Cancer Patients (QT-Cab), Web site, Mar. 24, 2010, pp. 1-7 [retrieved on Jan. 6, 2014].

ClinicalTrials.gov, Efficacy and Safety of BG00012 in MS (Sep. 14, 2005), https://clinicaltrials.gov/archive/NCT00168701/2005_09_14, pp. 1-6.

ClinicalTrials.gov, Larotaxel every 3 weeks vs. capecitabine patients with metastatic breast cancer progressing after taxanes and anthracycline therapy [retrieved on Jun. 24, 2014] Retrieved from the Internet (URL: https://clinicaltrials.gov/ct2/show/NCT000081796?term=larotaxel&rank=7).

ClinicalTrials.gov, Larotaxel plus cisplatin vs gemcitabine plus cisplatin in first line treatment of patients wtth locally advanced/metastatic bladder cancer [retrieved on Jun. 24, 2014]. Retrieved from the Internet (URL: https://clinicaltrials.gov/ct2/show/NCT00625664?term=larotaxel&rank=4).

ClinicalTrials.gov, Larotaxel vs. 5-FU or capecitabine in patients with pancreatic cancer previously treated with gemcitabine [retrieved Jun. 24, 2014] Retrieved from the Internet (URL: https://clinicaltrials.gov/c2/show/NCT00417209?Term=larotaxel&rank=2).

ClinicalTrials.gov, MST-997, p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=MST-997&amp;Search=Search.

ClinicalTrials.gov, Patient Preference Between Cabazitaxel and Docetaxel in Metastatic Castrate-Resistant Prostate Cancer (CABA-DOC), Retrieved from the internet on Dec. 21, 2016 at https://clinicaltrials.gov/ct2/show/study/NCT02044354.

ClinicalTrials.gov, Protocol Registration Preview, A study to evaluate the effects of combining cabazitaxel with cisplatin given every 3 weeks in patients with advanced solid cancer, Website, pp. 1-3, retrieved on Nov. 12, 2009.

ClinicalTrials.gov, Safety and Pharmacokinetic Study of Cabazitaxel in Patients With Advanced Solid Tumors and Liver Impairment Web site, 2010, pp. 1-7 [retrieved on Jan. 6, 2014].

ClinicalTrials.gov, Satraplatin in Hormone Refractory Prostate Cancer Patients Previously Treated with one Cytotoxic Chemotherapy Regimen [retrieved on Jun. 27, 2014]. Retrieved from the Internet:(URL: https://clinicaltrials.gov/ct2/show/NCT00069745?term=SPARC&cond=prostate&rank=3).

ClinicalTrials.gov, Tesetaxel, p. 1-2, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=tesetaxel&amp;Search=Search.

ClinicalTrials.gov, TL-310, p. 1, retrieved on Aug. 5, 2015 on https://clinicaltrials.gov/ct2/results?term=TL-310&amp;Search=Search.

ClinicalTrials.gov, TPI-287, p. 1-2, as retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=TPI-287&amp;Search=Search.

ClinicalTrials.gov, XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC), Archived Oct. 23, 2008, (https://web.archive.org/web/20081023121613/http://clinicaltrials.gov/ct2/show/NCT00417079) (last accessed: Mar. 14, 2017).

Cobleigh et al., Multinational Study of the Efficacy and Safety of Humanized Anti-HER2 Monoclonal Antibody in Women who have HER2-Overexpressing Metastatic Breast Cancer that has Progressed After Chemotherapy for Metastatic Disease, J. Clin. Oncol. 17(9), pp. 2639-2648, 1999.

Collins R., et al., "A Systematic Review and Economic Model of the Clinical Effectiveness and Cost-Effectiveness of Docetaxel in Combination With Prednisone or Prednisolone for the Treatment of

(56)           **References Cited**

OTHER PUBLICATIONS

Hormone-Refractory Metastatic Prostate Cancer," Health Technology Assessment, 2007, 11 (2), pp. 1-179.
U.S. Appl. No. 61/256,160, filed Oct. 29, 2009.
U.S. Appl. No. 61/293,903, filed Jan. 11, 2010.
U.S. Appl. No. 61/355,834, filed Jun. 17, 2010.
Dagher et al., Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer, Clinical Cancer Research 8147-51 (2004).
Dagher R., et al., "Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer," Clinical Cancer Research, 2004, vol. 10 (24), pp. 8147-8151.
D'Amico A.V., et al., "US Food and Drug Administration Approval of Drugs for the Treatment of Prostate Cancer: A New Era has Begun," Journal of Clinical Oncology, 2014, vol. 32 (4), pp. 362-364.
Daniel Zuccerinho, Patents of Invention, Ed. Abele do Perrot, 1999.
De Bono, et al., Cabazitaxel or Mitoxantrone With Prednisone in Patients With Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated With Docetaxel: Final Results of a Multinational Phase III Trial (TROPIC), 46th Annual Meet American Society Clinical Oncology (ASCO), Journal of Clinical Oncology, 2010, 28:15S (Suppl), Abstract 4508.
De Bono et al., Phase III non-inferiority study of cabazitaxel (C) 20 mg/m2 (C20) versus 25 mg/m2 (C25) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D), ASCO Annual Meeting 2016, pp. 1-2, 2016.
De Bono, et al., Prednisone Plus Cabazitaxel or Mitoxantrone for Metastatic Castration-Resistant Prostate Cancer Progressing after Docetaxel Treatment a Randomised Open-Label Trial, Lancet, 2010, vol. 376, No. 9747, pp. 1147-1154.
De Bono J.S., et al., "Cabazitaxel or Mitoxantrone with Prednisone in Patients with Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated with Docetaxel Final Results of a Multinational Phase III Trial (TROPIC)," Journal of Clinical Oncology, 2010, vol. 28, pp. 155.
De Bono J.S., et al., 'Open-label phase II study evaluating the efficacy and safety of two doses of pertuzumab in castrate chemotherapy-naive patients with hormone-refractory prostate cancer,' Journal of Clinical Oncology, vol. 25 No. 3, pp. 257-262 (2007).
Deakin and Williams, Histamine H2-Receptor Antagonists in Peptic Ulcer Disease, Efficacy in Healing Peptic Ulcers, 44(5) Drugs 709-19 (1992).
Denis L.J, et al., "Phase I and Pharmacokinetic Study of RPR116258A. A Novel Taxane Derivative, Administered Intravenously over 1 hour every 3 weeks," Clinical Cancer Research, 2000, vol. 6, pp. 4579s, Abstract 568.
Detailed Factual and Legal Bases for Breckenridge's Paragraph IV Certification that U.S. Pat. No. 8,927,592 Is Invalid, Unenforceable and/or Will Not Be infringed, 2015 (redacted).
Detailed Statement of the Factual and Legal Bases for Onco Therapies Limited's Paragraph IV Certification with Respect to U.S. Pat. No. 8,927,592, 2015 (redacted).
Dieras et al., Larotaxel in Combination with Trastuzumab in Patients with HER2+ Metastatic Breast Cancer: Interim Analysis of an Open Phase II Label Study, 26 (15S), J. Clin. Oncol. (Meeting Abstracts), Suppl. 1070, May 2008.
Dieras V., et al., "Phase II Multicenter Study of Larotaxel (Xrp9881), a Novel Taxoid, in Patients with Metastatic Breast Cancer Who Previously Received Taxane-Based Therapy," Annals of Oncology, 2006, vol. 19 (7), pp. 1255-1260.
Dilorenzo G., et al., "Castration-Resistant Prostate Cancer: Current and Emerging Treatment Strategies," Drugs, 2010, vol. 70 (8), pp. 983-1000.
Dilorenzo G., et al., "Combination of Bevacizumab and Docetaxel in Docetaxel-Pretreated Hormone-Refractory Prostate Cancer: A Phase 2 Study," European Urology, 2008, vol. 54 (5), pp. 1089-1096.

Dimasi J.A., et al., "Economics of New Oncology Drug Development," Journal of Clinical Oncology, 2007, vol. 25 (2), pp. 209-216.
Dimasi J.A., et al., "Trends in Risks Associated with New Drug Development Success Rates for Investigational Drugs," Clinical Pharmacology and Therapeutics, 2010, vol. 87 (3), pp. 272-277.
Docetaxel Label (Mar. 2012).
Docetaxel Reduce el Riesgo de Muerte en Pacientes con cancer de Prostata metastatico Androgeno Independiente, [Retrieved on Jul. 29, 2014]. Retrieved from the internet: (URL: http://www.intramed.net/contenidover.asp?contenidoID=31823) (followed by non-verified English translation).
Docetaxel (Taxotere) y Cancer de Próstata. Retrieved from the internet: (URL: http://www.newsmedical.net/health/docetaxel-(taxotere)-and-prostate-cancer-(spanish).aspx).
Doenicke et al., Premedication with H1 and H2 blocking agents reduces the incidence of postoperative nausea and vomiting, Inflam. Res., 53, Suppl. 2, 51-58, (2004).
Dorff T.B., et al., "Cabazitaxel in Prostate Cancer: Stretching a String," Lancet, 2010, vol. 376 (9747), pp. 1119-1120.
Dres, et al., Treatment alternatives for advanced prostate cancer, [Retrieved from the internet on Jul. 29, 2014] Retrieved from http://www.intramed.net/contenidoverasp?contenID=37957 (followed by non-verified English translation), 3 pages.
Drug Data Report, Antimitotic Drugs, 2003, vol. 25, No. 6, pp. 550.
Drug Data Report Cabazitaxel, 2010, vol. 32, No. 10, pp. 999-1017 at p. 1012.
Dumontet C., et al., "Mechanisms of Action of and Resistance to Antitubulin Agents: Microtubule Dynamics, Drug Transport, and Cell Death," Journal of Clinical Oncology, 1999, vol. 17 (3), pp. 1061-1070.
Eisenberger, M., et al., Phase III Study comparing a reduced dose of cabazitaxel (20 mg/m2) and the currently approved dose (25 mg/m2) in postdocetaxel patients with metastatic castration-resistant prostate cancer—PROSELICA, J. Clin. Oncol., vol. 35, as downloaded from http://ascopubs.org/journal/jcoon Sep. 22, 2017, 13 pages.
Eisenhauer E.A., et al., "Phase I Cancer Clinical Trials: A Practical Guide," Basics of Phase 1 Design: First-in-Man Studies, Oxford University Press, 2006, pp. 42-80.
El Docetaxel Asociado a la Prodnisona Mejora el Cancer de Prostata, [Retrieved from the internet on Oct. 26, 2012] Retrieved from intranet:(URL: http://www.medicinageriatrica.com.ar/viewnews.php?id=E.EpVVFZVppsBCjOavj).
El-Maraghi and Eisenhauer, Review of Phase II Trial Designs Used in Studies of Molecular Targeted Agents: Outcomes and Predictors of Success in Phase III, J. Clin. Oncol. 26 (2008) 1346-1354.
Emcyt (estramustine) Label (Jun. 2007).
Engels, F.K., et al., 'Potential for improvement of docetaxel-based chemotherapy: a pharmacological review,' British Journal of Cancer, vol. 93, pp. 173-177 (2005).
Erbitux (cetuximab) Label (Jul. 2009).
Esper and Redman, Supportive Care, Pain Management, and Quality of Life in Advanced Prostate Cancer, 26(2) Urologic Clinics of North America 375-89 (1999).
Estramustine, Chemocare.com, retrieved from the internet at http://chemocare.com/chemotherapy/drug-info/estramustine.aspx on Mar. 8, 2017.
European Medicine Agency, ICH Topic E8 General Considerations for Clinical Trials (Mar. 1998).
Factual and Legal Bases for Accord's ANDA Certification That Each Claim of U.S. Pat. No. 8,927,592 is Invalid, Unenforceable, and/or Will Not Be Infringed by Accord's Cabazitaxel Injection Product Described in ANDA 207693 (2015) (redacted).
Factual and Legal Basis for Dr. Reddy's Laboratories, Ltd.'s and Dr. Reddy's Laboratories, Inc.'s Assertion of Invalidity, Unenforceability and/or Non-Infringement of U.S. Pat. No. 8,927,592, 2015 (redacted).
FDA Approves New Drug for Advanced Prostate Cancer (May 15, 2013), retrieved from http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm352363.htm, retrieved on Oct. 6, 2016.
FDA Center for Drug Evaluation and Research, Clinical Pharmacology and Biopharmaceutics Review(s), Application No. 201023 (Cabazitaxel NDA), 2010, pp. 1-71.

(56)        **References Cited**

OTHER PUBLICATIONS

FDA, Challenge and Opportunity on the Critical Path to New Medical Products, 1-31 (Mar. 2004).
FDA News Release, FDA Approves New Indication for Taxotere—Prostate Cancer (May 19, 2004) as retrieved from http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2004/ucm108301.htm.
FDA News release, FDA Approves New Treatment for Advanced Prostate Cancer, 2010, pp. 1-2, [Retrieved on Jul. 29, 2015]. Retrieved from the internet (URL: http://www.fda.gov.newsevents/newsroom/pressannouncements/ucm216143.htm].
FDA Notice International Conference on Harmonisation; Guidance on Impurities: Residual Solvents, 62(247) Federal Register 67377-388 (Dec. 24, 1997).
Feuerstein A., et al., 'Oncology Micro-Cap Stocks: Caveat Emptor!' Journal of the National Cancer Institute, vol. 103, issue 20 pp. 1488-1489 (2011).
Figg W.D., et al., "Cabazitaxel: Filling One of the Gaps in the Treatment of Prostate Cancer," Cancer Biology & Therapy, 2010, vol. 10 (12), pp. 1233-1234.
Final Office Action dated Sep. 16, 2013 for U.S Appl. No. 13/456,720, filed Apr. 26, 2012.
Fizaz K., et al., "New agents in Metastatic Prostate Cancer," European Journal of Cancer, 2009, vol. 45 (1), pp. 379-380.
Fizazi K., 'Phase III, randomized, placebo-controlled study of docetaxel in combination with zibotentan in patients with metastatic castration-resistant prostate cancer,' Journal of Clinical Oncology vol. 31 No. 14, pp. 1740-1747 (2013).
Fresenius Kabi USA, LLC's Detailed Statement of the Factual and Legal Bases of Fresenius Kabi USA, LLC's Opinion that U.S. Pat. No. 8,927,592 Is Invalid, Unenforceable or Not infringed, 2015 (redacted).
Fujisaka et al., Phase 1 Study of Atrasentan (ABT627), Novel Endothelin Receptor-A Antagonist, in Japanese Patients with Hormone Refractory Prostate Cancer, 24(18S) J. Clin. Oncol. (Abstr. 14602) (2006).
Fukuoka M., 'Multi-institutional randomized phase II trial of Gefitinib for previously treated patients with advanced non-small-cell lung cancer,' Journal of clinical oncology, vol. 21, No. 12, pp. 2237-2246 (2003).
Fumoleau et al., Phase I and Pharmacokinetics (PK) Study of RPR116258A Given as a Weekly 1-Hour Infusion at Day 1, Day 8, Day 15, Day 22 Every 5 Weeks in Patients (pts) with Advanced Solid Tumors, 7(11) Clin. Cancer Res. 3710s (2001).
Gad, Clinical Trials Handbook (John Wiley & Sons. Inc.), 2009 Regulatory Requirements for Investigational New Drug, pp. 23-69.
Gallagher M.L., et al., 'Phase I clinical and pharcokinetic (PK) trial of the novel taxane BMS-184476 administered as a 1-hour IV infusion in combination with cisplatin every 21 days,' Proceedings of ASCO vol. 20, Abstract 420, (2001).
Galletti E., et al., "Paclitaxel and Docetaxel Resistance: Molecular Mechanisms and Development of New Generation Taxanes," Chemmedchem, 2007, vol. 2 (7), pp. 920-942.
Galsky M.D., et al., "Cabazitaxel," Nature Reviews, Drug Discovery, 2010, vol. 9 (9), pp. 677-678.
Garcia et al., Gemcitabine and Docetaxel in Metastatic, Castrate-Resistant Prostate Cancer, 117(4) Cancer 752-57 (2011).
Gayther, et al., The Frequency of Germ-line Mutations in the Breast Cancer Predisposition Genes BRCA1 and BRCA2 in Familial Protate Cancer, Cancer Res. 60 (2000) 4513-4518.
Gemzar (gemcitabine) Label Apr. 2006.
Genentech Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer (Mar. 12, 2010), Business Wire, as retrieved from http://www.businesswire.com/news/home/20100311007023/en/Genentech-Update-Phase-III-Study-Avastin-Men on Oct. 12, 2016.
Gianni et al., Nonlinear Pharmacokinetics and Metabolism of Paclitaxel and Its Pharmacokinetic/Pharmacodynamic Relationships in Humans, 13(1) J. Clin. Oncol. 180-90 (1995).
Gleevec (imatinib) Label (May 2009).

Glenmark's Detailed Statement of the Factual and Legal Basis for its Opinion that U.S. Pat. No. 8,927,592 is invalid, unenforceable and/or will not be infringed by Glenmark's manufacture, use, offer for sale or sale of Glenmark's [], 2015 (redacted).
Goetz et al., "Phase I: and Pharmacokinetic Study of RPR116258A, a Novel Taxane Derivative, Administered Intravenously Over 1 Hour Every 3 Weeks," Clinical Pharmacology, 2001, vol. 20, pp. 106a.
Goffin J., et al., 'Objective responses in patients with malignant melanoma or renal cell cancer in early clinical studies do not predict regulatory approval,' Clin. Cancer Res. 11, pp. 5928-5934 (2005).
Greene et al., Who is the Average Patient Presenting with Prostate Cancer?, 66(5 Suppl.) Urology 76-82 (2005).
Guidance for Industry Population Pharmacokinetics, U.S. Department of Health and Human Services, Food and Drug Administration, CDER, CBER, Feb. 1999, 35 Pages.
Gujarat Cancer & Research Institute Annual Report, Aug. 29, 2008, pp. 1-152.
Hait W.N., et al., "Rational Design and Pre-clinical Pharmacology of Drugs for Reversing Multidrug Resistance," Biochemical Pharmacology, Jan. 1992, vol. 43 (1), pp. 103-107.
Halabi S., et al., "Prostate-Specific Antigen Changes as Surrogate for Overall Survival in Men with Metastatic Castration-Resistant Prostate Cancer Treated with Second-Line Chemotherapy," Journal of Clinical Oncology, vol. 31 (31), pp. 3944-3950.
Haleblian, "Characterization of Habits and Crystalline Modification of Solids and Their Pharmaceutical Applications," Journal of Pharmaceutical Sciences, 1975, vol. 64 (8), pp. 1269-1288.
Hande, The Importance of Drug Scheduling in Cancer Chemotherapy: Etoposide as an Example, 1(4) The Oncologist 234-29 (1996).
Hellerstedt B.A., et al., "The Current State of Hormonal Therapy for Prostate Cancer," CA a Cancer Journal for Clinicians, 2002, vol. 52 (3), pp. 154-179.
Herceptin (trastuzumab) Label Jan. 2008.
Higano C.S., et al., "Phase 1/2 Dose-Escalation Study of a Gm-Csf-Secreting, Allogeneic, Cellular Immunotherapy for Metastatic Hormone-Refractory Prostate Cancer," Cancer, 2008, vol. 113 (5), pp. 975-984.
Holen et al., Phase I Study Using Continuous Intravenous (CI) KOS-862 (Epothilone D) in Patients with Solid Tumors, 22(14S) J. Clin. Oncol. Abstr. 2024 (2004).
Hope, J., 'Last Hope' drug for Prostate Cancer Patients is axed from the NHS, DailyMail.com, Retrieved from http://www.dailymail.co.uk/health/article-2903235/Last-hope-drug-prostate-cancer-patients-axed-NHS-doctors-call-travesty.html on Oct. 20, 2016.
Horwitz E.M., et al., "External Beam Radiation Therapy for Prostate Cancer," CA a Cancer Journal for Clinicians, 2000, vol. 50 (6), pp. 349-379.
Hospers, et al., PET Imaging of Steroid Receptor Expression in Breast and Prostate Cancer, Curr. Pharm. Des. 14 (2008) 3020-3032.
How XTANDI works, as retrieved from https://www.xtandi.com/how-xtandi-works on Oct. 6, 2016, pp. 1-2.
How ZYTIGA (abiraterone acetate) works, https://www.zytiga.com/about-zytiga/how-zytiga-works, pp. 1-6 as retrieved on Nov. 16, 2016.
How ZYTIGA (abiraterone acetate) Works, Retrieved from the internet on Nov. 16, 2016 at https://www.zytigo.com/about-zytiga/how-zytiga-works.
Hycamtin (topotecan) Label Jun. 2006.
In a Difficult Environment, Another Year of Growth in Adjusted EPS Excluding Selected Items, Sanofi-Aventis Press Release, 2006 (Feb. 13, 2007), pp. 1-31.
In the United States District Court for the District of New Jersey, Case 3:15-cv-03392-MAS-LHG, Defendant's Answer to the Complaint, Separate Defenses and Counterclaims, Mylan Laboratories Limited v. Aventis Pharma S.A, 20 pages, dated Jul. 16, 2015.
Institut National au Cancer, Register of French cancer clinical trials, Sanofi-Aventis TROPIC, Feb. 29, 2008, ("INDC website"), pp. 1-2.
International Preliminary Report on Patentability for Application No. PCT/IB2010/054866, dated Nov. 14, 2011, 14 pages.
International Search Report and Written Opinion issued in WO2011/051894 dated May 5, 2011, 11 pages.

(56)　　　　　**References Cited**

OTHER PUBLICATIONS

Iressa (gefitinib) Label (Jul. 2004).

IXEMPRA Prescribing Information (Labelling), 2007, pp. 1-34.

Jevtana (cabazitaxel) Label (Sep. 2016).

Jevtana (cabazitaxel) Label (Jun. 2015).

Jevtana label 2010—Prescribing Information, pp. 1-25, (retrieved on May 14, 2013). Retrieved from the Internet:( URL: http:products. sanofi.us/jevtana/jevtana.html).

Jevtana National Drug Monograph, pp. 1-14, 2011.

Jevtana NDA Clinical Overview, Excerpt, 2014, pp. 12-13.

Joffe et al., Quality of Informed Consent in Cancer Clinical Trials: A Cross-Sectional Survey, 358 The Lancet 1772-77 (2001).

Jozwiakowski, Alteration of the Solid State of the Drug Substance: Polymorphs, Solvates, and Amorphous Forms, Ch. 15, Water Insoluble Drug Formulation edited by Liu, First Edition, (2000) 525-568.

Kant J., et al., "A Chemoselective Approach to Functionalize the C-10 Position of 10-Deacetylbaccatin III Synthesis and Biological Properties of Novel C-10 Taxol® Analogues," Tetrahedron Letters, 1994, vol. 35 (31), pp. 5543-5546.

Kaur M., et al., "Suramin's Development: What Did We Learn?," Investigational New Drugs, 2002, vol. 20 (2), pp. 209-219.

Kawaguchi, et al., H2 Blockers Increase Risk of Docetaxel-Induced Skin Toxicity, Reactions 1257 (Jun. 20, 2009).

Kelland et al., Comparative in vitro cytotoxicity of taxol and Taxotere against cisplatin-sensitive and -resistant human ovarian carcinoma cell lines, Cancer Chemother. Pharmacol. (1992) 444-450.

Ketoconazole in Advanced Prostate Cancer: Have Tolerability Concerns Been Overstated? Drug Ther. Perspect. 15 (2000) (http://www. medscape.com/viewarticle/406391) (last accessed: Mar. 14, 2017).

Kingston D.G., et al., "Tubulin-Interactive Natural Products as Anticancer Agents," Journal of Natural Products, 2009, vol. 72 (3), pp. 507-515.

Kish J.A., et al., "The Treatment Challenge of Hormone-refractory Prostate Cancer," Cancer Control, Nov.-Dec. 2001, vol. 8 (6), pp. 487-495.

Klein et al., SWOG-9510: Evaluation of Topotecan in Hormone Refractory Prostate Cancer: A Southwest Oncology Group Study, 52(4) The Prostate 264-68 (2002).

Kobayashi K., et al., "Phase I Study of Suramin Given by Intermittent Infusion Without Adaptive Control in Patients With Advanced Cancer," Journal of Clinical Oncology, Sep. 1995, vol. 13 (9), pp. 2196-2207.

Kola I., et al., "Can the Pharmaceutical Industry Reduce Attrition Rates?," Nature Reviews, Drug Discovery, 2004, vol. 3 (8), pp. 711-715.

Koletsky A.,et al., "Developing Treatments for Hormone-Refractory Prostate Cancer," US Oncology Review, 2008, vol. 4(1), pp. 46-49.

Kris M.G., et al., "Clinical Cancer Advances 2010: Annual Report on Progress Against Cancer from the American Society of Clinical Oncology," Journal of Clinical Oncology, 2010, vol. 28 (36), pp. 5327-5347, 947.

Latif et al., Phase II Study of Oral Bis(Aceto) Ammine Dichloro (Cyclohexamine) Platinum (IV) (JM-216, BMS-1892751) Given Daily x5 in Hormone Refractory Prostate Cancer (HRPC), Investig. New Drugs 79-84 (2005).

Lin et al., A Phase II Trial of Imatinib Mesylate in Patients with Biochemical Relapse of Prostate Cancer After Definitive Local Therapy, 98 BJU Int'l. 763-69 (2006).

Lokich and Anderson, Dose Intensity for Bolus Versus Infusion Chemotherapy Administration: Review of the Literature for 27 Anti-Neoplastic Agents, 8(1) Ann. Oncol. 15-25 (1997).

Lortholary et al., "Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as 1-hour Infusion inPatients (pts) with Advanced Solid Tumors," Clinical Cancer Research, 2000, vol. 6, pp. 4579s-4580s.

Ma, et al., A Statistical Analysis of the Magnitude and Composition of Drug Promotion in the United States in 1998, Clin. Therap. 25 (2003) 1503-1517.

MacKinnon A.C., et al., "Molecular Biology Underlying the Clinical Heterogeneity of Prostate Cancer: An Update," Archives of Pathology & Laboratory Medicine, 2009, vol. 133 (7), pp. 1033-1040.

Malhotra et al., Cabazitaxel: A Novel Drug for Hormone-Refractory Prostate Cancer, Mini-Reviews in Medicinal Chemistry, 2013, 13, No. 2, pp. 1-6.

Malik Z., et al., '931P—Cabazitaxel (CBZ) + prednisone (P: CBZP) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with doce . . . ' Poster presented at ESMO Congress 2012.

Malik Z.I., et al., 'Cabazitaxel (Cbz) + prednisone (P) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D): interim results from compassionate-use programme (CUP) and early-access programme (EAP),' Poster 931P presented at European Society for Medical Oncology, Vienna Austria, Sep. 28-Oct. 2, 2012.

Malik Z.I., et al., 'Cabazitaxel (CBZ) + Prednisone (P; CBZP) in Patients (PTS) With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel (D): Interim Results From Compassionate-Use Programme (CUP) and Early-Access Programme (EAP),' Poster 931P, Annals of Oncology vol. 23, Suppl. 9 Abstract Book of the ESMO 2012 Congress, pp. 1-6 (2012).

Manchanda, et al., The Effects and Role of Direct-to-Physician Marketing in the Pharmaceutical industry: An Integrative Review, Yale J. Health Pol'y L. & Ethics 5 (2005) 785-822.

Manual of Patent Examining Procedure §2107.03 (IV), 2008, 2100-36 (8th Ed.).

McKeage et al., A Phase I and Pharmacology Study of an Oral Platinum Complex, JM216: Dose-Dependent Pharmacokinetics with Single-Dose Administration, Cancer Chemother. Pharmacol. 451-8 (1995).

McLeod H.L., et al., "Evaluation of the Linearity of Docetaxel Pharmacokinetics," Cancer Chemotherapy and Pharmacology, Jun. 1998, vol. 42 (2), pp. 155-159.

Melzack R., et al., "The McGill Pain Questionnaire: Major Properties and Scoring Methods," Pain, 1975, vol. 1(3), pp. 277-299.

Merck Index 14th 2006, No. 190, pp. 35, Agomelatine.

Michael, et al., Prostate Cancer Chemotherapy in the Era of Targeted Therapy, Prostate Cancer Prostatic Dis. 13-16 (2009).

Michaelson M.D., et al., "Randomized, Placebo-Controlled. Phase III Trial of Sunitinib Plus Prednisone Versus Prednisone Alone in Progressive, Metastatic, Castration-Resistant Prostate Cancer," Journal of Clinical Oncology, 2014, vol. 32 (2), pp. 76-82.

Mitsching, Prostate Cancer Clinical Trials in Dallas, Texas Area, [Retrieved from the internet on Aug. 19, 2014], pp. 3-4, Retrieved from the internet: (URL: http://www.heallhcentral.com/prostate/c/5618/14589/dallas-texas-area).

Mitoxantrone, Chemocare.com, retrieved from the internet at http://chemocare.com/chemotherapy/drug-info/Mitoxantrone.aspx on Mar. 8, 2017.

Miura N., et al., "A Case of Hormone-Refractory Prostate Cancer (Hrpc) with Tumor Fever Responding to Docetaxel Plus Prednisolone Therapy," Jpn. J. Cancer Chemother., 2006, vol. 33 (6), pp. 841-844.

Mokbel, Concise Notes in Oncology for MRCP and MRCS, 2005, (Radcliffe Publishing Ltd.) Drug Pharmacology and Clinical Trials, pp. 6-7.

Mononen et al., Two Percent of Finnish Prostate Cancer Patients Have a Germ-Line Mutation in the Hormone-Binding Domain of the Androgen Receptor Gene, 60(22) Cancer Research 6479-81 (2000).

Morant et al., Capecitabine in Hormone-Resistant Metastatic Prostatic Carcinoma—a Phase II Trial, Brit. J. Cancer 1312-17 (2004).

Morgan C.J., et al., "Impact of Prednisone on Toxicities and Survival in Metastatic Castration-resistant Prostate Cancer: a Systematic Review and Meta-analysis of Randomized Clinical Trials," Critical Reviews in Oncology/Hematology, Jun. 2014, vol. 90 (3), pp. 253-261.

Motzer et al., Activity of SU11248, a Multitargeted Inhibitor of Vascular Endothelial Growth Factor Receptor and Platelet-Derived Growth Factor Receptor, in Patients with Metastatic Renal Cell Carcinoma, 24(1), J. Clin. Oncol. 16-24 (2006).

## US 10,583,110 B2

Page 8

(56)          **References Cited**

OTHER PUBLICATIONS

Moul, The Evolving Definition of Advanced Prostate Cancer, Rev. Urol. S10-S17 (2004).

Mubiru et al., Nonhuman Primates as Models for Studies of Prostate Specific Antigen and Prostatic Diseases, 68(14) Prostate 1-16 (2008).

Mulcahy, Phase 3 Trial of Immunotherapy for Metastatic Prostate Cancer Terminated, Medscape Medical News, Oct. 17, 2009, [retrieved on Jun. 26, 2014] Retrieved from the internet: (URL: http://www.medscape.com/viewarticle/582220).

Mylan Petition for Inter Partes Review of U.S. Pat. No. 8,927,592, pp. 1-65 with Exhibit 1002 (Declaration of Dr. Rahul Seth,) 2016, pp. 1-109.

Nagore et al., Antineoplastic Therapy-Induced Palmar Plantar Erythrodysesthesia ('Hand-Foot') Syndrome, Incidence, Recognition and Management, 1(4) Am. J. Clin. Dermatol. 225-34 (2000).

National Cancer Institute, Common Terminology Criteria for Adverse Events v3.0 (Aug. 2006).

National Cancer Institute, Common Toxicity Criteria for Adverse Events v2.0 (Apr. 1999).

National Cancer Institute, Common Toxicity Criteria Manual Version 2.0 (Jun. 1, 1999).

National Comprehensive Cancer Network (NCCN Clinical Practice Guidelines in Oncology , Prostate Cancer) V.1 (2009), pp. 1-46.

National Comprehensive Cancer Network (NCCN Clinical Practice Guidelines in Oncology, Breast Cancer) V.1 (2009), pp. 1-122.

NCCN Antiemesis Guidelines, Internet Archive https://web.archive.org/web/20081001233326/http://www.nccn.org/professionals/physician_gls/PDF/antiemesis.pdf)(Oct. 1, 2008) (last accessed: Mar. 14, 2017).

NCI, NIH-Funded Study Shows Increased Survival in Men With Metastatic Prostate Cancer Who Receive Chemotherapy When Starting Hormone Therapy [retrieved on Aug. 4, 2015]. Retrieved from the Internet: (URL: http://www.nih.gov/news/health/dec2013/nci-05.htm).

New Hope in Advanced Prostate Cancer Alberta Saskatchewan and Ontario Fund Coverage for Jevtana (Cabazitaxel), Retrieved from the internet on Dec. 22, 2016 at https://www.newswire.ca/news-releases/new-hope-in-advanced-prostate-cancer-alberta-saskatchewan-and-ontario-fund-coverage-for-jevtana-cabazitaxel-510872201.html.

Newman S.P., et al., "The Therapeutic Potential of a Series of Orally Bioavailable Anti-angiogenic Microtubule Disruptors as Therapy for Hormone-independent Prostate and Breast Cancers," British Journal of Cancer, Dec. 2007, vol. 97 (12), pp. 1673-1682.

Nexavar (sorafenib) Label (Nov. 2007).

Niho et al., First-Line Single Agent Treatment with Gefitinib in Patients with Advanced Non-Small-Cell Lung Cancer: A Phase II Study, 24(1) J. Clin. Oncol. 64-69 (2006).

Nobili S.,et al., "Pharmacological Strategies for Overcoming Multidrug Resistance, " Current Drug Targets, 2006, vol. 7 (7), pp. 861-879.

Non-Final Office Action dated Apr. 16, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.

Non-Final Office Action dated Jan. 16, 2013 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.

Normanno, N., et al., "Target-based Therapies in Breast Cancer: Current Status and Future Perspectives," Endocrine-Related Cancer, Sep. 2009, vol. 16 (3), pp. 675-702.

Notice of Allowance dated Aug. 4, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.

Notice of Allowance dated Nov. 14, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.

NOVACEA, Inc, SEC Form 8-K at 1.02, 2008 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http:/www.sec.gov/Archives/edgar/data/1178711/000119312508077953/d8k.htm).

Novantrone Gets FDA Nod for Use in Advanced Prostate Cancer, Cancer Network (Dec. 1, 1996), http://www.cancernetwork.com/articles/novantrone-gets-fda-nod-use-advanced-prostate-cancer, retrieved on Dec. 22, 2016.

Novantrone (mitoxantrone) Prescribing information (Label), 2012, pp. 1-37.

Novantrone (mitoxantrone) Label (Aug. 2008).

Numata K., et al., "The Preliminary Results of Docetaxel-Prednisolone Combination Therapy for the Japanese Patients with Hormone-Refractory Prostate Cancer," Acta Urol. Jpn., 2007, vol. 53 (2), pp. 93-97.

Numata K., et al., Urological Bulletin, 2007, vol. 53 (2), pp. 93-96.

Omlin et al., Analysis of Side Effect Profile of Alopecia, Nail Changes, Peripheral Neuropathy, and Dysgeusia in Prostate Cancer Patients Treated With Docetaxel and Cabazitaxel, 13(4) Clin. Genitourin. Cancer 1-4 (2015).

Opposition ALAFAR (Nov. 2012): Index Merck 14th. Merck & Co. USA. NI, 2006. No. 0000190 (ALAFAR refers to a specific compound, which is agomelatine).

Oudard, et al., Cabazitaxel Plus Prednisone/Prednisolone Significantly Increases Overall Survival Compared to Mitoxantrone Plus Prednisone/Prednisolone in Patients With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel: Final Results With Updated Overall Survival of a Multinational Phase III Trial (TROPIC), Ann. of Oncology, 2010, vol. 21, (Suppl. 8), pp. viii272, Abstract 871PD.

Oudard S., et al., "Multicenter Randomized Phase II Study of Two Schedules of Docetaxel, Estramustine, and Prednisone Versus Mitoxantrone Plus Prednisone in Patients With Metastatic Hormone-refractory Prostate Cancer," Journal of Clinical Oncology, May 2005, vol. 23 (15), pp. 3343-3351.

Padhani et al., The RECIST Criteria: Implications for Diagnostic Radiologists, Br. J. Radiol. 983-86 (2001).

Pal S.K., et al., "Critical Appraisal of Cabazitaxel in the Management of Advanced Prostate Cancer," Clinical Interventions in Aging, 2010, vol. 5, pp. 395-402.

Parkin D.M., et al., "Global Cancer Statistics, 2002," Ca: A Cancer Journal for Clinicians, 2005, vol. 55 (2), pp. 74-108.

Passalacqua et al., The Clinical Safety of H1-Receptor Antagonists, An EAACI Position Paper, Allergy 666-75 (1996).

Pazdur, Endpoints for Assessing Drug Activity in Clinical Trials, 13(suppl 2) The Oncologist 19-21 (2008).

Pazdur R., et al., "The Taxoids: Paclitaxel (Taxol) and Docetaxel (Taxotere)," Cancer Treatment Reviews, Oct. 1993, vol. 19 (4), pp. 351-386.

PDR Medical Dictionary at 102, 416 (2d ed. 2000).

Perez-Soler et al., Determinants of Tumor Response and Survival with Erlotinib in Patients with Non-Small-Cell Lung Cancer, 22(16) J. Clin. Oncol. 3238-47 (2004).

Perjeta (pertuzumab) Label Jun. 2012.

Petitioner's Opposition to Patent owner's Motion to Amend under 37 CFR 42.121 as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.

Petitioner's Reply as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.

Petrylak, D.P., et al., 'A Phase 3 Study to Evaluate the Efficacy and Safety of Docetaxel and Prednisone (DP) with or without Lenalidomide (LEN) in Patients with Castrate-Resistant Prostate Cancer (CRPC): The Mainsail Trial,' Annals of Oncology, Abstract LBA24 from Abstract Book of 37th European Society for Medical Oncology Congress Vienna, Austria, vol. 23, Suppl. 9, 2012.

Phase III Trial, NCI Dictionary of Cancer Terms, Retrieved from cancer.gov, [retrieved on Apr. 2, 2015].

Pienta K.J., et al., "Advances in Prostate Cancer Chemotherapy: A New Era Begins," CA a Cancer Journal for Clinicians, 2005, vol. 55 (5), pp. 300-318 and 323-325.

Pivot, et al., Inpharma, Abstract 1659 (Oct. 11, 2008).

Pivot X., et al. , "Multicenter Phase 2 Study of XRP6258 in Taxane Resistant Metastatic Breast Cancer (MBC) Patients (pts)," Breast Cancer Research and Treatment, 2005, vol. 94 (1), pp. S68, Abstract 138.

Pouessel D., et al., "Actualities in Prostate Cancer in ASCO Annual Meeting 2010," Bulletin Du Cancer, 2010, vol. 97 (12), pp. 1563-1572.

Prednisone Label (Apr. 2008).

# US 10,583,110 B2

Page 9

## (56)      **References Cited**

### OTHER PUBLICATIONS

Press Release: OncoGenex Announces Top Line Survival Results of Phase 3 SYNERGY Trial Evaluating Custirsen for Metastatic Castration-Resistant, Prostate Cancer, PRNewswire Apr. 28, 2014.

Press Release Roche Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer, Media Release Mar. 12, 2010 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://www.roche.com/media/media_releases/med-cor-2010-03-12.htm.).

Press Release: Takeda Announces Termination of Orteronel (TAK-700) Development for Prostate Cancer in Japan., U.S.A. and Europe, Jun. 19, 2014 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://www.takeda.com/news/2014/20140619_6615.html).

Process 06-IP-89, Retrieved from the internet : URL: (http://intranet.comunidadandina.org/Documentos/Procesos/209-IP-2005.doc); and Process 36-IP-2004 (http://www.notinet.com.co/serverfiles/servicios/archivos/30jul04/ca36-04.htm).

Prostate Cancer Treatment, Jevtana (cabazitaxel) Injection, Retrieved from the internet on Dec. 19, 2016 at http://www.jevtana.com/treatment.

PROVENGE (sipuleucel-T) Label, 2010.

Sharom, F.J., "ABC Multidrug Transporters: Structure, Function and Role in Chemoresistance," Pharmacogenomics, Jan. 2008, vol. 9 (1), pp. 105-127.

Tannock, et al., Docetaxel Plus Prednisone Improves Survival in Men With Advanced Prostate Cancer, Cancer Treatment Reviews, (2005), vol. 31. pp. 403-407.

Quinn et al., Docetaxel and Atrasentan Versus Docetaxel and Placebo for Men with Advanced Castration-Resistant Prostate Cancer (SWOG S0421): A Randomized Phase 3 Trial, Lancet 893-900 (2013).

Ramanathan et al.,, "A Phase II Study of Milataxel: A Novel Taxane Analogue in Previously Treated Patients With Advanced Colorectal Cancer," Cancer Chemotherapy and Pharmacology, 2008, vol. 61 (3), pp. 453-458.

Ramiah V., et al., "Clinical Endpoints for Drug Development in Prostate Cancer," Current Opinion in Urology, 2008, vol. 18 (3), pp. 303-308.

Random House Webster's College Dictionary, 2001 Second Revised and Updated Random House Edition (2003), p. 1393.

Ratain and Sargent, Optimising the Design of Phase II Oncology Trials: The Importance of Randomisation, Eur. J. Cancer 275-280 (2009).

Ratain M.J., et al., "Critical Role of Phase I Clinical Trials in Cancer Treatment. American Society of Clinical Oncology," Journal of Clinical Oncology, Feb. 1997, vol. 15 (2), pp. 853-859.

Ratain M.J., Phase II Oncology Trials: Let's Be Positive, Clinical Cancer Research, Aug. 2005 vol. 11 (16), pp. 5661-5662.

Ratain, M.J. et al., Statistical and Ethical Issues in the Design and Conduct of Phase I and II Clinical Trials of New Anticancer Agents, 85(20) J. Nat'l Cancer Inst. 1637-43 (1993) .

Reck et al., An Open-Label, Multi Centre, Phase II, Non-Comparative Trial of ZD1839 Monotherapy in Chemotherapy-Naive Patients with Stage IV or Stage III Non-Operable Non-Small Cell Lung Cancer (NSCLC), 23(16S) J. Clin. Oncol. 7098 (2005).

Reese et al., A Phase II Trial of Irinotecan in Hormone-Refractory Prostate Cancer, 16(4) Investig. New Drugs 353-59 (1999).

Revision Sistematica y Modelo Economico de Efectividad Glinica y Goste•Efectividad de Docetaxel en Combinacion con Prednisona/ Prednisolona para el Tratamiento de Cancer de Prostata Metastasico Refradario a Homonas. [Retrieved from the internet on Jul. 29, 2014]. Retrieved from the internet:( URL: http://www.sefh.es/sefhboletin/vernoticiaboletin.php?id=2663).

Richards L., et al., "Improved Survival in Second-Line Advanced Prostate Cancer Treated with Cabazitaxel," Nature Reviews Clinical Oncology, 2010, vol. 7 (12), p. 671.

Risbridger G.P., et al., "Breast and Prostate Cancer: More Similar than Different," Nature Reviews Cancer, Mar. 2010, vol. 10 (3), pp. 205-212.

Risinger A.L., et al., "The Taccalonolides: Microtubule Stabilizers That Circumvent Clinically Relevant Taxane Resistance Mechanisms," Cancer Research, Nov. 2008, vol. 68 (21), pp. 8881-8888.

Rodrigues G., et al., "Open Clinical Uro-Oncology Trials in Canada," The Canadian Journal of Urology, 2007, vol. 14 (6), pp. 3779-3786.

Rosenberg et al., Activity of Second-Line Chemotherapy in Docetaxel-Refractory Hormone-Refractory Prostate Cancer Patients, Randomized Phase 2 Study of Ixabepilone or Mitoxantrone and Prednisone, 110(3) Cancer 556-63 (2007).

Ross R.W., et al., "Inherited Variation in the Androgen Pathway Is Associated With the Efficacy of Androgen-deprivation Therapy in Men With Prostate Cancer," Journal of Clinical Oncology, Feb. 2008, vol. 26 (6), pp. 842-847.

Rothenstein J.M., et al., "Company Stock Prices Before and After Public Announcements Related to Oncology Drugs," Journal of the National Cancer Institute, Oct. 2011, vol. 103 (20), pp. 1507-1512.

Saad et al., Randomized Phase II Trial of Custirsen (OGX-011) in Combination with Docetaxel or Mitoxantrone as Second-Line Therapy in Patients with Metastatic Castrate-Resistant Prostate Cancer Progressing After First-Line Docetaxel: CUOG Trial P-06c, 17(17) Clin. Cancer Res. 5765-73 (2011).

Sandoz Inc.'s Detailed Statement of the Factual and Legal Bases for Its Opinion That U.S. Pat. Nos. 5,847,170, 7,241,907 & 8,927,592 Are Invalid, Unenforceable and/or Not Infringed by the Manufacture, Use, Importation, Sale or Offer for Sale of the Sandoz Product, pp. 7-18 [Redacted].

Sanofi Oncology website, Oct. 2008, pp. 1-2. Retrieved from the internet, URL: https://www.sanofi.ma/fr/nous-connaitre/solutions-de-sante/oncologie.

Sanofi-Aventis Annual Report SEC Form 20-F 2010, 335 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2011, 335 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2012, 458 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2013, 304 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2014, 413 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2015, 233 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 1 of 4.

Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 2 of 4.

Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 3 of 4.

Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 4 of 4.

Sanofi-Aventis Annual Report SEC Form 20-F, Dec. 2006, pp. 1-301.

Sanofi-aventis Annual Report SEC Form 20-F, Dec. 2007, pp. 1-283.

Sanofi-aventis Annual Report SEC Form 20-F, Dec. 2008, pp. 1-320.

Sanofi-Aventis Annual Report SEC Form 20-F (Dec. 31, 2006) at 39, [retrieved on Jun. 27, 2014] Retrieved from the internet: (URL: http://www.sec.gov/Archives/edgar/data/1121404/000119312507072848/d20f.htm).

Sanofi-Aventis Annual Review, 2008, pp. 1-28, URL: https://ddd.uab.cat/pub/infanu/34542/iaSANAVEa2008ieng.pdf.

Sanofi-Aventis Press Release: EPS Growth in Q2 2010, (Jul. 29, 2010), pp. 1-27.

Sanofi-Aventis Press Release, Jevtana (cabazitaxel) Injection Now Available in the U.S., (Jul. 19, 2010).

Sanofi-Aventis Press Release: "Phase III Data Showing Improved Survival with Jevtana® (cabazitaxel) injection in Second-Line Advanced Prostate Cancer Published in the Lancet,", retrieved on Oct. 30, 2018 from http://www.news.sanofi.us/press-releases?item=118536&amp;printable.

Sanofi-Aventis Press Release: Q1 2010: A Good First Quarter, (Apr. 29, 2010), pp. 1-19.

Sanofi-Aventis Press Release: Resilient Sales and Business EPS in Q3 2010, (Oct. 28, 2010), pp. 1-24.

Sanofi-Aventis Press Release: Sanofi-Aventis Delivers 2008 Results Above Guidance, Feb. 11, 2009, pp. 1-27.

Sanofi-Aventis Press Release: Sanofi•Aventis Delivers Double-Digit EPS Growth in 2009 as the Transformation Program Progresses, Feb. 10, 2010, pp. 1-26.

Sartor et al., Cabazitaxel vs. Docetaxel in Chemotherapy-Naïve (CN) Patients with Metastatic Castration-Resistant Prostate Cancer (mCRPC): A Three Arm Phase III Study (FIRSTANA), J. Clin. Oncol. Abstr. 5006 (2016).

(56)        **References Cited**

OTHER PUBLICATIONS

Sartor O., et al., "Cabazitaxel vs docetaxel in chemotherapy-naïve patients with metastatic castration-resistant prostate cancer: A three-arm phase III study (FIRSTANA)," ASCO Annual meeting 2016, slides 1-22.

Sartor O., et al., "Improving Outcomes with Recent Advances in Chemotherapy for Castrate-Resistant Prostate Cancer," Clinical Genitourinary Cancer, 2010, vol. 8 (1), pp. 23-28.

Sartor O., et al., "Novel Therapeutic Strategies for Metastatic Prostate Cancer in the Post-Docetaxel Setting," The Oncologist, Nov. 2011, vol. 16 (11), pp. 1487-1497.

Sartor O., "State-of-the-Art Management for the Patient with Castration-Resistant Prostate Cancer in 2012," American Society of Clinical Oncology Educational Book, Jan. 2012, vol. 32, pp. 289-291.

Sessa et al., Phase I Clinical and Pharmacokinetic Studies of the Taxoid Derivative RPR 109881A Administered as a 1-Hour or 3-Hour Infusion in Patients with Advanced Solid Tumors, Annals of Oncol. 1140-50 (2002).

Sessa et al., Phase I Clinical and Pharmacokinetic Study of the Oral Platinum Analogue JM216 Given Daily for 14 Days, Annals of Oncol. 1315-22 (1998).

Shabafrouz K., et al., "New Drugs at the Horizon for Men with Prostate Cancer," Revue Medicale Suisse, 2010, vol. 6 (250), pp. 1057-1058 and 1060-1061.

Sheiner L.B., "Learning versus confirming in clinical drug development," Clinical Pharmacology & Therapeutics, Mar. 1997, vol. 61(3), pp. 275-291.

Shelley M., et al., "Docetaxel Plus Prednisone Improves Survival in Men with Advanced Prostate Cancer," Cancer Treatment Reviews, 2005, vol. 31 (5), pp. 403-407.

Shepard D.R., et al., "Estimation of the Effect of Food on the Disposition of Oral 5-Fluorouracil in Combination with Eniluracil," Cancer Chemotherapy and Pharmacology, May 2002, vol. 49(5), pp. 398-402.

Shimazui T., et al., "Three-Weekly Docetaxel with Prednisone is Feasible for Japanese Patients with Hormone-Refractory Prostate Cancer: A Retrospective Comparative Study with Weekly Docetaxel Alone," Journal of Clinical Oncology, 2007, vol. 37 (8), pp. 603-608.

Signs and Symptoms of Prostate Cancer, American Cancer Society, Retrieved from the internet on Nov. 19, 2016 at http://www.cancer.org/cancer/prostatecancer/detailedguide/prostate-cancer-signs-symptoms.

Singh A.K., et al., "Interpreting Results of Clinical Trials: A Conceptual Framework," Clinical Journal of the American Society of Nephrology, Sep. 2008, vol. 3(5), pp. 1246-1252.

Slovin S.F., et al., "Ipilimumab Alone or in Combination with Radiotherapy in Metastatic Castration-Resistant Prostate Cancer: Results from an Open-Label, Multicenter Phase I/II Study," Annals of Oncology, 2013, vol. 24 (7), pp. 1813-1821.

Small E., et al., "Randomized Phase II Study Comparing 4 Monthly Doses of Ipilimumab (MDX-010) as a Single Agent or in Combination with a Single Dose of Docetaxel in Patients with Hormone-Refractory Prostate Cancer," Journal of Clinical Oncology (Meeting Abstracts), 2006, vol. 24 (18S), pp. S4609.

Small E.J., et al., "Granulocyte Macrophage Colony Stimulating Factor-Secreting Allogeneic Cellular Immunotherapy for Hormone-Refractory Prostate Cancer," Clinical Cancer Research, 2007, vol. 13, pp. 3883-3891.

Small E.J., et al., "Randomized Study of Three Different Doses of Suramin Administered with a Fixed Dosing Schedule in Patients with Advanced Prostate Cancer: Results of Intergroup 0159, Cancer and Leukemia Group B 9480," Journal of Clinical Oncology, Aug. 2002, vol. 20(16), pp. 3369-3375.

Small et al., A Phase II Trial of Gefitinib in Patients with Non-Metastatic Hormone-Refractory Prostate Cancer, 100 BJU Int'l. 765-69 (2007).

Sonpavde et al., Sunitinib Malate for Metastatic Castration-Resistant Prostate Cancer Following Docetaxel-Based Chemotherapy, 21(2) Ann. Oncol. 319-24 (2010).

Gottesman M.M., "Mechanisms of Cancer Drug Resistance," Annual Review of Medicine, Feb. 2002, vol. 53, pp. 615-627.

MSN's Detailed Statement of the Factual and Legal Bases for Its Opinion That U.S. Pat. No. 8,927,592 B2 Is Invalid, pp. 9-29 [Redacted].

Spiegel D.R., 'Single-Agent Gefitinib in Patients with Untreated Advanced Non-Small-Cell Lung Cancer and Poor Performance Status: A Minnie Pearl Cancer Research Network Phase II Trial,' Clinical Lung Cancer, vol. 7, No. 2, pp. 127-132 (2005).

Stedman's Medical Dictionary, pp. 168, 360, 376, 537, and 1215, 27th Edition, 2000.

Sternberg C.N., et al., "Larotaxel with Cisplatin in the First-Line Treatment of Locally Advanced/Metastatic Urothelial Tract or Bladder Cancer: A Randomized, Active-Controlled, Phase III Trial (Cilab)," Oncology, 2013, vol. 85 (4), pp. 208-215.

Straub et al., Intravenous Hydrophobic Drug Delivery: A Porous Particle Formulation of Paclitaxel (AI-850), 22(3) Pharm. Res. 347-55 (2005).

Sullivan P.W., et al., "Quality of Life as a Potential Predictor for Morbidity and Mortality in Patients with Metastatic Hormone-Refractory Prostate Cancer," Quality of Life Research, Oct. 2006, vol. 15(8), pp. 1297-1306.

Susman, Asgo: Calcitriol Fails in ASCENT-2 Prostate CA Trial, MedPage Today, Jun. 9, 2010 [retrieved on Jun. 27, 2014], Retrieved from the Internet:(URL:http://www.medpagetoday.com/MeetingCoverage/ASC0/20575).

Sutent (sunitinib malate) Label (Apr. 2008).

Szmulewitz R.Z., et al., "Playing Russian Roulette with Tyrosine Kinase Inhibitors," Clinical Pharmacology & Therapeutics, 2013, vol. 93(3), pp. 242-244.

Takeda M., et al., "The Establishment of two Pacilitaxel Resistant Cancer Cell Lines and the Mechanism of Pacilitaxel Resistance With Two Cell Lines," The Prostate, 2007, vol. 67 (9), pp. 955-967.

Tan, "Novel Agents in the Treatment of Hormone-Independent Metastatic Prostate Cancer," Actas Urológicas Españolas, 2007, vol. 31 (6), pp. 660-685 (followed by English translation).

Tannock I., et al., "Treatment of Metastatic Prostatic Cancer with Low-Dose Prednisone: Evaluation of Pain and Quality of Life as Pragmatic Indices of Response," Journal of Clinical Oncology, 1989, vol. 7 (5), pp. 590-597.

Tannock I.F., et al., "Chemotherapy with Mitoxantrone Plus Prednisone or Prednisone Alone for Symptomatic Hormone-Resistant Prostate Cancer: A Canadian Randomized Trial with Palliative End Points," Journal of Clinical Oncology, 1996, vol. 14 (6), pp. 1756-1764.

Tarceva (erlotinib) Label (Apr. 2009).

Taxotere (Docetaxel) mejora significativamente la supervivencia de los pacientes con cancer de prostata avanzado. Retrieved from the Internet: (URL: http://www.pmfarma.es/noticias/7074-taxotere-docetaxelmejora-significativamente-la-supervivencia-de-los-pacientes-con-cancer-de-prostataavanzado).

Taxotere (Docetaxel) Significantly Improves the Survival of Patients With Advanced Prostate Cancer, Feb. 2007, sanofi-aventis Press Release; pp. 1-4.

Taxotere Patient Information Leaflet and Prescribing Information (Label), May 2004, pp. 1-35.

Taxotere Patient Information Leaflet and Prescribing Information (Label), Oct. 2006, pp. 1-55.

Taxotere Prescribing Information (Label), Sep. 2007, pp. 1-57.

Taylor B.S., et al., "Integrative Genomic Profiling of Human Prostate Cancer," Cancer cell, 2010, vol. 18(1), pp. 11-22.

Ten Tije et al., Pharmacological Effects of Formulation Vehicles: Implications for Cancer Chemotherapy, 42(7) Clin. Pharmacokinet. 665-85 (2003).

The National Horizon Scanning Centre of National Institute for Health Research, Cabazitaxel (XRP-6258) for Hormone Refractory, 2009, Metastatic Prostate Cancer—Second line After Docataxel, University of Birmingham, pp. 1-6.

Torisel (temsirolimus) Label (May 2007).

Trudeau et al., Docetaxel in Patients with Metastatic Breast Cancer: A Phase II Study of the National Cancer Institute of Canada—Clinical Trials Group, J. Clin. Oncol., 422-428 (1996).

(56)                    **References Cited**

OTHER PUBLICATIONS

Tufts Cost Study as retrieved on Feb. 1, 2017 from http://csdd.tufts.edu/news/complete_story/pr_tufts_csdd_2014_cost_study, pp. 1-3, 2014.

Un farmaco contra el cancer de prostata demuestra una alta eficacia. Retrieved from the internet: (URL: http://www.dimedicina.com/enfermedades/urologicas/actualidad/un-farmaco-contra-elcancer-de-prostata-demuestra-una-alta-eficacia).

Undevia S.D., et al., "Pharmacokinetic Variability of Anticancer Agents," Nature Reviews Cancer, Jun. 2005, vol. 5 (6), pp. 447-458.

Van Cutsem., et al., A Phase III Study Comparing Larotaxel vs 5-FU (Continuous Intravenous 5-FU or Capecitabine) in Patients with Advanced Pancreatic Cancer (APC) Previously Treated with a Gemcitabine Containing Regimen, 21(6S) Annals of Oncol. Oral Presentations, O-0007, Jul. 2010.

Van Hook K., et al., "Orteronel for the Treatment of Prostate Cancer," Future Oncology, 2014, vol. 10 (5), pp. 803-811.

Van Ruitenbeek P., et al., 'Histamine H1-receptor blockade in humans affects psychomotor performance but not memory,' Journal of psychopharmacology, vol. 22 No. 6, pp. 663-672 (2008).

Van Tellingen, O., et al., "Cremophor EL Causes (pseudo-) Non-Linear Pharmacokinetics of Paclitaxel in Patients," British Journal of Cancer, Sep. 1999, vol. 81 (2), pp. 330-335.

Verweij, et al., Paclitaxel (Taxol) and Docetaxel (Taxotere): Not Simply Two of a Kind, Ann. Oncol. 495-505 (1994).

View of NCT00417079 on 2008_08_31-XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metasiattc Prostate Cancer, (retrieved on Apr. 6, 2015). Retrieved from the internet: (URL: https://clinicaltrials.gov/archive/NCT00417079/2008_08_31).

Vogel et al., Efficacy and Safety of Trastuzumab as a Single Agent in First-Line Treatment of HER2-Overexpressing Metastatic Breast Cancer, 20(3) J. Clin. Oncol. 719-26 (2002).

Vogelzang N.J., et al., "A Phase II Trial of Suramin Monthly x 3 for Hormone-Refractory Prostate Carcinoma," Cancer, 2003, vol. 100 (1), pp. 65-71.

Von Hoff D.D and Turner J., "Response Rates, Duration of Response, and Dose Response Effects in Phase I Studies of Antineoplastics," Investigational New Drugs, Feb. 1991, vol. 9 (1), pp. 115-122.

Vrignaud et al., Preclinical Antitumor Activity of Cabazitaxel, a Semisynthetic Taxane Active in Taxane-Resistant Tumors, 19(11) Clin. Cancer Res. 2973-83 (2013).

Vrignaud et al., Preclinical Profile of Cabazitaxel, Drug Des. Devel. & Ther. 1851-67 (2014).

Wazana, Physicians and the Pharmaceutical Industry: Is a Gift Ever Just a Gift?, JAMA 283 (2000) 373-380.

What is Prostate Cancer?, Jevatana (cabazitaxel) Injection, Retrieved from the internet on Sep. 19, 2016 at http://www.jevtana.com/what-is-prostate-cancer.

What is PROVENGE Immunotherapy?, Retrieved from the internet on Oct. 5, 2016 at http://www.provenge.com/advanced-prostate-cancer-immunotherapy.aspx.

Why ZYTIGA? (abiraterone acetate), Retrieved from the internet on Oct. 6, 2016 at https://www.zytigo.com/about-zytigo/why-zytiga.

Wiechec E., et al., "The Effect of Genetic Variability on Drug Response in Convention Breast Cancer Treatment," European Journal of Pharmacology, 2009, vol. 625 (1-3), pp. 122-130.

Williams R., 'Discontinued drugs in 2007: oncology drugs,' Expert Opinion Investig. Drugs, vol. 17 No. 12, pp. 1791-1816, (2008).

Williams R., et al., "Discontinued Drugs in 2008: Oncology Drugs," Expert Opinion on Investigational Drugs, 2009, vol. 18 (11), pp. 1581-1594.

Wils, P., et al., "Polarized transport of docetaxel and vinblastine mediated by Pglycoprotein in human intestinal epithelial cell monolayers," Biochemical Pharmacology, 48(7):1528-30 (1994).

Wirth, et al., "The Antiandrogen Withdrawal Syndrome," Urol. Res., 1997, 25 (Suppl. 2), pp. S67-S71.

Wirth M.P., "Hormone-refractory Prostate Cancer: What Have We Learned?," BJU International, Jul. 2007, vol. 100 (Suppl 2), pp. 56-59.

World Health Organization WHO Handbook for Reporting Results of Cancer Treatment, Geneva, 1979, pp. 1-46.

Xeloda (capecitabine) Label Feb. 2003.

XOFIGO (radium Ra 223 dichloride) Label (May 2013).

Xtandi Clinical Trials & Results, How Xtandi May Help, Retrieved from the internet on Oct. 6, 2016 at https://www.xtandi.com/xtandi-clinical-trials.

Xtandi (enzalutamide) Label (Aug. 2012).

Yervoy (ipilimumab), Prescribing Information (Label), Dec. 2013.

Yoo G.H., et al., "XRP6258-Induced Gene Expression Patterns in Head and Neck Cancer Carcinoma," The Laryngoscope, 2010, vol. 120 (6), pp. 1114-1119.

Zatloukal P., et al., "Randomized Multicenter Phase II Study of Larotaxel (XRP9881) in Combination with Cisplatin or Gemcitabine as First-Line Chemotherapy in Nonirradiable Stage IIIB or Stage IV Non-Small Cell Lung Cancer," Journal of Thoracic Oncology, 2008, vol. 3(8), pp. 894-901.

Zhu, et al., Does "Clock" Matter in Prostate Cancer, Cancer Epidemiol. Biomarkers Prev. 3-5 (2006).

Ziada et al., The Use of Trastuzumab in the Treatment of Hormone Refractory Prostate Cancer; Phase II Trial, 60(4) The Prostate 332-37 (2004).

Zielinski A., et al., "Custirsen (OGX-011): a Second-Generation Antisense Inhibitor of Clusterin in Development for the Treatment of Prostate Cancer," Future Oncology, 2012, vol. 8 (10), pp. 1239-1251.

Zytiga (abiraterone acetate) Label (Apr. 2011).

*Sanofi Mature IP v. Mylan Laboratories Limited*, Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00712, Decision dated Feb. 5, 2019, 12 pages.

Lenz, H.J., Management and Preparedness for Infusion and Hypersensitivity Reactions, The Oncologist, 12:601-609, 2007.

R008407, Non Final Office Action issued by the U.S. Patent and Trademark Office in U.S. Appl. No. 16/251,143, filed Jan. 18, 2019, dated Mar. 1, 2019.

R008406, Patent Owner's Responsive Brief on the Effect of the CAFC Decision on Patent Owner's Motion to Amend as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 7, 2019, 30 pages.

R008408, Petitioner Mylan's Reply Brief on Remand Pursuant to Paper No. 108 as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 21, 2019, 12 pages.

R008409, Final Written Decision on Remand issued in the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592 dated Oct. 22, 2019.

R008410, Final Rejection issued by the U.S. Patent and Trademark Office in U.S. Appl. No. 16/251,143, filed Jan. 18, 2019, dated Aug. 12, 2019.

* cited by examiner



**FIG. 1**



**FIG. 2**

| Factor | Patient number | Hazard ratio (95% CI) |
|---|---|---|
| All randomized patients | 755 | 0.70 (0.59–0.83) |
| ECOG status: 0,1 | 694 | 0.68 (0.57–0.82) |
| ECOG status: 2 | 61 | 0.81 (0.48–1.38) |
| Measurable disease: No | 350 | 0.72 (0.55–0.93) |
| Measurable disease: Yes | 405 | 0.68 (0.54–0.85) |
| No. of prior chemotherapies: 1 | 528 | 0.67 (0.55–0.83) |
| No. of prior chemotherapies: ≥2 | 227 | 0.75 (0.55–1.02) |
| Age: <65 years | 295 | 0.81 (0.61–1.08) |
| Age: ≥65 years | 460 | 0.62 (0.50–0.78) |
| Rising PSA at baseline: No | 159 | 0.88 (0.61–1.26) |
| Rising PSA at baseline: Yes | 583 | 0.65 (0.53–0.80) |
| Total docetaxel dose: <225 mg/m$^2$ | 59 | 0.96 (0.49–1.86) |
| Total docetaxel dose: ≥225 to 450 mg/m$^2$ | 206 | 0.60 (0.43–0.84) |
| Total docetaxel dose: ≥450 to 675 mg/m$^2$ | 217 | 0.83 (0.60–1.16) |
| Total docetaxel dose: ≥675 to 900 mg/m$^2$ | 131 | 0.73 (0.48–1.10) |
| Total docetaxel dose: ≥900 mg/m$^2$ | 134 | 0.53 (0.47–0.90) |
| Progression during docetaxel treatment | 219 | 0.68 (0.57–0.82) |
| Progression <3 months after docetaxel | 339 | 0.70 (0.55–0.91) |
| Progression ≥3 months after docetaxel | 192 | 0.75 (0.51–1.11) |



Favors Cabazitaxel ◄— —► Favors Mitoxantrone

Hazard ratio and 95% confidence interval

0     0.5     1     1.5     2

**FIG. 3**



**FIG. 4**



**FIG. 5**



## FIG. 6



**FIG. 7**

US 10,583,110 B2

1

# ANTITUMORAL USE OF CABAZITAXEL

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/575,566, filed Dec. 18, 2014, which is a continuation of U.S. application Ser. No. 13/456,720, filed Apr. 26, 2012, which is a continuation of International Application No. PCT/IB2010/054866, filed Oct. 27, 2010, which claims the benefit of priority of U.S. Provisional Application No. 61/256,160, filed Oct. 29, 2009, U.S. Provisional Application No. 61/293,903, filed Jan. 11, 2010, U.S. Provisional Application No. 61/355,834, filed Jun. 17, 2010, U.S. Provisional Application No. 61/355,888, filed Jun. 17, 2010, U.S. Provisional Application No. 61/369,929, filed Aug. 2, 2010, U.S. Provisional Application No. 61/383,933, filed Sep. 17, 2010, and U.S. Provisional Application No. 61/389,969, filed Oct. 5, 2010, all of which are incorporated herein by reference.

The present invention relates to a novel antitumoral use of cabazitaxel in the treatment of prostate cancer, which may be metastatic, especially for patients who are not catered for by a taxane-based treatment. In particular, the present invention relates to the use of cabazitaxel in the treatment of patients with castration resistant metastatic prostate cancer, who have been previously treated with a docetaxel based regimen, an unmet medical need.

## BACKGROUND

Prostate cancer affects a large proportion of the male population worldwide: 680 000 cases worldwide in 2002; it is predicted that there will be 900 000 new cases per year up to 2010 (*CA Cancer J. Clin.,* 2005, 55, 74-108). It is the most frequently occurring cancer in men after lung cancer.

Prostate cancer is generally treated at the start by depriving the androgenic hormones, i.e. by surgical excision of the testicles The Current State of Hormonal Therapy for Prostate Cancer CA Cancer J. Clin., May 2002; 52: 154-179, or by radiotherapy treatment External beam radiation therapy for prostate cancer CA Cancer J. Clin., November 2000; 50: 349-375. Treatments with antiandrogens or hormone manipulations are associated with responses of short duration and without any improvement in the survival time.

The use of cytotoxic chemotherapy is not a routine treatment, whereas its role in alleviating the symptoms and reducing the levels of PSA (prostate-specific antigen) is established. No monotherapy has obtained a degree of response of greater than 30%; combinations with an effect on PSA levels were tested. No effect on the survival time was seen and, what is more, the toxicity of these treatments, particularly on elderly patients, is problematic since, in addition to their tumour, they are generally suffering from related health problems and have a limited reserve of bone marrow.

Until recently, the chemotherapies used were limited to cyclophosphamide, anthracyclines (doxorubicin or mitoxantrone) and estramustine, and the effects of these treatments are relatively mediocre. Palliative effects were observed in patients following the administration of corticoids alone or of mitoxantrone with either prednisone or hydrocortisone. Following Phase II trials, the combination of mitoxantrone with corticoids was recognized as the reference treatment for hormone-resistant prostate cancer. More recently, treatments with docetaxel in combination with estramustine or prednisone have made it possible to treat cancers that are

2

resistant to hormone deprivation Advances in Prostate Cancer Chemotherapy: A New Era Begins CA Cancer J. Clin., September 2005; 55: 300-318, the survival was improved by 2.4 months.

It is generally accepted that the responses in advanced prostate cancers are difficult to evaluate on account of the heterogeneity of the disease and the lack of consensus regarding the treatment response criteria. Many patients with metastatic prostate cancer have no measurable disease, but have symptoms dominated by bone metastases. Measurement of the PSA level has been found to be a means for evaluating novel candidates and also the measurement of the tumour when this is possible, the measurement of bone tumours, the quality of life and the measurement of the pain.

Furthermore, cancer may become resistant to the agents used, in particular to taxanes, which limits the possible treatment options. Several taxane resistance mechanisms have been described (expression of P-glycoprotein P-gp, mdr-1 gene, modified metabolism of taxane, mutation of the tubulin gene, etc.): see *Drug Resistance Updates* 2001, 4(1), 3-8; J. Clin. Onc. 1999, 17(3), 1061-1070.

The technical problem that the invention intends to solve is that of providing a novel therapeutic option for treating prostate cancer, especially for patients who are not catered for by a taxane-based treatment, such as patients with castration resistant metastatic prostate cancer who have been previously treated with docetaxel (sold under the brand name Taxotere®) based regimen, an unmet medical need.

Four clinical trials on cabazitaxel are known since April 2006. Three monotherapy tests have made it possible to determine the maximum tolerated dose and the toxicities at the limit doses: these tests were performed on breast, sarcoma and prostate tumours. Doses of 10-30 mg/m² every three hours were used. A phase II trial was performed on patients with a breast cancer, who had previously received taxanes and anthracyclines as adjuvant (i.e. after a surgery) or as a first-line treatment. The response levels were 14.6% as adjuvant and 9.5% as second-line treatment.

## SUMMARY

The invention relates to a novel antitumoral pharmaceutical therapeutic use comprising cabazitaxel of formula



The invention also relates to methods of treating patients with prostate cancer comprising administering an effective amount of the antitumoral agent cabazitaxel to said patient.

This antitumoral agent may be in the form of anhydrous base, a hydrate or a solvate, intended for treating prostate cancer, in particular for treating patients who are not catered

US 10,583,110 B2

3

for by a taxane-based treatment, such as patients who have been previously treated with a docetaxel-based regimen. This compound is preferably administered to a patient with advanced metastatic disease. In particular, the compound is administered to a patient with castration resistant prostate cancer. Cabazitaxel is preferably administered in combination with a corticoid chosen especially from prednisone and prednisolone. This corticoid is preferably administered at a daily dose of 10 mg orally.

In some aspects of the invention, cabazitaxel is administered in combination with prednisone for its use as a medicament in the treatment of patients with hormone-refractory prostate cancer who have been previously treated with docetaxel based regimen.

In some aspects of the invention, cabazitaxel is administered at a dose (defined for each administration) of between 20 and 25 mg/m². Cabazitaxel may be in the form of an acetone solvate. More particularly, the acetone solvate of cabazitaxel contains between 5% and 8% and preferably between 5% and 7% by weight of acetone.

In some aspects of the invention, cabazitaxel may be administered by intravenous infusion at a dose of between 15 and 25 mg/m², this administration cycle of the antitumour agent being repeated at an interval of 3 weeks between each cabazitaxel administration, which interval may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding cabazitaxel administration.

In some embodiments, the effective amount of cabazitaxel produces at least one therapeutic effect selected from the group consisting of increase in overall survival, partial response, reduction in tumor size, reduction in metastasis, complete remission, partial remission, stable disease, or complete response.

The present invention also relates to a pharmaceutical composition that treats patients with prostate cancer comprising a clinically proven safe and effective amount of cabazitaxel.

Further embodiments of the invention comprise methods or using, treating, promoting, and providing cabazitaxel.

The present invention also relates to packages and articles of manufacture.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 displays the Kaplan-Meier curves of the overall survival in a cabazitaxel study.

FIG. 2 displays the Kaplan-Meier curves of progression-free survival in a cabazitaxel study.

FIG. 3 shows an intention-to-treat analysis of overall survival in subgroups of patients defined by baseline characteristics. Hazard ratios <1 favor the cabazitaxel group, while those >1 favor the mitoxantrone group. CI denotes confidence intervals.

FIG. 4 graphically depicts the proportion of patients with changes in ECOG performance status from baseline during treatment (safety population). The "Improved" column represents PS2 at baseline changed to 0 or 1 during treatment. The "stable" column represents no change, and the "Worse" column represents PS2 at baseline and changed to ≥3, or 0 or 1 at baseline changed to ≥2 during treatment.

FIG. 5 graphically depicts the proportion of patients with changes from baseline in the Present Pain Intensity score during treatment (ITT). The "Improved" column represents patients in which the PPI score during treatment was lower versus baseline. The "Stable" column represents no change, and the "Worse" column represents patients with >1 unit increase in PPI score during treatment versus baseline.

4

FIG. 6 graphically presents the mean area under the curve for PPI and analgesic scores by treatment cycle.

FIG. 7 graphically presents the mean AUC analgesic score.

DETAILED DESCRIPTION

Definitions

Effective amount, as used herein, means an amount of a pharmaceutical compound, such as cabazitaxel, that produces an effect on the cancer to be treated.

Clinically proven, as used herein, means clinical efficacy results that are sufficient to meet FDA approval standards.

Castration resistant prostate cancer, as used herein, is synonymous with hormone-refractory prostate cancer.

"Patient," as used herein, includes both human and animals. In one embodiment, a patient is a human.

Cabazitaxel belongs to the taxoid family and has the formula:

The chemical name of cabazitaxel is 4α-acetoxy-2α-benzoyloxy-5,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonyl-amino-2-hydroxy-3-phenylpropionate. Cabazitaxel is synonymously known as (2α,5β,7β, 10β,13α)-4-acetoxy-13-({(2R,3S)-3-[(tertbutoxycarbonyl)amino]-2-hydroxy-3-phenylpropanoyl}oxy)-1-hydroxy-7,10-dimethoxy-9-oxo-5,20-epoxytax-11-en-2-yl benzoate.

This compound and a preparative method thereof is described in WO 96/30355, EP 0 817 779 B1 and U.S. Pat. No. 5,847,170, which are hereby incorporated herein by reference. Cabazitaxel may be administered in base form (cf. above formula), or in the form of a hydrate. It may also be a solvate, i.e. a molecular complex characterized by the incorporation of the crystallization solvent into the crystal of the molecule of the active principle (see in this respect page 1276 of *J. Pharm. Sci.* 1975, 64(8), 1269-1288). In particular, it may be an acetone solvate, and, more particularly, may be the solvate described in WO 2005/028462. It may be an acetone solvate of cabazitaxel containing between 5% and 8% and preferably between 5% and 7% by weight of acetone (% means content of acetone/content of acetone+cabazitaxel×100). An average value of the acetone content is 7%, which approximately represents the acetone stoichiometry, which is 6.5% for a solvate containing one molecule of acetone. The procedure described below allows the preparation of an acetone solvate of cabazitaxel:

US 10,583,110 B2

5

940 ml of purified water are added at 20±5° C. (room temperature) to a solution of 207 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbo-nylamino-2-hydroxy-3-phenylpropionate at about 92% by weight in about 2 litres of acetone, followed by seeding with a suspension of 2 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate isolated from acetone/water in a mixture of 20 ml of water and 20 ml of acetone. The resulting mixture is stirred for about 10 to 22 hours, and 1.5 litres of purified water are added over 4 to 5 hours. This mixture is stirred for 60 to 90 minutes, and the suspension is then filtered under reduced pressure. The cake is washed on the filter with a solution prepared from 450 ml of acetone and 550 ml of purified water, and then oven-dried at 55° C. under reduced pressure (0.7 kPa) for 4 hours. 197 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dime-thoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbo-nylamino-2-hydroxy-3-phenylpropionate acetone containing 0.1% water and 7.2% acetone (theoretical amount: 6.5% for a stoichiometric solvate) are obtained.

Cabazitaxel may be administered parenterally, such as via intravenous administration. A galenical form of cabazitaxel suitable for administration by intravenous infusion is that in which the cabazitaxel is dissolved in water in the presence of excipients chosen from surfactants, cosolvents, glucose or sodium chloride, etc. For example, a galenical form of cabazitaxel may be prepared by diluting a premix solution of cabazitaxel contained in a sterile vial (80 mg of cabazi-taxel+2 ml of solvent+Polysorbate 80) with a sterile vial containing a solution of 6 ml of water and ethanol (13% by weight of 95% ethanol) in order to obtain 8 ml of a solution ready to be rediluted in a perfusion bag. The concentration of cabazitaxel in this ready-to-redilute solution is about 10 mg/ml. The perfusion is then prepared by injecting the appropriate amount of this ready-to-redilute solution into the perfusion bag containing water and glucose (about 5%) or sodium chloride (about 0.9%).

Cabazitaxel may be administered in combination with a corticoid, such as prednisone or prednisolone, as two distinct pharmaceutical preparations.

Accordingly, one aspect of the invention is a method of treating prostate cancer comprising administering to a patient in need thereof an effective amount of cabazitaxel in combination with a corticoid, such as prednisone or prednisolone.

The combination is administered repeatedly according to a protocol that depends on the patient to be treated (age, weight, treatment history, etc.), which can be determined by a skilled physician. In one aspect of the invention, cabazi-taxel is administered by perfusion to the patient according to an intermittent program with an interval between each administration of 3 weeks, which may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding admin-istration. The median number of cycles is 6. The prednisone or prednisolone may be administered daily, for example in the form of one dosage intake per day, throughout the duration of the treatment. Examples of doses for the two antitumoral agents are given in the "Example" section. The currently recommended dose is 25 mg/m² of cabazitaxel administered as a on-hour infusion and 10 mg per day of prednisone or prednisolone administered orally.

In some aspects of the invention, the patient to be treated has prostate cancer that is resistant to hormone therapy (i.e., hormone refractory) and has previously been treated with

6

docetaxel. In some aspects, the patient has prostate cancer that progressed during or after treatment with docetaxel. In some aspects, the patient was previously treated with at least 225 mg/m² cumulative dose of docetaxel. In a particular aspect, the patient showed progression of their disease in the six months following hormone therapy or during docetaxel treatment or after docetaxel treatment. In another particular aspect, the patient showed progression of their disease in the three months following hormone therapy or after docetaxel treatment.

In some aspects of the invention, the patient to be treated has a measurable tumour and may show progression of the disease via a metastatic lesion of the viscera or of a soft tissue of at least 1 cm determined by MRI or by an axial tomographic scan (CT scan).

In some aspects of the invention, the patient to be treated has an unmeasurable tumour and may show an increase in the PSA level with three measurements at a 1-week interval or the appearance of new lesions.

In some aspects of the invention, the patient to be treated has undergone castration by orchidectomy or with LHRH agonists, elimination of the androgens or monotherapy with estramustine.

In a preferred aspect, the life expectancy of the patient to be treated should be at least 2 months.

In some aspects, the treatment does not include patients who have previously received mitoxantrone, or who have received less than 225 mg/m² of docetaxel, or who have undergone a radiotherapy that has eliminated more than 40% of the marrow, who have received a treatment within the 4 weeks preceding the test, who have a neuropathy or a stomatitis, involving the brain or the meninges, who have shown severe hypersensitivity to polysorbate or to pred-nisone, whose blood analysis shows an appreciable decrease in neutrophils, haemoglobin or platelets, an increase in bilirubin and/or liver enzymes and creatinine, or who have heart problems or an infection requiring antibiotics.

An aspect of the invention comprises increasing the survival of a patient with hormone refractory metastatic prostate cancer, comprising administering a clinically proven effective amount of cabazitaxel to the patient in combination with prednisone or prednisolone. In a particular aspect, the patient has previously been treated with a doc-etaxel-containing regimen.

Cabazitaxel may be administered in combination with a medication to prevent or control nausea and vomiting or to prevent or control hypersensitivity to the cabazitaxel treat-ment. Preferably, a patient is pre-medicated with the medi-cation, for example, at least 30 minutes prior to administer-ing each dose of cabazitaxel.

One aspect of the invention comprises a method of reducing the risk of a severe hypersensitivity reaction in a patient with prostate cancer being treated with cabazitaxel, comprising administering to the patient a medication to prevent hypersensitivity prior to the administration of caba-zitaxel.

Severe hypersensitivity reactions to cabazitaxel can occur and may include generalized rash/erythema, hypotension and bronchospasm. Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of cabazitaxel, thus facilities and equipment for the treat-ment of hypotension and bronchospasm should be available. If severe hypersensitivity reaction occurs, cabazitaxel infu-sion should be immediately discontinued and appropriate therapy should be administered. Examples of medications

US 10,583,110 B2

7

which may be used to prevent hypersensitivity to the caba-
zitaxel treatment include antihistamines, such as dexchloro-
pheniramine (for example 5 mg), and diphenhydramine (for
example 25 mg) or equivalent antihistamines; and corticos-
teroids, such as dexamethasone (for example 8 mg) or an
equivalent steroid.

Nevertheless, cabazitaxel should not be given to any and
may be contraindicated in patients who have a history of severe
hypersensitivity reactions to cabazitaxel.

Depending on the formulation administered, cabazitaxel
may also be contraindicated in patients who have a history
of hypersensitivity reactions to other drugs formulated with
polysorbate 80.

One aspect of the invention comprises an article of
manufacture comprising:

   a) a packaging material;

   b) cabazitaxel, and

   c) a label or package insert contained within the packag-
     ing material indicating that severe hypersensitivity
     reactions can occur.

Gastrointestinal symptoms, such as, for example nausea,
vomiting, and diarrhea, may occur with the treatment of
cabazitaxel. Mortality related to diarrhea and electrolyte
imbalance has been reported. Therefore, patients may also
be rehydrated and treated with anti-diarrheal or anti-emetic
medications as needed. Treatment delay or dosage reduction
may be necessary if patients experience Grade ≥3 diarrhea.

Accordingly, the methods of the invention include admin-
istering a medication to prevent hypersensitivity or a medi-
cation to prevent or control nausea and vomiting in combi-
nation with cabazitaxel.

Examples of medications which may be used to prevent or
control nausea and vomiting include histamine $H_2$ antago-
nists and antiemetics, such as ondansetron, granisetron and
dolesetron.

A possible side effect of the treatment with cabazitaxel is
neutropenia, which is characterized by a reduced number of
neutrophils. Unfortunately, a number of neutropenia deaths
have been reported. Therefore, frequent blood counts should
be obtained or performed to monitor for neutropenia. If
neutropenia occurs, cabazitaxel treatment may be discontin-
ued, and restarted when neutrophil counts recover to a level
of >1,500/mm³. Cabazitaxel should not be given to a patient
with a neutrophil count ≤1,500 cells/mm³.

The present invention therefore also relates to a method of
treating prostate cancer with cabazitaxel comprising admin-
istering cabazitaxel to the patient, monitoring blood counts
in the patient, and measuring neutrophil levels. In one
aspect, the method further comprises discontinuing cabazi-
taxel treatment if neutropenia occurs, and optionally restart-
ing cabazitaxel treatment when neutrophil counts recover to
a level of >1,500/mm³. In one aspect, the monitoring com-
prises taking a blood sample from the patient.

Determining neutrophil counts can be performed accord-
ing to procedures well know to those skilled in the art.

One aspect of the invention is a method of reducing the
risk of neutropenia complications comprising administering
cabazitaxel in combination with an agent useful for treating
neutropenia. Such a neutropenia treatment agent is, for
example, a hematopoietic growth factor which regulates the
production and function of neutrophils such as a human
granulocyte colony stimulating factor, (G-CSF). In a par-
ticular aspect of the invention, the neutropenia is compli-
cated neutropenia. Complicated neutropenia includes febrile
neutropenia, prolonged neutropenia, or neutropenic infec-

8

tion. In a preferred embodiment, the neutropenia treatment
agent is administered prior to the administration of cabazi-
taxel.

A particular aspect of the invention comprises a method of
reducing the risk of neutropenia complications in a patient
with prostate cancer being treated with cabazitaxel, com-
prising monitoring blood counts in the patient at regular
intervals during treatment of the patient with cabazitaxel;
reducing the dose of cabazitaxel if the patient experiences
febrile neutropenia or prolonged neutropenia; discontinuing
cabazitaxel treatment if the patients neutrophil count is
≤1,500 cells/mm³; and optionally restarting cabazitaxel
treatment when the patients neutrophil counts recover to a
level ≤1,500 cells/mm³.

In a particular aspect, primary prophylaxis with G-CSF
should be considered in patients with high-risk clinical
features (age >65 years, poor performance status, previous
episodes of febrile neutropenia, extensive prior radiation
ports, poor nutritional status, or other serious co-morbidi-
ties) that predispose them to increased complications from
prolonged neutropenia. Therapeutic use of G-CSF and sec-
ondary prophylaxis should be considered in all patients
considered to be at increased risk for neutropenia compli-
cations.

In another aspect, the monitoring of complete blood
counts is performed on a weekly basis during cycle 1 and
before each treatment cycle thereafter so that the dose can be
adjusted, if needed. Therefore, another aspect for reducing
the risk of neutropenia complications comprises monitoring
blood counts in the patient and adjusting the dose of caba-
zitaxel. An example of a dose modification is described in
Example 2.

One aspect of the invention comprises an article of
manufacture comprising:

   a) a packaging material;

   b) cabazitaxel, and

   c) a label or package insert contained within the packag-
     ing material indicating that cabazitaxel should not be
     given to patients with neutrophil counts of ≤1,500
     cells/mm³.

Cases of renal failure should be indentified and managed
aggressively, accordingly to procedures known to those
skilled in the art. Renal failure may be associated with
sepsis, dehydration, or obstructive uropathy. Furthermore,
impaired hepatic function (e.g., total bilirubin ≥ULN, or
AST and/or ALT ≥1.5×ULN) may increase cabazitaxel
concentrations, and cabazitaxel should not be given to
patients with hepatic impairment.

Cabazitaxel may cause fetal harm when administered to a
pregnant woman.

Prednisone or prednisolone administered at 10 mg daily
does not affect the pharmacokinetics of cabazitaxel.

Cabazitaxel is primarily metabolized through CYP3A.
Concomitant administration of strong CYP3A inhibitors (for
example, ketoconazole, itraconazole, clarithromycin, ataza-
navir, indinavir, nefazodone, nelfinavir, ritonavir, saquina-
vir, telithromycin, voriconazole) may increase cabazitaxel
concentrations. Therefore co-administration of cabazitaxel
with strong CYP3A inhibitors should be avoided. Caution
should be exercised with concomitant use of moderate
CYP3A inhibitors. One aspect of the invention is a method
of treating a patient for prostate cancer comprising deter-
mining whether the patient is undergoing treatment with a
CYP3A inhibitor, discontinuing treatment with a CYP3A
inhibitor, and then administering cabazitaxel to the patient.

Concomitant administration of strong CYP3A inducer
(e.g., phenytoin, carbamazepine, rifampin, rifabutin, rifa-

US 10,583,110 B2

9

pentin, phenobarbital) may decrease cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inducers should be avoided. Therefore, one aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inducer, discontinuing treatment with a CYP3A inducer, and administering cabazitaxel to the patient.

In addition, patients should also refrain from taking St. John's Wort.

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an AUC of about 991 ng·h/mL (CV 34%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an $C_{max}$ of about 226 ng·h/mL (CV 107%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide a plasma clearance of 48.5 L/h (CV 39%).

One aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean $C_{max}$ of cabazitaxel in patients with metastatic prostate cancer was 226 ng/mL (CV 107%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean AUC of cabazitaxel in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%).

A variety of educational materials may be employed to ensure proper prescribing, dispensing, and patient compliance according to the methods described herein. For example, a variety of literature and other materials, such as, for example, prescribing information, package inserts, medications guides, physician information sheets, healthcare professional information sheets, medical journal advertisements, and product websites may describe the risks and benefits of taking cabazitaxel.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) the efficacy and safety of cabazitaxel in combination with prednisone were evaluated in patients with hormone refractory metastatic prostate cancer previously treated with a docetaxel containing regimen; or

b) a total of 755 patients were randomized to receive either cabazitaxel 25 mg/m³ every 3 weeks for a maximum of 10 cycles with prednisone mg orally daily, or to receive mitoxantrone 12 mg/m² intravenously every 3 weeks for a maximum of 10 cycles with prednisone 10 mg orally daily; or

c) the median number of cycles was 6 in the cabazitaxel group and 4 in the mitoxantrone group.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

10

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm³.

The invention also concerns a method of promoting the use of cabazitaxel the method comprising the step of conveying to a recipient at least one message selected from:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

The invention also concerns a method of providing cabazitaxel, wherein said cabazitaxel is provided along with information indicating that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur, or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

Example 1

A clinical study was performed wherein patients received either treatment with cabazitaxel or the reference treatment based on mitoxantrone each combined with prednisone or prednisolone.

More specifically, patients over 18 years of age with metastatic castration resistant metastatic prostate cancer either measurable by RECIST criteria or non-measurable disease with rising PSA levels or appearance of new lesions, ECOG (Eastern Cooperative Oncology Group) performance stage 0-2, and adequate organ function (patients had to have neutrophils ≥1,500 cells/mm³, platelets >100,000 cells/mm³, hemoglobin >10 g/dL, creatinine <1.5×upper limit of normal (ULN), total bilirubin <1×ULN, AST <1.5×ULN, and ALT <1.5×ULN) who had had prior hormone therapy, chemotherapy, and radiotherapy, but had progressive during or after docetaxel treatment (cumulative dose ≥225 mg/m²) were randomized to 10 mg/day of prednisone with either mitoxantrone 12 mg/m² or cabazitaxel 25 mg/m², both administered every 3 weeks.

Patients with a history of congestive heart failure, or myocardial infarction within the last 6 months, or patients with uncontrolled cardiac arrhythmias, angina pectoris, and/or hypertension were not included in the study.

US 10,583,110 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

720 patients were planned to be included in the clinical study: 360 in each cabazitaxel+prednisone and mitoxantrone+prednisone group. Seven hundred and fifty-five patients (755) (median age 68; 84% white) were actually enrolled, 378 in the cabazitaxel and prednisone/prednisolone group and 377 in the mitoxantrone and prednisone/prednisolone group. The maximal number of treatment cycles was 10 for cabazitaxel and 10 for mitoxantrone. The median number of treatment cycles was 6 for cabazitaxel and 4 for mitoxantrone. The median prior dose of docetaxel treatment was 576 mg/m[2] for the cabazitaxel group and 529 mg/m[2] for the mitoxantrone group. Median follow-up was 12.8 months.

The measurements of the results are performed via the same tests as at inclusion. MRI and spiral computed tomographic (CT) scans are preferably used.

The results are evaluated according to the following criteria (cf RECIST guideline):

overall survival (OS): the time from inclusion to the study to the date of death complete response (CR): disappearance of the lesions

partial response (PR): at least 30% reduction of the largest diameter of the lesion progression (PD): at least 20% increase in the sum of the largest diameter of the lesion or appearance of one or more new lesions

stable disease (SD): reduction of the tumour insufficient to be included in PR and increase of the tumour insufficient to be included in PD.

The confirmations of the measurements are made at least 4 weeks after the response criterion has been established for the first time.

The progression-free survival (PFS) is the time from inclusion in the study and the date of progression or death when the progression is either an increase of the PSA, or of the tumour, or of the pain.

It was found that the combination of cabazitaxel and prednisone is a well-tolerated combination with the safety profile of taxanes. At the dose investigated in this trial (LD2: 25 mg/m[2] cabazitaxel+10 mg/m[2]/day prednisone), patients receiving cabazitaxel demonstrated statistically significant longer overall survival (OS) compared to mitoxantrone (p<0.0001). The hazard ratio was 0.70 (95% CI. 0.59, 0.83) in favor of cabazitaxel corresponding to a 30% reduction in risk of death. The median survival for patients in the cabazitaxel group was 15.1 months in comparison to 12.7 months in the mitoxantrone group. Notably, the extension of survival was observed irrespective of ECOG performance status, number of prior chemotherapy regimens and age. Benefit was also seen in the third of patients who were docetaxel-refractory and had progressed during docetaxel therapy.

The data related to the treated patients are given in Table 1:

TABLE 1

| Efficacy analysis (intention-to-treat) | | CbzP N = 378 Median (months) | MP N = 377 Median (months) |
|---|---|---|---|
| Overall survival | Median (months) | 15.1 | 12.7 |
| | Hazard ratio (95% CI) | 0.70 (0.59; 0.83) | |
| | p-value[1] | 0.0001 | |

TABLE 1-continued

| Efficacy analysis (intention-to-treat) | | CbzP N = 378 Median (months) | MP N = 377 Median (months) |
|---|---|---|---|
| PFS | Median (months) | 2.8 | 1.4 |
| | Hazard ratio (95% CI) | 0.74 (0.64-0.86) | |
| | p-value[1] | 0.0001 | |
| | Tumor response rate | 14.4% | 4.4% |
| | p-value[2] | 0.0005 | |
| Time to Tumor Progression Median (months) | | 8.8 | 5.4 |
| | p-value | <0.001 | |
| | PSA Response rate | 39.2% | 17.8% |
| | p-value[2] | 0.0002 | |
| PSA PFS | Median (months) | 6.4 | 3.1 |
| | Hazard ratio (95% CI) | 0.75 (0.63-0.90) | |
| | p-value[1] | 0.0010 | |
| | Pain Response rate | 9.2% | 7.8% |
| | p-value[2] | 0.6526 | |
| Pain PFS | Median (months) | Not reached | 11.1 |
| | Hazard ratio (95% CI) | 0.91 (0.69-1.19) | |
| | p-value[1] | 0.5192 | |

[1]Log-rank test;
[2]Chi-square test
CbzP: cabazitaxel with prednisone
MP: mitoxantrone with prednisone

Progression free survival (PFS) defined as the earliest progression in tumor, PSA or pain was also statistically significantly longer in the cabazitaxel group compared to the mitoxantrone group (p<0.0001, hazard ratio=0.74 (95% CI, 0.64, 0.86), and the median progression-free survival was 2.8 months versus 1.4 months. Response rates and PFS for PSA and tumor assessments were statistically significant in favor of cabazitaxel, while response rate and PFS for pain did not show a statistically significant difference.

The most frequent Grade 3/4 toxicities were neutropenia observed with a higher frequency in the cabazitaxel group with 81.7% compared to the mitoxantrone group with 58.0%. Rates of febrile neutropenia were 7.5% in the cabazitaxel group and 1.3% in the mitoxantrone group.

The most common (≥20%) grade 1-4 adverse reactions were anemia, leukopenia, neutropenia, thrombocytopenia, diarrhea, fatigue, nausea, vomiting, asthenia, and constipation.

The most common (≥5%) grade 3-4 adverse reactions in patients who received cabazitaxel were neutropenia, leukopenia, anemia, febrile neutropenia, diarrhea, fatigue, and asthenia.

Subgroup analyses by risk factors and a multivariate analysis showed that OS outcomes were consistent and robust in favor of cabazitaxel as shown in the herebelow table:

TABLE 2

| | MP | | CbzP | | |
|---|---|---|---|---|---|
| | N (%) | Median OS (mos) | N (%) | Median OS (mos) | CbzP vs MP HR (95% CI) |
| ITT | 377 (100) | 12.7 | 378 (100) | 15.1 | 0.70 (0.59-0.83) |
| PD while on D | 103 (27) | 12.0 | 113 (30) | 14.2 | 0.65 (0.47-0.90) |

US 10,583,110 B2

**13**

### TABLE 2-continued

| | MP | | CbzP | | |
|---|---|---|---|---|---|
| | N (%) | Median OS (mos) | N (%) | Median OS (mos) | CbzP vs MP HR (95% CI) |
| PD after last D dose, ≤3 mos | 180 (48) | 10.3 | 158 (42) | 13.9 | 0.70 (0.54-0.90) |
| PD after last D dose, >3 mos | 91 (24) | 17.7 | 103 (27) | 17.5 | 0.78 (0.53-1.14) |

mos = months
0 = Docetaxel

**14**

### TABLE 3

Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities in ≥5% of Patients Receiving cabazitaxel in Combination with Prednisone or Mitoxantrone in Combination with Prednisone

| Any Adverse Reaction | Cabazitaxel 25 mg/m2 every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m2 every 3 weeks with prednisone 10 mg daily n = 371 | |
|---|---|---|---|---|
| | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Blood and Lymphatic System Disorders | | | | |
| Neutropenia[2] | 347 (94%) | 303 (82%) | 325 (87%) | 215 (58%) |
| Febrile Neutropenia | 27 (7%) | 27 (7%) | 5 (1%) | 5 (1%) |
| Anemia[2] | 361 (98%) | 39 (11%) | 302 (82%) | 18 (5%) |
| Leukopenia[2] | 355 (96%) | 253 (69%) | 343 (93%) | 157 (42%) |
| Thrombocytopenia[2] | 176 (48%) | 15 (4%) | 160 (43%) | 6 (2%) |
| Cardiac Disorders | | | | |
| Arrhythmia[3] | 18 (5%) | 4 (1%) | 6 (2%) | 1 (<1%) |
| Gastrointestinal Disorders | | | | |
| Diarrhea | 173 (47%) | 23 (6%) | 39 (11%) | 1 (<1%) |
| Nausea | 127 (34%) | 7 (2%) | 85 (23%) | 1 (<1%) |
| Vomiting | 83 (22%) | 6 (2%) | 38 (10%) | 0 |
| Constipation | 76 (20%) | 4 (1%) | 57 (15%) | 2 (<1%) |
| Abdominal Pain[4] | 64 (17%) | 7 (2%) | 23 (6%) | 0 |
| Dyspepsia[5] | 36 (10%) | 0 | 9 (2%) | 0 |
| General Disorders and Administration Site Conditions | | | | |
| Fatigue | 136 (37%) | 18 (5%) | 102 (27%) | 11 (3%) |
| Asthenia | 76 (20%) | 17 (5%) | 46 (12%) | 9 (2%) |
| Pyrexia | 45 (12%) | 4 (1%) | 23 (6%) | 1 (<1%) |
| Peripheral Edema | 34 (9%) | 2 (<1%) | 34 (9%) | 2 (<1%) |
| Mucosal Inflammation | 22 (6%) | 1 (<1%) | 10 (3%) | 1 (<1%) |
| Pain | 20 (5%) | 4 (1%) | 18 (5%) | 7 (2%) |
| Infections and Infestations | | | | |
| Urinary Tract Infection[6] | 29 (8%) | 6 (2%) | 12 (3%) | 4 (1%) |
| Pneumonia[7] | 12 (3%) | 9 (2%) | 4 (1%) | 3 (<1%) |
| Investigations | | | | |
| Weight Decreased | 32 (9%) | 0 | 28 (8%) | 1 (<1%) |
| Metabolism and Nutrition Disorders | | | | |
| Anorexia | 59 (16%) | 3 (<1%) | 39 (11%) | 3 (<1%) |
| Dehydration | 18 (5%) | 8 (2%) | 10 (3%) | 3 (<1%) |
| Musculoskeletal and Connective Tissue Disorders | | | | |
| Back Pain | 60 (16%) | 14 (4%) | 45 (12%) | 11 (3%) |
| Arthralgia | 39 (11%) | 4 (1%) | 31 (8%) | 4 (1%) |
| Pain in Extremity | 30 (8%) | 6 (2%) | 27 (7%) | 4 (1%) |
| Muscle Spasms | 27 (7%) | 0 | 10 (3%) | 0 |
| Bone Pain | 19 (5%) | 3 (<1%) | 19 (5%) | 9 (2%) |
| Musculoskeletal Pain | 18 (5%) | 2 (<1%) | 20 (5%) | 3 (<1%) |
| Nervous System Disorders | | | | |
| Peripheral Neuropathy[8] | 50 (13%) | 3 (<1%) | 12 (3.2%) | 3 (<1%) |
| Dysgeusia | 41 (11%) | 0 | 15 (4%) | 0 |
| Dizziness | 30 (8%) | 0 | 21 (6%) | 2 (<1%) |
| Headache | 28 (8%) | 0 | 19 (5%) | 0 |
| Renal and Urinary Tract Disorders | | | | |
| Hematuria | 62 (17%) | 7 (2%) | 13 (4%) | 1 (<1%) |
| Dysuria | 25 (7%) | 0 | 5 (1%) | 0 |
| Respiratory, Thoracic and Mediastinal Disorders | | | | |
| Dyspnea | 43 (12%) | 4 (1%) | 16 (4%) | 2 (<1%) |
| Cough | 40 (11%) | 0 | 22 (6%) | 0 |
| Skin and Subcutaneous Tissue Disorders | | | | |
| Alopecia | 37 (10%) | 0 | 18 (5%) | 0 |
| Vascular Disorders | | | | |
| Hypotension | 20 (5%) | 2 (<1%) | 9 (2%) | 1 (<1%) |
| Median Duration of Treatment | 6 cycles | | 4 cycles | |

[1] Graded using NCI CTCAE version 3
[2] Based on laboratory values, cabazitaxel: n = 369, mitoxantrone: n = 370.
[3] Includes atrial fibrillation, atrial flutter, atrial tachycardia, atrioventricular block complete, bradycardia, palpitations, supraventricular tachycardia, tachyarrhythmia, and tachycardia.
[4] Includes abdominal discomfort, abdominal pain lower, abdominal pain upper, abdominal tenderness, and GI pain.
[5] Includes gastroesophageal reflux disease and reflux gastritis.
[6] Includes urinary tract infection enterococcal and urinary tract infection fungal.
[7] Includes bronchopneumonia, lobar pneumonia, and pneumonia klebsiella.
[8] Includes peripheral motor neuropathy and peripheral sensory neuropathy.

### TABLE 4

Patient Characteristics

| | MP (n = 377) | CBZP (n = 378) |
|---|---|---|
| Age (years) | | |
| Median [range] | 67 [47-89] | 68 [46-92] |
| ≥65 (%) | 57.0 | 64.9 |
| ECOG PS (%) | | |
| 0, 1 | 91.2 | 92.6 |
| 2 | 8.8 | 7.4 |
| PSA* (ng/mL) | | |
| Median [range] | 127.5 [2-11220] | 143.9 [2-7842] |
| Measurability of disease (%) | | |
| Measurable | 54.1 | 53.2 |
| Nonmeasurable | 45.9 | 46.8 |
| Disease site (%) | | |
| Bone | 87.0 | 80.2 |
| Lymph node | 44.8 | 45.0 |
| Visceral | 24.9 | 24.9 |
| Pain at Baseline, no. (%) | 168 (44.6) | 174 (46.0) |
| Previous Therapy, no. (%) | | |
| Hormonal | 375 (99.5) | 375 (99.2) |
| No. of Chemotherapy | | |

US 10,583,110 B2

<table>
<tr><td colspan="3" align="center">15</td></tr>
<tr><td colspan="3" align="center">TABLE 4-continued</td></tr>
<tr><td colspan="3" align="center">Patient Characteristics</td></tr>
<tr><td></td><td>MP (n = 377)</td><td>CBZP (n = 378)</td></tr>
<tr><td>Regimens</td><td></td><td></td></tr>
<tr><td>1</td><td>268 (71.1)</td><td>260 (68.8)</td></tr>
<tr><td>2</td><td>79 (21.0)</td><td>94 (24.9)</td></tr>
<tr><td>>2</td><td>30 (8.0)</td><td>24 (6.3)</td></tr>
<tr><td>Radiation</td><td>222 (58.9)</td><td>232 (61.4)</td></tr>
<tr><td>Surgery</td><td>205 (54.4)</td><td>198 (52.4)</td></tr>
<tr><td>Biologic Agent</td><td>36 (9.5)</td><td>26 (6.9)</td></tr>
<tr><td>Previous docetaxel regimens, n (%)</td><td></td><td></td></tr>
<tr><td>1</td><td>327 (86.7)</td><td>316 (83.6)</td></tr>
<tr><td>2</td><td>43 (11.4)</td><td>53 (14.0)</td></tr>
<tr><td>>2</td><td>7 (1.9)</td><td>9 (2.4)</td></tr>
<tr><td>Median total previous docetaxel dose (mg/m²)</td><td>529.2</td><td>576.6</td></tr>
<tr><td>Disease progression relative to docetaxel administration, n (%)</td><td></td><td></td></tr>
<tr><td>During treatment</td><td>104 (27.6)</td><td>115 (30.4)</td></tr>
<tr><td><3 months from last dose</td><td>181 (48.0)</td><td>158 (41.8)</td></tr>
<tr><td>≥3 months from last dose</td><td>90 (23.9)</td><td>102 (27.0)</td></tr>
<tr><td>Unknown</td><td>2 (0.5)</td><td>3 (0.8)</td></tr>
<tr><td>Median time from last docetaxel dose to disease progression (months)</td><td>0.7</td><td>0.8</td></tr>
</table>

The primary reason for treatment discontinuation in both groups was disease progression (Table 5). The median delivered relative dose intensity was 96.1% in the cabazitaxel group and 97.3% in the mitoxantrone group. In the cabazitaxel group, >75% of patients received >90% of the planned dose intensity. Overall, 5.1% of mitoxantrone treatment courses were dose reduced compared with 9.8% of cabazitaxel treatment courses; 6.3 and 7% of all treatment courses were delayed by 9 days or less, and 1.6 and 2.3% of courses were delayed by more than 9 days for mitoxantrone and cabazitaxel respectively (See Table 5).

TABLE 5

| Treatment Received and Reasons for Discontinuation in the Intention-to-Treat Population.* | | |
|---|---|---|
| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
| Patients receiving study treatment, no. (%) | 371 (98.4) | 371 (98.1) |
| Patients completing planned ten cycles of study treatment, no. (%) | 46 (12.2) | 105 (27.8) |
| Discontinuation of study treatment, no. (%) | 325 (86.2) | 266 (70.4) |
| Reasons for discontinuation of study treatment, no. (%) | | |
| Disease progression | 267 (70.8) | 180 (47.6) |
| Adverse event | 32 (8.5) | 67 (17.7) |
| Non-compliance with protocol | 0 | 1 (0.3) |
| Lost to follow-up | 2 (0.5) | 0 |
| Patient's request | 17 (4.5) | 8 (2.1) |
| Other | 7 (1.9) | 10 (2.7) |
| No. of treatment cycles, median (range)† | 4 (1-10) | 6 (1-10) |
| Relative dose intensity, median % (range)† | 97.3 (42.5-106.0) | 96.1 (49.0-108.2) |
| Treatment delays, no. of cycles (%)‡ | | |
| ≤9 days | 110 (6.3) | 157 (7.0) |

16

TABLE 5-continued

| Treatment Received and Reasons for Discontinuation in the Intention-to-Treat Population.* | | |
|---|---|---|
| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
| >9 days | 28 (1.6) | 51 (2.3) |
| Dose reductions, no. of cycles (%)‡ | 88 (5.1) | 221 (9.8) |

The results of this study are further illustrated to FIGS. **1**, **2**, and **3**.

Example 2

Table 6 illustrates an example of a dosage modification for adverse reactions in patients treated with cabazitaxel

TABLE 6

| Toxicity | Dosage Modification |
|---|---|
| Prolonged grade ≥3 neutropenia greater than 1 week) despite appropriate medication including G-CSF | Delay treatment until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m². Use G-CSF for secondary prophylaxis. |
| Febrile neutropenia | Delay treatment until improvement or resolution, and until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m². Use G-CSF for secondary prophylaxis. |
| Grade >3 diarrhea or persisting diarrhea despite appropriate medication, fluid and electrolytes replacement | Delay treatment until improvement or resolution, then reduce dosage of cabazitaxel to 20 mg/m². |

Discontinue cabazitaxel treatment if a patient continues to experience any of these reactions at 20 mg/m².

Example 3

Performance Status and Pain Scores During Treatment
Methods
ECOG PS, pain measures, and analgesic consumption were assessed prior to every treatment cycle and at the end of study treatment.
Pain assessments: Present Pain Intensity (PPI) scale from the McGill-Melzack questionnaire (Melzack R. Pain 1975; 1:277-99). Mean Analgesic Score (AS) derived from analgesic consumption (in morphine equivalents) was calculated for the one-week period prior to each evaluation. Area under the curve (AUC) of PPI and AS was calculated by the trapezoid formula. Cumulative AUC of PPI and AS was calculated up to the last cycle of data available for each patient. Average AUC of the treatment groups was compared from Cycle 1 to Cycle 10.
Results
Performance status remained stable in most patients during the treatment period and was similar between groups. See FIG. **4**.
Overall, PPI scores were comparable; improving from baseline in 21.3% of men in the CbzP group and 18.2% in the MP group. See FIG. **5**.
The CbzP group had a lower mean area under the curve (AUC) of PPI, suggesting less severe pain especially during cycles 7-10. See FIG. **6**.

US 10,583,110 B2

17

Analgesic use was comparable between the groups (lower mean AUC of AS means lower pain medication use). See FIG. **7**.

CONCLUSION

Despite longer treatment with CbzP no worsening in ECOG PS was seen.

Present Pain Intensity score improved in 21% of men in CbzP vs. 18% in MP arm.

Assessment of pain scores suggested less severe pain in the CbzP group during treatment.

Pain medication use was similar between groups.

Example 4

A population pharmacokinetic analysis was conducted in 170 patients with solid tumors at doses ranging from 10 to 30 mg/m² weekly or every 3 weeks.

Based on the population pharmacokinetic analysis, after an intravenous dose of cabazitaxel 25 mg/m² every 3 weeks, the mean $C_{max}$ in patients with metastatic prostate cancer was 226 ng/mL (CV 107%) and was reached at the end of the 1-hour infusion ($T_{max}$). The mean AUC in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%). No major deviation from the dose proportionality was observed from 10 to 30 mg/m² in patients with advanced solid tumors. The volume of distribution (Vss) was 4,864 L (2,643 L/m² for a patient with a median BSA of 1.84 m²) at steady state.

Based on the population pharmacokinetic analysis, cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%; 26.4

18

L/h/m² for a patient with a median BSA of 1.84 m²) in patients with metastatic prostate cancer. Following a 1-hour intravenous infusion, plasma concentrations of cabazitaxel can be described by a 3-compartment PK model with α-, β-, and γ-half-lives of 4 minutes, 2 hours, and 95 hours, respectively.

What is claimed is:

**1**. A method of increasing survival comprising administering to a patient in need thereof (1) cabazitaxel, or a hydrate of solvate thereof, as a new cycle every three weeks and (2) dexchlorpheniramine administered at a dose of 5 mg, dexamethasone administered at a dose of 8 mg, and an H2 antagonist, each administered prior to the administration of said cabazitaxel, or hydrate of solvate thereof, wherein said patient has castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel.

**2**. The method according to claim **1**, wherein the dexchlorpheniramine, dexamethasone, and H2 antagonist are administered 30 minutes prior to the administration of said cabazitaxel, or hydrate of solvate thereof.

**3**. The method according to claim **2**, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 15-25 mg/m².

**4**. The method according to claim **3**, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 25 mg/m².

**5**. The method according to claim **3**, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 20 mg/m².

**6**. The method according to claim **3**, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 15 mg/m².

* * * * *

# Exhibit B

US010716777B2

(12) **United States Patent**
Gupta

(10) Patent No.: **US 10,716,777 B2**
(45) Date of Patent: *Jul. 21, 2020

(54) **ANTITUMORAL USE OF CABAZITAXEL**

(71) Applicant: **Sanofi Mature IP**, Paris (FR)

(72) Inventor: **Sunil Gupta**, Lexington, MA (US)

(73) Assignee: **SANOFI MATURE IP**, Paris (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/743,411**

(22) Filed: **Jan. 15, 2020**

(65) **Prior Publication Data**

US 2020/0155497 A1     May 21, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 15/627,962, filed on Jun. 20, 2017, now Pat. No. 10,583,110, which is a continuation of application No. 14/575,566, filed on Dec. 18, 2014, now abandoned, which is a continuation of application No. 13/456,720, filed on Apr. 26, 2012, now Pat. No. 8,927,592, which is a continuation of application PCT/IB2010/054866, filed on Oct. 27, 2010.

(60) Provisional application No. 61/389,969, filed on Oct. 5, 2010, provisional application No. 61/383,933, filed on Sep. 17, 2010, provisional application No. 61/369,929, filed on Aug. 2, 2010, provisional application No. 61/355,888, filed on Jun. 17, 2010, provisional application No. 61/355,834, filed on Jun. 17, 2010, provisional application No. 61/293,903, filed on Jan. 11, 2010, provisional application No. 61/256,160, filed on Oct. 29, 2009.

(51) **Int. Cl.**

| | | |
|---|---|---|
| *A61K 31/337* | (2006.01) | |
| *A61K 31/164* | (2006.01) | |
| *A61K 31/56* | (2006.01) | |
| *A61K 31/573* | (2006.01) | |
| *A61K 45/06* | (2006.01) | |
| *A61K 38/19* | (2006.01) | |

(52) **U.S. Cl.**
CPC .......... *A61K 31/337* (2013.01); *A61K 31/164* (2013.01); *A61K 31/56* (2013.01); *A61K 31/573* (2013.01); *A61K 38/193* (2013.01); *A61K 45/06* (2013.01)

(58) **Field of Classification Search**
CPC .................................................. A61K 31/337
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,814,470 A | 3/1989 | Colin et al. | |
| 5,005,588 A | 4/1991 | Rubin | |
| 5,438,072 A | 8/1995 | Bobee et al. | |
| 5,698,582 A | 12/1997 | Bastart et al. | |
| 5,714,512 A | 2/1998 | Bastart et al. | |
| 5,750,561 A | 5/1998 | Bastart et al. | |
| 5,847,170 A | 12/1998 | Bouchard et al. | |
| 5,889,043 A | 3/1999 | Bouchard et al. | |
| 5,962,705 A | 10/1999 | Didier et al. | |
| 6,160,135 A | 12/2000 | Bouchard et al. | |
| 6,331,635 B1 | 12/2001 | Bouchard et al. | |
| 6,346,543 B1 | 2/2002 | Bissery et al. | |
| 6,372,780 B2 | 4/2002 | Bouchard et al. | |
| 6,387,946 B1 | 5/2002 | Bouchard et al. | |
| 6,403,634 B1 | 6/2002 | Bissery | |
| 7,074,821 B1 | 7/2006 | Bouchard et al. | |
| 7,241,907 B2 | 7/2007 | Didier et al. | |
| 7,772,274 B1 | 8/2010 | Palepu | |
| 8,378,128 B2 | 2/2013 | Billot et al. | |
| 8,846,959 B2 | 9/2014 | Billot et al. | |
| 8,927,592 B2 | 1/2015 | Gupta | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 1849311 A | 10/2006 | |
| EP | 0817779 B1 | 1/2000 | |

(Continued)

OTHER PUBLICATIONS

A Promising R&D Portfolio, Well Positioned to Deliver Future Growth, Sanofi-Aventis Press Release, Sep. 2007, pp. 1-11.
A Randomized, Open-label, Phase 3 Study of Larotaxel IV Every 3 Weeks Versus Capecitabine (Xeloda® ) Tablets Twice Daily for 2 Weeks in 3 Week Cycles in Patients with Metastatic Breast Cancer (MBC) Progressing After Taxanes and Anthracycline Therapy (EFG6089), 2012 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://en.sanofi.com/img/content/study/EFC_6089_summary.pdf).

(Continued)

*Primary Examiner* — James D. Anderson
(74) *Attorney, Agent, or Firm* — Kelly L. Bender

(57) **ABSTRACT**
The invention relates to a compound of formula:



which may be in base form or in the form of a hydrate or a solvate, in combination with prednisone or prednisolone, for its use as a medicament in the treatment of prostate cancer, particularly metastatic prostate cancer, especially for patients who are not catered for by a taxane-based treatment.

**6 Claims, 7 Drawing Sheets**

# US 10,716,777 B2

Page 2

(56)                    **References Cited**

## U.S. PATENT DOCUMENTS

| 10,583,110 | B2 | 3/2020 | Gupta |
| 2002/0038038 | A1 | 3/2002 | Bouchard et al. |
| 2004/0126379 | A1 | 7/2004 | Adolf et al. |
| 2005/0065138 | A1 | 3/2005 | Didier et al. |
| 2005/0070496 | A1 | 3/2005 | Borovac et al. |
| 2005/0244413 | A1 | 11/2005 | Adolf et al. |
| 2008/0076780 | A1 | 3/2008 | Curwen et al. |
| 2008/0279923 | A1 | 11/2008 | Bradke et al. |
| 2010/0311825 | A1 | 12/2010 | Rortais et al. |
| 2011/0105598 | A1 | 5/2011 | Gurjar et al. |
| 2011/0144362 | A1 | 6/2011 | Billot et al. |
| 2011/0160159 | A1 | 6/2011 | Ryan |
| 2011/0177970 | A1 | 7/2011 | Chauchereau et al. |
| 2011/0237540 | A1 | 9/2011 | Crawford et al. |
| 2012/0077845 | A1 | 3/2012 | Dalton et al. |
| 2012/0115806 | A1 | 5/2012 | Magherini |
| 2012/0301425 | A1 | 11/2012 | Gupta |
| 2015/0118182 | A1 | 4/2015 | Gupta |

## FOREIGN PATENT DOCUMENTS

| EP | 2177630 | A1 | 4/2010 |
| FR | 2732340 | A1 | 10/1996 |
| JP | 2007505866 | A | 3/2007 |
| WO | WO-9418164 | A1 | 8/1994 |
| WO | WO-9630355 | A1 | 10/1996 |
| WO | WO-9630356 | A1 | 10/1996 |
| WO | WO-0010547 | A2 | 3/2000 |
| WO | WO-2005002846 | A1 | 1/2005 |
| WO | WO-2005028462 | A1 | 3/2005 |
| WO | WO-2006062811 | A2 | 6/2006 |
| WO | WO-2010117668 | A1 | 10/2010 |
| WO | WO-2010128258 | A1 | 11/2010 |
| WO | WO-2011051894 | A1 | 5/2011 |
| WO | WO-2011063421 | A1 | 5/2011 |
| WO | WO-2011124669 | A1 | 10/2011 |
| WO | WO-2011130317 | A2 | 10/2011 |
| WO | WO-2011130566 | A2 | 10/2011 |

## OTHER PUBLICATIONS

Abrams et al., New Chemotherapeutic Agents for Breast Cancer, Cancer Suppl. 74(3), pp. 1164-1176, 1994.

Abraxane (paclitaxel) Label (May 2007).

Actavis LLC's Detailed Factual and Legal Basis for its Paragraph IV Certification that U.S. Pat. No. 8,927,592 is invalid, Unenforceable and/or Not Infringed by the [ ] Described in Actavis' NDA No. 207970 (2015) (redacted).

Actavis Prednisone Label (2015).

Adam's LLC's Detailed Factual and Legal Basis for its Paragraph IV Certification that U.S. Pat. No. 8,927,592 is invalid, Unenforceable and/or Not Infringed by the [ ] Described in Actavis' NDA No. 207970 (2015) (redacted).

Alimta (pemetrexed) Label (Sep. 2008).

American Cancer Society Cancer Facts & Figures 2005.

American Cancer Society Cancer Facts & Figures 2009.

American Cancer Society Cancer Facts & Figures 2011.

American Cancer Society, Off-Label Drug Use, What is Off-Label Drug Use?, [retrieved from https://www.cancer.org/treatment/treatments-and-side-effects/treatment-types/chemotherapy/off-label-drug-use.html] (2017).

Andean Patent Manual. Andean Community secretary, OMPI, EPO, 2004. Section 9.4.

Anonymous, "Early study shows cabazitaxel may be more effective than docetaxel in some patients with advanced prostate cancer," American Society of Clinical Oncology, Inc., posted Apr. 3, 2015 by The ASCO Post, retrieved from internet Oct. 30, 2018 from URL http://http://www.ascopost.com/News/23626.

Antonarakis E.S., et al., "Phase III Trials with Docetaxel-Based Combinations for Metastatic Castration-Resistant Prostate Cancer," Journal of Clinical Oncology, 2013, vol. 31 (14), pp. 1709-1712.

Antonarakis et al., Novel Targeted Therapeutics for Metastatic Castration-Resistant Prostate Cancer, 291(1) Cancer Lett. 1-13 (2010), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4029098/ (published online Aug. 29, 2009).

Apotex, Detailed Statement for ANDA 207736, 2015 (redacted).

Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), 31st Edition, 2011.

Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), 36th Edition, 2016.

Araujo J.C., et al., "Overall Survival (OS) and Safety of Dasatinib/docetaxel Versus Docetaxel in Patients With Metastatic Castration-resistant Prostate Cancer (mCRPC): Results From the Randomized Phase III Ready Trial," Journal of Clinical Oncology, Feb. 2013, vol. 31 (6), Abstract LBA8, 3 pages as retrieved from http://ascopubs.org/doi/10.1200/jco.2013.31.6_suppl.lba8 on Oct. 30, 2018.

Archimbaud; Y., "Mouse plasma and tumor pharmacokinetics of TXD258, a new taxoid," American Association for Cancer Research, 91st Annual Meeting, Apr. 1-5, 2000, vol. 41, Abstract 1373, p. 215.

Armstrong A.J., et al., "New Drug Development in Metastatic Prostate Cancer," Urologic Oncology, 2008, vol. 26 (4), pp. 430-437.

Armstrong and Carducci, New Drugs in Prostate Cancer, 16 Curr. Opin. Urol. 138-45 (2006).

Attard G., et al., "Update on Tubulin-Binding Agents," Pathologie-Biologie, 2006, vol. 54 (2), pp. 72-84.

Avastin (bevacizumab), Prescribing Information (Label), Jul. 2009.

*Aventis Pharma S.A.* v. *Mylan Laboratories Limited,* Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Brief for Appellant, dated Mar. 15, 2018.

*Aventis Pharma S.A* v. *Mylan Laboratories Limited,* Case No. 2018-1203, United States Court of Appeals for the federal Circuit, Reply Brief for Appellant, dated May 18, 2018.

*Aventis Pharma S.A* v. *Mylan Laboratories Limited,* Case No. 2018-1203, United States Court of Appeals for the federal Circuit, Responsive Brief, dated Apr. 24, 2018.

Bahl A., et al., Final quality of life and safety data for patients with metastatic castration-resistant prostate cancer treated with cabazitaxel in the UK early access programme (EAP) (NCT01254279), BJU International. vol. 116, pp. 880-887 (2015).

Bahl A., et al., 'Impact of cabazitaxel on 2-year survival and palliation of tumour-related pain in men with metastatic castration-resistant prostate cancer treated in the TROPIC trial,' Annals of Oncology, vol. 24 No. 9, pp. 2402-2408 (2013).

Baselga et al., Phase II Study of Weekly Intravenous Trastuzumab (Herceptin) in Patients with HER2/neu-Overexpressing Metastatic Breast Cancer, Semin. in Oncol. vol. 26 No. 4, Suppl. 12, pp. 78-83, 1999.

Baselga J., et al., 'Phase II study of efficacy, safety, and pharmacokinetics of trastuzumab monotherapy administered on a 3-weekly schedule,' Journal of Clinical Oncology vol. 23 No. 10, pp. 2162-2171 (2005).

Beardsley E.K., et al., "Systemic Therapy After First-Line Docetaxel in Metastatic Castration-Resistant Prostate Cancer," Current Opinion in Supportive and Palliative Care, 2008, vol. 2 (3), pp. 161-166.

Bedikian A.Y., et al., 'Phase 3 study of docosahexaenoic acid-paclitaxel versus dacarbazine in patients with metastatic malignant melanoma,' Annals of Oncology vol. 22 No. 4, pp. 787-793 (2011).

Beer et al., Phase II Study of KOS-862 in Patients with Metastatic Androgen Independent Prostate Cancer Previously Treated with Docetaxel, 25 Invest. New Drugs 565-70 (2007).

Beer T.M., et al., "Double-Blinded Randomized Study of High-Dose Calcitriol Plus Docetaxel Compared with Placebo Plus Docetaxel in Androgen-Independent Prostate Cancer: A Report from the Ascent Investigators," Journal of Clinical Oncology, 2007, vol. 25 (6), pp. 669-674.

Beeram M. et al., 'A phase I and pharmacokinetic (PK) study of the novel taxane BMS 184476 administered as a 1-hour intravenous (IV) infusion weekly,' Proceedings of ASCO vol. 20, p. 106a, Abstract 421 (2001).

Berry D.L., et al. , "Quality of Life and Pain in Advanced Stage Prostate Cancer: Results of a Southwest Oncology Group Random-

(56)        References Cited

OTHER PUBLICATIONS

ized Trial Comparing Docetaxel and Estramustine to Mitoxantrone and Prednisone," Journal of Clinical Oncology, 2006, vol. 24 (18), pp. 2828-2835.

Berry W., et al., "Phase III Study of Mitoxantrone Plus Low Dose Prednisone Versus Low Dose Prednisone Alone in Patients with Asymptomatic Hormone Refractory Prostate Cancer," The Journal of Urology, 2002, vol. 168 (6), pp. 2439-2443.

Berthold D.R., et al., "Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the TAX 327 Study," Journal of Clinical Oncology, Jan. 10, 2008, vol. 26 (2), pp. 242-245.

Bissery et al., Experimental Antitumor Activity of Taxotere (RP 56976, NSC 628503), a Taxol Analogue, Cancer Research 51 pp. 4845-4852, 1991.

Bissery M.C., et al., "Preclinical Evaluation of TXD258, A New Taxoid," Proceedings of the American Association for Cancer Research, 2000, vol. 41, pp. 214, Abstract No. 1364.

Booth B., et al., "Oncology's Trials," Nature Reviews, Drug Discovery, 2003, vol. 2 (8), pp. 609-610.

Bouchet B.P., et al., "Cabazitaxel, a New Taxane with Favorable Properties," Drugs of Today (Barcelona, Spain, 2010, vol. 46 (10), pp. 735-742.

BPI's Detailed Factual and Legal Bases in Support of its Paragraph IV Certification for Cabazitaxel Solution. IV, 2015 (redacted).

Brady, Urological Institute Johns Hopkins Medical Institutions, New Drugs for Prostate Cancer: Chemotherapy Transformed, vol. VI, 1-2, 2003.

Bristol-Myers Squibb, 'In the pipeline Dec. 31, 2014,' URL: http://www.bms.com/research/pipeline/Pages/default.aspx. Retrieved on Aug. 5, 2016.

Bristol-Myers Squibb Reports Results for Phase 3 Trial of Yervoy (Ipilimumab) in Previously•Treated Castration Resistant Prostate Cancer, Press Release Sep. 12, 2013 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL:http://news.bms.com/press-release/rd-news/bristol-myers-squibb-reports-results-phase-3-trial-yervoy-ipilimumab-previous).

Brooks, FDA Grants Expanded Indication for Enzalutamide (Xtandi) Medscape, 2004 (http://www.medscape.com/viewarticle/831548) (retrieved on Mar. 13, 2017).

Buonerba C., et al., "Docetaxel Rechallenge in Castration-Resistant Prostate Cancer: Scientific Legitimacy of Common Clinical Practice," European Urology, 2010, vol. 58 (4), pp. 636-637.

Butler M.S., et al., "Natural Products to Drugs: Natural Product-Derived Compounds in Clinical Trials," Natural Product Reports, 2008, vol. 25 (3), pp. 475-516.

Byrn, S.R., et al., 'Solid-state chemistry of drugs,' 2nd edition, SSCI, Inc., pp. 12-13, 233 and 516-517 (1999).

Cabazitaxel (XRP-6258) for hormone refractory, metastatic prostate cancer second line after docetaxel, National Horizon Scanning Centre, National Institute for Health Research, University of Birmingham, Apr. 2009, pp. 1-5.

Cabral F., et al., "Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs," Drug Resistance Updates, 2001, vol. 4 (1), pp. 3-8.

Cabrespine, et al., Randomized Phase II Study Comparing Paclitaxel and Carboplatin Versus Mitoxantrone in Patients with Hormone-Refractory Prostate Cancer, Urology, 67(2), 354-359 (2006).

Caffo et al., Pemetrexed as Second-Line Chemotherapy for Castration-Resistant Prostate Cancer After Docetaxel Failure: Results from a Phase II Study, 31(2) Urol. Oncol. 180-86 (2013).

Camptosar (irinotecan) Label (Jul. 2005).

Cancer de Prostata Diseminado, Quimioterapia, [Retrieved on Jul. 29, 2014] pp. 1-9. Retrieved from the internet: (URL:http://www.guiasalud.es/egpc/cancer_Prostata/resumida/apartado06/otros02.html).

Cancer Therapy Evaluation Program Common Toxicity Criteria, Version 2.0, DCTD, NCI, NIH, DHHS. revised Mar. 1998, published Apr. 30, 1999, pp. 1-35.

Cancil C.M., et al., "Is There a Role for Chemotherapy in Prostate Cancer?," British Journal of Cancer, 2004, vol. 91, pp. 1005-1011.

Canil et al., Randomized Phase II Study of Two Doses of Gefitinib in Hormone-Refractory Prostate Cancer: A Trial of the National Cancer Institute of Canada—Clinical Trials Group, 23(3) J. Clin. Oncol. 455-60 (2005).

Carducci M.A., 'Atrasentan, an endothelin-receptor antagonist for refractory adenocarcinomas: safety and pharmacokinetics,' Journal of Clinical Oncology vol. 20 No. 8, pp. 2171-2180 (2002).

Carducci M.A., et al., "A Phase 3 Randomized Controlled Trial of the Efficacy and Safety of Atrasentan in Men with Metastatic Hormone-Refractory Prostate Cancer," Cancer, 2007, vol. 110 (9), pp. 1959-1966.

Carlson et al., Breast Cancer—Clinical Practice Guidelines in Oncology, 7(2) J. National Comprehensive Cancer Network 122-92 (2009).

Carlson R.O., et al., "New Tubulin Targeting Agents Currently in Clinical Development," Expert Opinion on Investigational Drugs, 2008, vol. 17 (5), pp. 707-722.

CBO Promotional Spending for Prescription Drugs, pp. 1-8, Dec. 2, 2009.

Chemotherapy for Prostate Cancer, American Cancer Society, Retrieved from the internet on Oct. 6, 2016 at https://www.cancer.org/cancer/prostate-cancer/treating/chemotherapy.html.

Chen et al., Gefitinib Treatment is Highly Effective in Non-Small-Cell Lung Cancer Patients Failing Previous Chemotherapy in Taiwan: A Prospective Phase II Study, J. Chemother. 17(6) pp. 679-684, 2005.

Chen, Optimal Adaptive Group Sequential Design for Phase II Clinical Trials A Bayesian Decision Theoretic Approach. ProQuest LLC, 2008, 134 pages.

Cisternino S., et al., "Nonlinear Accumulation in the Brain of the New Taxoid Txd258 Following Saturation of P-Glycoprotein at the Blood-Brain Barrier in Mice and Rats," British Journal of Pharmacology, 2003, vol. 138 (7), pp. 1367-1375.

ClinicalTrials.gov, A Study to Evaluate the Effects of Combining Cabazitaxel with Cisplatin Given Every 3 Weeks in Patients With Advanced Solid Cancer, Jul. 22, 2009, pp. 1-7 [retrieved on Jan. 6, 2014 from https://clinicaltrials.gov/ct2/show/NCT00925743?cond=NCT00925743&amp;rank=1].

ClinicalTrials.gov, BMS-184476 in treating patients with advanced solid tumors, p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-184476&amp;Search=Search.

ClinicalTrials.gov, 'BMS-188797,' p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-188797&amp;Search=Search.

ClinicalTrials.gov, 'BMS-275183,' p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-275183&amp;Search=Search.

ClinicalTrials.gov, Effect of Cabazitaxel on the QTc Interval in Cancer Patients (QT-Cab), Web site, Mar. 24, 2010, pp. 1-7 [retrieved on Jan. 6, 2014].

ClinicalTrials.gov, Efficacy and Safety of BG00012 in MS (Sep. 14, 2005), https://clinicaltrials.gov/archive/NCT00168701/2005_09_14, pp. 1-6.

ClinicalTrials.gov, Larotaxel every 3 weeks vs. capecitabine patients with metastatic breast cancer progressing after taxanes and anthracycline therapy [retrieved on Jun. 24, 2014] Retrieved from the Internet (URL: https://clinicaltrials.gov/show/NCTOC0081796?term=larotaxel&rank=7).

ClinicalTrials.gov, Larotaxel plus cisplatin vs gemcitabine plus cisplatin in first line treatment of patients with locally advanced/metastatic bladder cancer [retrieved on Jun. 24, 2014]. Retrieved from the Internet (URL: https://clinicaltrials.gov/ct2/show/NCT00625664?term=larotaxel&rank=4).

ClinicalTrials.gov, Larotaxel vs. 5-FU or capecitabine in patients with pancreatic cancer previously treated with gemcitabine [retrieved Jun. 24, 2014] Retrieved from the Internet (URL: https://clinicaltrials.gov/c2/show/NCT00417209?Term=larotaxel&rank=2).

ClinicalTrials.gov, MST-997, p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=MST-997&amp;Search=Search.

# US 10,716,777 B2

Page 4

(56)            **References Cited**

OTHER PUBLICATIONS

ClinicalTrials.gov, Patient Preference Between Cabazitaxel and Docetaxel in Metastatic Castrate-Resistant Prostate Cancer (CABA-DOC), Retrieved from the internet on Dec. 21, 2016 at https://clinicaltrials.gov/ct2/show/study/NCT02044354.

ClinicalTrials.gov, Protocol Registration Preview, A study to evaluate the effects of combining cabazitaxel with cisplatin given every 3 weeks in patients with advanced solid cancer, Website, pp. 1-3, retrieved on Nov. 12, 2009.

ClinicalTrials.gov, Safety and Pharmacokinetic Study of Cabazitaxel in Patients With Advanced Solid Tumors and Liver Impairment Web site, 2010, pp. 1-7 [retrieved on Jan. 6, 2014].

ClinicalTrials.gov, Satraplatin in Hormone Refractory Prostate Cancer Patients Previously Treated with one Cytotoxic Chemotherapy Regimen [retrieved on Jun. 27, 2014]. Retrieved from the Internet:( URL: https://clinicaltrials.gov/ct2/show/NCT00069745?term=SPARC &cond=prostate&rank=3).

ClinicalTrials.gov, Tesetaxel, p. 1-2, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=tesetaxel&amp;Search=Search.

ClinicalTrials.gov, TL-310, p. 1, retrieved on Aug. 5, 2015 on https://clinicaltrials.gov/ct2/results?term=TL-310&amp;Search=Search.

ClinicalTrials.gov, TPI-287, p. 1-2, as retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=TPI-287&amp;Search=Search.

ClinicalTrials.gov, XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC), Archived Oct. 23, 2008, (https://web.archive.org/web/20081023121613/http://clinicaltrials.gov/ct2/show/NCT00417079) (last accessed: Mar. 14, 2017).

Cobleigh et al., Multinational Study of the Efficacy and Safety of Humanized Anti-HER2 Monoclonal Antibody in Women who have HER2-Overexpressing Metastatic Breast Cancer that has Progressed After Chemotherapy for Metastatic Disease, J. Clin. Oncol. 17(9), pp. 2639-2648, 1999.

Collins R., et al., "A Systematic Review and Economic Model of the Clinical Effectiveness and Cost-Effectiveness of Docetaxel in Combination With Prednisone or Prednisolone for the Treatment of Hormone-Refractory Metastatic Prostate Cancer," Health Technology Assessment, 2007, 11 (2), pp. 1-179.

U.S. Appl. No. 61/256,160, filed Oct. 29, 2009.

U.S. Appl. No. 61/293,903, filed Jan. 11, 2010.

U.S. Appl. No. 61/355,834, filed Jun. 17, 2010.

Curriculum Vitae for A. Oliver Sartor, M.D., dated Feb. 23, 2016.

Dagher et al., Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer, Clinical Cancer Research 8147-51 (2004).

Dagher R., et al., "Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer," Clinical Cancer Research, 2004, vol. 10 (24), pp. 8147-8151.

D'Amico A.V., et al., "US Food and Drug Administration Approval of Drugs for the Treatment of Prostate Cancer: A New Era has Begun," Journal of Clinical Oncology, 2014, vol. 32 (4), pp. 362-364.

Daniel Zuccerinho, Patents of Invention, Ed. Abele do Perrot, 1999.

De Bono, et al., Cabazitaxel or Mitoxantrone With Prednisone in Patients With Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated With Docetaxel: Final Results of a Multinational Phase III Trial (TROPIC), 46th Annual Meet American Society Clinical Oncology (ASCO), Journal of Clinical Oncology, 2010, 28:15S (Suppl), Abstract 4508.

De Bono et al., Phase III non-inferiority study of cabazitaxel (C) 20 mg/m2 (C20) versus 25 mg/m2 (C25) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D), ASCO Annual Meeting 2016, pp. 1-2, 2016.

De Bono, et al., Prednisone Plus Cabazitaxel or Mitoxantrone for Metastatic Castration-Resistant Prostate Cancer Progressing after

Docetaxel Treatment a Randomised Open-Label Trial, Lancet, 2010, vol. 376, No. 9747, pp. 1147-1154.

De Bono J.S., et al., "Cabazitaxel or Mitoxantrone with Prednisone in Patients with Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated with Docetaxel Final Results of a Multinational Phase III Trial (TROPIC)," Journal of Clinical Oncology, 2010, vol. 28, pp. 155.

De Bono J.S., et al., 'Open-label phase II study evaluating the efficacy and safety of two doses of pertuzumab in castrate chemotherapy-naïve patients with hormone-refractory prostate cancer,' Journal of Clinical Oncology. vol. 25 No. 3, pp. 257-262 (2007).

Deakin and Williams, Histamine H2-Receptor Antagonists in Peptic Ulcer Disease, Efficacy in Healing Peptic Ulcers, 44(5) Drugs 709-19 (1992).

Declaration of Alton Oliver Sartor, M.D., as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 23, 2016.

Declaration of Art Lathers, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 22, 2016.

Declaration of Mr. Robert McSorley, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.

Declaration of Patricia Matthews, RN, BSN, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jan. 16, 2017.

Declaration Transcript of Dr. Oliver Sartor, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Feb. 13, 2017.

Declaration Transcript of Dr. Oliver Sartor, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated May 8, 2017.

Declaration Transcript of Michael Edward Tate, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 6, 2017.

Declaration Transcript of Rahul Seth, DO, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 9, 2016.

Denis L.J, et al., "Phase I and Pharmacokinetic Study of RPR116258A. A Novel Taxane Derivative, Administered Intravenously over 1 hour every 3 weeks," Clinical Cancer Research, 2000, vol. 6, pp. 4579s, Abstract 568.

Detailed Factual and Legal Bases for Breckenridge's Paragraph IV Certification that U.S. Pat. No. 8,927,592 is Invalid, Unenforceable and/or will not be infringed, 2015 (redacted).

Detailed Statement of the Factual and Legal Bases for Onco Therapies Limited's Paragraph IV Certification with Respect to U.S. Pat. No. 8,927,592, 2015 (redacted).

Dieras et al., Larotaxel in Combination with Trastuzumab in Patients with HER2+ Metastatic Breast Cancer: Interim Analysis of an Open Phase II Label Study, 26 (15S), J. Clin. Oncol. (Meeting Abstracts), Suppl. 1070, May 2008.

Dieras V., et al., "Phase II Multicenter Study of Larotaxel (Xrp9881), a Novel Taxoid, in Patients with Metastatic Breast Cancer Who Previously Received Taxane-Based Therapy," Annals of Oncology, 2006, vol. 19 (7), pp. 1255-1260.

DiLorenzo G., et al., "Castration-Resistant Prostate Cancer: Current and Emerging Treatment Strategies," Drugs, 2010, vol. 70 (8), pp. 983-1000.

DiLorenzo G., et al., "Combination of Bevacizumab and Docetaxel in Docetaxel-Pretreated Hormone-Refractory Prostate Cancer: A Phase 2 Study," European Urology, 2008, vol. 54 (5), pp. 1089-1096.

Dimasi J.A., et al., "Economics of New Oncology Drug Development," Journal of Clinical Oncology, 2007, vol. 25 (2), pp. 209-216.

(56)                **References Cited**

OTHER PUBLICATIONS

Dimasi J.A., et al., "Trends in Risks Associated with New Drug Development Success Rates for Investigational Drugs," Clinical Pharmacology and Therapeutics, 2010, vol. 87 (3), pp. 272-277.

Docetaxel Label (Mar. 2012).

Docetaxel Reduce el Riesgo de Muerte en Pacientes con cancer de Prostata metastatico Androgeno Independiente, [Retrieved on Jul. 29, 2014]. Retrieved from the internet: (URL: http://www.intramed.net/contenidoverasp?contenidoID=31823) (followed by non-verified English translation).

Doenicke, et al., Premedication with H1 and H2 blocking agents reduces the incidence of postoperative nausea and vomiting, Inflam. Res., 53, Suppl. 2, 51-58, (2004).

Dorff T.B., et al., "Cabazitaxel in Prostate Cancer: Stretching a String," Lancet, 2010, vol. 376 (9747), pp. 1119-1120.

Dres., et al., Treatment alternatives for advanced prostate cancer, [Retrieved from the internet on Jul. 29, 2014] Retrieved from http://www.intramed.net/contenidover.asp?contenidID=37957 (followed by non-verified English translation), 3 pages.

Drug Data Report, Antimitotic Drugs, 2003, vol. 25, No. 6, pp. 550.

Drug Data Report Cabazitaxel, 2010, vol. 32, No. 10, pp. 999-1017 at p. 1012.

Dumontet C., et al., "Mechanisms of Action of and Resistance to Antitubulin Agents: Microtubule Dynamics, Drug Transport, and Cell Death," Journal of Clinical Oncology, 1999, vol. 17 (3), pp. 1061-1070.

Eisenberger, M., et al., Phase III Study comparing a reduced dose of cabazitaxel (20 mg/m2) and the currently approved dose (25 mg/m2) in postdocetaxel patients with metastatic castration-resistant prostate cancer—PROSELICA, J. Clin. Oncol., vol. 35, as downloaded from http://ascopubs.org/journal/jcoon Sep. 22, 2017, 13 pages.

Eisenhauer E.A., et al., "Phase I Cancer Clinical Trials: A Practical Guide," Basics of Phase I Design: First-in-Man Studies, Oxford University Press, 2006, pp. 42-80.

El Docetaxel Asociado a la Prodnisona Mejora el Cancer de Prostata, [Retrieved from the internet on Oct. 26, 2012] Retrieved from internet (URL: http://www.medicinageriatrica.com.ar/viewnews.php?id=E.EpVVFZVppsBCjOavj).

El-Maraghi and Eisenhauer, Review of Phase II Trial Designs Used in Studies of Molecular Targeted Agents: Outcomes and Predictors of Success in Phase III, J. Clin. Oncol. 26 (2008) 1346-1354.

Emcyt (estramustine) Label (Jun. 2007).

Engels, F.K., et al., 'Potential for improvement of docetaxel-based chemotherapy: a pharmacological review,' British Journal of Cancer, vol. 93, pp. 173-177 (2005).

Erbitux (cetuximab) Label (Jul. 2009).

Esper and Redman, Supportive Care, Pain Management, and Quality of Life in Advanced Prostate Cancer, 26(2) Urologic Clinics of North America 375-89 (1999).

Estramustine, Chemocare.com, retrieved from the internet at http://chemocare.com/chemotherapy/drug-info/estramustine.aspx on Mar. 8, 2017.

European Medicine Agency, ICH Topic E8 General Considerations for Clinical Trials (Mar. 1998).

Factual and Legal Bases for Accord's ANDA Certification That Each Claim of U.S. Pat. No. 8,927,592 is Invalid, Unenforceable, and/or will not be Infringed by Accord's Cabazitaxel Injection Product Described in ANDA 207693 (2015) (redacted).

Factual and Legal Basis for Dr. Reddy's Laboratories, Ltd.'s and Dr. Reddy's Laboratories, Inc.'s Assertion of Invalidity, Unenforceability and/or Non-Infringement of U.S. Pat. No. 8,927,592 2015 (redacted).

FDA Approves New Drug for Advanced Prostate Cancer (May 15, 2013), retrieved from http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm352363.htm, retrieved on Oct. 6, 2016.

FDA Center for Drug Evaluation and Research, Clinical Pharmacology and Biopharmaceutics Review(s), Application No. 201023 (Cabazitaxel NDA), 2010, pp. 1-71.

FDA, Challenge and Opportunity on the Critical Path to New Medical Products, 1-31 (Mar. 2004).

FDA News Release, FDA Approves New Indication for Taxotere—Prostate Cancer (May 19, 2004) as retrieved from http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2004/ucm108301.htm.

FDA News release, FDA Approves New Treatment for Advanced Prostate Cancer, 2010, pp. 1-2, [Retrieved on Jul. 29, 2015]. Retrieved from the internet (URL: http://www.fda.gov.newsevents/newsroom/pressannouncements/ucm216143.htm].

FDA Notice International Conference on Harmonisation; Guidance on Impurities: Residual Solvents, 62(247) Federal Register 67377-388 (Dec. 24, 1997).

Feuerstein A., et al., 'Oncology Micro-Cap Stocks: Caveat Emptor!' Journal of the National Cancer Institute, vol. 103, issue 20 pp. 1488-1489 (2011).

Figg W.D., et al., "Cabazitaxel: Filling One of the Gaps in the Treatment of Prostate Cancer," Cancer Biology & Therapy, 2010, vol. 10 (12), pp. 1233-1234.

Final Office Action dated Aug. 12, 2019 for U.S Appl. No. 16/251,143, filed Jan. 18, 2019.

Final Office Action dated Sep. 16, 2013 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.

Final Office Action dated Apr. 24, 2019 for U.S. Appl. No. 15/627,962, filed Jun. 20, 2017.

Final Written Decision, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Sep. 21, 2017.

Final Written Decision on Remand issued in the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592 on Oct. 22, 2019.

Fizaz K., et al., "New agents in Metastatic Prostate Cancer," European Journal of Cancer, 2009, vol. 45 (1), pp. 379-380.

Fizazi K., 'Phase III, randomized, placebo-controlled study of docetaxel in combination with zibotentan in patients with metastatic castration-resistant prostate cancer,' Journal of Clinical Oncology vol. 31 No. 14, pp. 1740-1747 (2013).

Fresenius Kabi USA, LLC's Detailed Statement of the Factual and Legal Bases of Fresenius Kabi USA, LLC's Opinion that U.S. Pat. No. 8,927,592 is Invalid, Unenforceable or Not infringed, 2015 (redacted).

Fujisaka et al., Phase 1 Study of Atrasentan (ABT627), Novel Endothelin Receptor-A Antagonist, in Japanese Patients with Hormone Refractory Prostate Cancer, 24(18S) J. Clin. Oncol. (Abstr. 14602) (2006).

Fukuoka M., 'Multi-institutional randomized phase II trial of Gefitinib for previously treated patients with advanced non-small-cell lung cancer,' Journal of clinical oncology: vol. 21, No. 12, pp. 2237-2246 (2003).

Furnoleau et al., Phase 1 and Pharmacokinetics (PK) Study of RPR116258A Given as a Weekly 1-Hour Infusion at Day 1, Day 8, Day 15, Day 22 Every 5 Weeks in Patients (pts) with Advanced Solid Tumors, 7(11) Clin. Cancer Res. 3710s (2001).

Gad, Clinical Trials Handbook (John Wiley & Sons. Inc.), 2009 Regulatory Requirements for Investigational New Drug, pp. 23-69.

Gallagher M.L., et al., 'Phase I clinical and pharcokinetic (PK) trial of the novel taxane BMS-184476 administered as a 1-hour IV infusion in combination with cisplatin every 21 days,' Proceedings of ASCO vol. 20, Abstract 420, (2001).

Galletti E., et al., "Paclitaxel and Docetaxel Resistance: Molecular Mechanisms and Development of New Generation Taxanes," Chemmedchem, 2007, vol. 2 (7), pp. 920-942.

Galsky M.D., et al., "Cabazitaxel," Nature Reviews, Drug Discovery, 2010, vol. 9 (9), pp. 677-678.

Garcia et al., Gemcitabine and Docetaxel in Metastatic, Castrate-Resistant Prostate Cancer, 117(4) Cancer 752-57 (2011).

Gayther et al., The Frequency of Germ-line Mutations in the Breast Cancer Predisposition Genes BRCA1 and BRCA2 in Familial Protate Cancer, Cancer Res. 60 (2000) 4513-4518.

Gemzar (gemcitabine) Label Apr. 2006.

Genentech Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer (Mar. 12, 2010), Business Wire, as

## US 10,716,777 B2

Page 6

(56)          **References Cited**

OTHER PUBLICATIONS

retrieved from http://www.businesswire.com/news/home/20100311007023/en/Genentech-Update-Phase-III-Study-Avastin-Men on Oct. 12, 2016.

Gianni et al., Nonlinear Pharmacokinetics and Metabolism of Paclitaxel and its Pharmacokinetic/Pharmacodynamic Relationships in Humans, 13(1) J. Clin. Oncol. 180-90 (1995).

Gleevec (imatinib) Label (May 2009).

Glenmark's Detailed Statement of the Factual and Legal Basis for its Opinion that U.S. Pat. No. 8,927,592 is invalid, unenforceable and/or will not be infringed by Glenmark's manufacture, use, offer for sale or sale of Glenmark's [ ], 2015 (redacted).

Goetz et al., "Phase I: and Pharmacokinetic Study of RPR116258A, a Novel Taxane Derivative, Intravenously Over 1 Hour Every 3 Weeks," Clinical Pharmacology, 2001, vol. 20, pp. 106a.

Goffin J., et al., 'Objective responses in patients with malignant melanoma or renal cell cancer in early clinical studies do not predict regulatory approval,' Clin. Cancer Res. 11, pp. 5928-5934 (2005).

Gottesman M.M., "Mechanisms of Cancer Drug Resistance," Annual Review of Medicine, Feb. 2002, vol. 53, pp. 615-627.

Greene et al., Who is the Average Patient Presenting with Prostate Cancer?, 66(5 Suppl.) Urology 76-82 (2005).

Guidance for Industry Population Pharmacokinetics, U.S. Department of Health and Human Services, Food and Drug Administration, CDER, CBER, Feb. 1999, 35 Pages.

Gujarat Cancer & Research Institute Annual Report, Aug. 29, 2008, pp. 1-152.

Hait W.N., et al., "Rational Design and Pre-clinical Pharmacology of Drugs for Reversing Multidrug Resistance," Biochemical Pharmacology, Jan. 1992, vol. 43 (1), pp. 103-107.

Halabi S., et al., "Prostate-Specific Antigen Changes as Surrogate for Overall Survival in Men with Metastatic Castration-Resistant Prostate Cancer Treated with Second-Line Chemotherapy," Journal of Clinical Oncology, 2013, vol. 31 (31), pp. 3944-3950.

Haleblian, "Characterization of Habits and Crystalline Modification of Solids and Their Pharmaceutical Applications," Journal of Pharmaceutical Sciences, 1975, vol. 64 (8), pp. 1269-1288.

Hande, The Importance of Drug Scheduling in Cancer Chemotherapy: Etoposide as an Example, 1(4) The Oncologist 234-29 (1996).

Hellerstedt B.A., et al., "The Current State of Hormonal Therapy for Prostate Cancer," CA A Cancer Journal for Clinicians, 2002, vol. 52 (3), pp. 154-179.

Herceptin (trastuzumab) Label Jan. 2008.

Higano C.S., et al., "Phase 1/2 Dose-Escalation Study of a Gm-Csf-Secreting, Allogeneic, Cellular Immunotherapy for Metastatic Hormone-Refractory Prostate Cancer," Cancer, 2008, vol. 113 (5), pp. 975-984.

Holen et al., Phase I Study Using Continuous Intravenous (CI) KOS-862 (Epothilone D) in Patients with Solid Tumors, 22(14S) J. Clin. Oncol. Abstr. 2024 (2004).

Hope, J., 'Last Hope' drug for Prostate Cancer Patients is axed from the NHS, DailyMail.com, Retrieved from http://www.dailymail.co.uk/health/article-2903235/Last-hope-drug-prostate-cancer-patients-axed-NHS-doctors-call-travesty.html on Oct. 20, 2016.

Horwitz E.M., et al., "External Beam Radiation Therapy for Prostate Cancer," CA A Cancer Journal for Clinicians, 2000, vol. 50 (6), pp. 349-379.

Hospers, et al., PET Imaging of Steroid Receptor Expression in Breast and Prostate Cancer, Curr. Pharm. Des. 14 (2008) 3020-3032.

How Xtandi works, as retrieved from https://www.xtandi.com/how-xtandi-works on Oct. 6, 2016, pp. 1-2.

How Zytiga (abiraterone acetate) works, https://www.zytiga.com/about-zytiga/how-zytiga-works, pp. 1-6 as retrieved on Nov. 16, 2016.

How Zytiga (abiraterone acetate) Works, Retrieved from the internet on Nov. 16, 2016 at https://www.zytigo.com/about-zytiga/how-zytiga-works.

Hudis, et al., Phase II and Pharmacologic Study of Docetaxel as Initial Chemotherapy for Metastatic Breast Cancer, J. Clin. Oncol., 14(1), 58-65 (1996).

Hycamtin (topotecan) Label Jun. 2006.

In a Difficult Environment, Another Year of Growth in Adjusted EPS Excluding Selected Items, Sanofi-Aventis Press Release, 2006 (Feb. 13, 2007), pp. 1-31.

In The United States District Court for the District of New Jersey, Case 3:15-cv-03392-MAS-LHG, Defendant's Answer to the Complaint, Separate Defenses and Counterclaims, Mylan Laboratories Limited v. Aventis Pharma S.A, 20 pages, dated Jul. 16, 2015.

Institut National du Cancer, Register of French cancer clinical trials, Sanofi-Aventis TROPIC, Feb. 29, 2008, ("INDC website"), pp. 1-2.

International Preliminary Report on Patentability for Application No. PCT/IB2010/054866, dated Nov. 14, 2011, 14 pages.

International Search Report and Written Opinion issued in WO2011/051894 dated May 5, 2011, 11 pages.

Iressa (gefitinib) Label (Jul. 2004).

Ixempra Prescribing Information (Labelling), 2007, pp. 1-34.

Jevtana (cabazitaxel) Label (Sep. 2016).

Jevtana (cabazitaxel) Label (Jun. 2015).

Jevtana label 2010—Prescribing Information, pp. 1-25, (retrieved on May 14, 2013). Retrieved from the Internet( URL: http:products.sanofi.us/jevtana/jevtana.html).

Jevtana National Drug Monograph, pp. 1-14, 2011.

Jevtana NDA Clinical Overview, Excerpt, 2014, pp. 12-13.

Joffe et al., Quality of Informed Consent in Cancer Clinical Trials: A Cross-Sectional Survey, 358 The Lancet 1772-77 (2001).

Jozwiakowski, Alteration of the Solid State of the Drug Substance: Polymorphs, Solvates, and Amorphous Forms, Ch. 15, Water Insoluble Drug Formulation edited by Liu, First Edition, (2000) 525-568.

Kant J., et al., "A Chemoselective Approach to Functionalize the C-10 Position of 10-Deacetylbaccatin III Synthesis and Biological Properties of Novel C-10 Taxol® Analogues," Tetrahedron Letters, 1994, vol. 35 (31), pp. 5543-5546.

Kaur M., et al., "Suramin's Development: What Did We Learn?," Investigational New Drugs, 2002, vol. 20 (2), pp. 209-219.

Kawaguchi, et al., H2 Blockers Increase Risk of Docetaxel-Induced Skin Toxicity, Reactions 1257 (Jun. 20, 2009).

Kelland et al., Comparative in vitro cytotoxicity of taxol and Taxotere against cisplatin-sensitive and-resistant human ovarian carcinoma cell lines, Cancer Chemother. Pharmacol. (1992) 444-450.

Ketoconazole in Advanced Prostate Cancer: Have Tolerability Concerns Been Overstated? Drug Ther. Perspect. 15 (2000) (http://www.medscape.com/viewarticle/406391) (last accessed: Mar. 14, 2017).

Kingston D.G., et al., "Tubulin-Interactive Natural Products as Anticancer Agents," Journal of Natural Products, 2009, vol. 72 (3), pp. 507-515.

Kish J.A., et al., "The Treatment Challenge of Hormone-refractory Prostate Cancer," Cancer Control, Nov.-Dec. 2001, vol. 8 (6), pp. 487-495.

Klein et al., SWOG-9510: Evaluation of Topotecan in Hormone Refractory Prostate Cancer: A Southwest Oncology Group Study, 52(4) The Prostate 264-68 (2002).

Kobayashi K., et al., "Phase I Study of Suramin Given by Intermittent Infusion Without Adaptive Control in Patients With Advanced Cancer," Journal of Clinical Oncology, Sep. 1995, vol. 13 (9), pp. 2196-2207.

Kola I., et al., "Can the Pharmaceutical Industry Reduce Attrition Rates?," Nature Reviews, Drug Discovery, 2004, vol. 3 (8), pp. 711-715.

Koletsky A.,et al., "Developing Treatment for Hormone-Refractory Prostate Cancer," US Oncology Review, 2008, vol. 4(1), pp. 46-49.

Kris M.G., et al., "Clinical Cancer Advances 2010: Annual Report on Progress Against Cancer from the American Society of Clinical Oncology," Journal of Clinical Oncology, 2010, vol. 28 (36), pp. 5327-5347, 947.

Latif et al., Phase II Study of Oral Bis(Aceto) Ammine Dichloro (Cyclohexamine) Platinum (IV) (JM-216, BMS-1892751) Given Daily x5 in Hormone Refractory Prostate Cancer (HRPC), Investig. New Drugs 79-84 (2005).

(56)        References Cited

OTHER PUBLICATIONS

Lenz, H.J., Management and Preparedness for Infusion and Hyper-sensitivity Reactions, The Oncologist, 12:601-609, 2007.
Lin et al., A Phase II Trial of Imatinib Mesylate in Patients with Biochemical Relapse of Prostate Cancer After Definitive Local Therapy, 98 BJU Int'l. 763-69 (2006).
Lokich and Anderson, Dose Intensity for Bolus Versus Infusion Chemotherapy Administration: Review of the Literature for 27 Anti-Neoplastic Agents, 8(1) Ann. Oncol. 15-25 (1997).
Lortholary et al., "Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as 1-hour Infusion in Patients (pts) with Advanced Solid Tumors," Clinical Cancer Research, 2000, vol. 6, pp. 4579s-4580s.
Ma, et al., A Statistical Analysis of the Magnitude and Composition of Drug Promotion in the United States in 1998, Clin. Therap. 25 (2003) 1503-1517.
Mackinnon A.C., et al., "Molecular Biology Underlying the Clinical Heterogeneity of Prostate Cancer: An Update," Archives of Pathology & Laboratory Medicine, 2009, vol. 133 (7), pp. 1033-1040.
Malhotra et al., Cabazitaxel: A Novel Drug for Hormone-Refractory Prostate Cancer, Mini-Reviews in Medicinal Chemistry, 2013, 13, No. 2, pp. 1-6.
Malik Z., et al., '931P—Cabazitaxel (CBZ) + prednisone (P: CBZP) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with doce . . . ' Poster presented at ESMO Congress 2012.
Malik Z.I., et al., 'Cabazitaxel (CBZ) + Prednisone (P; CBZP) in Patients (PTS) With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel (D): Interim Results From Compassionate-Use Programme (CUP) and Early-Access Programme (EAP),' Poster 931P, Annals of Oncology vol. 23, Suppl. 9 Abstract Book of the ESMO 2012 Congress, pp. 1-6 (2012).
Malik Z.I., et al., 'Cabazitaxel (CBZ) + prednisone (P) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D): interim results from compassionate-use programme (CUP) and early-access programme (EAP),' Poster 931P presented at European Society for Medical Oncology, Vienna Austria, Sep. 28-Oct. 2, 2012.
Manchanda, et al., The Effects and Role of Direct-to-Physician Marketing in the Pharmaceutical Industry: An Integrative Review, Yale J. Health Pol'y l. & Ethics 5 (2005) 785-822.
Manual of Patent Examining Procedure §2107.03 (IV), 2008, 2100-36 (8th Ed.).
McKeage et al., A Phase I and Pharmacology Study of an Oral Platinum Complex, JM216: Dose-Dependent Pharmacokinetics with Single-Dose Administration, Cancer Chemother. Pharmacol. 451-8 (1995).
McLeod H.L., et al., "Evaluation of the Linearity of Docetaxel Pharmacokinetics," Cancer Chemotherapy and Pharmacology, Jun. 1998, vol. 42 (2), pp. 155-159.
Melzack R., et al., "The McGill Pain Questionnaire: Major Properties and Scoring Methods," Pain, 1975, vol. 1(3), pp. 277-299.
Merck Index 14th 2006, No. 190, pp. 35, Agomelatine.
Michael, et al., Prostate Cancer Chemotherapy in the Era of Targeted Therapy, Prostate Cancer Prostatic Dis. 13-16 (2009).
Michaelson M.D., et al., "Randomized, Placebo-Controlled. Phase III Trial of Sunitinib Plus Prednisone Versus Prednisone Alone in Progressive, Metastatic, Castration-Resistant Prostate Cancer," Journal of Clinical Oncology, 2014, vol. 32 (2), pp. 76-82.
Mirtsching, Prostate Cancer Clinical Trials in Dallas, Texas Area, [Retrieved from the internet on Aug. 19, 2014], pp. 3-4, Retrieved from the internet: (URL: http://www.heallhcentral.com/prostate/c/5618/14589/dallas-texas-area.)
Mita A.C., et al., "Phase I and Pharmacokinetic Study of Xrp6258 (Rpr 116258A), a Novel Taxane, Administered as a 1-Hour Infusion Every 3 Weeks in Patients with Advanced Solid Tumors," Clinical Cancer Research, 2009, vol. 15 (2), pp. 723-730.

Mitoxantrone, Chemocare.com, retrieved from the internet at http://chemocare.com/chemotherapy/drug-info/Mitoxantrone.aspx on Mar. 8, 2017.
Miura N., et al., "A Case of Hormone-Refractory Prostate Cancer (Hrpc) with Tumor Fever Responding to Docetaxel Plus Prednisolone Therapy," Jpn. J. Cancer Chemother., 2006, vol. 33 (6), pp. 841-844.
Mokbel, Concise Notes in Oncology for MRCP and MRCS, 2005, (Radcliffe Publishing Ltd.) Drug Pharmacology and Clinical Trials, pp. 6-7.
Mononen et al., Two Percent of Finnish Prostate Cancer Patients Have a Germ-Line Mutation in the Hormone-Binding Domain of the Androgen Receptor Gene, 60(22) Cancer Research 6479-81 (2000).
Morant et al., Capecitabine in Hormone-Resistant Metastatic Prostatic Carcinoma—a Phase II Trial, Brit. J. Cancer 1312-17 (2004).
Morgan C.J., et al., "Impact of Prednisone on Toxicities and Survival in Metastatic Castration-resistant Prostate Cancer: a Systematic Review and Meta-analysis of Randomized Clinical Trials," Critical Reviews in Oncology/Hematology, Jun. 2014, vol. 90 (3), pp. 253-261.
Motzer et al., Activity of SU11248, a Multitargeted Inhibitor of Vascular Endothelial Growth Factor Receptor and Platelet-Derived Growth Factor Receptor, in Patients with Metastatic Renal Cell Carcinoma, 24(1), J. Clin. Oncol. 16-24 (2006).
Moul, The Evolving Definition of Advanced Prostate Cancer, Rev. Urol. S10-S17 (2004).
Mubiru et al., Nonhuman Primates as Models for Studies of Prostate Specific Antigen and Prostatic Diseases, 68(14) Prostate 1-16 (2008).
Mulcahy, Phase 3 Trial of Immunotherapy for Metastatic Prostate Cancer Terminated, Medscape Medical News, Oct. 17, 2009, [retrieved on Jun. 26, 2014] Retrieved from the internet: (URL: http://www.medscape.com/viewarticle/582220).
Mylan Petition for Inter Partes Review of U.S. Pat. No. 8,927,592, pp. 1-65 with Exhibit 1002 (Declaration of Dr. Rahul Seth,) 2016, pp. 1-109.
Nagore et al., Antineoplastic Therapy-Induced Palmar Plantar Erythrodysesthesia ('Hand-Foot') Syndrome, Incidence, Recognition and Management, 1(4) Am. J. Clin. Dermatol. 225-34 (2000).
National Cancer Institute, Common Terminology Criteria for Adverse Events v3.0 (Aug. 2006).
National Cancer Institute, Common Toxicity Criteria for Adverse Events v2.0 (Apr. 1999).
National Cancer Institute, Common Toxicity Criteria Manual Version 2.0 (Jun. 1, 1999).
National Comprehensive Cancer Network (NCCN Clinical Practice Guidelines in Oncology , Prostate Cancer) V.1 (2009), pp. 1-46.
National Comprehensive Cancer Network (NCCN Clinical Practice Guidelines in Oncology, Breast Cancer) V.1 (2009), pp. 1-122.
NCCN Antiemesis Guidelines, Internet Archive https://web.archive.org/web/20081001233326/http://www.nccn.org/professionals/physician_gls/PDF/antiemesis.pdf) (Oct. 1, 2008) (last accessed: Mar. 14, 2017).
NCI, NIH-Funded Study Shows Increased Survival in Men With Metastatic Prostate Cancer Who Receive Chemotherapy When Starting Hormone Therapy [retrieved on Aug. 4, 2015]. Retrieved from the Internet: (URL: http://www.nih.gov/news/health/dec2013/nci-05.htm).
New Hope in Advanced Prostate Cancer Alberta Saskatchewan and Ontario Fund Coverage for Jevtana (Cabazitaxel), Retrieved from the internet on Dec. 22, 2016 at https://www.newswire.ca/news-releases/new-hope-in-advanced-prostate-cancer-alberta-saskatchewan-and-ontario-fund-coverage-for-jevtana-cabazitaxel-510872201.html.
Newman S.P., et al., "The Therapeutic Potential of a Series of Orally Bioavailable Anti-angiogenic Microtubule Disruptors as Therapy for Hormone-independent Prostate and Breast Cancers," British Journal of Cancer, Dec. 2007, vol. 97 (12), pp. 1673-1682.
Nexavar (sorafenib) Label (Nov. 2007).
Niho et al., First-Line Single Agent Treatment with Gefitinib in Patients with Advanced Non-Small-Cell Lung Cancer: A Phase II Study, 24(1) J. Clin. Oncol. 64-69 (2006).
Nobili S.,et.al., "Pharmacological Strategies for Overcoming Multidrug Resistance," Current Drug Targets, 2006, vol. 7 (7), pp. 861-879.

# US 10,716,777 B2

Page 8

(56)         **References Cited**

OTHER PUBLICATIONS

Non-Final Office Action dated Apr. 16, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Non-Final Office Action dated Jan. 16, 2013 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Normanno, N., et al., "Target-based Therapies in Breast Cancer: Current Status and Future Perspectives," Endocrine-Related Cancer, Sep. 2009, vol. 16 (3), pp. 675-702.
Notice of Allowance dated Aug. 4, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Notice of Allowance dated Nov. 14, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Novacea, Inc, SEC Form 8-K at 1.02, 2008 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://www.sec.gov/Archives/edgar/data/1178711/000119312508077953/d8k.htm).
Novantrone (mitoxantrone) Label (Aug. 2008).
Novantrone Gets FDA Nod for Use in Advanced Prostate Cancer, Cancer Network (Dec. 1, 1996), http://www.cancernetwork.com/articles/novantrone-gets-fda-nod-use-advanced-prostate-cancer, retrieved on Dec. 22, 2016.
Novantrone (mitoxantrone) Prescribing information (Label), 2012, pp. 1-37.
Numata K., et al., "The Preliminary Results of Docetaxel-Prednisolone Combination Therapy for the Japanese Patients with Hormone-Refractory Prostate Cancer," Acta Urol. Jpn., 2007, vol. 53 (2), pp. 93-97.
Numata K., et al., Urological Bulletin, 2007, vol. 53 (2), pp. 93-96.
Omlin et al., Analysis of Side Effect Profile of Alopecia, Nail Changes, Peripheral Neuropathy, and Dysgeusia in Prostate Cancer Patients Treated With Docetaxel and Cabazitaxel, 13(4) Clin. Genitourin. Cancer 1-4 (2015).
Opposition Alafar (Nov. 2012): Index Merck 14th. Merck & Co. USA. NI, 2006. No. 0000190 (Alafar refers to a specific compound, which is agomelatine).
Oudard., et al., Cabazitaxel Plus Prednisone/Prednisolone Significantly Increases Overall Survival Compared to Mitoxantrone Plus Prednisone/Prednisolone in Patients With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel: Final Results With Updated Overall Survival of a Multinational Phase III Trial (TROPIC), Ann. of Oncology, 2010, vol. 21, (Suppl. 8), pp. viii272, Abstract 871PD.
Oudard S., et al., "Multicenter Randomized Phase II Study of Two Schedules of Docetaxel, Estramustine, and Prednisone Versus Mitoxantrone Plus Prednisone in Patients With Metastatic Hormone-refractory Prostate Cancer," Journal of Clinical Oncology, May 2005, vol. 23 (15), pp. 3343-3351.
Padhani, et al., The RECIST Criteria: Implications for Diagnostic Radiologists, Br. J. Radiol. 983-86 (2001).
Pal S.K., et al., "Critical Appraisal of Cabazitaxel in the Management of Advanced Prostate Cancer," Clinical Interventions in Aging, 2010, vol. 5, pp. 395-402.
Parkin D.M., et al., "Global Cancer Statistics, 2002," Ca: A Cancer Journal for Clinicians, 2005, vol. 55 (2), pp. 74-108.
Passalacqua et al., The Clinical Safety of H1-Receptor Antagonists, An EAACI Position Paper, Allergy 666-75 (1996).
Patent Owner's Contingent Motion to Amend as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 23, 2016.
Patent Owner's Response as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 23, 2016.
Patent Owner's Responsive Brief on the Effect of the CAFC Decision on Patent Owner's Motion to Amend as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 7, 2019, 30 pages.
Pazdur, Endpoints for Assessing Drug Activity in Clinical Trials, 13(suppl 2) The Oncologist 19-21 (2008).

Pazdur R., et al., "The Taxoids: Paclitaxel (Taxol) and Docetaxel (Taxotere)," Cancer Treatment Reviews, Oct. 1993, vol. 19 (4), pp. 351-386.
PDR Medical Dictionary at 102, 416 (2d ed. 2000).
Perez-Soler et al., Determinants of Tumor Response and Survival with Erlotinib in Patients with Non-Small-Cell Lung Cancer, 22(16) J. Clin. Oncol. 3238-47 (2004).
Perjeta (pertuzumab) Label Jun. 2012.
Petitioner Mylan's Reply Brief on Remand Pursuant to Paper No. 108 as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 21, 2019, 12 pages.
Petitioner Mylan's Brief Addressing the Effect of CAFC Decision on Patent Owner's Motion to Amend pursuant to Paper No. 108 as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592, dated May 10, 2019, 30 pages.
Petitioners Opposition to Patent owner's Motion to Amend under 37 CFR 42.121 as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Petitioner's Reply as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Petrylak, D.P., et al., 'A Phase 3 Study to Evaluate the Efficacy and Safety of Docetaxel and Prednisone (DP) with or without Lenalidomide (LEN) in Patients with Castrate-Resistant Prostate Cancer (CRPC): The Mainsail Trial,' Annals of Oncology, Abstract LBA24 from Abstract Book of 37th European Society for Medical Oncology Congress Vienna, Austria, vol. 23, Suppl. 9, 2012.
Phase III Trial, NCI Dictionary of Cancer Terms, Retrieved from cancer.gov, [retrieved on Apr. 2, 2015].
Pienta K.J., et al., "Advances in Prostate Cancer Chemotherapy: A New Era Begins," CA A Cancer Journal for Clinicians, 2005, vol. 55 (5), pp. 300-318 and 323-325.
Pivot, et al., Inpharma, Abstract 1659 (Oct. 11, 2008).
Pivot X., et al., "Multicenter Phase 2 Study of XRP6258 in Taxane Resistant Metastatic Breast Cancer (MBC) Patients (pts)," Breast Cancer Research and Treatment, 2005, vol. 94 (1), pp. S68, Abstract 138.
Pivot X., et al., "A Multicenter Phase II Study of Xrp6258 Administered as a 1-H I.V. Infusion Every 3 Weeks in Taxane-Resistant Metastatic Breast Cancer Patients," Annals of Oncology, 2008, vol. 19 (9), pp. 1547-1552.
Pouessel D., et al., "Actualities in Prostate Cancer in ASCO Annual Meeting 2010," Bulletin Du Cancer, 2010, vol. 97 (12), pp. 1563-1572.
Prednisone Compared to Mitoxantrone Plus Predisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC), [Retrieved on Feb. 8, 2012]. Retrieved from the Internet (URL: http://clinicaltrials.gov/archive/NCT00417079/2006_12_28, View of NCT00417079 on 2006_12_28-XRP6258Plus).
Prednisone Label (Apr. 2008).
Preliminary Response by Patent Owner pursuant to 37 CFR 42.107 as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 24, 2016.
Press Release: OncoGenex Announces Top Line Survival Results of Phase 3 SYNERGY Trial Evaluating Custirsen for Metastatic Castration-Resistant, Prostate Cancer, PRNewswire Apr. 28, 2014.
Press Release Roche Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer, Media Release Mar. 12, 2010 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://www.roche.com/media/media_releases/med-cor-2010-03-12.htm.)
Press Release: Takeda Announces Termination of Orteronel (TAK-700) Development for Prostate Cancer in Japan., U.S.A. and Europe, Jun. 19, 2014 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://www.takeda.com/news/2014/20140619_6615.html).
Prostate Cancer Treatment, Jevatana (cabazitaxel) Injection, Retrieved from the internet on Dec. 19, 2016 at http://www.jevtana.com/treatment.

(56)        **References Cited**

OTHER PUBLICATIONS

Provenge (sipuleucel-T) Label, 2010.
Public Deposition of Robert McSorley, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Apr. 19, 2017.
Quinn et al., Docetaxel and Atrasentan Versus Docetaxel and Placebo for Men with Advanced Castration-Resistant Prostate Cancer (SWOG S0421): A Randomized Phase 3 Trial, Lancet 893-900 (2013).
Ramanathan et al.,, "A Phase II Study of Milataxel: A Novel Taxane Analogue in Previously Treated Patients With Advanced Colorectal Cancer," Cancer Chemotherapy and Pharmacology, 2008, vol. 61 (3), pp. 453-458.
Ramiah V., et al., "Clinical Endpoints for Drug Development in Prostate Cancer," Current Opinion in Urology, 2008, vol. 18 (3), pp. 303-308.
Random House Webster's College Dictionary, 2001 Second Revised and Updated Random House Edition (2003), p. 1393.
Ratain and Sargent, Optimising the Design of Phase II Oncology Trials: The Importance of Randomisation, Eur. J. Cancer 275-280 (2009).
Ratain M.J., et al., "Critical Role of Phase I Clinical Trials in Cancer Treatment. American Society of Clinical Oncology," Journal of Clinical Oncology, Feb. 1997, vol. 15 (2), pp. 853-859.
Ratain M.J., Phase II Oncology Trials: Let's Be Positive, Clinical Cancer Research, Aug. 2005 vol. 11 (16), pp. 5661-5662.
Ratain, M.J. et al., Statistical and Ethical Issues in the Design and Conduct of Phase I and II Clinical Trials of New Anticancer Agents, 85(20) J. Nat'l Cancer Inst. 1637-43 (1993).
Reck et al., An Open-Label, Multi Centre, Phase II, Non-Comparative Trial of ZD1839 Monotherapy in Chemotherapy-Naive Patients with Stage IV or Stage III Non-Operable Non-Small Cell Lung Cancer (NSCLC), 23(16S) J. Clin. Oncol. 7098 (2005).
Reese et al., A Phase II Trial of Irinotecan in Hormone-Refractory Prostate Cancer, 16(4) Investig. New Drugs 353-59 (1999).
Reply Declaration of Alton Oliver Sartor, M.D., as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Apr. 20, 2017.
Reply Declaration of Dr. Rahul Seth, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Revision Sistematica y Modelo Economico de Efectividad Glinica y Goste•Efectividad de Docetaxel en Combinacion con Prednisona/Prednisolona para el Tratamiento de Cancer de Prostata Metastasico Refradario a Homonas. [Retrieved from the internet on Jul. 29, 2014]. Retrieved from the internet:( URL: http://www.sefh.es/sefhboletin/vernoticiaboletin.php?id=2663).
Richards L., et al., "Improved Survival in Second-Line Advanced Prostate Cancer Treated with Cabazitaxel," Nature Reviews Clinical Oncology, 2010, vol. 7 (12), p. 671.
Risbridger G.P., et al., "Breast and Prostate Cancer: More Similar than Different," Nature Reviews Cancer, Mar. 2010, vol. 10 (3), pp. 205-212.
Risinger A.L., et al., "The Taccalonolides: Microtubule Stabilizers That Circumvent Clinically Relevant Taxane Resistance Mechanisms," Cancer Research, Nov. 2008, vol. 68 (21), pp. 8881-8888.
Rodrigues G., et al., "Open Clinical Uro-Oncology Trials in Canada," The Canadian Journal of Urology, 2007, vol. 14 (6), pp. 3779-3786.
Rosenberg et al., Activity of Second-Line Chemotherapy in Docetaxel-Refractory Hormone-Refractory Prostate Cancer Patients, Randomized Phase 2 Study of Ixabepilone or Mitoxantrone and Prednisone, 110(3) Cancer 556-63 (2007).
Ross R.W., et al., "Inherited Variation in the Androgen Pathway is Associated With the Efficacy of Androgen-deprivation Therapy in Men With Prostate Cancer," Journal of Clinical Oncology, Feb. 2008, vol. 26 (6), pp. 842-847.
Rothenstein J.M., et al., "Company Stock Prices Before and After Public Announcements Related to Oncology Drugs," Journal of the National Cancer Institute, Oct. 2011, vol. 103 (20), pp. 1507-1512.

Saad et al., Randomized Phase II Trial of Custirsen (OGX-011) in Combination with Docetaxel or Mitoxantrone as Second-Line Therapy in Patients with Metastatic Castrate-Resistant Prostate Cancer Progressing After First-Line Docetaxel: CUOG Trial P-06c, 17(17) Clin. Cancer Res. 5765-73 (2011).
Sanofi-Aventis v. Fresenius Kabi USA, Civil Action No. 14-7869, United States District Court, District of New Jersey, Excerpts from Markman Hearing held on Jan. 23, 2016, pp. 1-9, 90-105.
Sanofi Mature IP v. Mylan Laboratories Limited, Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00712, Decision dated Feb. 5, 2019, 12 pages.
Sanofi Oncology website, Oct. 2008, pp. 1-2. Retrieved from the internet, URL: https://www.sanofi.ma/fr/nous-connaitre/solutions-de-sante/oncologie.
Sanofi v. Glenmark Pharmaceuticals, Civil Action No. 14-264-RGA, United States District Court, District of Delaware, Trial Opinion dated Aug. 31, 2016.
Sanofi v. Lupin Atlantic Holdings, Civil Action No. 15-415-RGA, United States District Court, District of Delaware, Trial Opinion dated Oct. 23, 2017.
Sanofi v. Watson Laboratories Inc., Case 2016-2722, U.S. Court of Appeals for the Federal Circuit,Opinion dated Nov. 9, 2017.
Sanofi-Aventis Annual Report SEC Form 20-F 2010, 335 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2011, 335 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2012, 458 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2013, 304 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2014, 413 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2015, 233 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 1 of 4.
Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 2 of 4.
Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 3 of 4.
Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 4 of 4.
Sanofi-Aventis Annual Report SEC Form 20-F, Dec. 2006, pp. 1-301.
Sanofi-aventis Annual Report SEC Form 20-F, Dec. 2007, pp. 1-283.
Sanofi-aventis Annual Report SEC Form 20-F, Dec. 2008, pp. 1-320.
Sanofi-Aventis Annual Report SEC Form 20-F (Dec. 31, 2006) at 39, [retrieved on Jun. 27, 2014] Retrieved from the internet: (URL: http://www.sec.gov/Archives/edgar/data/1121404/000119312507072848/d20f.htm).
Sanofi-Aventis Annual Review, 2008, pp. 1-28, URL: https://ddd.uab.cat/pub/infanu/34542/iaSANAVEa2008ieng.pdf.
Sanofi-Aventis Press Release: EPS Growth in Q2 2010, (Jul. 29, 2010), pp. 1-27.
Sanofi-Aventis Press Release, Jevtana (cabazitaxel) Injection Now Available in the U.S., (Jul. 19, 2010).
Sanofi-Aventis Press Release: "Phase III Data Showing Improved Survival with Jevtana® (cabazitaxel) injection in Second-Line Advanced Prostate Cancer Published in The Lancet,", retrieved on Oct. 30, 2018 from http://www.news.sanofi.us/press-releases?item=118536&amp;printable.
Sanofi-Aventis Press Release: Q1 2010: A Good First Quarter, (Apr. 29, 2010), pp. 1-19.
Sanofi-Aventis Press Release: Resilient Sales and Business EPS in Q3 2010, (Oct. 28, 2010), pp. 1-24.
Sanofi-Aventis Press Release: Sanofi-Aventis Delivers 2008 Results Above Guidance, Feb. 11, 2009, pp. 1-27.
Sanofi-Aventis Press Release: Sanofi•Aventis Delivers Double-Digit EPS Growth in 2009 as the Transformation Program Progresses, Feb. 10, 2010, pp. 1-26.
Sanofi-Aventis v. Fresenius Kabi USA, Civil Action No. 14-7869, United States District Court, District of New Jersey, Amended Claim Construction Opinion, Oct. 7, 2016.
Sanofi-Aventis v. Fresenius Kabi USA, Civil Action No. 14-7869, United States District Court, District of New Jersey, Defendants Joint Responsive Claim Construction Brief, entered Dec. 3, 2015.
Sanofi-Aventis v. Fresenius Kabi USA, Civil Action No. 14-7869, United States District Court, District of New Jersey, Joint Claim Construction and Prehearing Statement, dated Oct. 2, 2015.

## US 10,716,777 B2

Page 10

(56)                **References Cited**

OTHER PUBLICATIONS

*Sanofi-Aventis* v. *Fresenius Kabi USA,* Civil Action No. 14-7869, United States District Court, District of New Jersey, Sealed Opinion of Dec. 19, 2017 (redacted).
*Sanofi-Aventis* v. *Mylan Laboratories Limited,* Civil Action No. 15-3392, United States District Court, District of New Jersey, Defendant's Answer to the Complaint, Separate Defenses and Counterclaims, 2015.
*Sanofi-Aventis* v. *ONCO Therapies,* United States District Court, District of New Jersey, Complaint for Patent Infringement, May 15, 2015.
Sartor et al., Cabazitaxel vs. Docetaxel in Chemotherapy-Naïve (CN) Patients with Metastatic Castration-Resistant Prostate Cancer (mCRPC): A Three Arm Phase III Study (FIRSTANA), J. Clin. Oncol. Abstr. 5006 (2016).
Sartor O., et al., "Cabazitaxel vs docetaxel in chemotherapy-naïve patients with metastatic castration-resistant prostate cancer: A three-arm phase III study (FIRSTANA)," ASCO Annual meeting 2016, slides 1-22.
Sartor O., et al., "Improving Outcomes with Recent Advances in Chemotherapy for Castrate-Resistant Prostate Cancer," Clinical Genitourinary Cancer, 2010, vol. 8 (1), pp. 23-28.
Sartor O., et al., "Novel Therapeutic Strategies for Metastatic Prostate Cancer in the Post-Docetaxel Setting," The Oncologist, Nov. 2011, vol. 16 (11), pp. 1487-1497.
Sartor O., "State-of-the-Art Management for the Patient with Castration-Resistant Prostate Cancer in 2012," American Society of Clinical Oncology Educational Book, Jan. 2012, vol. 32, pp. 289-291.
Sessa et al., Phase I Clinical and Pharmacokinetic Studies of the Taxoid Derivative RPR 109881A Administered as a 1-Hour or 3-Hour Infusion in Patients with Advanced Solid Tumors, Annals of Oncol. 1140-50 (2002).
Sessa et al., Phase I Clinical and Pharmacokinetic Study of the Oral Platinum Analogue JM216 Given Daily for 14 Days, Annals of Oncol. 1315-22 (1998).
Shabafrouz K., et al., "New Drugs at the Horizon for Men with Prostate Cancer," Revue Medicale Suisse, 2010, vol. 6 (250), pp. 1057-1058 and 1060-1061.
Sharom, F.J., "ABC Multidrug Transporters: Structure, Function and Role in Chemoresistance," Pharmacogenomics, Jan. 2008, vol. 9 (1), pp. 105-127.
Sheiner L.B., "Learning versus confirming in clinical drug development," Clinical Pharmacology & Therapeutics, Mar. 1997, vol. 61(3), pp. 275-291.
Shelley M., et al., "Docetaxel Plus Prednisone Improves Survival in Men with Advanced Prostate Cancer," Cancer Treatment Reviews, 2005, vol. 31 (5), pp. 403-407.
Shepard D.R., et al., "Estimation of the Effect of Food on the Disposition of Oral 5-Fluorouracil in Combination with Eniluracil," Cancer Chemotherapy and Pharmacology, May 2002, vol. 49(5), pp. 398-402.
Shimazui T., et al., "Three-Weekly Docetaxel with Prednisone is Feasible for Japanese Patients with Hormone-Refractory Prostate Cancer: A Retrospective Comparative Study with Weekly Docetaxel Alone," Journal of Clinical Oncology, 2007, vol. 37 (8), pp. 603-608.
Signs and Symptoms of Prostate Cancer, American Cancer Society, Retrieved from the internet on Nov. 19, 2016 at http://www.cancer.org/cancer/prostatecancer/detailedguide/prostate-cancer-signs-symptoms.
Singh A.K., et al., "Interpreting Results of Clinical Trials: A Conceptual Framework," Clinical Journal of the American Society of Nephrology, Sep. 2008, vol. 3(5), pp. 1246-1252.
Slovin S.F., et al., "Ipilimumab Alone or in Combination with Radiotherapy in Metastatic Castration-Resistant Prostate Cancer: Results from an Open-Label, Multicenter Phase I/II Study," Annals of Oncology, 2013, vol. 24 (7), pp. 1813-1821.
Small E., et al., "Randomized Phase II Study Comparing 4 Monthly Doses of Ipilimumab (MDX-010) as a Single Agent or in Combination with a Single Dose of Docetaxel in Patients with Hormone-Refractory Prostate Cancer," Journal of Clinical Oncology (Meeting Abstracts), 2006, vol. 24 (18S), pp. S4609.
Small E.J., et al., "Granulocyte Macrophage Colony Stimulating Factor-Secreting Allogeneic Cellular Immunotherapy for Hormone-Refractory Prostate Cancer," Clinical Cancer Research, 2007, vol. 13, pp. 3883-3891.
Small E.J., et al., "Randomized Study of Three Different Doses of Suramin Administered with a Fixed Dosing Schedule in Patients with Advanced Prostate Cancer: Results of Intergroup 0159, Cancer and Leukemia Group B 9480," Journal of Clinical Oncology, Aug. 2002, vol. 20(16), pp. 3369-3375.
Small et al., A Phase II Trial of Gefitinib in Patients with Non-Metastatic Hormone-Refractory Prostate Cancer, 100 BJU Int'l. 765-69 (2007).
Sonpavde et al., Sunitinib Malate for Metastatic Castration-Resistant Prostate Cancer Following Docetaxel-Based Chemotherapy, 21(2) Ann. Oncol. 319-24 (2010).
Spigel D.R., 'Single-Agent Gefitinib in Patients with Untreated Advanced Non-Small-Cell Lung Cancer and Poor Performance Status: A Minnie Pearl Cancer Research Network Phase II Trial,' Clinical Lung Cancer, vol. 7, No. 2, pp. 127-132 (2005).
Stedman's Medical Dictionary, pp. 168, 360, 376, 537, and 1215, 27th Edition, 2000.
Sternberg C.N., et al., "Larotaxel with Cisplatin in the First-Line Treatment of Locally Advanced/Metastatic Urothelial Tract or Bladder Cancer: A Randomized, Active-Controlled, Phase III Trial (Cilab)," Oncology, 2013, vol. 85 (4), pp. 208-215.
Straub et al., Intravenous Hydrophobic Drug Delivery: A Porous Particle Formulation of Paclitaxel (AI-850), 2(3) Pharm. Res. 347-55 (2005).
Sullivan P.W., et al., "Quality of Life as a Potential Predictor for Morbidity and Mortality in Patients with Metastatic Hormone-Refractory Prostate Cancer," Quality of Life Research, Oct. 2006, vol. 15(8), pp. 1297-1306.
Susman, ASGO: Calcitriol Fails in ASCENT-2 Prostate CA Trial, MedPage Today, Jun. 9, 2010 [retrieved on Jun. 27, 2014], Retrieved from the Internet( URL:http://www.medpagetoday.com/MeetingCoverage/ASCO/20575).
Sutent (sunitinib malate) Label (Apr. 2008).
Szmulewitz R.Z., et al., "Playing Russian Roulette with Tyrosine Kinase Inhibitors," Clinical Pharmacology & Therapeutics, 2013, vol. 93(3), pp. 242-244.
Takeda M., et al., "The Establishment of two Paclitaxel Resistant Cancer Cell Lines and the Mechanism of Paclitaxel Resistance With Two Cell Lines," The Prostate, 2007, vol. 67 (9), pp. 955-967.
Takenaka, et al., Combination Chemotherapy for Weekly Docetaxel and Estramustine for Hormone Refractory Prostate Cancer in Japanese Patients, Int. J. Urol.vol. 15 (1), 106-109 (2008).
Tan, "Novel Agents in the Treatment of Hormone-Independent Metastatic Prostate Cancer," Actas Urológicas Españolas, 2007, vol. 31 (6), pp. 660-685 (followed by English translation).
Tannock, et al., Docetaxel Plus Prednisone Improves Survival in Men With Advanced Prostate Cancer, Cancer Treatment Reviews, (2005), vol. 31. pp. 403-407.
Tannock I., et al., "Treatment of Metastatic Prostatic Cancer with Low-Dose Prednisone: Evaluation of Pain and Quality of Life as Pragmatic Indices of Response," Journal of Clinical Oncology, 1989, vol. 7 (5), pp. 590-597.
Tannock I.F., et al., "Chemotherapy with Mitoxantrone Plus Prednisone or Prednisone Alone for Symptomatic Hormone-Resistant Prostate Cancer: A Canadian Randomized Trial with Palliative End Points," Journal of Clinical Oncology, 1996, vol. 14 (6), pp. 1756-1764.
Tannock I.F., et al., "Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer," The New England Journal of Medicine, 2004, vol. 351 (15), pp. 1502-1512.
Tarceva (erlotinib) Label (Apr. 2009).
Taxol Paclitaxel, LABEL Mead Johnson, Feb. 10, 2000, pp. 1-43.
Taxotere (Docetaxel) mejora significativamente la supervivencia de los pacientes con cancer de prostata avanzado, 2007. Retrieved from the Internet: (URL: http://www.pmfarma.es/noticias/7074-taxotere-docetaxelmejora-significativamente-la-supervivencia-de-los-pacientes-con-cancer-de-prostataavanzado).

## US 10,716,777 B2

Page 11

(56)          **References Cited**

OTHER PUBLICATIONS

Taxotere (Docetaxel) Significantly Improves the Survival of Patients With Advanced Prostate Cancer, Feb. 2007, sanofi-aventis Press Release; pp. 1-4.

Taxotere Patient Information Leaflet and Prescribing Information (Label), May 2004, pp. 1-35.

Taxotere Patient Information Leaflet and Prescribing Information (Label), Oct. 2006, pp. 1-55.

Taxotere Prescribing Information (Label), Sep. 2007, pp. 1-57.

Taylor B.S., et al., "Integrative Genomic Profiling of Human Prostate Cancer," Cancer cell, 2010, vol. 18(1), pp. 11-22.

Ten Tije et al., Pharmacological Effects of Formulation Vehicles: Implications for Cancer Chemotherapy, 42(7) Clin. Pharmacokinet. 665-85 (2003).

The National Horizon Scanning Centre of National Institute for Health Research, Cabazitaxel (XRP-6258) For Hormone Refractory, 2009, Metastatic Prostate Cancer—Second line After Docataxel, University of Birmingham, pp. 1-6.

Torisel (temsirolimus) Label (May 2007).

Trudeau, et al., Docetaxel in Patients with Metastatic Breast Cancer: A Phase II Study of the National Cancer Institute of Canada—Clinical Trials Group, J. Clin. Oncol., 422-428 (1996).

Tufts Cost Study as retrieved on Feb. 1, 2017 from http://csdd.tufts.edu/news/complete_story/pr_tufts_csdd_2014_cost_study, pp. 1-3, 2014.

Undevia S.D., et al., "Pharmacokinetic Variability of Anticancer Agents," Nature Reviews Cancer, Jun. 2005, vol. 5 (6), pp. 447-458.

Van Cutsem., et al., A Phase III Study Comparing Larotaxel to 5-FU (Continuous Intravenous 5-FU or Capecitabine) in Patients with Advanced Pancreatic Cancer (APC) Previously Treated with a Gemcitabine Containing Regimen, 21(6S) Annals of Oncol. Oral Presentations, O-0007, Jul. 2010.

Van Hook K., et al., "Orteronel for the Treatment of Prostate Cancer," Future Oncology, 2014, vol. 10 (5), pp. 803-811.

Van Ruitenbeek P., et al., 'Histamine H1-receptor blockade in humans affects psychomotor performance but not memory,' Journal of psychopharmacology, vol. 22 No. 6, pp. 663-672 (2008).

Van Tellingen, O., et al., "Cremophor EL Causes (pseudo-) Non-Linear Pharmacokinetics of Paclitaxel in Patients," British Journal of Cancer, Sep. 1999, vol. 81 (2), pp. 330-335.

Verweij, et al., Paclitaxel (Taxol) and Docetaxel (Taxotere): Not Simply Two of a Kind, Ann. Oncol. 495-505 (1994).

View of NCT00417079 on 2008_08_31-XRP6258 Plus Predisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metasiattc Prostate Cancer, (retrieved on Apr. 6, 2015). Retrieved from the internet: (URL: https://clinicaltrials.gov/archive/NCT00417079/2008_08_31).

Vogel et al., Efficacy and Safety of Trastuzumab as a Single Agent in First-Line Treatment of HER2-Overexpressing Metastatic Breast Cancer, 20(3) J. Clin. Oncol. 719-26 (2002).

Vogelzang N.J., et al., "A Phase II Trial of Suramin Monthly x 3 for Hormone-Refractory Prostate Carcinoma," Cancer, 2003, vol. 100 (1), pp. 65-71.

Von Hoff D.D and Turner J., "Response Rates, Duration of Response, and Dose Response Effects in Phase I Studies of Antine-oplastics,"Investigational New Drugs, Feb. 1991, vol. 9 (1), pp. 115-122.

Vrignaud et al., Preclinical Antitumor Activity of Cabazitaxel, a Semisynthetic Taxane Active in Taxane-Resistant Tumors, 19(11) Clin. Cancer Res. 2973-83 (2013).

Vrignaud et al., Preclinical Profile of Cabazitaxel, Drug Des. Devel. & Ther. 1851-67 (2014).

Wazana, Physicians and the Pharmaceutical Industry: Is a Gift Ever Just a Gift?, JAMA 283 (2000) 373-380.

What is Prostate Cancer?, Jevatana (cabazitaxel) Injection, Retrieved from the internet on Sep. 19, 2016 at http://www.jevtana.com/what-is-prostate-cancer.

What is PROVENGE Immunotherapy?, Retrieved from the internet on Oct. 5, 2016 at http://www.provenge.com/advanced-prostate-cancer-immunotherapy.aspx.

Why ZYTIGA? (abiraterone acetate), Retrieved from the internet on Oct. 6, 2016 at https://www.zytigo.com/about-zytigo/why-zytiga.

Wiechec E., et al., "The Effect of Genetic Variability on Drug Response in Convention Breast Cancer Treatment," European Journal of Pharmacology, 2009, vol. 625 (1-3), pp. 122-130.

Williams R., 'Discontinued drugs in 2007: oncology drugs,' Expert Opinion Investig. Drugs, vol. 17 No. 12, pp. 1791-1816, (2008).

Williams R., et al., "Discontinued Drugs in 2008: Oncology Drugs," Expert Opinion on Investigational Drugs, 2009, vol. 18 (11), pp. 1581-1594.

Wils, P., et al., "Polarized transport of docetaxel and vinblastine mediated by Pglycoprotein in human intestinal epithelial cell monolayers," Biochemical Pharmacology, 48(7):1528-30 (1994).

Winquist E., et al., "Open Clinical Uro-Oncology Trials in Canada," The Canadian Journal of Urology, 2008, vol. 15 (1), pp. 3942-3949.

Wirth, et al., "The Antiandrogen Withdrawal Syndrome," Urol. Res., 1997, 25 (Suppl. 2), pp. S67-S71.

Wirth M.P., "Hormone-refractory Prostate Cancer: What Have We Learned?," BJU International, Jul. 2007, vol. 100 (Suppl 2), pp. 56-59.

World Health Organization WHO Handbook for Reporting Results of Cancer Treatment, Geneva, 1979, pp. 1-46.

Xeloda (capecitabine) Label Feb. 2003.

Xofigo (radium Ra 223 dichloride) Label (May 2013).

Xtandi Clinical Trials & Results, How Xtandi May Help, Retrieved from the internet on Oct. 6, 2016 at https://www.xtandi.com/xtandi-clinical-trials.

Xtandi (enzalutamide) Label (Aug. 2012).

Yervoy (ipilimumab), Prescribing Information (Label), Dec. 2013.

Yoo G.H., et al., "XRP6258-Induced Gene Expression Patterns in Head and Neck Cancer Carcinoma," The Laryngoscope, 2010, vol. 120 (6), pp. 1114-1119.

Zatloukal P., et al., "Randomized Multicenter Phase II Study of Larotaxel (XRP9881) in Combination with Cisplatin or Gemcitabine as First-Line Chemotherapy in Nonirradiable Stage IIIB or Stage IV Non-Small Cell Lung Cancer," Journal of Thoracic Oncology, 2008, vol. 3(8), pp. 894-901.

Zhu, et al., Does "Clock" Matter in Prostate Cancer, Cancer Epidemiol. Biomarkers Prev. 3-5 (2006).

Ziada et al., The Use of Trastuzumab in the Treatment of Hormone Refractory Prostate Cancer; Phase II Trial, 60(4) The Prostate 332-37 (2004).

Zielinski A., et al., "Custirsen (OGX-011): a Second-Generation Antisense Inhibitor of Clusterin in Development for the Treatment of Prostate Cancer," Future Oncology, 2012, vol. 8 (10), pp. 1239-1251.

Zytiga (abiraterone acetate) Label (Apr. 2011).

Sanofi Mature IP's Reply Brief dated May 8, 2020, Appeal from the USPTO, PTAB in IPR2016-00712, United States Court of Appeals for the Federal Circuit Case No. 2020-1302, *Mylan Laboratories Limited* vs. *Sanofi Mature IP*.

Mylan Laboratories Limited's Opening Brief dated Apr. 10, 2020, Appeal from the USPTO, PTAB in IPR2016-00712, United States Court of Appeals for the Federal Circuit Case No. 2020-1302, *Mylan Laboratories Limited* vs. *Sanofi Mature IP*.



**FIG. 1**



**FIG. 2**



| Factor | Patient number | Hazard ratio (95% CI) |
|---|---|---|
| All randomized patients | 755 | 0.70 (0.59–0.83) |
| ECOG status: 0,1 | 694 | 0.68 (0.57–0.82) |
| ECOG status: 2 | 61 | 0.81 (0.48–1.38) |
| Measurable disease: No | 350 | 0.72 (0.55–0.93) |
| Measurable disease: Yes | 405 | 0.68 (0.54–0.85) |
| No. of prior chemotherapies: 1 | 528 | 0.67 (0.55–0.83) |
| No. of prior chemotherapies: ≥2 | 227 | 0.75 (0.55–1.02) |
| Age: <65 years | 295 | 0.81 (0.61–1.08) |
| Age: ≥65 years | 460 | 0.62 (0.50–0.78) |
| Rising PSA at baseline: No | 159 | 0.88 (0.61–1.26) |
| Rising PSA at baseline: Yes | 583 | 0.65 (0.53–0.80) |
| Total docetaxel dose: <225 mg/m$^2$ | 59 | 0.96 (0.49–1.86) |
| Total docetaxel dose: ≥225 to 450 mg/m$^2$ | 206 | 0.60 (0.43–0.84) |
| Total docetaxel dose: ≥450 to 675 mg/m$^2$ | 217 | 0.83 (0.60–1.16) |
| Total docetaxel dose: ≥675 to 900 mg/m$^2$ | 131 | 0.73 (0.48–1.10) |
| Total docetaxel dose: ≥900 mg/m$^2$ | 134 | 0.53 (0.47–0.90) |
| Progression during docetaxel treatment | 219 | 0.68 (0.57–0.82) |
| Progression <3 months after docetaxel | 339 | 0.70 (0.55–0.91) |
| Progression ≥3 months after docetaxel | 192 | 0.75 (0.51–1.11) |

←Favors Cabazitaxel     Favors Mitoxantrone➡

0     0.5     1     1.5     2

Hazard ratio and 95% confidence interval

# FIG. 3



**FIG. 4**

U.S. Patent          Jul. 21, 2020          Sheet 5 of 7          US 10,716,777 B2



FIG. 5



**FIG. 6**



**FIG. 7**

US 10,716,777 B2

1

# ANTITUMORAL USE OF CABAZITAXEL

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 15/627,962, filed Jun. 20, 2017, which is a continuation of U.S. application Ser. No. 14/575,566, filed Dec. 18, 2014, which is a continuation of U.S. application Ser. No. 13/456, 720, filed Apr. 26, 2012, which is a continuation of International Application No. PCT/IB2010/054866, filed Oct. 27, 2010, which claims the benefit of priority of U.S. Provisional Application No. 61/256,160, filed Oct. 29, 2009, U.S. Provisional Application No. 61/293,903, filed Jan. 11, 2010, U.S. Provisional Application No. 61/355,834, filed Jun. 17, 2010, U.S. Provisional Application No. 61/355,888, filed Jun. 17, 2010, U.S. Provisional Application No. 61/369,929, filed Aug. 2, 2010, U.S. Provisional Application No. 61/383, 933, filed Sep. 17, 2010, and U.S. Provisional Application No. 61/389,969, filed Oct. 5, 2010, all of which are incorporated herein by reference.

The present invention relates to a novel antitumoral use of cabazitaxel in the treatment of prostate cancer, which may be metastatic, especially for patients who are not catered for by a taxane-based treatment. In particular, the present invention relates to the use of cabazitaxel in the treatment of patients with castration resistant metastatic prostate cancer, who have been previously treated with a docetaxel based regimen, an unmet medical need.

## BACKGROUND

Prostate cancer affects a large proportion of the male population worldwide: 680 000 cases worldwide in 2002; it is predicted that there will be 900 000 new cases per year up to 2010 (*CA Cancer J. Clin.*, 2005, 55, 74-108). It is the most frequently occurring cancer in men after lung cancer.

Prostate cancer is generally treated at the start by depriving the androgenic hormones, i.e. by surgical excision of the testicles The Current State of Hormonal Therapy for Prostate Cancer CA Cancer J. Clin., May 2002; 52: 154-179, or by radiotherapy treatment External beam radiation therapy for prostate cancer CA Cancer J. Clin., November 2000; 50: 349-375. Treatments with antiandrogens or hormone manipulations are associated with responses of short duration and without any improvement in the survival time.

The use of cytotoxic chemotherapy is not a routine treatment, whereas its role in alleviating the symptoms and reducing the levels of PSA (prostate-specific antigen) is established. No monotherapy has obtained a degree of response of greater than 30%; combinations with an effect on PSA levels were tested. No effect on the survival time was seen and, what is more, the toxicity of these treatments, particularly on elderly patients, is problematic since, in addition to their tumour, they are generally suffering from related health problems and have a limited reserve of bone marrow.

Until recently, the chemotherapies used were limited to cyclophosphamide, anthracyclines (doxorubicin or mitoxantrone) and estramustine, and the effects of these treatments are relatively mediocre. Palliative effects were observed in patients following the administration of corticoids alone or of mitoxantrone with either prednisone or hydrocortisone. Following Phase II trials, the combination of mitoxantrone with corticoids was recognized as the reference treatment for hormone-resistant prostate cancer. More recently, treatments with docetaxel in combination with estramustine or pred-

2

nisone have made it possible to treat cancers that are resistant to hormone deprivation Advances in Prostate Cancer Chemotherapy: A New Era Begins CA Cancer J. Clin., September 2005; 55: 300-318, the survival was improved by 2.4 months.

It is generally accepted that the responses in advanced prostate cancers are difficult to evaluate on account of the heterogeneity of the disease and the lack of consensus regarding the treatment response criteria. Many patients with metastatic prostate cancer have no measurable disease, but have symptoms dominated by bone metastases. Measurement of the PSA level has been found to be a means for evaluating novel candidates and also the measurement of the tumour when this is possible, the measurement of bone tumours, the quality of life and the measurement of the pain.

Furthermore, cancer may become resistant to the agents used, in particular to taxanes, which limits the possible treatment options. Several taxane resistance mechanisms have been described (expression of P-glycoprotein P-gp, mdr-1 gene, modified metabolism of taxane, mutation of the tubulin gene, etc.): see *Drug Resistance Updates* 2001, 4(1), 3-8; J. Clin. Onc. 1999, 17(3), 1061-1070.

The technical problem that the invention intends to solve is that of providing a novel therapeutic option for treating prostate cancer, especially for patients who are not catered for by a taxane-based treatment, such as patients with castration resistant metastatic prostate cancer who have been previously treated with docetaxel (sold under the brand name Taxotere®) based regimen, an unmet medical need.

Four clinical trials on cabazitaxel are known since April 2006. Three monotherapy tests have made it possible to determine the maximum tolerated dose and the toxicities at the limit doses: these tests were performed on breast, sarcoma and prostate tumours. Doses of 10-30 mg/m² every three hours were used. A phase II trial was performed on patients with a breast cancer, who had previously received taxanes and anthracyclines as adjuvant (i.e. after a surgery) or as a first-line treatment. The response levels were 14.6% as adjuvant and 9.5% as second-line treatment.

## SUMMARY

The invention relates to a novel antitumoral pharmaceutical therapeutic use comprising cabazitaxel of formula



The invention also relates to methods of treating patients with prostate cancer comprising administering an effective amount of the antitumoral agent cabazitaxel to said patient.

US 10,716,777 B2

3

This antitumoral agent may be in the form of anhydrous base, a hydrate or a solvate, intended for treating prostate cancer, in particular for treating patients who are not catered for by a taxane-based treatment, such as patients who have been previously treated with a docetaxel-based regimen. This compound is preferably administered to a patient with advanced metastatic disease. In particular, the compound is administered to a patient with castration resistant prostate cancer. Cabazitaxel is preferably administered in combination with a corticoid chosen especially from prednisone and prednisolone. This corticoid is preferably administered at a daily dose of 10 mg orally.

In some aspects of the invention, cabazitaxel is administered in combination with prednisone for its use as a medicament in the treatment of patients with hormone-refractory prostate cancer who have been previously treated with docetaxel based regimen.

In some aspects of the invention, cabazitaxel is administered at a dose (defined for each administration) of between 20 and 25 mg/m². Cabazitaxel may be in the form of an acetone solvate. More particularly, the acetone solvate of cabazitaxel contains between 5% and 8% and preferably between 5% and 7% by weight of acetone.

In some aspects of the invention, cabazitaxel may be administered by intravenous infusion at a dose of between 15 and 25 mg/m², this administration cycle of the antitumour agent being repeated at an interval of 3 weeks between each cabazitaxel administration, which interval may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding cabazitaxel administration.

In some embodiments, the effective amount of cabazitaxel produces at least one therapeutic effect selected from the group consisting of increase in overall survival, partial response, reduction in tumor size, reduction in metastasis, complete remission, partial remission, stable disease, or complete response.

The present invention also relates to a pharmaceutical composition that treats patients with prostate cancer comprising a clinically proven safe and effective amount of cabazitaxel.

Further embodiments of the invention comprise methods or using, treating, promoting, and providing cabazitaxel.

The present invention also relates to packages and articles of manufacture.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 displays the Kaplan-Meier curves of the overall survival in a cabazitaxel study.

FIG. 2 displays the Kaplan-Meier curves of progression-free survival in a cabazitaxel study.

FIG. 3 shows an intention-to-treat analysis of overall survival in subgroups of patients defined by baseline characteristics. Hazard ratios <1 favor the cabazitaxel group, while those >1 favor the mitoxantrone group. CI denotes confidence intervals.

FIG. 4 graphically depicts the proportion of patients with changes in ECOG performance status from baseline during treatment (safety population). The "Improved" column represents PS2 at baseline changed to 0 or 1 during treatment. The "stable" column represents no change, and the "Worse" column represents PS2 at baseline and changed to 3, or 0 or 1 at baseline changed to 2 during treatment.

FIG. 5 graphically depicts the proportion of patients with changes from baseline in the Present Pain Intensity score during treatment (ITT). The "Improved" column represents patients in which the PPI score during treatment was lower

4

versus baseline. The "Stable" column represents no change, and the "Worse" column represents patients with >1 unit increase in PPI score during treatment versus baseline.

FIG. 6 graphically presents the mean area under the curve for PPI and analgesic scores by treatment cycle.

FIG. 7 graphically presents the mean AUC analgesic score.

DETAILED DESCRIPTION

Definitions

Effective amount, as used herein, means an amount of a pharmaceutical compound, such as cabazitaxel, that produces an effect on the cancer to be treated.

Clinically proven, as used herein, means clinical efficacy results that are sufficient to meet FDA approval standards.

Castration resistant prostate cancer, as used herein, is synonymous with hormone-refractory prostate cancer.

"Patient," as used herein, includes both human and animals. In one embodiment, a patient is a human.

Cabazitaxel belongs to the taxoid family and has the formula:



The chemical name of cabazitaxel is 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl   (2R,3S)-3-tert-butoxycarbonyl-amino-2-hydroxy-3-phenylpropionate.   Cabazitaxel is synonymously known as (2α,5β,7β,10β,13α)-4-acetoxy-13-({(2R,3S)-3-[(tertbutoxycarbonyl)amino]-2-hydroxy-3-phenylpropanoyl}oxy)-1-hydroxy-7,10-dimethoxy-9-oxo-5,20-epoxytax-11-en-2-yl benzoate.

This compound and a preparative method thereof is described in WO 96/30355, EP 0 817 779 B1 and U.S. Pat. No. 5,847,170, which are hereby incorporated herein by reference. Cabazitaxel may be administered in base form (cf. above formula), or in the form of a hydrate. It may also be a solvate, i.e. a molecular complex characterized by the incorporation of the crystallization solvent into the crystal of the molecule of the active principle (see in this respect page 1276 of *J. Pharm. Sci.* 1975, 64(8), 1269-1288). In particular, it may be an acetone solvate, and, more particularly, may be the solvate described in WO 2005/028462. It may be an acetone solvate of cabazitaxel containing between 5% and 8% and preferably between 5% and 7% by weight of acetone (% means content of acetone/content of acetone+cabazitaxel×100). An average value of the acetone content is 7%, which approximately represents the acetone stoichiometry,

5

which is 6.5% for a solvate containing one molecule of acetone. The procedure described below allows the preparation of an acetone solvate of cabazitaxel:

940 ml of purified water are added at 20±5° C. (room temperature) to a solution of 207 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β, 10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate at about 92% by weight in about 2 litres of acetone, followed by seeding with a suspension of 2 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate isolated from acetone/water in a mixture of 20 ml of water and 20 ml of acetone. The resulting mixture is stirred for about 10 to 22 hours, and 1.5 litres of purified water are added over 4 to 5 hours. This mixture is stirred for 60 to 90 minutes, and the suspension is then filtered under reduced pressure. The cake is washed on the filter with a solution prepared from 450 ml of acetone and 550 ml of purified water, and then oven-dried at 55° C. under reduced pressure (0.7 kPa) for 4 hours. 197 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate acetone containing 0.1% water and 7.2% acetone (theoretical amount: 6.5% for a stoichiometric solvate) are obtained.

Cabazitaxel may be administered parenterally, such as via intravenous administration. A galenical form of cabazitaxel suitable for administration by intravenous infusion is that in which the cabazitaxel is dissolved in water in the presence of excipients chosen from surfactants, cosolvents, glucose or sodium chloride, etc. For example, a galenical form of cabazitaxel may be prepared by diluting a premix solution of cabazitaxel contained in a sterile vial (80 mg of cabazitaxel+2 ml of solvent+Polysorbate 80) with a sterile vial containing a solution of 6 ml of water and ethanol (13% by weight of 95% ethanol) in order to obtain 8 ml of a solution ready to be rediluted in a perfusion bag. The concentration of cabazitaxel in this ready-to-redilute solution is about 10 mg/ml. The perfusion is then prepared by injecting the appropriate amount of this ready-to-redilute solution into the perfusion bag containing water and glucose (about 5%) or sodium chloride (about 0.9%).

Cabazitaxel may be administered in combination with a corticoid, such as prednisone or prednisolone, as two distinct pharmaceutical preparations.

Accordingly, one aspect of the invention is a method of treating prostate cancer comprising administering to a patient in need thereof an effective amount of cabazitaxel in combination with a corticoid, such as prednisone or prednisolone.

The combination is administered repeatedly according to a protocol that depends on the patient to be treated (age, weight, treatment history, etc.), which can be determined by a skilled physician. In one aspect of the invention, cabazitaxel is administered by perfusion to the patient according to an intermittent program with an interval between each administration of 3 weeks, which may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding administration. The median number of cycles is 6. The prednisone or prednisolone may be administered daily, for example in the form of one dosage intake per day, throughout the duration of the treatment. Examples of doses for the two antitumoral agents are given in the "Example" section. The currently recommended dose is 25 mg/m² of cabazitaxel administered as a on-hour infusion and 10 mg per day of prednisone or prednisolone administered orally.

6

In some aspects of the invention, the patient to be treated has prostate cancer that is resistant to hormone therapy (i.e., hormone refractory) and has previously been treated with docetaxel. In some aspects, the patient has prostate cancer that progressed during or after treatment with docetaxel. In some aspects, the patient was previously treated with at least 225 mg/m² cumulative dose of docetaxel. In a particular aspect, the patient showed progression of their disease in the six months following hormone therapy or during docetaxel treatment or after docetaxel treatment. In another particular aspect, the patient showed progression of their disease in the three months following hormone therapy or after docetaxel treatment.

In some aspects of the invention, the patient to be treated has a measurable tumour and may show progression of the disease via a metastatic lesion of the viscera or of a soft tissue of at least 1 cm determined by MRI or by an axial tomographic scan (CT scan).

In some aspects of the invention, the patient to be treated has an unmeasurable tumour and may show an increase in the PSA level with three measurements at a 1-week interval or the appearance of new lesions.

In some aspects of the invention, the patient to be treated has undergone castration by orchidectomy or with LHRH agonists, elimination of the androgens or monotherapy with estramustine.

In a preferred aspect, the life expectancy of the patient to be treated should be at least 2 months.

In some aspects, the treatment does not include patients who have previously received mitoxantrone, or who have received less than 225 mg/m² of docetaxel, or who have undergone a radiotherapy that has eliminated more than 40% of the marrow, who have received a treatment within the 4 weeks preceding the test, who have a neuropathy or a stomatitis, involving the brain or the meninges, who have shown severe hypersensitivity to polysorbate or to prednisone, whose blood analysis shows an appreciable decrease in neutrophils, haemoglobin or platelets, an increase in bilirubin and/or liver enzymes and creatinine, or who have heart problems or an infection requiring antibiotics.

An aspect of the invention comprises increasing the survival of a patient with hormone refractory metastatic prostate cancer, comprising administering a clinically proven effective amount of cabazitaxel to the patient in combination with prednisone or prednisolone. In a particular aspect, the patient has previously been treated with a docetaxel-containing regimen.

Cabazitaxel may be administered in combination with a medication to prevent or control nausea and vomiting or to prevent or control hypersensitivity to the cabazitaxel treatment. Preferably, a patient is pre-medicated with the medication, for example, at least 30 minutes prior to administering each dose of cabazitaxel.

One aspect of the invention comprises a method of reducing the risk of a severe hypersensitivity reaction in a patient with prostate cancer being treated with cabazitaxel, comprising administering to the patient a medication to prevent hypersensitivity prior to the administration of cabazitaxel.

Severe hypersensitivity reactions to cabazitaxel can occur and may include generalized rash/erythema, hypotension and bronchospasm. Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of cabazitaxel, thus facilities and equipment for the treatment of hypotension and bronchospasm should be available.

US 10,716,777 B2

7

If severe hypersensitivity reaction occurs, cabazitaxel infusion should be immediately discontinued and appropriate therapy should be administered. Examples of medications which may be used to prevent hypersensitivity to the cabazitaxel treatment include antihistamines, such as dexchlorpheniramine (for example 5 mg), and diphenhydramine (for example 25 mg) or equivalent antihistamines; and corticosteroids, such as dexamethasone (for example 8 mg) or an equivalent steroid.

Nevertheless, cabazitaxel should not be given to and may be contraindicated in patients who have a history of severe hypersensitivity reactions to cabazitaxel. Depending on the formulation administered, cabazitaxel may also be contraindicated in patients who have a history of hypersensitivity reactions to other drugs formulated with polysorbate 80.

One aspect of the invention comprises an article of manufacture comprising:

a) a packaging material;
b) cabazitaxel, and
c) a label or package insert contained within the packaging material indicating that severe hypersensitivity reactions can occur.

Gastrointestinal symptoms, such as, for example nausea, vomiting, and diarrhea, may occur with the treatment of cabazitaxel. Mortality related to diarrhea and electrolyte imbalance has been reported. Therefore, patients may also be rehydrated and treated with anti-diarrheal or anti-emetic medications as needed. Treatment delay or dosage reduction may be necessary if patients experience Grade 3 diarrhea.

Accordingly, the methods of the invention include administering a medication to prevent hypersensitivity or a medication to prevent or control nausea and vomiting in combination with cabazitaxel.

Examples of medications which may be used to prevent or control nausea and vomiting include histamine $H_2$ antagonists and antiemetics, such as ondansetron, granisetron and dolesetron.

A possible side effect of the treatment with cabazitaxel is neutropenia, which is characterized by a reduced number of neutrophils. Unfortunately, a number of neutropenia deaths have been reported. Therefore, frequent blood counts should be obtained or performed to monitor for neutropenia. If neutropenia occurs, cabazitaxel treatment may be discontinued, and restarted when neutrophil counts recover to a level of >1,500/mm$^3$. Cabazitaxel should not be given to a patient with a neutrophil count ≤1,500 cells/mm$^3$.

The present invention therefore also relates to a method of treating prostate cancer with cabazitaxel comprising administering cabazitaxel to the patient, monitoring blood counts in the patient, and measuring neutrophil levels. In one aspect, the method further comprises discontinuing cabazitaxel treatment if neutropenia occurs, and optionally restarting cabazitaxel treatment when neutrophil counts recover to a level of >1,500/mm$^3$. In one aspect, the monitoring comprises taking a blood sample from the patient.

Determining neutrophil counts can be performed according to procedures well know to those skilled in the art.

One aspect of the invention is a method of reducing the risk of neutropenia complications comprising administering cabazitaxel in combination with an agent useful for treating neutropenia. Such a neutropenia treatment agent is, for example, a hematopoietic growth factor which regulates the production and function of neutrophils such as a human granulocyte colony stimulating factor, (G-CSF). In a particular aspect of the invention, the neutropenia is complicated neutropenia. Complicated neutropenia includes febrile neutropenia, prolonged neutropenia, or neutropenic infec-

8

tion. In a preferred embodiment, the neutropenia treatment agent is administered prior to the administration of cabazitaxel.

A particular aspect of the invention comprises a method of reducing the risk of neutropenia complications in a patient with prostate cancer being treated with cabazitaxel, comprising monitoring blood counts in the patient at regular intervals during treatment of the patient with cabazitaxel; reducing the dose of cabazitaxel if the patient experiences febrile neutropenia or prolonged neutropenia; discontinuing cabazitaxel treatment if the patient's neutrophil count is ≤1,500 cells/mm$^3$; and optionally restarting cabazitaxel treatment when the patient's neutrophil counts recover to a level ≥1,500 cells/mm$^3$.

In a particular aspect, primary prophylaxis with G-CSF should be considered in patients with high-risk clinical features (age >65 years, poor performance status, previous episodes of febrile neutropenia, extensive prior radiation ports, poor nutritional status, or other serious co-morbidities) that predispose them to increased complications from prolonged neutropenia. Therapeutic use of G-CSF and secondary prophylaxis should be considered in all patients considered to be at increased risk for neutropenia complications.

In another aspect, the monitoring of complete blood counts is performed on a weekly basis during cycle 1 and before each treatment cycle thereafter so that the dose can be adjusted, if needed. Therefore, another aspect for reducing the risk of neutropenia complications comprises monitoring blood counts in the patient and adjusting the dose of cabazitaxel. An example of a dose modification is described in Example 2.

One aspect of the invention comprises an article of manufacture comprising:

a) a packaging material;
b) cabazitaxel, and
c) a label or package insert contained within the packaging material indicating that cabazitaxel should not be given to patients with neutrophil counts of 1,500 cells/ mm$^3$.

Cases of renal failure should be indentified and managed aggressively, accordingly to procedures known to those skilled in the art. Renal failure may be associated with sepsis, dehydration, or obstructive uropathy. Furthermore, impaired hepatic function (e.g., total bilirubin≥ULN, or AST and/or ALT≥1.5×ULN) may increase cabazitaxel concentrations, and cabazitaxel should not be given to patients with hepatic impairment.

Cabazitaxel may cause fetal harm when administered to a pregnant woman.

Prednisone or prednisolone administered at 10 mg daily does not affect the pharmacokinetics of cabazitaxel.

Cabazitaxel is primarily metabolized through CYP3A. Concomitant administration of strong CYP3A inhibitors (for example, ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin, voriconazole) may increase cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inhibitors should be avoided. Caution should be exercised with concomitant use of moderate CYP3A inhibitors. One aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inhibitor, discontinuing treatment with a CYP3A inhibitor, and then administering cabazitaxel to the patient.

Concomitant administration of strong CYP3A inducer (e.g., phenytoin, carbamazepine, rifampin, rifabutin, rifa-

US 10,716,777 B2

9

pentin, phenobarbital) may decrease cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inducers should be avoided. Therefore, one aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inducer, discontinuing treatment with a CYP3A inducer, and administering cabazitaxel to the patient.

In addition, patients should also refrain from taking St. John's Wort.

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an AUC of about 991 ng·h/mL (CV 34%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an $C_{max}$ of about 226 ng·h/mL (CV 107%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide a plasma clearance of 48.5 L/h (CV 39%).

One aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean $C_{max}$ of cabazitaxel in patients with metastatic prostate cancer was 226 ng/mL (CV 107%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean AUC of cabazitaxel in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%).

A variety of educational materials may be employed to ensure proper prescribing, dispensing, and patient compliance according to the methods described herein. For example, a variety of literature and other materials, such as, for example, prescribing information, package inserts, medications guides, physician information sheets, healthcare professional information sheets, medical journal advertisements, and product websites may describe the risks and benefits of taking cabazitaxel.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) the efficacy and safety of cabazitaxel in combination with prednisone were evaluated in patients with hormone refractory metastatic prostate cancer previously treated with a docetaxel containing regimen; or

b) a total of 755 patients were randomized to receive either cabazitaxel 25 mg/m³ every 3 weeks for a maximum of 10 cycles with prednisone mg orally daily, or to receive mitoxantrone 12 mg/m² intravenously every 3 weeks for a maximum of 10 cycles with prednisone 10 mg orally daily; or

c) the median number of cycles was 6 in the cabazitaxel group and 4 in the mitoxantrone group.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

10

c) cabazitaxel should not be given if neutrophil counts are 1,500 cells/mm³.

The invention also concerns a method of promoting the use of cabazitaxel the method comprising the step of conveying to a recipient at least one message selected from:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are 1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

The invention also concerns a method of providing cabazitaxel, wherein said cabazitaxel is provided along with information indicating that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are 1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

Example 1

A clinical study was performed wherein patients received either treatment with cabazitaxel or the reference treatment based on mitoxantrone each combined with prednisone or prednisolone.

More specifically, patients over 18 years of age with metastatic castration resistant metastatic prostate cancer either measurable by RECIST criteria or non-measurable disease with rising PSA levels or appearance of new lesions, ECOG (Eastern Cooperative Oncology Group) performance stage 0-2, and adequate organ function (patients had to have neutrophils >1,500 cells/mm³, platelets >100,000 cells/mm³, hemoglobin >10 g/dL, creatinine <1.5× upper limit of normal (ULN), total bilirubin <1×ULN, AST<1.5×ULN, and ALT<1.5×ULN) who had had prior hormone therapy, chemotherapy, and radiotherapy, but had progressive during or after docetaxel treatment (cumulative dose 225 mg/m²) were randomized to 10 mg/day of prednisone with either mitoxantrone 12 mg/m² or cabazitaxel 25 mg/m², both administered every 3 weeks.

Patients with a history of congestive heart failure, or myocardial infarction within the last 6 months, or patients with uncontrolled cardiac arrhythmias, angina pectoris, and/or hypertension were not included in the study.

US 10,716,777 B2

| 11 | 12 |

720 patients were planned to be included in the clinical study: 360 in each cabazitaxel+prednisone and mitoxantrone+prednisone group. Seven hundred and fifty-five patients (755) (median age 68; 84% white) were actually enrolled, 378 in the cabazitaxel and prednisone/prednisolone group and 377 in the mitoxantrone and prednisone/prednisolone group. The maximal number of treatment cycles was 10 for cabazitaxel and 10 for mitoxantrone. The median number of treatment cycles was 6 for cabazitaxel and 4 for mitoxantrone. The median prior dose of docetaxel treatment was 576 mg/m$^2$ for the cabazitaxel group and 529 mg/m$^2$ for the mitoxantrone group. Median follow-up was 12.8 months.

The measurements of the results are performed via the same tests as at inclusion. MRI and spiral computed tomographic (CT) scans are preferably used.

The results are evaluated according to the following criteria (cf RECIST guideline):

overall survival (OS): the time from inclusion to the study to the date of death complete response (CR): disappearance of the lesions

partial response (PR): at least 30% reduction of the largest diameter of the lesion progression (PD): at least 20% increase in the sum of the largest diameter of the lesion or appearance of one or more new lesions

stable disease (SD): reduction of the tumour insufficient to be included in PR and increase of the tumour insufficient to be included in PD.

The confirmations of the measurements are made at least 4 weeks after the response criterion has been established for the first time.

The progression-free survival (PFS) is the time from inclusion in the study and the date of progression or death when the progression is either an increase of the PSA, or of the tumour, or of the pain.

It was found that the combination of cabazitaxel and prednisone is a well-tolerated combination with the safety profile of taxanes. At the dose investigated in this trial (LD2: 25 mg/m$^2$ cabazitaxel+10 mg/m$^2$/day prednisone), patients receiving cabazitaxel demonstrated statistically significant longer overall survival (OS) compared to mitoxantrone (p<0.0001). The hazard ratio was 0.70 (95% Cl. 0.59, 0.83) in favor of cabazitaxel corresponding to a 30% reduction in risk of death. The median survival for patients in the cabazitaxel group was 15.1 months in comparison to 12.7 months in the mitoxantrone group. Notably, the extension of survival was observed irrespective of ECOG performance status, number of prior chemotherapy regimens and age. Benefit was also seen in the third of patients who were docetaxel-refractory and had progressed during docetaxel therapy.

The data related to the treated patients are given in Table 1:

TABLE 1

| Efficacy analysis (intention-to-treat) | | | |
| --- | --- | --- | --- |
| | | CbzP N = 378 Median (months) | MP N = 377 Median (months) |
| Overall survival | Median (months) | 15.1 | 12.7 |
| | Hazard ratio (95% CI) | 0.70 (0.59; 0.83) | |
| | p-value[1] | 0.0001 | |
| PFS | Median (months) | 2.8 | 1.4 |
| | Hazard ratio (95% CI) | 0.74 (0.64-0.86) | |
| | p-value[1] | 0.0001 | |
| Tumor response rate | | 14.4% | 4.4% |
| p-value[2] | | 0.0005 | |
| Time to Tumor Progression Median (months) | | 8.8 | 5.4 |
| | p-value | <0,001 | |
| PSA Response rate | | 39.2% | 17.8% |
| p-value[2] | | 0.0002 | |
| PSA PFS | Median (months) | 6.4 | 3.1 |
| | Hazard ratio (95% CI) | 0.75 (0.63-0.90) | |
| | p-value[1] | 0.0010 | |
| Pain Response rate | | 9.2% | 7.8% |
| p-value[2] | | 0.6526 | |
| Pain PFS | Median (months) | Not reached | 11.1 |
| | Hazard ratio (95% CI) | 0.91 (0.69-1.19) | |
| | p-value[1] | 0.5192 | |

[1]Log-rank test,
[2]Chi-square test
CbzP: cabazitaxel with prednisone
MP: mitoxantrone with prednisone

Progression free survival (PFS) defined as the earliest progression in tumor, PSA or pain was also statistically significantly longer in the cabazitaxel group compared to the mitoxantrone group (p<0.0001, hazard ratio=0.74 (95% Cl, 0.64, 0.86), and the median progression-free survival was 2.8 months versus 1.4 months. Response rates and PFS for PSA and tumor assessments were statistically significant in favor of cabazitaxel, while response rate and PFS for pain did not show a statistically significant difference.

The most frequent Grade 3/4 toxicities were neutropenia observed with a higher frequency in the cabazitaxel group with 81.7% compared to the mitoxantrone group with 58.0%. Rates of febrile neutropenia were 7.5% in the cabazitaxel group and 1.3% in the mitoxantrone group.

The most common 20%) grade 1-4 adverse reactions were anemia, leukopenia, neutropenia, thrombocytopenia, diarrhea, fatigue, nausea, vomiting, asthenia, and constipation.

The most common 5%) grade 3-4 adverse reactions in patients who received cabazitaxel were neutropenia, leukopenia, anemia, febrile neutropenia, diarrhea, fatigue, and asthenia.

Subgroup analyses by risk factors and a multivariate analysis showed that OS outcomes were consistent and robust in favor of cabazitaxel as shown in the herebelow table:

TABLE 2

| | MP | | CbzP | | |
| --- | --- | --- | --- | --- | --- |
| | N (%) | Median OS (mos) | N (%) | Median OS (mos) | CbzP vs MP HR (95% CI) |
| ITT | 377 (100) | 12.7 | 378 (100) | 15.1 | 0.70 (0.59-0.83) |
| PD while on D | 103 (27) | 12.0 | 113 (30) | 14.2 | 0.65 (0.47-0.90) |
| PD after last D dose, ≤3 mos | 180 (48) | 10.3 | 158 (42) | 13.9 | 0.70 (0.54-0.90) |
| PD after last D dose, >3 mos | 91 (24) | 17.7 | 103 (27) | 17.5 | 0.78 (0.53-1.14) |

mos = months
D = Docetaxel

US 10,716,777 B2

13

14

TABLE 3

Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities
in ≥5% of Patients Receiving cabazitaxel in Combination with
Prednisone or Mitoxantrone in Combination with Prednisone

| | Cabazitaxel 25 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | |
|---|---|---|---|---|
| | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Any Adverse Reaction | | | | |
| Blood and Lymphatic System Disorders | | | | |
| Neutropenia[2] | 347 (94%) | 303 (82%) | 325 (87%) | 215 (58%) |
| Febrile Neutropenia | 27 (7%) | 27 (7%) | 5 (1%) | 5 (1%) |
| Anemia[2] | 361 (98%) | 39 (11%) | 302 (82%) | 18 (5%) |
| Leukopenia[2] | 355 (96%) | 253 (69%) | 343 (93%) | 157 (42%) |
| Thrombocytopenia[2] | 176 (48%) | 15 (4%) | 160 (43%) | 6 (2%) |
| Cardiac Disorders | | | | |
| Arrhythmia[3] | 18 (5%) | 4 (1%) | 6 (2%) | 1 (<1%) |
| Gastrointestinal Disorders | | | | |
| Diarrhea | 173 (47%) | 23 (6%) | 39 (11%) | 1 (<1%) |
| Nausea | 127 (34%) | 7 (2%) | 85 (23%) | 1 (<1%) |
| Vomiting | 83 (22%) | 6 (2%) | 38 (10%) | 0 |
| Constipation | 76 (20%) | 4 (1%) | 57 (15%) | 2 (<1%) |
| Abdominal Pain[4] | 64 (17%) | 7 (2%) | 23 (6%) | 0 |
| Dyspepsia[5] | 36 (10%) | 0 | 9 (2%) | 0 |
| General Disorders and Administration Site Conditions | | | | |
| Fatigue | 136 (37%) | 18 (5%) | 102 (27%) | 11 (3%) |
| Asthenia | 76 (20%) | 17 (5%) | 46 (12%) | 9 (2%) |
| Pyrexia | 45 (12%) | 4 (1%) | 23 (6%) | 1 (<1%) |
| Peripheral Edema | 34 (9%) | 2 (<1%) | 34 (9%) | 2 (<1%) |
| Mucosal Inflammation | 22 (6%) | 1 (<1%) | 10 (3%) | 1 (<1%) |
| Pain | 20 (5%) | 4 (1%) | 18 (5%) | 7 (2%) |
| Infections and Infestations | | | | |
| Urinary Tract Infection[6] | 29 (8%) | 6 (2%) | 12 (3%) | 4 (1%) |
| Pneumonia[7] | 12 (3%) | 9 (2%) | 4 (1%) | 3 (<1%) |
| Investigations | | | | |
| Weight Decreased | 32 (9%) | 0 | 28 (8%) | 1 (<1%) |
| Metabolism and Nutrition Disorders | | | | |
| Anorexia | 59 (16%) | 3 (<1%) | 39 (11%) | 3 (<1%) |
| Dehydration | 18 (5%) | 8 (2%) | 10 (3%) | 3 (<1%) |
| Musculoskeletal and Connective Tissue Disorders | | | | |
| Back Pain | 60 (16%) | 14 (4%) | 45 (12%) | 11 (3%) |
| Arthralgia | 39 (11%) | 4 (1%) | 31 (8%) | 4 (1%) |
| Pain in Extremity | 30 (8%) | 6 (2%) | 27 (7%) | 4 (1%) |
| Muscle Spasms | 27 (7%) | 0 | 10 (3%) | 0 |
| Bone Pain | 19 (5%) | 3 (<1%) | 19 (5%) | 9 (2%) |
| Musculoskeletal Pain | 18 (5%) | 2 (<1%) | 20 (5%) | 3 (<1%) |
| Nervous System Disorders | | | | |
| Peripheral Neuropathy[8] | 50 (13%) | 3 (<1%) | 12 (3.2%) | 3 (<1%) |
| Dysgeusia | 41 (11%) | 0 | 15 (4%) | 0 |
| Dizziness | 30 (8%) | 0 | 21 (6%) | 2 (<1%) |
| Headache | 28 (8%) | 0 | 19 (5%) | 0 |
| Renal and Urinary Tract Disorders | | | | |
| Hematuria | 62 (17%) | 7 (2%) | 13 (4%) | 1 (<1%) |
| Dysuria | 25 (7%) | 0 | 5 (1%) | 0 |
| Respiratory, Thoracic and Mediastinal Disorders | | | | |
| Dyspnea | 43 (12%) | 4 (1%) | 16 (4%) | 2 (<1%) |
| Cough | 40 (11%) | 0 | 22 (6%) | 0 |
| Skin and Subcutaneous Tissue Disorders | | | | |
| Alopecia | 37 (10%) | 0 | 18 (5%) | 0 |

TABLE 3-continued

| Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities in ≥5% of Patients Receiving cabazitaxel in Combination with Prednisone or Mitoxantrone in Combination with Prednisone | | | | |
| --- | --- | --- | --- | --- |
| | Cabazitaxel 25 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n = 371 | |
| | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Vascular Disorders | | | | |
| Hypotension | 20 (5%) | 2 (<1%) | 9 (2%) | 1 (<1%) |
| Median Duration of Treatment | 6 cycles | | 4 cycles | |

[1]Graded using NCI CTCAE version 3
[2]Based on laboratory values, cabazitaxel: n = 369, mitoxantrone: n = 370.
[3]Includes atrial fibrillation, atrial flutter, atrial tachycardia, atrioventricular block complete, bradycardia, palpitations, supraventricular tachycardia, tachyarrhythmia, and tachycardia.
[4]Includes abdominal discomfort, abdominal pain lower, abdominal pain upper, abdominal tenderness, and GI pain.
[5]Includes gastroesophageal reflux disease and reflux gastritis.
[6]Includes urinary tract infection enterococcal and urinary tract infection fungal.
[7]Includes bronchopneumonia, lobar pneumonia, and *pneumonia klebsiella*.
[8]Includes peripheral motor neuropathy and peripheral sensory neuropathy.

TABLE 4

| Patient Characteristics | | |
| --- | --- | --- |
| | MP (n = 377) | CBZP (n = 378) |
| Age (years) | | |
| Median [range] | 67 [47-89] | 68 [46-92] |
| ≥65 (%) | 57.0 | 64.9 |
| ECOG PS (%) | | |
| 0, 1 | 91.2 | 92.6 |
| 2 | 8.8 | 7.4 |
| PSA* (ng/mL) | | |
| Median [range] | 127.5 [2-11220] | 143.9 [2-7842] |
| Measurability of disease (%) | | |
| Measurable | 54.1 | 53.2 |
| Non-measurable | 45.9 | 46.8 |
| Disease site (%) | | |
| Bone | 87.0 | 80.2 |
| Lymph node | 44.8 | 45.0 |
| Visceral | 24.9 | 24.9 |
| Pain at Baseline, no. (%) | 168 (44.6) | 174 (46.0) |
| Previous Therapy, no. (%) | | |
| Hormonal | 375 (99.5) | 375 (99.2) |
| No. of Chemotherapy Regimens | | |
| 1 | 268 (71.1) | 260 (68.8) |
| 2 | 79 (21.0) | 94 (24.9) |
| >2 | 30 (8.0) | 24 (6.3) |
| Radiation | 222 (58.9) | 232 (61.4) |
| Surgery | 205 (54.4) | 198 (52.4) |
| Biologic Agent | 36 (9.5) | 26 (6.9) |
| Previous docetaxel regimens, n (%) | | |
| 1 | 327 (86.7) | 316 (83.6) |
| 2 | 43 (11.4) | 53 (14.0) |
| >2 | 7 (1.9) | 9 (2.4) |
| Median total previous docetaxel dose (mg/m$^2$) | 529.2 | 576.6 |

TABLE 4-continued

| Patient Characteristics | | |
| --- | --- | --- |
| | MP (n = 377) | CBZP (n = 378) |
| Disease progression relative to docetaxel administration, n (%) | | |
| During treatment | 104 (27.6) | 115 (30.4) |
| <3 months from last dose | 181 (48.0) | 158 (41.8) |
| ≥3 months from last dose | 90 (23.9) | 102 (27.0) |
| Unknown | 2 (0.5) | 3 (0.8) |
| Median time from last docetaxel dose to disease progression (months) | 0.7 | 0.8 |

The primary reason for treatment discontinuation in both groups was disease progression (Table 5). The median delivered relative dose intensity was 96.1% in the cabazitaxel group and 97.3% in the mitoxantrone group. In the cabazitaxel group, >75% of patients received >90% of the planned dose intensity. Overall, 5.1% of mitoxantrone treatment courses were dose reduced compared with 9.8% of cabazitaxel treatment courses; 6.3 and 7% of all treatment courses were delayed by 9 days or less, and 1.6 and 2.3% of courses were delayed by more than 9 days for mitoxantrone and cabazitaxel respectively (See Table 5).

TABLE 5

| Treatment Received and Reasons for Discontinuation in the Intention-to-Treat Population.* | | |
| --- | --- | --- |
| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
| Patients receiving study treatment, no. (%) | 371 (98.4) | 371 (98.1) |
| Patients completing planned ten cycles of study treatment, no. (%) | 46 (12.2) | 105 (27.8) |
| Discontinuation of study treatment, no. (%) | 325 (86.2) | 266 (70.4) |

US 10,716,777 B2

17

TABLE 5-continued

Treatment Received and Reasons for Discontinuation
in the Intention-to-Treat Population.*

|  | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
|---|---|---|
| Reasons for discontinuation of study treatment, no. (%) |  |  |
| Disease progression | 267 (70.8) | 180 (47.6) |
| Adverse event | 32 (8.5) | 67 (17.7) |
| Non-compliance with protocol | 0 | 1 (0.3) |
| Lost to follow-up | 2 (0.5) | 0 |
| Patient's request | 17 (4.5) | 8 (2.1) |
| Other | 7 (1.9) | 10 (2.7) |
| No. of treatment cycles, median (range)[†] | 4 (1-10) | 6 (1-10) |
| Relative dose intensity, median % (range)[†] | 97.3 (42.5-106.0) | 96.1 (49.0-108.2) |
| Treatment delays, no. of cycles (%) [‡] |  |  |
| ≤9 days | 110 (6.3) | 157 (7.0) |
| >9 days | 28 (1.6) | 51 (2.3) |
| Dose reductions, no. of cycles (%) [‡] | 88 (5.1) | 221 (9.8) |

The results of this study are further illustrated to FIGS. 1, 2, and 3.

## Example 2

Table 6 illustrates an example of a dosage modification for adverse reactions in patients treated with cabazitaxel

TABLE 6

| Toxicity | Dosage Modification |
|---|---|
| Prolonged grade ≥3 neutropenia (greater than 1 week) despite appropriate medication including G-CSF | Delay treatment until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m² Use G-CSF for secondary prophylaxis. |
| Febrile neutropenia | Delay treatment until improvement or resolution, and until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m². Use G-CSF for secondary prophylaxis. |
| Grade ≥3 diarrhea or persisting diarrhea despite appropriate medication, fluid and electrolytes replacement | Delay treatment until improvement or resolution, then reduce dosage of cabazitaxel to 20 mg/m². |

Discontinue cabazitaxel treatment if a patient continues to experience any of these reactions at 20 mg/m².

## Example 3

Performance Status and Pain Scores During Treatment
Methods
ECOG PS, pain measures, and analgesic consumption were assessed prior to every treatment cycle and at the end of study treatment.
Pain assessments: Present Pain Intensity (PPI) scale from the McGill-Melzack questionnaire (Melzack R. Pain 1975; 1:277-99). Mean Analgesic Score (AS) derived from analgesic consumption (in morphine equivalents) was calculated for the one-week period prior to each evaluation. Area under the curve (AUC) of PPI and AS was calculated by the trapezoid formula. Cumulative AUC of PPI and AS was calculated up to the last cycle

18

of data available for each patient. Average AUC of the treatment groups was compared from Cycle 1 to Cycle 10.
Results
Performance status remained stable in most patients during the treatment period and was similar between groups. See FIG. 4.
Overall, PPI scores were comparable; improving from baseline in 21.3% of men in the CbzP group and 18.2% in the MP group. See FIG. 5.
The CbzP group had a lower mean area under the curve (AUC) of PPI, suggesting less severe pain especially during cycles 7-10. See FIG. 6.
Analgesic use was comparable between the groups (lower mean AUC of AS means lower pain medication use). See FIG. 7.

## CONCLUSION

Despite longer treatment with CbzP no worsening in ECOG PS was seen.
Present Pain Intensity score improved in 21% of men in CbzP vs. 18% in MP arm. Assessment of pain scores suggested less severe pain in the CbzP group during treatment.
Pain medication use was similar between groups.

## Example 4

A population pharmacokinetic analysis was conducted in 170 patients with solid tumors at doses ranging from 10 to 30 mg/m² weekly or every 3 weeks.
Based on the population pharmacokinetic analysis, after an intravenous dose of cabazitaxel 25 mg/m² every 3 weeks, the mean $C_{max}$ in patients with metastatic prostate cancer was 226 ng/mL (CV 107%) and was reached at the end of the 1-hour infusion ($T_{max}$). The mean AUC in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%). No major deviation from the dose proportionality was observed from 10 to 30 mg/m² in patients with advanced solid tumors. The volume of distribution (Vss) was 4,864 L (2,643 L/m² for a patient with a median BSA of 1.84 m²) at steady state.
Based on the population pharmacokinetic analysis, cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%; 26.4 L/h/m² for a patient with a median BSA of 1.84 m²) in patients with metastatic prostate cancer. Following a 1-hour intravenous infusion, plasma concentrations of cabazitaxel can be described by a 3-compartment PK model with α-, β-, and γ-half-lives of 4 minutes, 2 hours, and 95 hours, respectively.

What is claimed is:
1. A method of increasing survival comprising administering to a patient in need thereof a dose of 20 to 25 mg/m² of cabazitaxel, or a hydrate or solvate thereof, in combination with an $H_2$ antagonist, wherein the $H_2$ antagonist is administered to the patient prior to administering the dose of cabazitaxel, and wherein said patient has castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel.
2. The method of claim 1, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m².
3. The method of claim 1, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m².

US 10,716,777 B2

19        20

**4**. The method of claim **1**, where the $H_2$ antagonist is administered at least 30 minutes prior to administering the dose of cabazitaxel.

**5**. The method of claim **4**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m².

**6**. The method of claim **4**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m².

\* \* \* \* \*

# Exhibit C

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/627,962 | 06/20/2017 | Sunil GUPTA | FR2009/121 US CNT3 | 5732 |

5487          7590          03/15/2018

ANDREA Q. RYAN
SANOFI
55 Corporate Drive
MAIL CODE: 55A-525
BRIDGEWATER, NEW JERSEY 08807
UNITED STATES OF AMERICA

| EXAMINER |
|---|
| ANDERSON, JAMES D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1629 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/15/2018 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

GlobalPatent.eFlow@Sanofi.com
andrea.ryan@sanofi.com
eFlow@frasappmoss112.pharma.aventis.com

PTOL-90A (Rev. 04/07)

| *Applicant-Initiated Interview Summary* | **Application No.**<br>15/627,962 | **Applicant(s)**<br>GUPTA, Sunil | |
|---|---|---|---|
| | **Examiner**<br>JAMES D ANDERSON | **Art Unit**<br>1629 | **AIA Status**<br>No |

All participants (applicant, applicants representative, PTO personnel):

(1) <u>JAMES D. ANDERSON</u>.　　　　　　(3) <u>DANIEL MINION</u>.

(2) <u>KELLY BENDER</u>.　　　　　　　　(4) <u>＿＿＿</u>.

Date of Interview: <u>12 March 2018</u>.

Type:　☐ Telephonic　☐ Video Conference
　　　　☑ Personal [copy given to:　☐ applicant　☐ applicant's representative]

Exhibit shown or demonstration conducted:　☐ Yes　☑ No.
　　If Yes, brief description: <u>＿＿＿</u>.

Issues Discussed　☐101　☐112　☐102　☐103　☑Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: <u>34-49</u>.

Identification of prior art discussed: <u>NONE</u>.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

<u>See Continuation Sheet</u>.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| | /James D. Anderson/<br>Primary Examiner, Art Unit 1629 |
|---|---|

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

---

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiners responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicants correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
- Application Number (Series Code and Serial Number)
- Name of applicant
- Name of examiner
- Date of interview
- Type of interview (telephonic, video-conference, or personal)
- Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
- An indication whether or not an exhibit was shown or a demonstration conducted
- An identification of the specific prior art discussed
-    An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
- The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.
A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,-
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4)   an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
    (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7)   if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicants record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiners version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, Interview Record OK on the paper recording the substance of the interview along with the date and the examiners initials.

Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: The Examiner granted this interview prior to examination because this application is a CON of an application that was previously allowed and is presently undergoing litigation. The Examiner agreed with Applicants that it would be helpful to discuss the issues being litigated in the parent case in relation to the present claims. In this regard, discussion focused on the differences between the present claims and those of the parent case, most specifically Claim 44. It is Applicants' intent to amend at least Claim 44 prior to examination to recite limitations pertaining to increasing overall survival of the patient. Whether such a limitation is recited in the preamble or elsewhere in the claim has not been decided.

Applicants also discussed the "intent" of the treatment, e.g., if the claim recited that the cabazitaxel is administered with the intent of increasing overall survival, one skilled in the art could not have that intent without having an expectation of success and one skilled in the art could not have an expectation of success without data from a clinical trial, e.g., the TROPIC Trial, that cabazitaxel increases overall survival.

The Examiner indicated that the issues in the present case will likely mirror those in the parent case, particularly with regard to claim construction, i.e., whether a recitation of increasing overall survival of a patient is construed as a claim limitation.

No agreement was reached at this time. The Examiner indicated that he will, in the first Office Action, provide a detailed discussion of his claim construction/interpretation so any disagreements on claim interpretation can be addressed during prosecution.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re Application of **GUPTA** | | Examiner: | **James D. Anderson** |
| | | Art Unit: | **1629** |
| Application No.: | **15/627,962** | | |
| Filed: | **June 20, 2017** | Conf. No. | **5732** |
| Title: | **NOVEL ANTITUMORAL USE OF CABAZITAXEL** | | |

Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

### SUPPLEMENTAL PRELIMINARY AMENDMENT

Before examining the above-indicated application on the merits, kindly enter the following amendments.

Amendments to the claims start on page 2.

Remarks to amendments begin on page 4.

Sanofi Ref. FR2009/121 US CNT3                                    US Application No. 15/627,962

**Claim amendments:**

1. - 33.  (Cancelled)

34.  (Previously presented)  A method of treatment comprising administering (i) an antihistamine, (ii) a corticoid, (iii) an $H_2$ antagonist, and (iv) and an effective amount of cabazitaxel, or a hydrate or solvate thereof, to a patient with castration resistant, metastatic prostate cancer that has progressed during or after treatment with docetaxel, wherein said antihistamine, said corticoid, and said $H_2$ antagonist are administered prior to said effective amount of cabazitaxel, or hydrate or solvate thereof, and wherein said cabazitaxel, or a hydrate or solvate thereof, is administered intravenously at a dose of 15 $mg/m^2$.

35. (Previously presented)  The method according to claim 34, wherein the cabazitaxel is administered in combination with prednisone at a dose of 10 mg/day.

36.  (Previously presented)  The method according to claim 35, further comprising repeating the administration of said antihistamine, said corticoid, said $H_2$ antagonist, and said effective amount of cabazitaxel, or hydrate or solvate thereof, intravenously as a new cycle every three weeks.

37.  (Currently amended)  A method of reducing the risk of a severe hypersensitivity reaction in a patient with prostate cancer beginning treatment with cabazitaxel as a new cycle every three weeks comprising administering to said patient (i) an antihistamine, (ii) a corticoid, and (iii) an $H_2$ antagonist prior to the administration of said cabazitaxel, wherein the antihistamine is dexchlorpheniramine administered at a dose of 5 mg and the corticoid is dexamethasone administered at a dose of 8 mg.

38.  (Previously presented)  The method according to claim 37, wherein the antihistamine, corticoid, and $H_2$ antagonist are administered 30 minutes prior to the administration of said cabazitaxel.

39.  (Cancelled)

40.  (Previously presented)  The method according to claim 39, wherein the dose of said cabazitaxel is 15-25 $mg/m^2$.

41.  (Previously presented)  The method according to claim 40, wherein the dose of said cabazitaxel is 25 mg/m$^2$.

42.  (Previously presented)  The method according to claim 40, wherein the dose of said cabazitaxel is 20 mg/m$^2$.

43.  (Previously presented)  The method according to claim 40, wherein the dose of said cabazitaxel is 15 mg/m$^2$.

44.  (Currently amended) A method of treatment comprising administering (i) an antihistamine, (ii) a corticoid, (iii) an H$_2$ antagonist, and (iv) a clinically proven effective amount of cabazitaxel, or a hydrate or solvate thereof, to a patient with castration resistant, metastatic prostate cancer that has progressed during or after treatment with docetaxel and with the intent of increasing survival of said patient, wherein said antihistamine, said corticoid, and said H$_2$ antagonist are administered prior to said clinically proven effective amount of cabazitaxel.

45.  (Previously presented) The method according to claim 44, wherein said clinically proven effective amount of cabazitaxel is a dose of 20-25 mg/m$^2$ cabazitaxel administered in combination with prednisone at a dose of 10 mg/day.

46.  (Previously presented) The method according to claim 45, wherein the cabazitaxel is administered at a dose of 25 mg/m$^2$.

47.  (Previously presented) The method according to claim 45, wherein the cabazitaxel is administered at a dose of 20 mg/m$^2$.

48.  – 49.  (Cancelled)

Sanofi Ref. FR2009/121 US CNT3                                    US Application No. 15/627,962

### *Remarks*

Claim 37 is amended to incorporate the limitations of claim 39. Claim 39 is cancelled without prejudice.

Support for the amendment to claim 44 can be found in the Specification, for example, on page 4, lines 31 to 32; page 18, line 30 to page 19, line 15; and in Figure 1. Claims 48 and 49 are cancelled without prejudice.

No new matter has been added by these amendments.

Applicants reserve the right to pursue the cancelled subject matter in one or more continuation, continuation-in-part, or divisional applications.

As currently amended, claims 34 to 38 and 40 to 47 are pending in this application.

### *Interview Summary*

Applicant would like to thank Examiner James Anderson for his time on March 12, 2018, during the interview between the Examiner, Danial Minion, and the undersigned. During the interview, participants discussed the pending claims and the claims of US Patent No. 8,927,592, which patent is subject to an *Inter Partes Review*. As noted in the Interview Summary mailed March 15, 2018, Applicants offered to amend claim 44 as provided herewith.

The Director is hereby authorized to charge any additional fees which may be required by this paper, or credit any overpayment to Deposit Account No. **18-1982**.

Respectfully submitted,

        /Kelly L. Bender/
Kelly Bender, Reg. No. 52,610
Attorney for Applicant

Sanofi
Global IP Patent Department
55 Corporate Drive
Mail Code: 55A-505A
Bridgewater, New Jersey 08807
email: **GlobalPatent.eFlow@sanofi.com**
Telephone: (908) 981-**6782**
Telefax:    (908) 981-7830
Sanofi Ref. FR2009/121 US CNT3
Date:   May 25, 2018

U NITED S TATES P ATENT AND T RADEMARK O FFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/627,962 | 06/20/2017 | Sunil GUPTA | FR2009/121 US CNT3 | 5732 |

5487          7590          04/24/2019
ANDREA Q. RYAN
SANOFI
55 Corporate Drive
MAIL CODE: 55A-525
BRIDGEWATER, NJ 08807

| EXAMINER |
|---|
| ANDERSON, JAMES D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1629 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/24/2019 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

GlobalPatent.eFlow@Sanofi.com
andrea.ryan@sanofi.com
eFlow@frasappmoss112.pharma.aventis.com

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 15/627,962 | GUPTA, Sunil |
| | **Examiner** | **Art Unit** | **AIA (FITF) Status** |
| | JAMES D ANDERSON | 1629 | No |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>1/16/2019</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☑ This action is **FINAL.**    2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>37-38 and 40-43</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>37-38 and 40-43</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
      a)☐ All    b)☐ Some**    c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
    Paper No(s)/Mail Date <u>1/16/2019 and 2/7/2019</u>

3) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

Application/Control Number: 15/627,962                                              Page 2
Art Unit: 1629

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

### *Formal Matters*

Applicants' response and amendments to the claims, filed 1/16/2019, are acknowledged
and entered.

Claims 34-36 and 44-49 have been cancelled by Applicant.

Claims 37-38 and 40-43 are pending and under examination.

### *Response to Arguments*

Any previous rejections and/or objections to claims 34-36 and 44-49 are withdrawn as
being moot in light of Applicant's cancellation of the claims.

Applicants' arguments, filed 1/16/2019, have been fully considered but they are moot in
light of the new grounds of rejection set forth herein, which are necessitated by Applicants' filing
of an IDS on 1/16/2019. <u>Rejections and/or objections not reiterated from previous office actions
are hereby withdrawn.</u> The following rejections and/or objections are either reiterated or newly
applied. They constitute the complete set presently being applied to the instant application.

### *Allowable Subject Matter*

The indicated allowability of claims 37 and 38 is withdrawn in view of the newly
discovered reference(s) to CABRESPINE ET AL. (2006) and NCCN Clinical Practice Guidelines

Application/Control Number: 15/627,962                                      Page 3
Art Unit: 1629

in Oncology: Antiemesis (2008), which were newly cited in the IDS filed 1/16/2019.  Rejections

based on the newly cited reference(s) follow.

### Information Disclosure Statement

Receipt is acknowledged of the Information Disclosure Statements filed 1/16/2019 and

2/7/2019.  The Examiner has considered the references cited therein to the extent that each is a

proper citation.  Please see the attached USPTO Forms 1449.

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as
> set forth in section 102 of this title, if the differences between the subject matter sought to be
> patented and the prior art are such that the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary skill in the art to which said subject matter
> pertains.  Patentability shall not be negatived by the manner in which the invention was made.

This application currently names joint inventors.  In considering patentability of the claims

under 35 U.S.C. 103(a), the examiner presumes that the subject matter of the various claims was

commonly owned at the time any inventions covered therein were made absent any evidence to

the contrary.  Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor

and invention dates of each claim that was not commonly owned at the time a later invention was

made in order for the examiner to consider the applicability of 35 U.S.C. 103(c) and potential 35

U.S.C. 102(e), (f) or (g) prior art under 35 U.S.C. 103(a).

Claims 37-38 and 40-43 are rejected under 35 U.S.C. 103(a) as being unpatentable over

**WINQUIST** (The Canadian Journal of Urology, February 2008, vol. 15, no. 1, pages 3942-3949)

Application/Control Number: 15/627,962                                    Page 4
Art Unit: 1629

and **TROPIC LISTING** (http://clinicaltrials.gov/archive/NCT00417079/2006_12_28. View of

NCT00417079 on 12/28/2006) in view of **PIVOT** (Annals of Oncology, 2008, vol. 19, pages

1547-1552) and **NATIONAL COMPREHENSIVE CANCER NETWORK (NCCN)**

**ANTIEMESIS GUIDELINES** (2008, page 1-31) (cited by Applicants in IDS filed 1/16/2019),

and further in view of **TAXOL (Paclitaxel) LABEL** (Mead Johnson, February 10, 2000, pages 1-

43), **TAKENAKA *ET AL*.** (International Journal of Urology, 2008, vol. 15, pages 106-109),

**HUDIS *ET AL*.** (J. Clin. Oncol., 1996, vol. 14, pages 58-65), and **CABRESPINE *ET AL*.**

(Urology, 2006, vol. 67, pages 354-359) (cited by Applicants in IDS filed 1/16/2019).


_Teachings of WINQUIST_

        Winquist is a February 2008 disclosure of open, uro-oncology clinical trials in Canada. See

page 3942.

        Winquist discloses a randomized Phase III clinical trial coordinated by Sanofi-Aventis

involving treatment of mCRPC patients previously treated with docetaxel (the TROPIC Study).

Id. at page 3948.

        Winquist discloses the administration of a 25 mg/m2 dose of cabazitaxel to mCRPC

patients: "A randomized, open-label multicenter study of XRP-6258 [cabazitaxel] at 25 mg/m2 in

combination with prednisone every 3 weeks compared to mitoxantrone in combination with

prednisone for the treatment of hormone-refractory metastatic prostate cancer previously treated

with a Taxotere [docetaxel]-containing regimen". Id. The primary endpoint is overall survival. Id.

Application/Control Number: 15/627,962                                      Page 5
Art Unit: 1629

*Teachings of THE TROPIC LISTING*

The TROPIC Listing discloses the same phase III clinical trial reported in Winquist (the Sanofi-Aventis TROPIC Study), a "randomized, open-label, multi-center study comparing the safety and efficacy of XRP6258 [cabazitaxel] plus prednisone to mitoxantrone plus prednisone in the treatment of hormone refractory metastatic prostate cancer previously treated with a Taxotere [docetaxel]-containing regimen". The TROPIC Listing, like Winquist, discloses that cabazitaxel is to be administered every three weeks and that expected patient enrollment is 720 patients. The TROPIC Listing expressly states that patients must have a "[documented progression of disease (demonstrating at least one visceral or soft tissue metastatic lesion, including a new lesion) . . . [or] rising PSA levels or appearance of [a] new lesion," after previous treatment with docetaxel. The primary outcome, as also reported in Winquist, is overall survival. The TROPIC Listing notes the start date of the clinical trial was December 2006.

*Teachings of PIVOT*

Pivot discloses a Phase II clinical trial of cabazitaxel administered to docetaxel-resistant metastatic breast cancer patients administered as a 1-hour intravenous infusion every 3 weeks. Pivot administered an initial cabazitaxel dose of 20 mg/m2, then escalated the dose to 25 mg/m2 in patients who did not experience a significant adverse event during the first treatment cycle. See page 1548, right column, 3rd paragraph.

Pivot discloses the overall response rate was 14% (two complete, eight partial responses) and median overall survival was 12.3 months. See Abstract, "Results".

**Pivot discloses that hypersensivity reactions occurred in 4 patients, with Grades 3-5 hypersensitivity reactions occurring in 3 patients**. See Table 2.

Application/Control Number: 15/627,962                                    Page 6
Art Unit: 1629

Pivot teaches administration of an antihistamine as part of a premedication regimen: "Patients received i.v. antihistaminic anti-H1 premedication 30 min before study drug administration". See page 1548.

Pivot discloses additional premedications, **such as antiemetics**, were provided to patients in need thereof: "In case of nausea/vomiting, patients could receive preventive antiemetic treatment in compliance with the conventional antiemetic protocol of the center, for subsequent cycles". Id. Pivot administers cabazitaxel in a 3 week cycle (id. at 1547), and administers premedication "before study drug administration" and "for subsequent cycles".

*Teachings of NCCN*

Pivot does not limit the antiemetic regimens used to treat nausea and vomiting but states that any "conventional antiemetic protocol" could be used. See page 1548. It would have been obvious to use an antiemetic protocol comprising, e.g., an H2 antagonist and a corticoid because both drugs had known uses in antiemetic treatment and because both drugs had previously been used in pretreatment regimens for the two FDA-approved taxanes on the market, paclitaxel and docetaxel.

For example, the 2008 National Comprehensive Cancer Network Antiemetic Guidelines ("NCCN") detail common treatment options in cancer centers' conventional antiemetic protocols. NCCN recommends the use of dexamethasone (a corticoid) and H2 antagonists in the treatment of chemotherapy-related nauseas and vomiting.

NCCN expressly identifies the use of dexamethasone for high, moderate, and even low emetic risk chemotherapy, and recommends the antiemetic treatment "start before chemotherapy", **including administering a dose of 8 mg dexamethasone as recited in the instant claims on**

Application/Control Number: 15/627,962                                          Page 7
Art Unit: 1629

**Days 2-4 for "High" emetic risk or Days 2-3 for "Moderate" emetic risk**. See pages 6-8.

NCCN also describes a method of antiemetic treatment called "breakthrough treatment", to be

used in subsequent cycles when nausea and vomiting is induced in an earlier cycle. See page 15.

Breakthrough treatment involves giving a combination of drugs chosen from a set of equivalents.

See page 22. NCCN explains that "Multiple concurrent agents…may be necessary," and lists

"corticosteroids" among the drugs that "may be required". See pages 22-23.

NCCN also suggests the addition of H2 antagonists to the same antiemetic regimen: "If

patient has dyspepsia consider antacid therapy (H2 blocker or proton pump inhibitor).". See page

15.


*Teachings of TAXOL PRODUCT LABEL*

Taxol Product Label teaches "[A]ll patients should be premedicated prior to TAXOL

administration in order to prevent severe hypersensitivity reactions. Such premedication may

consist of dexamethasone [a corticoid] 20 mg PO administered approximately 12 and 6 hours

before TAXOL, diphenhydramine (or its equivalent) [an antihistamine] 50 mg I.V. 30 to 60

minutes prior to TAXOL, and cimetidine (300 mg) or ranitidine (50 mg) [H2 antagonists] I.V. 30

to 60 minutes before TAXOL." TAXOL Label at page 39, last paragraph.


*Teachings of TAKENAKA ET AL.*

Takenaka describes a study administering 30 mg/m2 docetaxel in combination with

estramustine for the treatment of mCRPC.  Takenaka states that "[d]examethasone 24 mg [a

corticoid], diphenhydramine 50 mg [an antihistamine], and ranitidine 50 mg [H2 antagonist] were

Application/Control Number: 15/627,962                                                                 Page 8
Art Unit: 1629

administered before the [docetaxel] infusion to prevent a hypersensitivity reaction". See page 106,

right column, 3rd paragraph.


*Teachings of HUDIS ET AL.*

Hudis reports on docetaxel treatment in metastatic breast cancer patients where, after

observing two HSRs among the first six patients, "a variety of pretreatment regimens that

incorporated diphenhydramine [an antihistamine], corticosteroids, and cimetidine [an H2 blocker]

were used". See page 59, right column, 4th paragraph.


*Teachings of CABRESPINE ET AL.*

Regarding administering the antihistamine dexchloropheniramine at a dose of 5 mg as part

of a taxane-chemotherapy premedication regime, Cabrespine et al. (cited by Applicants in IDS

filed 1/16/2019) teach administration of paclitaxel and carboplatin to patients with hormone-

refractory prostate cancer. See Abstract. Cabrespine et al. teach premedications were administered

intravenously 30 minutes before each paclitaxel infusion and consisted of 20 mg methylprednisone

[a corticoid], 5 mg dexchlorpheniramine [an antihistamine], and 300 mg cimetidine or 50 mg

ranitidine [H2 antagonists]. See page 355, left column, "Treatment Plan".


*Principles of Law*

A claimed invention is unpatentable if the differences between the claimed subject matter

and the prior art are such that the subject matter as a whole would have been obvious at the time

the invention was made to a person having ordinary skill in the art to which the subject matter

pertains. 35 U.S.C. § 103(a).

Application/Control Number: 15/627,962                                          Page 9
Art Unit: 1629

"In rejecting claims under 35 U.S.C. § 103, the examiner bears the initial burden of

presenting a *prima facie* case of obviousness. Only if that burden is met, does the burden of coming

forward with evidence or argument shift to the applicant." *In re Rijckaert*, 9 F.3d 1531, 1532 (Fed.

Cir. 1993) (citations omitted). In order to determine whether a prima facie case of obviousness has

been established, we consider the factors set forth in *Graham v. John Deere Co.*, 383 U.S. 1, 17

(1966): (1) the scope and content of the prior art; (2) the differences between the prior art and the

claims at issue; (3) the level of ordinary skill in the relevant art; and (4) objective evidence of

nonobviousness, if present.

"The combination of familiar elements according to known methods is likely to be obvious

when it does no more than yield predictable results." *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398,

416 (2007). "In determining whether obviousness is established by combining the teachings of the

prior art, 'the test is what the combined teachings of the references would have suggested to those

of ordinary skill in the art.'" *In re GPAC Inc.*, 57 F.3d 1573, 1581 (Fed. Cir. 1995).

"[I]in a section 103 inquiry, 'the fact that a specific [embodiment] is taught to be preferred

is not controlling, since all disclosures of the prior art, including unpreferred embodiments, must

be considered.'" *Merck & Co. Inc. v. Biocraft Laboratories Inc.*, 874 F.2d 804, 807 (Fed. Cir.

1989) (quoting *In re Lamberti*, 545 F.2d 747, 750, 192 USPQ 278, 280 (CCPA 1976).)


*Examiner's Analysis and Conclusion of Obviousness*

A claimed invention is unpatentable if the differences between the claimed invention and

the prior art are such that the claimed invention as a whole would have been obvious to one of

ordinary skill in the relevant art. 35 U.S.C. § 103. Whether a claimed invention would have been

obvious is a question of law, based on factual determinations regarding the scope and content of

Application/Control Number: 15/627,962                                         Page 10
Art Unit: 1629

the prior art, differences between the prior art and the claims at issue, the level of ordinary skill in

the pertinent art, and any objective indicia of non-obviousness. *KSR Int'l Co. v. Teleflex Inc.*, 550

U.S. 398, 406 (2007); *Graham v. John Deere Co. of Kansas City*, 383 U.S. 1, 17-18 (1966).

      In *KSR*, the Supreme Court criticized a rigid approach to determining obviousness based

on the disclosures of individual prior-art references, with little recourse to the knowledge,

creativity, and common sense that an ordinarily skilled artisan would have brought to bear when

considering combinations or modifications. *KSR*, 550 U.S. at 415-22. Rejecting a blinkered focus

on individual documents, the Court required an analysis that reads the prior art in context, taking

account of "demands known to the design community," "the background knowledge possessed by

a person having ordinary skill in the art," and "the inferences and creative steps that a person of

ordinary skill in the art would employ." *Id.* at 418. This "expansive and flexible approach," *id.* at

415, is consistent with the Courts' pre-*KSR* decisions acknowledging that the inquiry "not only

permits, but *requires,* consideration of common knowledge and common sense." *DyStar*

*Textilfarben GmbH & Co. Deutschland KG v. C.H. Patrick Co.*, 464 F.3d 1356, 1367 (Fed. Cir.

2006).   As *KSR* established, the knowledge of such an artisan is part of the store of public

knowledge that must be consulted when considering whether a claimed invention would have been

obvious.

      In recognizing the role of common knowledge and common sense, the Courts have

emphasized the importance of a factual foundation to support a party's claim about what one of

ordinary skill in the relevant art would have known. *See, e.g.*, *Mintz v. Dietz & Watson, Inc.*, 679

F.3d 1372, 1377 (Fed. Cir. 2012); *Perfect Web Techs., Inc. v. InfoUSA, Inc.*, 587 F.3d 1324, 1328

(Fed. Cir. 2009). One form of evidence to provide such a foundation, perhaps the most reliable

because not litigation-generated, is documentary evidence consisting of prior art in the area.

A preponderance of the evidence establishes that a POSA would have had good reason to combine the teachings of Winquist and the TROPIC Listing and would have read the two references together. Winquist and the TROPIC Listing disclose the same treatment method being used in the same clinical trial for treating the same patient population - the Sanofi-Aventis TROPIC Study. Therefore, a POSA in 2008 would have known that Winquist and the TROPIC Listing disclosed the same ongoing Phase III clinical trial – the TROPIC Study – and would have read the two references together.

Turning now to the administration of a premedication comprising (i) an antihistamine (dexchlorpheniramine at a dose of 5 mg), (ii) a corticoid (dexamethasone at a dose of 8 mg), and (iii) an H2 antagonist prior to the administration of cabazitaxel, the premedication regimens comprising  (i) an antihistamine, (ii) a corticoid, and (iii) an H2 antagonist were well known as prophylactic treatments for potential hypersensitivity reactions (HSRs)/ and/or nausea/vomiting in taxane-based chemotherapy.

Pivot discloses that hypersensivity reactions occurred in 4 patients, with Grades 3-5 hypersensitivity reactions occurring in 3 patients. See Table 2. **Pivot teaches administration of an antihistamine as part of a premedication regimen**: "Patients received i.v. antihistaminic anti-H1 premedication 30 min before study drug administration". See page 1548. Pivot discloses additional premedications, **such as antiemetics**, were provided to patients in need thereof: "In case of nausea/vomiting, patients could receive preventive antiemetic treatment in compliance with the conventional antiemetic protocol of the center, for subsequent cycles". Id. Pivot administers cabazitaxel in a 3 week cycle (id. at 1547), and administers premedication "before study drug administration" and "for subsequent cycles".

Application/Control Number: 15/627,962                                    Page 12
Art Unit: 1629

While Pivot dose not disclose which antihistamine was administered, dexchlorpheniramine was a known antihistamine administered at a dose of 5 mg as part of a premedication to patients undergoing treatment with a taxane. See Cabrespine et al.

"[A]ll patients should be premedicated prior to TAXOL administration in order to prevent severe hypersensitivity reactions. Such premedication may consist of **dexamethasone** 20 mg PO administered approximately 12 and 6 hours before TAXOL, diphenhydramine (**or its equivalent**) [antihistamine] 50 mg I.V. 30 to 60 minutes prior to TAXOL, and cimetidine (300 mg) or ranitidine (50 mg) [H2 antagonists] I.V. 30 to 60 minutes before TAXOL." TAXOL Label at page 39, last paragraph.

Takenaka describes a study administering 30 mg/m2 docetaxel in combination with estramustine for the treatment of mCRPC. Takenaka states that "**[d]examethasone** 24 mg [a corticoid], diphenhydramine 50 mg [an antihistamine], and ranitidine 50 mg [H2 antagonist] were administered before the [docetaxel] infusion to prevent a hypersensitivity reaction". See page 106, right column, 3rd paragraph.

Hudis reports on docetaxel treatment in metastatic breast cancer patients where, after observing two HSRs among the first six patients, "a variety of pretreatment regimens that incorporated diphenhydramine [an antihistamine], corticosteroids, and cimetidine [an H2 blocker] were used". See page 59, right column, 4th paragraph.

Cabrespine et al. (cited by Applicants in IDS filed 1/16/2019) teach administration of paclitaxel and carboplatin to patients with hormone-refractory prostate cancer. See Abstract. Cabrespine et al. teach premedications were administered intravenously 30 minutes before each paclitaxel infusion and consisted of 20 mg methylprednisone [a corticoid], **5 mg**

**dexchlorpheniramine** [an antihistamine], and 300 mg cimetidine or 50 mg ranitidine [H2 antagonists]. See page 355, left column, "Treatment Plan".

A POSA would have been motivated to use a similar prior art taxane premedication regimen to decrease the risk of HSRs and/or nausea/vomiting associated with cabazitaxel treatment.  For example, Pivot discloses that hypersensivity reactions occurred in 4 patients, with Grades 3-5 hypersensitivity reactions occurring in 3 patients. See Table 2. Although the rate of HSRs may have been lower when compared to paclitaxel and docetaxel therapy, a POSA would still have been motivated to prevent severe hypersensitivity reactions to cabazitaxel therapy by using a more thorough premedication regimen than the stand alone antihistamine disclosed in Pivot.  See KSR, 550 U.S. at 420 (claimed subject matter may be proved obvious when "there existed at the time of invention a known problem for which there was an obvious solution encompassed by the patent's claims.").  Here, there existed at the time of invention a known problem of hypersensitivity reactions and/or nausea/vomiting occurring in some patients treated with taxanes, including cabazitaxel.  There also existed in the art an obvious solution to reducing the risks of such hypersensitivity reactions – premedicating a patient with (i) an antihistamine, (ii) a corticoid, and (iii) an H2 antagonist. Accordingly, a POSA would have considered the use of the claimed pretreatment regimen of a corticosteroid, an antihistamine, and an H2 antagonist as a well-known option for prevention of taxane-induced HSRs.

Preventing HSRs is a paramount concern of oncologists treating patients with taxanes as evidenced by the fact that when administering a taxane-based chemotherapeutic agent, a POSA at the time of the invention routinely administered a premedication comprising a corticosteroid, an antihistamine, and an H2 antagonist prior to the administration of a taxane to prevent/reduce the risk of HSRs. As administration of cabazitaxel was known in the art to cause hypersensitivity

Application/Control Number: 15/627,962                                    Page 14
Art Unit: 1629

reactions and nausea/vomiting in at least some patients (Pivot) and Pivot expressly teaches

administration of an antihistamine as a premedication and additional premedications, **such as**

**antiemetics**, were provided to patients in need thereof: "In case of nausea/vomiting, patients could

receive preventive antiemetic treatment in compliance with the conventional antiemetic protocol

of the center, for subsequent cycles", it would have been *prima facie* obvious to a POSA to

premedicate patients being treated with cabazitaxel with the known premedication regimen of a

corticosteroid, an antihistamine, and an H2 antagonist. Alternatively, when treating patients with

cabazitaxel, the POSA would know to look for hypersensitivity reactions and nausea/vomiting as

side effects in the treated patients, as hypersensitivity reactions and/or nausea/vomiting were

known side-effects of cabazitaxel administration as evidenced by Pivot.  If patients developed

hypersensitivity reactions and/or nausea/vomiting, it would have been *prima facie* obvious to the

POSA to premedicate patients prior to subsequent cabazitaxel dosing cycles. Alternatively, to

prevent potential hypersensitivity reactions and/or nausea/vomiting, it would have been *prima*

*facie* obvious to the POSA to premedicate patients prior to initial cabazitaxel dosing.

A POSA would have been well versed in premedications intended to be administered to

cancer patients undergoing treatment with a taxane as evidenced by the cited prior art and could

readily and predictably adjust the premedication (active agents and/or dosing) within known

parameters using no more than common knowledge and common sense.

Accordingly, the Examiner has concluded that it would have been *prima facie* obvious to

a POSA at the time of the invention to intravenously administer a clinically effective dose, e.g., 15

mg/m2 to 25 mg/m2of cabazitaxel to a patient with prostate cancer and to premedicate a patient

with known, clinically used premedications for preventing hypersensitivity reactions and/or

nausea and vomiting in patients treated with taxanes, comprising an antihistamine, a corticoid, and

an H2 antagonist.


### *Conclusion*

Applicant's submission of an information disclosure statement under 37 CFR 1.97(c) with

the fee set forth in 37 CFR 1.17(p) on 1/16/2019 prompted the new ground(s) of rejection presented

in this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP § 609.04(b).

Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS

from the mailing date of this action.  In the event a first reply is filed within TWO MONTHS of

the mailing date of this final action and the advisory action is not mailed until after the end of the

THREE-MONTH shortened statutory period, then the shortened statutory period will expire on

the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be

calculated from the mailing date of the advisory action.  In no event, however, will the statutory

period for reply expire later than SIX MONTHS from the mailing date of this final action.

If applicants should amend the claims, a complete and responsive reply will clearly identify

where support can be found in the disclosure for each amendment. Applicants should point to the

page and line numbers of the application corresponding to each amendment, and provide any

statements that might help to identify support for the claimed invention (e.g., if the amendment is

not supported in *ipsis verbis*, clarification on the record may be helpful). Should applicants present

new claims, applicants should clearly identify where support can be found in the disclosure

Application/Control Number: 15/627,962                                       Page 16
Art Unit: 1629

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JAMES D ANDERSON whose telephone number is (571)272-9038.  The examiner can normally be reached on Monday-Friday, 8:30 am - 5:00 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jeffrey Lundgren can be reached on 571-272-5541.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/James D. Anderson/
Primary Examiner, Art Unit 1629

UNITED STATES PATENT AND TRADEMARK OFFICE
400 Dulany Street
Alexandria, VA 22314-5774
Tel. No.: (571) 272-9038

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of **GUPTA** | Examiner:    **James D. Anderson** |
| | Art Unit:    **1629** |
| Application No.:   **15/627,962** | |
| Filed:      **June 20, 2017** | Conf. No.    **5732** |
| Title:      **NOVEL ANTITUMORAL USE OF CABAZITAXEL** | |

Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

## SUBMISSION ACCOMPANYING REQUEST FOR
## CONTINUED EXAMINATION (RCE) UNDER 37 C.F.R. § 1.114(c)

      This paper and the accompanying Request for Continued Examination ("RCE") are in response to the Final Office Action issued April 24, 2019, (hereinafter, "Final Office Action"), by the United States Patent and Trademark Office setting a three-month period for response set to expire on July 24, 2019. The period for response is extended three months to expire October 24, 2019, pursuant to the Petition for Extension of Time under 37 C.F.R. 1.136(a) submitted herewith. This response is timely filed.

      Entry of the following amendments and consideration of the following remarks are respectfully requested.

      Amendments to the claims start on page 2.

      Remarks to amendments and the outstanding office action begin on page 3.

Sanofi Ref. FR2008/121 US CNT3                                    US Application No. 15/627,962

**Claim amendments:**

1. - 36.  (Cancelled)

37.  (Currently amended)  A method of ~~reducing the risk of a severe hypersensitivity reaction in a patient with prostate cancer beginning treatment with~~ increasing survival comprising administering to a patient in need thereof (1) cabazitaxel as a new cycle every three weeks ~~comprising administering to said patient (i)~~ and (2) an antihistamine, ~~(ii)~~ a corticoid, and ~~(iii)~~ an $H_2$ antagonist each administered prior to the administration of said cabazitaxel, wherein the antihistamine is dexchlorpheniramine administered at a dose of 5 mg and the corticoid is dexamethasone administered at a dose of 8 mg, and wherein said patient has castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel.

38.  (Previously Presented)  The method according to claim 37, wherein the antihistamine, corticoid, and $H_2$ antagonist are administered 30 minutes prior to the administration of said cabazitaxel.

39.  (Cancelled)

40.  (Previously Presented)  The method according to claim 38, wherein the dose of said cabazitaxel is 15-25 mg/m$^2$.

41.  (Previously presented)  The method according to claim 40, wherein the dose of said cabazitaxel is 25 mg/m$^2$.

42.  (Previously presented)  The method according to claim 40, wherein the dose of said cabazitaxel is 20 mg/m$^2$.

43.  (Previously presented)  The method according to claim 40, wherein the dose of said cabazitaxel is 15 mg/m$^2$.

44. – 49.  (Cancelled)

### *Remarks*

In the Office Action, the Examiner noted that claims 37 to 38 and 40 to 43 are pending in the application and that claims 37 to 38 and 40 to 43 are rejected.

Support for the amendment to claim 37 can be found throughout the specification and in the Original Claims.

No new matter is added by these amendments.

Applicant reserves the right to file one or more continuation, continuation-in-part, or divisional applications on the deleted subject matter.

As presently amended, claims 37, 38, and 40 to 43 are pending in this application.


### *Discussion of Rejections under 35 U.S.C. § 103(a)*

Claims 37 to 38 and 40 to 43 are rejected under 35 U.S.C. § 103(a) as being allegedly unpatentable over Winquist (The Canadian Journal of Urology, Feb. 2008, vol. 15, no. 1, pp 3942-3949, hereinafter "Winquist"), the Tropic Listing (http://clinicaltrials.gov/archive/NCT00417079/2006_12_28, View of NCT00417079 on 12/28/2006, hereinafter "Tropic Listing"), in view of Pivot *et al.* (Annals of Oncology, 2008, 19, pp. 1547-1552, hereinafter "Pivot"), and National Comprehensive Cancer Network (NCCN) Antiemesis Guidelines (2008, pp. 1 to 31, hereinafter the "NCCN Antiemesis Guidelines"); and further in view of Taxol (Paclitaxol) Label (Mead Johnsons, February 10, 2000, pp. 1-43, hereinafter "Taxol Label"), Takenaka *et al.*, (International Journal of Urology, 2008, vol 15, pp. 106-109, hereinafter "Takenaka"), Hudis *et al.* (J. Clin Oncology., 1996, vol 14, pp. 58-65), and Cabrespine et al. (Urology, 2006, 67, pp. 3549359, hereinafter "Cabrespine").  This rejection is respectfully traversed.

It has long been held that "[t]he factual determinations underpinning the legal conclusion of obviousness include 1) the scope and content of the prior art, 2) the level of ordinary skill in the art, 3) the differences between the claimed invention and the prior art, and 4) evidence of secondary factors, also known as objective indicia of non-obviousness," (*Eisai Co. Ltd. v. Dr. Reddy's Laboratories, Ltd., 533 F.3d 1353, 1356 (Fed. Cir. 2008)*; citing *Graham v. John Deere Co., 383 U.S. 1, 86 S.Ct. 684, 15 L.Ed. 2d 545 (1966))*.  Indeed, to render a claimed invention obvious under 35 U.S.C. § 103, the cited reference themselves, coupled with the knowledge generally available in the art at the time of the invention, must contain some suggestion or incentive that would have motivated the skilled artisan to combine or modify them in the manner necessary to arrive

at the claimed invention (*See,* MPEP § 2143.01).  In addition, the proposed combination or modification must have had a reasonable expectation of success, determined from the vantage point of the skilled artisan at the time the invention was made. (*See,* MPEP § 2143.02).

Applicant submits that the claimed invention as a whole was not known in the prior art, and that the combination of Winquist and the Tropic Listing, in view of, Pivot and the NCCN Antiemesis Guidelines, and further in view of the Taxol Label, Takenaka, Hudis, and Cabrespine would not have provided a reasonable expectation of predictable results.

Claim 1, as currently amended, is directed to a method of increasing survival comprising administering to a patient in need thereof (1) cabazitaxel as a new cycle every three weeks and (2) an antihistamine, a corticoid, and an $H_2$ antagonist prior to the administration of said cabazitaxel, wherein the antihistamine is dexchlorpheniramine administered at a dose of 5 mg and the corticoid is dexamethasone administered at a dose of 8 mg, and wherein said patient has castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel.

The primary references cited by the Examiner, Winquist and the Tropic Listing, briefly describe an ongoing Phase III clinical study of cabazitaxel, known as the Tropic Study.  Neither of these references, however, describe any premedication with an antihistamine, (ii) a corticoid, or (iii) an $H_2$ antagonist when administering cabazitaxel, let alone the exact premedication regimen of the instant claims.  It should also be noted that neither of the primary references, nor any of the other cited references, describe any results of the Tropic Study.

In view of the above-described deficiencies, it is alleged in the Final Office Action that one skilled in the art would have combined the primary references with six additional references and make numerous modifications to both the primary and secondary references to arrive at one or more of the rejected claims.

More specifically, it is alleged in the Final Office Action that "[a]lthough the rate of [hypersensitivity reactions] may have been lower when compared to paclitaxel and docetaxel therapy, a POSA would still have been motivated to prevent severe hypersensitivity reactions to cabazitaxel therapy by using a more thorough premedication regimen than the stand alone antihistamine disclosed in Pivot."  (Office Action, p. 13).

While Pivot indicates that "treatment emergent grades 3–5 non-hematological AEs probably or possibly related to study treatment were also <u>rare</u>," it is concluded therein that "[t]he safety profile of XRP6258 was very favorable when compared with the known safety

profile of the marketed taxanes or other compound under development."  (Pivot at 1150, 1151, emphasis added).   Nowhere does Pivot state that any particular premedication would be necessary, let alone a more thorough premedication than provided in the study described therein, and certainly not a more thorough premedication than FDA-approved for docetaxel (i.e., a single-component premedication of dexamethasone, *See* Taxotere label).

Indeed, in the Mita study, which was specifically designed to "characterize the toxicities of [cabazitaxel] administered without premedication," among other objectives, the investigators concluded that "[b]ased on the results of this study, [cabazitaxel] administration does not require premedication, thus resulting in significant administration and convenience advantages."  (Mita, Clinic Cancer Res, 15(2) (2009) pp. 723-730 at 724, 729).

Next, the NCCN Antiemesis Guidelines are relied upon in the Final Office Action for allegedly recommending that "antiemetic treatment 'start before chemotherapy', including administering a dose of 8 mg dexamethasone as recited in the instant claims on Days 2-4 for 'High' emetic risk or Days 2-3 for 'Moderate' emetic risk."  (pp. 6 to 7).  Importantly, the NCCN Antiemesis Guidelines do not disclose cabazitaxel, nor do they recommend any premedication with respect to cabazitaxel.   Even with respect to other chemotherapy agents, the NCCN Antiemesis Guidelines note that the taxoids docetaxel and paclitaxel present **low emetic risk** for which only a single-component premedication is recommended, absent breakthrough nausea/vomiting (*See*, slides AE-4 to AE-5).   The NCCN Antiemesis Guidelines do not even recommend $H_2$ antagonists as part of a premedication for low emetic risk chemotherapies, and only references $H_2$ antagonists in the "breakthrough emesis" section, which does not discuss premedication, but rather concerns giving medications following chemotherapy.   (See, slide MS-7 to MS-8). Specifically, $H_2$ antagonists are recommended (along with proton pump inhibitors) if a patient experiences dyspepsia following chemotherapy. (*Id.* at MS-8).   Applicant is unaware of any teaching in the prior art that cabazitaxel administration causes dyspepsia. Accordingly, nothing in the NCCN Amtiemesis Guidelines would have motivated one skilled in the art to combine an $H_2$ antagonist with dexamethasone as a premedication to cabazitaxel in view of Pivot's conclusion that the safety profile cabazitaxel was very favorable when compared with the known safety profile of the marketed taxanes.

As noted in the Final Office Action, the cited Taxol label recommends a three-component premedication regimen prior to Taxol administration "in order to prevent severe hypersensitive reactions."  (p. 7).  In contrast, while docetaxel is contraindicated in patients

having a history of severe hypersensitivity reactions to Taxotere and to drugs formulated with polysorbate 80, the docetaxel prescribing information recommends a single-component premedication of dexamethasone alone.   The Final Office Action fails to provide reasoned statements explaining why one skilled in the art would have been motivated to select Taxol's three-component premedication regimen for further modification rather than the single component premedication of regimen of docetaxel, especially with respect to patients who have previously been treated with docetaxel and would have been understood to have tolerated such treatment.

Takenaka is cited for allegedly describing a study of a combination of docetaxel with estramustine in which dexamethasone, diphenhydramine, and ranitidine were administered prior to docetaxel infusion "to prevent a hypersensitivity reaction."   (p. 8). However, Takenaka et al., conclude that "[t]he high toxicity of this protocol suggests that the regimen and/or timing should be altered for Japanese patients." (abstract).  In view of the negative results, Takenaka would not have provided one skilled in the art with the requisite motivation to use the premedication regimen described therein in combination with cabazitaxel.

Hudis is similarly cited for the given reason that it "reports on docetaxel treatment in metastatic breast cancer patients where, after observing two HSR's among the first six patients, 'a variety of pretreatment regimens that incorporated diphenhydramine [an antihistamine], corticosteroids, and cimetidine [an H2 blocker] were used'." (Final Office Action, p. 8).   Hudis concludes that "[f]requent HSR may warrant prophylactic premedication" (at abstract).  There is nothing in the cited references that would suggest that cabazitaxel caused frequent hypersensitivity reactions that would motivate one skilled in the art to incorporate the premedication regimen of Hudis with a reasonable expectation of success. In fact, the prior art taught the opposite, i.e., that such hypersensitivity reactions were "rare" following cabazitaxel administration (Pivot at 1150) and that "[cabazitaxel] administration does not require premedication" (Mita at 729).

Finally, the Examiner relies upon Cebrespine for teaching the "administration of paclitaxel and carboplatin to patients with hormone refractory prostate cancer... [wherein] premedications were administered intravenously 30 minutes before each paclitaxel infusion and consisted of 20 mg methylprednisone [a corticoid], 5 mg dexchlorpheniramine [an antihistamine], and 300 mg cimetidine or 50 mg rantidine [H2 antagonists]." (Final Office Action, p. 8).  Nevertheless, Cabrespine does not disclose cabazitaxel, and does not provide a rationale for the premedication described therein such

that one skilled in the art would be motivated to combine the premedication with cabazitaxel.

It is concluded in the Final Office Action that "a POSA at the time of the invention routinely administered a premedication comprising a corticosteroid, an antihistamine, and an H2 antagonist prior to the administration of a taxane to prevent/reduce the risk of HSRs." (p. 13). Even assuming *arguendo* that a "POSA would have been well versed in premedication to be administered to cancer patients undergoing treatment with a taxane," as alleged in the Final Office Action, such knowledge is insufficient to support a rejection under 35 U.S.C. § 103(a). Indeed, the cited references taken together fail to provide the requisite motivation to administer an antihistamine, a corticoid, and an H2 antagonist when administering cabazitaxel, in view of Pivot's teaching that the safety profile cabazitaxel was very favorable when compared with the known safety profile of the marketed taxanes. As none of the cited references contradict Pivot's safety findings, one skilled in the art would not be motivated to use a more complex premedication than which was FDA-approved for docetaxel.

Nevertheless, without acquiescing to instant rejection, claim 37 is amended to include the element of increasing survival. As none of the cited references, either alone or in combination, gave the results of the Tropic Study, such references could not have provided one skilled in the art with a reasonable expectation that carrying out the steps of the instant claims would result in increased survival.

For the foregoing reasons, claims 37, 38, and 40 to 43 are unobvious over the combination of Winquist, the Tropic Listing, Pivot, the NCCN Antiemesis Guidelines, the Taxol Label, Hudis, and Cabrespine because one or ordinary skill in the art would not have been motivated to combine or modify the cited references in the manner necessary to arrive at the claimed invention with a reasonable expectation of success. Therefore, reconsideration and withdrawal of the instant rejection under 35 U.S.C. § 103(a) are respectfully requested.

### *Conclusion*

There being no remaining issues, this application is believed in condition for favorable reconsideration and early allowance, and such actions are earnestly solicited.

In the event the Examiner wishes to contact the undersigned regarding any matter, please call (collect if necessary) the telephone number listed below.

The Director is hereby authorized to charge any additional fees which may be required by this paper, or credit any overpayment to Deposit Account No. **18-1982**.

Respectfully submitted,

/Kelly L. Bender/

Kelly Bender, Reg. No. 52,610

Attorney for Applicant

Sanofi
Global IP Department
55 Corporate Drive
Mail Code: 55A-505A
Bridgewater, New Jersey 08807
email: Sanofi-Patents@docket.cpaglobal.com
Telephone:   (908) 981-**6782**
Telefax:       (908) 981-7830
Sanofi Ref. FR2009/121 US CNT3
Date:   October 24, 2019



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 5487 | 7590 | 01/13/2020 |

ANDREA Q. RYAN
SANOFI
55 CORPORATE DRIVE
MAIL CODE: 55A-525
BRIDGEWATER, NJ 08807

| EXAMINER |
|---|
| ANDERSON, JAMES D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1629 | |

DATE MAILED: 01/13/2020

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/627,962 | 06/20/2017 | Sunil GUPTA | FR2009/121 US CNT3 | 5732 |

TITLE OF INVENTION: NOVEL ANTITUMORAL USE OF CABAZITAXEL

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 04/13/2020 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

PTOL-85 (Rev. 02/11)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450 | By fax, send to: | (571)-273-2885 |

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

```
5487        7590        01/13/2020
ANDREA Q. RYAN
SANOFI
55 CORPORATE DRIVE
MAIL CODE: 55A-525
BRIDGEWATER, NJ 08807
```

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | |
|---|---|
| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/627,962 | 06/20/2017 | Sunil GUPTA | FR2009/121 US CNT3 | 5732 |

TITLE OF INVENTION: NOVEL ANTITUMORAL USE OF CABAZITAXEL

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 04/13/2020 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ANDERSON, JAMES D | 1629 | 514-449000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).<br><br>☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.<br><br>☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.** | 2. For printing on the patent front page, list<br>(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,<br>(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. | 1_____<br><br>2_____<br><br>3_____ |

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

| (A) NAME OF ASSIGNEE | (B) RESIDENCE: (CITY and STATE OR COUNTRY) |
|---|---|
| | |

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☐ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid issue fee shown above)*

☐ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Authorized Signature _____ | Date _____ |
|---|---|
| Typed or printed name _____ | Registration No. _____ |

PTOL-85 Part B (08-18) Approved for use through 01/31/2020    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/627,962 | 06/20/2017 | Sunil GUPTA | FR2009/121 US CNT3 | 5732 |

5487       7590       01/13/2020

ANDREA Q. RYAN
SANOFI
55 CORPORATE DRIVE
MAIL CODE: 55A-525
BRIDGEWATER, NJ 08807

| EXAMINER |
|---|
| ANDERSON, JAMES D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1629 | |

DATE MAILED: 01/13/2020

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b) (2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 15/627,962 | GUPTA, Sunil |
| | Examiner | Art Unit | AIA (FITF) Status |
| | JAMES D ANDERSON | 1629 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to RCE filed 10/24/2019.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 37-38 and 40-43 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

    a) ☐ All    b) ☐ Some    *c) ☐ None of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

    Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
    Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☑ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date 10/24/2019 and 12/6/2019.

3. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material _____ .

4. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date. _____ .

5. ☑ Examiner's Amendment/Comment

6. ☑ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____ .

/James D. Anderson/
Primary Examiner, Art Unit 1629

Application/Control Number:15/627,962                                        Page2
Art Unit:1629

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.


### *Continued Examination Under 37 CFR 1.114*

A request for continued examination under 37 CFR 1.114, including the fee set forth in 37

CFR 1.17(e), was filed in this application after final rejection.  Since this application is eligible for

continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been

timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR

1.114.  Applicant's submission filed on 10/24/2019 has been entered.


### *Claim Status*

Applicants' response and amendments to the claims, filed 10/24/2019, have been

received and entered.

No claims were cancelled or newly added.

Claims 37-38 and 40-43 are pending and allowed.


### *Information Disclosure Statement*

The information disclosure statements (IDSs) submitted on 10/24/2019 and 12/6/2019

were filed after the mailing date of the Final Office Action on 4/24/2019.  The submissions are in

compliance with the provisions of 37 CFR 1.97.   Accordingly, the information disclosure

statements are being considered by the examiner.

Application/Control Number:15/627,962                                    Page3
Art Unit:1629

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in an interview with Kelly Bender on January 3, 2020.

The application has been amended as follows:

Claim 37 (Amended) A method of increasing survival comprising administering to a patient in need thereof (1) cabazitaxel as a new cycle every three weeks and (2) dexchlorpheniramine administered at a dose of 5 mg  ~~an antihistamine, (II) a corticoid~~ dexamethasone administered at a dose of 8 mg, and ~~(III)~~ an H2 antagonist, each administered prior to the administration of said cabazitaxel, ~~wherein the antihistamine is dexchlorpheniramine administered at a dose of 5 mg and the corticoid is dexamethasone administered at a dose of 8 mg, and~~ wherein said patient has castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel.

Claim 38 (Amended) The method according to claim 37, wherein the <u>dexchlorpheniramine</u> ~~antihistamine~~, <u>dexamethasone</u> ~~corticoid~~, and H2 antagonist are administered 30 minutes prior to the administration of said cabazitaxel.

Application/Control Number:15/627,962                                    Page4
Art Unit:1629

### Reasons for Allowance

The following is an examiner's statement of reasons for allowance: Applicants'
amendments to Claim 37 overcome the rejections of record.  Specifically, Applicants have
amended Claim 37 to recite "[A]  method of increasing survival comprising administering to a
patient in need thereof…".  The issue of whether a preamble reciting a method of "increasing
survival" was limiting was addressed in the grandparent application (13/456,720), which issued as
U.S. Patent No. 8,927,592.  In an *inter partes* review of issued Claims 1-5 and 7-30 of the '592
patent, Patent Owner proposed a Contingent Motion to enter proposed substitute claims 31-34.
Proposed Claim 31 recited "[A] method of increasing survival comprising administering to a
patient in need thereof….", which Patent Owners argued is limiting as a "statement of intentional
purpose for how the method is to be performed" (citing *Jansen v. Rexall Sundown, Inc*., 342 F.3d
1329, 1333 (Fed. Cir. 2003).  The  BPAI denied Patent Owner's contingent motion to amend on
the basis that the preamble was not limiting because it merely provides additional description of
the patient in need of treatment and not an "intentional purpose" for how the treatment method is
to be practiced in a defined patient population.  Patent Owners appealed the Board's denial of its
motion to amend to the CAFC, which agreed with Patent Owners that the preamble of Claim 31 is
limiting based on their decisions in *Rapoport v. Dement*, 254 F.3d 1053 (Fed. Cir. 2001) and
*Jansen*.  Specifically, the CAFC held that:

> *Jansen* and *Rapoport* support a conclusion that the pre-
> amble is limiting here.[8]  As in *Rapoport*, the phrase "pa-
> tient in need thereof" from proposed claim 31 relies on the
> preamble for antecedent basis. 254 F.3d at 1059. And, as
> in *Jansen*, the preamble expresses the "intentional pur-
> pose[—increasing survival—]for which the method must be
> performed." 342 F.3d at 1333.  We therefore "interpret the
> nearly parallel language in the ['592] patent claims in the
> same way." *Id.*

Application/Control Number:15/627,962                                      Page5
Art Unit:1629

The CAFC noted that their conclusion is also consistent with the specification of the '529 patent,
which emphasizes increasing survival as an important aspect of the invention.   The CAFC
remanded to the BPAI and stated that the Board should treat the preamble as an additional
limitation of proposed Claim 31.

On remand, the Board adopted the construction of the preamble of Claim 31 "as an
additional limitation of" the claim that "require[s] 'increasing survival'" as the "intentional
purpose. ,. for which the [recited] method must be performed." *Sanofi*, 757 F. App'x at 993-94
(quoting *Jansen v. Rexall Sundown, Inc*., 342F.3d 1329,1333 (Fed. Cir. 2003)). In evaluating
whether the proposed claims were obvious, the Board noted that "proving the obviousness of the
challenged claims does not require proving that performing the method recited in the proposed
claims would actually increase survival, but it does require proving that a person of ordinary skill
in the art reasonably would have expected the performance of the recited method to increase
survival." After weighing all of the evidence, the Board found that the preponderance of evidence
of record does not show that, at the time of the effective filing date of the '592 patent, a person of
ordinary skill in the art reasonably would have expected the treatment regimen recited in the
proposed claims to have resulted in an increase in patient survival. Accordingly, they concluded
that the evidence of record does not establish the obviousness of the proposed claims on any
ground.

The Examiner adopts the claim construction of the CAFC and the BPAI that the preamble
of instant Claim 37 is an additional limitation of the claim that requires "increasing survival" as
the "intentional purpose…for which the [recited] method must be performed."  After weighing all
of the evidence, the Examiner has determined, as the BPAI did, that a preponderance of evidence
of record does not show that, at the time of the effective filing date of the present application, a

Application/Control Number:15/627,962                                    Page6
Art Unit:1629

person of ordinary skill in the art reasonably would have expected the treatment regimen recited

in the instant claims to have resulted in an increase in patient survival in patients with castration

resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel.

The claims are further distinguished from the prior art of record because they require

administration of a three-component premedication regimen (5 mg dexchlorpheniramine + 8 mg

dexamethasone + an H2 antagonist) administered prior to the administration of cabazitaxel.  The

prior art does not teach or reasonably suggest administration of such a premedication regimen prior

to administration of cabazitaxel.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."


### Conclusion

**Claims 37-38 and 40-43 are allowed**.

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to JAMES D ANDERSON whose telephone number is (571)272-9038.  The

examiner can normally be reached on Monday-Friday, 8:30 am - 5:00 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using

a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is

encouraged to use the USPTO Automated Interview Request (AIR) at

http://www.uspto.gov/interviewpractice.

Application/Control Number:15/627,962                                           Page7
Art Unit:1629

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Jeffrey Lundgren can be reached on 571-272-5541.  The fax phone number for the organization

where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR system,

see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system,

contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like

assistance from a USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/James D. Anderson/
Primary Examiner, Art Unit 1629

# Exhibit D

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/743,411 | 01/15/2020 | Sunil GUPTA | FR2009/121-US CNT5 | 2021 |

5487        7590        04/01/2020
ANDREA Q. RYAN
SANOFI
55 CORPORATE DRIVE
MAIL CODE: 55A-525
BRIDGEWATER, NJ 08807

| EXAMINER |
|---|
| ANDERSON, JAMES D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1629 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/01/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Sanofi-Patents@docket.cpaglobal.com
andrea.ryan@sanofi.com

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 16/743,411 | GUPTA, Sunil |
| | **Examiner** | **Art Unit** | **AIA (FITF) Status** |
| | JAMES D ANDERSON | 1629 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) months from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>1/15/2020</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**     2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims\***

5) ☑ Claim(s) <u>22-27</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>22-27</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or  b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☐ All   b)☐ Some\*\*   c)☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>1/15/2020 and 2/28/2020</u>

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

# DETAILED ACTION

## *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

## *TrackOne*

Applicants' request for prioritized examination under 37 CFR 1.102(e) filed 1/15/2020 has been received, entered, and granted *per* the Decision mailed 2/26/2020.

## *Formal Matters*

Applicants' preliminary amendments to the claims, filed 1/15/2020, have been received and entered.

Claims 1-21 have been cancelled.

Claims 22-27 are newly added.

Claims 22-27 are pending and under examination.

## *Priority*

This application is a continuation of U.S. Application No. 15/627,962, filed June 20, 2017, which is a continuation of U.S. Application No. 14/575,566, filed December 18, 2014, which is a continuation of U.S. Application No. 13/456,720, filed April 26, 2012, which is a continuation of International Application No. PCT/IB2010/054866, filed October 27, 2010, which claims the benefit of priority of U.S. Provisional Application No. 61/256,160, filed October 29, 2009, U.S. Provisional Application No. 61/293,903, filed January 11, 2010, U.S. Provisional Application No. 61/355,834, filed June 17, 2010, U.S. Provisional Application No. 61/355,888, filed June 17, 2010,

U.S. Provisional Application No. 61/369,929, filed August 2, 2010, U.S. Provisional Application

No. 61/383,933, filed September 17, 2010, and U.S. Provisional Application No. 61/389,969, filed

October 5, 2010.

### *Information Disclosure Statement*

Receipt is acknowledged of the Information Disclosure Statements filed 1/15/2020 and

2/28/2020.  The Examiner has considered the references cited therein to the extent that each is a

proper citation.

Lined-through references were not considered by the Examiner because they are

incomplete citations, i.e., missing source information, date of publication/retrieval, etc.

Please see the attached USPTO Forms 1449.

### *Claim Rejections - 35 USC § 112 – 2nd Paragraph*

The following is a quotation of 35 U.S.C. 112(b):

(B)   CONCLUSION.—The specification shall conclude with one or more claims
particularly pointing out and distinctly claiming the subject matter which the inventor or a
joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:

The specification shall conclude with one or more claims particularly pointing out and
distinctly claiming the subject matter which the applicant regards as his invention.

"The primary purpose of this requirement of definiteness of claim language is to ensure

that the scope of the claims is clear so the public is informed of the boundaries of what constitutes

infringement of the patent.  A secondary purpose is to provide a clear measure of what applicants

regard as the invention so that it can be determined whether the claimed invention meets all the

Application/Control Number: 16/743,411                                                Page 4
Art Unit: 1629

criteria for patentability and whether the specification meets the criteria of 35 U.S.C. 112, first

paragraph with respect to the claimed invention.", (see MPEP § 2173).


Claims 22-24 and 26-27 are rejected under 35 U.S.C. 112, second paragraph, as being

indefinite for failing to particularly point out and distinctly claim the subject matter which

applicant regards as the invention.

Independent Claim 22 recites an active method step of "…administering…a dose of 20 to

25 mg/m2 cabazitaxel, or a hydrate or solvate thereof, in combination with an H2 antagonist…".

The metes and bounds of the claims are unclear because a person of ordinary skill in the art would

not be apprised of the scope intended by "in combination with an H2 antagonist".

It is unclear, for example, whether "…administering…a dose of 20 to 25 mg/m2

cabazitaxel, or a hydrate or solvate thereof, *in combination with an H2 antagonist…*" requires that

the dose of cabazitaxel and the H2 antagonist are administered together physically and/or

temporally.  For example, it is not apparent whether the dose of cabazitaxel and the H2 antagonist

are required to be in the same composition.  Alternatively, it is not apparent whether the dose of

cabazitaxel is administered separately and distinctly from the H2 antagonist and "in combination

with" is intended to mean that the cabazitaxel and H2 antagonist are present together in the body

of the patient.


***Double Patenting***

The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where

Application/Control Number: 16/743,411                                              Page 5
Art Unit: 1629

the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on nonstatutory double patenting provided the reference application or patent either is shown to be commonly owned with the examined application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159. See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for applications not subject to examination under the first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used. Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately upon submission. For more information about eTerminal Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.


U.S. Patent No. 8,927,592

Claims 22-27 are rejected on the ground of nonstatutory double patenting as being unpatentable over claims 31-34 of U.S. Patent No. 8,927,592.

Application/Control Number: 16/743,411                                                    Page 6
Art Unit: 1629

Although the claims at issue are not identical, they are not patentably distinct from each

other because the proposed substitute claims in the '592 patent, <u>which have been granted pursuant</u>

<u>the Board of Patent Appeals and Interferences decision dated 10/22/2019</u>, recite:

> 31. A method of increasing survival comprising administering
> to a patient in need thereof (i) an antihistamine, (ii) a corticoid,
> (iii) an $H_2$ antagonist, and (iv) a dose of 20 to 25 mg/m$^2$ of
> cabazitaxel, or a hydrate or solvate thereof, wherein said
> antihistamine, said corticoid, and said $H_2$ antagonist are
> administered prior to said dose of 20 to 25 mg/m$^2$ of
> cabazitaxel, or hydrate or solvate thereof, in combination with
> prednisone or prednisolone, wherein said patient has castration
> resistant or hormone refractory, metastatic prostate cancer that
> has progressed during or after treatment with docetaxel.
>
> 32. The method according to claim 31, where the cabazitaxel,
> or hydrate or solvate thereof, is administered at a dose of 25
> mg/m$^2$.
>
> 33. The method according to claim 31, comprising repeating the
> administration of said antihistamine, said corticoid, said $H_2$
> antagonist, and said cabazitaxel, or hydrate or solvate thereof,
> as a new cycle every 3 weeks.
>
> 34. The method according to claim 31, where the cabazitaxel,
> or hydrate or solvate thereof, is administered at a dose of 20
> mg/m$^2$.

Accordingly, both the instant claims and those of the '592 patent encompass administering a dose

of 20 to 25 mg/m$^2$ cabazitaxel, or a hydrate or solvate thereof, in combination with an $H_2$ antagonist

to patients with castration resistant metastatic prostate cancer that has progressed during or after

treatment with docetaxel.

While the Examiner acknowledges that the patentability of the above Claims 31-34 of the

'592 patent remains subject to Appeal and an Appeal to the CAFC has in fact been submitted by

Mylan Laboratories Limited, <u>they are the presently allowed claims of the '592 patent at the time</u>

<u>of this Office Action</u>.

Application/Control Number: 16/743,411                                        Page 7
Art Unit: 1629

<u>U.S. Patent No. 10,583,110</u>

Claims 22-27 are rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 1-6 of U.S. Patent No. 10,583,110.

Although the claims at issue are not identical, they are not patentably distinct from each

other because the '110 patent claims recite:

> 1. A method of increasing survival comprising administering to a patient in need thereof (1) cabazitaxel, or a hydrate of solvate thereof, as a new cycle every three weeks and (2) dexchlorpheniramine administered at a dose of 5 mg, dexamethasone administered at a dose of 8 mg, and an H2 antagonist, each administered prior to the administration of said cabazitaxel, or hydrate of solvate thereof, wherein said patient has castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel.
> 2. The method according to claim 1, wherein the dexchlorpheniramine, dexamethasone, and H2 antagonist are administered 30 minutes prior to the administration of said cabazitaxel, or hydrate of solvate thereof.
> 3. The method according to claim 2, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 15-25 mg/m².
> 4. The method according to claim 3, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 25 mg/m².
> 5. The method according to claim 3, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 20 mg/m².
> 6. The method according to claim 3, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 15 mg/m².

Accordingly, both the instant claims and those of the '110 patent encompass administering a dose

of 20 to 25 mg/m² cabazitaxel, or a hydrate or solvate thereof, in combination with an $H_2$ antagonist

to patients with castration resistant metastatic prostate cancer that has progressed during or after

treatment with docetaxel.

Application/Control Number: 16/743,411                                         Page 8
Art Unit: 1629

### *Claims Free of the Prior Art*

Instant Claims 22-27 are not subject to any prior art rejections under 35 U.S.C. 102 and/or

35 U.S.C. 103. The closest prior art are WINQUIST[1] and TROPIC LISTING[2]. Winquist and the

TROPIC Listing together disclose the same treatment protocol described in Example 1 of the

present Specification ("the TROPIC Study").

Specifically, Winquist discloses the administration of a 25 mg/m$^2$ dose of cabazitaxel to

mCRPC patients: "A randomized, open-label multicentre study of XRP-6258 [cabazitaxel] at 25

mg/m$^2$ in combination with prednisone every 3 weeks compared to mitoxantrone in combination

with prednisone for the treatment of hormone-refractory metastatic prostate cancer previously

treated with a Taxotere [docetaxel]-containing regimen." Winquist at page 3948. The primary

endpoint is overall survival. *Id.*

The TROPIC Listing discloses the same phase III clinical trial reported in Winquist (the

Sanofi-Aventis TROPIC Study), a "randomized, open-label, multi-center study comparing the

safety and efficacy of XRP6258 [cabazitaxel] plus prednisone to mitoxantrone plus prednisone in

the treatment of hormone refractory metastatic prostate cancer previously treated with a Taxotere

[docetaxel]-containing regimen." TROPIC Listing, 1. The TROPIC Listing, like Winquist,

discloses that cabazitaxel is to be administered every three weeks and that expected patient

enrollment is 720 patients. *Id.* at 1-2. The TROPIC Listing expressly states that patients must have

a "[d]ocumented progression of disease (demonstrating at least one visceral or soft tissue

metastatic lesion, including a new lesion) . . . [or] rising PSA levels or appearance of [a] new

lesion," after previous treatment with docetaxel. *Id.* at 2. The primary outcome, as also reported in

---

[1] Eric Winquist et al., *Open clinical uro-oncology trials in Canada*, THE CANADIAN JOURNAL OF UROLOGY, 15(1), 3942-49 (February 2008)
[2] Sanofi-Aventis, *XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC)*, CLINICALTRIALS.GOV (October 23, 2008)

Application/Control Number: 16/743,411                                    Page 9
Art Unit: 1629

Winquist, is overall survival. *Id.* at 1. The TROPIC Listing notes the start date of the clinical trial was December 2006. *Id.* at 2. The TROPIC Listing, unlike Winquist, does not disclose an administration dose of cabazitaxel. *Id.*

Neither Winquist nor The TROPIC Listing disclose administering cabazitaxel "in combination with an $H_2$ antagonist" as required by the instant claims.

The prosecution history of the present family of patent applications is extensive due at least in part to U.S. Application No. 13/456,720, filed April 26, 2012, which issued as U.S. Patent No. 8,927,592. Briefly, when the Examiner allowed the '720 application he stated in the Reasons for Allowance that it is surprising and unexpected that the then claimed combination of cabazitaxel and a corticoid are clinically effective in the treatment of prostate cancer that has progressed during or after treatment with docetaxel. Specifically, the 37 CFR 1.132 Declaration of Dr. Sartor filed 7/16/2014 in that application provided convincing evidence that while the art was full of promising early clinical results, these failed to predict whether therapies would ultimately provide a clinically meaningful benefit to the desired patient populations and that mCRPC was known to be a particularly challenging and unpredictable indication.

An *inter partes* review of claims 1-5 and 7-30 of U.S. Patent No. 8,927,592 was requested by petitioner Mylan Laboratories Limited and the Board of Patent Appeals and Interferences (BPAI) rendered a Final Written Decision on 4/14/2017, determining that claims 1-5 and 7-30 of the '592 patent are unpatentable (substantially in light of the teachings of Winquist and The TROPIC Listing) and denying Patent Owner's Contingent Motion to Amend claims 27-30. Patent Owners appealed to the CAFC on 11/17/2017 the Board's denial of its motion to amend claims 27-30.  The CAFC concluded, *inter alia*, that the Board applied the wrong claim construction in

Application/Control Number: 16/743,411                                           Page 10
Art Unit: 1629

its analysis, vacated its denial of the motion and remanded for further proceedings consistent with

its opinion.

Material to the present claim construction, Patent Owner's motion to amend its claims

included substituting proposed claims 31-34 for claims 27-30.  Proposed substitute Claim 31

recited:

> 31. A method of increasing survival comprising administering
> to a patient in need thereof (i) an antihistamine, (ii) a corticoid,
> (iii) an $H_2$ antagonist, and (iv) a dose of 20 to 25 mg/m² of
> cabazitaxel, or a hydrate or solvate thereof, wherein said
> antihistamine, said corticoid, and said $H_2$ antagonist are
> administered prior to said dose of 20 to 25 mg/m² of
> cabazitaxel, or hydrate or solvate thereof, in combination with
> prednisone or prednisolone, wherein said patient has castration
> resistant or hormone refractory, metastatic prostate cancer that
> has progressed during or after treatment with docetaxel.

The Court held that *Jansen* and *Rapoport* supported a conclusion that the preamble of proposed

Claim 31 is limiting. As in *Rapoport*, the phrase "patient in need thereof" from proposed Claim 31

relies on the preamble for antecedent basis. And, as in *Jansen*, the preamble expresses the

"intentional purpose [—increasing survival—] for which the method must be performed." The

Court therefore "interpret the nearly parallel language in the ['592] patent claims in the same way."

Notably, the Court emphasized that their conclusion is also consistent with the specification

of the '529 patent, which emphasizes increasing survival as an important aspect of the invention.

Example 1 of the patent, for instance, describes a clinical study where patients with castration

resistant metastatic prostate cancer who had previously been treated with docetaxel received either

treatment with cabazitaxel or mitoxantrone (an antitumor antibiotic), each combined with either

prednisone or prednisolone. In discussing the results of this study, the '529 patent highlights that

patients in the cabazitaxel group demonstrated increased overall survival rates compared to

patients treated with mitoxantrone and prednisone. The CAFC held that the Board erred by treating

Application/Control Number: 16/743,411                                                    Page 11
Art Unit: 1629

the preamble as non-limiting and on remand, instructed the Board to treat the preamble as an

additional limitation of proposed Claim 31.

The Examiner adopts the claim construction of the CAFC and construes the preamble of

independent Claim 22, i.e., "[A] method of increasing survival…", as expressing an intentional

purpose for which the method must be performed.  As noted by the BPAI on remand, "…proving

the obviousness of the challenged claims does not require proving that performing the method

recited in the proposed claims would actually increase survival, but it does require proving that a

person of ordinary skill in the art reasonably would have expected the performance of the recited

method to increase survival."

Here, a preponderance of the evidence weighs against a *prima facie* finding of obviousness

of the claimed invention.  While it is true that a Phase III clinical trial of cabazitaxel in a dose

encompassed by the instant claims (25 mg/m$^2$) in hormone refractory metastatic prostate cancer

previously treated with a Taxotere [docetaxel] was started prior to Applicants' earliest effective

filing date (e.g., as taught in WINQUIST and The TROPIC Listing), a person of ordinary skill in

the art, while **hopeful** that the trial would be successful and increase survival of patients, would

not reasonably have expected that cabazitaxel would increase survival of patients treated in the

TROPIC Study.


### *Conclusion*

If applicants should amend the claims, a complete and responsive reply will clearly identify

where support can be found in the disclosure for each amendment. Applicants should point to the

page and line numbers of the application corresponding to each amendment, and provide any

statements that might help to identify support for the claimed invention (e.g., if the amendment is

Application/Control Number: 16/743,411                                          Page 12
Art Unit: 1629

not supported in *ipsis verbis*, clarification on the record may be helpful). Should applicants present

new claims, applicants should clearly identify where support can be found in the disclosure.

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to JAMES D ANDERSON whose telephone number is (571)272-9038. The

examiner can normally be reached on Monday-Friday, 8:30 am - 5:00 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Jeffrey Lundgren can be reached on 571-272-5541. The fax phone number for the organization

where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR system,

see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system,

contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like

assistance from a USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/James D. Anderson/
Primary Examiner, Art Unit 1629

UNITED STATES PATENT AND TRADEMARK OFFICE
400 Dulany Street
Alexandria, VA 22314-5774
Tel. No.: (571) 272-9038



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 5487 | 7590 | 06/09/2020 |
| --- | --- | --- |

LISA P. RASMUSSEN
SANOFI
55 CORPORATE DRIVE
MAIL CODE: 55A-525
BRIDGEWATER, NJ 08807

| EXAMINER |
| --- |
| ANDERSON, JAMES D |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 1629 | |

DATE MAILED: 06/09/2020

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 16/743,411 | 01/15/2020 | Sunil GUPTA | FR2009/121-US CNT5 | 2021 |

TITLE OF INVENTION: NOVEL ANTITUMORAL USE OF CABAZITAXEL

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 09/09/2020 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. <u>PROSECUTION ON THE MERITS IS CLOSED.</u> THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE | By fax, send to: | (571)-273-2885 |
|---|---|---|---|
| | Commissioner for Patents | | |
| | P.O. Box 1450 | | |
| | Alexandria, Virginia 22313-1450 | | |

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1 by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

5487      7590      06/09/2020
LISA P. RASMUSSEN
SANOFI
55 CORPORATE DRIVE
MAIL CODE: 55A-525
BRIDGEWATER, NJ 08807

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | |
|---|---|
| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/743,411 | 01/15/2020 | Sunil GUPTA | FR2009/121-US CNT5 | 2021 |

TITLE OF INVENTION: NOVEL ANTITUMORAL USE OF CABAZITAXEL

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1000 | $0.00 | $0.00 | $1000 | 09/09/2020 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ANDERSON, JAMES D | 1629 | 514-085000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). | 2. For printing on the patent front page, list |
|---|---|
| ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached. | (1) The names of up to 3 registered patent attorneys or agents OR, alternatively, |
| ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.** | (2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. |

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

| 4a. Fees submitted: ☐ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies _____ |
|---|
| 4b. Method of Payment: *(Please first reapply any previously paid fee shown above)* |
| ☐ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038) |
| ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____ |

| 5. **Change in Entity Status** (from status indicated above) | NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment. |
|---|---|
| ☐ Applicant certifying micro entity status. See 37 CFR 1.29 | NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status. |
| ☐ Applicant asserting small entity status. See 37 CFR 1.27 | NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable. |
| ☐ Applicant changing to regular undiscounted fee status. | |

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Authorized Signature _____ | Date _____ |
|---|---|
| Typed or printed name _____ | Registration No. _____ |

PTOL-85 Part B (08-18) Approved for use through 01/31/2020      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/743,411 | 01/15/2020 | Sunil GUPTA | FR2009/121-US CNT5 | 2021 |

5487        7590        06/09/2020

LISA P. RASMUSSEN
SANOFI
55 CORPORATE DRIVE
MAIL CODE: 55A-525
BRIDGEWATER, NJ 08807

| EXAMINER |
|---|
| ANDERSON, JAMES D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1629 | |

DATE MAILED: 06/09/2020

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b) (2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 16/743,411 | Applicant(s) GUPTA, Sunil | |
|---|---|---|---|
| | Examiner JAMES D ANDERSON | Art Unit 1629 | AIA (FITF) Status No |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to <u>Amendments filed 4/3/2020</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are <u>22-27</u> . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐All    b) ☐ Some    *c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
   Paper No./Mail Date _____.
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date <u>4/17/2020 and 5/14/2020.</u>
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____.
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____.

5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

/James D. Anderson/
Primary Examiner, Art Unit 1629

Application/Control Number: 16/743,411                                      Page 2
Art Unit: 1629

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

### *Claim Status*

Applicants' response and amendments to the claims, filed 4/3/2020, have been received and entered.

Claims 22-27 are pending and allowed.

### *Information Disclosure Statement*

The information disclosure statements (IDSs) submitted on 4/17/2020 and 5/14/2020 were filed after the mailing date of the Non-Final Office Action on 4/1/2020. The submissions are in compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure statements are being considered by the examiner. Please refer to the attached USPTO Forms 1449.

### *Terminal Disclaimer*

The Terminal Disclaimers filed 4/3/2020 have been received, entered, and approved.

### *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance:

For clarity of the record, the Examiner will address his claim construction/broadest reasonable interpretation of the following limitations:

i) "[A] method of increasing survival comprising administering to a patient in need thereof…" and

Application/Control Number: 16/743,411                                    Page 3
Art Unit: 1629

ii) "…wherein the H2 antagonist is administered to the patient prior to administering the dose of cabazitaxel…".

Respecting i), the Examiner adopts the claim construction of the CAFC and PTAB in the *inter partes* review of US Patent No. 8,927,592 (IPR2016-00712).   This claim construction was discussed in Office Action mailed 4/1/2020 (pages 10-11) and is herein incorporated by reference. Briefly, the Examiner adopts the claim construction of the CAFC and PTAB and construes the preamble of independent Claim 22, i.e., "[A] method of increasing survival...", as expressing an intentional purpose for which the method must be performed. As noted by the BPAI on remand, "…proving the obviousness of the challenged claims does not require proving that performing the method recited in the proposed claims would actually increase survival, but it does require proving that a person of ordinary skill in the art reasonably would have expected the performance of the recited method to increase survival." Prior to Applicants' earliest effective filing date, a person of ordinary skill in the art would <u>not</u> have had a reasonable expectation that administration of cabazitaxel to patients having castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel would increase survival of such patients.

Respecting ii), the Examiner construes "…wherein the $H_2$ antagonist is administered to the patient prior to administering the dose of cabazitaxel…" to mean that an $H_2$ antagonist is administered as a "pre-medication" to prevent or control nausea and vomiting in a patient who will be administered cabazitaxel. See Specification at page 10, lines 17-20; page 11, lines 26-28.  Put another way, it is unreasonable to construe "…wherein the $H_2$ antagonist is administered to the patient prior to administering the dose of cabazitaxel…" to encompass an $H_2$ antagonist being administered to a patient days, weeks, or months prior to administering a dose of cabazitaxel. Rather, the broadest reasonable interpretation of "prior to administering the dose of cabazitaxel",

Application/Control Number: 16/743,411                                                      Page 4
Art Unit: 1629

*consistent with the disclosure and known use of a "pre-medication"*, is administration of the $H_2$ antagonist as a "pre-medication" up to a few hours prior to administering the dose of cabazitaxel.

Finally, it is the position of the Examiner that Applicants have demonstrated unexpected results, specifically that administration of a dose of 20 to 25 mg/m$^2$ cabazitaxel to patients with castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel increases the overall survival and progression-free survival of the treated patients. While cabazitaxel was administered in combination with prednisone or prednisolone in Applicants' examples, which co-administration of prednisone or prednisolone is not a requirement of the instant claims, it was the dose of 20 to 25 mg/m$^2$ cabazitaxel that led to increased survival, <u>not</u> the administration of prednisone or prednisolone. Such is evidenced by the fact that Applicants compared cabazitaxel + prednisone or prednisolone to mitoxantrone + prednisone or prednisolone. The overall survival (15.1 months vs. 12.7 months) and progression-free survival (2.8 months vs. 1.4 months) of patients treated with cabazitaxel + prednisone or prednisolone were increased in a statistically significant manner compared to the survival of patients treated with mitoxantrone + prednisone or prednisolone. See Table 1. Accordingly, Applicants' results are considered commensurate in scope with the claimed invention.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Application/Control Number: 16/743,411                                              Page 5
Art Unit: 1629

*Conclusion*

**Claims 22-27 are allowed**.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JAMES D ANDERSON whose telephone number is (571)272-9038.  The examiner can normally be reached on Monday-Friday, 8:30 am - 5:00 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jeffrey Lundgren can be reached on 571-272-5541.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/James D. Anderson/
Primary Examiner, Art Unit 1629

# Exhibit E

757 Fed.Appx. 988
This case was not selected for publication in West's Federal Reporter.
See Fed. Rule of Appellate Procedure 32.1 generally governing citation of judicial
decisions issued on or after Jan. 1, 2007. See also U.S.Ct. of App. Fed. Cir. Rule 32.1.
United States Court of Appeals, Federal Circuit.

SANOFI MATURE IP, Appellant

v.

MYLAN LABORATORIES LIMITED, Appellee

2018-1203
|
Decided: February 5, 2019

**Synopsis**

**Background:** Patentee's assignee sought review of decision of the Patent Trial and Appeal Board that denied assignee's contingent motion to amend certain claims at issue in an inter partes review requested by a competitor.

**Holdings:** The Court of Appeals, O'Malley, Circuit Judge, held that:

Board's error in placing burden on patentee's assignee to prove that its proposed amended claims were patentable was not harmless error, and

preamble of one of patentee's assignee's proposed claims was limiting.

Vacated and remanded.

**Procedural Posture(s):** Review of Administrative Decision.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00712.

**Attorneys and Law Firms**

Daniel John Minion, Venable LLP, New York, NY, argued for appellant. Also represented by William E. Solander, Katherine Adams, Dominick A. Conde, Whitney Lynn Meier.

Matthew R. Reed, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, argued for appellee. Also represented by Steven William Parmelee, Michael T. Rosato, Jad Allen Mills, Seattle, WA; Wendy L. Devine, San Francisco, CA.

Before Prost, Chief Judge, O'Malley and Stoll, Circuit Judges.

**Opinion**

O'Malley, Circuit Judge.

 **\*989**  This appeal involves U.S. Patent No. 8,927,592 ("the '592 patent"), which is assigned to Sanofi Mature IP ("Sanofi"). [1] In an inter partes review requested by Mylan Laboratories Limited, the U.S. Patent Trial and Appeal Board ("Board") invalidated claims 1–5 and 7–30 of the '592 patent. *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, IPR2016-712, 2017 WL 4221400, at *2

(P.T.A.B. Sept. 21, 2017) ("*'592 Decision*"). The Board also denied Sanofi's contingent motion to amend claims 27–30. *Id.* Sanofi appeals the Board's denial of its motion. Because we conclude that the Board improperly placed the burden of proof on Sanofi to establish that its proposed claims were patentable and applied the wrong claim construction in its analysis, we *vacate* its denial of the motion and *remand* for further proceedings consistent with this opinion.

## I. BACKGROUND

### A. The '592 Patent

According to the '592 patent, prostate cancer is generally treated with hormone deprivation. '592 patent, col. 1, ll. 35–43. This can include surgery, *e.g.* castration. *Id.* But if prostate cancer metastasizes, *i.e.* spreads to other parts of the body, then castration is ineffective. And while other forms of hormone deprivation exist, the '592 patent explains that they do not "improve[ ] ... survival time." *Id.* at col 1, ll. 40–43. Chemotherapy drugs, such as docetaxel, are therefore used, in combination with estramustine or prednisone, to treat castration resistant, metastatic prostate cancers. *Id.* at col. 1, ll. 62–65. Even then, however, patients can become resistant to docetaxel treatments. *Id.* at col. 2, ll. 11–13. These patients are then left with "limit[ed] ... possible treatment options." *Id.*

The '592 patent purports to provide these patients—"patients with castration resistant metastatic prostate cancer who have been previously treated with docetaxel"—with a new treatment option. *Id.* at col. 2, ll. 18–24. This treatment involves administering an antitumoral agent, cabazitaxel, in combination with a corticoid such as prednisone or prednisolone. *Id.* at col. 3, ll. 1–5.

### B. Procedural History

On March 15, 2016, Mylan petitioned for inter partes review of claims 1–5 and 7–30 of the '592 patent. The Board instituted review on all challenged claims.

#### 1. Sanofi Proposes Substitute Claims

On December 23, 2016, Sanofi filed an opposed motion to amend its claims by substituting proposed claims 31–34 for claims 27–30. *See, e.g.,* J.A. 655 ("If original Claim 27 is found unpatentable, the Board is requested to replace it with proposed substitute Claim 31."). Proposed substitute claim 31 recites:

> 31. *A method of increasing survival comprising administering to a patient in need thereof* (i) an antihistamine, (ii) a corticoid, (iii) an H2 antagonist, and (iv) a dose of 20 to 25 mg/m2 of cabazitaxel, **\*990** *or a hydrate or solvate thereof, wherein said antihistamine, said corticoid, and said H2 antagonist are administered prior to said dose of 20 to 25 mg/m2 of cabazitaxel, or hydrate or solvate thereof, in combination with* prednisone *or* prednisolone, *wherein said patient has* castration *resistant or hormone refractory,* metastatic prostate cancer *that has progressed during or after treatment with* docetaxel.

J.A. 681 (emphases added).

Proposed claim 31, like claim 27, requires administering cabazitaxel, in combination with prednisone or prednisolone, to a patient with castration resistant or hormone refractory metastatic prostate cancer who has progressed during or after treatment

with docetaxel. But, as the Board noted, "[s]ubstitute claim 31 amends the preamble [of claim 27] to recite a 'method of increasing survival' followed by 'comprising administering to a patient in need thereof.' " *'592 Decision*, 2017 WL 4221400, at *28. Proposed claim 31 also limits claim 27 by requiring the administration of an antihistamine, a corticoid, and an H2 antagonist prior to administering the cabazitaxel. *Id.*

Proposed claims 32–34 depend directly from proposed claim 31. These dependent claims do not differ from claims 28–30 in any way that is relevant to this appeal. [2]

## 2. The Board's Decision

On September 21, 2017, the Board issued its final written decision. First, the Board invalidated claims 1–5 and 7–30 of the '592 patent for obviousness. *'592 Decision*, 2017 WL 4221400, at *2. Sanofi has not appealed this aspect of the Board's decision. Additionally, the Board denied Sanofi's contingent motion to amend because, according to the Board, Sanofi failed to establish that its proposed claims would be patentable. *Id.* at *28.

In addressing Sanofi's motion, the Board concluded that the preamble of proposed claim 31 was the only phrase requiring explicit construction. *Id.* at *29. Sanofi argued that the preamble—"[a] method of increasing survival"—was a "statement of intentional purpose for how the method is to be performed," as we described in *Jansen v. Rexall Sundown, Inc.*, 342 F.3d 1329, 1333 (Fed. Cir. 2003). *Id.* The Board disagreed, distinguishing *Jansen* in favor of *Bristol–Myers Squibb Co. v. Ben Venue Laboratories, Inc.*, 246 F.3d 1368, 1375–78 (Fed. Cir. 2001). *Id.* at *30 ("*Bristol–Myers Squibb* is relevant precedent and stands for the proposition that a method of treatment preamble stating the intended purpose of the treatment does not impose a result limitation on the recited method step."). The Board therefore concluded that the preamble of proposed claim 31 should not be treated as limiting because it merely provides "additional description," as in *Bristol-Myers Squibb*, rather than an "intentional purpose for how the treatment method is to be practiced," as in *Jansen*. *Id.* (internal quotation marks omitted). And, while Sanofi invited the Board to treat its claim construction arguments as a disclaimer, the Board declined to do so. *Id.* (citing *Tempo Lighting, Inc. v. Tivoli, LLC*, 742 F.3d 973, 978 (Fed. Cir. 2014) ).

On the merits, Sanofi argued "that the prior art d[id] not disclose or suggest that 20–25 mg/m2 of cabazitaxel in combination with prednisone or prednisolone would increase overall survival," as required by the preamble to claim 31. *Id.* at 31. The Board rejected this argument based on its construction **\*991** of proposed claim 31, *i.e.* that the preamble was not limiting. *Id.*

Sanofi also argued that a skilled artisan would not have been motivated to use the claimed premedication regimen—administration of an antihistamine, a corticoid, and an H2 antagonist—prior to cabazitaxel therapy. *Id.* The Board rejected this argument as well. *Id.*

On October 4, 2017, we issued our en banc decision in *Aqua Products, Inc. v. Matal*, 872 F.3d 1290 (Fed. Cir. 2017) (en banc). A few days later, the Board offered Sanofi additional time to request rehearing in view of *Aqua Products*. J.A. 16653–54. Sanofi did not request rehearing.

Sanofi timely filed a notice of appeal from the Board's final written decision. This Court has jurisdiction pursuant to 28 U.S.C. § 1295(a)(4)(A) and 35 U.S.C. § 141(c).

## II. DISCUSSION

Sanofi argues that the Board erroneously placed the burden of proof on Sanofi to show that its proposed claims would be patentable. Sanofi also appeals the Board's construction of proposed claim 31, along with the Board's ultimate conclusion that

the proposed claims would be unpatentable. For the following reasons, we agree that the Board erred in requiring Sanofi to prove that its proposed claims would be patentable and in construing the proposed claims.

### A. Burden of Proof

In an inter partes review, the petitioner bears the burden of proving that proposed amended claims are unpatentable. *Aqua Prods.*, 872 F.3d at 1327–28. But in deciding whether Sanofi could amend its claims here, the Board expressly required Sanofi to prove that its proposed substitute claims were patentable. *'592 Decision*, 2017 WL 4221400, at *28 ("As the moving party, [Sanofi] bears the burden of proving patentability of each proposed substitute claim ... we conclude that [Sanofi] has not met its burden with respect to the proposed substitute claims."). This was error. *See Aqua Prods.*, 872 F.3d at 1327–28.

Even so, Mylan maintains that the Board's error was harmless because the Board "found that [Mylan] satisfied the burden of showing the proposed substitute claims are unpatentable by a preponderance of the evidence." Appellee Br. at 58. We disagree. While the Board at times suggested Mylan had "establish[ed]" certain facts, it also noted other failures of proof and gaps in Mylan's expert testimony. *'592 Decision*, 2017 WL 4221400, at *31–32. We therefore decline to speculate as to how the Board would resolve this case under the correct legal standard. *See, e.g.*, *Sirona Dental Sys. GmbH v. Institut Straumann AG*, 892 F.3d 1349, 1357 (Fed. Cir. 2018) (vacating and remanding for the Board to reconsider the evidence after *Aqua Products*); *Bosch Auto. Serv. Sols., LLC v. Matal*, 878 F.3d 1027, 1040 (Fed. Cir. 2017), *as amended on reh'g in part* (Mar. 15, 2018) (same); *Silver Peak Sys., Inc. v. Matal*, 698 F. App'x 1036 (Fed. Cir. 2017) (same).

Mylan also contends that remand is inappropriate because Sanofi did not seek rehearing of the Board's decision. But Sanofi was not required to request rehearing. *See In re Magnum Oil Tools Int'l, Ltd.*, 829 F.3d 1364, 1377 (Fed. Cir. 2016) ("Nowhere does the statute granting parties the right to appeal a final written decision in an [inter partes review] require that the party first file a request for rehearing before the Board...."); *see also* 35 U.S.C. § 141(c). Sanofi therefore did not waive this issue. And, to the extent Mylan's argument is premised on administrative exhaustion, **\*992** it is similarly unpersuasive. *Compare Darby v. Cisneros*, 509 U.S. 137, 154, 113 S.Ct. 2539, 125 L.Ed.2d 113 (1993) ("[W]here the [Administrative Procedure Act] applies, an appeal to 'superior agency authority' is a prerequisite to judicial review only when expressly required by statute or when an agency rule requires appeal before review and the administrative action is made inoperative pending that review."), *with* 35 U.S.C. § 141(c) (imposing no such requirement). We therefore vacate the Board's denial of Sanofi's contingent motion to amend and remand for proceedings consistent with our decision in *Aqua Products*.

### B. Claim Construction

We review the Board's conclusions of law *de novo* and its findings of fact for substantial evidence. *In re Gartside*, 203 F.3d 1305, 1316 (Fed. Cir. 2000). This framework also applies to claim construction. *PPC Broadband, Inc. v. Corning Optical Commc'ns RF, LLC*, 815 F.3d 747, 751 (Fed. Cir. 2016). We therefore conduct a *de novo* review of the Board's determination of the broadest reasonable interpretation of the claims, reviewing any underlying factual findings for substantial evidence.[3] *Id.*

A claim's preamble may be limiting "if it recites essential structure or steps, or if it is 'necessary to give life, meaning, and vitality' to the claim." *Catalina Mktg. Int'l, Inc. v. Coolsavings.com, Inc.*, 289 F.3d 801, 808 (Fed. Cir. 2002) (quoting *Pitney Bowes, Inc. v. Hewlett-Packard Co.*, 182 F.3d 1298, 1305 (Fed. Cir. 1999) ). But, generally, "a preamble is not limiting 'where a patentee defines a structurally complete invention in the claim body and uses the preamble only to state a purpose or intended use for the invention.' " *Id.* (quoting *Rowe v. Dror*, 112 F.3d 473, 478 (Fed. Cir. 1997) ).

Sanofi argues that the preamble of proposed claim 31 is limiting based on our decisions in *Rapoport v. Dement*, 254 F.3d 1053 (Fed. Cir. 2001) and *Jansen*. We agree.

In *Rapoport*, the claims recited "[a] method for treatment of sleep apneas comprising administration of a therapeutically effective regimen of a Formula I azapirone compound ... to a patient in need of such treatment." 254 F.3d at 1056. After noting the parties' agreement that the preamble should be limiting, we concurred, explaining that the preamble—"[a] method for treatment of sleep apneas"—was limiting there because "without treating the phrase 'treatment of sleep apneas' as a claim limitation, the phrase 'to a patient in need of such treatment' would not have a proper antecedent basis." *Id.* at 1059. We then concluded that the most natural interpretation of "[a] method for treatment of sleep apneas" in this context was that the method—administering a certain compound—must be practiced to achieve the purpose stated in the preamble. *Id.* at 1058–61 (construing the preamble phrase "treatment of sleep apneas" and then concluding that a certain reference did not anticipate because it was not "administered to patients suffering from sleep apnea with the intent to cure the underlying condition"); *see also Jansen*, 342 F.3d at 1333 (discussing *Rapoport*).

 **\*993**  Although it was undisputed in *Rapoport* that the preamble was limiting, when confronted with similar claims in *Jansen*, we reached the same result. In *Jansen*, the relevant claim recited:

> 1. *A method of treating or preventing macrocytic-megaloblastic anemia* in humans which anemia is caused by either folic acid deficiency or by vitamin B12 deficiency which comprises administering a daily oral dosage of a vitamin preparation *to a human in need thereof* comprising at least about 0.5 mg. of vitamin B12 and at least about 0.5 mg. of folic acid.

*Jansen*, 342 F.3d at 1330 (emphases added). Based in part on this claim language, and *Rapoport*, we reasoned that the preamble —"[a] method of treating or preventing macrocytic-megaloblastic anemia"—was limiting because it articulated the "purpose for which the method must be performed." *Id.* at 1333.

*Jansen* and *Rapoport* support a conclusion that the preamble is limiting here. [4]  As in *Rapoport*, the phrase "patient in need thereof" from proposed claim 31 relies on the preamble for antecedent basis. 254 F.3d at 1059. And, as in *Jansen*, the preamble expresses the "intentional purpose[—increasing survival—]for which the method must be performed." 342 F.3d at 1333. We therefore "interpret the nearly parallel language in the ['592] patent claims in the same way." *Id.*

Our conclusion is also consistent with the specification of the '529 patent, which emphasizes increasing survival as an important aspect of the invention. Example 1 of the patent, for instance, describes a clinical study where patients with castration resistant metastatic prostate cancer who had previously been treated with docetaxel received either treatment with cabazitaxel or mitoxantrone (an antitumor antibiotic), each combined with either prednisone or prednisolone. '529 patent at col. 10, ll. 30–34, 44–45. In discussing the results of this study, the '529 patent highlights that patients in the cabazitaxel group demonstrated increased *overall survival* rates compared to patients treated with mitoxantrone and prednisone. *Id.* at col. 11, ll. 26–37 ("The median survival for patients in the cabazitaxel group was 15.1 months in comparison to 12.7 months in the mitixantrone group."); *see also id.* at col 1, ll. 40–43 (criticizing various prior art hormone deprivation therapies because they did not "improve[ ] ... survival time").

Mylan's attempts to distinguish *Jansen* and *Rapoport* are unpersuasive, and its reliance on *Bristol-Myers Squibb* is misplaced. In *Bristol-Myers Squibb*, we concluded that the claim language "strongly suggest[ed] the independence of the preamble from the body of the claim." *Bristol-Myers Squibb*, 246 F.3d at 1375. But here, the claim language suggests the opposite. Indeed, there is a direct link between the claim as a whole and the preamble, which provides an antecedent basis for "in need thereof." *See Rapoport*, 254 F.3d at 1059.

Mylan's reliance on the '529 patent's prosecution history is also unavailing. According to Mylan, the decision to delete the phrases "effective amount" and "clinically proven effective amount" from claim 1 and claim 24 (issued as claim 27), respectively,  **\*994**  reflected an "accept[ance] that the claimed methods did not require 'an effect on the cancer to be treated.' "

Appellee Br. at 27. Mylan therefore argues that the claims do not require the administered doses to have any effect on the patient. *Id.* But these phrases were deleted to specify the clinically effective doses, not to suggest that their effects were irrelevant. J.A. 4111–16; J.A. 1859. And Mylan conflates concepts of curing cancer or sending it into remission with longer survival while the cancer remains intact. Regardless, the proposed claims would now clearly require "increasing survival." J.A. 681. [5]

Ultimately, the patent owner's proposed claim 31 closely mirrors language from cases, such as *Jansen* and *Rapoport*, which we have treated as limiting. The Board erred by treating the preamble here as non-limiting. On remand, the Board should therefore treat the preamble as an additional limitation of proposed claim 31.

### III. CONCLUSION

For the reasons stated above, we *vacate* the Board's denial of Sanofi's contingent motion to amend and its construction of the proposed substitute claims and we *remand* for further consideration consistent with this opinion.

**VACATED AND REMANDED**

### COSTS

No costs.

**All Citations**

757 Fed.Appx. 988

### Footnotes

1    This appeal was originally filed by Aventis Pharma S.A. On January 24, 2019, Aventis filed an unopposed motion to substitute Sanofi Mature IP, which acquired the '592 patent during this appeal, as the named party in this case. On January 28, 2019, we granted this request. Thus, although Aventis was the original named party, we will refer to Sanofi throughout this opinion for clarity.

2    Proposed claims 32 and 34 are substantively identical to claims 28 and 30. Proposed claim 33, however, additionally requires the cabazitaxel regimen to be administered with an antihistamine, corticoid, and H2 antagonist. J.A. 682.

3    The U.S. Patent and Trademark Office has indicated it intends to apply the *Phillips* claim construction standard to petitions filed on or after November 13, 2018. *See Changes to the Claim Construction Standard for Interpreting Claims in Trial Proceedings Before the Patent Trial and Appeal Board*, 83 Fed. Reg. 51,340 (Oct. 11, 2018) (to be codified at 37 C.F.R. pt. 42). Because Mylan filed its petition before November 13, 2018, we apply the broadest reasonable interpretation standard here (as the Board did below).

4    To the extent the Board disregarded *Jansen* simply because it was on appeal from a district court, *'529 Decision*, 2017 WL 4221400 at *30 ("*Jansen* is distinguishable from the present case because it was an infringement case...."), it erred. Claim construction standards vary between district court litigations and inter partes reviews, but basic principles of construction do not. *Cf. Power Integrations, Inc. v. Lee*, 797 F.3d 1318, 1326 (Fed. Cir. 2015).

5    Alternatively, Sanofi argues that the prosecution history here supports its proposed construction because its contingent motion to amend constitutes a clear and unmistakable disclaimer of any embodiments lacking the purpose limitation. Mylan argues that this is not clear disclaimer. Regardless of whether Sanofi's motion to amend constitutes a clear and

unmistakable disclaimer, we conclude that it is at least relevant to the inquiry and favors treating the preamble as limiting. *Cf. Bristol-Myers*, 246 F.3d at 1375 ("[T]his is not a case in which a new use of a process should be considered to be a limitation because that new use distinguishes the process over the prior art....").

---

**End of Document**                                      © 2020 Thomson Reuters. No claim to original U.S. Government Works.

# Exhibit F

Trials@uspto.gov
Tel: 571-272-7822

Paper 112
Entered: October 22, 2019

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

MYLAN LABORATORIES LIMITED,
Petitioner,

v.

AVENTIS PHARMA S.A.,
Patent Owner.

Case IPR2016-00712
Patent 8,927,592 B2

Before ZHENYU YANG, TINA E. HULSE, and
CHRISTOPHER M. KAISER, *Administrative Patent Judges.*

KAISER, *Administrative Patent Judge.*

FINAL WRITTEN DECISION ON REMAND
*35 U.S.C. § 318(a); 37 C.F.R. § 42.73(a)*

IPR2016-00712
Patent 8,927,592 B2

# INTRODUCTION

## A. Background

Mylan Laboratories Limited ("Petitioner") filed a Petition requesting an *inter partes* review of claims 1–5 and 7–30 of U.S. Patent No. 8,927,592 (Ex. 1001, "the '592 patent"). Paper 3 ("Petition" or "Pet."). Petitioner supported its challenge with the Declaration of Dr. Rahul Seth. Ex. 1002. Aventis Pharma S.A. ("Patent Owner") filed a Preliminary Response to the Petition. Paper 7 ("Prelim. Resp."). On September 22, 2016, the Board instituted an *inter partes* review of claims 1–5 and 7–30 of the '592 patent. Paper 9 ("Institution Decision").

After institution, Patent Owner filed a Response (Paper 21, "PO Resp.") and a Contingent Motion to Amend claims 27–30 of the '592 patent (Paper 22, "MTA"). Patent Owner supported its Response and MTA with the Declaration of Dr. Alton Oliver Sartor (Ex. 2176), the Declaration of Mr. Michael Tate (Ex. 2149), and the Declaration of Mr. Art Lathers (Ex. 2231).

Petitioner filed a Reply (Paper 42, "Reply") and Opposition to Patent Owner's MTA (Paper 43, "MTA Opp."[1]). Petitioner supported its Reply and MTA Opposition with the Reply Declaration of Dr. Seth (Ex. 1043), and the Declaration of Mr. Robert McSorley (Ex. 1044).[2]

---

[1] Petitioner filed the MTA Opposition under seal, subject to the Board's ruling on Petitioner's Motion to Seal (Paper 45). Petitioner filed a redacted public version of the MTA Opposition as Paper 44.

[2] Petitioner filed Dr. Seth's Reply Declaration and Mr. McSorley's Declaration under seal, subject to the Board's ruling on Petitioner's Motion to Seal (Paper 45). Petitioner filed redacted public versions of the declarations using the same respective exhibit numbers.

IPR2016-00712
Patent 8,927,592 B2

Patent Owner filed a Reply to Petitioner's Opposition to Patent Owner's MTA. Paper 53 ("MTA Reply").[3] Patent Owner supported its MTA Reply with the Reply Declaration of Dr. Sartor (Ex. 2259) and the Declaration of Patricia Matthews, RN, BSN (Ex. 2234).

Patent Owner filed Observations (Paper 80) on the cross-examination testimony of Dr. Seth (Ex. 2258) regarding Petitioner's Reply (Paper 42), and Petitioner filed a response to Patent Owner's Observations (Paper 93). Patent Owner also filed Observations (Paper 81 (under seal), Paper 82 (public version)) on the cross-examination testimony of Mr. McSorley (Ex. 2261) regarding Petitioner's Reply (Paper 42), and Petitioner filed a response to Patent Owner's Observations (Paper 92 (under seal), Paper 94 (public version)).

Petitioner filed Observations (Paper 84) on the cross-examination testimony of Dr. Sartor (Ex. 1098) with respect to Patent Owner's MTA, and Patent Owner filed a Response (Paper 90).

An oral hearing was held on June 13, 2017, and a transcript of the oral hearing is of record. Paper 98 ("Tr.").

On September 21, 2017, the Board issued a Final Written Decision (Paper 99, "Dec."), in which it concluded that Petitioner had shown by a preponderance of the evidence that claims 1–5 and 7–30 of the '592 patent were unpatentable and that Patent Owner had not shown by a preponderance of the evidence that proposed claims 31–34 were patentable. On November

---

[3] Patent Owner filed the MTA Reply under seal, subject to the Board's ruling on Patent Owner's Motion to Seal (Paper 54). Patent Owner filed a redacted public version of the MTA Reply as Paper 52.

IPR2016-00712
Patent 8,927,592 B2

17, 2017, Patent Owner appealed to the Court of Appeals for the Federal Circuit.  Paper 103.

On appeal, Patent Owner argued that the Board erred in denying its MTA.  *Sanofi Mature IP v. Mylan Labs. Ltd.*, 757 F. App'x 988, 989 (Fed. Cir. 2019).  The Federal Circuit agreed, vacating the denial of the MTA and remanding.  *Id.*

On remand, Petitioner submitted a brief setting forth the issues for us to decide and its arguments on those issues.  Paper 109 ("Pet. Remand Br.").  Patent Owner filed a responsive brief.  Paper 110 ("PO Remand Br.").  Petitioner filed a reply.  Paper 111 ("Pet. Remand Reply").

We have jurisdiction under 35 U.S.C. § 6, and we issue this Final Written Decision pursuant to 35 U.S.C. § 318(a) and 37 C.F.R. § 42.73.  For the reasons discussed below, we conclude that Petitioner has not established by a preponderance of the evidence that proposed claims 31–34 are unpatentable.  Accordingly, we grant Patent Owner's Motion to Amend claims 27–30 by replacing them with proposed claims 31–34.

## B.  The Issues on Remand

When Patent Owner appealed the earlier Final Written Decision, it noted that "the issues on appeal" included

> the Board's determination of unpatentability of claims 21 and
> 30 of U.S. Patent No. 8,927,592 ("the '592 patent") under
> 35 U.S.C. § 103, including the Board's determination and
> application of its construction of terms in those claims; the
> Board's denial of Patent Owner's Contingent Motion to Amend
> claims 27-30 with proposed substitute claims 31-34, including
> the Board's determination and application of its construction of
> terms in proposed substitute claims 31-34; the constitutionality
> of the inter partes review proceeding as raised in *Oil States
> Energy Services, LLC v. Greene's Energy Group*, 639 F. App'x

4

IPR2016-00712
Patent 8,927,592 B2

> 639 (Fed. Cir. May 4, 2016), *cert. granted*, 85 U.S.L.W. 3578
> (U.S. June 12, 2017) (No. 16-712) that the Board's findings in
> this proceeding and this proceeding itself violate due process;
> and any finding or determination supporting or related to these
> issues, as well as all other issues decided adversely to Aventis
> in any orders, decisions, rulings and opinions, all of which,
> taken together or independently, caused prejudicial harm to
> Aventis related to these issues.

Paper 103, 1–2.

Despite this extensive list of "issues on appeal," the Federal Circuit's decision on appeal addressed only the denial of the MTA. *Sanofi*, 757 F. App'x at 994 ("[W]e *vacate* the Board's denial of Sanofi's contingent motion to amend and its construction of the proposed substitute claims and we *remand* for further consideration consistent with this opinion."). Because the Federal Circuit did not otherwise disturb the Board's findings and conclusions, we need only decide whether to grant Patent Owner's MTA. Accordingly, except to the extent that they are contradicted by any statement herein, we maintain the analysis, findings, and conclusions reached in the earlier Final Written Decision, which we incorporate by reference. *See* Paper 99.

In opposing the MTA, Petitioner argues that the proposed claims are unpatentable on the following grounds:

IPR2016-00712
Patent 8,927,592 B2

| Statutory Ground | Basis | Challenged Claims |
|---|---|---|
| § 103(a) | Winquist,[4] TROPIC Listing,[5] Pivot,[6] and NCCN[7] | 31–34 |
| § 103(a) | Winquist, TROPIC Listing, Pivot, NCCN, and Mita[8] | 31–34 |
| § 103(a) | Winquist, TROPIC Listing, Pivot, and any one of Takenaka,[9] Hudis,[10] Trudeau,[11] or the Taxol Label[12] | 31–34 |

[4] Eric Winquist et al., *Open clinical uro-oncology trials in Canada*, THE CANADIAN JOURNAL OF UROLOGY, 15(1), 3942–49 (Feb. 2008) (Ex. 1009, "Winquist").

[5] Sanofi-Aventis, *XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC)*, CLINICALTRIALS.GOV (Oct. 23, 2008) (Ex. 1008, "TROPIC Listing").

[6] X. Pivot et al., *A multicenter phase II study of XRP6258 administered as a 1-h i.v. infusion every 3 weeks in taxane-resistant metastatic breast cancer patients*, ANNALS OF ONCOLOGY, 19, 1547–52 (Apr. 23, 2008) (Ex. 1010, "Pivot").

[7] NCCN CLINICAL PRACTICE GUIDELINES IN ONCOLOGY: ANTIEMESIS (Feb. 5, 2008) (Ex. 1045, "NCCN").

[8] Alain C. Mita et al., *Phase I and Pharmacokinetic Study of XRP6258 (RPR116258A), a Novel Taxane, Administered as a 1-Hour Infusion Every 3 Weeks in Patients with Advanced Solid Tumors*, CLIN. CANCER RES. 2009:15(2), 723–30 (Jan. 15, 2009) (Ex. 1012, "Mita").

[9] Atsushi Takenaka et al., *Combination chemotherapy with weekly docetaxel and estramustine for hormone refractory prostate cancer in Japanese patients*, INT'L J. UROLOGY, 15, 106–09 (2008) (Ex. 1046, "Takenaka").

[10] Clifford A. Hudis et al., *Phase II and Pharmocologic Study of Docetaxel as Initial Chemotherapy for Metastatic Breast Cancer*, J. CLIN. ONCOLOGY, 14, 58–65 (Jan. 1996) (Ex. 1048, "Hudis").

[11] Maureen E. Trudeau et al., *Docetaxel in Patients with Metastatic Breast Cancer: A Phase II Study of the National Cancer Institute of Canada-Clinical Trials Group*, J. CLIN. ONCOLOGY, 14, 422–28 (Feb. 1996) (Ex. 1047, "Trudeau").

[12] MEAD JOHNSON ONCOLOGY PRODUCTS, TAXOL® (PACLITAXEL) INJECTION (Feb. 10, 2000) (Ex. 2093, "Taxol Label").

IPR2016-00712
Patent 8,927,592 B2

| Statutory Ground | Basis | Challenged Claims |
|---|---|---|
| § 103(a) | Winquist, TROPIC Listing, Pivot, Mita, and any one of Takenaka, Hudis, Trudeau, or the Taxol Label | 31–34 |
| § 103(a) | Consent Form,[13] Pivot, and any one of NCCN, Takenaka, Hudis, Trudeau, or the Taxol Label | 31–34 |
| § 103(a) | Consent Form, Pivot, Mita, and any one of NCCN, Takenaka, Hudis, Trudeau, or the Taxol Label | 31–34 |
| § 102(b) | Public Use in the TROPIC Study | 31–34 |
| § 101 | Lack of Eligible  Subject Matter | 31–34 |

MTA Opp. 7–21, 22–25; Pet. Remand Br. 7–25; Pet. Remand Reply 1–7.

   C. The '592 Patent

   The '592 patent, titled "Antitumoral Use of Cabazitaxel," issued

January 6, 2015, from an application filed April 26, 2012. Ex. 1001. The

'592 patent claims priority through an international application to a series of

provisional applications, the earliest of which is dated October 29, 2009.

Ex. 1001, at [60], [63]. The '592 patent is directed to the use of cabazitaxel

in the treatment of prostate cancer, particularly metastatic castration resistant

prostate cancer ("mCRPC"). Id. at 1:19–26. Because cancer cells may

develop resistance to docetaxel ("sold under the brand name

'Taxotere®'"[14]), administering cabazitaxel is intended to treat prostate

---

[13] Sanofi Aventis, *Minimum Information Required for Written Subject Information: A Randomized, Open Label Multi-Center Study of XRP6258 At 25 mg/m² in Combination With Prednisone Every 3 Weeks Compared to Mitoxantrone in Combination With Prednisone For the Treatment of Hormone Refractory Metastatic Prostate Cancer Previously Treated With A Taxotere®-Containing Regimen* (Oct. 16, 2006) (Ex. 2182, "Consent Form").
[14] Ex. 1001, 2:23.

IPR2016-00712
Patent 8,927,592 B2

cancer in patients with advanced metastatic disease that has progressed despite previous treatment with a docetaxel-based regimen. *Id.* at 2:61–67. Cabazitaxel is preferably administered in combination with a corticoid, such as prednisone or prednisolone, at a daily dose of 10 mg orally. *Id.* at 3:2–5.

The chemical name for cabazitaxel is 4α-acetoxy-2α-benzoyloxy-5β, 20-epoxy-lβ-hydroxy-7β, 10β-dimethoxy-9-oxo-ll-taxen-13α-yl(2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate. *Id.* at 4:28–31. Cabazitaxel is a taxane compound, the chemical structure of which is depicted in the figure reproduced below:



*Id.* at 4:8–26. The figure above shows the chemical structure of cabazitaxel. *Id.* Example 1 of the '592 patent describes a large-scale (phase III) comparative clinical trial of mCRPC patients whose disease had progressed during or after docetaxel treatment, the docetaxel-refractory patients being treated with either 25 mg/m$^2$ of cabazitaxel or 12 mg/m$^2$ mitoxantrone, and 10 mg/day of prednisone. *Id.* at 10:30–48. Patients receiving cabazitaxel and prednisone demonstrated a median overall survival that was 2.4 months longer than those receiving mitoxantrone and prednisone. *Id.* at 11:28–37, 11:45–54. The claimed method is directed to administering cabazitaxel and

IPR2016-00712
Patent 8,927,592 B2

a corticoid to prostate cancer patients whose disease has progressed in spite of previous docetaxel treatment. *Id.* at 5:33–67, 18:54–58, 20:25–30.

### D. Proposed Claims

Patent Owner proposes replacing claims 27–30 with claims 31–34.

The proposed claims recite:

> 31. A method of increasing survival comprising administering to a patient in need thereof (i) an antihistamine, (ii) a corticoid, (iii) an $H_2$ antagonist, and (iv) a dose of 20 to 25 mg/m$^2$ of cabazitaxel, or a hydrate or solvate thereof, wherein said antihistamine, said corticoid, and said $H_2$ antagonist are administered prior to said dose of 20 to 25 mg/m$^2$ of cabazitaxel, or hydrate or solvate thereof, in combination with prednisone or prednisolone, wherein said patient has castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel.

MTA 27.

> 32. The method according to claim 31, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m$^2$.

*Id.*

> 33. The method according to claim 31, comprising repeating the administration of said antihistamine, said corticoid, said $H_2$ antagonist, and said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

*Id.* at 28.

> 34. The method according to claim 31, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m$^2$.

*Id.*

IPR2016-00712
Patent 8,927,592 B2

## ANALYSIS

### A. *Claim Construction*

In an *inter partes* review, we construe claim terms in an unexpired patent according to their broadest reasonable construction in light of the specification of the patent in which they appear.[15]  37 C.F.R. § 42.100(b) (2017); *see Cuozzo Speed Techs. LLC v. Lee*, 136 S. Ct. 2131, 2144 (2016) (upholding the use of the broadest reasonable interpretation standard). Claim terms generally are given their ordinary and customary meaning, as would be understood by one of ordinary skill in the art in the context of the entire disclosure.  *In re Translogic Tech., Inc.*, 504 F.3d 1249, 1257 (Fed. Cir. 2007).  "[C]laim terms need only be construed 'to the extent necessary to resolve the controversy.'"  *Wellman, Inc. v. Eastman Chem. Co.*, 642 F.3d 1355, 1361 (Fed. Cir. 2011) (quoting *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999)).

On remand, we have been instructed to treat the preamble of claim 31 "as an additional limitation of" the claim that "require[s] 'increasing survival'" as the "intentional purpose . . . for which the [recited] method must be performed."  *Sanofi*, 757 F. App'x at 993–94 (quoting *Jansen v. Rexall Sundown, Inc.*, 342 F.3d 1329, 1333 (Fed. Cir. 2003)).  As instructed, we adopt that construction of the preamble of claim 31.

---

[15] A recent amendment to this rule does not apply here because the Petition was filed before November 13, 2018.  *See* Changes to the Claim Construction Standard for Interpreting Claims in Trial Proceedings Before the Patent Trial and Appeal Board, 83 Fed. Reg. 51,340 (Oct. 11, 2018) (amending 37 C.F.R. § 100(b) effective November 13, 2018).

IPR2016-00712
Patent 8,927,592 B2

## B. *Preliminary Issues*

In deciding a motion to amend, "if a patent owner files a motion to amend . . . and that motion meets the requirements of 35 U.S.C. § 316(d) (i.e., proposes a reasonable number of substitute claims, and the substitute claims do not enlarge scope of the original claims of the patent or introduce new matter)," then we must "determine whether the substitute claims are unpatentable by a preponderance of the evidence." Memorandum, "Guidance on Motions to Amend in view of *Aqua Products*" (Nov. 21, 2017) (available at http://go.usa.gov/xU6YV). "[I]f the entirety of the evidence of record before [us] is in equipoise as to the unpatentability of one or more substitute claims, [we] will grant the motion to amend with respect to such claims." *Id.*

For the reasons given in the earlier Final Written Decision, which were not disturbed on appeal, we find (1) that proposed substitute claims 31–34 are not broader than claims 27–30, which they replace, and (2) that Patent Owner has complied with our rules by proposing a reasonable number of substitute claims. Dec. 68. The record does not contain any argument that the proposed claims introduce new matter. MTA 1–25; MTA Opp. 1–25; MTA Reply 1–12; Pet. Remand Br. 1–25; PO Remand Br. 1–25; Pet. Remand Reply 1–7. Accordingly, we conclude that Patent Owner's MTA meets the requirements of 35 U.S.C. § 316(d). We therefore proceed to consider whether the evidence of record shows that the proposed claims are unpatentable.

## C. *Asserted Obviousness of Proposed Claims*

Petitioner argues that the subject matter of the proposed claims would have been obvious to a person of ordinary skill in the art given the teachings

IPR2016-00712
Patent 8,927,592 B2

of several different combinations of the prior art of record.  MTA Opp. 7–
21, 22–25; Pet. Remand Br. 7–25; Pet. Remand Reply 1–7.

> ### 1.   *Requirement to Prove Reasonable Expectation of Success*

"An invention is not obvious just 'because all of the elements that
comprise the invention were known in the prior art.'"  *Broadcom Corp. v.
Emulex Corp.*, 732 F.3d 1325, 1335 (Fed. Cir. 2013) (quoting *Power-One,
Inc. v. Artesyn Techs., Inc.*, 599 F.3d 1343, 1351 (Fed. Cir. 2010)).  Instead,
"a finding of obviousness at the time of invention requires a 'plausible
rational[e] as to why the prior art references would have worked together.'"
*Id.* (quoting *Power-One*, 599 F.3d at 1352).  In addition to a reason to
combine the prior-art references, proving obviousness requires showing that
a person of ordinary skill in the art would have had "a reasonable
expectation of achieving what is claimed in the patent-at-issue."  *Intelligent
Bio-Systems, Inc. v. Illumina Cambridge Ltd.*, 821 F.3d 1359, 1367 (Fed.
Cir. 2016).

Although both parties agree that proving the obviousness of the
proposed claims requires showing such a reasonable expectation of success,
they disagree about what is required to make such a showing.  Because the
preamble of claim 31 recites only the "intentional purpose . . . for which the
[recited] method must be performed," *Sanofi*, 757 F. App'x at 993,
Petitioner argues that a reasonable expectation of success would be shown if
the evidence of record proves that a person of ordinary skill in the art
reasonably would have expected to be able to carry out the recited method
steps with the intent of increasing survival.  Pet. Remand Br. 15–18.  Patent
Owner argues that a reasonable expectation of success would be shown only
if the evidence of record proves that a person of ordinary skill in the art

12

IPR2016-00712
Patent 8,927,592 B2

reasonably would have expected carrying out the recited method steps to result in increased survival.  PO Remand Br. 2–5.  Patent Owner is correct with respect to the applicable standard for showing a reasonable expectation of success.

In *Sanofi v. Glenmark Pharmaceuticals Inc.*, the trial court was presented with a claim reciting a limitation setting forth the intended purpose for which its method must be performed and faced with the question of how the party challenging the validity of the claim could prove that a person of ordinary skill in the art would have had a reasonable expectation of success. 204 F. Supp. 3d 665, 671–72, 687–96 (D. Del. 2016).  Specifically, the claim at issue required performing the recited method steps with the intended purpose of "decreasing a risk of cardiovascular hospitalization." *Id.* at 671–72.  The court concluded that showing a reasonable expectation of success required proving that a person of ordinary skill in the art "would . . . have had a reasonable expectation that [the recited method] would reduce the risk of cardiovascular hospitalization."  *Id.* at 691.  The Federal Circuit affirmed that this was the correct standard to apply.[16]  *Sanofi v. Watson Labs. Inc.*, 875 F.3d 636, 647 (Fed. Cir. 2017).

---

[16] Petitioner argues that, in affirming the application of this standard, the Federal Circuit did not require it to be applied, merely finding that the appellants had accepted the standard.  Pet. Remand Reply 2.  This is incorrect.  Although the Federal Circuit stated that the appellants had "accept[ed] the legal framework" applied in the case, the same appellants also argued that the trial court had "adopted an incorrect legal standard" and had applied "too high a standard for proving a reasonable expectation of success."  875 F.3d at 646–47.  Because of these arguments, it was necessary for the Federal Circuit to decide what the legal standard for proving a reasonable expectation of success should be, and it did so by affirming the standard applied by the district court.

IPR2016-00712
Patent 8,927,592 B2

Petitioner argues that applying the *Sanofi* standard would
"impermissibly engraft[] increased survival results onto the scope of claims
that merely require an intended purpose, not results."  Pet. Remand Br. 15.
Petitioner is correct that the proposed claims do not require the achievement
of any particular results, but Petitioner is wrong to suggest that the *Sanofi*
standard requires proof of such results.  The Federal Circuit clearly
distinguished the standard actually applied in *Sanofi*—a reasonable
expectation that the recited method would reduce the risk of cardiovascular
hospitalization—from a hypothetical standard in which the district court
would have "demand[ed] known certainty as to the objective of reduced
hospitalization."  *Sanofi*, 875 F.3d at 647.  Accordingly, to prove a
reasonable expectation of success with respect to a claim that recites a
limitation setting forth achieving a particular result as the intended purpose
for which a recited method must be performed, what is required is not proof
that the recited method would actually bring about the recited result, but
rather proof that a person of ordinary skill in the art would have had a
reasonable expectation that performing the recited method would bring
about the recited result.

Here, the Federal Circuit has instructed us to interpret the proposed
claims as reciting an intended purpose of increasing survival.  *Sanofi*, 757 F.
App'x at 993–94.  Thus, proving the obviousness of the challenged claims
does not require proving that performing the method recited in the proposed
claims would actually increase survival, but it does require proving that a
person of ordinary skill in the art reasonably would have expected the
performance of the recited method to increase survival.

IPR2016-00712
Patent 8,927,592 B2

> ### 2. *Whether a Reasonable Expectation of Success Has Been Shown*

On the issue of whether a person of ordinary skill in the art would have expected the method recited in the proposed claims to increase survival, there is evidence of record both to support Petitioner's position and to refute it, but the preponderance of the evidence does not support Petitioner's position.

> #### a. Evidence That Is Neutral with Respect to a Finding that a Person of Ordinary Skill in the Art Would Have Expected Increased Survival

As an initial matter, we note that the mere fact that the TROPIC study, a phase III clinical trial of cabazitaxel with the purpose of investigating overall survival, was underway at the time of the effective filing date of the '592 patent does not prove that a person of ordinary skill in the art would have expected treatment with cabazitaxel to increase survival. In *Sanofi v. Glenmark*, as discussed above, the claims recited a limitation requiring as a purpose for which the recited method must be performed the reduction of risk of cardiovascular hospitalization, and a phase III clinical trial was ongoing with the primary endpoint of "the time to first hospitalization for cardiovascular reasons or death from any cause." 204 F. Supp. 3d at 679. The district court found that the existence of this phase III trial did not support finding a reasonable expectation that the treatment being tested would result in a reduction in the risk of cardiovascular hospitalization. *Id.* at 691–92. Instead, the district court described the phase III trial as providing merely "a hypothesis that requires further testing," and the court proceeded to evaluate the other evidence of record to determine whether a person of ordinary skill in the art reasonably would have expected the

15

IPR2016-00712
Patent 8,927,592 B2

treatment in question to reduce the risk of cardiac hospitalization. *Id.* at 689–96. The phase III study at issue here was similar, seeking to test the hypothesis that treatment with cabazitaxel would increase overall survival, rather than reasonably suggesting that an increase in overall survival was to be expected. Ex. 1008, 1; Ex. 1009, 3948; *see* Ex. 2258, 41:8–42:6 (at time of TROPIC study, person of ordinary skill in the art would "hope" for increased survival, rather than "expect[ing]" it). Accordingly, we find that the existence of a phase III study here similar to that at issue in *Sanofi v. Glenmark* does not speak to the question of whether a person of ordinary skill in the art would have expected the treatment recited in the proposed claims to increase survival.

> b. Evidence Supporting a Finding that a Person of Ordinary Skill in the Art Would Have Expected Increased Survival

There is some evidence of record that supports a finding that a person of ordinary skill in the art would have expected the treatment method recited in the proposed claims to have resulted in an increase in survival.

> (1) *Dr. Seth's Personal Belief at the Time*

Dr. Seth, Petitioner's declarant, testified that, at the beginning of the TROPIC study, "we expected [cabazitaxel] to get FDA approval and it would increase overall survival." Pet. Remand Br. 13–14 (quoting Ex. 2258, 80:12–81:12). He also testified that "I thought we definitely would see a survival benefit" and that "we would see a definite benefit versus mitoxantrone." *Id.* We note that Dr. Seth in this testimony is referring to his personal expectations, not to the expectations of a person of ordinary skill in the art. To the extent that Dr. Seth resembled a person of ordinary skill in the art, however, this testimony supports a finding that a person of ordinary

16

IPR2016-00712
Patent 8,927,592 B2

skill in the art would have expected the treatment regimen in the TROPIC study to increase survival.

> ### (2) Dr. Seth's Testimony that a Person of Ordinary Skill in the Art Would Have Thought Cabazitaxel Would Work

Dr. Seth offers some testimony that speaks directly about the beliefs of a person of ordinary skill in the art. First, Dr. Seth testified that "the drug was known and was felt to be working at 20 or 25 mg/m$^2$." Pet. Remand Br. 13–14 (quoting Ex. 2258, 43:17–20). Because Dr. Seth explains that, by "working" he means "effective in controlling [DRmCRPC] which would lead to an overall survival," this testimony also supports a finding that a person of ordinary skill in the art would have expected cabazitaxel treatment to lead to an increase in survival.

Petitioner also argues that Dr. Seth's testimony, "20 to 25 mg/m$^2$, they would feel like it would work," was a statement that a person of ordinary skill in the art would have expected cabazitaxel to increase survival at the specified dose. Pet. Remand Br. 13–14 (purporting to quote Ex. 2258, 45:18–20). This argument misrepresents Dr. Seth's testimony as more certain about what a person of ordinary skill in the art would feel than it actually is. Dr. Seth's actual testimony was, "I can't really say what a [person of ordinary skill in the art] would feel, but 20 to 25 milligrams per meter squared, I feel we would feel that [would work]." Ex. 2258, 45:18–20. This testimony is quite equivocal; at most, it weakly supports a finding that a person of ordinary skill in the art would have expected cabazitaxel treatment to lead to an increase in survival.

17

IPR2016-00712
Patent 8,927,592 B2

      c. Evidence Opposing a Finding that a Person of
         Ordinary Skill in the Art Would Have Expected
         Increased Survival

In opposition to the evidence discussed above, the record also contains significant evidence that supports a finding that a person of ordinary skill in the art would not have expected the treatment method recited in the proposed claims to have resulted in an increase in survival.

      (1) *Dr. Seth's and Dr. Sartor's Testimony that a*
         *Person of Ordinary Skill in the Art Would Have*
         *Hoped For, but Not Expected, Increased*
         *Survival*

Both Dr. Seth and Dr. Sartor, Patent Owner's declarant, testify that, at the time of the effective filing date of the '592 patent, clinicians hoped that treatment with cabazitaxel would extend their patients' lives. Ex. 1041, 115:12–116:9 (in 2008, Dr. Sartor "hoped that the patients that [he was] giving cabazitaxel would have an extended life because of it"); Ex. 2258, 51:6–20 (Dr. Seth stating that, "when you control your disease, you are in turn hoping that they get a progression-free survival which would lead to an increase in overall survival"). Petitioner argues that both Dr. Seth and Dr. Sartor testified that this hope for an increase in survival was the same as an expectation that the treatment would increase survival. Pet. Remand Br. 13 (citing Ex. 1041, 115:12–116:9; Ex. 2258, 30:13–31:2). But neither declarant's testimony actually supports this view.

Dr. Sartor clearly agrees with the statement that he "hoped" his patients would have their lives extended by cabazitaxel treatment, but he just as clearly disagrees with the statement that he "intended" the treatment to have that effect, testifying that the results of the TROPIC study showing an increase in survival "surprised, delighted, [and] shocked" him. Ex. 1041,

IPR2016-00712
Patent 8,927,592 B2

115:12–116:9.  Dr. Seth testifies that "hope" and "expectation" are different terms, with "expectation" having a purely legal meaning and "hope" being the word that oncologists prefer.  Ex. 2258, 30:13–31:2.  To Dr. Seth, "hope" and "expectation" are such different concepts that he took issue with the continued use of the term "expectation" in the deposition questions presented to him.  *Id.*; *see also id.* at 41:8–15 (in response to a question about whether a person of ordinary skill in the art "would expect" an increase in survival, responding that the person of ordinary skill in the art "would hope" to see such a result).  Thus, given the evidence of record here, the fact that a person of ordinary skill in the art would have ***hoped*** that the method recited in the proposed claims would increase survival does not support a conclusion that that person also would have ***expected*** such a result.  *See also OSI Pharms., LLC v. Apotex Inc.*, No. 2018-1925, 2019 WL 4892078, at \*8 (Fed. Cir. Oct. 4, 2019) ("[H]ope that a potentially promising drug will treat a particular cancer is not enough to create a reasonable expectation of success . . . .");  *Coalition for Affordable Drugs V LLC v. Biogen MA Inc.*, IPR2015-01136, Paper 23, 10–13 (PTAB Sept. 2, 2015) (because "a 'hope' may or may not come to pass," the existence of a hope that a drug "will turn out to be useful for treating [a particular condition]" does not support finding a reasonable expectation of success).

> ### (2) Evidence that a Person of Ordinary Skill in the Art Understood that Cabazitaxel Could Control mCRPC

There is some evidence in the record that treatment with cabazitaxel could control mCRPC, but the parties disagree about whether an expectation that the recited treatment method would control cancer would have given rise to an expectation that the same method would have increased survival.

IPR2016-00712
Patent 8,927,592 B2

For example, Petitioner directs us to evidence that Mita demonstrated a six-month period of progression-free survival.  Pet. Remand Reply 3 (citing Paper 84, 2–3 (citing Ex. 1012, 727)). [17]  Petitioner also directs us to evidence that Pivot taught a median overall survival of docetaxel-resistant metastatic breast cancer patients of 12.3 months.  *Id.* (citing Ex. 1010, 1547). Petitioner argues that "controlling mCRPC long enough increases survival," so the demonstration of disease control in the prior art means that a person of ordinary skill in the art would have expected an increase in survival with cabazitaxel treatment.  *Id.*  Patent Owner disagrees, arguing that an expectation of anti-cancer activity does not necessarily give rise to an expectation of an increase in survival.  PO Remand Br. 6–9.

    We agree with Patent Owner.  There is significant evidence of record that the indications of disease control in Mita were known by those of ordinary skill in the art not to correlate with increased survival.  In Mita, the anti-cancer response in the patient showing the six-month progression-free survival to which Petitioner refers was shown by a drop in the level of prostate-specific antigen (PSA) and a partial radiologic response.  Ex. 1012, 725, 727.  Dr. Sartor testifies that "it was well known . . . that PSA reductions were of questionable value, not necessarily indicative of the efficacy of a treatment, and may not reflect disease progression with certain agents."  Ex. 2176 ¶ 80.  This testimony is supported by multiple pieces of documentary evidence in the record.  Ex. 1013, 1507, Table 3 (PSA level improvements did not correlate with overall survival improvements); Ex. 2006, 673 ("it is worthwhile to consider the limitations of the PSA

---

[17] We remind Petitioner that our rules do not permit this type of incorporation by reference.  37 C.F.R. § 42.6.

IPR2016-00712
Patent 8,927,592 B2

response as a predictor of a survival benefit"); Ex. 2020, 217 (noting that
PSA levels can fluctuate due to factors other than anti-cancer effect);
Ex. 2030, 307 ("the only validated phase III endpoint in advanced prostate
cancer, particularly CRPC, is overall survival"); Ex. 2111, 10–11 (reporting
no increase in overall survival despite significant incidence of PSA
reductions over 50%); Ex. 2126, 3944 ("surrogacy for any PSA-based
endpoint could not be demonstrated").

　　　　As for the overall survival shown in Pivot, the evidence of record does
not support a finding that a median overall survival of docetaxel-resistant
metastatic breast cancer patients of 12.3 months would have been interpreted
as an increase in survival.  First, Pivot did not report the overall survival for
a control group or any other group whose results could be compared with the
12.3-month result.  Ex. 1010, 1547–52.  Accordingly, there is no way to
determine from Pivot itself whether the overall survival reported in Pivot
represented an increase, a decrease, or no significant change in overall
survival.  Petitioner argues that Dr. Sartor's testimony that he would
attribute success to cabazitaxel if it caused a patient to live for nine months
means that the 12.3-month overall survival reported in Pivot must have
represented an increase in survival.  Paper 84 ¶ 4 (citing Ex. 1098, 400:4–
401:24).  But Dr. Sartor's testimony expressly referred to how he would
view a nine-month survival at the time of his testimony in 2017, not how he
would have done so on the effective filing date of the '592 patent.  Ex. 1098,
399:25–401:24.  Accordingly, this testimony says nothing about whether a
person of ordinary skill in the art would have interpreted Pivot's results in
such a way as to expect increased survival.

IPR2016-00712
Patent 8,927,592 B2

### (3) Evidence of Skepticism Regarding the TROPIC Study

Given all this evidence that a person of ordinary skill in the art would have hoped that the TROPIC study would show an increase in survival but would not have expected such a result, we credit Dr. Sartor's testimony that "it was a challenge to get the [TROPIC] study off the ground" because "some thought there was insufficient data with cabazitaxel in prostate cancer to safely move forward with a phase III study." Ex. 2176 ¶ 93. We also credit Dr. Sartor's testimony that, when the results of the TROPIC study ultimately were announced, "[p]ractitioners who had been aware of the existence of the study were surprised by the results." *Id.* ¶ 187.

### d. Conclusion

We have weighed all the evidence discussed above, and we find that the preponderance of evidence of record does not show that, at the time of the effective filing date of the '592 patent, a person of ordinary skill in the art reasonably would have expected the treatment regimen recited in the proposed claims to have resulted in an increase in patient survival. Accordingly, we conclude that the evidence of record does not establish the obviousness of the proposed claims on any ground.

### D. Asserted Anticipation of Proposed Claims

Petitioner argues that "[c]laims 31–34 are anticipated under 35 U.S.C. § 102(b) by the public use of the claimed methods in the TROPIC Study." MTA Opp. 21–22. Patent Owner argues, *inter alia*, that the invention of the proposed claims was not subject to the public-use bar at the time of the TROPIC study because "there is no evidence indicating that anyone

22

IPR2016-00712
Patent 8,927,592 B2

involved with TROPIC (including the inventor) had determined that the claimed methods would work for their intended purpose." MTA Reply 12.

The public-use bar under 35 U.S.C. § 102(b)[18] acts as a bar to patentability when the invention was in public use more than one year before the date of the patent application and was ready for patenting. *Invitrogen Corp. v. Biocrest Mfg. L.P.*, 424 F.3d 1374, 1380 (Fed. Cir. 2005). An invention is ready for patenting if either of two conditions applies: the invention has been reduced to practice or "the inventor ha[s] prepared drawings or other descriptions of the invention that were sufficiently specific to enable a person skilled in the art to practice the invention." *Pfaff v. Wells Elecs., Inc.*, 525 U.S. 55, 67–68 (1998).

Petitioner asserts that the invention of the proposed claims "was 'ready for patenting' before 2009," but Petitioner does not develop this argument or cite any evidence to support it. MTA Opp. 22. Nevertheless, we have considered whether the evidence of record supports a finding that the invention of the proposed claims was "ready for patenting" at the time of the TROPIC study. We determine that it does not.

Proof of readiness for patenting due to reduction to practice requires proof that the inventor had "determined that the invention would work for its intended purpose." *In re Omeprazole Patent Litig.*, 536 F.3d 1361, 1373 (Fed. Cir. 2008) (quoting *Z4 Techs., Inc. v. Microsoft Corp.*, 507 F.3d 1340, 1352 (Fed. Cir. 2007)). As discussed extensively above, the purpose of the

---

[18] The '592 patent cites a filing date of April 26, 2012, and it claims priority to applications filed as early as 2009. Ex. 1001, at [22], [60], [63]. Regardless of which of these is the effective filing date of the '592 patent, no date later than April 26, 2012, is possible. Accordingly, the pre-AIA version of 35 U.S.C. § 102 applies to the '592 patent.

IPR2016-00712
Patent 8,927,592 B2

TROPIC study was to determine whether treatment of mCRPC with cabazitaxel would increase survival. *See, e.g.*, Ex. 2182, 2 ("The aim of this study is to determine whether [cabazitaxel] in combination with prednisone improves overall survival . . ."). The existence of a phase III study to determine whether the claimed treatment method would achieve the intended purpose is strong evidence that the inventor had not yet determined that the invention would work for its intended purpose. *Omeprazole*, 536 F.3d at 1373–74. In the absence of any relevant evidence to the contrary cited by Petitioner, we find that the invention recited in the proposed claims had not yet been reduced to practice at the time of the TROPIC study.

This leaves the issue of whether the claimed invention was ready for patenting by virtue of "the inventor ha[ving] prepared drawings or other descriptions of the invention that were sufficiently specific to enable a person skilled in the art to practice the invention." *Pfaff*, 525 U.S. at 67–68. Neither party directs us to any evidence regarding this issue. MTA Opp. 22; MTA Reply 12. Further, we cannot find any evidence supporting a finding that, at the time of the TROPIC study itself, there was any description of the invention recited in the proposed claims that included the premedication steps. Petitioner relies solely on De Bono[19] for details regarding the practice followed in the TROPIC study, including the use of a premedication regimen comprising "an antihistamine, corticosteroid, . . . and histamine H2-antagonist." MTA Opp. 21 (quoting Ex. 2055, 1150). But De Bono was not published until after the TROPIC study had been completed. Ex. 2055, 1147

---

[19] Johann Sebastian de Bono et al., *Prednisone plus cabazitaxel or mitoxantrone for metastatic castration-resistant prostate cancer progressing after docetaxel treatment: a randomised open-label trial*, THE LANCET, 376, 1147–54 (Oct. 2, 2010) (Ex. 2055, "De Bono").

IPR2016-00712
Patent 8,927,592 B2

(showing "cutoff for the final analysis" of the TROPIC study as September 25, 2009; showing publication date of October 2, 2010 for De Bono). Accordingly, De Bono was not a "description[] of the invention that [was] sufficiently specific to enable a person skilled in the art to practice the invention," *Pfaff*, 525 U.S. at 67–68, at the time of the TROPIC study, the alleged public use of the claimed invention.  As for documents in the record available at the time of the TROPIC study, Winquist, the TROPIC listing, and the patient consent form all lack any disclosure of the premedication steps recited in the proposed claims.  Ex. 1008, 1–3; Ex. 1009, 3948; Ex. 2182, 1–8.  Because the evidence of record does not support a finding that, at the time of the alleged public use, either (1) the invention of the proposed claims had been reduced to practice or (2) that "the inventor had prepared drawings or other descriptions of the invention that were sufficiently specific to enable a person skilled in the art to practice the invention," *Pfaff*, 525 U.S. at 67–68, we find that the invention was not ready for patenting.  Accordingly, the TROPIC study did not constitute a public-use bar to the proposed claims under 35 U.S.C. § 102(b).

### E. Asserted Lack of Patent-Eligible Subject Matter

Petitioner argues that the proposed claims "are directed to a non-patent eligible mental process: intending to increase survival of a patient while administering a prior art method."  Pet. Remand Br. 25.  Patent Owner disagrees, arguing that the proposed claims "are directed to a specific method of treatment for specific patients using a specific compound at specific doses to achieve a specific outcome."  PO Remand Br. 25.

IPR2016-00712
Patent 8,927,592 B2

>    *1.    Principles of Law*

Section 101 defines patent-eligible subject matter as "any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof." 35 U.S.C. § 101. But courts have long held that laws of nature, natural phenomena, and abstract ideas are not patentable. *Mayo Collaborative Servs. v. Prometheus Labs., Inc.*, 566 U.S. 66, 70–71 (2012) (citing *Diamond v. Diehr*, 450 U.S. 175, 185 (1981)). These ineligible concepts are implicit exceptions to the statutory categories. *Id.* at 71.

The Supreme Court articulated a two-step subject-matter eligibility test in *Mayo* and *Alice Corp. v. CLS Bank International*, 573 U.S. 208 (2014). *Alice/Mayo* step one asks whether a claim is "directed to" a judicial exception. *Alice*, 573 U.S. at 217. In *Alice/Mayo* step two, we consider "the elements of each claim both individually and 'as an ordered combination' to determine whether the additional elements 'transform the nature of the claim' into a patent-eligible application." *Id.* (quoting *Mayo*, 566 U.S. at 79, 78). Step two is described as a search for an "inventive concept." *Id.*

The USPTO has published guidance on patent subject-matter eligibility. 2019 Revised Patent Subject Matter Eligibility Guidance, 84 Fed. Reg. 50 (USPTO Jan. 7, 2019) ("Guidance"). Step 1 of the USPTO's eligibility analysis asks whether the claimed subject matter falls within the four statutory categories of invention. *Id.* at 53–54. Under Step 2A, Prong One, of the Guidance, we determine if the claim recites a judicial exception, including particular groupings of abstract ideas (i.e., mathematical concepts, certain methods of organizing human activity, or mental processes). *Id.* at 52–53. If so, we then analyze the claim to

26

IPR2016-00712
Patent 8,927,592 B2

determine whether the recited judicial exception is integrated into a practical application of that exception under Step 2A, Prong Two, of the Guidance. *Id.* at 53–55. Only if we conclude that the judicial exception is not integrated into a practical application do we conclude that the claim is directed to the judicial exception. In that case, we proceed to Step 2B and look to whether the claim adds a specific limitation beyond the judicial exception that is not "well-understood, routine, conventional activity in the field," or whether the claim simply appends well-understood, routine, conventional activities previously known to the industry, specified at a high level of generality, to the judicial exception. *Id.* at 56.

####     2.    *USPTO Step 1*

There are four categories of subject matter that Congress has deemed appropriate for patenting: processes, machines, manufactures, and compositions of matter. 35 U.S.C. § 101. These "four categories together describe the exclusive reach of patentable subject matter. If a claim covers material not found in any of the four statutory categories, that claim falls outside the plainly expressed scope of § 101 even if the subject matter is otherwise new and useful." *In re Nuijten*, 500 F.3d 1346, 1354 (Fed. Cir. 2007).

Here, claim 31 recites the process step of administering a particular premedication regimen, followed by the process step of administering a particular drug treatment regimen, to a particular type of patient with the intended purpose of increasing survival. MTA 27. Claims 32–34 further restrict the process of claim 31 by narrowing the range of allowable doses or requiring a particular schedule for the repetition of claim 31's process steps. *Id.* at 27–28. Accordingly, each of the proposed claims recites a process,

27

IPR2016-00712
Patent 8,927,592 B2

which is "a mode of treatment of certain materials to produce a given result." *Gottschalk v. Benson*, 409 U.S. 63, 70 (1972).

> 3.   *USPTO Step 2A, Prong One*

Having determined that the proposed claims fall within the four categories of § 101, we next must analyze whether the proposed claims recite a judicial exception to those four categories.  Guidance, 84 Fed. Reg. at 51.  The Guidance organizes the abstract-idea exception into the following subject-matter groupings: mathematical concepts, certain methods of organizing human activity (e.g., a fundamental economic practice), and mental processes.  *Id.* at 52.  The grouping of mental processes includes "concepts performed in the human mind (including an observation, evaluation, judgment, [or] opinion)."  *Id.*

Claim 31 recites the limitation "[a] method of increasing survival," which the Federal Circuit has instructed us to interpret as "requir[ing] 'increasing survival'" as the "intentional purpose . . . for which the [recited] method must be performed."  *Sanofi*, 757 F. App'x at 993–94; MTA 27.  Petitioner argues that this limitation recites a method step that is a "purely mental" abstract idea.  Pet. Remand Br. 25.

For the purpose of this analysis, we agree.  As the state of mind that must be adopted during the performance of the other steps of the claimed process, the "intentional purpose" limitation is in some sense a process step.  And it certainly is "performed in the human mind," as the step of possessing a particular intentional purpose is incapable of being performed in any other way.  Accordingly, under Step 2A, Prong One, we find that claim 31 recites an abstract idea: a mental process.  Because claims 32–34 incorporate the limitations of claim 31, 37 C.F.R. § 1.75(c), they also recite an abstract idea.

IPR2016-00712
Patent 8,927,592 B2

> ### 4.    USPTO Step 2A, Prong Two

Reciting an abstract idea, however, is not the same as being directed to an abstract idea.  The difference between the two concepts is that claims that recite an abstract idea but integrate it into a practical application are not directed to an abstract idea.  Guidance, 84 Fed. Reg. at 53–55.  Thus, having found that the claims recite a mental process, which is a type of abstract idea, we must proceed to determine whether the claims integrate that process into a practical application.

Claim 31 recites a method in which a patient with "castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel" is treated by first administering a particular premedication regimen (comprising "(i) an antihistamine, (ii) a corticoid, [and] (iii) an $H_2$ antagonist"), then administering "a dose of 20 to 25 mg/m$^2$ of cabazitaxel, or a hydrate or solvate thereof, . . . in combination with prednisone or prednisolone."  MTA 27.  These limitations, taken as a whole, integrate the mental process step of possessing a particular intended purpose (increasing survival) into an overall method of treatment.  When a claim integrates a mental process step into a method of treatment, that claim is not directed to an abstract idea.  *Vanda Pharms. Inc. v. West-Ward Pharms.*, 887 F.3d 1117, 1134 (Fed. Cir. 2018) (finding that a claim reciting the mental process step of "determining whether the patient is a CYP2D6 poor metabolizer" was nonetheless "directed to a method of using iloperidone to treat schizophrenia").  Accordingly, we find that claim 31 is not directed to the abstract idea that it recites.  Because claims 32–34 further limit the process of claim 31, the same is true of those claims.

IPR2016-00712
Patent 8,927,592 B2

None of the proposed claims is directed to a judicial exception to the four categories of § 101, and all of the proposed claims fall within the four categories of § 101. Accordingly, there is no need for us to proceed to determine whether any claim adds a specific limitation beyond the judicial exception that is not "well-understood, routine, conventional activity in the field." We conclude that the proposed claims are not ineligible subject matter.

CONCLUSION

For the reasons given in the earlier Final Written Decision, we determine Petitioner has shown by a preponderance of the evidence that claims 1–5 and 7–30 of the '592 patent are unpatentable, and we deny the parties' motions to exclude evidence.

For the reasons given above, we determine that the evidence of record does not prove that proposed substitute claims 31–34 are unpatentable. Therefore, we grant Patent Owner's Contingent Motion to Amend claims 27–30 by replacing them with proposed substitute claims 31–34.

| Reference(s) | Basis | Claims | Claims Shown Unpatentable | Claims Not Shown Unpatentable |
|---|---|---|---|---|
| Winquist, TROPIC Listing, Attard, and Beardsley | § 103 | 1, 2, 5, 12, 13, 17–20, 22–25, 27–29 | 1, 2, 5, 12, 13, 17–20, 22–25, 27–29 | |
| Winquist, TROPIC Listing, and Didier | § 103 | 3, 4 | 3, 4 | |
| Winquist, TROPIC Listing, and Mita | § 103 | 7–9 | 7–9 | |

IPR2016-00712
Patent 8,927,592 B2

| Reference(s) | Basis | Claims | Claims Shown Unpatentable | Claims Not Shown Unpatentable |
|---|---|---|---|---|
| Winquist, TROPIC Listing, and Tannock | § 103 | 10, 11, 14, 16 | 10, 11, 14, 16 | |
| Winquist, TROPIC Listing, and Pivot | § 103 | 21, 26, 30 | 21, 26, 30 | |
| Winquist, TROPIC Listing, Pivot, and Tannock | § 103 | 15 | 15 | |

| Motion to Amend Outcome | Claim(s) |
|---|---|
| Original Claims Cancelled by Amendment | 27–30 |
| Substitute Claims Proposed in the Amendment | 31–34 |
| Substitute Claims: Motion to Amend Granted | 31–34 |
| Substitute Claims: Motion to Amend Denied | |
| Substitute Claims: Not Reached | |

ORDER

It is hereby

ORDERED that Petitioner has proven by a preponderance of the evidence that claims 1–5 and 7–30 of U.S. Patent No. 8,927,592 B2 are unpatentable;

FURTHER ORDERED that proposed substitute claims 31–34 have not been shown to be unpatentable;

FURTHER ORDERED that Patent Owner's Contingent Motion to Amend claims 27–30 by replacing them with proposed substitute claims 31–34 is granted;

IPR2016-00712
Patent 8,927,592 B2

FURTHER ORDERED that, pursuant to 35 U.S.C. § 318(b), upon expiration of the time for appeal of this decision, or the termination of any such appeal, a certificate shall issue canceling claims 1–5 and 7–30 of U.S. Patent No. 8,927,592 B2 and adding proposed claims 31–34; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

IPR2016-00712
Patent 8,927,592 B2

PETITIONER:

Steven W. Parmelee
Michael T. Rosato
Jad A. Mills
Wendy Devine
Matthew Reed
Nellie Amjadi
WILSON SONSINI GOODRICH & ROSATI
sparmelee@wsgr.com
mrosato@wsgr.com
jmills@wsgr.com
wdevine@wsgr.com
mreed@wsgr.com
namjadi@wsgr.com


PATENT OWNER:

Daniel J. Minion
Dominick A. Conde
VENABLE LLP
DMinion@Venable.com
DConde@Venable.com