IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and<br>SANOFI MATURE IP,<br><br>            Plaintiffs,<br><br>    v.<br><br>ACTAVIS LLC, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 20-804 (RGA)<br>)   CONSOLIDATED<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Non-Party Sunil Gupta, M.D.'s Responses and Objections to Defendants' Subpoena for Documents and a Deposition* were caused to be served on November 18, 2020, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Actavis LLC* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, MCLAUGHLIN, & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Derek B. Lavender, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>1 Indiana Square<br>Indianapolis, IN 46204<br>*Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *VIA ELECTRONIC MAIL* |
| Andrew M. Alul, Esquire<br>Richard R. Ruzich, Esquire<br>Stephen R. Auten, Esquire<br>Roshan P. Shrestha, Esquire<br>TAFT STETTINNIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601-3713<br>*Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| James P. Barabas, Esquire<br>Frank D. Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms, Suite 100<br>Madison, NJ 07940<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>*Attorneys for Defendants Sandoz Inc. and Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |

Daryl L. Wiesen, Esquire     *VIA ELECTRONIC MAIL*
Emily Rapalino, Esquire
Kevin J. DeJong, Esquire
Tara R. Melillo, Esquire
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
*Attorneys for Defendants Actavis LLC,*
*Sandoz Inc. and Lek Pharmaceuticals d.d.*

Aviv Zalcenstein, Esquire     *VIA ELECTRONIC MAIL*
Tiffany Mahmood, Esquire
Joel Broussard, Esquire
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendants Actavis LLC,*
*Sandoz Inc. and Lek Pharmaceuticals d.d.*

Laura A. Lydigsen, Esquire     *VIA ELECTRONIC MAIL*
Mark H. Remus, Esquire
Joshua James, Esquire
BRINKS GILSON & LIONE
455 North Cityfront Plaza Drive, Suite 3600
Chicago, IL  60611-5599
*Attorneys for Defendants Actavis LLC,*
*Sandoz Inc. and Lek Pharmaceuticals d.d.*

David E. Moore, Esquire     *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Tracey E. Timlin, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant Mylan Laboratories*
*Limited*

Matthew R. Reed, Esquire     *VIA ELECTRONIC MAIL*
G. Edward Powell, III, Esquire
WILSON SONSINI GOODRICH AND ROSATI
650 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Defendant Mylan Laboratories*
*Limited*

Wendy Lynn Devine, Esquire
Kristina M. Hanson, Esquire
WILSON SONSINI GOODRICH AND ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105
*Attorneys for Defendant Mylan Laboratories Limited*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

OF COUNSEL:

William E. Solander
Daniel J. Minion
Whitney L. Meier
VENABLE LLP
1270 Avenue of the Americas
New York, NY  10020
(212) 218-2100

Michael S. Scerbo
VENABLE LLP
1290 Avenue of the Americas
New York, NY  10104
(212) 218-2100

November 18, 2020

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi Mature IP and Sunil Gupta, M.D.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 18, 2020, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Actavis LLC* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, MCLAUGHLIN, & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *VIA ELECTRONIC MAIL* |
| Derek B. Lavender, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>1 Indiana Square<br>Indianapolis, IN  46204<br>*Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Andrew M. Alul, Esquire<br>Richard R. Ruzich, Esquire<br>Stephen R. Auten, Esquire<br>Roshan P. Shrestha, Esquire<br>TAFT STETTINNIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL  60601-3713<br>*Attorneys for Defendants Apotex Corp. and Apotex Inc.* | *VIA ELECTRONIC MAIL* |
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| James P. Barabas, Esquire<br>Frank D. Rodriguez, Esquire<br>WINDELS MARX LANE & MITTENDORF, LLP<br>One Giralda Farms, Suite 100<br>Madison, NJ 07940<br>*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* | *VIA ELECTRONIC MAIL* |
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendants Sandoz Inc. and Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |
| Daryl L. Wiesen, Esquire<br>Emily Rapalino, Esquire<br>Kevin J. DeJong, Esquire<br>Tara R. Melillo, Esquire<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>*Attorneys for Defendants Actavis LLC, Sandoz Inc. and Lek Pharmaceuticals d.d.* | *VIA ELECTRONIC MAIL* |

Aviv Zalcenstein, Esquire                                    *VIA ELECTRONIC MAIL*
Tiffany Mahmood, Esquire
Joel Broussard, Esquire
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendants Actavis LLC,*
*Sandoz Inc. and Lek Pharmaceuticals d.d.*

Laura A. Lydigsen, Esquire                                   *VIA ELECTRONIC MAIL*
Mark H. Remus, Esquire
Joshua James, Esquire
BRINKS GILSON & LIONE
455 North Cityfront Plaza Drive, Suite 3600
Chicago, IL  60611-5599
*Attorneys for Defendants Actavis LLC,*
*Sandoz Inc. and Lek Pharmaceuticals d.d.*

David E. Moore, Esquire                                      *VIA ELECTRONIC MAIL*
Bindu A. Palapura, Esquire
Tracey E. Timlin, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant Mylan Laboratories*
*Limited*

Matthew R. Reed, Esquire                                     *VIA ELECTRONIC MAIL*
G. Edward Powell, III, Esquire
WILSON SONSINI GOODRICH AND ROSATI
650 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Defendant Mylan Laboratories*
*Limited*

Wendy Lynn Devine, Esquire  *VIA ELECTRONIC MAIL*
Kristina M. Hanson, Esquire
WILSON SONSINI GOODRICH AND ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105
*Attorneys for Defendant Mylan Laboratories Limited*

   */s/ Jack B. Blumenfeld*
   _____
   Jack B. Blumenfeld (#1014)