IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SANOFI-AVENTIS U.S. LLC, et al.,  )
                                  )
    Plaintiffs,                   )
                                  )   C.A. No. 20-804-RGA
v.                                )   CONSOLIDATED
                                  )
ACTAVIS LLC, et al.,              )
                                  )
    Defendants.                   )

## CLAIM CONSTRUCTION ORDER

Having considered the parties' submissions and oral argument, and for the reasons in the Court's Memorandum Opinion (D.I. 209),

IT IS ORDERED that the following terms in U.S. Patent Nos. 10,583,110 ("the '110 patent") and 10,716,777 ("the '777 patent") are construed as set forth below:

| Term | Patent Claims | Construction |
|---|---|---|
| castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel | '110 patent: claim 1<br><br>'777 patent: claim 1 | castration resistant metastatic prostate cancer that has worsened during or after treatment with docetaxel[1] |
| a method of increasing survival … to a patient in need thereof | '110 patent: claim 1<br><br>'777 patent: claim 1 | a method of increasing survival with the intentional purpose of increasing such survival in an individual patient in need of such a method of increasing survival[2] |

---

[1] The parties agreed upon the construction for this term. *See* D.I. 107, Joint Claim Construction Chart.

[2] The parties agreed to this construction during the Markman hearing on December 17, 2020. *See* Tr. 57:14-58:11.

| Term | Patent Claims | Construction |
|---|---|---|
| increasing survival | '110 patent: claim 1<br><br>'777 patent: claim 1 | increasing any of:<br>• overall survival<br>• tumor progression-free survival<br>• pain progression-free survival, or<br>• prostate-specific antigen (PSA) progression-free survival |

1/11/2021
Date

/s/ Richard G. Andrews
United States District Judge