# EXHIBIT A

US008927592B2

(12) **United States Patent**
Gupta

(10) Patent No.: **US 8,927,592 B2**
(45) Date of Patent: **Jan. 6, 2015**

(54) **ANTITUMORAL USE OF CABAZITAXEL**

(75) Inventor: **Sunil Gupta**, Chester Springs, PA (US)

(73) Assignee: **Aventis Pharma SA**, Antony (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/456,720**

(22) Filed: **Apr. 26, 2012**

(65) **Prior Publication Data**

US 2012/0301425 A1     Nov. 29, 2012

**Related U.S. Application Data**

(63) Continuation of application No. PCT/IB2010/054866, filed on Oct. 27, 2010.

(60) Provisional application No. 61/389,969, filed on Oct. 5, 2010, provisional application No. 61/383,933, filed on Sep. 17, 2010, provisional application No. 61/369,929, filed on Aug. 2, 2010, provisional application No. 61/355,888, filed on Jun. 17, 2010, provisional application No. 61/355,834, filed on Jun. 17, 2010, provisional application No. 61/293,903, filed on Jan. 11, 2010, provisional application No. 61/256,160, filed on Oct. 29, 2009.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 31/337* | (2006.01) |
| *A61K 31/573* | (2006.01) |
| *A61K 31/164* | (2006.01) |
| *A61K 31/56* | (2006.01) |
| *A61K 45/06* | (2006.01) |

(52) **U.S. Cl.**
CPC ............. *A61K 31/337* (2013.01); *A61K 31/164* (2013.01); *A61K 31/56* (2013.01); *A61K 31/573* (2013.01); *A61K 45/06* (2013.01)
USPC ........................................................ **514/449**

(58) **Field of Classification Search**
CPC ........................... A61K 31/337; A61K 31/573
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,438,072 | A | 8/1995 | Bobee et al. |
| 5,847,170 | A | 12/1998 | Bouchard et al. |
| 5,889,043 | A | 3/1999 | Bouchard et al. |
| 5,962,705 | A | 10/1999 | Didier et al. |
| 6,160,135 | A | 12/2000 | Bouchard et al. |
| 6,331,635 | B1 | 12/2001 | Bouchard et al. |
| 6,346,543 | B1 | 2/2002 | Bissery et al. |
| 6,372,780 | B2 | 4/2002 | Bouchard et al. |
| 6,387,946 | B1 | 5/2002 | Bouchard et al. |
| 6,403,634 | B1 | 6/2002 | Bissery |
| 7,241,907 | B2 | 7/2007 | Didier et al. |
| 7,772,274 | B1 | 8/2010 | Palepu |
| 2002/0038038 | A1 | 3/2002 | Bouchard et al. |
| 2004/0126379 | A1 | 7/2004 | Adolf et al. |
| 2005/0065138 | A1* | 3/2005 | Didier et al. .................. 514/173 |
| 2005/0070496 | A1 | 3/2005 | Borovac et al. |
| 2008/0279923 | A1 | 11/2008 | Bradke et al. |
| 2010/0311825 | A1 | 12/2010 | Rortais et al. |
| 2011/0105598 | A1 | 5/2011 | Gurjar et al. |
| 2011/0144362 | A1 | 6/2011 | Billot et al. |
| 2011/0160159 | A1 | 6/2011 | Ryan |
| 2011/0177970 | A1 | 7/2011 | Chauchereau et al. |
| 2011/0237540 | A1 | 9/2011 | Crawford et al. |
| 2012/0077845 | A1 | 3/2012 | Dalton et al. |
| 2012/0115806 | A1 | 5/2012 | Magherini |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0817779 | 1/2000 |
| EP | 2177630 | 4/2010 |
| FR | 2732340 | 10/1996 |
| WO | WO 94/18164 | 8/1994 |
| WO | WO 96/30355 | 10/1996 |
| WO | WO 96/30356 | 10/1996 |
| WO | WO 00/10547 | 3/2000 |
| WO | WO 2005/028462 | 3/2005 |
| WO | WO 2006/062811 | 6/2006 |
| WO | WO 2010/117668 | 10/2010 |
| WO | WO 2010/128258 | 11/2010 |
| WO | WO 2011/051894 | 5/2011 |
| WO | WO 2011/063421 | 5/2011 |
| WO | WO 2011/124669 | 10/2011 |
| WO | WO 2011/130317 | 10/2011 |
| WO | WO 2011/130566 | 10/2011 |

OTHER PUBLICATIONS

Mita et al. Clinical Cancer Research, 2009, vol. 15, pp. 723-730.*
Tannock et al. N. Engl. J. Med., 2004, vol. 351, pp. 1502-1512.*
Beardsley et al. Current Opinions in Supportive and Palliative Care, Sep. 2008, vol. 2, pp. 161-166.*

(Continued)

*Primary Examiner* — James D Anderson
(74) *Attorney, Agent, or Firm* — Kelly L. Bender

(57)          **ABSTRACT**

The invention relates to a compound of formula:

which may be in base form or in the form of a hydrate or a solvate, in combination with prednisone or prednisolone, for its use as a medicament in the treatment of prostate cancer, particularly metastatic prostate cancer, especially for patients who are not catered for by a taxane-based treatment.

**30 Claims, 7 Drawing Sheets**

(56) **References Cited**

OTHER PUBLICATIONS

Parkin, et al., Global Cancer Statistics, (2002), CA Cancer J. Clin., (2005), vol. 55, pp. 74-108.

Hellerstedt, et al., The Current State of Hormonal Therapy for Prostate Cancer, CA Cancer J. Clin.,(2002), vol. 52, pp. 154-179.

Horwitz et al., External Beam Radiation Therapy for Prostate Cancer, CA Cancer J. Clin., (2000); vol. 50, pp. 349-375.

Pienta et al., Advances in Prostate Cancer Chemotherapy: A New Era Begins, CA Cancer J. Clin, (2005), vol. 55, pp. 300-318.

Cabral, Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs, Drug Resistance Updates, (2001), vol. 4 No. 1, pp. 3-8.

Dumontet, et al., Mechanisms of Action of and Resistance to Antitubulin Agents: Microtubule Dynamics, Drug Transport and Cell Death, J. Clin. Onc., (1999), vol. 17, No. 3, pp. 1061-1070.

Haleblian, et al., Characterization of Habits and Crystalline Modification of Solids and Their Pharmaceutical Applications, J. Pharm. Sci., (1975), pp. 1269-1288.

Melzack, The McGill Pain Questionnaire: Major Properties and Scoring Methods; Pain, vol. 1, (1975), pp. 277-299.

Berry, et al., Quality of Life and Pain in Advanced Stage Prostate Cancer: Results of a Southwest Oncology Group Randomized Trial Comparing Docetaxel and Estramustine to Mitoxantrone and Prednisone, Journal of Clinical Oncology, (2006), vol. 24, No. 18, pp. 2828-2835.

Fizaz, et al., New agents in Metastatic Prostate Cancer, Eur. J. Cancer. 2009, vol. 45, Supp. 1., pp. 379-380.

http://clinicaltrials.gov/archive/NCT00417079/2006_12_28, View of NCT00417079 on Dec. 28, 2006—XRP6258 Plus Prednisione Compared to Miitoxantrone Plus Predisone in Hormaone Refractory Metastatic Prostate Cancer (TROPIC). Retrieved on Feb. 8, 2012.

de Bono, et al., Prednisone Plus Cabazitaxel or Mitoxantrone for Metastatic Castration-Resistant Prostate Cancer Progressing after Docetaxel Treatment: a Randomised Open-Label Trial, Lancet, vol. 376, No. 9747, (2010), pp. 1147-1154.

Galsky, et al., Cabazitaxel, Nature Reviews—Drug Discovery, vol. 9, (2010), pp. 677-678.

International Search Report for WO2011/051894 dated May 5, 2011.

Jevtana Prescribing Information, pp. 1-25, Jun. 17, 2010.

Antonarakis & Eisenberger, Phase III Trials with Docetaxel-Based Combinations for Metastatic Castration-Resistant Prostate Cancer. Time to Learn From Past Experiences, 31(14) J. Clin. Oncol., 1709-12 (2013).

Armstrong & George, New Drug Development in Metastatic Prostate Cancer, Urologic Oncol. Seminars & Orig. Invest., 430-437 (2008).

Beer et al., Double-Blinded Randomized Study of High-Dose Calcitriol Plus Docetaxel compared with Placebo Plus Docetaxel in Androgen-Independent Prostate Cancer: A Report from the ASCENT Investigators, 25(6) J. Clin. Oncol., 669-674 (2007).

Berry et al., Phase III Study of Mitoxantrone Plus Low Dose Prednisone Versus Low Dose Prednisone Alone in Patients with Asymptomatic Hormone Refractory Prostate Cancer, 168(6) J. Urol., 2439-43 (2002).

Booth et al., From the Analyst's Couch: Oncology Trials 2 Nature Reviews Drug Discovery, 609-610 (Aug. 2003).

Cabral, Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs, 4 Drug Resistance Updates, 3-8 (2001).

Carducci et al., A Phase 3 Randomized Controlled Trial of the Efficacy and Safety of Atrasentan in Men with Metastatic Hormone-Refractory Prostate Cancer, 110(9) Cancer, 1959-66 (2007).

D'Amico, US Food and Drug Administration Approval of Drugs for the Treatment of Prostate Cancer: A New Era Has Begun, J. Clin. Oncol., 32(4) 362-364 (2014).

Di Lorenzo et al., Combination of Bevacizumab and Docetaxel in Docetaxel-Pretreated Hormone-Refractory Prostate Cancer: A Phase 2 Study, 54(5) Europ. Urol., 1089-1096 (2008).

Diéras et al., Larotaxel in Combination with Trastuzumab in Patients with HER2+ Metastatic Breast Cancer: Interim Analysis of an Open Phase II Label Study, 26 (15S) J. Clin. Oncol. (Meeting Abstracts) Suppl. 1070 (May 2008).

Diéras et al., Phase II Multicenter Study of Larotaxel (XRP9881), a Novel Taxoid, in Patients with Metastatic Breast Cancer Who Previously Received Taxane-Based Therapy, 19 Annals of Oncol., 1255-1260 (2008).

Dumontet & Sikic, Mechanisms of Action of and Resistance to Antitubulin Agents: Microtubule Dynamics, Drug Transport, and Cell Death, 17(3) J. Clin. Oncol., 1061-1070 (1999).

Halabi et al., Prostate-Specific Antigen Changes as Surrogate for Overall Survival in Men with Metastatic Castration-Resistant Prostate Cancer Treated with Second Line Therapy, 31(31) J. Clin. Oncol., 3944-50 (2013).

Higano et al., Phase 1/2 Dose-Escalation Study of a GM-CSF-Secreting, Allogeneic, Cellular Immunotherapy for Metastatic Hormone-Refractory Prostate Cancer, 113(5) Cancer, 975-984 (Sep. 1, 2008).

Kaur et al., Suramin 's Development, What Did We Learn, 20 Investigational New Drugs, 209-219 (2002).

Kola & Landis, Can the Pharmaceutical Industry Reduce Attrition Rate?, 3 Nature Reviews Drug Discovery, 711-15 (2004) (previously cited).

Mackinnon et al., Molecular Biology Underlying the Clinical Heterogeneity of Prostate Cancer: An Update, 133 (7) Arch. Pathol. Lab. Med., 1033-40 (Jul. 2009).

Michaelson et al., Randomized, Placebo-Controlled, Phase III Trial of Sunitinib Plus Prednisone Versus Prednisone Alone in Progressive, Metastatic, Castration-Resistant Prostate Cancer, 32(2) J. Clin. Oncol., 76-82 (2014).

Mulcahy, Phase 3 Trial of Immunotherapy for Metastatic Prostate Cancer Terminated, Medscape Medical News (Oct. 17, 2009), [retrieved on Jun. 26, 2014] from: http://www.medscape.com/viewarticle/582220.

Ramiah et al., Clinical Endpoints for Drug Development in Prostate Cancer, 18 Curr. Opin. Urol., 303-308 (2008).

Slovin et al., Ipilimumab Alone or in Combination with Radiotherapy in Metastatic Castration-Resistant Prostate Cancer: Results from an Open-Label, Multicenter Phase I/II Study, 24 Annals of Oncol., 1813-1828 (2013).

Small et al., Randomized Phase II Study Comparing 4 Monthly Doses of Ipilimumab (MDX-010) as a Single Agent or in Combination with a Single Dose of Docetaxel in Patients with Hormone-Refractory Prostate Cancer, 24(18S) J. Clin. Oncol. (Meeting Abstracts) S4609 (Jun. 2006).

Small et al., Granulocyte Macrophage Colony Stimulating Factor-Secreting Allogeneic Cellular Immunotherapy for Hormone-Refractory Prostate Cancer, 13 Clin. Cancer Res., 3883-3891 (2007).

Sternberg et al., Phase III Study with Cisplatin in the First-Line Treatment of Locally Advanced/Metastatic Urothelial Tract or Bladder Cancer: A Randomized, Active-Controlled, Phase III Trial, 85 Oncol., 208-215 (2013).

Susman, ASCO: Calcitriol Fails in ASCENT-2 Prostate CA Trial, MedPage Today (Jun. 9, 2010), [retrieved on Jun. 27, 2014] from: http://www.medpagetoday.com/MeetingCoverage/ASCO/20575.

Van Cutsem et al., A Phase III Study Comparing Larotaxel to 5-FU (Continuous Intravenous 5-FU or Capecitabine) in Patients with Advanced Pancreatic Cancer (APC) Previously Treated with a Gemcitabine Containing Regimen, 21 (6S) Annals of Oncol. Oral Presentations, O-0007 (Jul. 2010).

Van Hook et al., Orteronel for the Treatment of Prostate Cancer, 10(5) Future Oncol., 803-811 (2014).

Wiechec & Hanson, The Effect of Genetic Variability on Drug response in Convention Breast Cancer Treatment, 625 Eur. J. Pharmacol., 122-130 (2009).

Williams, Discontinued Drugs in 2008: Oncology Drugs, 18(11) Expert. Opin. Investig. Drugs 1581-1594 (2009).

Wirth & Froschermaier, The Antiandrogen Withdrawal Syndrome, 25 (Suppl. 2) Urol Res., S67-71 (1997).

Zatloukal et al., Randomized Multicenter Phase II Study of Larotaxel (XRP9881) in Combination with Cisplatin or Gemcitabine as First-Line Chemotherapy in Nonirradiable Stage IIIB or Stage IV Non-Small Cell Lung Cancer, 3 J. Thorac. Oncol. 894-901 (2008).

Zielinski & Chi, Custirsen (OGX-011): A Second-Generation Antisense Inhibitor of Clusterin in Development for the Treatment of Prostate Cancer, 8(1) Future Oncol., 1239-1251 (2012).

**US 8,927,592 B2**

Page 3

(56)          **References Cited**

OTHER PUBLICATIONS

Novacea, Inc. SEC Form 8-K at 1.02, (2008) [retrieved on Jun. 27, 2014] from: http://www.sec.gov/Archives/edgar/data/1178711/000119312508077953/d8k.htm.

Sanofi-Aventis SEC Form 20-F (Dec. 31, 2006) at 39, [retrieved on Jun. 27, 2014] from: http://www.sec.gov/Archives/edgar/data/1121404/000119312507072848/d20f.htm.

Avastin (bevacizumab), Prescribing Information (Label) Jul. 2009.

Yervoy (ipilimurnab), Prescribing Information (Label), Dec. 2013.

A Randomized, Open-Label, Phase 3 Study of Larotaxel IV Every 3 Weeks Versus Capecitabine (Xeloda®) Tablets Twice Daily for 2 Weeks in 3-Week Cycles in Patients with Metastatic Breast Cancer (MBC) Progressing After Taxanes and Anthracycline Therapy (EFC6089) (2012), [retrieved on Jun. 27, 2014] from: http://en.sanofi.com/img/content/study/EFC6089__summary.pdf.

Bristol-Myers Squibb Reports Results for Phase 3 Trial of Yervoy® (Ipilimumab) in Previously-Treated Castration Resistant Prostate Cancer, Press Release Sep. 12, 2013 [retrieved on Jun. 27, 2014] from:   http://news.bms.com/press-release/rd-news/bristol-myers-squibb-reports-results-phase-3-trial-yervoy/ipilimumab-previousl.

Clinical Trials.gov, Satraplatin in Hormone Refractory Prostate Cancer Patients Previously Treated with one Cytotoxic Chemotherapy Regimen [retrieved on Jun. 27, 2014] from: https://clinicaltrials.gov/ct2/show/NCT00069745?term=SPARC&cond=prostate&rank=3.

Clinical Trials.gov, Larotaxel every 3 weeks vs. capecitabine in patients with metastatic breast cancer progressing after taxanes and anthracycline therapy [retrieved on Jun. 24, 2014] from: https://clinicaltrials.gov/ct2/show/NCT00081796?term=larotaxel &rank=7.

Clinical Trials.gov, Larotaxel plus cisplatin vs. gemcitabine plus cisplatin in first line treatment of patients with locally advanced/metastatic bladder cancer [retrieved on Jun. 24, 2014] from: https://clinicaltrials.gov/ct2/show/NCT00625664?term=larotaxel &rank=4.

Clinical Trials.gov, Larotaxel vs. 5-FU or capecitabine in patients with pancreatic cancer previously treated with gemcitabine [retrieved on Jun. 24, 2014] from:   https://clinicaltrials.gov/ct2/show/NCT00417209? term=larotaxel&rank=2.

Press Release: OncoGenex Announces Top-Line Survival results of Phase 3 Synergy Trial Evaluating Custirsen for Metastatic Castration-Resistant Prostate Cancer, PRNewswire Apr. 28, 2014.

Press Release: Roche Provides Update on Phase III study of Avastin in Men with Late Stage Prostate Cancer, Media Release Mar. 12, 2010 [retrieved on Jun. 27, 2014] from: http://www.roche.com/media/media__releases/med-cor-2010-03-12.htm.

Press Release: Takeda Announces Termination of Orteronel (TAK-700) Development for Prostate Cancer in Japan, U.S.A. and Europe, Jun. 19, 2014 [retrieved on Jun. 27, 2014] from: http://www.takeda.com/news/2014/20140619__6615.html.

Jevtana NDA Clinical Overview, excerpt, (2014), pp 2-13.

Cisternino, et al., Nonlinear Accumulation in the Brain of the New Taxoid TXD258 Following Saturation of P-Glycoprotein at the Blood-Brain Barrier in Mice and Rats, British Journal of Pharmacology, (2003), vol. 138, pp. 1367-1375.

Pivot, et al., Multicenter Phase 2 Study of XRP6258 in Taxane-Resistant Metastatic Breast Cancer (MBC) Patients (pts). Breast Cancer Research and Treatment, (2005), vol. 94, No. Suppl. 1, p. S68, Abst. 1084.

Attard, et al., Update on Tubulin-Binding Agents, Pathologic Biologie, vol. 54, (2006), pp. 72-84.

Beardsley, et al., Systemic Therapy After First-Line Docetaxel in Metastic Castration-Resistant Prostate Cancer, Current Opinion in Supportive and Palliative Care, (2008), vol. 2, No. 3, pp. 161-166.

Pivot, et al., A Multicenter Phase II Study of XRP6258 Administered as a 1-h i.v. Infusion Every 3 Weeks in Taxane-Resistant Metastatic Breast Cancer Patients, Annals of Oncology, vol. 19, No. 9, pp. 1547-1552, (2008).

The National Horizon Scanning Centre of National Institute for Health Research, Cabazitaxel (XRP-6258) for Hormone Refractory, Metastatic Prostate Cancer—Second Line After Docetaxel, University of Birmingham, pp. 1-6, (2009).

Sanofi-Aventis Press Release: 2006: In a Difficult Environment, Another Year of Growth in Adjusted EPS Excluding Selected Items, (Feb. 13, 2007), pp. 1-31.

Buonerba, et al., Docetaxel Rechallenge in Castration-Resistant Prostate Cancer: Scientific Legitimacy of Common Clinical Practice, European Urology, (2010), vol. 58, No. 4, pp. 636-637.

Di Lorenzo, et al., Castration-Resistant Prostate Cancer: Current and Emerging Treatment Strategies, Drugs, (2010), vol. 70, No. 8, pp. 983-1000.

Yoo, et al., XRP6258—Induced Gene Expression Patterns in Head and Neck Cancer Carcinoma, Laryngoscope, (2010), vol. 120, No. 6, pp. 1114-1119.

Shabafrouz, et al., New Drugs at the Horizon for Men With Prostate Cancer, Revue Medicale Suisse, (2010), vol. 6, No. 250, pp. 1057-1058 & 1060-1061.

Dorff, Cabazitaxel in Prostate Cancer: Stretching a String, Lancet, (2010), vol. 376, No. 9747, pp. 1119-1120.

Bouchet, et al., Cabazitaxel, a New Taxane With Flavorable Properties, Drugs of Today, (2010), vol. 46, No. 10, pp. 735-742.

Pal, et al., Critical Appraisel of Cabazitaxel in the Management of Advanced Prostate Cancer, Clinical Interventions in Aging, (2010), vol. 5, pp. 395-402.

Sartor, et al., Improving Outcomes With Recent Advances in Chemotherapy for Castrate-Resistant Prostate Cancer, Clinical Genitourinary Cancer, (2010), vol. 8, No. 1, pp. 23-28.

Pouessel, et al., Actualities in Prostate Cancer in ASCO Annual Meeting 2010, Bulletin du Cancer. (2010), vol. 97, No. 12, pp. 1563-1572.

Richards, Improved Survival in Second-Line Advanced Prostate Cancer Treated With Cabazitaxel, Nature Reviews Clinical Oncology, (2010), vol. 7, No. 12, p. 671.

De Bono, et al., Cabazitaxel or Mitoxantrone With Prednisone in Patients With Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated With Docetaxel: Final Results of a Multinational Phase III Trial (TROPIC), 46th Annu Meet Am Soc Clin Oncol (ASCO), J. Clin. Oncology, (2010) 28:15S (Suppl), Abst 4508.

Denis, et al., Phase I and Pharmacokinetic Study of RPR116258A, A Novel Taxane Derivative, Administered Intravenously over 1 hour every 3 weeks, Clinical Cancer Research, vol. 6, (2000), (Supplement), Abstract 568, p. 4579s.

Lortholary, et al., Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as 1-hour Infusion in Patients (pts) With Advanced Solid Tumors, Clinical Cancer Research, vol. 6, (2000), (Supplement), Abstract 569, pp. 4579s-4580s.

Oudard, et al., Cabazitaxel Plus Prednisone/Prednisolone Significantly Increases Overall Survival Compared to Mitoxantrone Plus Prednisone/Prednisolone in Patients With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel: Final Results With Updated Overall Survival of a Multinational Phase III Trial (TROPIC), Ann. of Oncology, vol. 21, (Suppl. 8), p. viii272, (2010), Abstract 871PD.

Kris, et al., Clinical Cancer Advances 2010: Annual Report on Progress Against Cancer From the American Society of Clinical Oncology, J Clin Oncology, (2010), vol. 28, No. 36, pp. 5327-5347, 947.

Drug Data Report, Antimitotic Drugs, (2003), vol. 25, No. 6, p. 550, (2003).

Drug Data Report, Cabazitaxel, (2010). vol. 32, No. 10, pp. 999-1017 at p. 1012.

Sanofi-Aventis Press Release: Resilient Sales and Business EPS in Q3 2010, (Oct. 28, 2010), pp. 1-24.

Sanofi-Aventis Press Release: EPS Growth in Q2 2010, (Jul. 29, 2010), pp. 1-27.

ClinicalTrials.gov, Safety and Pharmacokintic Study of Cabazitaxel in Patients With Advanced Solid Tumors and Liver Impairment, Web site, (2010), pp. 1-7 [retrieved on Jan. 6, 2014].

Sanofi-Aventis Press Release: Q1 2010: A Good First Quarter, (Apr. 29, 2010), pp. 1-19.

**US 8,927,592 B2**

Page 4

(56)        **References Cited**

OTHER PUBLICATIONS

ClinicalTrials.gov, Effect of Cabazitaxel on the QTc Interval in Cancer Patients (QT-Cab), Web site, (2010) Mar. 24, pp. 1-7 [retrieved on Jan. 6, 2014].
Sanofi-Aventis Press Release: Sanofi-Aventis Delivers Double-Digit EPS Growth in 2009 as the Transformation Program Progresses, (Feb. 10, 2010), pp. 1-26.
ClinicalTrials.gov, A Study to Evaluate the Effects of Combining Cabazitaxel With Cisplatin Given Every 3 Weeks in Patients With Advanced Solid Cancer, Web Site, (Jul. 22, 2009), pp. 1-7 [retrieved on Jan. 6, 2014].
Sanofi-Aventis Press Release: Sanofi-Aventis Delivers 2008 Results Above Guidance, (2009), Feb. 11, pp. 1-27.
Numata, et al., The Preliminary Results of Docetaxel-Prednisolone Combination Therapy for the Japanese Pateients With Hormone-Refractory Prostate Cancer, Acta Urol. Jpn., vol. 53, pp. 93-97, (2007).
Miura, et al., A Case of Hormone-Refractory Prostate Cancer (HRPC) With Tumor Fever Responding to Docetaxel Plus Prednisolone Therapy, Jpn J Cancer Chemother, vol. 33, No. 6, pp. 841-844, (2006).
Shimazui, et al., Three-Weekly Docetaxel With Prednisone is Feasible for Japanese Patients With Hormone-Refractory Prostate Cancer: A Retrospective Comparative Study With Weekly Docetaxel Alone, Jpn J Clin Oncol, (2007), vol. 37, No. 8, pp. 603-808.
Kola, et al., Can the Pharmaceutical Industry Reduce Attrition Rates?, Nature Reviews Drug Discovery, vol. 3, (2004), pp. 711-715.
Dimasi, et al., Trends in Risks Associated With New Drug Development: Success Rates for Investigational Drugs, Nature, vol. 87, No. 3, pp. 272-277, (2010).
Bertold, et al., Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the TAX 327 Study, Journal of Clinical Oncology, vol. 26, No. 2, (2008) pp. 242-245.

Merck Index 14th 2006, No. 190, p. 36, Agomelatine.
Tan, Novel Agents in the Treatment of Hormone-Independent Metastatic Prostate Cancer, Actas Urol Esp., (2007), vol. 31, No. 6, pp. 660-685 (followed by non-verified English translation).
El Docetaxel Asociado a la Prednisona Mejora et Cancer de Prostate, [Retrieved from the internet on Oct. 26, 2012] Retrieved from http://www.rnedicinageriatrica.com.ar/viewnews.php?id=EEpVVFZVppsBCjOavj.
Dres, et al., Treatment alternatives for advanced prostate cancer, [Retrieved from the internet on Jul. 29, 2014] Retrieved from http://www.intramed.net/contenidover.asp?contenidoID=37957 (followed by non-verified English translation).
Taxotere (Docetaxel) Mejora Significativamente la Supervivencia de los Pacientes con Cancer de Prostate Avanzado, PMFARMA Espana, (2007).
Docetexel Reduce el Riesgo de Muerte en Pacientes con Cancer de Prostate Metastatico Androgeno Independiente, [Retrieved from the internet on Jul. 29, 2014]. Retrieved from http://www.intramed.net/contenidover.asp?contenidoID=31823 (followed by non-verified English translation).
Cancer de Prostata Diseminado, Quimioterapia. [Retrieved from the internet on Jul. 29, 2014]. Retrieved from http://www.guiasalud.es/egpc/cancer_prostata/resumida/apartado06/otros02.html, pp. 1-9.
Revision Sistematica y Modelo Economico de Efectividad Clinica y Coste-Efectividad de Docetaxel en Combinacion con Prednisona/Prednisolona para el Tratamiento de Cancer de Prostata Metastasico Refractario a Hormonas, [Retrieved from the internet on Jul. 29, 2014]. Retrieved from http://www.sefh.es/sefnboletin/vernoticiaboletin.php?id=2663.
Figg et al., Cabazitaxel Filling One of the Gaps in the Treatment of prostate Cancer. Cancer Biology & Therapy, vol. 10. No. 12, pp. 1233-1234, (2010).
Mirtsching, Prostate Cancer Clinical Trials in Dallas; Texas Area. [Retrieved from the Internet on Aug. 19, 2014]. Retrieved from http://www.healthcentral.com/prostate/c/5618/14589/dallas-texas-area, pp. 3-4.

* cited by examiner



**FIG. 1**



**FIG. 2**

| Factor | Patient number | Hazard ratio (95% CI) |
|---|---|---|
| All randomized patients | 755 | 0.70 (0.59–0.83) |
| ECOG status: 0,1 | 694 | 0.68 (0.57–0.82) |
| ECOG status: 2 | 61 | 0.81 (0.48–1.38) |
| Measurable disease: No | 350 | 0.72 (0.55–0.93) |
| Measurable disease: Yes | 405 | 0.68 (0.54–0.85) |
| No. of prior chemotherapies: 1 | 528 | 0.67 (0.55–0.83) |
| No. of prior chemotherapies: $\geq 2$ | 227 | 0.75 (0.55–1.02) |
| Age: <65 years | 295 | 0.81 (0.61–1.08) |
| Age: $\geq 65$ years | 460 | 0.62 (0.50–0.78) |
| Rising PSA at baseline: No | 159 | 0.88 (0.61–1.26) |
| Rising PSA at baseline: Yes | 583 | 0.65 (0.53–0.80) |
| Total docetaxel dose: <225 mg/m$^2$ | 59 | 0.96 (0.49–1.86) |
| Total docetaxel dose: $\geq 225$ to 450 mg/m$^2$ | 206 | 0.60 (0.43–0.84) |
| Total docetaxel dose: $\geq 450$ to 675 mg/m$^2$ | 217 | 0.83 (0.60–1.16) |
| Total docetaxel dose: $\geq 675$ to 900 mg/m$^2$ | 131 | 0.73 (0.48–1.10) |
| Total docetaxel dose: $\geq 900$ mg/m$^2$ | 134 | 0.53 (0.47–0.90) |
| Progression during docetaxel treatment | 219 | 0.68 (0.57–0.82) |
| Progression <3 months after docetaxel | 339 | 0.70 (0.55–0.91) |
| Progression $\geq 3$ months after docetaxel | 192 | 0.75 (0.51–1.11) |

◄ Favors Cabazitaxel          Favors Mitoxantrone ►

0          0.5          1          1.5          2

Hazard ratio and 95% confidence interval

**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**

US 8,927,592 B2

**1**

## ANTITUMORAL USE OF CABAZITAXEL

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of International Application No. PCT/IB2010/054866, filed Oct. 27, 2010, which claims the benefit of priority of U.S. Provisional Application No. 61/256,160, filed Oct. 29, 2009, U.S. Provisional Application No. 61/293,903, filed Jan. 11, 2010, U.S. Provisional Application No. 61/355,834, filed Jun. 17, 2010, U.S. Provisional Application No. 61/355,888, filed Jun. 17, 2010, U.S. Provisional Application No. 61/369,929, filed Aug. 2, 2010, U.S. Provisional Application No. 61/383,933, filed Sep. 17, 2010, and U.S. Provisional Application No. 61/389,969, filed Oct. 5, 2010, all of which are incorporated herein by reference.

The present invention relates to a novel antitumoral use of cabazitaxel in the treatment of prostate cancer, which may be metastatic, especially for patients who are not catered for by a taxane-based treatment. In particular, the present invention relates to the use of cabazitaxel in the treatment of patients with castration resistant metastatic prostate cancer, who have been previously treated with a docetaxel based regimen, an unmet medical need.

### BACKGROUND

Prostate cancer affects a large proportion of the male population worldwide: 680 000 cases worldwide in 2002; it is predicted that there will be 900 000 new cases per year up to 2010 (*CA Cancer J. Clin.,* 2005, 55, 74-108). It is the most frequently occurring cancer in men after lung cancer.

Prostate cancer is generally treated at the start by depriving the androgenic hormones, i.e. by surgical excision of the testicles The Current State of Hormonal Therapy for Prostate Cancer CA Cancer J. Clin., May 2002; 52: 154-179, or by radiotherapy treatment External beam radiation therapy for prostate cancer CA Cancer J. Clin., November 2000; 50: 349-375. Treatments with antiandrogens or hormone manipulations are associated with responses of short duration and without any improvement in the survival time.

The use of cytotoxic chemotherapy is not a routine treatment, whereas its role in alleviating the symptoms and reducing the levels of PSA (prostate-specific antigen) is established. No monotherapy has obtained a degree of response of greater than 30%; combinations with an effect on PSA levels were tested. No effect on the survival time was seen and, what is more, the toxicity of these treatments, particularly on elderly patients, is problematic since, in addition to their tumour, they are generally suffering from related health problems and have a limited reserve of bone marrow.

Until recently, the chemotherapies used were limited to cyclophosphamide, anthracyclines (doxorubicin or mitoxantrone) and estramustine, and the effects of these treatments are relatively mediocre. Palliative effects were observed in patients following the administration of corticoids alone or of mitoxantrone with either prednisone or hydrocortisone. Following Phase II trials, the combination of mitoxantrone with corticoids was recognized as the reference treatment for hormone-resistant prostate cancer. More recently, treatments with docetaxel in combination with estramustine or prednisone have made it possible to treat cancers that are resistant to hormone deprivation Advances in Prostate Cancer Chemotherapy: A New Era Begins CA Cancer J. Clin., September 2005; 55: 300-318, the survival was improved by 2.4 months.

**2**

It is generally accepted that the responses in advanced prostate cancers are difficult to evaluate on account of the heterogeneity of the disease and the lack of consensus regarding the treatment response criteria. Many patients with metastatic prostate cancer have no measurable disease, but have symptoms dominated by bone metastases. Measurement of the PSA level has been found to be a means for evaluating novel candidates and also the measurement of the tumour when this is possible, the measurement of bone tumours, the quality of life and the measurement of the pain.

Furthermore, cancer may become resistant to the agents used, in particular to taxanes, which limits the possible treatment options. Several taxane resistance mechanisms have been described (expression of P-glycoprotein P-gp, mdr-1 gene, modified metabolism of taxane, mutation of the tubulin gene, etc.): see *Drug Resistance Updates* 2001, 4(1), 3-8; J. Clin. Onc. 1999, 17(3), 1061-1070.

The technical problem that the invention intends to solve is that of providing a novel therapeutic option for treating prostate cancer, especially for patients who are not catered for by a taxane-based treatment, such as patients with castration resistant metastatic prostate cancer who have been previously treated with docetaxel (sold under the brand name Taxotere®) based regimen, an unmet medical need.

Four clinical trials on cabazitaxel are known since April 2006. Three monotherapy tests have made it possible to determine the maximum tolerated dose and the toxicities at the limit doses: these tests were performed on breast, sarcoma and prostate tumours. Doses of 10-30 mg/m² every three hours were used. A phase II trial was performed on patients with a breast cancer, who had previously received taxanes and anthracyclines as adjuvant (i.e. after a surgery) or as a first-line treatment. The response levels were 14.6% as adjuvant and 9.5% as second-line treatment.

### SUMMARY

The invention relates to a novel antitumoral pharmaceutical therapeutic use comprising cabazitaxel of formula



The invention also relates to methods of treating patients with prostate cancer comprising administering an effective amount of the antitumoral agent cabazitaxel to said patient.

This antitumoral agent may be in the form of anhydrous base, a hydrate or a solvate, intended for treating prostate cancer, in particular for treating patients who are not catered for by a taxane-based treatment, such as patients who have been previously treated with a docetaxel-based regimen. This compound is preferably administered to a patient with advanced metastatic disease. In particular, the compound is

US 8,927,592 B2

3

administered to a patient with castration resistant prostate cancer. Cabazitaxel is preferably administered in combination with a corticoid chosen especially from prednisone and prednisolone. This corticoid is preferably administered at a daily dose of 10 mg orally.

In some aspects of the invention, cabazitaxel is administered in combination with prednisone to be used as a medicament in the treatment of patients with hormone-refractory prostate cancer who have been previously treated with docetaxel based regimen.

In some aspects of the invention, cabazitaxel is administered at a dose (defined for each administration) of between 20 and 25 mg/m². Cabazitaxel may be in the form of an acetone solvate. More particularly, the acetone solvate of cabazitaxel contains between 5% and 8% and preferably between 5% and 7% by weight of acetone.

In some aspects of the invention, cabazitaxel may be administered by intravenous infusion at a dose of between 15 and 25 mg/m², this administration cycle of the antitumour agent being repeated at an interval of 3 weeks between each cabazitaxel administration, which interval may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding cabazitaxel administration.

In some embodiments, the effective amount of cabazitaxel produces at least one therapeutic effect selected from the group consisting of increase in overall survival, partial response, reduction in tumor size, reduction in metastasis, complete remission, partial remission, stable disease, or complete response.

The present invention also relates to a pharmaceutical composition that treats patients with prostate cancer comprising a clinically proven safe and effective amount of cabazitaxel.

Further embodiments of the invention comprise methods or using, treating, promoting, and providing cabazitaxel.

The present invention also relates to packages and articles of manufacture.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 displays the Kaplan-Meier curves of the overall survival in a cabazitaxel study.

FIG. 2 displays the Kaplan-Meier curves of progression-free survival in a cabazitaxel study.

FIG. 3 shows an intention-to-treat analysis of overall survival in subgroups of patients defined by baseline characteristics. Hazard ratios<1 favor the cabazitaxel group, while those >1 favor the mitoxantrone group. CI denotes confidence intervals.

FIG. 4 graphically depicts the proportion of patients with changes in ECOG performance status from baseline during treatment (safety population). The "Improved" column represents PS2 at baseline changed to 0 or 1 during treatment. The "stable" column represents no change, and the "Worse" column represents PS2 at baseline and changed to ≥3, or 0 or 1 at baseline changed to ≥2 during treatment.

FIG. 5 graphically depicts the proportion of patients with changes from baseline in the Present Pain Intensity score during treatment (ITT). The "Improved" column represents patients in which the PPI score during treatment was lower versus baseline. The "Stable" column represents no change, and the "Worse" column represents patients with >1 unit increase in PPI score during treatment versus baseline.

FIG. 6 graphically presents the mean area under the curve for PPI and analgesic scores by treatment cycle.

FIG. 7 graphically presents the mean AUC analgesic score.

## DETAILED DESCRIPTION

### Definitions

Effective amount, as used herein, means an amount of a pharmaceutical compound, such as cabazitaxel, that produces an effect on the cancer to be treated.

4

Clinically proven, as used herein, means clinical efficacy results that are sufficient to meet FDA approval standards.

Castration resistant prostate cancer, as used herein, is synonymous with hormone-refractory prostate cancer.

"Patient," as used herein, includes both human and animals. In one embodiment, a patient is a human.

Cabazitaxel belongs to the taxoid family and has the formula:



The chemical name of cabazitaxel is 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonyl-amino-2-hydroxy-3-phenylpropionate. Cabazitaxel is synonymously known as (2α,5β,7β,10β,13α)-4-acetoxy-13-({(2R,3S)-3-[(tertbutoxycarbonyl)amino]-2-hydroxy-3-phenylpropanoyl}oxy)-1-hydroxy-7,10-dimethoxy-9-oxo-5,20-epoxytax-11-en-2-yl benzoate.

This compound and a preparative method thereof is described in WO 96/30355, EP 0 817 779 B1 and U.S. Pat. No. 5,847,170, which are hereby incorporated herein by reference.

Cabazitaxel may be administered in base form (cf. above formula), or in the form of a hydrate. It may also be a solvate, i.e. a molecular complex characterized by the incorporation of the crystallization solvent into the crystal of the molecule of the active principle (see in this respect page 1276 of *J. Pharm. Sci.* 1975, 64(8), 1269-1288). In particular, it may be an acetone solvate, and, more particularly, may be the solvate described in WO 2005/028462. It may be an acetone solvate of cabazitaxel containing between 5% and 8% and preferably between 5% and 7% by weight of acetone (% means content of acetone/content of acetone+cabazitaxel×100). An average value of the acetone content is 7%, which approximately represents the acetone stoichiometry, which is 6.5% for a solvate containing one molecule of acetone. The procedure described below allows the preparation of an acetone solvate of cabazitaxel:

940 ml of purified water are added at 20±5° C. (room temperature) to a solution of 207 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate at about 92% by weight in about 2 liters of acetone, followed by seeding with a suspension of 2 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate isolated from acetone/water in a mixture of 20 ml of water and 20 ml of acetone. The resulting mixture is stirred for about 10 to 22 hours, and 1.5 liters of purified water

**5**

are added over 4 to 5 hours. This mixture is stirred for 60 to 90 minutes, and the suspension is then filtered under reduced pressure. The cake is washed on the filter with a solution prepared from 450 ml of acetone and 550 ml of purified water, and then oven-dried at 55° C. under reduced pressure (0.7 kPa) for 4 hours. 197 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate acetone containing 0.1% water and 7.2% acetone (theoretical amount: 6.5% for a stoichiometric solvate) are obtained.

Cabazitaxel may be administered parenterally, such as via intravenous administration. A galenical form of cabazitaxel suitable for administration by intravenous infusion is that in which the cabazitaxel is dissolved in water in the presence of excipients chosen from surfactants, cosolvents, glucose or sodium chloride, etc. For example, a galenical form of cabazitaxel may be prepared by diluting a premix solution of cabazitaxel contained in a sterile vial (80 mg of cabazitaxel+2 ml of solvent+Polysorbate 80) with a sterile vial containing a solution of 6 ml of water and ethanol (13% by weight of 95% ethanol) in order to obtain 8 ml of a solution ready to be rediluted in a perfusion bag. The concentration of cabazitaxel in this ready-to-redilute solution is about 10 mg/ml. The perfusion is then prepared by injecting the appropriate amount of this ready-to-redilute solution into the perfusion bag containing water and glucose (about 5%) or sodium chloride (about 0.9%).

Cabazitaxel may be administered in combination with a corticoid, such as prednisone or prednisolone, as two distinct pharmaceutical preparations.

Accordingly, one aspect of the invention is a method of treating prostate cancer comprising administering to a patient in need thereof an effective amount of cabazitaxel in combination with a corticoid, such as prednisone or prednisolone.

The combination is administered repeatedly according to a protocol that depends on the patient to be treated (age, weight, treatment history, etc.), which can be determined by a skilled physician. In one aspect of the invention, cabazitaxel is administered by perfusion to the patient according to an intermittent program with an interval between each administration of 3 weeks, which may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding administration. The median number of cycles is 6. The prednisone or prednisolone may be administered daily, for example in the form of one dosage intake per day, throughout the duration of the treatment. Examples of doses for the two antitumoral agents are given in the "Example" section. The currently recommended dose is 25 mg/m² of cabazitaxel administered as a on-hour infusion and 10 mg per day of prednisone or prednisolone administered orally.

In some aspects of the invention, the patient to be treated has prostate cancer that is resistant to hormone therapy (i.e., hormone refractory) and has previously been treated with docetaxel. In some aspects, the patient has prostate cancer that progressed during or after treatment with docetaxel. In some aspects, the patient was previously treated with at least 225 mg/m² cumulative dose of docetaxel. In a particular aspect, the patient showed progression of their disease in the six months following hormone therapy or during docetaxel treatment or after docetaxel treatment. In another particular aspect, the patient showed progression of their disease in the three months following hormone therapy or after docetaxel treatment.

**6**

In some aspects of the invention, the patient to be treated has a measurable tumour and may show progression of the disease via a metastatic lesion of the viscera or of a soft tissue of at least 1 cm determined by MRI or by an axial tomographic scan (CT scan).

In some aspects of the invention, the patient to be treated has an unmeasurable tumour and has shown an increase in the PSA level with three measurements at a 1-week interval or the appearance of new lesions.

In some aspects of the invention, the patient to be treated has undergone castration by orchidectomy or with LHRH agonists, elimination of the androgens or monotherapy with estramustine.

In a preferred aspect, the life expectancy of the patient to be treated should be at least 2 months.

In some aspects, the treatment does not include patients who have previously received mitoxantrone, or who have received less than 225 mg/m² of docetaxel, or who have undergone a radiotherapy that has eliminated more than 40% of the marrow, who have received a treatment within the 4 weeks preceding the test, who have a neuropathy or a stomatitis, involving the brain or the meninges, who have shown severe hypersensitivity to polysorbate or to prednisone, whose blood analysis shows an appreciable decrease in neutrophils, haemoglobin or platelets, an increase in bilirubin and/or liver enzymes and creatinine, or who have heart problems or an infection requiring antibiotics.

An aspect of the invention comprises increasing the survival of a patient with hormone refractory metastatic prostate cancer, comprising administering a clinically proven effective amount of cabazitaxel to the patient in combination with prednisone or prednisolone. In a particular aspect, the patient has previously been treated with a docetaxel-containing regimen.

Cabazitaxel may be administered in combination with a medication to prevent or control nausea and vomiting or to prevent or control hypersensitivity to the cabazitaxel treatment. Preferably, a patient is pre-medicated with the medication, for example, at least 30 minutes prior to administering each dose of cabazitaxel.

One aspect of the invention comprises a method of reducing the risk of a severe hypersensitivity reaction in a patient with prostate cancer being treated with cabazitaxel, comprising administering to the patient a medication to prevent hypersensitivity prior to the administration of cabazitaxel.

Severe hypersensitivity reactions to cabazitaxel can occur and may include generalized rash/erythema, hypotension and bronchospasm. Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of cabazitaxel, thus facilities and equipment for the treatment of hypotension and bronchospasm should be available. If severe hypersensitivity reaction occurs, cabazitaxel infusion should be immediately discontinued and appropriate therapy should be administered. Examples of medications which may be used to prevent hypersensitivity to the cabazitaxel treatment include antihistamines, such as dexchlorpheniramine (for example 5 mg), and diphenhydramine (for example 25 mg) or equivalent antihistamines; and corticosteroids, such as dexamethasone (for example 8 mg) or an equivalent steroid.

Nevertheless, cabazitaxel should not be given to and may be contraindicated in patients who have a history of severe hypersensitivity reactions to cabazitaxel. Depending on the formulation administered, cabazitaxel may also be contraindicated in patients who have a history of hypersensitivity reactions to other drugs formulated with polysorbate 80.

US 8,927,592 B2

7

8

One aspect of the invention comprises an article of manufacture comprising:

a) a packaging material;

b) cabazitaxel, and

c) a label or package insert contained within the packaging material indicating that severe hypersensitivity reactions can occur.

Gastrointestinal symptoms, such as, for example nausea, vomiting, and diarrhea, may occur with the treatment of cabazitaxel. Mortality related to diarrhea and electrolyte imbalance has been reported. Therefore, patients may also be rehydrated and treated with anti-diarrheal or anti-emetic medications as needed. Treatment delay or dosage reduction may be necessary if patients experience Grade≥3 diarrhea.

Accordingly, the methods of the invention include administering a medication to prevent hypersensitivity or a medication to prevent or control nausea and vomiting in combination with cabazitaxel.

Examples of medications which may be used to prevent or control nausea and vomiting include histamine $H_2$ antagonists and antiemetics, such as ondansetron, granisetron and dolesetron.

A possible side effect of the treatment with cabazitaxel is neutropenia, which is characterized by a reduced number of neutrophils. Unfortunately, a number of neutropenia deaths have been reported. Therefore, frequent blood counts should be obtained or performed to monitor for neutropenia. If neutropenia occurs, cabazitaxel treatment may be discontinued, and restarted when neutrophil counts recover to a level of >1,500/mm$^3$. Cabazitaxel should not be given to a patient with a neutrophil count≤1,500 cells/mm$^3$.

The present invention therefore also relates to a method of treating prostate cancer with cabazitaxel comprising administering cabazitaxel to the patient, monitoring blood counts in the patient, and measuring neutrophil levels. In one aspect, the method further comprises discontinuing cabazitaxel treatment if neutropenia occurs, and optionally restarting cabazitaxel treatment when neutrophil counts recover to a level of >1,500/mm$^3$. In one aspect, the monitoring comprises taking a blood sample from the patient.

Determining neutrophil counts can be performed according to procedures well know to those skilled in the art.

One aspect of the invention is a method of reducing the risk of neutropenia complications comprising administering cabazitaxel in combination with an agent useful for treating neutropenia. Such a neutropenia treatment agent is, for example, a hematopoietic growth factor which regulates the production and function of neutrophils such as a human granulocyte colony stimulating factor, (G-CSF). In a particular aspect of the invention, the neutropenia is complicated neutropenia. Complicated neutropenia includes febrile neutropenia, prolonged neutropenia, or neutropenic infection. In a preferred embodiment, the neutropenia treatment agent is administered prior to the administration of cabazitaxel.

A particular aspect of the invention comprises a method of reducing the risk of neutropenia complications in a patient with prostate cancer being treated with cabazitaxel, comprising monitoring blood counts in the patient at regular intervals during treatment of the patient with cabazitaxel; reducing the dose of cabazitaxel if the patient experiences febrile neutropenia or prolonged neutropenia; discontinuing cabazitaxel treatment if the patient's neutrophil count is ≤1,500 cells/mm$^3$; and optionally restarting cabazitaxel treatment when the patient's neutrophil counts recover to a level≥1,500 cells/mm$^3$.

In a particular aspect, primary prophylaxis with G-CSF should be considered in patients with high-risk clinical features (age>65 years, poor performance status, previous episodes of febrile neutropenia, extensive prior radiation ports, poor nutritional status, or other serious co-morbidities) that predispose them to increased complications from prolonged neutropenia. Therapeutic use of G-CSF and secondary prophylaxis should be considered in all patients considered to be at increased risk for neutropenia complications.

In another aspect, the monitoring of complete blood counts is performed on a weekly basis during cycle 1 and before each treatment cycle thereafter so that the dose can be adjusted, if needed. Therefore, another aspect for reducing the risk of neutropenia complications comprises, monitoring blood counts in the patient and adjusting the dose of cabazitaxel. An example of a dose modification is described in Example 2.

One aspect of the invention comprises an article of manufacture comprising:

a) a packaging material;

b) cabazitaxel, and

c) a label or package insert contained within the packaging material indicating that cabazitaxel should not be given to patients with neutrophil counts of ≤1,500 cells/mm$^3$.

Cases of renal failure should be identified and managed aggressively, accordingly to procedures known to those skilled in the art. Renal failure may be associated with sepsis, dehydration, or obstructive uropathy. Furthermore, impaired hepatic function (e.g., total bilirubin≥ULN, or AST and/or ALT≥1.5×ULN) may increase cabazitaxel concentrations, and cabazitaxel should not be given to patients with hepatic impairment.

Cabazitaxel may cause fetal harm when administered to a pregnant woman.

Prednisone or prednisolone administered at 10 mg daily does not affect the pharmacokinetics of cabazitaxel.

Cabazitaxel is primarily metabolized through CYP3A. Concomitant administration of strong CYP3A inhibitors (for example, ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin, voriconazole) may increase cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inhibitors should be avoided. Caution should be exercised with concomitant use of moderate CYP3A inhibitors. One aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inhibitor, discontinuing treatment with a CYP3A inhibitor, and then administering cabazitaxel to the patient.

Concomitant administration of strong CYP3A inducer (e.g., phenyloin, carbamazepine, rifampin, rifabutin, rifapentin, phenobarbital) may decrease cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inducers should be avoided. Therefore, one aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inducer, discontinuing treatment with a CYP3A inducer, and administering cabazitaxel to the patient.

In addition, patients should also refrain from taking St. John's Wort.

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an AUC of about 991 ng·h/mL (CV 34%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide a $C_{max}$ of about 226 ng·h/mL (CV 107%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide a plasma clearance of 48.5 L/h (CV 39%).

9 10

One aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean $C_{max}$ of cabazitaxel in patients with metastatic prostate cancer was 226 ng/mL (CV 107%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean AUC of cabazitaxel in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%).

A variety of educational materials may be employed to ensure proper prescribing, dispensing, and patient compliance according to the methods described herein. For example, a variety of literature and other materials, such as, for example, prescribing information, package inserts, medications guides, physician information sheets, healthcare professional information sheets, medical journal advertisements, and product websites may describe the risks and benefits of taking cabazitaxel.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) the efficacy and safety of cabazitaxel in combination with prednisone were evaluated in patients with hormone refractory metastatic prostate cancer previously treated with a docetaxel containing regimen; or

b) a total of 755 patients were randomized to receive either cabazitaxel 25 mg/m³ every 3 weeks for a maximum of 10 cycles with prednisone mg orally daily, or to receive mitoxantrone 12 mg/m² intravenously every 3 weeks for a maximum of 10 cycles with prednisone 10 mg orally daily; or

c) the median number of cycles was 6 in the cabazitaxel group and 4 in the mitoxantrone group.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm³.

The invention also concerns a method of promoting the use of cabazitaxel the method comprising the step of conveying to a recipient at least one message selected from:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

The invention also concerns a method of providing cabazitaxel, wherein said cabazitaxel is provided along with information indicating that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

### Example 1

A clinical study was performed wherein patients received either treatment with cabazitaxel or the reference treatment based on mitoxantrone each combined with prednisone or prednisolone.

More specifically, patients over 18 years of age with metastatic castration resistant metastatic prostate cancer either measurable by RECIST criteria or non-measurable disease with rising PSA levels or appearance of new lesions, ECOG (Eastern Cooperative Oncology Group) performance stage 0-2, and adequate organ function (patients had to have neutrophils>1,500 cells/mm³, platelets>100,000 cells/mm³, hemoglobin>10 g/dL, creatinine<1.5× upper limit of normal (ULN), total bilirubin<1×ULN, AST<1.5×ULN, and ALT<1.5×ULN) who had had prior hormone therapy, chemotherapy, and radiotherapy, but had progressive during or after docetaxel treatment (cumulative dose≥225 mg/m²) were randomized to 10 mg/day of prednisone with either mitoxantrone 12 mg/m² or cabazitaxel 25 mg/m², both administered every 3 weeks.

Patients with a history of congestive heart failure, or myocardial infarction within the last 6 months, or patients with uncontrolled cardiac arrhythmias, angina pectoris, and/or hypertension were not included in the study.

720 patients were planned to be included in the clinical study: 360 in each cabazitaxel+prednisone and mitoxantrone+prednisone group. Seven hundred and fifty-five patients (755) (median age 68; 84% white) were actually enrolled, 378 in the cabazitaxel and prednisone/prednisolone group and 377 in the mitoxantrone and prednisone/prednisolone group. The maximal number of treatment cycles was 10 for cabazitaxel and 10 for mitoxantrone. The median number of treatment cycles was 6 for cabazitaxel and 4 for mitoxantrone. The median prior dose of docetaxel treatment was 576 mg/m² for the cabazitaxel group and 529 mg/m² for the mitoxantrone group. Median follow-up was 12.8 months.

The measurements of the results are performed via the same tests as at inclusion. MRI and spiral computed tomographic (CT) scans are preferably used.

US 8,927,592 B2

| 11 | 12 |

The results are evaluated according to the following criteria (cf RECIST guideline):

overall survival (OS): the time from inclusion to the study to the date of death

complete response (CR): disappearance of the lesions

partial response (PR): at least 30% reduction of the largest diameter of the lesion

progression (PD): at least 20% increase in the sum of the largest diameter of the lesion or appearance of one or more new lesions

stable disease (SD): reduction of the tumour insufficient to be included in PR and increase of the tumour insufficient to be included in PD.

The confirmations of the measurements are made at least 4 weeks after the response criterion has been established for the first time.

The progression-free survival (PFS) is the time from inclusion in the study and the date of progression or death when the progression is either an increase of the PSA, or of the tumour, or of the pain.

It was found that the combination of cabazitaxel and prednisone is a well-tolerated combination with the safety profile of taxanes. At the dose investigated in this trial (LD2: 25 mg/m$^2$ cabazitaxel+10 mg/m$^2$/day prednisone), patients receiving cabazitaxel demonstrated statistically significant longer overall survival (OS) compared to mitoxantrone (p<0.0001). The hazard ratio was 0.70 (95% CI. 0.59, 0.83) in favor of cabazitaxel corresponding to a 30% reduction in risk of death. The median survival for patients in the cabazitaxel group was 15.1 months in comparison to 12.7 months in the mitoxantrone group. Notably, the extension of survival was observed irrespective of ECOG performance status, number of prior chemotherapy regimens and age. Benefit was also seen in the third of patients who were docetaxel-refractory and had progressed during docetaxel therapy.

The data related to the treated patients are given in Table 1:

TABLE 1

| Efficacy analysis (intention-to-treat) | | | |
|---|---|---|---|
| | | CbzP N = 378 Median (months) | MP N = 377 Median (months) |
| Overall survival | Median (months) | 15.1 | 12.7 |
| | Hazard ratio (95% CI) | 0.70 (0.59; 0.83) | |
| | p-value[1] | 0.0001 | |
| PFS | Median (months) | 2.8 | 1.4 |
| | Hazard ratio (95% CI) | 0.74 (0.64-0.86) | |
| | p-value[1] | 0.0001 | |
| Tumor response rate | | 14.4% | 4.4% |
| p-value[2] | | 0.0005 | |
| Time to Tumor (months) | Progression Median | 8.8 | 5.4 |
| | p-value | <0.001 | |
| PSA Response rate | | 39.2% | 17.8% |
| p-value[2] | | 0.0002 | |
| PSA PFS | Median (months) | 6.4 | 3.1 |
| | Hazard ratio (95% CI) | 0.75 (0.63-0.90) | |
| | p-value[1] | 0.0010 | |
| Pain Response rate | | 9.2% | 7.8% |
| p-value[2] | | 0.6526 | |

TABLE 1-continued

| Efficacy analysis (intention-to-treat) | | | |
|---|---|---|---|
| | | CbzP N = 378 Median (months) | MP N = 377 Median (months) |
| Pain PFS | Median (months) | Not reached | 11.1 |
| | Hazard ratio (95% CI) | 0.91 (0.69-1.19) | |
| | p-value[1] | 0.5192 | |

[1]Log-rank test,
[2]Chi-square test
CbzP: cabazitaxel with prednisone
MP: mitoxantrone with prednisone

Progression free survival (PFS) defined as the earliest progression in tumor, PSA or pain was also statistically significantly longer in the cabazitaxel group compared to the mitoxantrone group (p<0.0001, hazard ratio=0.74 (95% CI, 0.64, 0.86), and the median progression-free survival was 2.8 months versus 1.4 months. Response rates and PFS for PSA and tumor assessments were statistically significant in favor of cabazitaxel, while response rate and PFS for pain did not show a statistically significant difference.

The most frequent Grade 3/4 toxicities were neutropenia observed with a higher frequency in the cabazitaxel group with 81.7% compared to the mitoxantrone group with 58.0%. Rates of febrile neutropenia were 7.5% in the cabazitaxel group and 1.3% in the mitoxantrone group.

The most common (≥20%) grade 1-4 adverse reactions were anemia, leukopenia, neutropenia, thrombocytopenia, diarrhea, fatigue, nausea, vomiting, asthenia, and constipation.

The most common (≥5%) grade 3-4 adverse reactions in patients who received cabazitaxel were neutropenia, leukopenia, anemia, febrile neutropenia, diarrhea, fatigue, and asthenia.

Subgroup analyses by risk factors and a multivariate analysis showed that OS outcomes were consistent and robust in favor of cabazitaxel as shown in the herebelow table:

TABLE 2

| | MP | | CbzP | | |
|---|---|---|---|---|---|
| | N (%) | Median OS (mos) | N (%) | Median OS (mos) | CbzP vs MP HR (95% CI) |
| ITT | 377 (100) | 12.7 | 378 (100) | 15.1 | 0.70 (0.59-0.83) |
| PD while on D | 103 (27) | 12.0 | 113 (30) | 14.2 | 0.65 (0.47-0.90) |
| PD after last D dose, ≤3 mos | 180 (48) | 10.3 | 158 (42) | 13.9 | 0.70 (0.54-0.90) |
| PD after last D dose, >3 mos | 91 (24) | 17.7 | 103 (27) | 17.5 | 0.78 (0.53-1.14) |

mos = months
D = Docetaxel

US 8,927,592 B2

13

14

TABLE 3

Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities in
≥5% of Patients Receiving cabazitaxel in Combination with Prednisone or
Mitoxantrone in Combination with Prednisone

| | Cabazitaxel 25 mg/m[2] every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m[2] every 3 weeks with prednisone 10 mg daily n = 371 | |
|---|---|---|---|---|
| | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Any Adverse Reaction | | | | |
| Blood and Lymphatic System Disorders | | | | |
| Neutropenia[2] | 347 (94%) | 303 (82%) | 325 (87%) | 215 (58%) |
| Febrile Neutropenia | 27 (7%) | 27 (7%) | 5 (1%) | 5 (1%) |
| Anemia[2] | 361 (98%) | 39 (11%) | 302 (82%) | 18 (5%) |
| Leukopenia[2] | 355 (96%) | 253 (69%) | 343 (93%) | 157 (42%) |
| Thrombocytopenia[2] | 176 (48%) | 15 (4%) | 160 (43%) | 6 (2%) |
| Cardiac Disorders | | | | |
| Arrhythmia[3] | 18 (5%) | 4 (1%) | 6 (2%) | 1 (<1%) |
| Gastrointestinal Disorders | | | | |
| Diarrhea | 173 (47%) | 23 (6%) | 39 (11%) | 1 (<1%) |
| Nausea | 127 (34%) | 7 (2%) | 85 (23%) | 1 (<1%) |
| Vomiting | 83 (22%) | 6 (2%) | 38 (10%) | 0 |
| Constipation | 76 (20%) | 4 (1%) | 57 (15%) | 2 (<1%) |
| Abdominal Pain[4] | 64 (17%) | 7 (2%) | 23 (6%) | 0 |
| Dyspepsia[5] | 36 (10%) | 0 | 9 (2%) | 0 |
| General Disorders and Administration Site Conditions | | | | |
| Fatigue | 136 (37%) | 18 (5%) | 102 (27%) | 11 (3%) |
| Asthenia | 76 (20%) | 17 (5%) | 46 (12%) | 9 (2%) |
| Pyrexia | 45 (12%) | 4 (1%) | 23 (6%) | 1 (<1%) |
| Peripheral Edema | 34 (9%) | 2 (<1%) | 34 (9%) | 2 (<1%) |
| Mucosal Inflammation | 22 (6%) | 1 (<1%) | 10 (3%) | 1 (<1%) |
| Pain | 20 (5%) | 4 (1%) | 18 (5%) | 7 (2%) |
| Infections and Infestations | | | | |
| Urinary Tract Infection[6] | 29 (8%) | 6 (2%) | 12 (3%) | 4 (1%) |
| Pneumonia[7] | 12 (3%) | 9 (2%) | 4 (1%) | 3 (<1%) |
| Investigations | | | | |
| Weight Decreased | 32 (9%) | 0 | 28 (8%) | 1 (<1%) |
| Metabolism and Nutrition Disorders | | | | |
| Anorexia | 59 (16%) | 3 (<1%) | 39 (11%) | 3 (<1%) |
| Dehydration | 18 (5%) | 8 (2%) | 10 (3%) | 3 (<1%) |
| Musculoskeletal and Connective Tissue Disorders | | | | |
| Back Pain | 60 (16%) | 14 (4%) | 45 (12%) | 11 (3%) |
| Arthralgia | 39 (11%) | 4 (1%) | 31 (8%) | 4 (1%) |
| Pain in Extremity | 30 (8%) | 6 (2%) | 27 (7%) | 4 (1%) |
| Muscle Spasms | 27 (7%) | 0 | 10 (3%) | 0 |
| Bone Pain | 19 (5%) | 3 (<1%) | 19 (5%) | 9 (2%) |
| Musculoskeletal Pain | 18 (5%) | 2 (<1%) | 20 (5%) | 3 (<1%) |
| Nervous System Disorders | | | | |
| Peripheral Neuropathy[8] | 50 (13%) | 3 (<1%) | 12 (3.2%) | 3 (<1%) |
| Dysgeusia | 41 (11%) | 0 | 15 (4%) | 0 |
| Dizziness | 30 (8%) | 0 | 21 (6%) | 2 (<1%) |
| Headache | 28 (8%) | 0 | 19 (5%) | 0 |
| Renal and Urinary Tract Disorders | | | | |
| Hematuria | 62 (17%) | 7 (2%) | 13 (4%) | 1 (<1%) |
| Dysuria | 25 (7%) | 0 | 5 (1%) | 0 |
| Respiratory, Thoracic and Mediastinal Disorders | | | | |
| Dyspnea | 43 (12%) | 4 (1%) | 16 (4%) | 2 (<1%) |
| Cough | 40 (11%) | 0 | 22 (6%) | 0 |
| Skin and Subcutaneous Tissue Disorders | | | | |
| Alopecia | 37 (10%) | 0 | 18 (5%) | 0 |

US 8,927,592 B2

**15**

**16**

TABLE 3-continued

Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities in ≥5% of Patients Receiving cabazitaxel in Combination with Prednisone or Mitoxantrone in Combination with Prednisone

| | Cabazitaxel 25 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | |
|---|---|---|---|---|
| | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Vascular Disorders | | | | |
| Hypotension | 20 (5%) | 2 (<1%) | 9 (2%) | 1 (<1%) |
| Median Duration of Treatment | 6 cycles | | 4 cycles | |

[1]Graded using NCI CTCAE version 3
[2]Based on laboratory values, cabazitaxel: n = 369, mitoxantrone: n = 370.
[3]Includes atrial fibrillation, atrial flutter, atrial tachycardia, atrioventricular block complete, bradycardia, palpitations, supraventricular tachycardia, tachyarrhythmia, and tachycardia.
[4]Includes abdominal discomfort, abdominal pain lower, abdominal pain upper, abdominal tenderness, and GI pain.
[5]Includes gastroesophageal reflux disease and reflux gastritis.
[6]Includes urinary tract infection enterococcal and urinary tract infection fungal.
[7]Includes bronchopneumonia, lobar pneumonia, and pneumonia klebsiella.
[8]Includes peripheral motor neuropathy and peripheral sensory neuropathy.

TABLE 4

Patient Characteristics

| | MP (n = 377) | CBZP (n = 378) |
|---|---|---|
| Age (years) | | |
| Median [range] | 67 [47-89] | 68 [46-92] |
| ≥65 (%) | 57.0 | 64.9 |
| ECOG PS (%) | | |
| 0, 1 | 91.2 | 92.6 |
| 2 | 8.8 | 7.4 |
| PSA* (ng/mL) | | |
| Median [range] | 127.5 [2-11220] | 143.9 [2-7842] |
| Measurability of disease (%) | | |
| Measurable | 54.1 | 53.2 |
| Non-measurable | 45.9 | 46.8 |
| Disease site (%) | | |
| Bone | 87.0 | 80.2 |
| Lymph node | 44.8 | 45.0 |
| Visceral | 24.9 | 24.9 |
| Pain at Baseline, no. (%) | 168 (44.6) | 174 (46.0) |
| Previous Therapy, no. (%) | | |
| Hormonal | 375 (99.5) | 375 (99.2) |
| No. of Chemotherapy Regimens | | |
| 1 | 268 (71.1) | 260 (68.8) |
| 2 | 79 (21.0) | 94 (24.9) |
| >2 | 30 (8.0) | 24 (6.3) |
| Radiation | 222 (58.9) | 232 (61.4) |
| Surgery | 205 (54.4) | 198 (52.4) |
| Biologic Agent | 36 (9.5) | 26 (6.9) |
| Previous docetaxel regimens, n (%) | | |
| 1 | 327 (86.7) | 316 (83.6) |
| 2 | 43 (11.4) | 53 (14.0) |
| >2 | 7 (1.9) | 9 (2.4) |
| Median total previous docetaxel dose (mg/m²) | 529.2 | 576.6 |

TABLE 4-continued

Patient Characteristics

| | MP (n = 377) | CBZP (n = 378) |
|---|---|---|
| Disease progression relative to docetaxel administration, n (%) | | |
| During treatment | 104 (27.6) | 115 (30.4) |
| <3 months from last dose | 181 (48.0) | 158 (41.8) |
| ≥3 months from last dose | 90 (23.9) | 102 (27.0) |
| Unknown | 2 (0.5) | 3 (0.8) |
| Median time from last docetaxel dose to disease progression (months) | 0.7 | 0.8 |

The primary reason for treatment discontinuation in both groups was disease progression (Table 5). The median delivered relative dose intensity was 96.1% in the cabazitaxel group and 97.3% in the mitoxantrone group. In the cabazitaxel group, >75% of patients received >90% of the planned dose intensity. Overall, 5.1% of mitoxantrone treatment courses were dose reduced compared with 9.8% of cabazitaxel treatment courses; 6.3 and 7% of all treatment courses were delayed by 9 days or less, and 1.6 and 2.3% of courses were delayed by more than 9 days for mitoxantrone and cabazitaxel respectively (See Table 5).

TABLE 5

Treatment Received and Reasons for Discontinuation in the Intention-to-Treat Population.*

| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
|---|---|---|
| Patients receiving study treatment, no. (%) | 371 (98.4) | 371 (98.1) |
| Patients completing planned ten cycles of study treatment, no. (%) | 46 (12.2) | 105 (27.8) |

US 8,927,592 B2

17                                                                    18

TABLE 5-continued

| Treatment Received and Reasons for Discontinuation in the Intention-to-Treat Population.* | | |
| --- | --- | --- |
| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
| Discontinuation of study treatment, no. (%) | 325 (86.2) | 266 (70.4) |
| Reasons for discontinuation of study treatment, no. (%) | | |
| Disease progression | 267 (70.8) | 180 (47.6) |
| Adverse event | 32 (8.5) | 67 (17.7) |
| Non-compliance with protocol | 0 | 1 (0.3) |
| Lost to follow-up | 2 (0.5) | 0 |
| Patient's request | 17 (4.5) | 8 (2.1) |
| Other | 7 (1.9) | 10 (2.7) |
| No. of treatment cycles, median (range)[†] | 4 (1-10) | 6 (1-10) |
| Relative dose intensity, median % (range)[†] | 97.3 (42.5-106.0) | 96.1 (49.0-108.2) |
| Treatment delays, no. of cycles (%)[‡] | | |
| ≤9 days | 110 (6.3) | 157 (7.0) |
| >9 days | 28 (1.6) | 51 (2.3) |
| Dose reductions, no. of cycles (%)[‡] | 88 (5.1) | 221 (9.8) |

The results of this study are further illustrated to FIGS. **1**, **2**, and **3**.

### Example 2

Table 6 illustrates an example of a dosage modification for adverse reactions in patients treated with cabazitaxel

TABLE 6

| Toxicity | Dosage Modification |
| --- | --- |
| Prolonged grade ≥3 neutropenia (greater than 1 week) despite appropriate medication including G-CSF | Delay treatment until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m². Use G-CSF for secondary prophylaxis. |
| Febrile neutropenia | Delay treatment until improvement or resolution, and until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m². Use G-CSF for secondary prophylaxis. |
| Grade ≥3 diarrhea or persisting diarrhea despite appropriate medication, fluid and electrolytes replacement | Delay treatment until improvement or resolution, then reduce dosage of cabazitaxel to 20 mg/m². |

Discontinue cabazitaxel treatment if a patient continues to experience any of these reactions at 20 mg/m².

### Example 3

#### Performance Status and Pain Scores During Treatment

Methods

ECOG PS, pain measures, and analgesic consumption were assessed prior to every treatment cycle and at the end of study treatment.

Pain assessments: Present Pain Intensity (PPI) scale from the McGill-Melzack questionnaire (Melzack R. Pain

1975; 1:277-99). Mean Analgesic Score (AS) derived from analgesic consumption (in morphine equivalents) was calculated for the one-week period prior to each evaluation. Area under the curve (AUC) of PPI and AS was calculated by the trapezoid formula. Cumulative AUC of PPI and AS was calculated up to the last cycle of data available for each patient. Average AUC of the treatment groups was compared from Cycle 1 to Cycle 10.

Results

Performance status remained stable in most patients during the treatment period and was similar between groups. See FIG. **4**.

Overall, PPI scores were comparable; improving from baseline in 21.3% of men in the CbzP group and 18.2% in the MP group. See FIG. **5**.

The CbzP group had a lower mean area under the curve (AUC) of PPI, suggesting less severe pain especially during cycles 7-10. See FIG. **6**.

Analgesic use was comparable between the groups (lower mean AUC of AS means lower pain medication use). See FIG. **7**.

Conclusion

Despite longer treatment with CbzP no worsening in ECOG PS was seen.

Present Pain Intensity score improved in 21% of men in CbzP vs. 18% in MP arm. Assessment of pain scores suggested less severe pain in the CbzP group during treatment.

Pain medication use was similar between groups.

### Example 4

A population pharmacokinetic analysis was conducted in 170 patients with solid tumors at doses ranging from 10 to 30 mg/m² weekly or every 3 weeks.

Based on the population pharmacokinetic analysis, after an intravenous dose of cabazitaxel 25 mg/m² every 3 weeks, the mean $C_{max}$ in patients with metastatic prostate cancer was 226 ng/mL (CV 107%) and was reached at the end of the 1-hour infusion ($T_{max}$). The mean AUC in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%). No major deviation from the dose proportionality was observed from 10 to 30 mg/m² in patients with advanced solid tumors. The volume of distribution (Vss) was 4,864 L (2,643 L/m² for a patient with a median BSA of 1.84 m²) at steady state.

Based on the population pharmacokinetic analysis, cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%; 26.4 Uh/m² for a patient with a median BSA of 1.84 m²) in patients with metastatic prostate cancer. Following a 1-hour intravenous infusion, plasma concentrations of cabazitaxel can be described by a 3-compartment PK model with α-, β-, and γ-half-lives of 4 minutes, 2 hours, and 95 hours, respectively.

What is claimed is:

**1**. A method for treating a patient with prostate cancer that has progressed during or after treatment with docetaxel, comprising administering to said patient a dose of 20 to 25 mg/m² of cabazitaxel, or a hydrate or solvate thereof, in combination with a corticoid.

**2**. The method according to claim **1**, where the prostate cancer is an advanced metastatic disease.

**3**. The method according to claim **1**, where the cabazitaxel is in the form of an acetone solvate.

**4**. The method according to claim **3**, in which the acetone solvate contains between 5% and 8% by weight of acetone.

**5**. The method according to claim **1**, comprising repeating the administration of cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

19

**6**. The method according to claim **1**, wherein the cabazitaxel is in base form.

**7**. The method according to claim **1**, wherein said cabazitaxel, or hydrate or solvate thereof, is administered in an amount to provide an AUC of about 991 ng·h/mL (CV 34%).

**8**. The method according to claim **1**, wherein said cabazitaxel, or hydrate or solvate thereof, is administered in an amount to provide an $C_{max}$ of about 226 ng·h/mL (CV 107%).

**9**. The method according to claim **1** wherein said cabazitaxel, or hydrate or solvate thereof, is administered in an amount to provide a plasma clearance of 48.5 L/h (CV 39%).

**10**. The method according to claim **1**, further comprising monitoring blood counts and measuring neutrophil levels in the patient.

**11**. The method according to claim **10**, further comprising discontinuing cabazitaxel treatment in a patient with a neutrophil count of ≤1,500 cells/mm³.

**12**. The method according to claim **1**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m².

**13**. The method according to claim **1**, wherein the corticoid is selected from the group consisting of prednisone and prednisolone.

**14**. The method according to claim **13**, where the prednisone or prednisolone is administered at a dose of 10 mg/day.

**15**. The method according to claim **14**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m².

**16**. The method according to claim **14**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m².

**17**. The method according to claim **1**, where the prostate cancer is a castration resistant or hormone-refractory prostate cancer.

**18**. The method according to claim **17**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m².

**19**. The method according to claim **17**, comprising repeating the administration of said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

20

**20**. The method according to claim **1**, wherein the prostate cancer is a castration resistant or hormone-refractory, metastatic prostate cancer.

**21**. The method according to claim **20**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m².

**22**. The method according to claim **20**, where cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m².

**23**. The method according to claim **20**, comprising repeating the administration of said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

**24**. The method according to claim **1**, wherein the prostate cancer is a castration resistant or hormone-refractory, metastatic prostate cancer, and wherein the corticoid is selected from the group consisting of prednisone and prednisolone, and wherein the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m².

**25**. The method according to claim **24**, comprising repeating the administration of said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

**26**. The method according to claim **1**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m².

**27**. A method of increasing the survival of a patient with a castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel, comprising administering a dose of 20 to 25 mg/m² of cabazitaxel, or hydrate or solvate thereof, to the patient in combination with prednisone or prednisolone.

**28**. The method according to claim **27**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m².

**29**. The method according to claim **27**, comprising repeating the administration of said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

**30**. The method according to claim **27**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m².

* * * * *

(12) **INTER PARTES REVIEW CERTIFICATE** (2298th)

# United States Patent
Gupta

(10) **Number:**      **US 8,927,592 K1**

(45) **Certificate Issued:**     **Aug. 23, 2021**

---

(54) **ANTITUMORAL USE OF CABAZITAXEL**

(75) Inventor: **Sunil Gupta**

(73) Assignee: **SANOFI MATURE IP**

**Trial Number:**

IPR2016-00712 filed Mar. 15, 2016

**Inter Partes Review Certificate for:**

Patent No.: **8,927,592**
Issued: **Jan. 6, 2015**
Appl. No.: **13/456,720**
Filed: **Apr. 26, 2012**

The results of IPR2016-00712 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 8,927,592 K1**
**Trial No. IPR2016-00712**
**Certificate Issued Aug. 23, 2021**

**1**

AS A RESULT OF THE INTER PARTES REVIEW PROCEEDING, IT HAS BEEN DETERMINED THAT:

Claims **1-5**, **8-10**, **12**, **13**, **17-25** and **27-30** are cancelled.

**31**. (substitute for claim **27**) *A method of increasing survival comprising administering to a patient in need thereof (i) an antihistamine, (ii) a corticoid, (iii) an $H_2$ antagonist, and (iv) a dose of 20 to 25 mg/m$^2$ of cabazitaxel, or a hydrate or solvate thereof, wherein said antihistamine, said corticoid, and said $H_2$ antagonist are administered prior to said dose of 20 to 25 mg/m$^2$ of cabazitaxel, or hydrate or solvate thereof, in combination with prednisone or prednisolone, wherein said patient has castration resis-*

**2**

*tant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel.*

**32**. (substitute for claim **28**) *The method according to claim **31**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m$^2$.*

**33**. (substitute for claim **29**) *The method according to claim **31**, comprising repeating the administration of said antihistamine, said corticoid, said $H_2$ antagonist, and said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.*

**34**. (substitute for claim **30**) *The method according to claim **31**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m$^2$.*

Claims **7**, **11**, **14-16** and **26** are disclaimed.

\* \* \* \* \*

# EXHIBIT B

US010583110B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 10,583,110 B2**

Gupta　　　　　　　　　　　　　　(45) **Date of Patent:**　　　**Mar. 10, 2020**

(54) **ANTITUMORAL USE OF CABAZITAXEL**

(71) Applicant: **Aventis Pharma S.A.**, Antony (FR)

(72) Inventor: **Sunil Gupta**, Lexington, MA (US)

(73) Assignee: **SANOFI MATURE IP**, Paris (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/627,962**

(22) Filed: **Jun. 20, 2017**

(65) **Prior Publication Data**

US 2018/0125810 A1　　May 10, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 14/575,566, filed on Dec. 18, 2014, now abandoned, which is a continuation of application No. 13/456,720, filed on Apr. 26, 2012, now Pat. No. 8,927,592, which is a continuation of application No. PCT/IB2010/054866, filed on Oct. 27, 2010.

(60) Provisional application No. 61/389,969, filed on Oct. 5, 2010, provisional application No. 61/383,933, filed on Sep. 17, 2010, provisional application No. 61/369,929, filed on Aug. 2, 2010, provisional application No. 61/355,888, filed on Jun. 17, 2010, provisional application No. 61/355,834, filed on Jun. 17, 2010, provisional application No. 61/293,903, filed on Jan. 11, 2010, provisional application No. 61/256,160, filed on Oct. 29, 2009.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 31/337* | (2006.01) |
| *A61K 31/164* | (2006.01) |
| *A61K 31/56* | (2006.01) |
| *A61K 31/573* | (2006.01) |
| *A61K 45/06* | (2006.01) |
| *A61K 38/19* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/337* (2013.01); *A61K 31/164* (2013.01); *A61K 31/56* (2013.01); *A61K 31/573* (2013.01); *A61K 38/193* (2013.01); *A61K 45/06* (2013.01)

(58) **Field of Classification Search**
CPC . A61K 31/337; A61K 31/573; A61K 31/4402
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,814,470 | A | 3/1989 | Colin et al. |
| 5,005,588 | A | 4/1991 | Rubin |
| 5,438,072 | A | 8/1995 | Bobee et al. |
| 5,698,582 | A | 12/1997 | Bastart et al. |
| 5,714,512 | A | 2/1998 | Bastart et al. |
| 5,750,561 | A | 5/1998 | Bastart et al. |
| 5,847,170 | A | 12/1998 | Bouchard et al. |
| 5,889,043 | A | 3/1999 | Bouchard et al. |
| 5,962,705 | A | 10/1999 | Didier et al. |
| 6,160,135 | A | 12/2000 | Bouchard et al. |
| 6,331,635 | B1 | 12/2001 | Bouchard et al. |
| 6,346,543 | B1 | 2/2002 | Bissery et al. |
| 6,372,780 | B2 | 4/2002 | Bouchard et al. |
| 6,387,946 | B1 | 5/2002 | Bouchard et al. |
| 6,403,634 | B1 | 6/2002 | Bissery |
| 7,074,821 | B1 | 7/2006 | Bouchard et al. |
| 7,241,907 | B2 | 7/2007 | Didier et al. |
| 7,772,274 | B1 | 8/2010 | Palepu |
| 8,378,128 | B2 | 2/2013 | Billot et al. |
| 8,846,959 | B2 | 9/2014 | Billot et al. |
| 8,927,592 | B2 | 1/2015 | Gupta |
| 2002/0038038 | A1 | 3/2002 | Bouchard et al. |
| 2004/0126379 | A1 | 7/2004 | Adolf et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1849311 A | 10/2006 |
| EP | 0817779 B1 | 1/2000 |

(Continued)

OTHER PUBLICATIONS

Winquist (The Canadian Journal of Urology, Feb. 2008, vol. 15, No. 1, pp. 3942-3949) (Year: 2008).*

(Continued)

*Primary Examiner* — James D. Anderson

(74) *Attorney, Agent, or Firm* — Kelly L. Bender

(57) **ABSTRACT**

The invention relates to a compound of formula:



which may be in base form or in the form of a hydrate or a solvate, in combination with prednisone or prednisolone, for its use as a medicament in the treatment of prostate cancer, particularly metastatic prostate cancer, especially for patients who are not catered for by a taxane-based treatment.

**6 Claims, 7 Drawing Sheets**

# US 10,583,110 B2

Page 2

## (56)  References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0065138 | A1 | 3/2005 | Didier et al. |
| 2005/0070496 | A1 | 3/2005 | Borovac et al. |
| 2005/0244413 | A1 | 11/2005 | Adolf et al. |
| 2008/0076780 | A1 | 3/2008 | Curwen et al. |
| 2008/0279923 | A1 | 11/2008 | Bradke et al. |
| 2010/0311825 | A1 | 12/2010 | Rortais et al. |
| 2011/0105598 | A1 | 5/2011 | Gurjar et al. |
| 2011/0144362 | A1 | 6/2011 | Billot et al. |
| 2011/0160159 | A1 | 6/2011 | Ryan |
| 2011/0177072 | A1 | 7/2011 | Chauchereau et al. |
| 2011/0237540 | A1 | 9/2011 | Crawford et al. |
| 2012/0077845 | A1 | 3/2012 | Dalton et al. |
| 2012/0115806 | A1 | 5/2012 | Magherini |
| 2012/0301425 | A1 | 11/2012 | Gupta |
| 2015/0118182 | A1 | 4/2015 | Gupta |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2177630 A1 | 4/2010 |
| FR | 2732340 A1 | 10/1996 |
| JP | 2007505866 A | 3/2007 |
| WO | WO-9418164 A1 | 8/1994 |
| WO | WO-9630355 A1 | 10/1996 |
| WO | WO-9630356 A1 | 10/1996 |
| WO | WO-0010547 A2 | 3/2000 |
| WO | WO-2005002846 A1 | 1/2005 |
| WO | WO-2005028462 A1 | 3/2005 |
| WO | WO-2006062811 A2 | 6/2006 |
| WO | WO-2010117668 A1 | 10/2010 |
| WO | WO-2010128258 A1 | 11/2010 |
| WO | WO-2011051894 A1 | 5/2011 |
| WO | WO-2011063421 A1 | 5/2011 |
| WO | WO-2011124669 A1 | 10/2011 |
| WO | WO-2011130317 A2 | 10/2011 |
| WO | WO-2011130566 A2 | 10/2011 |

### OTHER PUBLICATIONS

Tropic Listing (http://clinicaltrials.gov/archive/NCT00417079/2006_12_28. View of NCT00417079 on Dec. 28, 2006, 3 pages) (Year: 2006).*
Mita (Clin. Cancer Res., Jan. 15, 2009, vol. 15, No. 2, pp. 723-730) (Year: 2009).*
Attard (Pathologie Biologie, 2006, vol. 54, pp. 72-84) (Year: 2006).*
Pivot (Annals of Oncology, 2008, vol. 19, pp. 1547-1552) (Year: 2008).*
Beardsley (Curr. Opin. Support Palliat. Care, 2008, vol. 2, pp. 161-166) (Year: 2008).*
Taxol (Paclitaxel) Label (Mead Johnson, Feb. 10, 2000, pp. 1-43) (Year: 2000).*
Takenaka et al. (International Journal of Urology, 2008, vol. 15, pp. 106-109) (Year: 2008).*
Hudis et al. (J. Clin. Oncol., 1996, vol. 14, pp. 58-65) (Year: 1996).*
Tannock et al. (N. Engl. J. Med., 2004, vol. 351, pp. 1502-1512) (Year: 2004).*
Declaration of Alton Oliver Sartor, M.D., as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 23, 2016.
Curriculum Vitae for A. Oliver Sartor, M.D., dated Feb. 23, 2016.
Reply Declaration of Alton Oliver Sailor, M.D., as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Apr. 20, 2017.
Reply Declaration of Dr. Rahul Seth, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Sealed Opinion of Dec. 19, 2017 (redacted).

Declaration Transcript of Dr. Oliver Sartor, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Feb. 13, 2017.
Declaration Transcript of Dr. Oliver Sartor, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated May 8, 2017.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Excerpts from Markman Hearing held on Jan. 23, 2016, pp. 1-9, 90-105.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Defendants Joint Responsive Claim Construction Brief, entered Dec. 3, 2015.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Joint Claim Construction and Prehearing Statement, dated Oct. 2, 2015.
Declaration of Mr. Robert McSorley, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Declaration of Art Lathers, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 22, 2016.
Declaration Transcript of Rahul Seth, DO, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 9, 2016.
Declaration of Patricia Matthews, RN, BSN, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jan. 16, 2017.
*Sanofi-Aventis* v. *Fresenius Kabi USA*, Civil Action No. 14-7869, United States District Court, District of New Jersey, Amended Claim Construction Opinion, Oct. 7, 2016.
Declaration Transcript of Michael Edward Tate, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 6, 2017.
*Sanofi-Aventis* v. *Mylan Laboratories Limited*, Civil Action No. 15-3392, United States District Court, District of New Jersey, Defendant's Answer to the Complaint, Separate Defenses and Counterclaims, 2015.
*Sanofi-Aventis* v. *ONCO Therapies*, United States District Court, District of New Jersey, Complaint for Patent Infringement, May 15, 2015.
Public Deposition of Robert McSorley, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Apr. 19, 2017.
Final Written Decision, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Sep. 21, 2017.
*Aventis Pharma S.A.* v. *Mylan Laboratories Limited*, Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Brief for Appellant, dated Mar. 15, 2018.
Patent Owner's Contingent Motion to Amend as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 23, 2016.
Patent Owner's Response as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 23, 2016.
Preliminary Response by Patent Owner pursuant to 37 CFR 42.107 as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 24, 2016.
*Sanofi* v. *Glenmark Pharmaceuticals*, Civil Action No. 14-264-RGA, United States District Court, District of Delaware, Trial Opinion dated Aug. 31, 2016.
*Sanofi* v. *Lupin Atlantic Holdings*, Civil Action No. 15-415-RGA, United States District Court, District of Delaware, Trial Opinion dated Oct. 23, 2017.
*Sanofi* v. *Watson Laboratories Inc.*, Case 2016-2722, U.S. Court of Appeals for the Federal Circuit, Opinion dated Nov. 9, 2017.

**US 10,583,110 B2**

Page 3

(56)        **References Cited**

OTHER PUBLICATIONS

*Aventis Pharma S.A.* v. *Mylan Laboratories Limited*, Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Reply Brief for Appellant, dated May 18, 2018.

*Aventis Pharma S.A.* v. *Mylan Laboratories Limited*, Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Responsive Brief, dated Apr. 24, 2018.

A Promising R&D Portfolio, Well Positioned to Deliver Future Growth, Sanofi-Aventis Press Release, Sep. 2007, pp. 1-11.

A Randomized, Open-label, Phase 3 Study of Larotaxel IV Every 3 Weeks Versus Capecitabine (Xeloda®) Tablets Twice Daily for 2 Weeks in 3 Week Cycles in Patients with Metastatic Breast Cancer (MBC) Progressing After Taxanes and Anthracycline Therapy (EFG6089), 2012 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://en.sanofi.com/img/content/study/EFC_6089_summary.pdf).

Abrams et al., New Chemotherapeutic Agents for Breast Cancer, Cancer Suppl. 74(3), pp. 1164-1176, 1994.

Abraxane (paclitaxel) Label (May 2007).

Actavis LLC's Detailed Factual and Legal Basis for its Paragraph IV Certification that U.S. Pat. No. 8,927,592 is invalid, Unenforceable and/or Not Infringed by the [] Described in Actavis' NDA No. 207970 (2015) (redacted).

Actavis Prednisone Label (2015).

Adam's LLC'S Detailed Factual and Legal Basis for its Paragraph IV Certification that U.S. Pat. No. 8,927,592 is invalid, Unenforceable and/or Not Infringed by the [] Described in Actavis' NDA No. 207970 (2015) (redacted).

Alimta (pemetrexed) Label (Sep. 2008).

American Cancer Society Cancer Facts & Figures 2005.

American Cancer Society Cancer Facts & Figures 2009.

American Cancer Society Cancer Facts & Figures 2011.

American Cancer Society, Off-Label Drug Use, What is Off-Label Drug Use?, [retrieved from https://www.cancer.org/treatment/treatments-and-side-effects/treatment-types/chemotherapy/off-label-drug-use.html] (2017).

Andean Patent Manual. Andean Community secretary, OMPI, EPO, 2004. Section 9.4.

Anonymous, "Early study shows cabazitaxel may be more effective than docetaxel in some patients with advanced prostate cancer," American Society of Clinical Oncology, Inc., posted Apr. 3, 2015 by The ASCO Post, retrieved from internet Oct. 30, 2018 from URL http://http://www.ascopost.com/News/23626.

Antonarakis E.S., et al., "Phase III Trials with Docetaxel-Based Combinations for Metastatic Castration-Resistant Prostate Cancer," Journal of Clinical Oncology, 2013, vol. 31 (14), pp. 1709-1712.

Antonarakis et al., Novel Targeted Therapeutics for Metastatic Castration-Resistant Prostate Cancer, 291(1) Cancer Lett. 113 (2010), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4029098/ (published online Aug. 29, 2009).

Apotex, Detailed Statement for ANDA 207736, 2015 (redacted).

Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), 31st Edition, 2011.

Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), 36th Edition, 2016.

Araujo J.C., et al., "Overall Survival (OS) and Safety of Dasatinib/docetaxel Versus Docetaxel in Patients With Metastatic Castration-resistant Prostate Cancer (mCRPC): Results From the Randomized Phase III Ready Trial," Journal of Clinical Oncology, Feb. 2013, vol. 31 (6), Abstract LBA8, 3 pages as retrieved from http://ascopubs.org/doi/10.1200/jco.2013.31.6_suppl.lba8 on Oct. 30, 2018.

Archimbaud; Y., "Mouse plasma and tumor pharmacokinetics of TXD258, a new taxoid", American Association for Cancer Research, 91st Annual Meeting, Apr. 1-5, 2000, vol. 41, Abstract 1373, p. 215.

Armstrong A.J., et al., "New Drug Development in Metastatic Prostate Cancer," Urologic Oncology, 2008, vol. 26 (4), pp. 430-437.

Armstrong and Carducci, New Drugs in Prostate Cancer, 16 Curr. Opin. Urol. 138-45 (2006).

Avastin (bevacizumab), Prescribing Information (Label), Jul. 2009.

Bahl A., et al., Final quality of life and safety data for patients with metastatic castration-resistant prostate cancer treated with cabazitaxel in the UK early access programme (EAP) (NCT01254279), BJU International. vol. 116, pp. 880-887 (2015).

Bahl A., et al., 'Impact of cabazitaxel on 2-year survival and palliation of tumour-related pain in men with metastatic castration-resistant prostate cancer treated in the TROPIC trial,' Annals of Oncology, vol. 24 No. 9, pp. 2402-2408 (2013).

Baselga et al., Phase II Study of Weekly Intravenous Trastuzumab (Herceptin) in Patients with HER2/neu-Overexpressing Metastatic Breast Cancer, Semin. in Oncol. vol. 26 No. 4, Suppl. 12, pp. 78-83, 1999.

Baselga J., et al., 'Phase II study of efficacy, safety, and pharmacokinetics of trastuzumab monotherapy administered on a 3-weekly schedule,' Journal of Clinical Oncology. vol. 23 No. 10, pp. 2162-2171 (2005).

Bedikian A.Y., et al., 'Phase 3 study of docosahexaenoic acid-paclitaxel versus dacarbazine in patients with metastatic malignant melanoma,' Annals of Oncology vol. 22 No. 4, pp. 787-793 (2011).

Beer et al., Phase II Study of KOS-862 in Patients with Metastatic Androgen Independent Prostate Cancer Previously Treated with Docetaxel, 25 Invest. New Drugs 565-70 (2007).

Beer T.M., et al., "Double-Blinded Randomized Study of High-Dose Calcitriol Plus Docetaxel Compared with Placebo Plus Docetaxel in Androgen-Independent Prostate Cancer: A Report from the Ascent Investigators," Journal of Clinical Oncology, 2007, vol. 25 (6), pp. 669-674.

Beeram M. et al., 'A phase I and pharmacokinetic (PK) study of the novel taxane BMS 184476 administered as a 1-hour intravenous (IV) infusion weekly,' Proceedings of ASCO vol. 20, p. 106a, Abstract 421 (2001).

Berry D.L., et al. , "Quality of Life and Pain in Advanced Stage Prostate Cancer: Results of a Southwest Oncology Group Randomized Trial Comparing Docetaxel and Estramustine to Mitoxantrone and Prednisone," Journal of Clinical Oncology, 2006, vol. 24 (18), pp. 2828-2835.

Berry W., et al., "Phase III Study of Mitoxantrone Plus Low Dose Prednisone Versus Low Dose Prednisone Alone in Patients with Asymptomatic Hormone Refractory Prostate Cancer," The Journal of Urology, 2002, vol. 168 (6), pp. 2439-2443.

Berthold D.R., et al., "Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the TAX 327 Study," Journal of Clinical Oncology, Jan. 10, 2008, vol. 26 (2), pp. 242-245.

Berthold Dr., et al., "Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the Tax 327 Study," Journal of Clinical Oncology, 2008, vol. 26 (2), pp. 242-245.

Bissery et al., Experimental Antitumor Activity of Taxotere (RP 56976, NSC 628503), a Taxol Analogue, Cancer Research 51 pp. 4845-4852, 1991.

Bissery M.C., et al., "Preclinical Evaluation of TXD258, A New Taxoid," Proceedings of the American Association for Cancer Research, 2000, vol. 41, p. 214, Abstract No. 1364.

Booth B., et al., "Oncology's Trials," Nature Reviews, Drug Discovery, 2003, vol. 2 (8), pp. 609-610.

Bouchet B.P., et al., "Cabazitaxel, a New Taxane with Favorable Properties," Drugs of Today (Barcelona, Spain, 2010, vol. 46 (10), pp. 735-742.

BPI's Detailed Factual and Legal Bases in Support of its Paragraph IV Certification for Cabazitaxel Solution. IV, 2015 (redacted).

Brady, Urological Institute Johns Hopkins Medical Institutions, New Drugs for Prostate Cancer: Chemotherapy Transformed, vol. VI, 1-2, 2003.

Bristol-Myers Squibb, 'In the pipeline Dec. 31, 2014,' URL: http://www.bms.com/research/pipeline/Pages/default.aspx. Retrieved on Aug. 5, 2016.

Bristol-Myers Squibb Reports Results for Phase 3 Trial of Yervoy (Ipilimumab) in Previously▪Treated Castration Resistant Prostate Cancer, Press Release Sep. 12, 2013 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL:http://news.bms.com/press-release/rd-news/bristol-myers-squibb-reports-results-phase-3-trial-yervoy-ipilimumab-previous).

(56)       **References Cited**

OTHER PUBLICATIONS

Brooks, FDA Grants Expanded Indication for Enzalutamide (Xtandi) MEDSCAPE, 2004 (http://www.medscape.com/viewarticle/831548) (retrieved on Mar. 13, 2017).

Buonerba C., et al., "Docetaxel Rechallenge in Castration-Resistant Prostate Cancer: Scientific Legitimacy of Common Clinical Practice," European Urology, 2010, vol. 58 (4), pp. 636-637.

Butler M.S., et al., "Natural Products to Drugs: Natural Product-Derived Compounds in Clinical Trials," Natural Product Reports, 2008, vol. 25 (3), pp. 475-516.

Byrn, S.R., et al., 'Solid-state chemistry of drugs,' 2nd edition, SSCI, Inc., pp. 12-13, 233 and 516-517 (1999).

Cabazitaxel (XRP-6258) for hormone refractory, metastatic prostate cancer second line after docetaxel, National Horizon Scanning Centre, National Institute for Health Research, University of Birmingham, Apr. 2009, pp. 1-5.

Cabral F., et al., "Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs," Drug Resistance Updates, 2001, vol. 4 (1), pp. 3-8.

Cabrespine, et al., Randomized Phase II Study Comparing Paclitaxel and Carboplatin Versus Mitoxantrone in Patients with Hormone-Refractory Prostate Cancer, Urology, 67(2), 354-359 (2006).

Caffo et al., Pemetrexed as Second-Line Chemotherapy for Castration-Resistant Prostate Cancer After Docetaxel Failure: Results from a Phase II Study, 31(2) Urol. Oncol. 180-86 (2013).

Camptosar (irinotecan) Label (Jul. 2005).

Cancer de Prostata Diseminado, Quimioterapia, [Retrieved on Jul. 29, 2014] pp. 1-9. Retrieved from the internet: (URL:http://www.guiasalud.es/egpc/cancer_Prostata/resumida/apartado06/otros02.html).

Cancer Therapy Evaluation Program Common Toxicity Criteria, Version 2.0, DCTD, NCI; NIH, DHHS. revised Mar. 1998, published Apr. 30, 1999, pp. 1-35.

Canil C.M., et al., "Is There a Role for Chemotherapy in Prostate Cancer?," British Journal of Cancer, 2004, vol. 91, pp. 1005-1011.

Canil et al., Randomized Phase II Study of Two Doses of Gefitinib in Hormone-Refractory Prostate Cancer: A Trial of the National Cancer Institute of Canada-Clinical Trials Group, 23(3) J. Clin. Oncol. 455-60 (2005).

Carducci M.A., 'Atrasentan, an endothelin-receptor antagonist for refractory adenocarcinomas: safety and pharmacokinetics,' Journal of Clinical Oncology vol. 20 No. 8, pp. 2171-2180 (2002).

Carducci M.A., et al., "A Phase 3 Randomized Controlled Trial of the Efficacy and Safety of Atrasentan in Men with Metastatic Hormone-Refractory Prostate Cancer," Cancer, 2007, vol. 110 (9), pp. 1959-1966.

Carlson et al., Breast Cancer-Clinical Practice Guidelines in Oncology, 7(2) J. National Comprehensive Cancer Network 122-92 (2009).

Carlson R.O., et al., "New Tubulin Targeting Agents Currently in Clinical Development," Expert Opinion on Investigational Drugs, 2008, vol. 17 (5), pp. 707-722.

CBO Promotional Spending for Prescription Drugs, pp. 1-8, Dec. 2, 2009.

Chemotherapy for Prostate Cancer, American Cancer Society, Retrieved from the internet on Oct. 6, 2016 at https://www.cancer.org/cancer/prostate-cancer/treating/chemotherapy.html.

Chen et al., Gefitinib Treatment is Highly Effective in Non-Small-Cell Lung Cancer Patients Failing Previous Chemotherapy in Taiwan: A Prospective Phase II Study, J. Chemother. 17(6) pp. 679-684, 2005.

Chen, Optimal Adaptive Group Sequential Design for Phase II Clinical Trials A Bayesian Decision Theoretic Approach. ProQuest LLC, 2008, 134 pages.

Cisternino S., et al., "Nonlinear Accumulation in the Brain of the New Taxoid Txd258 Following Saturation of P-Glycoprotein at the Blood-Brain Barrier in Mice and Rats," British Journal of Pharmacology, 2003, vol. 138 (7), pp. 1367-1375.

ClinicalTrials.gov, A Study to Evaluate the Effects of Combining Cabazitaxel with Cisplatin Given Every 3 Weeks in Patients With Advanced Solid Cancer, Jul. 22, 2009, pp. 1-7 [retrieved on Jan. 6, 2014 from https://clinicaltrials.gov/ct2/show/NCT00925743?cond=NCT00925743&amp;rank=1].

ClinicalTrials.gov, BMS-184476 in treating patients with advanced solid tumors, p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-184476&amp;Search=Search.

ClinicalTrials.gov, 'BMS-188797,' p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-188797&amp;Search=Search.

ClinicalTrials.gov, 'BMS-275183,' p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-275183&amp;Search=Search.

ClinicalTrials.gov, Effect of Cabazitaxel on the QTc Interval in Cancer Patients (QT-Cab), Web site, Mar. 24, 2010, pp. 1-7 [retrieved on Jan. 6, 2014].

ClinicalTrials.gov, Efficacy and Safety of BG00012 in MS (Sep. 14, 2005), https://clinicaltrials.gov/archive/NCT00168701/2005_09_14, pp. 1-6.

ClinicalTrials.gov, Larotaxel every 3 weeks vs. capecitabine patients with metastatic breast cancer progressing after taxanes and anthracycline therapy [retrieved on Jun. 24, 2014] Retrieved from the Internet (URL: https://clinicaltrials.gov/ct2/show/NCT000081796?term=larotaxel&rank=7).

ClinicalTrials.gov, Larotaxel plus cisplatin vs gemcitabine plus cisplatin in first line treatment of patients wtth locally advanced/metastatic bladder cancer [retrieved on Jun. 24, 2014]. Retrieved from the Internet (URL: https://clinicaltrials.gov/ct2/show/NCT00625664?term=larotaxel&rank=4).

ClinicalTrials.gov, Larotaxel vs. 5-FU or capecitabine in patients with pancreatic cancer previously treated with gemcitabine [retrieved Jun. 24, 2014] Retrieved from the Internet (URL: https://clinicaltrials.gov/c2/show/NCT00417209?Term=larotaxel&rank=2).

ClinicalTrials.gov, MST-997, p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=MST-997&amp;Search=Search.

ClinicalTrials.gov, Patient Preference Between Cabazitaxel and Docetaxel in Metastatic Castrate-Resistant Prostate Cancer (CABA-DOC), Retrieved from the internet on Dec. 21, 2016 at https://clinicaltrials.gov/ct2/show/study/NCT02044354.

ClinicalTrials.gov, Protocol Registration Preview, A study to evaluate the effects of combining cabazitaxel with cisplatin given every 3 weeks in patients with advanced solid cancer, Website, pp. 1-3, retrieved on Nov. 12, 2009.

ClinicalTrials.gov, Safety and Pharmacokinetic Study of Cabazitaxel in Patients With Advanced Solid Tumors and Liver Impairment Web site, 2010, pp. 1-7 [retrieved on Jan. 6, 2014].

ClinicalTrials.gov, Satraplatin in Hormone Refractory Prostate Cancer Patients Previously Treated with one Cytotoxic Chemotherapy Regimen [retrieved on Jun. 27, 2014]. Retrieved from the Internet:(URL: https://clinicaltrials.gov/ct2/show/NCT00069745?term=SPARC&cond=prostate&rank=3).

ClinicalTrials.gov, Tesetaxel, p. 1-2, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=tesetaxel&amp;Search=Search.

ClinicalTrials.gov, TL-310, p. 1, retrieved on Aug. 5, 2015 on https://clinicaltrials.gov/ct2/results?term=TL-310&amp;Search=Search.

ClinicalTrials.gov, TPI-287, p. 1-2, as retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=TPI-287&amp;Search=Search.

ClinicalTrials.gov, XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC), Archived Oct. 23, 2008, (https://web.archive.org/web/20081023121613/http://clinicaltrials.gov/ct2/show/NCT00417079) (last accessed: Mar. 14, 2017).

Cobleigh et al., Multinational Study of the Efficacy and Safety of Humanized Anti-HER2 Monoclonal Antibody in Women who have HER2-Overexpressing Metastatic Breast Cancer that has Progressed After Chemotherapy for Metastatic Disease, J. Clin. Oncol. 17(9), pp. 2639-2648, 1999.

Collins R., et al., "A Systematic Review and Economic Model of the Clinical Effectiveness and Cost-Effectiveness of Docetaxel in Combination With Prednisone or Prednisolone for the Treatment of

# US 10,583,110 B2

Page 5

## (56)   References Cited

### OTHER PUBLICATIONS

Hormone-Refractory Metastatic Prostate Cancer," Health Technology Assessment, 2007, 11 (2), pp. 1-179.
U.S. Appl. No. 61/256,160, filed Oct. 29, 2009.
U.S. Appl. No. 61/293,903, filed Jan. 11, 2010.
U.S. Appl. No. 61/355,834, filed Jun. 17, 2010.
Dagher et al., Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer, Clinical Cancer Research 8147-51 (2004).
Dagher R., et al., "Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer," Clinical Cancer Research, 2004, vol. 10 (24), pp. 8147-8151.
D'Amico A.V., et al., "US Food and Drug Administration Approval of Drugs for the Treatment of Prostate Cancer: A New Era has Begun," Journal of Clinical Oncology, 2014, vol. 32 (4), pp. 362-364.
Daniel Zuccerinho, Patents of Invention, Ed. Abele do Perrot, 1999.
De Bono, et al., Cabazitaxel or Mitoxantrone With Prednisone in Patients With Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated With Docetaxel: Final Results of a Multinational Phase III Trial (TROPIC), 46th Annual Meet American Society Clinical Oncology (ASCO), Journal of Clinical Oncology, 2010, 28:15S (Suppl), Abstract 4508.
De Bono et al., Phase III non-inferiority study of cabazitaxel (C) 20 mg/m2 (C20) versus 25 mg/m2 (C25) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D), ASCO Annual Meeting 2016, pp. 1-2, 2016.
De Bono, et al., Prednisone Plus Cabazitaxel or Mitoxantrone for Metastatic Castration-Resistant Prostate Cancer Progressing after Docetaxel Treatment a Randomised Open-Label Trial, Lancet, 2010, vol. 376, No. 9747, pp. 1147-1154.
De Bono J.S., et al., "Cabazitaxel or Mitoxantrone with Prednisone in Patients with Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated with Docetaxel Final Results of a Multinational Phase III Trial (TROPIC)," Journal of Clinical Oncology, 2010, vol. 28, pp. 155.
De Bono J.S., et al., 'Open-label phase II study evaluating the efficacy and safety of two doses of pertuzumab in castrate chemotherapy-naive patients with hormone-refractory prostate cancer,' Journal of Clinical Oncology, vol. 25 No. 3, pp. 257-262 (2007).
Deakin and Williams, Histamine H2-Receptor Antagonists in Peptic Ulcer Disease, Efficacy in Healing Peptic Ulcers, 44(5) Drugs 709-19 (1992).
Denis L.J, et al., "Phase I and Pharmacokinetic Study of RPR116258A. A Novel Taxane Derivative, Administered Intravenously over 1 hour every 3 weeks," Clinical Cancer Research, 2000, vol. 6, pp. 4579s, Abstract 568.
Detailed Factual and Legal Bases for Breckenridge's Paragraph IV Certification that U.S. Pat. No. 8,927,592 Is Invalid, Unenforceable and/or Will Not Be infringed, 2015 (redacted).
Detailed Statement of the Factual and Legal Bases for Onco Therapies Limited's Paragraph IV Certification with Respect to U.S. Pat. No. 8,927,592, 2015 (redacted).
Dieras et al., Larotaxel in Combination with Trastuzumab in Patients with HER2+ Metastatic Breast Cancer: Interim Analysis of an Open Phase II Label Study, 26 (15S), J. Clin. Oncol. (Meeting Abstracts), Suppl. 1070, May 2008.
Dieras V., et al., "Phase II Multicenter Study of Larotaxel (Xrp9881), a Novel Taxoid, in Patients with Metastatic Breast Cancer Who Previously Received Taxane-Based Therapy," Annals of Oncology, 2006, vol. 19 (7), pp. 1255-1260.
Dilorenzo G., et al., "Castration-Resistant Prostate Cancer: Current and Emerging Treatment Strategies," Drugs, 2010, vol. 70 (8), pp. 983-1000.
Dilorenzo G., et al., "Combination of Bevacizumab and Docetaxel in Docetaxel-Pretreated Hormone-Refractory Prostate Cancer: A Phase 2 Study," European Urology, 2008, vol. 54 (5), pp. 1089-1096.

Dimasi J.A., et al., "Economics of New Oncology Drug Development," Journal of Clinical Oncology, 2007, vol. 25 (2), pp. 209-216.
Dimasi J.A., et al., "Trends in Risks Associated with New Drug Development Success Rates for Investigational Drugs," Clinical Pharmacology and Therapeutics, 2010, vol. 87 (3), pp. 272-277.
Docetaxel Label (Mar. 2012).
Docetaxel Reduce el Riesgo de Muerte en Pacientes con cancer de Prostata metastatico Androgeno Independiente, [Retrieved on Jul. 29, 2014]. Retrieved from the internet: (URL: http://www.intramed.net/contenidover.asp?contenidoID=31823) (followed by non-verified English translation).
Docetaxel (Taxotere) y Cancer de Próstata. Retrieved from the internet: (URL: http://www.newsmedical.net/health/docetaxel-(taxotere)-and-prostate-cancer-(spanish).aspx).
Doenicke et al., Premedication with H1 and H2 blocking agents reduces the incidence of postoperative nausea and vomiting, Inflam. Res., 53, Suppl. 2, 51-58, (2004).
Dorff T.B., et al., "Cabazitaxel in Prostate Cancer: Stretching a String," Lancet, 2010, vol. 376 (9747), pp. 1119-1120.
Dres, et al., Treatment alternatives for advanced prostate cancer, [Retrieved from the internet on Jul. 29, 2014] Retrieved from http://www.intramed.net/contenidoverasp?contenidID=37957 (followed by non-verified English translation), 3 pages.
Drug Data Report, Antimitotic Drugs, 2003, vol. 25, No. 6, pp. 550.
Drug Data Report Cabazitaxel, 2010, vol. 32, No. 10, pp. 999-1017 at p. 1012.
Dumontet C., et al., "Mechanisms of Action of and Resistance to Antitubulin Agents: Microtubule Dynamics, Drug Transport, and Cell Death," Journal of Clinical Oncology, 1999, vol. 17 (3), pp. 1061-1070.
Eisenberger, M., et al., Phase III Study comparing a reduced dose of cabazitaxel (20 mg/m2) and the currently approved dose (25 mg/m2) in postdocetaxel patients with metastatic castration-resistant prostate cancer—PROSELICA, J. Clin. Oncol., vol. 35, as downloaded from http://ascopubs.org/journal/jcoon Sep. 22, 2017, 13 pages.
Eisenhauer E.A., et al., "Phase I Cancer Clinical Trials: A Practical Guide," Basics of Phase I Design: First-in-Man Studies, Oxford University Press, 2006, pp. 42-80.
El Docetaxel Asociado a la Prodnisona Mejora el Cancer de Prostata, [Retrieved from the internet on Oct. 26, 2012] Retrieved from intranet:(URL: http://www.medicinageriatrica.com.ar/viewnews.php?id=E.EpVVFZVppsBCjOavj).
El-Maraghi and Eisenhauer, Review of Phase II Trial Designs Used in Studies of Molecular Targeted Agents: Outcomes and Predictors of Success in Phase III, J. Clin. Oncol. 26 (2008) 1346-1354.
Emcyt (estramustine) Label (Jun. 2007).
Engels, F.K., et al., 'Potential for improvement of docetaxel-based chemotherapy: a pharmacological review,' British Journal of Cancer, vol. 93, pp. 173-177 (2005).
Erbitux (cetuximab) Label (Jul. 2009).
Esper and Redman, Supportive Care, Pain Management, and Quality of Life in Advanced Prostate Cancer, 26(2) Urologic Clinics of North America 375-89 (1999).
Estramustine, Chemocare.com, retrieved from the internet at http://chemocare.com/chemotherapy/drug-info/estramustine.aspx on Mar. 8, 2017.
European Medicine Agency, ICH Topic E8 General Considerations for Clinical Trials (Mar. 1998).
Factual and Legal Bases for Accord's ANDA Certification That Each Claim of U.S. Pat. No. 8,927,592 is Invalid, Unenforceable, and/or Will Not Be Infringed by Accord's Cabazitaxel Injection Product Described in ANDA 207693 (2015) (redacted).
Factual and Legal Basis for Dr. Reddy's Laboratories, Ltd.'s and Dr. Reddy's Laboratories, Inc.'s Assertion of Invalidity, Unenforceability and/or Non-Infringement of U.S. Pat. No. 8,927,592, 2015 (redacted).
FDA Approves New Drug for Advanced Prostate Cancer (May 15, 2013), retrieved from http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm352363.htm, retrieved on Oct. 6, 2016.
FDA Center for Drug Evaluation and Research, Clinical Pharmacology and Biopharmaceutics Review(s), Application No. 201023 (Cabazitaxel NDA), 2010, pp. 1-71.

## US 10,583,110 B2

Page 6

(56)        **References Cited**

OTHER PUBLICATIONS

FDA, Challenge and Opportunity on the Critical Path to New Medical Products, 1-31 (Mar. 2004).
FDA News Release, FDA Approves New Indication for Taxotere—Prostate Cancer (May 19, 2004) as retrieved from http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2004/ucm108301.htm.
FDA News release, FDA Approves New Treatment for Advanced Prostate Cancer, 2010, pp. 1-2, [Retrieved on Jul. 29, 2015]. Retrieved from the internet (URL: http://www.fda.gov.newsevents/newsroom/pressannouncements/ucm216143.htm].
FDA Notice International Conference on Harmonisation; Guidance on Impurities: Residual Solvents, 62(247) Federal Register 67377-388 (Dec. 24, 1997).
Feuerstein A., et al., 'Oncology Micro-Cap Stocks: Caveat Emptor!' Journal of the National Cancer Institute, vol. 103, issue 20 pp. 1488-1489 (2011).
Figg W.D., et al., "Cabazitaxel: Filling One of the Gaps in the Treatment of Prostate Cancer," Cancer Biology & Therapy, 2010, vol. 10 (12), pp. 1233-1234.
Final Office Action dated Sep. 16, 2013 for U.S Appl. No. 13/456,720, filed Apr. 26, 2012.
Fizaz K., et al., "New agents in Metastatic Prostate Cancer," European Journal of Cancer, 2009, vol. 45 (1), pp. 379-380.
Fizazi K., 'Phase III, randomized, placebo-controlled study of docetaxel in combination with zibotentan in patients with metastatic castration-resistant prostate cancer,' Journal of Clinical Oncology vol. 31 No. 14, pp. 1740-1747 (2013).
Fresenius Kabi USA, LLC's Detailed Statement of the Factual and Legal Bases of Fresenius Kabi USA, LLC's Opinion that U.S. Pat. No. 8,927,592 Is Invalid, Unenforceable or Not infringed, 2015 (redacted).
Fujisaka et al., Phase 1 Study of Atrasentan (ABT627), Novel Endothelin Receptor-A Antagonist, in Japanese Patients with Hormone Refractory Prostate Cancer, 24(18S) J. Clin. Oncol. (Abstr. 14602) (2006).
Fukuoka M., 'Multi-institutional randomized phase II trial of Gefitinib for previously treated patients with advanced non-small-cell lung cancer,' Journal of clinical oncology, vol. 21, No. 12, pp. 2237-2246 (2003).
Fumoleau et al., Phase I and Pharmacokinetics (PK) Study of RPR116258A Given as a Weekly 1-Hour Infusion at Day 1, Day 8, Day 15, Day 22 Every 5 Weeks in Patients (pts) with Advanced Solid Tumors, 7(11) Clin. Cancer Res. 3710s (2001).
Gad, Clinical Trials Handbook (John Wiley & Sons. Inc.), 2009 Regulatory Requirements for Investigational New Drug, pp. 23-69.
Gallagher M.L., et al., 'Phase I clinical and pharcokinetic (PK) trial of the novel taxane BMS-184476 administered as a 1-hour IV infusion in combination with cisplatin every 21 days,' Proceedings of ASCO vol. 20, Abstract 420, (2001).
Galletti E., et al., "Paclitaxel and Docetaxel Resistance: Molecular Mechanisms and Development of New Generation Taxanes," Chemmedchem, 2007, vol. 2 (7), pp. 920-942.
Galsky M.D., et al., "Cabazitaxel," Nature Reviews, Drug Discovery, 2010, vol. 9 (9), pp. 677-678.
Garcia et al., Gemcitabine and Docetaxel in Metastatic, Castrate-Resistant Prostate Cancer, 117(4) Cancer 752-57 (2011).
Gayther, et al., The Frequency of Germ-line Mutations in the Breast Cancer Predisposition Genes BRCA1 and BRCA2 in Familial Prostate Cancer, Cancer Res. 60 (2000) 4513-4518.
Gemzar (gemcitabine) Label Apr. 2006.
Genentech Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer (Mar. 12, 2010), Business Wire, as retrieved from http://www.businesswire.com/news/home/20100311007023/en/Genentech-Update-Phase-III-Study-Avastin-Men on Oct. 12, 2016.
Gianni et al., Nonlinear Pharmacokinetics and Metabolism of Paclitaxel and Its Pharmacokinetic/Pharmacodynamic Relationships in Humans, 13(1) J. Clin. Oncol. 180-90 (1995).
Gleevec (imatinib) Label (May 2009).

Glenmark's Detailed Statement of the Factual and Legal Basis for its Opinion that U.S. Pat. No. 8,927,592 is invalid, unenforceable and/or will not be infringed by Glenmark's manufacture, use, offer for sale or sale of Glenmark's [], 2015 (redacted).
Goetz et al., "Phase I: and Pharmacokinetic Study of RPR116258A, a Novel Taxane Derivative, Administered Intravenously Over 1 Hour Every 3 Weeks," Clinical Pharmacology, 2001, vol. 20, pp. 106a.
Goffin J., et al., 'Objective responses in patients with malignant melanoma or renal cell cancer in early clinical studies do not predict regulatory approval,' Clin. Cancer Res. 11, pp. 5928-5934 (2005).
Greene et al., Who is the Average Patient Presenting with Prostate Cancer?, 66(5 Suppl.) Urology 76-82 (2005).
Guidance for Industry Population Pharmacokinetics, U.S. Department of Health and Human Services, Food and Drug Administration, CDER, CBER, Feb. 1999, 35 Pages.
Gujarat Cancer & Research Institute Annual Report, Aug. 29, 2008, pp. 1-152.
Hait W.N., et al., "Rational Design and Pre-clinical Pharmacology of Drugs for Reversing Multidrug Resistance," Biochemical Pharmacology, Jan. 1992, vol. 43 (1), pp. 103-107.
Halabi S., et al., "Prostate-Specific Antigen Changes as Surrogate for Overall Survival in Men with Metastatic Castration-Resistant Prostate Cancer Treated with Second-Line Chemotherapy," Journal of Clinical Oncology, 2013, vol. 31 (31), pp. 3944-3950.
Haleblian, "Characterization of Habits and Crystalline Modification of Solids and Their Pharmaceutical Applications," Journal of Pharmaceutical Sciences, 1975, vol. 64 (8), pp. 1269-1288.
Hande, The Importance of Drug Scheduling in Cancer Chemotherapy: Etoposide as an Example, 1(4) The Oncologist 234-29 (1996).
Hellerstedt B.A., et al., "The Current State of Hormonal Therapy for Prostate Cancer," CA a Cancer Journal for Clinicians, 2002, vol. 52 (3), pp. 154-179.
Herceptin (trastuzumab) Label Jan. 2008.
Higano C.S., et al., "Phase 1/2 Dose-Escalation Study of a Gm-Csf-Secreting, Allogeneic, Cellular Immunotherapy for Metastatic Hormone-Refractory Prostate Cancer," Cancer, 2008, vol. 113 (5), pp. 975-984.
Holen et al., Phase I Study Using Continuous Intravenous (CI) KOS-862 (Epothilone D) in Patients with Solid Tumors, 22(14S) J. Clin. Oncol. Abstr. 2024 (2004).
Hope, J., 'Last Hope' drug for Prostate Cancer Patients is axed from the NHS, DailyMail.com, Retrieved from http://www.dailymail.co.uk/health/article-2903235/Last-hope-drug-prostate-cancer-patients-axed-NHS-doctors-call-travesty.html on Oct. 20, 2016.
Horwitz E.M., et al., "External Beam Radiation Therapy for Prostate Cancer," CA a Cancer Journal for Clinicians, 2000, vol. 50 (6), pp. 349-379.
Hospers, et al., PET Imaging of Steroid Receptor Expression in Breast and Prostate Cancer, Curr. Pharm. Des. 14 (2008) 3020-3032.
How XTANDI works, as retrieved from https://www.xtandi.com/how-xtandi-works on Oct. 6, 2016, pp. 1-2.
How ZYTIGA (abiraterone acetate) works, https://www.zytiga.com/about-zytiga/how-zytiga-works, pp. 1-6 as retrieved on Nov. 16, 2016.
How ZYTIGA (abiraterone acetate) Works, Retrieved from the internet on Nov. 16, 2016 at https://www.zytigo.com/about-zytiga/how-zytiga-works.
Hycamtin (topotecan) Label Jun. 2006.
In a Difficult Environment, Another Year of Growth in Adjusted EPS Excluding Selected Items, Sanofi-Aventis Press Release, 2006 (Feb. 13, 2007), pp. 1-31.
In the United States District Court for the District of New Jersey, Case 3:15-cv-03392-MAS-LHG, Defendant's Answer to the Complaint, Separate Defenses and Counterclaims, Mylan Laboratories Limited v. Aventis Pharma S.A, 20 pages, dated Jul. 16, 2015.
Institut National au Cancer, Register of French cancer clinical trials, Sanofi-Aventis TROPIC, Feb. 29, 2008, ("INDC website"), pp. 1-2.
International Preliminary Report on Patentability for Application No. PCT/IB2010/054866, dated Nov. 14, 2011, 14 pages.
International Search Report and Written Opinion issued in WO2011/051894 dated May 5, 2011, 11 pages.

# US 10,583,110 B2

Page 7

(56)          **References Cited**

OTHER PUBLICATIONS

Iressa (gefitinib) Label (Jul. 2004).
IXEMPRA Prescribing Information (Labelling), 2007, pp. 1-34.
Jevtana (cabazitaxel) Label (Sep. 2016).
Jevtana (cabazitaxel) Label (Jun. 2015).
Jevtana label 2010—Prescribing Information, pp. 1-25, (retrieved on May 14, 2013). Retrieved from the Internet:( URL: http:products.sanofi.us/jevtana/jevtana.html).
Jevtana National Drug Monograph, pp. 1-14, 2011.
Jevtana NDA Clinical Overview, Excerpt, 2014, pp. 12-13.
Joffe et al., Quality of Informed Consent in Cancer Clinical Trials: A Cross-Sectional Survey, 358 The Lancet 1772-77 (2001).
Jozwiakowski, Alteration of the Solid State of the Drug Substance: Polymorphs, Solvates, and Amorphous Forms, Ch. 15, Water Insoluble Drug Formulation edited by Liu, First Edition, (2000) 525-568.
Kant J., et al., "A Chemoselective Approach to Functionalize the C-10 Position of 10-Deacetylbaccatin III Synthesis and Biological Properties of Novel C-10 Taxol® Analogues," Tetrahedron Letters, 1994, vol. 35 (31), pp. 5543-5546.
Kaur M., et al., "Suramin's Development: What Did We Learn?," Investigational New Drugs, 2002, vol. 20 (2), pp. 209-219.
Kawaguchi, et al., H2 Blockers Increase Risk of Docetaxel-Induced Skin Toxicity, Reactions 1257 (Jun. 20, 2009).
Kelland et al., Comparative in vitro cytotoxicity of taxol and Taxotere against cisplatin-sensitive and -resistant human ovarian carcinoma cell lines, Cancer Chemother. Pharmacol. (1992) 444-450.
Ketoconazole in Advanced Prostate Cancer: Have Tolerability Concerns Been Overstated? Drug Ther. Perspect. 15 (2000) (http://www.medscape.com/viewarticle/406391) (last accessed: Mar. 14, 2017).
Kingston D.G., et al., "Tubulin-Interactive Natural Products as Anticancer Agents," Journal of Natural Products, 2009, vol. 72 (3), pp. 507-515.
Kish J.A., et al., "The Treatment Challenge of Hormone-refractory Prostate Cancer," Cancer Control, Nov.-Dec. 2001, vol. 8 (6), pp. 487-495.
Klein et al., SWOG-9510: Evaluation of Topotecan in Hormone Refractory Prostate Cancer: A Southwest Oncology Group Study, 52(4) The Prostate 264-68 (2002).
Kobayashi K., et al., "Phase I Study of Suramin Given by Intermittent Infusion Without Adaptive Control in Patients With Advanced Cancer," Journal of Clinical Oncology, Sep. 1995, vol. 13 (9), pp. 2196-2207.
Kola I., et al., "Can the Pharmaceutical Industry Reduce Attrition Rates?," Nature Reviews, Drug Discovery, 2004, vol. 3 (8), pp. 711-715.
Koletsky A.,et al., "Developing Treatments for Hormone-Refractory Prostate Cancer," US Oncology Review, 2008, vol. 4(1), pp. 46-49.
Kris M.G., et al., "Clinical Cancer Advances 2010: Annual Report on Progress Against Cancer from the American Society of Clinical Oncology," Journal of Clinical Oncology, 2010, vol. 28 (36), pp. 5327-5347, 947.
Latif et al., Phase II Study of Oral Bis(Aceto) Ammine Dichloro (Cyclohexamine) Platinum (IV) (JM-216, BMS-1892751) Given Daily x5 in Hormone Refractory Prostate Cancer (HRPC), Investig. New Drugs 79-84 (2005).
Lin et al., A Phase II Trial of Imatinib Mesylate in Patients with Biochemical Relapse of Prostate Cancer After Definitive Local Therapy, 98 BJU Int'l. 763-69 (2006).
Lokich and Anderson, Dose Intensity for Bolus Versus Infusion Chemotherapy Administration: Review of the Literature for 27 Anti-Neoplastic Agents, 8(1) Ann. Oncol. 15-25 (1997).
Lortholary et al., "Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as 1-hour Infusion inPatients (pts) with Advanced Solid Tumors," Clinical Cancer Research, 2000, vol. 6, pp. 4579s-4580s.
Ma, et al., A Statistical Analysis of the Magnitude and Composition of Drug Promotion in the United States in 1998, Clin. Therap. 25 (2003) 1503-1517.

MacKinnon A.C., et al., "Molecular Biology Underlying the Clinical Heterogeneity of Prostate Cancer: An Update," Archives of Pathology & Laboratory Medicine, 2009, vol. 133 (7), pp. 1033-1040.
Malhotra et al., Cabazitaxel: A Novel Drug for Hormone-Refractory Prostate Cancer, Mini-Reviews in Medicinal Chemistry, 2013, 13, No. 2, pp. 1-6.
Malik Z., et al., '931P—Cabazitaxel (CBZ) + prednisone (P: CBZP) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with doce . . . ' Poster presented at ESMO Congress 2012.
Malik Z.I., et al., 'Cabazitaxel (Cbz) + prednisone (P) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D): interim results from compassionate-use programme (CUP) and early-access programme (EAP),' Poster 931P presented at European Society for Medical Oncology, Vienna Austria, Sep. 28-Oct. 2, 2012.
Malik Z.I., et al., 'Cabazitaxel (CBZ) + Prednisone (P; CBZP) in Patients (PTS) With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel (D): Interim Results From Compassionate-Use Programme (CUP) and Early-Access Programme (EAP),' Poster 931P, Annals of Oncology vol. 23, Suppl. 9 Abstract Book of the ESMO 2012 Congress, pp. 1-6 (2012).
Manchanda, et al., The Effects and Role of Direct-to-Physician Marketing in the Pharmaceutical Industry: An Integrative Review, Yale J. Health Pol'y L. & Ethics 5 (2005) 785-822.
Manual of Patent Examining Procedure §2107.03 (IV), 2008, 2100-36 (8th Ed.).
McKeage et al., A Phase I and Pharmacology Study of an Oral Platinum Complex, JM216: Dose-Dependent Pharmacokinetics with Single-Dose Administration, Cancer Chemother. Pharmacol. 451-8 (1995).
McLeod H.L., et al., "Evaluation of the Linearity of Docetaxel Pharmacokinetics," Cancer Chemotherapy and Pharmacology, Jun. 1998, vol. 42 (2), pp. 155-159.
Melzack R., et al., "The McGill Pain Questionnaire: Major Properties and Scoring Methods," Pain, 1975, vol. 1(3), pp. 277-299.
Merck Index 14th 2006, No. 190, pp. 35, Agomelatine.
Michael, et al., Prostate Cancer Chemotherapy in the Era of Targeted Therapy, Prostate Cancer Prostatic Dis. 13-16 (2009).
Michaelson M.D., et al., "Randomized, Placebo-Controlled. Phase III Trial of Sunitinib Plus Prednisone Versus Prednisone Alone in Progressive, Metastatic, Castration-Resistant Prostate Cancer," Journal of Clinical Oncology, 2014, vol. 32 (2), pp. 76-82.
Mitrsching, Prostate Cancer Clinical Trials in Dallas, Texas Area, [Retrieved from the internet on Aug. 19, 2014], pp. 3-4, Retrieved from the internet: (URL: http://www.heallhcentral.com/prostate/c/5618/14589/dallas-texas-area).
Mitoxantrone, Chemocare.com, retrieved from the internet at http://chemocare.com/chemotherapy/drug-info/Mitoxantrone.aspx on Mar. 8, 2017.
Miura N., et al., "A Case of Hormone-Refractory Prostate Cancer (Hrpc) with Tumor Fever Responding to Docetaxel Plus Prednisolone Therapy," Jpn. J. Cancer Chemother., 2006, vol. 33 (6), pp. 841-844.
Mokbel, Concise Notes in Oncology for MRCP and MRCS, 2005, (Radcliffe Publishing Ltd.) Drug Pharmacology and Clinical Trials, pp. 6-7.
Mononen et al., Two Percent of Finnish Prostate Cancer Patients Have a Germ-Line Mutation in the Hormone-Binding Domain of the Androgen Receptor Gene, 60(22) Cancer Research 6479-81 (2000).
Morant et al., Capecitabine in Hormone-Resistant Metastatic Prostatic Carcinoma—a Phase II Trial, Brit. J. Cancer 1312-17 (2004).
Morgan C.J., et al., "Impact of Prednisone on Toxicities and Survival in Metastatic Castration-resistant Prostate Cancer: a Systematic Review and Meta-analysis of Randomized Clinical Trials," Critical Reviews in Oncology/Hematology, Jun. 2014, vol. 90 (3), pp. 253-261.
Motzer et al., Activity of SU11248, a Multitargeted Inhibitor of Vascular Endothelial Growth Factor Receptor and Platelet-Derived Growth Factor Receptor, in Patients with Metastatic Renal Cell Carcinoma, 24(1), J. Clin. Oncol. 16-24 (2006).

**US 10,583,110 B2**

Page 8

(56)          **References Cited**

OTHER PUBLICATIONS

Moul, The Evolving Definition of Advanced Prostate Cancer, Rev. Urol. S10-S17 (2004).
Mubiru et al., Nonhuman Primates as Models for Studies of Prostate Specific Antigen and Prostatic Diseases, 68(14) Prostate 1-16 (2008).
Mulcahy, Phase 3 Trial of Immunotherapy for Metastatic Prostate Cancer Terminated, Medscape Medical News, Oct. 17, 2009, [retrieved on Jun. 26, 2014] Retrieved from the internet: (URL: http://www.medscape.com/viewarticle/582220).
Mylan Petition for Inter Partes Review of U.S. Pat. No. 8,927,592, pp. 1-65 with Exhibit 1002 (Declaration of Dr. Rahul Seth,) 2016, pp. 1-109.
Nagore et al., Antineoplastic Therapy-Induced Palmar Plantar Erythrodysesthesia ('Hand-Foot') Syndrome, Incidence, Recognition and Management, I(4) Am. J. Clin. Dermatol. 225-34 (2000).
National Cancer Institute, Common Terminology Criteria for Adverse Events v3.0 (Aug. 2006).
National Cancer Institute, Common Toxicity Criteria for Adverse Events v2.0 (Apr. 1999).
National Cancer Institute, Common Toxicity Criteria Manual Version 2.0 (Jun. 1, 1999).
National Comprehensive Cancer Network (NCCN Clinical Practice Guidelines in Oncology , Prostate Cancer) V.1 (2009), pp. 1-46.
National Comprehensive Cancer Network (NCCN Clinical Practice Guidelines in Oncology, Breast Cancer) V.1 (2009), pp. 1-122.
NCCN Antiemesis Guidelines, Internet Archive https://web.archive.org/web/20081001233326/http://www.nccn.org/professionals/physician_gls/PDF/antiemesis.pdf)(Oct. 1, 2008) (last accessed: Mar. 14, 2017).
NCI, NIH-Funded Study Shows Increased Survival in Men With Metastatic Prostate Cancer Who Receive Chemotherapy When Starting Hormone Therapy [retrieved on Aug. 4, 2015]. Retrieved from the Internet: (URL: http://www.nih.gov/news/health/dec2013/nci-05.htm).
New Hope in Advanced Prostate Cancer Alberta Saskatchewan and Ontario Fund Coverage for Jevtana (Cabazitaxel), Retrieved from the internet on Dec. 22, 2016 at https://www.newswire.ca/news-releases/new-hope-in-advanced-prostate-cancer-alberta-saskatchewan-and-ontario-fund-coverage-for-jevtana-cabazitaxel-510872201.html.
Newman S.P., et al., "The Therapeutic Potential of a Series of Orally Bioavailable Anti-angiogenic Microtubule Disruptors as Therapy for Hormone-independent Prostate and Breast Cancers," British Journal of Cancer, Dec. 2007, vol. 97 (12), pp. 1673-1682.
Nexavar (sorafenib) Label (Nov. 2007).
Niho et al., First-Line Single Agent Treatment with Gefitinib in Patients with Advanced Non-Small-Cell Lung Cancer: A Phase II Study, 24(1) J. Clin. Oncol. 64-69 (2006).
Nobili S.,et al., "Pharmacological Strategies for Overcoming Multidrug Resistance, " Current Drug Targets, 2006, vol. 7 (7), pp. 861-879.
Non-Final Office Action dated Apr. 16, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Non-Final Office Action dated Jan. 16, 2013 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Normanno, N., et al., "Target-based Therapies in Breast Cancer: Current Status and Future Perspectives," Endocrine-Related Cancer, Sep. 2009, vol. 16 (3), pp. 675-702.
Notice of Allowance dated Aug. 4, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Notice of Allowance dated Nov. 14, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
NOVACEA, Inc, SEC Form 8-K at 1.02, 2008 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http:/www.sec.gov/Archives/edgar/data/1178711/000119312508077953/d8k.htm).
Novantrone Gets FDA Nod for Use in Advanced Prostate Cancer, Cancer Network (Dec. 1, 1996), http://www.cancernetwork.com/articles/novantrone-gets-fda-nod-use-advanced-prostate-cancer, retrieved on Dec. 22, 2016.
Novantrone (mitoxantrone) Prescribing information (Label), 2012, pp. 1-37.

Novantrone (mitoxantrone) Label (Aug. 2008).
Numata K., et al., "The Preliminary Results of Docetaxel-Prednisolone Combination Therapy for the Japanese Patients with Hormone-Refractory Prostate Cancer," Acta Urol. Jpn., 2007, vol. 53 (2), pp. 93-97.
Numata K., et al., Urological Bulletin, 2007, vol. 53 (2), pp. 93-96.
Omlin et al., Analysis of Side Effect Profile of Alopecia, Nail Changes, Peripheral Neuropathy, and Dysgeusia in Prostate Cancer Patients Treated With Docetaxel and Cabazitaxel, 13(4) Clin. Genitourin. Cancer 1-4 (2015).
Opposition ALAFAR (Nov. 2012): Index Merck 14th. Merck & Co. USA. NI, 2006. No. 0000190 (ALAFAR refers to a specific compound, which is agomelatine).
Oudard, et al., Cabazitaxel Plus Prednisone/Prednisolone Significantly Increases Overall Survival Compared to Mitoxantrone Plus Prednisone/Prednisolone in Patients With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel: Final Results With Updated Overall Survival of a Multinational Phase III Trial (TROPIC), Ann. of Oncology, 2010, vol. 21, (Suppl. 8), pp. viii272, Abstract 871PD.
Oudard S., et al., "Multicenter Randomized Phase II Study of Two Schedules of Docetaxel, Estramustine, and Prednisone Versus Mitoxantrone Plus Prednisone in Patients With Metastatic Hormone-refractory Prostate Cancer," Journal of Clinical Oncology, May 2005, vol. 23 (15), pp. 3343-3351.
Padhani et al., The RECIST Criteria: Implications for Diagnostic Radiologists, Br. J. Radiol. 983-86 (2001).
Pal S.K., et al., "Critical Appraisal of Cabazitaxel in the Management of Advanced Prostate Cancer," Clinical Interventions in Aging, 2010, vol. 5, pp. 395-402.
Parkin D.M., et al., "Global Cancer Statistics, 2002," Ca: A Cancer Journal for Clinicians, 2005, vol. 55 (2), pp. 74-108.
Passalacqua et al., The Clinical Safety of H1-Receptor Antagonists, An EAACI Position Paper, Allergy 666-75 (1996).
Pazdur, Endpoints for Assessing Drug Activity in Clinical Trials, 13(suppl 2) The Oncologist 19-21 (2008).
Pazdur R., et al., "The Taxoids: Paclitaxel (Taxol) and Docetaxel (Taxotere)," Cancer Treatment Reviews, Oct. 1993, vol. 19 (4), pp. 351-386.
PDR Medical Dictionary at 102, 416 (2d ed. 2000).
Perez-Soler et al., Determinants of Tumor Response and Survival with Erlotinib in Patients with Non-Small-Cell Lung Cancer, 22(16) J. Clin. Oncol. 3238-47 (2004).
Perjeta (pertuzumab) Label Jun. 2012.
Petitioner's Opposition to Patent owner's Motion to Amend under 37 CFR 42.121 as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Petitioner's Reply as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Petrylak, D.P., et al., 'A Phase 3 Study to Evaluate the Efficacy and Safety of Docetaxel and Prednisone (DP) with or without Lenalidomide (LEN) in Patients with Castrate-Resistant Prostate Cancer (CRPC): The Mainsail Trial,' Annals of Oncology, Abstract LBA24 from Abstract Book of 37th European Society for Medical Oncology Congress Vienna, Austria, vol. 23, Suppl. 9, 2012.
Phase III Trial, NCI Dictionary of Cancer Terms, Retrieved from cancer.gov, [retrieved on Apr. 2, 2015].
Pienta K.J., et al., "Advances in Prostate Cancer Chemotherapy: A New Era Begins," CA a Cancer Journal for Clinicians, 2005, vol. 55 (5), pp. 300-318 and 323-325.
Pivot, et al., Inpharma, Abstract 1659 (Oct. 11, 2008).
Pivot X., et al. , "Multicenter Phase 2 Study of XRP6258 in Taxane Resistant Metastatic Breast Cancer (MBC) Patients (pts)," Breast Cancer Research and Treatment, 2005, vol. 94 (1), pp. S68, Abstract 138.
Pouessel D., et al., "Actualities in Prostate Cancer in ASCO Annual Meeting 2010," Bulletin Du Cancer, 2010, vol. 97 (12), pp. 1563-1572.
Prednisone Label (Apr. 2008).

(56)          **References Cited**

OTHER PUBLICATIONS

Press Release: OncoGenex Announces Top Line Survival Results of Phase 3 SYNERGY Trial Evaluating Custirsen for Metastatic Castration-Resistant, Prostate Cancer, PRNewswire Apr. 28, 2014.

Press Release Roche Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer, Media Release Mar. 12, 2010 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://www.roche.com/media/media_releases/med-cor-2010-03-12.htm.).

Press Release: Takeda Announces Termination of Orteronel (TAK-700) Development for Prostate Cancer in Japan., U.S.A. and Europe, Jun. 19, 2014 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://www.takeda.com/news/2014/20140619_6615.html).

Process 06-IP-89, Retrieved from the internet : URL: (http://intranet.comunidadandina.org/Documentos/Procesos/209-IP-2005.doc); and Process 36-IP-2004 (http://www.notinet.com.co/serverfiles/servicios/archivos/30jul04/ca36-04.htm).

Prostate Cancer Treatment, Jevtana (cabazitaxel) Injection, Retrieved from the internet on Dec. 19, 2016 at http://www.jevtana.com/treatment.

PROVENGE (sipuleucel-T) Label, 2010.

Sharom, F.J., "ABC Multidrug Transporters: Structure, Function and Role in Chemoresistance," Pharmacogenomics, Jan. 2008, vol. 9 (1), pp. 105-127.

Tannock, et al., Docetaxel Plus Prednisone Improves Survival in Men With Advanced Prostate Cancer, Cancer Treatment Reviews, (2005), vol. 31. pp. 403-407.

Quinn et al., Docetaxel and Atrasentan Versus Docetaxel and Placebo for Men with Advanced Castration-Resistant Prostate Cancer (SWOG S0421): A Randomized Phase 3 Trial, Lancet 893-900 (2013).

Ramanathan et al.,, "A Phase II Study of Milataxel: A Novel Taxane Analogue in Previously Treated Patients With Advanced Colorectal Cancer," Cancer Chemotherapy and Pharmacology, 2008, vol. 61 (3), pp. 453-458.

Ramiah V., et al., "Clinical Endpoints for Drug Development in Prostate Cancer," Current Opinion in Urology, 2008, vol. 18 (3), pp. 303-308.

Random House Webster's College Dictionary, 2001 Second Revised and Updated Random House Edition (2003), p. 1393.

Ratain and Sargent, Optimising the Design of Phase II Oncology Trials: The Importance of Randomisation, Eur. J. Cancer 275-280 (2009).

Ratain M.J., et al., "Critical Role of Phase I Clinical Trials in Cancer Treatment. American Society of Clinical Oncology," Journal of Clinical Oncology, Feb. 1997, vol. 15 (2), pp. 853-859.

Ratain M.J., Phase II Oncology Trials: Let's Be Positive, Clinical Cancer Research, Aug. 2005 vol. 11 (16), pp. 5661-5662.

Ratain, M.J. et al., Statistical and Ethical Issues in the Design and Conduct of Phase I and II Clinical Trials of New Anticancer Agents, 85(20) J. Nat'l Cancer Inst. 1637-43 (1993) .

Reck et al., An Open-Label, Multi Centre, Phase II, Non-Comparative Trial of ZD1839 Monotherapy in Chemotherapy-Naive Patients with Stage IV or Stage III Non-Operable Non-Small Cell Lung Cancer (NSCLC), 23(16S) J. Clin. Oncol. 7098 (2005).

Reese et al., A Phase II Trial of Irinotecan in Hormone-Refractory Prostate Cancer, 16(4) Investig. New Drugs 353-59 (1999).

Revision Sistematica y Modelo Economico de Efectividad Glinica y Goste•Efectividad de Docetaxel en Combinacion con Prednisona/Prednisolona para el Tratamiento de Cancer de Prostata Metastasico Refradario a Homonas. [Retrieved from the internet on Jul. 29, 2014]. Retrieved from the internet:( URL: http://www.sefh.es/sefhboletin/vernoticiaboletin.php?id=2663).

Richards L., et al., "Improved Survival in Second-Line Advanced Prostate Cancer Treated with Cabazitaxel," Nature Reviews Clinical Oncology, 2010, vol. 7 (12), p. 671.

Risbridger G.P., et al., "Breast and Prostate Cancer: More Similar than Different," Nature Reviews Cancer, Mar. 2010, vol. 10 (3), pp. 205-212.

Risinger A.L., et al., "The Taccalonolides: Microtubule Stabilizers That Circumvent Clinically Relevant Taxane Resistance Mechanisms," Cancer Research, Nov. 2008, vol. 68 (21), pp. 8881-8888.

Rodrigues G., et al., "Open Clinical Uro-Oncology Trials in Canada," The Canadian Journal of Urology, 2007, vol. 14 (6), pp. 3779-3786.

Rosenberg et al., Activity of Second-Line Chemotherapy in Docetaxel-Refractory Hormone-Refractory Prostate Cancer Patients, Randomized Phase 2 Study of Ixabepilone or Mitoxantrone and Prednisone, 110(3) Cancer 556-63 (2007).

Ross R.W., et al., "Inherited Variation in the Androgen Pathway Is Associated With the Efficacy of Androgen-deprivation Therapy in Men With Prostate Cancer," Journal of Clinical Oncology, Feb. 2008, vol. 26 (6), pp. 842-847.

Rothenstein J.M., et al., "Company Stock Prices Before and After Public Announcements Related to Oncology Drugs," Journal of the National Cancer Institute, Oct. 2011, vol. 103 (20), pp. 1507-1512.

Saad et al., Randomized Phase II Trial of Custirsen (OGX-011) in Combination with Docetaxel or Mitoxantrone as Second-Line Therapy in Patients with Metastatic Castrate-Resistant Prostate Cancer Progressing After First-Line Docetaxel: CUOG Trial P-06c, 17(17) Clin. Cancer Res. 5765-73 (2011).

Sandoz Inc.'s Detailed Statement of the Factual and Legal Bases for Its Opinion That U.S. Pat. Nos. 5,847,170, 7,241,907 & 8,927,592 Are Invalid, Unenforceable and/or Not Infringed by the Manufacture, Use, Importation, Sale or Offer for Sale of the Sandoz Product, pp. 7-18 [Redacted].

Sanofi Oncology website, Oct. 2008, pp. 1-2. Retrieved from the internet, URL: https://www.sanofi.ma/fr/nous-connaitre/solutions-de-sante/oncologie.

Sanofi-Aventis Annual Report SEC Form 20-F 2010, 335 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2011, 335 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2012, 458 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2013, 304 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2014, 413 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2015, 233 pages.

Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 1 of 4.

Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 2 of 4.

Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 3 of 4.

Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 4 of 4.

Sanofi-Aventis Annual Report SEC Form 20-F, Dec. 2006, pp. 1-301.

Sanofi-aventis Annual Report SEC Form 20-F, Dec. 2007, pp. 1-283.

Sanofi-aventis Annual Report SEC Form 20-F, Dec. 2008, pp. 1-320.

Sanofi-Aventis Annual Report SEC Form 20-F (Dec. 31, 2006) at 39, [retrieved on Jun. 27, 2014] Retrieved from the internet: (URL: http://www.sec.gov/Archives/edgar/data/1121404/000119312507072848/d20f.htm).

Sanofi-Aventis Annual Review, 2008, pp. 1-28, URL: https://ddd.uab.cat/pub/infanu/34542/iaSANAVEa2008ieng.pdf.

Sanofi-Aventis Press Release: EPS Growth in Q2 2010, (Jul. 29, 2010), pp. 1-27.

Sanofi-Aventis Press Release, Jevtana (cabazitaxel) Injection Now Available in the U.S., (Jul. 19, 2010).

Sanofi-Aventis Press Release: "Phase III Data Showing Improved Survival with Jevtana® (cabazitaxel) injection in Second-Line Advanced Prostate Cancer Published in the Lancet,", retrieved on Oct. 30, 2018 from http://www.news.sanofi.us/press-releases?item=118536&amp;printable.

Sanofi-Aventis Press Release: Q1 2010: A Good First Quarter, (Apr. 29, 2010), pp. 1-19.

Sanofi-Aventis Press Release: Resilient Sales and Business EPS in Q3 2010, (Oct. 28, 2010), pp. 1-24.

Sanofi-Aventis Press Release: Sanofi-Aventis Delivers 2008 Results Above Guidance, Feb. 11, 2009, pp. 1-27.

Sanofi-Aventis Press Release: Sanofi•Aventis Delivers Double-Digit EPS Growth in 2009 as the Transformation Program Progresses, Feb. 10, 2010, pp. 1-26.

Sartor et al., Cabazitaxel vs. Docetaxel in Chemotherapy-Naïve (CN) Patients with Metastatic Castration-Resistant Prostate Cancer (mCRPC): A Three Arm Phase III Study (FIRSTANA), J. Clin. Oncol. Abstr. 5006 (2016).

(56)          **References Cited**

OTHER PUBLICATIONS

Sartor O., et al., "Cabazitaxel vs docetaxel in chemotherapy-naïve patients with metastatic castration-resistant prostate cancer: A three-arm phase III study (FIRSTANA)," ASCO Annual meeting 2016, slides 1-22.

Sartor O., et al., "Improving Outcomes with Recent Advances in Chemotherapy for Castrate-Resistant Prostate Cancer," Clinical Genitourinary Cancer, 2010, vol. 8 (1), pp. 23-28.

Sartor O., et al., "Novel Therapeutic Strategies for Metastatic Prostate Cancer in the Post-Docetaxel Setting," The Oncologist, Nov. 2011, vol. 16 (11), pp. 1487-1497.

Sartor O., "State-of-the-Art Management for the Patient with Castration-Resistant Prostate Cancer in 2012," American Society of Clinical Oncology Educational Book, Jan. 2012, vol. 32, pp. 289-291.

Sessa et al., Phase I Clinical and Pharmacokinetic Studies of the Taxoid Derivative RPR 109881A Administered as a 1-Hour or 3-Hour Infusion in Patients with Advanced Solid Tumors, Annals of Oncol. 1140-50 (2002).

Sessa et al., Phase I Clinical and Pharmacokinetic Study of the Oral Platinum Analogue JM216 Given Daily for 14 Days, Annals of Oncol. 1315-22 (1998).

Shabafrouz K., et al., "New Drugs at the Horizon for Men with Prostate Cancer," Revue Medicale Suisse, 2010, vol. 6 (250), pp. 1057-1058 and 1060-1061.

Sheiner L.B., "Learning versus confirming in clinical drug development," Clinical Pharmacology & Therapeutics, Mar. 1997, vol. 61(3), pp. 275-291.

Shelley M., et al., "Docetaxel Plus Prednisone Improves Survival in Men with Advanced Prostate Cancer," Cancer Treatment Reviews, 2005, vol. 31 (5), pp. 403-407.

Shepard D.R., et al., "Estimation of the Effect of Food on the Disposition of Oral 5-Fluorouracil in Combination with Eniluracil," Cancer Chemotherapy and Pharmacology, May 2002, vol. 49(5), pp. 398-402.

Shimazui T., et al., "Three-Weekly Docetaxel with Prednisone is Feasible for Japanese Patients with Hormone-Refractory Prostate Cancer: A Retrospective Comparative Study with Weekly Docetaxel Alone," Journal of Clinical Oncology, 2007, vol. 37 (8), pp. 603-608.

Signs and Symptoms of Prostate Cancer, American Cancer Society, Retrieved from the internet on Nov. 19, 2016 at http://www.cancer.org/cancer/prostatecancer/detailedguide/prostate-cancer-signs-symptoms.

Singh A.K., et al., "Interpreting Results of Clinical Trials: A Conceptual Framework," Clinical Journal of the American Society of Nephrology, Sep. 2008, vol. 3(5), pp. 1246-1252.

Slovin S.F., et al., "Ipilimumab Alone or in Combination with Radiotherapy in Metastatic Castration-Resistant Prostate Cancer: Results from an Open-Label, Multicenter Phase I/II Study," Annals of Oncology, 2013, vol. 24 (7), pp. 1813-1821.

Small E., et al., "Randomized Phase II Study Comparing 4 Monthly Doses of Ipilimumab (MDX-010) as a Single Agent or in Combination with a Single Dose of Docetaxel in Patients with Hormone-Refractory Prostate Cancer," Journal of Clinical Oncology (Meeting Abstracts), 2006, vol. 24 (18S), pp. S4609.

Small E.J., et al., "Granulocyte Macrophage Colony Stimulating Factor-Secreting Allogeneic Cellular Immunotherapy for Hormone-Refractory Prostate Cancer," Clinical Cancer Research, 2007, vol. 13, pp. 3883-3891.

Small E.J., et al., "Randomized Study of Three Different Doses of Suramin Administered with a Fixed Dosing Schedule in Patients with Advanced Prostate Cancer: Results of Intergroup 0159, Cancer and Leukemia Group B 9480," Journal of Clinical Oncology, Aug. 2002, vol. 20(16), pp. 3369-3375.

Small et al., A Phase II Trial of Gefitinib in Patients with Non-Metastatic Hormone-Refractory Prostate Cancer, 100 BJU Int'l. 765-69 (2007).

Sonpavde et al., Sunitinib Malate for Metastatic Castration-Resistant Prostate Cancer Following Docetaxel-Based Chemotherapy, 21(2) Ann. Oncol. 319-24 (2010).

Gottesman M.M., "Mechanisms of Cancer Drug Resistance," Annual Review of Medicine, Feb. 2002, vol. 53, pp. 615-627.

MSN's Detailed Statement of the Factual and Legal Bases for Its Opinion That U.S. Pat. No. 8,927,592 B2 Is Invalid, pp. 9-29 [Redacted].

Spigel D.R., 'Single-Agent Gefitinib in Patients with Untreated Advanced Non-Small-Cell Lung Cancer and Poor Performance Status: A Minnie Pearl Cancer Research Network Phase II Trial,' Clinical Lung Cancer, vol. 7, No. 2, pp. 127-132 (2005).

Stedman's Medical Dictionary, pp. 168, 360, 376, 537, and 1215, 27th Edition, 2000.

Sternberg C.N., et al., "Larotaxel with Cisplatin in the First-Line Treatment of Locally Advanced/Metastatic Urothelial Tract or Bladder Cancer: A Randomized, Active-Controlled, Phase III Trial (Cilab)," Oncology, 2013, vol. 85 (4), pp. 208-215.

Straub et al., Intravenous Hydrophobic Drug Delivery: A Porous Particle Formulation of Paclitaxel (AI-850), 22(3) Pharm. Res. 347-55 (2005).

Sullivan P.W., et al., "Quality of Life as a Potential Predictor for Morbidity and Mortality in Patients with Metastatic Hormone-Refractory Prostate Cancer," Quality of Life Research, Oct. 2006, vol. 15(8), pp. 1297-1306.

Susman, Asgo: Calcitriol Fails in ASCENT-2 Prostate CA Trial, MedPage Today, Jun. 9, 2010 [retrieved on Jun. 27, 2014], Retrieved from the Internet:(URL:http://www.medpagetoday.com/MeetingCoverage/ASC0/20575).

Sutent (sunitinib malate) Label (Apr. 2008).

Szmulewitz R.Z., et al., "Playing Russian Roulette with Tyrosine Kinase Inhibitors," Clinical Pharmacology & Therapeutics, 2013, vol. 93(3), pp. 242-244.

Takeda M., et al., "The Establishment of two Pacilitaxel Resistant Cancer Cell Lines and the Mechanism of Pacilitaxel Resistance With Two Cell Lines," The Prostate, 2007, vol. 67 (9), pp. 955-967.

Tan, "Novel Agents in the Treatment of Hormone-Independent Metastatic Prostate Cancer," Actas Urológicas Españolas, 2007, vol. 31 (6), pp. 660-685 (followed by English translation).

Tannock I., et al., "Treatment of Metastatic Prostatic Cancer with Low-Dose Prednisone: Evaluation of Pain and Quality of Life as Pragmatic Indices of Response," Journal of Clinical Oncology, 1989, vol. 7 (5), pp. 590-597.

Tannock I.F., et al., "Chemotherapy with Mitoxantrone Plus Prednisone or Prednisone Alone for Symptomatic Hormone-Resistant Prostate Cancer: A Canadian Randomized Trial with Palliative End Points," Journal of Clinical Oncology, 1996, vol. 14 (6), pp. 1756-1764.

Tarceva (erlotinib) Label (Apr. 2009).

Taxotere (Docetaxel) mejora significativamente la supervivencia de los pacientes con cancer de prostata avanzado. Retrieved from the Internet: (URL: http://www.pmfarma.es/noticias/7074-taxotere-docetaxelmejora-significativamente-la-supervivencia-de-los-pacientes-con-cancer-de-prostataavanzado).

Taxotere (Docetaxel) Significantly Improves the Survival of Patients With Advanced Prostate Cancer, Feb. 2007, sanofi-aventis Press Release; pp. 1-4.

Taxotere Patient Information Leaflet and Prescribing Information (Label), May 2004, pp. 1-35.

Taxotere Patient Information Leaflet and Prescribing Information (Label), Oct. 2006, pp. 1-55.

Taxotere Prescribing Information (Label), Sep. 2007, pp. 1-57.

Taylor B.S., et al., "Integrative Genomic Profiling of Human Prostate Cancer," Cancer cell, 2010, vol. 18(1), pp. 11-22.

Ten Tije et al., Pharmacological Effects of Formulation Vehicles: Implications for Cancer Chemotherapy, 42(7) Clin. Pharmacokinet. 665-85 (2003).

The National Horizon Scanning Centre of National Institute for Health Research, Cabazitaxel (XRP-6258) for Hormone Refractory, 2009, Metastatic Prostate Cancer—Second line After Docataxel, University of Birmingham, pp. 1-8.

Torisel (temsirolimus) Label (May 2007).

Trudeau, et al., Docetaxel in Patients with Metastatic Breast Cancer: A Phase II Study of the National Cancer Institute of Canada—Clinical Trials Group, J. Clin. Oncol., 422-428 (1996).

# US 10,583,110 B2

Page 11

(56)          **References Cited**

OTHER PUBLICATIONS

Tufts Cost Study as retrieved on Feb. 1, 2017 from http://csdd.tufts.edu/news/complete_story/pr_tufts_csdd_2014_cost_study, pp. 1-3, 2014.

Un farmaco contra el cancer de prostata demuestra una alta eficacia. Retrieved from the internet: (URL: http://www.dimedicina.com/enfermedades/urologicas/actualidad/un-farmaco-contra-elcancer-de-prostata-demuestra-una-alta-eficacia).

Undevia S.D., et al., "Pharmacokinetic Variability of Anticancer Agents," Nature Reviews Cancer, Jun. 2005, vol. 5 (6), pp. 447-458.

Van Cutsem., et al., A Phase III Study Comparing Larotaxel vs 5-FU (Continuous Intravenous 5-FU or Capecitabine) in Patients with Advanced Pancreatic Cancer (APC) Previously Treated with a Gemcitabine Containing Regimen, 21(6S) Annals of Oncol. Oral Presentations, O-0007, Jul. 2010.

Van Hook K., et al., "Orteronel for the Treatment of Prostate Cancer," Future Oncology, 2014, vol. 10 (5), pp. 803-811.

Van Ruitenbeek P., et al., 'Histamine H1-receptor blockade in humans affects psychomotor performance but not memory,' Journal of psychopharmacology, vol. 22 No. 6, pp. 663-672 (2008).

Van Tellingen, O., et al., "Cremophor EL Causes (pseudo-) Non-Linear Pharmacokinetics of Paclitaxel in Patients," British Journal of Cancer, Sep. 1999, vol. 81 (2), pp. 330-335.

Verweij, et al., Paclitaxel (Taxol) and Docetaxel (Taxotere): Not Simply Two of a Kind, Ann. Oncol. 495-505 (1994).

View of NCT00417079 on 2008_08_31-XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metasiattc Prostate Cancer, (retrieved on Apr. 6, 2015). Retrieved from the internet: (URL: https://clinicaltrials.gov/archive/NCT00417079/2008_08_31).

Vogel et al., Efficacy and Safety of Trastuzumab as a Single Agent in First-Line Treatment of HER2-Overexpressing Metastatic Breast Cancer, 20(3) J. Clin. Oncol. 719-26 (2002).

Vogelzang N.J., et al., "A Phase II Trial of Suramin Monthly x 3 for Hormone-Refractory Prostate Carcinoma," Cancer, 2003, vol. 100 (1), pp. 65-71.

Von Hoff D.D and Turner J., "Response Rates, Duration of Response, and Dose Response Effects in Phase I Studies of Antineoplastics," Investigational New Drugs, Feb. 1991, vol. 9 (1), pp. 115-122.

Vrignaud et al., Preclinical Antitumor Activity of Cabazitaxel, a Semisynthetic Taxane Active in Taxane-Resistant Tumors, 19(11) Clin. Cancer Res. 2973-83 (2013).

Vrignaud et al., Preclinical Profile of Cabazitaxel, Drug Des. Devel. & Ther. 1851-67 (2014).

Wazana, Physicians and the Pharmaceutical Industry: Is a Gift Ever Just a Gift?, JAMA 283 (2000) 373-380.

What is Prostate Cancer?, Jevatana (cabazitaxel) Injection, Retrieved from the internet on Sep. 19, 2016 at http://www.jevtana.com/what-is-prostate-cancer.

What is PROVENGE Immunotherapy?, Retrieved from the internet on Oct. 5, 2016 at http://www.provenge.com/advanced-prostate-cancer-immunotherapy.aspx.

Why ZYTIGA? (abiraterone acetate), Retrieved from the internet on Oct. 6, 2016 at https://www.zytigo.com/about-zytigo/why-zytiga.

Wiechec E., et al., "The Effect of Genetic Variability on Drug Response in Convention Breast Cancer Treatment," European Journal of Pharmacology, 2009, vol. 625 (1-3), pp. 122-130.

Williams R., 'Discontinued drugs in 2007: oncology drugs,' Expert Opinion Investig. Drugs, vol. 17 No. 12, pp. 1791-1816, (2008).

Williams R., et al., "Discontinued Drugs in 2008: Oncology Drugs," Expert Opinion on Investigational Drugs, 2009, vol. 18 (11), pp. 1581-1594.

Wils, P., et al., "Polarized transport of docetaxel and vinblastine mediated by Pglycoprotein in human intestinal epithelial cell monolayers," Biochemical Pharmacology, 48(7):1528-30 (1994).

Wirth, et al., "The Antiandrogen Withdrawal Syndrome," Urol. Res., 1997, 25 (Suppl. 2), pp. S67-S71.

Wirth M.P, "Hormone-refractory Prostate Cancer: What Have We Learned?," BJU International, Jul. 2007, vol. 100 (Suppl 2), pp. 56-59.

World Health Organization WHO Handbook for Reporting Results of Cancer Treatment, Geneva, 1979, pp. 1-46.

Xeloda (capecitabine) Label Feb. 2003.

XOFIGO (radium Ra 223 dichloride) Label (May 2013).

Xtandi Clinical Trials & Results, How Xtandi May Help, Retrieved from the internet on Oct. 6, 2016 at https://www.xtandi.com/xtandi-clinical-trials.

Xtandi (enzalutamide) Label (Aug. 2012).

Yervoy (ipilimumab), Prescribing Information (Label), Dec. 2013.

Yoo G.H., et al., "XRP6258-Induced Gene Expression Patterns in Head and Neck Cancer Carcinoma," The Laryngoscope, 2010, vol. 120 (6), pp. 1114-1119.

Zatloukal P., et al., "Randomized Multicenter Phase II Study of Larotaxel (XRP9881) in Combination with Cisplatin or Gemcitabine as First-Line Chemotherapy in Nonirradiable Stage IIIB or Stage IV Non-Small Cell Lung Cancer," Journal of Thoracic Oncology, 2008, vol. 3(8), pp. 894-901.

Zhu, et al., Does "Clock" Matter in Prostate Cancer, Cancer Epidemiol. Biomarkers Prev. 3-5 (2006).

Ziada et al., The Use of Trastuzumab in the Treatment of Hormone Refractory Prostate Cancer; Phase II Trial, 60(4) The Prostate 332-37 (2004).

Zielinski A., et al., "Custirsen (OGX-011): a Second-Generation Antisense Inhibitor of Clusterin in Development for the Treatment of Prostate Cancer," Future Oncology, 2012, vol. 8 (10), pp. 1239-1251.

Zytiga (abiraterone acetate) Label (Apr. 2011).

Sanofi Mature IP v. Mylan Laboratories Limited, Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00712, Decision dated Feb. 5, 2019, 12 pages.

Lenz, H.J., Management and Preparedness for Infusion and Hypersensitivity Reactions, The Oncologist, 12:601-609, 2007.

R008407, Non Final Office Action issued by the U.S. Patent and Trademark Office in U.S. Appl. No. 16/251,143, filed Jan. 18, 2019, dated Mar. 1, 2019.

R008406, Patent Owner's Responsive Brief on the Effect of the CAFC Decision on Patent Owner's Motion to Amend as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 7, 2019, 30 pages.

R008408, Petitioner Mylan's Reply Brief on Remand Pursuant to Paper No. 108 as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 21, 2019, 12 pages.

R008409, Final Written Decision on Remand issued in the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592 dated Oct. 22, 2019.

R008410, Final Rejection issued by the U.S. Patent and Trademark Office in U.S. Appl. No. 16/251,143 filed Jan. 18, 2019, dated Aug. 12, 2019.

* cited by examiner



**FIG. 1**



**FIG. 2**

| Factor | Patient number | Hazard ratio (95% CI) |
|---|---|---|
| All randomized patients | 755 | 0.70 (0.59–0.83) |
| ECOG status: 0,1 | 694 | 0.68 (0.57–0.82) |
| ECOG status: 2 | 61 | 0.81 (0.48–1.38) |
| Measurable disease: No | 350 | 0.72 (0.55–0.93) |
| Measurable disease: Yes | 405 | 0.68 (0.54–0.85) |
| No. of prior chemotherapies: 1 | 528 | 0.67 (0.55–0.83) |
| No. of prior chemotherapies: ≥2 | 227 | 0.75 (0.55–1.02) |
| Age: <65 years | 295 | 0.81 (0.61–1.08) |
| Age: ≥65 years | 460 | 0.62 (0.50–0.78) |
| Rising PSA at baseline: No | 159 | 0.88 (0.61–1.26) |
| Rising PSA at baseline: Yes | 583 | 0.65 (0.53–0.80) |
| Total docetaxel dose: <225 mg/m$^2$ | 59 | 0.96 (0.49–1.86) |
| Total docetaxel dose: ≥225 to 450 mg/m$^2$ | 206 | 0.60 (0.43–0.84) |
| Total docetaxel dose: ≥450 to 675 mg/m$^2$ | 217 | 0.83 (0.60–1.16) |
| Total docetaxel dose: ≥675 to 900 mg/m$^2$ | 131 | 0.73 (0.48–1.10) |
| Total docetaxel dose: ≥900 mg/m$^2$ | 134 | 0.53 (0.47–0.90) |
| Progression during docetaxel treatment | 219 | 0.68 (0.57–0.82) |
| Progression <3 months after docetaxel | 339 | 0.70 (0.55–0.91) |
| Progression ≥3 months after docetaxel | 192 | 0.75 (0.51–1.11) |

◄■ Favors Cabazitaxel        Favors Mitoxantrone ■►

0        0.5        1        1.5        2
Hazard ratio and 95% confidence interval

**FIG. 3**



**FIG. 4**



**FIG. 5**



## FIG. 6



**FIG. 7**

US 10,583,110 B2

1

# ANTITUMORAL USE OF CABAZITAXEL

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/575,566, filed Dec. 18, 2014, which is a continuation of U.S. application Ser. No. 13/456,720, filed Apr. 26, 2012, which is a continuation of International Application No. PCT/IB2010/054866, filed Oct. 27, 2010, which claims the benefit of priority of U.S. Provisional Application No. 61/256,160, filed Oct. 29, 2009, U.S. Provisional Application No. 61/293,903, filed Jan. 11, 2010, U.S. Provisional Application No. 61/355,834, filed Jun. 17, 2010, U.S. Provisional Application No. 61/355,888, filed Jun. 17, 2010, U.S. Provisional Application No. 61/369,929, filed Aug. 2, 2010, U.S. Provisional Application No. 61/383,933, filed Sep. 17, 2010, and U.S. Provisional Application No. 61/389,969, filed Oct. 5, 2010, all of which are incorporated herein by reference.

The present invention relates to a novel antitumoral use of cabazitaxel in the treatment of prostate cancer, which may be metastatic, especially for patients who are not catered for by a taxane-based treatment. In particular, the present invention relates to the use of cabazitaxel in the treatment of patients with castration resistant metastatic prostate cancer, who have been previously treated with a docetaxel based regimen, an unmet medical need.

## BACKGROUND

Prostate cancer affects a large proportion of the male population worldwide: 680 000 cases worldwide in 2002; it is predicted that there will be 900 000 new cases per year up to 2010 (*CA Cancer J. Clin.,* 2005, 55, 74-108). It is the most frequently occurring cancer in men after lung cancer.

Prostate cancer is generally treated at the start by depriving the androgenic hormones, i.e. by surgical excision of the testicles The Current State of Hormonal Therapy for Prostate Cancer CA Cancer J. Clin., May 2002; 52: 154-179, or by radiotherapy treatment External beam radiation therapy for prostate cancer CA Cancer J. Clin., November 2000; 50: 349-375. Treatments with antiandrogens or hormone manipulations are associated with responses of short duration and without any improvement in the survival time.

The use of cytotoxic chemotherapy is not a routine treatment, whereas its role in alleviating the symptoms and reducing the levels of PSA (prostate-specific antigen) is established. No monotherapy has obtained a degree of response of greater than 30%; combinations with an effect on PSA levels were tested. No effect on the survival time was seen and, what is more, the toxicity of these treatments, particularly on elderly patients, is problematic since, in addition to their tumour, they are generally suffering from related health problems and have a limited reserve of bone marrow.

Until recently, the chemotherapies used were limited to cyclophosphamide, anthracyclines (doxorubicin or mitoxantrone) and estramustine, and the effects of these treatments are relatively mediocre. Palliative effects were observed in patients following the administration of corticoids alone or of mitoxantrone with either prednisone or hydrocortisone. Following Phase II trials, the combination of mitoxantrone with corticoids was recognized as the reference treatment for hormone-resistant prostate cancer. More recently, treatments with docetaxel in combination with estramustine or prednisone have made it possible to treat cancers that are

2

resistant to hormone deprivation Advances in Prostate Cancer Chemotherapy: A New Era Begins CA Cancer J. Clin., September 2005; 55: 300-318, the survival was improved by 2.4 months.

It is generally accepted that the responses in advanced prostate cancers are difficult to evaluate on account of the heterogeneity of the disease and the lack of consensus regarding the treatment response criteria. Many patients with metastatic prostate cancer have no measurable disease, but have symptoms dominated by bone metastases. Measurement of the PSA level has been found to be a means for evaluating novel candidates and also the measurement of the tumour when this is possible, the measurement of bone tumours, the quality of life and the measurement of the pain.

Furthermore, cancer may become resistant to the agents used, in particular to taxanes, which limits the possible treatment options. Several taxane resistance mechanisms have been described (expression of P-glycoprotein P-gp, mdr-1 gene, modified metabolism of taxane, mutation of the tubulin gene, etc.): see *Drug Resistance Updates* 2001, 4(1), 3-8; J. Clin. Onc. 1999, 17(3), 1061-1070.

The technical problem that the invention intends to solve is that of providing a novel therapeutic option for treating prostate cancer, especially for patients who are not catered for by a taxane-based treatment, such as patients with castration resistant metastatic prostate cancer who have been previously treated with docetaxel (sold under the brand name Taxotere®) based regimen, an unmet medical need.

Four clinical trials on cabazitaxel are known since April 2006. Three monotherapy tests have made it possible to determine the maximum tolerated dose and the toxicities at the limit doses: these tests were performed on breast, sarcoma and prostate tumours. Doses of 10-30 mg/m² every three hours were used. A phase II trial was performed on patients with a breast cancer, who had previously received taxanes and anthracyclines as adjuvant (i.e. after a surgery) or as a first-line treatment. The response levels were 14.6% as adjuvant and 9.5% as second-line treatment.

## SUMMARY

The invention relates to a novel antitumoral pharmaceutical therapeutic use comprising cabazitaxel of formula



The invention also relates to methods of treating patients with prostate cancer comprising administering an effective amount of the antitumoral agent cabazitaxel to said patient.

This antitumoral agent may be in the form of anhydrous base, a hydrate or a solvate, intended for treating prostate cancer, in particular for treating patients who are not catered

US 10,583,110 B2

3

for by a taxane-based treatment, such as patients who have been previously treated with a docetaxel-based regimen. This compound is preferably administered to a patient with advanced metastatic disease. In particular, the compound is administered to a patient with castration resistant prostate cancer. Cabazitaxel is preferably administered in combination with a corticoid chosen especially from prednisone and prednisolone. This corticoid is preferably administered at a daily dose of 10 mg orally.

In some aspects of the invention, cabazitaxel is administered in combination with prednisone for its use as a medicament in the treatment of patients with hormone-refractory prostate cancer who have been previously treated with docetaxel based regimen.

In some aspects of the invention, cabazitaxel is administered at a dose (defined for each administration) of between 20 and 25 mg/m². Cabazitaxel may be in the form of an acetone solvate. More particularly, the acetone solvate of cabazitaxel contains between 5% and 8% and preferably between 5% and 7% by weight of acetone.

In some aspects of the invention, cabazitaxel may be administered by intravenous infusion at a dose of between 15 and 25 mg/m², this administration cycle of the antitumour agent being repeated at an interval of 3 weeks between each cabazitaxel administration, which interval may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding cabazitaxel administration.

In some embodiments, the effective amount of cabazitaxel produces at least one therapeutic effect selected from the group consisting of increase in overall survival, partial response, reduction in tumor size, reduction in metastasis, complete remission, partial remission, stable disease, or complete response.

The present invention also relates to a pharmaceutical composition that treats patients with prostate cancer comprising a clinically proven safe and effective amount of cabazitaxel.

Further embodiments of the invention comprise methods or using, treating, promoting, and providing cabazitaxel.

The present invention also relates to packages and articles of manufacture.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** displays the Kaplan-Meier curves of the overall survival in a cabazitaxel study.

FIG. **2** displays the Kaplan-Meier curves of progression-free survival in a cabazitaxel study.

FIG. **3** shows an intention-to-treat analysis of overall survival in subgroups of patients defined by baseline characteristics. Hazard ratios <1 favor the cabazitaxel group, while those >1 favor the mitoxantrone group. CI denotes confidence intervals.

FIG. **4** graphically depicts the proportion of patients with changes in ECOG performance status from baseline during treatment (safety population). The "Improved" column represents PS2 at baseline changed to 0 or 1 during treatment. The "stable" column represents no change, and the "Worse" column represents PS2 at baseline and changed to ≥3, or 0 or 1 at baseline changed to ≥2 during treatment.

FIG. **5** graphically depicts the proportion of patients with changes from baseline in the Present Pain Intensity score during treatment (ITT). The "Improved" column represents patients in which the PPI score during treatment was lower versus baseline. The "Stable" column represents no change, and the "Worse" column represents patients with >1 unit increase in PPI score during treatment versus baseline.

4

FIG. **6** graphically presents the mean area under the curve for PPI and analgesic scores by treatment cycle.

FIG. **7** graphically presents the mean AUC analgesic score.

DETAILED DESCRIPTION

Definitions

Effective amount, as used herein, means an amount of a pharmaceutical compound, such as cabazitaxel, that produces an effect on the cancer to be treated.

Clinically proven, as used herein, means clinical efficacy results that are sufficient to meet FDA approval standards.

Castration resistant prostate cancer, as used herein, is synonymous with hormone-refractory prostate cancer.

"Patient," as used herein, includes both human and animals. In one embodiment, a patient is a human.

Cabazitaxel belongs to the taxoid family and has the formula:



The chemical name of cabazitaxel is 4α-acetoxy-2α-benzoyloxy-5,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonyl-amino-2-hydroxy-3-phenylpropionate. Cabazitaxel is synonymously known as (2α,5β,7β, 10β,13α)-4-acetoxy-13-({(2R,3S)-3-[(tertbutoxycarbonyl)amino]-2-hydroxy-3-phenylpropanoyl}oxy)-1-hydroxy-7,10-dimethoxy-9-oxo-5,20-epoxytax-11-en-2-yl benzoate.

This compound and a preparative method thereof is described in WO 96/30355, EP 0 817 779 B1 and U.S. Pat. No. 5,847,170, which are hereby incorporated herein by reference. Cabazitaxel may be administered in base form (cf. above formula), or in the form of a hydrate. It may also be a solvate, i.e. a molecular complex characterized by the incorporation of the crystallization solvent into the crystal of the molecule of the active principle (see in this respect page 1276 of *J. Pharm. Sci.* 1975, 64(8), 1269-1288). In particular, it may be an acetone solvate, and, more particularly, may be the solvate described in WO 2005/028462. It may be an acetone solvate of cabazitaxel containing between 5% and 8% and preferably between 5% and 7% by weight of acetone (% means content of acetone/content of acetone+cabazitaxel×100). An average value of the acetone content is 7%, which approximately represents the acetone stoichiometry, which is 6.5% for a solvate containing one molecule of acetone. The procedure described below allows the preparation of an acetone solvate of cabazitaxel:

US 10,583,110 B2

5

940 ml of purified water are added at 20±5° C. (room temperature) to a solution of 207 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl        (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate at about 92% by weight in about 2 litres of acetone, followed by seeding with a suspension of 2 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl        (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate isolated from acetone/water in a mixture of 20 ml of water and 20 ml of acetone. The resulting mixture is stirred for about 10 to 22 hours, and 1.5 litres of purified water are added over 4 to 5 hours. This mixture is stirred for 60 to 90 minutes, and the suspension is then filtered under reduced pressure. The cake is washed on the filter with a solution prepared from 450 ml of acetone and 550 ml of purified water, and then oven-dried at 55° C. under reduced pressure (0.7 kPa) for 4 hours. 197 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl        (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate acetone containing 0.1% water and 7.2% acetone (theoretical amount: 6.5% for a stoichiometric solvate) are obtained.

Cabazitaxel may be administered parenterally, such as via intravenous administration. A galenical form of cabazitaxel suitable for administration by intravenous infusion is that in which the cabazitaxel is dissolved in water in the presence of excipients chosen from surfactants, cosolvents, glucose or sodium chloride, etc. For example, a galenical form of cabazitaxel may be prepared by diluting a premix solution of cabazitaxel contained in a sterile vial (80 mg of cabazitaxel+2 ml of solvent+Polysorbate 80) with a sterile vial containing a solution of 6 ml of water and ethanol (13% by weight of 95% ethanol) in order to obtain 8 ml of a solution ready to be rediluted in a perfusion bag. The concentration of cabazitaxel in this ready-to-redilute solution is about 10 mg/ml. The perfusion is then prepared by injecting the appropriate amount of this ready-to-redilute solution into the perfusion bag containing water and glucose (about 5%) or sodium chloride (about 0.9%).

Cabazitaxel may be administered in combination with a corticoid, such as prednisone or prednisolone, as two distinct pharmaceutical preparations.

Accordingly, one aspect of the invention is a method of treating prostate cancer comprising administering to a patient in need thereof an effective amount of cabazitaxel in combination with a corticoid, such as prednisone or prednisolone.

The combination is administered repeatedly according to a protocol that depends on the patient to be treated (age, weight, treatment history, etc.), which can be determined by a skilled physician. In one aspect of the invention, cabazitaxel is administered by perfusion to the patient according to an intermittent program with an interval between each administration of 3 weeks, which may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding administration. The median number of cycles is 6. The prednisone or prednisolone may be administered daily, for example in the form of one dosage intake per day, throughout the duration of the treatment. Examples of doses for the two antitumoral agents are given in the "Example" section. The currently recommended dose is 25 mg/m² of cabazitaxel administered as a on-hour infusion and 10 mg per day of prednisone or prednisolone administered orally.

In some aspects of the invention, the patient to be treated has prostate cancer that is resistant to hormone therapy (i.e., hormone refractory) and has previously been treated with

6

docetaxel. In some aspects, the patient has prostate cancer that progressed during or after treatment with docetaxel. In some aspects, the patient was previously treated with at least 225 mg/m² cumulative dose of docetaxel. In a particular aspect, the patient showed progression of their disease in the six months following hormone therapy or during docetaxel treatment or after docetaxel treatment. In another particular aspect, the patient showed progression of their disease in the three months following hormone therapy or after docetaxel treatment.

In some aspects of the invention, the patient to be treated has a measurable tumour and may show progression of the disease via a metastatic lesion of the viscera or of a soft tissue of at least 1 cm determined by MRI or by an axial tomographic scan (CT scan).

In some aspects of the invention, the patient to be treated has an unmeasurable tumour and may show an increase in the PSA level with three measurements at a 1-week interval or the appearance of new lesions.

In some aspects of the invention, the patient to be treated has undergone castration by orchidectomy or with LHRH agonists, elimination of the androgens or monotherapy with estramustine.

In a preferred aspect, the life expectancy of the patient to be treated should be at least 2 months.

In some aspects, the treatment does not include patients who have previously received mitoxantrone, or who have received less than 225 mg/m² of docetaxel, or who have undergone a radiotherapy that has eliminated more than 40% of the marrow, who have received a treatment within the 4 weeks preceding the test, who have a neuropathy or a stomatitis, involving the brain or the meninges, who have shown severe hypersensitivity to polysorbate or to prednisone, whose blood analysis shows an appreciable decrease in neutrophils, haemoglobin or platelets, an increase in bilirubin and/or liver enzymes and creatinine, or who have heart problems or an infection requiring antibiotics.

An aspect of the invention comprises increasing the survival of a patient with hormone refractory metastatic prostate cancer, comprising administering a clinically proven effective amount of cabazitaxel to the patient in combination with prednisone or prednisolone. In a particular aspect, the patient has previously been treated with a docetaxel-containing regimen.

Cabazitaxel may be administered in combination with a medication to prevent or control nausea and vomiting or to prevent or control hypersensitivity to the cabazitaxel treatment. Preferably, a patient is pre-medicated with the medication, for example, at least 30 minutes prior to administering each dose of cabazitaxel.

One aspect of the invention comprises a method of reducing the risk of a severe hypersensitivity reaction in a patient with prostate cancer being treated with cabazitaxel, comprising administering to the patient a medication to prevent hypersensitivity prior to the administration of cabazitaxel.

Severe hypersensitivity reactions to cabazitaxel can occur and may include generalized rash/erythema, hypotension and bronchospasm. Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of cabazitaxel, thus facilities and equipment for the treatment of hypotension and bronchospasm should be available. If severe hypersensitivity reaction occurs, cabazitaxel infusion should be immediately discontinued and appropriate therapy should be administered. Examples of medications

US 10,583,110 B2

7

which may be used to prevent hypersensitivity to the cabazitaxel treatment include antihistamines, such as dexchloropheniramine (for example 5 mg), and diphenhydramine (for example 25 mg) or equivalent antihistamines; and corticosteroids, such as dexamethasone (for example 8 mg) or an equivalent steroid.

Nevertheless, cabazitaxel should not be given to and may be contraindicated in patients who have a history of severe hypersensitivity reactions to cabazitaxel.

Depending on the formulation administered, cabazitaxel may also be contraindicated in patients who have a history of hypersensitivity reactions to other drugs formulated with polysorbate 80.

One aspect of the invention comprises an article of manufacture comprising:

a) a packaging material;

b) cabazitaxel, and

c) a label or package insert contained within the packaging material indicating that severe hypersensitivity reactions can occur.

Gastrointestinal symptoms, such as, for example nausea, vomiting, and diarrhea, may occur with the treatment of cabazitaxel. Mortality related to diarrhea and electrolyte imbalance has been reported. Therefore, patients may also be rehydrated and treated with anti-diarrheal or anti-emetic medications as needed. Treatment delay or dosage reduction may be necessary if patients experience Grade ≥3 diarrhea.

Accordingly, the methods of the invention include administering a medication to prevent hypersensitivity or a medication to prevent or control nausea and vomiting in combination with cabazitaxel.

Examples of medications which may be used to prevent or control nausea and vomiting include histamine $H_2$ antagonists and antiemetics, such as ondansetron, granisetron and dolesetron.

A possible side effect of the treatment with cabazitaxel is neutropenia, which is characterized by a reduced number of neutrophils. Unfortunately, a number of neutropenia deaths have been reported. Therefore, frequent blood counts should be obtained or performed to monitor for neutropenia. If neutropenia occurs, cabazitaxel treatment may be discontinued, and restarted when neutrophil counts recover to a level of >1,500/mm³. Cabazitaxel should not be given to a patient with a neutrophil count ≤1,500 cells/mm³.

The present invention therefore also relates to a method of treating prostate cancer with cabazitaxel comprising administering cabazitaxel to the patient, monitoring blood counts in the patient, and measuring neutrophil levels. In one aspect, the method further comprises discontinuing cabazitaxel treatment if neutropenia occurs, and optionally restarting cabazitaxel treatment when neutrophil counts recover to a level of >1,500/mm³. In one aspect, the monitoring comprises taking a blood sample from the patient.

Determining neutrophil counts can be performed according to procedures well know to those skilled in the art.

One aspect of the invention is a method of reducing the risk of neutropenia complications comprising administering cabazitaxel in combination with an agent useful for treating neutropenia. Such a neutropenia treatment agent is, for example, a hematopoietic growth factor which regulates the production and function of neutrophils such as a human granulocyte colony stimulating factor, (G-CSF). In a particular aspect of the invention, the neutropenia is complicated neutropenia. Complicated neutropenia includes febrile neutropenia, prolonged neutropenia, or neutropenic infec

8

tion. In a preferred embodiment, the neutropenia treatment agent is administered prior to the administration of cabazitaxel.

A particular aspect of the invention comprises a method of reducing the risk of neutropenia complications in a patient with prostate cancer being treated with cabazitaxel, comprising monitoring blood counts in the patient at regular intervals during treatment of the patient with cabazitaxel; reducing the dose of cabazitaxel if the patient experiences febrile neutropenia or prolonged neutropenia; discontinuing cabazitaxel treatment if the patients neutrophil count is ≤1,500 cells/mm³; and optionally restarting cabazitaxel treatment when the patients neutrophil counts recover to a level ≤1,500 cells/mm³.

In a particular aspect, primary prophylaxis with G-CSF should be considered in patients with high-risk clinical features (age >65 years, poor performance status, previous episodes of febrile neutropenia, extensive prior radiation ports, poor nutritional status, or other serious co-morbidities) that predispose them to increased complications from prolonged neutropenia. Therapeutic use of G-CSF and secondary prophylaxis should be considered in all patients considered to be at increased risk for neutropenia complications.

In another aspect, the monitoring of complete blood counts is performed on a weekly basis during cycle 1 and before each treatment cycle thereafter so that the dose can be adjusted, if needed. Therefore, another aspect for reducing the risk of neutropenia complications comprises monitoring blood counts in the patient and adjusting the dose of cabazitaxel. An example of a dose modification is described in Example 2.

One aspect of the invention comprises an article of manufacture comprising:

a) a packaging material;

b) cabazitaxel, and

c) a label or package insert contained within the packaging material indicating that cabazitaxel should not be given to patients with neutrophil counts of ≤1,500 cells/mm³.

Cases of renal failure should be indentified and managed aggressively, accordingly to procedures known to those skilled in the art. Renal failure may be associated with sepsis, dehydration, or obstructive uropathy. Furthermore, impaired hepatic function (e.g., total bilirubin ≥ULN, or AST and/or ALT ≥1.5×ULN) may increase cabazitaxel concentrations, and cabazitaxel should not be given to patients with hepatic impairment.

Cabazitaxel may cause fetal harm when administered to a pregnant woman.

Prednisone or prednisolone administered at 10 mg daily does not affect the pharmacokinetics of cabazitaxel.

Cabazitaxel is primarily metabolized through CYP3A. Concomitant administration of strong CYP3A inhibitors (for example, ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin, voriconazole) may increase cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inhibitors should be avoided. Caution should be exercised with concomitant use of moderate CYP3A inhibitors. One aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inhibitor, discontinuing treatment with a CYP3A inhibitor, and then administering cabazitaxel to the patient.

Concomitant administration of strong CYP3A inducer (e.g., phenytoin, carbamazepine, rifampin, rifabutin, rifa

9

pentin, phenobarbital) may decrease cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inducers should be avoided. Therefore, one aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inducer, discontinuing treatment with a CYP3A inducer, and administering cabazitaxel to the patient.

In addition, patients should also refrain from taking St. John's Wort.

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an AUC of about 991 ng·h/mL (CV 34%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an $C_{max}$ of about 226 ng·h/mL (CV 107%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide a plasma clearance of 48.5 L/h (CV 39%).

One aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean $C_{max}$ of cabazitaxel in patients with metastatic prostate cancer was 226 ng/mL (CV 107%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean AUC of cabazitaxel in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%).

A variety of educational materials may be employed to ensure proper prescribing, dispensing, and patient compliance according to the methods described herein. For example, a variety of literature and other materials, such as, for example, prescribing information, package inserts, medications guides, physician information sheets, healthcare professional information sheets, medical journal advertisements, and product websites may describe the risks and benefits of taking cabazitaxel.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) the efficacy and safety of cabazitaxel in combination with prednisone were evaluated in patients with hormone refractory metastatic prostate cancer previously treated with a docetaxel containing regimen; or

b) a total of 755 patients were randomized to receive either cabazitaxel 25 mg/m³ every 3 weeks for a maximum of 10 cycles with prednisone mg orally daily, or to receive mitoxantrone 12 mg/m² intravenously every 3 weeks for a maximum of 10 cycles with prednisone 10 mg orally daily; or

c) the median number of cycles was 6 in the cabazitaxel group and 4 in the mitoxantrone group.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

10

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm³.

The invention also concerns a method of promoting the use of cabazitaxel the method comprising the step of conveying to a recipient at least one message selected from:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

The invention also concerns a method of providing cabazitaxel, wherein said cabazitaxel is provided along with information indicating that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur, or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

Example 1

A clinical study was performed wherein patients received either treatment with cabazitaxel or the reference treatment based on mitoxantrone each combined with prednisone or prednisolone.

More specifically, patients over 18 years of age with metastatic castration resistant metastatic prostate cancer either measurable by RECIST criteria or non-measurable disease with rising PSA levels or appearance of new lesions, ECOG (Eastern Cooperative Oncology Group) performance stage 0-2, and adequate organ function (patients had to have neutrophils ≥1,500 cells/mm³, platelets >100,000 cells/mm³, hemoglobin >10 g/dL, creatinine <1.5×upper limit of normal (ULN), total bilirubin <1×ULN, AST <1.5×ULN, and ALT <1.5×ULN) who had had prior hormone therapy, chemotherapy, and radiotherapy, but had progressive during or after docetaxel treatment (cumulative dose ≥225 mg/m²) were randomized to 10 mg/day of prednisone with either mitoxantrone 12 mg/m² or cabazitaxel 25 mg/m², both administered every 3 weeks.

Patients with a history of congestive heart failure, or myocardial infarction within the last 6 months, or patients with uncontrolled cardiac arrhythmias, angina pectoris, and/or hypertension were not included in the study.

US 10,583,110 B2

| 11 | 12 |

720 patients were planned to be included in the clinical study: 360 in each cabazitaxel+prednisone and mitoxantrone+prednisone group. Seven hundred and fifty-five patients (755) (median age 68; 84% white) were actually enrolled, 378 in the cabazitaxel and prednisone/prednisolone group and 377 in the mitoxantrone and prednisone/prednisolone group. The maximal number of treatment cycles was 10 for cabazitaxel and 10 for mitoxantrone. The median number of treatment cycles was 6 for cabazitaxel and 4 for mitoxantrone. The median prior dose of docetaxel treatment was 576 mg/m$^2$ for the cabazitaxel group and 529 mg/m$^2$ for the mitoxantrone group. Median follow-up was 12.8 months.

The measurements of the results are performed via the same tests as at inclusion. MRI and spiral computed tomographic (CT) scans are preferably used.

The results are evaluated according to the following criteria (cf RECIST guideline):

overall survival (OS): the time from inclusion to the study to the date of death complete response (CR): disappearance of the lesions

partial response (PR): at least 30% reduction of the largest diameter of the lesion progression (PD): at least 20% increase in the sum of the largest diameter of the lesion or appearance of one or more new lesions

stable disease (SD): reduction of the tumour insufficient to be included in PR and increase of the tumour insufficient to be included in PD.

The confirmations of the measurements are made at least 4 weeks after the response criterion has been established for the first time.

The progression-free survival (PFS) is the time from inclusion in the study and the date of progression or death when the progression is either an increase of the PSA, or of the tumour, or of the pain.

It was found that the combination of cabazitaxel and prednisone is a well-tolerated combination with the safety profile of taxanes. At the dose investigated in this trial (LD2: 25 mg/m$^2$ cabazitaxel+10 mg/m$^2$/day prednisone), patients receiving cabazitaxel demonstrated statistically significant longer overall survival (OS) compared to mitoxantrone (p<0.0001). The hazard ratio was 0.70 (95% CI. 0.59, 0.83) in favor of cabazitaxel corresponding to a 30% reduction in risk of death. The median survival for patients in the cabazitaxel group was 15.1 months in comparison to 12.7 months in the mitoxantrone group. Notably, the extension of survival was observed irrespective of ECOG performance status, number of prior chemotherapy regimens and age. Benefit was also seen in the third of patients who were docetaxel-refractory and had progressed during docetaxel therapy.

The data related to the treated patients are given in Table 1:

TABLE 1

| Efficacy analysis (intention-to-treat) | | CbzP N = 378 Median (months) | MP N = 377 Median (months) |
|---|---|---|---|
| Overall survival | Median (months) | 15.1 | 12.7 |
| | Hazard ratio (95% CI) | 0.70 (0.59; 0.83) | |
| | p-value[1] | 0.0001 | |

TABLE 1-continued

| Efficacy analysis (intention-to-treat) | | CbzP N = 378 Median (months) | MP N = 377 Median (months) |
|---|---|---|---|
| PFS | Median (months) | 2.8 | 1.4 |
| | Hazard ratio (95% CI) | 0.74 (0.64-0.86) | |
| | p-value[1] | 0.0001 | |
| | Tumor response rate | 14.4% | 4.4% |
| | p-value[2] | 0.0005 | |
| Time to Tumor Progression Median (months) | | 8.8 | 5.4 |
| | p-value | <0.001 | |
| | PSA Response rate | 39.2% | 17.8% |
| | p-value[2] | 0.0002 | |
| PSA PFS | Median (months) | 6.4 | 3.1 |
| | Hazard ratio (95% CI) | 0.75 (0.63-0.90) | |
| | p-value[1] | 0.0010 | |
| | Pain Response rate | 9.2% | 7.8% |
| | p-value[2] | 0.6526 | |
| Pain PFS | Median (months) | Not reached | 11.1 |
| | Hazard ratio (95% CI) | 0.91 (0.69-1.19) | |
| | p-value[1] | 0.5192 | |

[1]Log-rank test;
[2]Chi-square test
CbzP: cabazitaxel with prednisone
MP: mitoxantrone with prednisone

Progression free survival (PFS) defined as the earliest progression in tumor, PSA or pain was also statistically significantly longer in the cabazitaxel group compared to the mitoxantrone group (p<0.0001, hazard ratio=0.74 (95% CI, 0.64, 0.86), and the median progression-free survival was 2.8 months versus 1.4 months. Response rates and PFS for PSA and tumor assessments were statistically significant in favor of cabazitaxel, while response rate and PFS for pain did not show a statistically significant difference.

The most frequent Grade 3/4 toxicities were neutropenia observed with a higher frequency in the cabazitaxel group with 81.7% compared to the mitoxantrone group with 58.0%. Rates of febrile neutropenia were 7.5% in the cabazitaxel group and 1.3% in the mitoxantrone group.

The most common (≥20%) grade 1-4 adverse reactions were anemia, leukopenia, neutropenia, thrombocytopenia, diarrhea, fatigue, nausea, vomiting, asthenia, and constipation.

The most common (≥5%) grade 3-4 adverse reactions in patients who received cabazitaxel were neutropenia, leukopenia, anemia, febrile neutropenia, diarrhea, fatigue, and asthenia.

Subgroup analyses by risk factors and a multivariate analysis showed that OS outcomes were consistent and robust in favor of cabazitaxel as shown in the herebelow table:

TABLE 2

| | MP | | CbzP | | |
|---|---|---|---|---|---|
| | N (%) | Median OS (mos) | N (%) | Median OS (mos) | CbzP vs MP HR (95% CI) |
| ITT | 377 (100) | 12.7 | 378 (100) | 15.1 | 0.70 (0.59-0.83) |
| PD while on D | 103 (27) | 12.0 | 113 (30) | 14.2 | 0.65 (0.47-0.90) |

US 10,583,110 B2

**13**

### TABLE 2-continued

| | MP | | CbzP | | |
|---|---|---|---|---|---|
| | N (%) | Median OS (mos) | N (%) | Median OS (mos) | CbzP vs MP HR (95% CI) |
| PD after last D dose, ≤3 mos | 180 (48) | 10.3 | 158 (42) | 13.9 | 0.70 (0.54-0.90) |
| PD after last D dose, >3 mos | 91 (24) | 17.7 | 103 (27) | 17.5 | 0.78 (0.53-1.14) |

mos = months
0 = Docetaxel

### TABLE 3

Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities in ≥5% of Patients Receiving cabazitaxel in Combination with Prednisone or Mitoxantrone in Combination with Prednisone

| | Cabazitaxel 25 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | |
|---|---|---|---|---|
| Any Adverse Reaction | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Blood and Lymphatic System Disorders | | | | |
| Neutropenia[2] | 347 (94%) | 303 (82%) | 325 (87%) | 215 (58%) |
| Febrile Neutropenia | 27 (7%) | 27 (7%) | 5 (1%) | 5 (1%) |
| Anemia[2] | 361 (98%) | 39 (11%) | 302 (82%) | 18 (5%) |
| Leukopenia[2] | 355 (96%) | 253 (69%) | 343 (93%) | 157 (42%) |
| Thrombocytopenia[2] | 176 (48%) | 15 (4%) | 160 (43%) | 6 (2%) |
| Cardiac Disorders | | | | |
| Arrhythmia[3] | 18 (5%) | 4 (1%) | 6 (2%) | 1 (<1%) |
| Gastrointestinal Disorders | | | | |
| Diarrhea | 173 (47%) | 23 (6%) | 39 (11%) | 1 (<1%) |
| Nausea | 127 (34%) | 7 (2%) | 85 (23%) | 1 (<1%) |
| Vomiting | 83 (22%) | 6 (2%) | 38 (10%) | 0 |
| Constipation | 76 (20%) | 4 (1%) | 57 (15%) | 2 (<1%) |
| Abdominal Pain[4] | 64 (17%) | 7 (2%) | 23 (6%) | 0 |
| Dyspepsia[5] | 36 (10%) | 0 | 9 (2%) | 0 |
| General Disorders and Administration Site Conditions | | | | |
| Fatigue | 136 (37%) | 18 (5%) | 102 (27%) | 11 (3%) |
| Asthenia | 76 (20%) | 17 (5%) | 46 (12%) | 9 (2%) |
| Pyrexia | 45 (12%) | 4 (1%) | 23 (6%) | 1 (<1%) |
| Peripheral Edema | 34 (9%) | 2 (<1%) | 34 (9%) | 2 (<1%) |
| Mucosal Inflammation | 22 (6%) | 1 (<1%) | 10 (3%) | 1 (<1%) |
| Pain | 20 (5%) | 4 (1%) | 18 (5%) | 7 (2%) |
| Infections and Infestations | | | | |
| Urinary Tract Infection[6] | 29 (8%) | 6 (2%) | 12 (3%) | 4 (1%) |
| Pneumonia[7] | 12 (3%) | 9 (2%) | 4 (1%) | 3 (<1%) |
| Investigations | | | | |
| Weight Decreased | 32 (9%) | 0 | 28 (8%) | 1 (<1%) |
| Metabolism and Nutrition Disorders | | | | |
| Anorexia | 59 (16%) | 3 (<1%) | 39 (11%) | 3 (<1%) |
| Dehydration | 18 (5%) | 8 (2%) | 10 (3%) | 3 (<1%) |
| Musculoskeletal and Connective Tissue Disorders | | | | |
| Back Pain | 60 (16%) | 14 (4%) | 45 (12%) | 11 (3%) |
| Arthralgia | 39 (11%) | 4 (1%) | 31 (8%) | 4 (1%) |
| Pain in Extremity | 30 (8%) | 6 (2%) | 27 (7%) | 4 (1%) |
| Muscle Spasms | 27 (7%) | 0 | 10 (3%) | 0 |
| Bone Pain | 19 (5%) | 3 (<1%) | 19 (5%) | 9 (2%) |
| Musculoskeletal Pain | 18 (5%) | 2 (<1%) | 20 (5%) | 3 (<1%) |
| Nervous System Disorders | | | | |
| Peripheral Neuropathy[8] | 50 (13%) | 3 (<1%) | 12 (3.2%) | 3 (<1%) |
| Dysgeusia | 41 (11%) | 0 | 15 (4%) | 0 |
| Dizziness | 30 (8%) | 0 | 21 (6%) | 2 (<1%) |
| Headache | 28 (8%) | 0 | 19 (5%) | 0 |
| Renal and Urinary Tract Disorders | | | | |
| Hematuria | 62 (17%) | 7 (2%) | 13 (4%) | 1 (<1%) |
| Dysuria | 25 (7%) | 0 | 5 (1%) | 0 |
| Respiratory, Thoracic and Mediastinal Disorders | | | | |
| Dyspnea | 43 (12%) | 4 (1%) | 16 (4%) | 2 (<1%) |
| Cough | 40 (11%) | 0 | 22 (6%) | 0 |
| Skin and Subcutaneous Tissue Disorders | | | | |
| Alopecia | 37 (10%) | 0 | 18 (5%) | 0 |
| Vascular Disorders | | | | |
| Hypotension | 20 (5%) | 2 (<1%) | 9 (2%) | 1 (<1%) |
| Median Duration of Treatment | 6 cycles | | 4 cycles | |

[1]Graded using NCI CTCAE version 3
[2]Based on laboratory values, cabazitaxel: n = 369, mitoxantrone: n = 370.
[3]Includes atrial fibrillation, atrial flutter, atrial tachycardia, atrioventricular block complete, bradycardia, palpitations, supraventricular tachycardia, tachyarrhythmia, and tachycardia.
[4]Includes abdominal discomfort, abdominal pain lower, abdominal pain upper, abdominal tenderness, and GI pain.
[5]Includes gastroesophageal reflux disease and reflux gastritis.
[6]Includes urinary tract infection enterococcal and urinary tract infection fungal.
[7]Includes bronchopneumonia, lobar pneumonia, and pneumonia klebsiella.
[8]Includes peripheral motor neuropathy and peripheral sensory neuropathy.

### TABLE 4

Patient Characteristics

| | MP (n = 377) | CBZP (n = 378) |
|---|---|---|
| Age (years) | | |
| Median [range] | 67 [47-89] | 68 [46-92] |
| ≥65 (%) | 57.0 | 64.9 |
| ECOG PS (%) | | |
| 0, 1 | 91.2 | 92.6 |
| 2 | 8.8 | 7.4 |
| PSA* (ng/mL) | | |
| Median [range] | 127.5 [2-11220] | 143.9 [2-7842] |
| Measurability of disease (%) | | |
| Measurable | 54.1 | 53.2 |
| Nonmeasurable | 45.9 | 46.8 |
| Disease site (%) | | |
| Bone | 87.0 | 80.2 |
| Lymph node | 44.8 | 45.0 |
| Visceral | 24.9 | 24.9 |
| Pain at Baseline, no. (%) | 168 (44.6) | 174 (46.0) |
| Previous Therapy, no. (%) | | |
| Hormonal | 375 (99.5) | 375 (99.2) |
| No. of Chemotherapy | | |

US 10,583,110 B2

<table>
<tr><td colspan="3">15</td></tr>
</table>

**15**

TABLE 4-continued

| Patient Characteristics | | |
|---|---|---|
| | MP (n = 377) | CBZP (n = 378) |
| Regimens | | |
| 1 | 268 (71.1) | 260 (68.8) |
| 2 | 79 (21.0) | 94 (24.9) |
| >2 | 30 (8.0) | 24 (6.3) |
| Radiation | 222 (58.9) | 232 (61.4) |
| Surgery | 205 (54.4) | 198 (52.4) |
| Biologic Agent | 36 (9.5) | 26 (6.9) |
| Previous docetaxel regimens, n (%) | | |
| 1 | 327 (86.7) | 316 (83.6) |
| 2 | 43 (11.4) | 53 (14.0) |
| >2 | 7 (1.9) | 9 (2.4) |
| Median total previous docetaxel dose (mg/m²) | 529.2 | 576.6 |
| Disease progression relative to docetaxel administration, n (%) | | |
| During treatment | 104 (27.6) | 115 (30.4) |
| <3 months from last dose | 181 (48.0) | 158 (41.8) |
| ≥3 months from last dose | 90 (23.9) | 102 (27.0) |
| Unknown | 2 (0.5) | 3 (0.8) |
| Median time from last docetaxel dose to disease progression (months) | 0.7 | 0.8 |

The primary reason for treatment discontinuation in both groups was disease progression (Table 5). The median delivered relative dose intensity was 96.1% in the cabazitaxel group and 97.3% in the mitoxantrone group. In the cabazitaxel group, >75% of patients received >90% of the planned dose intensity. Overall, 5.1% of mitoxantrone treatment courses were dose reduced compared with 9.8% of cabazitaxel treatment courses; 6.3 and 7% of all treatment courses were delayed by 9 days or less, and 1.6 and 2.3% of courses were delayed by more than 9 days for mitoxantrone and cabazitaxel respectively (See Table 5).

TABLE 5

| Treatment Received and Reasons for Discontinuation in the Intention-to-Treat Population.* | | |
|---|---|---|
| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
| Patients receiving study treatment, no. (%) | 371 (98.4) | 371 (98.1) |
| Patients completing planned ten cycles of study treatment, no. (%) | 46 (12.2) | 105 (27.8) |
| Discontinuation of study treatment, no. (%) | 325 (86.2) | 266 (70.4) |
| Reasons for discontinuation of study treatment, no. (%) | | |
| Disease progression | 267 (70.8) | 180 (47.6) |
| Adverse event | 32 (8.5) | 67 (17.7) |
| Non-compliance with protocol | 0 | 1 (0.3) |
| Lost to follow-up | 2 (0.5) | 0 |
| Patient's request | 17 (4.5) | 8 (2.1) |
| Other | 7 (1.9) | 10 (2.7) |
| No. of treatment cycles, median (range)[†] | 4 (1-10) | 6 (1-10) |
| Relative dose intensity, median % (range)[†] | 97.3 (42.5-106.0) | 96.1 (49.0-108.2) |
| Treatment delays, no. of cycles (%)[‡] | | |
| ≤9 days | 110 (6.3) | 157 (7.0) |

**16**

TABLE 5-continued

| Treatment Received and Reasons for Discontinuation in the Intention-to-Treat Population.* | | |
|---|---|---|
| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
| >9 days | 28 (1.6) | 51 (2.3) |
| Dose reductions, no. of cycles (%)[‡] | 88 (5.1) | 221 (9.8) |

The results of this study are further illustrated to FIGS. **1**, **2**, and **3**.

Example 2

Table 6 illustrates an example of a dosage modification for adverse reactions in patients treated with cabazitaxel

TABLE 6

| Toxicity | Dosage Modification |
|---|---|
| Prolonged grade ≥3 neutropenia greater than 1 week) despite appropriate medication including G-CSF | Delay treatment until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m². Use G-CSF for secondary prophylaxis. |
| Febrile neutropenia | Delay treatment until improvement or resolution, and until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m². Use G-CSF for secondary prophylaxis. |
| Grade >3 diarrhea or persisting diarrhea despite appropriate medication, fluid and electrolytes replacement | Delay treatment until improvement or resolution, then reduce dosage of cabazitaxel to 20 mg/m². |

Discontinue cabazitaxel treatment if a patient continues to experience any of these reactions at 20 mg/m².

Example 3

Performance Status and Pain Scores During Treatment
Methods

ECOG PS, pain measures, and analgesic consumption were assessed prior to every treatment cycle and at the end of study treatment.

Pain assessments: Present Pain Intensity (PPI) scale from the McGill-Melzack questionnaire (Melzack R. Pain 1975; 1:277-99). Mean Analgesic Score (AS) derived from analgesic consumption (in morphine equivalents) was calculated for the one-week period prior to each evaluation. Area under the curve (AUC) of PPI and AS was calculated by the trapezoid formula. Cumulative AUC of PPI and AS was calculated up to the last cycle of data available for each patient. Average AUC of the treatment groups was compared from Cycle 1 to Cycle 10.

Results

Performance status remained stable in most patients during the treatment period and was similar between groups. See FIG. **4**.

Overall, PPI scores were comparable; improving from baseline in 21.3% of men in the CbzP group and 18.2% in the MP group. See FIG. **5**.

The CbzP group had a lower mean area under the curve (AUC) of PPI, suggesting less severe pain especially during cycles 7-10. See FIG. **6**.

Analgesic use was comparable between the groups (lower mean AUC of AS means lower pain medication use). See FIG. **7**.

### CONCLUSION

Despite longer treatment with CbzP no worsening in ECOG PS was seen.

Present Pain Intensity score improved in 21% of men in CbzP vs. 18% in MP arm.

Assessment of pain scores suggested less severe pain in the CbzP group during treatment.

Pain medication use was similar between groups.

### Example 4

A population pharmacokinetic analysis was conducted in 170 patients with solid tumors at doses ranging from 10 to 30 mg/m$^2$ weekly or every 3 weeks.

Based on the population pharmacokinetic analysis, after an intravenous dose of cabazitaxel 25 mg/m$^2$ every 3 weeks, the mean $C_{max}$ in patients with metastatic prostate cancer was 226 ng/mL (CV 107%) and was reached at the end of the 1-hour infusion ($T_{max}$). The mean AUC in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%). No major deviation from the dose proportionality was observed from 10 to 30 mg/m$^2$ in patients with advanced solid tumors. The volume of distribution (Vss) was 4,864 L (2,643 L/m$^2$ for a patient with a median BSA of 1.84 m$^2$) at steady state.

Based on the population pharmacokinetic analysis, cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%; 26.4

L/h/m$^2$ for a patient with a median BSA of 1.84 m$^2$) in patients with metastatic prostate cancer. Following a 1-hour intravenous infusion, plasma concentrations of cabazitaxel can be described by a 3-compartment PK model with α-, β-, and γ-half-lives of 4 minutes, 2 hours, and 95 hours, respectively.

What is claimed is:

**1**. A method of increasing survival comprising administering to a patient in need thereof (1) cabazitaxel, or a hydrate of solvate thereof, as a new cycle every three weeks and (2) dexchlorpheniramine administered at a dose of 5 mg, dexamethasone administered at a dose of 8 mg, and an H2 antagonist, each administered prior to the administration of said cabazitaxel, or hydrate of solvate thereof, wherein said patient has castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel.

**2**. The method according to claim **1**, wherein the dexchlorpheniramine, dexamethasone, and H2 antagonist are administered 30 minutes prior to the administration of said cabazitaxel, or hydrate of solvate thereof.

**3**. The method according to claim **2**, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 15-25 mg/m$^2$.

**4**. The method according to claim **3**, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 25 mg/m$^2$.

**5**. The method according to claim **3**, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 20 mg/m$^2$.

**6**. The method according to claim **3**, wherein the dose of said cabazitaxel, or hydrate or solvate thereof, is 15 mg/m$^2$.

\* \* \* \* \*

# EXHIBIT C

US010716777B2

(12) **United States Patent**

Gupta

(10) Patent No.: **US 10,716,777 B2**

(45) Date of Patent: *Jul. 21, 2020

(54) **ANTITUMORAL USE OF CABAZITAXEL**

(71) Applicant: **Sanofi Mature IP**, Paris (FR)

(72) Inventor: **Sunil Gupta**, Lexington, MA (US)

(73) Assignee: **SANOFI MATURE IP**, Paris (FR)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/743,411**

(22) Filed: **Jan. 15, 2020**

(65) **Prior Publication Data**

US 2020/0155497 A1 May 21, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 15/627,962, filed on Jun. 20, 2017, now Pat. No. 10,583,110, which is a continuation of application No. 14/575,566, filed on Dec. 18, 2014, now abandoned, which is a continuation of application No. 13/456,720, filed on Apr. 26, 2012, now Pat. No. 8,927,592, which is a continuation of application No. PCT/IB2010/054866, filed on Oct. 27, 2010.

(60) Provisional application No. 61/389,969, filed on Oct. 5, 2010, provisional application No. 61/383,933, filed on Sep. 17, 2010, provisional application No. 61/369,929, filed on Aug. 2, 2010, provisional application No. 61/355,888, filed on Jun. 17, 2010, provisional application No. 61/355,834, filed on Jun. 17, 2010, provisional application No. 61/293,903, filed on Jan. 11, 2010, provisional application No. 61/256,160, filed on Oct. 29, 2009.

(51) **Int. Cl.**

| A61K 31/337 | (2006.01) |
| A61K 31/164 | (2006.01) |
| A61K 31/56 | (2006.01) |
| A61K 31/573 | (2006.01) |
| A61K 45/06 | (2006.01) |
| A61K 38/19 | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/337* (2013.01); *A61K 31/164* (2013.01); *A61K 31/56* (2013.01); *A61K 31/573* (2013.01); *A61K 38/193* (2013.01); *A61K 45/06* (2013.01)

(58) **Field of Classification Search**
CPC .................................................. A61K 31/337
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,814,470 A | 3/1989 | Colin et al. |
| 5,005,588 A | 4/1991 | Rubin |
| 5,438,072 A | 8/1995 | Bobee et al. |
| 5,698,582 A | 12/1997 | Bastart et al. |
| 5,714,512 A | 2/1998 | Bastart et al. |
| 5,750,561 A | 5/1998 | Bastart et al. |
| 5,847,170 A | 12/1998 | Bouchard et al. |
| 5,889,043 A | 3/1999 | Bouchard et al. |
| 5,962,705 A | 10/1999 | Didier et al. |
| 6,160,135 A | 12/2000 | Bouchard et al. |
| 6,331,635 B1 | 12/2001 | Bouchard et al. |
| 6,346,543 B1 | 2/2002 | Bissery et al. |
| 6,372,780 B2 | 4/2002 | Bouchard et al. |
| 6,387,946 B1 | 5/2002 | Bouchard et al. |
| 6,403,634 B1 | 6/2002 | Bissery |
| 7,074,821 B1 | 7/2006 | Bouchard et al. |
| 7,241,907 B2 | 7/2007 | Didier et al. |
| 7,772,274 B1 | 8/2010 | Palepu |
| 8,378,128 B2 | 2/2013 | Billot et al. |
| 8,846,959 B2 | 9/2014 | Billot et al. |
| 8,927,592 B2 | 1/2015 | Gupta |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 1849311 A | 10/2006 |
| EP | 0817779 B1 | 1/2000 |

(Continued)

OTHER PUBLICATIONS

A Promising R&D Portfolio, Well Positioned to Deliver Future Growth, Sanofi-Aventis Press Release, Sep. 2007, pp. 1-11.
A Randomized, Open-label, Phase 3 Study of Larotaxel IV Every 3 Weeks Versus Capecitabine (Xeloda®) Tablets Twice Daily for 2 Weeks in 3 Week Cycles in Patients with Metastatic Breast Cancer (MBC) Progressing After Taxanes and Anthracycline Therapy (EFG6089), 2012 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://en.sanofi.com/img/content/study/EFC_6089_summary.pdf).

(Continued)

*Primary Examiner* — James D. Anderson
(74) *Attorney, Agent, or Firm* — Kelly L. Bender

(57) **ABSTRACT**

The invention relates to a compound of formula:



which may be in base form or in the form of a hydrate or a solvate, in combination with prednisone or prednisolone, for its use as a medicament in the treatment of prostate cancer, particularly metastatic prostate cancer, especially for patients who are not catered for by a taxane-based treatment.

**6 Claims, 7 Drawing Sheets**

**US 10,716,777 B2**

Page 2

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 10,583,110 | B2 | 3/2020 | Gupta |
| 2002/0038038 | A1 | 3/2002 | Bouchard et al. |
| 2004/0126379 | A1 | 7/2004 | Adolf et al. |
| 2005/0065138 | A1 | 3/2005 | Didier et al. |
| 2005/0070496 | A1 | 3/2005 | Borovac et al. |
| 2005/0244413 | A1 | 11/2005 | Adolf et al. |
| 2008/0076780 | A1 | 3/2008 | Curwen et al. |
| 2008/0279923 | A1 | 11/2008 | Bradke et al. |
| 2010/0311825 | A1 | 12/2010 | Rortais et al. |
| 2011/0105598 | A1 | 5/2011 | Gurjar et al. |
| 2011/0144362 | A1 | 6/2011 | Billot et al. |
| 2011/0160159 | A1 | 6/2011 | Ryan |
| 2011/0177970 | A1 | 7/2011 | Chauchereau et al. |
| 2011/0237540 | A1 | 9/2011 | Crawford et al. |
| 2012/0077845 | A1 | 3/2012 | Dalton et al. |
| 2012/0115806 | A1 | 5/2012 | Magherini |
| 2012/0301425 | A1 | 11/2012 | Gupta |
| 2015/0118182 | A1 | 4/2015 | Gupta |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 2177630 | A1 | 4/2010 |
| FR | 2732340 | A1 | 10/1996 |
| JP | 2007505866 | A | 3/2007 |
| WO | WO-9418164 | A1 | 8/1994 |
| WO | WO-9630355 | A1 | 10/1996 |
| WO | WO-9630356 | A1 | 10/1996 |
| WO | WO-0010547 | A2 | 3/2000 |
| WO | WO-2005002846 | A1 | 1/2005 |
| WO | WO-2005028462 | A1 | 3/2005 |
| WO | WO-2006062811 | A2 | 6/2006 |
| WO | WO-2010117668 | A1 | 10/2010 |
| WO | WO-2010128258 | A1 | 11/2010 |
| WO | WO-2011051894 | A1 | 5/2011 |
| WO | WO-2011063421 | A1 | 5/2011 |
| WO | WO-2011124669 | A1 | 10/2011 |
| WO | WO-2011130317 | A2 | 10/2011 |
| WO | WO-2011130566 | A2 | 10/2011 |

OTHER PUBLICATIONS

Abrams et al., New Chemotherapeutic Agents for Breast Cancer, Cancer Suppl. 74(3), pp. 1164-1176, 1994.
Abraxane (paclitaxel) Label (May 2007).
Actavis LLC's Detailed Factual and Legal Basis for its Paragraph IV Certification that U.S. Pat. No. 8,927,592 is invalid, Unenforceable and/or Not Infringed by the [ ] Described in Actavis' NDA No. 207970 (2015) (redacted).
Actavis Prednisone Label (2015).
Adam's LLC's Detailed Factual and Legal Basis for its Paragraph IV Certification that U.S. Pat. No. 8,927,592 is invalid, Unenforceable and/or Not Infringed by the [ ] Described in Actavis' NDA No. 207970 (2015) (redacted).
Alimta (pemetrexed) Label (Sep. 2008).
American Cancer Society Cancer Facts & Figures 2005.
American Cancer Society Cancer Facts & Figures 2009.
American Cancer Society Cancer Facts & Figures 2011.
American Cancer Society, Off-Label Drug Use, What is Off-Label Drug Use?, [retrieved from https://www.cancer.org/treatment/treatments-and-side-effects/treatment-types/chemotherapy/off-label-drug-use.html] (2017).
Andean Patent Manual. Andean Community secretary, OMPI, EPO, 2004. Section 9.4.
Anonymous, "Early study shows cabazitaxel may be more effective than docetaxel in some patients with advanced prostate cancer," American Society of Clinical Oncology, Inc., posted Apr. 3, 2015 by The ASCO Post, retrieved from internet Oct. 30, 2018 from URL http://http://www.ascopost.com/News/23626.
Antonarakis E.S., et al., "Phase III Trials with Docetaxel-Based Combinations for Metastatic Castration-Resistant Prostate Cancer," Journal of Clinical Oncology, 2013, vol. 31 (14), pp. 1709-1712.

Antonarakis et al., Novel Targeted Therapeutics for Metastatic Castration-Resistant Prostate Cancer, 291(1) Cancer Lett. 1-13 (2010), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4029098/ (published online Aug. 29, 2009).
Apotex, Detailed Statement for ANDA 207736, 2015 (redacted).
Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), 31st Edition, 2011.
Approved Drug Products with Therapeutic Equivalence Evaluations (Orange Book), 36th Edition, 2016.
Araujo J.C., et al., "Overall Survival (OS) and Safety of Dasatinib/docetaxel Versus Docetaxel in Patients With Metastatic Castration-resistant Prostate Cancer (mCRPC): Results From the Randomized Phase III Ready Trial," Journal of Clinical Oncology, Feb. 2013, vol. 31 (6), Abstract LBA8, 3 pages as retrieved from http://ascopubs.org/doi/10.1200/jco.2013.31.6_suppl.lba8 on Oct. 30, 2018.
Archimbaud; Y., "Mouse plasma and tumor pharmacokinetics of TXD258, a new taxoid", American Association for Cancer Research, 91st Annual Meeting, Apr. 1-5, 2000, vol. 41, Abstract 1373, p. 215.
Armstrong A.J., et al., "New Drug Development in Metastatic Prostate Cancer," Urologic Oncology, 2008, vol. 26 (4), pp. 430-437.
Armstrong and Carducci, New Drugs in Prostate Cancer, 16 Curr. Opin. Urol. 138-45 (2006).
Attard G., et al., "Update on Tubulin-Binding Agents," Pathologie-Biologie, 2006, vol. 54 (2), pp. 72-84.
Avastin (bevacizumab), Prescribing Information (Label), Jul. 2009.
*Aventis Pharma S.A.* v. *Mylan Laboratories Limited,* Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Brief for Appellant, dated Mar. 15, 2018.
*Aventis Pharma S.A.* v. *Mylan Laboratories Limited,* Case No. 2018-1203, United States Court of Appeals for the federal Circuit, Reply Brief for Appellant, dated May 18, 2018.
*Aventis Pharma S.A.* v. *Mylan Laboratories Limited,* Case No. 2018-1203, United States Court of Appeals for the federal Circuit, Responsive Brief, dated Apr. 24, 2018.
Bahl A., et al., Final quality of life and safety data for patients with metastatic castration-resistant prostate cancer treated with cabazitaxel in the UK early access programme (EAP) (NCT01254279), BJU International. vol. 116, pp. 880-887 (2015).
Bahl A., et al., 'Impact of cabazitaxel on 2-year survival and palliation of tumour-related pain in men with metastatic castration-resistant prostate cancer treated in the TROPIC trial,' Annals of Oncology, vol. 24 No. 9, pp. 2402-2408 (2013).
Baselga et al., Phase II Study of Weekly Intravenous Trastuzumab (Herceptin) in Patients with HER2/neu-Overexpressing Metastatic Breast Cancer, Semin. in Oncol. vol. 26 No. 4, Suppl. 12, pp. 78-83, 1999.
Baselga J., et al., 'Phase II study of efficacy, safety, and pharmacokinetics of frastuzumab monotherapy administered on a 3-weekly schedule,' Journal of Clinical Oncology vol. 23 No. 10, pp. 2162-2171 (2005).
Beardsley E.K., et al., "Systemic Therapy After First-Line Docetaxel in Metastatic Castration-Resistant Prostate Cancer," Current Opinion in Supportive and Palliative Care, 2008, vol. 2 (3), pp. 161-166.
Bedikian A.Y., et al., 'Phase 3 study of docosahexaenoic acid-paclitaxel versus dacarbazine in patients with metastatic malignant melanoma,' Annals of Oncology vol. 22 No. 4, pp. 787-793 (2011).
Beer et al., Phase II Study of KOS-862 in Patients with Metastatic Androgen Independent Prostate Cancer Previously Treated with Docetaxel, 25 Invest. New Drugs 565-70 (2007).
Beer T.M., et al., "Double-Blinded Randomized Study of High-Dose Calcitriol Plus Docetaxel Compared with Placebo Plus Docetaxel in Androgen-Independent Prostate Cancer: A Report from the Ascent Investigators," Journal of Clinical Oncology, 2007, vol. 25 (6), pp. 669-674.
Beeram M. et al., 'A phase I and pharmacokinetic (PK) study of the novel taxane BMS 184476 administered as a 1-hour intravenous (IV) infusion weekly.' Proceedings of ASCO vol. 20, p. 106a, Abstract 421 (2001).
Berry D.L., et al. , "Quality of Life and Pain in Advanced Stage Prostate Cancer: Results of a Southwest Oncology Group Random-

(56) **References Cited**

OTHER PUBLICATIONS

ized Trial Comparing Docetaxel and Estramustine to Mitoxantrone and Prednisone," Journal of Clinical Oncology, 2006, vol. 24 (18), pp. 2828-2835.

Berry W., et al., "Phase III Study of Mitoxantrone Plus Low Dose Prednisone Versus Low Dose Prednisone Alone in Patients with Asymptomatic Hormone Refractory Prostate Cancer," The Journal of Urology, 2002, vol. 168 (6), pp. 2439-2443.

Berthold D.R., et al., "Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the TAX 327 Study," Journal of Clinical Oncology, Jan. 10, 2008, vol. 26 (2), pp. 242-245.

Bissery et al., Experimental Antitumor Activity of Taxotere (RP 56976, NSC 628503), a Taxol Analogue, Cancer Research 51 pp. 4845-4852, 1991.

Bissery M.C., et al., "Preclinical Evaluation of TXD258, A New Taxoid," Proceedings of the American Association for Cancer Research, 2000, vol. 41, pp. 214, Abstract No. 1364.

Booth B., et al., "Oncology's Trials," Nature Reviews, Drug Discovery, 2003, vol. 2 (8), pp. 609-610.

Bouchet B.P., et al., "Cabazitaxel, a New Taxane with Favorable Properties," Drugs of Today (Barcelona, Spain, 2010, vol. 46 (10), pp. 735-742.

BPI's Detailed Factual and Legal Bases in Support of its Paragraph IV Certification for Cabazitaxel Solution. IV, 2015 (redacted).

Brady, Urological Institute Johns Hopkins Medical Institutions, New Drugs for Prostate Cancer: Chemotherapy Transformed, vol. VI, 1-2, 2003.

Bristol-Myers Squibb, 'In the pipeline Dec. 31, 2014,' URL: http://www.bms.com/research/pipleline/Pages/default.aspx. Retrieved on Aug. 5, 2016.

Bristol-Myers Squibb Reports Results for Phase 3 Trial of Yervoy (Ipilimumab) in Previously•Treated Castration Resistant Prostate Cancer, Press Release Sep. 12, 2013 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL:http://news.bms.com/press-release/rd-news/bristol-myers-squibb-reports-results-phase-3-trial-yervoy-ipilimumab-previous).

Brooks, FDA Grants Expanded Indication for Enzalutamide (Xtandi) Medscape, 2004 (http://www.medscape.com/viewarticle/831548) (retrieved on Mar. 13, 2017).

Buonerba C., et al., "Docetaxel Rechallenge in Castration-Resistant Prostate Cancer: Scientific Legitimacy of Common Clinical Practice," European Urology, 2010, vol. 58 (4), pp. 636-637.

Butler M.S., et al., "Natural Products to Drugs: Natural Product-Derived Compounds in Clinical Trials," Natural Product Reports, 2008, vol. 25 (3), pp. 475-516.

Byrn, S.R., et al., 'Solid-state chemistry of drugs,' 2nd edition, SSCI, Inc., pp. 12-13, 233 and 516-517 (1999).

Cabazitaxel (XRP-6258) for hormone refractory, metastatic prostate cancer second line after docetaxel, National Horizon Scanning Centre, National Institute for Health Research, University of Birmingham, Apr. 2009, pp. 1-5.

Cabral F., et al., "Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs," Drug Resistance Updates, 2001, vol. 4 (1), pp. 3-8.

Cabrespine, et al., Randomized Phase II Study Comparing Paclitaxel and Carboplatin Versus Mitoxantrone in Patients with Hormone-Refractory Prostate Cancer, Urology, 67(2), 354-359 (2006).

Caffo et al., Pemetrexed as Second-Line Chemotherapy for Castration-Resistant Prostate Cancer After Docetaxel Failure: Results from a Phase II Study, 31(2) Urol. Oncol. 180-86 (2013).

Camptosar (irinotecan) Label (Jul. 2005).

Cancer de Prostata Diseminado, Quimioterapia, [Retrieved on Jul. 29, 2014] pp. 1-9. Retrieved from the internet: (URL:http://www.guiasalud.es/egpc/cancer_Prostata/resumida/apartado06/otros02.html).

Cancer Therapy Evaluation Program Common Toxicity Criteria, Version 2.0, DCTD, NCI; NIH, DHHS. revised Mar. 1998, published Apr. 30, 1999, pp. 1-35.

Canil C.M., et al., "Is There a Role for Chemotherapy in Prostate Cancer?," British Journal of Cancer, 2004, vol. 91, pp. 1005-1011.

Canil et al., Randomized Phase II Study of Two Doses of Gefitinib in Hormone-Refractory Prostate Cancer: A Trial of the National Cancer Institute of Canada—Clinical Trials Group, 23(3) J. Clin. Oncol. 455-60 (2005).

Carducci M.A., 'Atrasentan, an endothelin-receptor antagonist for refractory adenocarcinomas: safety and pharmacokinetics,' Journal of Clinical Oncology vol. 20 No. 8, pp. 2171-2180 (2002).

Carducci M.A., et al., "A Phase 3 Randomized Controlled Trial of the Efficacy and Safety of Atrasentan in Men with Metastatic Hormone-Refractory Prostate Cancer," Cancer, 2007, vol. 110 (9), pp. 1959-1966.

Carlson et al., Breast Cancer—Clinical Practice Guidelines in Oncology, 7(2) J. National Comprehensive Cancer Network 122-92 (2009).

Carlson R.O., et al., "New Tubulin Targeting Agents Currently in Clinical Development," Expert Opinion on Investigational Drugs, 2008, vol. 17 (5), pp. 707-722.

CBO Promotional Spending for Prescription Drugs, pp. 1-8, Dec. 2, 2009.

Chemotherapy for Prostate Cancer, American Cancer Society, Retrieved from the internet on Oct. 6, 2016 at https://www.cancer.org/cancer/prostate-cancer/treating/chemotherapy.html.

Chen et al., Gefitinib Treatment is Highly Effective in Non-Small-Cell Lung Cancer Patients Failing Previous Chemotherapy in Taiwan: A Prospective Phase II Study, J. Chemother. 17(6) pp. 679-684, 2005.

Chen, Optimal Adaptive Group Sequential Design for Phase II Clinical Trials A Bayesian Decision Theoretic Approach. ProQuest LLC, 2008, 134 pages.

Cisternino S., et al., "Nonlinear Accumulation in the Brain of the New Taxoid Txd258 Following Saturation of P-Glycoprotein at the Blood-Brain Barrier in Mice and Rats," British Journal of Pharmacology, 2003, vol. 138 (7), pp. 1367-1375.

ClinicalTrials.gov, A Study to Evaluate the Effects of Combining Cabazitaxel with Cisplatin Given Every 3 Weeks in Patients With Advanced Solid Cancer, Jul. 22, 2009, pp. 1-7 [retrieved on Jan. 6, 2014 from https://clinicaltrials.gov/ct2/show/NCT00925743?cond=NCT00925743&amp;rank=1].

ClinicalTrials.gov, BMS-184476 in treating patients with advanced solid tumors, p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-184476&amp;Search=Search.

ClinicalTrials.gov, 'BMS-188797,' p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-188797&amp;Search=Search.

ClinicalTrials.gov, 'BMS-275183,' p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=BMS-275183&amp;Search=Search.

ClinicalTrials.gov, Effect of Cabazitaxel on the QTc Interval in Cancer Patients (QT-Cab), Web site, Mar. 24, 2010, pp. 1-7 [retrieved on Jan. 6, 2014].

ClinicalTrials.gov, Efficacy and Safety of BG00012 in MS (Sep. 14, 2005), https://clinicaltrials.gov/archive/NCT00168701/2005_09_14, pp. 1-6.

ClinicalTrials.gov, Larotaxel every 3 weeks vs. capecitabine patients with metastatic breast cancer progressing after taxanes and anthracycline therapy [retrieved on Jun. 24, 2014] Retrieved from the Internet (URL: https://clinicaltrials.gov/ct2/show/NCTOC0081796?term=larotaxel&rank=7).

ClinicalTrials.gov, Larotaxel plus cisplatin vs gemcitabine plus cisplatin in first line treatment of patients wtth locally advanced/metastatic bladder cancer [retrieved on Jun. 24, 2014]. Retrieved from the Internet (URL: https://clinicaltrials.gov/ct2/show/NCT00625664?term=larotaxel&rank=4).

ClinicalTrials.gov, Larotaxel vs. 5-FU or capecitabine in patients with pancreatic cancer previously treated with gemcitabine [retrieved on Jun. 24, 2014] Retrieved from the Internet (URL: https://clinicaltrials.gov/c2/show/NCT00417209?Term=larotaxel&rank=2).

ClinicalTrials.gov, MST-997, p. 1, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=MST-997&amp;Search=Search.

# US 10,716,777 B2

Page 4

(56)　　　References Cited

OTHER PUBLICATIONS

ClinicalTrials.gov, Patient Preference Between Cabazitaxel and Docetaxel in Metastatic Castrate-Resistant Prostate Cancer (CABA-DOC), Retrieved from the internet on Dec. 21, 2016 at https://clinicaltrials.gov/ct2/show/study/NCT02044354.

ClinicalTrials.gov, Protocol Registration Preview, A study to evaluate the effects of combining cabazitaxel with cisplatin given every 3 weeks in patients with advanced solid cancer, Website, pp. 1-3, retrieved on Nov. 12, 2009.

ClinicalTrials.gov, Safety and Pharmacokinetic Study of Cabazitaxel in Patients With Advanced Solid Tumors and Liver Impairment Web site, 2010, pp. 1-7 [retrieved on Jan. 6, 2014].

ClinicalTrials.gov, Satraplatin in Hormone Refractory Prostate Cancer Patients Previously Treated with one Cytotoxic Chemotherapy Regimen [retrieved on Jun. 27, 2014]. Retrieved from the Internet:( URL: https://clinicaltrials.gov/ct2/show/NCT00069745?term=SPARC &cond=prostate&rank=3).

ClinicalTrials.gov, Tesetaxel, pp. 1-2, retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=tesetaxel&amp;Search= Search.

ClinicalTrials.gov, TL-310, p. 1, retrieved on Aug. 5, 2015 on https://clinicaltrials.gov/ct2/results?term=TL-310&amp;Search= Search.

ClinicalTrials.gov, TPI-287, p. 1-2, as retrieved on Aug. 5, 2015 from https://clinicaltrials.gov/ct2/results?term=TPI-287&amp;Search= Search.

ClinicalTrials.gov, XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC), Archived Oct. 23, 2008, (https://web.archive.org/web/20081023121613/http://clinicaltrials.gov/ct2/show/NCT00417079) (last accessed: Mar. 14, 2017).

Cobleigh et al., Multinational Study of the Efficacy and Safety of Humanized Anti-HER2 Monoclonal Antibody in Women who have HER2-Overexpressing Metastatic Breast Cancer that has Progressed After Chemotherapy for Metastatic Disease, J. Clin. Oncol. 17(9), pp. 2639-2648, 1999.

Collins R., et al., "A Systematic Review and Economic Model of the Clinical Effectiveness and Cost-Effectiveness of Docetaxel in Combination With Prednisone or Prednisolone for the Treatment of Hormone-Refractory Metastatic Prostate Cancer,"Health Technology Assessment, 2007, 11 (2), pp. 1-179.

U.S. Appl. No. 61/256,160, filed Oct. 29, 2009.

U.S. Appl. No. 61/293,903, filed Jan. 11, 2010.

U.S. Appl. No. 61/355,834, filed Jun. 17, 2010.

Curriculum Vitae for A. Oliver Sartor, M.D., dated Feb. 23, 2016.

Dagher et al., Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer, Clinical Cancer Research 8147-51 (2004).

Dagher R., et al., "Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer," Clinical Cancer Research, 2004, vol. 10 (24), pp. 8147-8151.

D'Amico A.V., et al., "US Food and Drug Administration Approval of Drugs for the Treatment of Prostate Cancer: A New Era has Begun," Journal of Clinical Oncology, 2014, vol. 32 (4), pp. 362-364.

Daniel Zuccerinho, Patents of Invention, Ed. Abele do Perrot, 1999.

De Bono, et al., Cabazitaxel or Mitoxantrone With Prednisone in Patients With Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated With Docetaxel: Final Results of a Multinational Phase III Trial (TROPIC), 46th Annual Meet American Society Clinical Oncology (ASCO), Journal of Clinical Oncology, 2010, 28:15S (Suppl), Abstract 4508.

De Bono et al., Phase III non-inferiority study of cabazitaxel (C) 20 mg/m2 (C20) versus 25 mg/m2 (C25) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D), ASCO Annual Meeting 2016, pp. 1-2, 2016.

De Bono, et al., Prednisone Plus Cabazitaxel or Mitoxantrone for Metastatic Castration-Resistant Prostate Cancer Progressing after Docetaxel Treatment a Randomised Open-Label Trial, Lancet, 2010, vol. 376, No. 9747, pp. 1147-1154.

De Bono J.S., et al., "Cabazilaxel or Mitoxantrone with Prednisone in Patients with Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated with Docetaxel Final Results of a Multinational Phase III Trial (TROPIC)," Journal of Clinical Oncology, 2010, vol. 28, pp. 155.

De Bono J.S., et al., 'Open-label phase II study evaluating the efficacy and safety of two doses of pertuzumab in castrate chemotherapy-naïve patients with hormone-refractory prostate cancer,' Journal of Clinical Oncology, vol. 25 No. 3, pp. 257-262 (2007).

Deakin and Williams, Histamine H2-Receptor Antagonists in Peptic Ulcer Disease, Efficacy in Healing Peptic Ulcers, 44(5) Drugs 709-19 (1992).

Declaration of Alton Oliver Sartor, M.D., as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 23, 2016.

Declaration of Art Lathers, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 22, 2016.

Declaration of Mr. Robert McSorley, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.

Declaration of Patricia Matthews, RN, BSN, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jan. 16, 2017.

Declaration Transcript of Dr. Oliver Sartor, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Feb. 13, 2017.

Declaration Transcript of Dr. Oliver Sartor, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated May 8, 2017.

Declaration Transcript of Michael Edward Tate, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 6, 2017.

Declaration Transcript of Rahul Seth, DO, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 9, 2016.

Denis L.J, et al., "Phase I and Pharmacokinetic Study of RPR116258A. A Novel Taxane Derivative, Administered Intravenously over 1 hour every 3 weeks," Clinical Cancer Research, 2000, vol. 6, pp. 4579s, Abstract 568.

Detailed Factual and Legal Bases for Breckenridge's Paragraph IV Certification that U.S. Pat. No. 8,927,592 is Invalid, Unenforceable and/or will not be infringed, 2015 (redacted).

Detailed Statement of the Factual and Legal Bases for Onco Therapies Limited's Paragraph IV Certification with Respect to U.S. Pat. No. 8,927,592, 2015 (redacted).

Dieras et al., Larotaxel in Combination with Trastuzumab in Patients with HER2+ Metastatic Breast Cancer: Interim Analysis of an Open Phase II Label Study, 26 (15S), J. Clin. Oncol. (Meeting Abstracts), Suppl. 1070, May 2008.

Dieras V., et al., "Phase II Multicenter Study of Larotaxel (Xrp9881), a Novel Taxoid, in Patients with Metastatic Breast Cancer Who Previously Received Taxane-Based Therapy," Annals of Oncology, 2006, vol. 19 (7), pp. 1255-1260.

DiLorenzo G., et al., "Castration-Resistant Prostate Cancer: Current and Emerging Treatment Strategies," Drugs, 2010, vol. 70 (8), pp. 983-1000.

DiLorenzo G., et al., "Combination of Bevacizumab and Docetaxel in Docetaxel-Pretreated Hormone-Refractory Prostate Cancer: A Phase 2 Study," European Urology, 2008, vol. 54 (5), pp. 1089-1096.

Dimasi J.A., et al., "Economics of New Oncology Drug Development," Journal of Clinical Oncology, 2007, vol. 25 (2), pp. 209-216.

# US 10,716,777 B2

Page 5

(56)        **References Cited**

OTHER PUBLICATIONS

Dimasi J.A., et al., "Trends in Risks Associated with New Drug Development Success Rates for Investigational Drugs," Clinical Pharmacology and Therapeutics, 2010, vol. 87 (3), pp. 272-277.

Docetaxel Label (Mar. 2012).

Docetaxel Reduce el Riesgo de Muerte en Pacientes con cancer de Prostata metastatico Androgeno Independiente, [Retrieved on Jul. 29, 2014]. Retrieved from the internet: (URL: http://www.intramed.net/contenidoverasp?contenidoID=31823) (followed by non-verified English translation).

Doenicke, et al., Premedication with H1 and H2 blocking agents reduces the incidence of postoperative nausea and vomiting, Inflam. Res., 53, Suppl. 2, 51-58, (2004).

Dorff T.B., et al., "Cabazitaxel in Prostate Cancer: Stretching a String," Lancet, 2010, vol. 376 (9747), pp. 1119-1120.

Dres, et al., Treatment alternatives for advanced prostate cancer, [Retrieved from the internet on Jul. 29, 2014] Retrieved from http://www.intramed.net/contenidover.asp?conteniID=37957 (followed by non-verified English translation), 3 pages.

Drug Data Report, Antimitotic Drugs, 2003, vol. 25, No. 6, pp. 550.

Drug Data Report Cabazitaxel, 2010, vol. 32, No. 10, pp. 999-1017 at p. 1012.

Dumontet C., et al., "Mechanisms of Action of and Resistance to Antitubulin Agents: Microtubule Dynamics, Drug Transport, and Cell Death," Journal of Clinical Oncology, 1999, vol. 17 (3), pp. 1061-1070.

Eisenberger, M., et al., Phase III Study comparing a reduced dose of cabazitaxel (20 mg/m2) and the currently approved dose (25 mg/m2) in postdocetaxel patients with metastatic castration-resistant prostate cancer—PROSELICA, J. Clin. Oncol., vol. 35, as downloaded from http://ascopubs.org/journal/jcoon Sep. 22, 2017, 13 pages.

Eisenhauer E.A., et al., "Phase I Cancer Clinical Trials: A Practical Guide," Basics of Phase I Design: First-in-Man Studies, Oxford University Press, 2006, pp. 42-80.

El Docetaxel Asociado a la Prodnisona Mejora el Cancer de Prostata, [Retrieved from the internet on Oct. 26, 2012] Retrieved from internet:(URL: http://www.medicinageriatrica.com.ar/viewnews.php?id=E.EpVVFZVppsBCjOavj).

El-Maraghi and Eisenhauer, Review of Phase II Trial Designs Used in Studies of Molecular Targeted Agents: Outcomes and Predictors of Success in Phase III, J. Clin. Oncol. 26 (2008) 1346-1354.

Emcyt (estramustine) Label (Jun. 2007).

Engels, F.K., et al., 'Potential for improvement of docetaxel-based chemotherapy: a pharmacological review,' British Journal of Cancer, vol. 93, pp. 173-177 (2005).

Erbitux (cetuximab) Label (Jul. 2009).

Esper and Redman, Supportive Care, Pain Management, and Quality of Life in Advanced Prostate Cancer, 26(2) Urologic Clinics of North America 375-89 (1999).

Estramustine, Chemocare.com, retrieved from the internet at http://chemocare.com/chemotherapy/drug-info/estramustine.aspx on Mar. 8, 2017.

European Medicine Agency, ICH Topic E8 General Considerations for Clinical Trials (Mar. 1998).

Factual and Legal Bases for Accord's ANDA Certification That Each Claim of U.S. Pat. No. 8,927,592 is Invalid, Unenforceable, and/or will not be Infringed by Accord's Cabazitaxel Injection Product Described in ANDA 207693 (2015) (redacted).

Factual and Legal Basis for Dr. Reddy's Laboratories, Ltd.'s and Dr. Reddy's Laboratories, Inc.'s Assertion of Invalidity, Unenforceability and/or Non-Infringement of U.S. Pat. No. 8,927,592, 2015 (redacted).

FDA Approves New Drug for Advanced Prostate Cancer (May 15, 2013), retrieved from http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm352363.htm, retrieved on Oct. 6, 2016.

FDA Center for Drug Evaluation and Research, Clinical Pharmacology and Biopharmaceutics Review(s), Application No. 201023 (Cabazitaxel NDA), 2010, pp. 1-71.

FDA, Challenge and Opportunity on the Critical Path to New Medical Products, 1-31 (Mar. 2004).

FDA News Release, FDA Approves New Indication for Taxotere—Prostate Cancer (May 19, 2004) as retrieved from http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2004/ucm108301.htm.

FDA News release, FDA Approves New Treatment for Advanced Prostate Cancer, 2010, pp. 1-2, [Retrieved on Jul. 29, 2015]. Retrieved from the internet (URL: http://www.fda.gov.newsevents/newsroom/pressannouncements/ucm216143.html].

FDA Notice International Conference on Harmonisation; Guidance on Impurities: Residual Solvents, 62(247) Federal Register 67377-388 (Dec. 24, 1997).

Feuerstein A., et al., 'Oncology Micro-Cap Stocks: Caveat Emptor!' Journal of the National Cancer Institute, vol. 103, issue 20 pp. 1488-1489 (2011).

Figg W.D., et al., "Cabazitaxel: Filling One of the Gaps in the Treatment of Prostate Cancer," Cancer Biology & Therapy, 2010, vol. 10 (12), pp. 1233-1234.

Final Office Action dated Aug. 12, 2019 for U.S Appl. No. 16/251,143, filed Jan. 18, 2019.

Final Office Action dated Sep. 16, 2013 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.

Final Office Action dated Apr. 24, 2019 for U.S. Appl. No. 15/627,962, filed Jun. 20, 2017.

Final Written Decision, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Sep. 21, 2017.

Final Written Decision on Remand issued in the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592 on Oct. 22, 2019.

Fizaz K., et al., "New agents in Metastatic Prostate Cancer," European Journal of Cancer, 2009, vol. 45 (1), pp. 379-380.

Fizazi K., 'Phase III, randomized, placebo-controlled study of docetaxel in combination with zibotentan in patients with metastatic castration-resistant prostate cancer,' Journal of Clinical Oncology vol. 31 No. 14, pp. 1740-1747 (2013).

Fresenius Kabi USA, LLC's Detailed Statement of the Factual and Legal Bases of Fresenius Kabi USA, LLC's Opinion that U.S. Pat. No. 8,927,592 is Invalid, Unenforceable or Not infringed, 2015 (redacted).

Fujisaka et al., Phase 1 Study of Atrasentan (ABT627), Novel Endothelin Receptor-A Antagonist, in Japanese Patients with Hormone Refractory Prostate Cancer, 24(18S) J. Clin. Oncol. (Abstr. 14602) (2006).

Fukuoka M., 'Multi-institutional randomized phase II trial of Gefitinib for previously treated patients with advanced non-small-cell lung cancer,' Journal of clinical oncology, vol. 21, No. 12, pp. 2237-2246 (2003).

Fumoleau et al., Phase 1 and Pharmacokinetics (PK) Study of RPR116258A Given as a Weekly 1-Hour Infusion at Day 1, Day 8, Day 15, Day 22 Every 5 Weeks in Patients (pts) with Advanced Solid Tumors, 7(11) Clin. Cancer Res. 3710s (2001).

Gad, Clinical Trials Handbook (John Wiley & Sons. Inc.), 2009 Regulatory Requirements for Investigational New Drug, pp. 23-69.

Gallagher M.L., et al., 'Phase I clinical and pharcokinetic (PK) trial of the novel taxane BMS-184476 administered as a 1-hour IV infusion in combination with cisplatin every 21 days,' Proceedings of ASCO vol. 20, Abstract 420, (2001).

Galletti E., et al., "Paclitaxel and Docetaxel Resistance: Molecular Mechanisms and Development of New Generation Taxanes," Chemmedchem, 2007, vol. 2 (7), pp. 920-942.

Galsky M.D., et al., "Cabazitaxel," Nature Reviews, Drug Discovery, 2010, vol. 9 (9), pp. 677-678.

Garcia et al., Gemcitabine and Docetaxel in Metastatic, Castrate-Resistant Prostate Cancer, 117(4) Cancer 752-57 (2011).

Gayther, et al., The Frequency of Germ-line Mutations in the Breast Cancer Predisposition Genes BRCA1 and BRCA2 in Familial Protate Cancer, Cancer Res. 60 (2000) 4513-4518.

Gemzar (gemcitabine) Label Apr. 2006.

Genentech Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer (Mar. 12, 2010), Business Wire, as

(56)         **References Cited**

OTHER PUBLICATIONS

retrieved from http://www.businesswire.com/news/home/20100311007023/en/Genentech-Update-Phase-III-Study-Avastin-Men on Oct. 12, 2016.

Gianni et al., Nonlinear Pharmacokinetics and Metabolism of Paclitaxel and its Pharmacokinetic/Pharmacodynamic Relationships in Humans, 13(1) J. Clin. Oncol. 180-90 (1995).

Gleevec (imatinib) Label (May 2009).

Glenmark's Detailed Statement of the Factual and Legal Basis for its Opinion that U.S. Pat. No. 8,927,592 is invalid, unenforceable and/or will not be infringed by Glenmark's manufacture, use, offer for sale or sale of Glenmark's [ ], 2015 (redacted).

Goetz et al., "Phase I: and Pharmacokinetic Study of RPR116258A, a Novel Taxane Derivative, Intravenously Over 1 Hour Every 3 Weeks," Clinical Pharmacology, 2001, vol. 20, pp. 106a.

Goffin J., et al., 'Objective responses in patients with malignant melanoma or renal cell cancer in early clinical studies do not predict regulatory approval,' Clin. Cancer Res. 11, pp. 5928-5934 (2005).

Gottesman M.M., "Mechanisms of Cancer Drug Resistance," Annual Review of Medicine, Feb. 2002, vol. 53, pp. 615-627.

Greene et al., Who is the Average Patient Presenting with Prostate Cancer?, 66(5 Suppl.) Urology 76-82 (2005).

Guidance for Industry Population Pharmacokinetics, U.S. Department of Health and Human Services, Food and Drug Administration, CDER, CBER, Feb. 1999, 35 Pages.

Gujarat Cancer & Research Institute Annual Report, Aug. 29, 2008, pp. 1-152.

Hait W.N., et al., "Rational Design and Pre-clinical Pharmacology of Drugs for Reversing Multidrug Resistance," Biochemical Pharmacology, Jan. 1992, vol. 43 (1), pp. 103-107.

Halabi S., et al., "Prostate-Specific Antigen Changes as Surrogate for Overall Survival in Men with Metastatic Castration-Resistant Prostate Cancer Treated with Second-Line Chemotherapy," Journal of Clinical Oncology, 2013, vol. 31 (31), pp. 3944-3950.

Haleblian, "Characterization of Habits and Crystalline Modification of Solids and Their Pharmaceutical Applications," Journal of Pharmaceutical Sciences, 1975, vol. 64 (8), pp. 1269-1288.

Hande, The Importance of Drug Scheduling in Cancer Chemotherapy: Etoposide as an Example, 1(4) The Oncologist 234-29 (1996).

Hellerstedt B.A., et al., "The Current State of Hormonal Therapy for Prostate Cancer," CA A Cancer Journal for Clinicians, 2002, vol. 52 (3), pp. 154-179.

Herceptin (trastuzumab) Label Jan. 2008.

Higano C.S., et al., "Phase 1/2 Dose-Escalation Study of a Gm-Csf-Secreting, Allogeneic, Cellular Immunotherapy for Metastatic Hormone-Refractory Prostate Cancer," Cancer, 2008, vol. 113 (5), pp. 975-984.

Holen et al., Phase I Study Using Continuous Intravenous (CI) KOS-862 (Epothilone D) in Patients with Solid Tumors, 22(14S) J. Clin. Oncol. Abstr. 2024 (2004).

Hope, J., 'Last Hope' drug for Prostate Cancer Patients is axed from the NHS, DailyMail.com, Retrieved from http://www.dailymail.co.uk/health/article-2903235/Last-hope-drug-prostate-cancer-patients-axed-NHS-doctors-call-travesty.html on Oct. 20, 2016.

Horwitz E.M., et al., "External Beam Radiation Therapy for Prostate Cancer," CA A Cancer Journal for Clinicians, 2000, vol. 50 (6), pp. 349-379.

Hospers, et al., PET Imaging of Steroid Receptor Expression in Breast and Prostate Cancer, Curr. Pharm. Des. 14 (2008) 3020-3032.

How Xtandi works, as retrieved from https://www.xtandi.com/how-xtandi-works on Oct. 6, 2016, pp. 1-2.

How Zytiga (abiraterone acetate) works, https://www.zytiga.com/about-zytiga/how-zytiga-works, pp. 1-6 as retrieved on Nov. 16, 2016.

How Zytiga (abiraterone acetate) Works, Retrieved from the internet on Nov. 16, 2016 at https://www.zytigo.com/about-zytiga/how-zytiga-works.

Hudis, et al., Phase II and Pharmacologic Study of Docetaxel as Initial Chemotherapy for Metastatic Breast Cancer, J. Clin. Oncol., 14(1), 58-65 (1996).

Hycamtin (topotecan) Label Jun. 2006.

In a Difficult Environment, Another Year of Growth in Adjusted EPS Excluding Selected Items, Sanofi-Aventis Press Release, 2006 (Feb. 13, 2007), pp. 1-31.

In The United States District Court for the District of New Jersey, Case 3:15-cv-03392-MAS-LHG, Defendant's Answer to the Complaint, Separate Defenses and Counterclaims, Mylan Laboratories Limited v. Aventis Pharma S.A, 20 pages, dated Jul. 16, 2015.

Institut National du Cancer, Register of French cancer clinical trials, Sanofi-Aventis TROPIC, Feb. 29, 2008, ("INDC website"), pp. 1-2.

International Preliminary Report on Patentability for Application No. PCT/IB2010/054866, dated Nov. 14, 2011, 14 pages.

International Search Report and Written Opinion issued in WO2011/051894 dated May 5, 2011, 11 pages.

Iressa (gefitinib) Label (Jul. 2004).

Ixempra Prescribing Information (Labelling), 2007, pp. 1-34.

Jevtana (cabazitaxel) Label (Sep. 2016).

Jevtana (cabazitaxel) Label (Jun. 2015).

Jevtana label 2010—Prescribing Information, pp. 1-25, (retrieved on May 14, 2013). Retrieved from the Internet( URL: http products. sanofi.us/jevtana/jevtana.html).

Jevtana National Drug Monograph, pp. 1-14, 2011.

Jevtana NDA Clinical Overview, Excerpt, 2014, pp. 12-13.

Joffe et al., Quality of Informed Consent in Cancer Clinical Trials: A Cross-Sectional Survey, 358 The Lancet 1772-77 (2001).

Jozwiakowski, Alteration of the Solid State of the Drug Substance: Polymorphs, Solvates, and Amorphous Forms, Ch. 15, Water Insoluble Drug Formulation edited by Liu, First Edition, (2000) 525-568.

Kant J., et al., "A Chemoselective Approach to Functionalize the C-10 Position of 10-Deacetylbaccatin III Synthesis and Biological Properties of Novel C-10 Taxol® Analogues," Tetrahedron Letters, 1994, vol. 35 (31), pp. 5543-5546.

Kaur M., et al., "Suramin's Development: What Did We Learn?," Investigational New Drugs, 2002, vol. 20 (2), pp. 209-219.

Kawaguchi, et al., H2 Blockers Increase Risk of Docetaxel-Induced Skin Toxicity, Reactions 1257 (Jun. 20, 2009).

Kelland et al., Comparative in vitro cytotoxicity of taxol and Taxotere against cisplatin-sensitive and-resistant human ovarian carcinoma cell lines, Cancer Chemother. Pharmacol. (1992) 444-450.

Ketoconazole in Advanced Prostate Cancer: Have Tolerability Concerns Been Overstated? Drug Ther. Perspect. 15 (2000) (http://www.medscape.com/viewarticle/406391) (last accessed: Mar. 14, 2017).

Kingston D.G., et al., "Tubulin-Interactive Natural Products as Anticancer Agents," Journal of Natural Products, 2009, vol. 72 (3), pp. 507-515.

Kish J.A., et al., "The Treatment Challenge of Hormone-refractory Prostate Cancer," Cancer Control, Nov.-Dec. 2001, vol. 8 (6), pp. 487-495.

Klein et al., SWOG-9510: Evaluation of Topotecan in Hormone Refractory Prostate Cancer: A Southwest Oncology Group Study, 52(4) The Prostate 264-68 (2002).

Kobayashi K., et al., "Phase I Study of Suramin Given by Intermittent Infusion Without Adaptive Control in Patients With Advanced Cancer," Journal of Clinical Oncology, Sep. 1995, vol. 13 (9), pp. 2196-2207.

Kola I., et al., "Can the Pharmaceutical Industry Reduce Attrition Rates?," Nature Reviews, Drug Discovery, 2004, vol. 3 (8), pp. 711-715.

Koletsky A.,et al., "Developing Treatments for Hormone-Refractory Prostate Cancer," US Oncology Review, 2008, vol. 4(1), pp. 46-49.

Kris M.G., et al., "Clinical Cancer Advances 2010: Annual Report on Progress Against Cancer from the American Society of Clinical Oncology," Journal of Clinical Oncology, 2010, vol. 28 (36), pp. 5327-5347, 947.

Latif et al., Phase II Study of Oral Bis(Aceto) Ammine Dichloro (Cyclohexamine) Platinum (IV) (JM-216, BMS-1892751) Given Daily x5 in Hormone Refractory Prostate Cancer (HRPC), Investig. New Drugs 79-84 (2005).

## US 10,716,777 B2

Page 7

(56) **References Cited**

OTHER PUBLICATIONS

Lenz, H.J., Management and Preparedness for Infusion and Hypersensitivity Reactions, The Oncologist, 12:601-609, 2007.

Lin et al., A Phase II Trial of Imatinib Mesylate in Patients with Biochemical Relapse of Prostate Cancer After Definitive Local Therapy, 98 BJU Int'l. 763-69 (2006).

Lokich and Anderson, Dose Intensity for Bolus Versus Infusion Chemotherapy Administration: Review of the Literature for 27 Anti-Neoplastic Agents, 8(1) Ann. Oncol. 15-25 (1997).

Lortholary et al., "Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as 1-hour Infusion in Patients (pts) with Advanced Solid Tumors," Clinical Cancer Research, 2000, vol. 6, pp. 4579s-4580s.

Ma, et al., A Statistical Analysis of the Magnitude and Composition of Drug Promotion in the United States in 1998, Clin. Therap. 25 (2003) 1503-1517.

Mackinnon A., et al., "Molecular Biology Underlying the Clinical Heterogeneity of Prostate Cancer: An Update," Archives of Pathology & Laboratory Medicine, 2009, vol. 133 (7), pp. 1033-1040.

Malhotra et al., Cabazitaxel: A Novel Drug for Hormone-Refractory Prostate Cancer, Mini-Reviews in Medicinal Chemistry, 2013, 13, No. 2, pp. 1-6.

Malik Z., et al., '931P—Cabazitaxel (CBZ) + prednisone (P: CBZP) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with doce . . . ' Poster presented at ESMO Congress 2012.

Malik Z.I., et al., 'Cabazitaxel (CBZ) + Prednisone (P; CBZP) in Patients (PTS) With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel (D): Interim Results From Compassionate-Use Programme (CUP) and Early-Access Programme (EAP),' Poster 931P, Annals of Oncology vol. 23, Suppl. 9 Abstract Book of the ESMO 2012 Congress, pp. 1-6 (2012).

Malik Z.I., et al., 'Cabazitaxel (CBZ) + prednisone (P) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D): interim results from compassionate-use programme (CUP) and early-access programme (EAP),' Poster 931P presented at European Society for Medical Oncology, Vienna Austria, Sep. 28-Oct. 2, 2012.

Manchanda, et al., The Effects and Role of Direct-to-Physician Marketing in the Pharmaceutical Industry: An Integrative Review, Yale J. Health Pol'y l. & Ethics 5 (2005) 785-822.

Manual of Patent Examining Procedure §2107.03 (IV), 2008, 2100-36 (8th Ed).

McKeage et al., A Phase I and Pharmacology Study of an Oral Platinum Complex, JM216: Dose-Dependent Pharmacokinetics with Single-Dose Administration, Cancer Chemother. Pharmacol. 451-8 (1995).

McLeod H.L., et al., "Evaluation of the Linearity of Docetaxel Pharmacokinetics," Cancer Chemotherapy and Pharmacology, Jun. 1998, vol. 42 (2), pp. 155-159.

Melzack R., et al., "The McGill Pain Questionnaire: Major Properties and Scoring Methods," Pain, 1975, vol. 1(3), pp. 277-299.

Merck Index 14th 2006, No. 190, pp. 35, Agomelatine.

Michael, et al., Prostate Cancer Chemotherapy in the Era of Targeted Therapy, Prostate Cancer Prostatic Dis. 13-16 (2009).

Michaelson M.D., et al. , "Randomized, Placebo-Controlled. Phase III Trial of Sunitinib Plus Prednisone Versus Prednisone Alone in Progressive, Metastatic, Castration-Resistant Prostate Cancer," Journal of Clinical Oncology, 2014, vol. 32 (2), pp. 76-82.

Mirtsching, Prostate Cancer Clinical Trials in Dallas, Texas Area, [Retrieved from the internet on Aug. 19, 2014], pp. 3-4, Retrieved from the internet: (URL: http://www.heallhcentral.com/prostate/c/5618/14589/dallas-texas-area].

Mita A.C., et al., "Phase I and Pharmacokinetic Study of Xrp6258 (Rpr 116258A), a Novel Taxane, Administered as a 1-Hour Infusion Every 3 Weeks in Patients with Advanced Solid Tumors," Clinical Cancer Research, 2009, vol. 15 (2), pp. 723-730.

Mitoxantrone, Chemocare.com, retrieved from the internet at http://chemocare.com/chemotherapy/drug-info/Mitoxantrone.aspx on Mar. 8, 2017.

Miura N., et al., "A Case of Hormone-Refractory Prostate Cancer (Hrpc) with Tumor Fever Responding to Docetaxel Plus Prednisolone Therapy," Jpn. J. Cancer Chemother., 2006, vol. 33 (6), pp. 841-844.

Mokbel, Concise Notes in Oncology for MRCP and MRCS, 2005, (Radcliffe Publishing Ltd.) Drug Pharmacology and Clinical Trials, pp. 6-7.

Mononen et al., Two Percent of Finnish Prostate Cancer Patients Have a Germ-Line Mutation in the Hormone-Binding Domain of the Androgen Receptor Gene, 60(22) Cancer Research 6479-81 (2000).

Morant et al., Capecitabine in Hormone-Resistant Metastatic Prostatic Carcinoma—a Phase II Trial, Brit. J. Cancer 1312-17 (2004).

Morgan C.J., et al., "Impact of Prednisone on Toxicities and Survival in Metastatic Castration-resistant Prostate Cancer: a Systematic Review and Meta-analysis of Randomized Clinical Trials," Critical Reviews in Oncology/Hematology, Jun. 2014, vol. 90 (3), pp. 253-261.

Motzer et al., Activity of SU11248, a Multitargeted Inhibitor of Vascular Endothelial Growth Factor Receptor and Platelet-Derived Growth Factor Receptor, in Patients with Metastatic Renal Cell Carcinoma, 24(1), J. Clin. Oncol. 16-24 (2006).

Moul, The Evolving Definition of Advanced Prostate Cancer, Rev. Urol. S10-S17 (2004).

Mubiru et al., Nonhuman Primates as Models for Studies of Prostate Specific Antigen and Prostatic Diseases, 68(14) Prostate 1-16 (2008).

Mulcahy, Phase 3 Trial of Immunotherapy for Metastatic Prostate Cancer Terminated, Medscape Medical News, Oct. 17, 2009, [retrieved on Jun. 26, 2014] Retrieved from the internet: (URL: http://www.medscape.com/viewarticle/582220).

Mylan Petition for Inter Partes Review of U.S. Pat. No. 8,927,592, pp. 1-65 with Exhibit 1002 (Declaration of Dr. Rahul Seth,) 2016, pp. 1-109.

Nagore et al., Antineoplastic Therapy-Induced Palmar Plantar Erythrodysesthesia ('Hand-Foot') Syndrome, Incidence, Recognition and Management, 1(4) Am. J. Clin. Dermatol. 225-34 (2000).

National Cancer Institute, Common Terminology Criteria for Adverse Events v3.0 (Aug. 2006).

National Cancer Institute, Common Toxicity Criteria for Adverse Events v2.0 (Apr. 1999).

National Cancer Institute, Common Toxicity Criteria Manual Version 2.0 (Jun. 1, 1999).

National Comprehensive Cancer Network (NCCN Clinical Practice Guidelines in Oncology , Prostate Cancer) V.1 (2009), pp. 1-46.

National Comprehensive Cancer Network (NCCN Clinical Practice Guidelines in Oncology, Breast Cancer) V.1 (2009), pp. 1-122.

NCCN Antiemesis Guidelines, Internet Archive https://web.archive.org/web/20081001233326/http://www.nccn.org/professionals/physician_gls/PDF/antiemesis.pdf) (Oct. 1, 2008) (last accessed: Mar. 14, 2017).

NCI, NIH-Funded Study Shows Increased Survival in Men With Metastatic Prostate Cancer Who Receive Chemotherapy When Starting Hormone Therapy [retrieved on Aug. 4, 2015]. Retrieved from the Internet: (URL: http://www.nih.gov/news/health/dec2013/nci-05.htm).

New Hope in Advanced Prostate Cancer Alberta Saskatchewan and Ontario Fund Coverage for Jevtana (Cabazitaxel), Retrieved from the internet on Dec. 22, 2016 at https://www.newswire.ca/news-releases/new-hope-in-advanced-prostate-cancer-alberta-saskatchewan-and-ontario-fund-coverage-for-jevtana-cabazitaxel-510872201.html.

Newman S.P., et al., "The Therapeutic Potential of a Series of Orally Bioavailable Anti-angiogenic Microtubule Disruptors as Therapy for Hormone-independent Prostate and Breast Cancers," British Journal of Cancer, Dec. 2007, vol. 97 (12), pp. 1673-1682.

Nexavar (sorafenib) Label (Nov. 2007).

Niho et al., First-Line Single Agent Treatment with Gefitinib in Patients with Advanced Non-Small-Cell Lung Cancer: A Phase II Study, 24(1) J. Clin. Oncol. 64-69 (2006).

Nobili S.,et al., "Pharmacological Strategies for Overcoming Multidrug Resistance," Current Drug Targets, 2006, vol. 7 (7), pp. 861-879.

**US 10,716,777 B2**

Page 8

(56)     **References Cited**

OTHER PUBLICATIONS

Non-Final Office Action dated Apr. 16, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Non-Final Office Action dated Jan. 16, 2013 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Normanno, N., et al., "Target-based Therapies in Breast Cancer: Current Status and Future Perspectives," Endocrine-Related Cancer, Sep. 2009, vol. 16 (3), pp. 675-702.
Notice of Allowance dated Aug. 4, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Notice of Allowance dated Nov. 14, 2014 for U.S. Appl. No. 13/456,720, filed Apr. 26, 2012.
Novacea, Inc, SEC Form 8-K at 1.02, 2008 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http:/www.sec.gov/Archives/edgar/data/1178711/000119312508077953/d8k.htm).
Novantrone (mitoxantrone) Label (Aug. 2008).
Novantrone Gets FDA Nod for Use in Advanced Prostate Cancer, Cancer Network (Dec. 1, 1996), http://www.cancernetwork.com/articles/novantrone-gets-fda-nod-use-advanced-prostate-cancer, retrieved on Dec. 22, 2016.
Novantrone (mitoxantrone) Prescribing information (Label), 2012, pp. 1-37.
Numata K., et al., "The Preliminary Results of Docetaxel-Prednisolone Combination Therapy for the Japanese Patients with Hormone-Refractory Prostate Cancer," Acta Urol. Jpn., 2007, vol. 53 (2), pp. 93-97.
Numata K., et al., Urological Bulletin, 2007, vol. 53 (2), pp. 93-96.
Omlin et al., Analysis of Side Effect Profile of Alopecia, Nail Changes, Peripheral Neuropathy, and Dysgeusia in Prostate Cancer Patients Treated With Docetaxel and Cabazitaxel, 13(4) Clin. Genitourin. Cancer 1-4 (2015).
Opposition Alafar (Nov. 2012): Index Merck 14th. Merck & Co. USA. NI, 2006. No. 0000190 (Alafar refers to a specific compound, which is agomelatine).
Oudard, et al., Cabazitaxel Plus Prednisone/Prednisolone Significantly Increases Overall Survival Compared to Mitoxantrone Plus Prednisone/Prednisolone in Patients With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel: Final Results With Updated Overall Survival of a Multinational Phase III Trial (TROPIC), Ann. of Oncology, 2010, vol. 21, (Suppl. 8), pp. viii272, Abstract 871IPD.
Oudard S., et al., "Multicenter Randomized Phase II Study of Two Schedules of Docetaxel, Estramustine, and Prednisone Versus Mitoxantrone Plus Prednisone in Patients With Metastatic Hormone-refractory Prostate Cancer," Journal of Clinical Oncology, May 2005, vol. 23 (15), pp. 3343-3351.
Padhani, et al., The RECIST Criteria: Implications for Diagnostic Radiologists, Br. J. Radiol. 983-86 (2001).
Pal S.K., et al., "Critical Appraisal of Cabazitaxel in the Management of Advanced Prostate Cancer," Clinical Interventions in Aging, 2010, vol. 5, pp. 395-402.
Parkin D.M., et al., "Global Cancer Statistics, 2002," Ca: A Cancer Journal for Clinicians, 2005, vol. 55 (2), pp. 74-108.
Passalacqua et al., The Clinical Safety of H1-Receptor Antagonists, An EAACI Position Paper, Allergy 666-75 (1996).
Patent Owner's Contingent Motion to Amend as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 23, 2016.
Patent Owner's Response as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Dec. 23, 2016.
Patent Owner's Responsive Brief on the Effect of the CAFC Decision on Patent Owner's Motion to Amend as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 7, 2019, 30 pages.
Pazdur, Endpoints for Assessing Drug Activity in Clinical Trials, 13(suppl 2) The Oncologist 19-21 (2008).

Pazdur R., et al., "The Taxoids: Paclitaxel (Taxol) and Docetaxel (Taxotere)," Cancer Treatment Reviews, Oct. 1993, vol. 19 (4), pp. 351-386.
PDR Medical Dictionary at 102, 416 (2d ed. 2000).
Perez-Soler et al., Determinants of Tumor Response and Survival with Erlotinib in Patients with Non-Small-Cell Lung Cancer, 22(16) J. Clin. Oncol. 3238-47 (2004).
Perjeta (pertuzumab) Label Jun. 2012.
Petitioner Mylan's Reply Brief on Remand Pursuant to Paper No. 108 as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712,U.S. Pat. No. 8,927,592, dated Jun. 21, 2019, 12 pages.
Petitioner Mylan's Brief Addressing the Effect of CAFC Decision on Patent Owner's Motion to Amend pursuant to Paper No. 108 as submitted in the U.S. Patent and Trademark Office before the Patent Trial and Appeal Board Case IPR2016-00712, U.S. Pat. No. 8,927,592, dated May 10, 2019, 30 pages.
Petitioners Opposition to Patent owner's Motion to Amend under 37 CFR 42.121 as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Petitioner's Reply as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Petrylak, D.P., et al., 'A Phase 3 Study to Evaluate the Efficacy and Safety of Docetaxel and Prednisone (DP) with or without Lenalidomide (LEN) in Patients with Castrate-Resistant Prostate Cancer (CRPC): The Mainsail Trial,' Annals of Oncology, Abstract LBA24 from Abstract Book of 37th European Society for Medical Oncology Congress Vienna, Austria, vol. 23, Suppl. 9, 2012.
Phase III Trial, NCI Dictionary of Cancer Terms, Retrieved from cancer.gov, [retrieved on Apr. 2, 2015].
Pienta K.J., et al., "Advances in Prostate Cancer Chemotherapy: A New Era Begins," CA A Cancer Journal for Clinicians, 2005, vol. 55 (5), pp. 300-318 and 323-325.
Pivot, et al., Inpharma, Abstract 1659 (Oct. 11, 2008).
Pivot X., et al., "Multicenter Phase 2 Study of XRP6258 in Taxane Resistant Metastatic Breast Cancer (MBC) Patients (pts)," Breast Cancer Research and Treatment, 2005, vol. 94 (1), pp. S68, Abstract 138.
Pivot X., et al., "A Multicenter Phase II Study of Xrp6258 Administered as a 1-H I.V. Infusion Every 3 Weeks in Taxane-Resistant Metastatic Breast Cancer Patients," Annals of Oncology, 2008, vol. 19 (9), pp. 1547-1552.
Pouessel D., et al., "Actualities in Prostate Cancer in ASCO Annual Meeting 2010," Bulletin Du Cancer, 2010, vol. 97 (12), pp. 1563-1572.
Prednisone Compared to Mitoxantrone Plus Predisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC), [Retrieved on Feb. 8, 2012]. Retrieved from the Internet (URL: http://clinicaltrials.gov/archive/NCT00417079/2006_12_28, View of NCT00417079 on 2006_12_28-XRP6258Plus).
Prednisone Label (Apr. 2008).
Preliminary Response by Patent Owner pursuant to 37 CFR 42.107 as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Jun. 24, 2016.
Press Release: OncoGenex Announces Top Line Survival Results of Phase 3 SYNERGY Trial Evaluating Custirsen for Metastatic Castration-Resistant, Prostate Cancer, PRNewswire Apr. 28, 2014.
Press Release Roche Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer, Media Release Mar. 12, 2010 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://www.roche.com/media/media_releases/med-cor-2010-03-12.htm.)
Press Release: Takeda Announces Termination of Orteronel (TAK-700) Development for Prostate Cancer in Japan., U.S.A. and Europe, Jun. 19, 2014 [retrieved on Jun. 27, 2014] Retrieved from the Internet: (URL: http://www.takeda.com/news/2014/20140619_6615.html).
Prostate Cancer Treatment, Jevatana (cabazitaxel) Injection, Retrieved from the internet on Dec. 19, 2016 at http://www.jevtana.com/treatment.

**US 10,716,777 B2**

Page 9

(56)        **References Cited**

OTHER PUBLICATIONS

Provenge (sipuleucel-T) Label, 2010.
Public Deposition of Robert McSorley, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Apr. 19, 2017.
Quinn et al., Docetaxel and Atrasentan Versus Docetaxel and Placebo for Men with Advanced Castration-Resistant Prostate Cancer (SWOG S0421): A Randomized Phase 3 Trial, Lancet 893-900 (2013).
Ramanathan et al.,, "A Phase II Study of Milataxel: A Novel Taxane Analogue in Previously Treated Patients With Advanced Colorectal Cancer," Cancer Chemotherapy and Pharmacology, 2008, vol. 61 (3), pp. 453-458.
Ramiah V., et al., "Clinical Endpoints for Drug Development in Prostate Cancer," Current Opinion in Urology, 2008, vol. 18 (3), pp. 303-308.
Random House Webster's College Dictionary, 2001 Second Revised and Updated Random House Edition (2003), p. 1393.
Ratain and Sargent, Optimising the Design of Phase II Oncology Trials: The Importance of Randomisation, Eur. J. Cancer 275-280 (2009).
Ratain M.J., et al., "Critical Role of Phase I Clinical Trials in Cancer Treatment. American Society of Clinical Oncology," Journal of Clinical Oncology, Feb. 1997, vol. 15 (2), pp. 853-859.
Ratain M.J., Phase II Oncology Trials: Let's Be Positive, Clinical Cancer Research, Aug. 2005 vol. 11 (16), pp. 5661-5662.
Ratain, M.J. et al., Statistical and Ethical Issues in the Design and Conduct of Phase I and II Clinical Trials of New Anticancer Agents, 85(20) J. Nat'l Cancer Inst. 1637-43 (1993).
Reck et al., An Open-Label, Multi Centre, Phase II, Non-Comparative Trial of ZD1839 Monotherapy in Chemotherapy-Naive Patients with Stage IV or Stage III Non-Operable Non-Small Cell Lung Cancer (NSCLC), 23(16S) J. Clin. Oncol. 7098 (2005).
Reese et al., A Phase II Trial of Irinotecan in Hormone-Refractory Prostate Cancer, 16(4) Investig. New Drugs 353-59 (1999).
Reply Declaration of Alton Oliver Sartor, M.D., as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Apr. 20, 2017.
Reply Declaration of Dr. Rahul Seth, as submitted in U.S. Patent and Trademark Office before the Patent Trial and Appeal Board case IPR2016-00712, U.S. Pat. No. 8,927,592, dated Mar. 14, 2017.
Revision Sistematica y Modelo Economico de Efectividad Clinica y Goste•Efectividad de Docetaxel en Combinacion con Prednisona/ Prednisolona para el Tratamiento de Cancer de Prostata Metastasico Refradario a Homonas. [Retrieved from the internet on Jul. 29, 2014]. Retrieved from the internet:( URL: http://www.sefh.es/ sefhboletin/vernoticiaboletin.php?id=2663).
Richards L., et al., "Improved Survival in Second-Line Advanced Prostate Cancer Treated with Cabazitaxel," Nature Reviews Clinical Oncology, 2010, vol. 7 (12), p. 671.
Risbridger G.P., et al., "Breast and Prostate Cancer: More Similar than Different," Nature Reviews Cancer, Mar. 2010, vol. 10 (3), pp. 205-212.
Risinger A.L., et al., "The Taccalonolides: Microtubule Stabilizers That Circumvent Clinically Relevant Taxane Resistance Mechanisms," Cancer Research, Nov. 2008, vol. 68 (21), pp. 8881-8888.
Rodrigues G., et al., "Open Clinical Uro-Oncology Trials in Canada," The Canadian Journal of Urology, 2007, vol. 14 (6), pp. 3779-3786.
Rosenberg et al., Activity of Second-Line Chemotherapy in Docetaxel-Refractory Hormone-Refractory Prostate Cancer Patients, Randomized Phase 2 Study of Ixabepilone or Mitoxantrone and Prednisone, 110(3) Cancer 556-63 (2007).
Ross R.W., et al., "Inherited Variation in the Androgen Pathway is Associated With the Efficacy of Androgen-deprivation Therapy in Men With Prostate Cancer," Journal of Clinical Oncology, Feb. 2008, vol. 26 (6), pp. 842-847.
Rothenstein J.M., et al., "Company Stock Prices Before and After Public Announcements Related to Oncology Drugs," Journal of the National Cancer Institute, Oct. 2011, vol. 103 (20), pp. 1507-1512.

Saad et al., Randomized Phase II Trial of Custirsen (OGX-011) in Combination with Docetaxel or Mitoxantrone as Second-Line Therapy in Patients with Metastatic Castrate-Resistant Prostate Cancer Progressing After First-Line Docetaxel: CUOG Trial P-06c, 17(17) Clin. Cancer Res. 5765-73 (2011).
*Sanofi-Aventis* v. *Fresenius Kabi USA,* Civil Action No. 14-7869, United States District Court, District of New Jersey, Excerpts from Markman Hearing held on Jan. 23, 2016, pp. 1-9, 90-105.
*Sanofi Mature IP* v. *Mylan Laboratories Limited,* Case No. 2018-1203, United States Court of Appeals for the Federal Circuit, Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00712, Decision dated Feb. 5, 2019, 12 pages.
Sanofi Oncology website, Oct. 2008, pp. 1-2. Retrieved from the internet, URL: https://www.sanofi.ma/fr/nous-connaitre/solutions-de-sante/oncologie.
*Sanofi* v. *Glenmark Pharmaceuticals,* Civil Action No. 14-264-RGA, United States District Court, District of Delaware, Trial Opinion dated Aug. 31, 2016.
*Sanofi* v. *Lupin Atlantic Holdings,* Civil Action No. 15-415-RGA, United States District Court, District of Delaware, Trial Opinion dated Oct. 23, 2017.
*Sanofi* v. *Watson Laboratories Inc.,* Case 2016-2722, U.S. Court of Appeals for the Federal Circuit,Opinion dated Nov. 9, 2017.
Sanofi-Aventis Annual Report SEC Form 20-F 2010, 335 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2011, 335 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2012, 458 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2013, 304 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2014, 413 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2015, 233 pages.
Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 1 of 4.
Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 2 of 4.
Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 3 of 4.
Sanofi-Aventis Annual Report SEC Form 20-F 2016—Part 4 of 4.
Sanofi-Aventis Annual Report SEC Form 20-F, Dec. 2006, pp. 1-301.
Sanofi-aventis Annual Report SEC Form 20-F, Dec. 2007, pp. 1-283.
Sanofi-aventis Annual Report SEC Form 20-F, Dec. 2008, pp. 1-320.
Sanofi-Aventis annual report SEC Form 20-F (Dec. 31, 2006) at 39, [retrieved on Jun. 27, 2014] Retrieved from the internet: (URL: http://www.sec.gov/Archives/edgar/data/1121404/000119312507072848/d20f.htm).
Sanofi-Aventis Annual Review, 2008, pp. 1-28, URL: https://ddd.uab.cat/pub/infanu/34542/iaSANAVEa2008ieng.pdf.
Sanofi-Aventis Press Release: EPS Growth in Q2 2010, (Jul. 29, 2010), pp. 1-27.
Sanofi-Aventis Press Release, Jevtana (cabazitaxel) Injection Now Available in the U.S., (Jul. 19, 2010).
Sanofi-Aventis Press Release: "Phase III Data Showing Improved Survival with Jevtana® (cabazitaxel) injection in Second-Line Advanced Prostate Cancer Published in The Lancet,", retrieved on Oct. 30, 2018 from http://www.news.sanofi.us/press-releases?item=118536&amp;printable.
Sanofi-Aventis Press Release: Q1 2010: A Good First Quarter, (Apr. 29, 2010), pp. 1-19.
Sanofi-Aventis Press Release: Resilient Sales and Business EPS in Q3 2010, (Oct. 28, 2010), pp. 1-24.
Sanofi-Aventis Press Release: Sanofi-Aventis Delivers 2008 Results Above Guidance, Feb. 11, 2009, pp. 1-27.
Sanofi-Aventis Press Release: Sanofi•Aventis Delivers Double-Digit EPS Growth in 2009 as the Transformation Program Progresses, Feb. 10, 2010, pp. 1-26.
*Sanofi-Aventis* v. *Fresenius Kabi USA,* Civil Action No. 14-7869, United States District Court, District of New Jersey, Amended Claim Construction Opinion, Oct. 7, 2016.
*Sanofi-Aventis* v. *Fresenius Kabi USA,* Civil Action No. 14-7869, United States District Court, District of New Jersey, Defendants Joint Responsive Claim Construction Brief, entered Dec. 3, 2015.
*Sanofi-Aventis* v. *Fresenius Kabi USA,* Civil Action No. 14-7869, United States District Court, District of New Jersey, Joint Claim Construction and Prehearing Statement, dated Oct. 2, 2015.

**US 10,716,777 B2**

Page 10

(56)    **References Cited**

OTHER PUBLICATIONS

*Sanofi-Aventis* v. *Fresenius Kabi USA,* Civil Action No. 14-7869, United States District Court, District of New Jersey, Sealed Opinion of Dec. 19, 2017 (redacted).
*Sanofi-Aventis* v. *Mylan Laboratories Limited,* Civil Action No. 15-3392, United States District Court, District of New Jersey, Defendant's Answer to the Complaint, Separate Defenses and Counterclaims, 2015.
*Sanofi-Aventis* v. *ONCO Therapies,* United States District Court, District of New Jersey, Complaint for Patent Infringement, May 15, 2015.
Sartor et al., Cabazitaxel vs. Docetaxel in Chemotherapy-Naïve (CN) Patients with Metastatic Castration-Resistant Prostate Cancer (mCRPC): A Three Arm Phase III Study (FIRSTANA), J. Clin. Oncol. Abstr. 5006 (2016).
Sartor O., et al., "Cabazitaxel vs docetaxel in chemotherapy-naïve patients with metastatic castration-resistant prostate cancer: A three-arm phase III study (FIRSTANA)," ASCO Annual meeting 2016, slides 1-22.
Sartor O., et al., "Improving Outcomes with Recent Advances in Chemotherapy for Castrate-Resistant Prostate Cancer," Clinical Genitourinary Cancer, 2010, vol. 8 (1), pp. 23-28.
Sartor O., et al., "Novel Therapeutic Strategies for Metastatic Prostate Cancer in the Post-Docetaxel Setting," The Oncologist, Nov. 2011, vol. 16 (11), pp. 1487-1497.
Sartor O., "State-of-the-Art Management for the Patient with Castration-Resistant Prostate Cancer in 2012," American Society of Clinical Oncology Educational Book, Jan. 2012, vol. 32, pp. 289-291.
Sessa et al., Phase I Clinical and Pharmacokinetic Studies of the Taxoid Derivative RPR 109881A Administered as a 1-Hour or 3-Hour Infusion in Patients with Advanced Solid Tumors, Annals of Oncol. 1140-50 (2002).
Sessa et al., Phase I Clinical and Pharmacokinetic Study of the Oral Platinum Analogue JM216 Given Daily for 14 Days, Annals of Oncol. 1315-22 (1998).
Shabafrouz K., et al., "New Drugs at the Horizon for Men with Prostate Cancer," Revue Medicale Suisse, 2010, vol. 6 (250), pp. 1057-1058 and 1060-1061.
Sharom, F.J., "ABC Multidrug Transporters: Structure, Function and Role in Chemoresistance," Pharmacogenomics, Jan. 2008, vol. 9 (1), pp. 105-127.
Sheiner L.B., "Learning versus confirming in clinical drug development," Clinical Pharmacology & Therapeutics, Mar. 1997, vol. 61(3), pp. 275-291.
Shelley M., et al., "Docetaxel Plus Prednisone Improves Survival in Men with Advanced Prostate Cancer," Cancer Treatment Reviews, 2005, vol. 31 (5), pp. 403-407.
Shepard D.R., et al., "Estimation of the Effect of Food on the Disposition of Oral 5-Fluorouracil in Combination with Eniluracil," Cancer Chemotherapy and Pharmacology, May 2002, vol. 49(5), pp. 398-402.
Shimazui T., et al., "Three-Weekly Docetaxel with Prednisone is Feasible for Japanese Patients with Hormone-Refractory Prostate Cancer: A Retrospective Comparative Study with Weekly Docetaxel Alone," Journal of Clinical Oncology, 2007, vol. 37 (8), pp. 603-608.
Signs and Symptoms of Prostate Cancer, American Cancer Society, Retrieved from the internet on Nov. 19, 2016 at http://www.cancer.org/cancer/prostatecancer/detailedguide/prostate-cancer-signs-symptoms.
Singh A.K., et al., "Interpreting Results of Clinical Trials: A Conceptual Framework," Clinical Journal of the American Society of Nephrology, Sep. 2008, vol. 3(5), pp. 1246-1252.
Slovin S.F., et al., "Ipilimumab Alone or in Combination with Radiotherapy in Metastatic Castration-Resistant Prostate Cancer: Results from an Open-Label, Multicenter Phase I/II Study," Annals of Oncology, 2013, vol. 24 (7), pp. 1813-1821.
Small E., et al., "Randomized Phase II Study Comparing 4 Monthly Doses of Ipilimumab (MDX-010) as a Single Agent or in Combination with a Single Dose of Docetaxel in Patients with Hormone-Refractory Prostate Cancer," Journal of Clinical Oncology (Meeting Abstracts), 2006, vol. 24 (18S), pp. S4609.
Small E.J., et al., "Granulocyte Macrophage Colony Stimulating Factor-Secreting Allogeneic Cellular Immunotherapy for Hormone-Refractory Prostate Cancer," Clinical Cancer Research, 2007, vol. 13, pp. 3883-3891.
Small E.J., et al., "Randomized Study of Three Different Doses of Suramin Administered with a Fixed Dosing Schedule in Patients with Advanced Prostate Cancer: Results of Intergroup 0159, Cancer and Leukemia Group B 9480," Journal of Clinical Oncology, Aug. 2002, vol. 20(16), pp. 3369-3375.
Small et al., A Phase II Trial of Gefitinib in Patients with Non-Metastatic Hormone-Refractory Prostate Cancer, 100 BJU Int'l. 765-69 (2007).
Sonpavde et al., Sunitinib Malate for Metastatic Castration-Resistant Prostate Cancer Following Docetaxel-Based Chemotherapy, 21(2) Ann. Oncol. 319-24 (2010).
Spigel D.R., 'Single-Agent Gefitinib in Patients with Untreated Advanced Non-Small-Cell Lung Cancer and Poor Performance Status: A Minnie Pearl Cancer Research Network Phase II Trial,' Clinical Lung Cancer, vol. 7, No. 2, pp. 127-132 (2005).
Stedman's Medical Dictionary, pp. 168, 360, 376, 537, and 1215, 27th Edition, 2000.
Sternberg C.N., et al., "Larotaxel with Cisplatin in the First-Line Treatment of Locally Advanced/Metastatic Urothelial Tract or Bladder Cancer: A Randomized, Active-Controlled, Phase III Trial (Cilab)," Oncology, 2013, vol. 85 (4), pp. 208-215.
Straub et al., Intravenous Hydrophobic Drug Delivery: A Porous Particle Formulation of Paclitaxel (AI-850), 22(3) Pharm. Res. 347-55 (2005).
Sullivan P.W., et al., "Quality of Life as a Potential Predictor for Morbidity and Mortality in Patients with Metastatic Hormone-Refractory Prostate Cancer," Quality of Life Research, Oct. 2006, vol. 15(8), pp. 1297-1306.
Susman, ASGO: Calcitriol Fails in ASCENT-2 Prostate CA Trial, MedPage Today, Jun. 9, 2010 [retrieved on Jun. 27, 2014], Retrieved from the Internet( URL:http://www.medpagetoday.com/MeetingCoverage/ASCO/20575).
Sutent (sunitinib malate) Label (Apr. 2008).
Szmulewitz R.Z., et al., "Playing Russian Roulette with Tyrosine Kinase Inhibitors," Clinical Pharmacology & Therapeutics, 2013, vol. 93(3), pp. 242-244.
Takeda M., et al., "The Establishment of two Paclitaxel Resistant Cancer Cell Lines and the Mechanism of Paclitaxel Resistance With Two Cell Lines," The Prostate, 2007, vol. 67 (9), pp. 955-967.
Takenaka, et al., Combination Chemotherapy for Weekly Docetaxel and Estramustine for Hormone Refractory Prostate Cancer in Japanese Patients, Int. J. Urol.,vol. 15 (1), 106-109 (2008).
Tan, "Novel Agents in the Treatment of Hormone-Independent Metastatic Prostate Cancer," Actas Urológicas Españolas, 2007, vol. 31 (6), pp. 660-685 (followed by English translation).
Tannock, et al., Docetaxel Plus Prednisone Improves Survival in Men With Advanced Prostate Cancer, Cancer Treatment Reviews, (2005), vol. 31. pp. 403-407.
Tannock I., et al., "Treatment of Metastatic Prostatic Cancer with Low-Dose Prednisone: Evaluation of Pain and Quality of Life as Pragmatic Indices of Response," Journal of Clinical Oncology, 1989, vol. 7 (5), pp. 590-597.
Tannock I.F., et al., "Chemotherapy with Mitoxantrone Plus Prednisone or Prednisone Alone for Symptomatic Hormone-Resistant Prostate Cancer: A Canadian Randomized Trial with Palliative End Points," Journal of Clinical Oncology, 1996, vol. 14 (6), pp. 1756-1764.
Tannock I.F., et al., "Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer," The New England Journal of Medicine, 2004, vol. 351 (15), pp. 1502-1512.
Tarceva (erlotinib) Label (Apr. 2009).
Taxol Paclitaxel, LABEL Mead Johnson, Feb. 10, 2000, pp. 1-43.
Taxotere (Docetaxel) mejora significativamente la supervivencia de los pacientes con cancer de prostata avanzado, 2007. Retrieved from the Internet: (URL: http://www.pmfarma.es/noticias/7074-taxotere-docetaxelmejora-significativamente-la-supervivencia-de-los-pacientes-con-cancer-de-prostataavanzado).

(56)　　　　　**References Cited**

OTHER PUBLICATIONS

Taxotere (Docetaxel) Significantly Improves the Survival of Patients With Advanced Prostate Cancer, Feb. 2007, sanofi-aventis Press Release; pp. 1-4.

Taxotere Patient Information Leaflet and Prescribing Information (Label), May 2004, pp. 1-35.

Taxotere Patient Information Leaflet and Prescribing Information (Label), Oct. 2006, pp. 1-55.

Taxotere Prescribing Information (Label), Sep. 2007, pp. 1-57.

Taylor B.S., et al., "Integrative Genomic Profiling of Human Prostate Cancer," Cancer cell, 2010, vol. 18(1), pp. 11-22.

Ten Tije et al., Pharmacological Effects of Formulation Vehicles: Implications for Cancer Chemotherapy, 42(7) Clin. Pharmacokinet. 665-85 (2003).

The National Horizon Scanning Centre of National Institute for Health Research, Cabazitaxel (XRP-6258) For Hormone Refractory, 2009, Metastatic Prostate Cancer—Second line After Docataxel, University of Birmingham, pp. 1-6.

Torisel (temsirolimus) Label (May 2007).

Trudeau, et al., Docetaxel in Patients with Metastatic Breast Cancer: A Phase II Study of the National Cancer Institute of Canada—Clinical Trials Group, J. Clin. Oncol., 422-428 (1996).

Tufts Cost Study as retrieved on Feb. 1, 2017 from http://csdd.tufts.edu/news/complete_story/pr_tufts_csdd_2014_cost_study, pp. 1-3, 2014.

Undevia S.D., et al., "Pharmacokinetic Variability of Anticancer Agents," Nature Reviews Cancer, Jun. 2005, vol. 5 (6), pp. 447-458.

Van Cutsem., et al., A Phase III Study Comparing Larotaxel to 5-FU (Continuous Intravenous 5-FU or Capecitabine) in Patients with Advanced Pancreatic Cancer (APC) Previously Treated with a Gemcitabine Containing Regimen, 21(6S) Annals of Oncol. Oral Presentations, O-0007, Jul. 2010.

Van Hook K., et al., "Orteronel for the Treatment of Prostate Cancer," Future Oncology, 2014, vol. 10 (5), pp. 803-811.

Van Ruitenbeek P., et al., 'Histamine H1-receptor blockade in humans affects psychomotor performance but not memory,' Journal of psychopharmacology, vol. 22 No. 6, pp. 663-672 (2008).

Van Tellingen, O., et al., "Cremophor EL Causes (pseudo-) Non-Linear Pharmacokinetics of Paclitaxel in Patients," British Journal of Cancer, Sep. 1999, vol. 81 (2), pp. 330-335.

Verweij, et al., Paclitaxel (Taxol) and Docetaxel (Taxotere): Not Simply Two of a Kind, Ann. Oncol. 495-505 (1994).

View of NCT00417079 on 2008_08_31-XRP6258 Plus Predisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metasiattc Prostate Cancer, (retrieved on Apr. 6, 2015). Retrieved from the internet (URL: https://clinicaltrials.gov/archive/NCT00417079/2008_08_31).

Vogel et al., Efficacy and Safety of Trastuzumab as a Single Agent in First-Line Treatment of HER2-Overexpressing Metastatic Breast Cancer, 20(3) J. Clin. Oncol. 719-26 (2002).

Vogelzang N.J., et al., "A Phase II Trial of Suramin Monthly x 3 for Hormone-Refractory Prostate Carcinoma," Cancer, 2003, vol. 100 (1), pp. 65-71.

Von Hoff D.D and Turner J., "Response Rates, Duration of Response, and Dose Response Effects in Phase I Studies of Antineoplastics,"Investigational New Drugs, Feb. 1991, vol. 9 (1), pp. 115-122.

Vrignaud et al., Preclinical Antitumor Activity of Cabazitaxel, a Semisynthetic Taxane Active in Taxane-Resistant Tumors, 19(11) Clin. Cancer Res. 2973-83 (2013).

Vrignaud et al., Preclinical Profile of Cabazitaxel, Drug Des. Devel. & Ther. 1851-67 (2014).

Wazana, Physicians and the Pharmaceutical Industry: Is a Gift Ever Just a Gift?, JAMA 283 (2000) 373-380.

What is Prostate Cancer?, Jevatana (cabazitaxel) Injection, Retrieved from the internet on Sep. 19, 2016 at http://www.jevtana.com/what-is-prostate-cancer.

What is PROVENGE Immunotherapy?, Retrieved from the internet on Oct. 5, 2016 at http://www.provenge.com/advanced-prostate-cancer-immunotherapy.aspx.

Why ZYTIGA? (abiraterone acetate), Retrieved from the internet on Oct. 6, 2016 at https://www.zytigo.com/about-zytigo/why-zytiga.

Wiechec E., et al., "The Effect of Genetic Variability on Drug Response in Convention Breast Cancer Treatment," European Journal of Pharmacology, 2009, vol. 625 (1-3), pp. 122-130.

Williams R., 'Discontinued drugs in 2007: oncology drugs,' Expert Opinion Investig. Drugs, vol. 17 No. 12, pp. 1791-1816, (2008).

Williams R., et al., "Discontinued Drugs in 2008: Oncology Drugs," Expert Opinion on Investigational Drugs, 2009, vol. 18 (11), pp. 1581-1594.

Wils, P., et al., "Polarized transport of docetaxel and vinblastine mediated by Pglycoprotein in human intestinal epithelial cell monolayers," Biochemical Pharmacology, 48(7):1528-30 (1994).

Winquist E., et al., "Open Clinical Uro-Oncology Trials in Canada," The Canadian Journal of Urology, 2008, vol. 15 (1), pp. 3942-3949.

Wirth, et al., "The Antiandrogen Withdrawal Syndrome," Urol. Res., 1997, 25 (Suppl. 2), pp. S67-S71.

Wirth M.P., "Hormone-refractory Prostate Cancer: What Have We Learned?," BJU International, Jul. 2007, vol. 100 (Suppl 2), pp. 56-59.

World Health Organization WHO Handbook for Reporting Results of Cancer Treatment, Geneva, 1979, pp. 1-46.

Xeloda (capecitabine) Label Feb. 2003.

Xofigo (radium Ra 223 dichloride) Label (May 2013).

Xtandi Clinical Trials & Results, How Xtandi May Help, Retrieved from the internet on Oct. 6, 2016 at https://www.xtandi.com/xtandi-clinical-trials.

Xtandi (enzalutamide) Label (Aug. 2012).

Yervoy (ipilimumab), Prescribing Information (Label), Dec. 2013.

Yoo G.H., et al., "XRP6258-Induced Gene Expression Patterns in Head and Neck Cancer Carcinoma," The Laryngoscope, 2010, vol. 120 (6), pp. 1114-1119.

Zatloukal P., et al., "Randomized Multicenter Phase II Study of Larotaxel (XRP9881) in Combination with Cisplatin or Gemcitabine as First-Line Chemotherapy in Nonirradiable Stage IIIB or Stage IV Non-Small Cell Lung Cancer," Journal of Thoracic Oncology, 2008, vol. 3(8), pp. 894-901.

Zhu, et al., Does "Clock" Matter in Prostate Cancer, Cancer Epidemiol. Biomarkers Prev. 3-5 (2006).

Ziada et al., The Use of Trastuzumab in the Treatment of Hormone Refractory Prostate Cancer; Phase II Trial, 60(4) The Prostate 332-37 (2004).

Zielinski A., et al., "Custirsen (OGX-011): a Second-Generation Antisense Inhibitor of Clusterin in Development for the Treatment of Prostate Cancer," Future Oncology, 2012, vol. 8 (10), pp. 1239-1251.

Zytiga (abiraterone acetate) Label (Apr. 2011).

Sanofi Mature IP's Reply Brief dated May 8, 2020, Appeal from the USPTO, PTAB in IPR2016-00712, United States Court of Appeals for the Federal Circuit Case No. 2020-1302, *Mylan Laboratories Limited* vs. *Sanofi Mature IP*.

Mylan Laboratories Limited's Opening Brief dated Apr. 10, 2020, Appeal from the USPTO, PTAB in IPR2016-00712, United States Court of Appeals for the Federal Circuit Case No. 2020-1302, *Mylan Laboratories Limited* vs. *Sanofi Mature IP*.



**FIG. 1**



**FIG. 2**



| Factor | Patient number | Hazard ratio (95% CI) |
|---|---|---|
| All randomized patients | 755 | 0.70 (0.59–0.83) |
| ECOG status: 0,1 | 694 | 0.68 (0.57–0.82) |
| ECOG status: 2 | 61 | 0.81 (0.48–1.38) |
| Measurable disease: No | 350 | 0.72 (0.55–0.93) |
| Measurable disease: Yes | 405 | 0.68 (0.54–0.85) |
| No. of prior chemotherapies: 1 | 528 | 0.67 (0.55–0.83) |
| No. of prior chemotherapies: ≥2 | 227 | 0.75 (0.55–1.02) |
| Age: <65 years | 295 | 0.81 (0.61–1.08) |
| Age: ≥65 years | 460 | 0.62 (0.50–0.78) |
| Rising PSA at baseline: No | 159 | 0.88 (0.61–1.26) |
| Rising PSA at baseline: Yes | 583 | 0.65 (0.53–0.80) |
| Total docetaxel dose: <225 mg/m$^2$ | 59 | 0.96 (0.49–1.86) |
| Total docetaxel dose: ≥225 to 450 mg/m$^2$ | 206 | 0.60 (0.43–0.84) |
| Total docetaxel dose: ≥450 to 675 mg/m$^2$ | 217 | 0.83 (0.60–1.16) |
| Total docetaxel dose: ≥675 to 900 mg/m$^2$ | 131 | 0.73 (0.48–1.10) |
| Total docetaxel dose: ≥900 mg/m$^2$ | 134 | 0.53 (0.47–0.90) |
| Progression during docetaxel treatment | 219 | 0.68 (0.57–0.82) |
| Progression <3 months after docetaxel | 339 | 0.70 (0.55–0.91) |
| Progression ≥3 months after docetaxel | 192 | 0.75 (0.51–1.11) |

FIG. 3



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**

US 10,716,777 B2

1

## ANTITUMORAL USE OF CABAZITAXEL

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 15/627,962, filed Jun. 20, 2017, which is a continuation of U.S. application Ser. No. 14/575,566, filed Dec. 18, 2014, which is a continuation of U.S. application Ser. No. 13/456, 720, filed Apr. 26, 2012, which is a continuation of International Application No. PCT/IB2010/054866, filed Oct. 27, 2010, which claims the benefit of priority of U.S. Provisional Application No. 61/256,160, filed Oct. 29, 2009, U.S. Provisional Application No. 61/293,903, filed Jan. 11, 2010, U.S. Provisional Application No. 61/355,834, filed Jun. 17, 2010, U.S. Provisional Application No. 61/355,888, filed Jun. 17, 2010, U.S. Provisional Application No. 61/369,929, filed Aug. 2, 2010, U.S. Provisional Application No. 61/383, 933, filed Sep. 17, 2010, and U.S. Provisional Application No. 61/389,969, filed Oct. 5, 2010, all of which are incorporated herein by reference.

The present invention relates to a novel antitumoral use of cabazitaxel in the treatment of prostate cancer, which may be metastatic, especially for patients who are not catered by a taxane-based treatment. In particular, the present invention relates to the use of cabazitaxel in the treatment of patients with castration resistant metastatic prostate cancer, who have been previously treated with a docetaxel based regimen, an unmet medical need.

### BACKGROUND

Prostate cancer affects a large proportion of the male population worldwide: 680 000 cases worldwide in 2002; it is predicted that there will be 900 000 new cases per year up to 2010 (*CA Cancer J. Clin.*, 2005, 55, 74-108). It is the most frequently occurring cancer in men after lung cancer.

Prostate cancer is generally treated at the start by depriving the androgenic hormones, i.e. by surgical excision of the testicles The Current State of Hormonal Therapy for Prostate Cancer CA Cancer J. Clin., May 2002; 52: 154-179, or by radiotherapy treatment External beam radiation therapy for prostate cancer CA Cancer J. Clin., November 2000; 50: 349-375. Treatments with antiandrogens or hormone manipulations are associated with responses of short duration and without any improvement in the survival time.

The use of cytotoxic chemotherapy is not a routine treatment, whereas its role in alleviating the symptoms and reducing the levels of PSA (prostate-specific antigen) is established. No monotherapy has obtained a degree of response of greater than 30%; combinations with an effect on PSA levels were tested. No effect on the survival time was seen and, what is more, the toxicity of these treatments, particularly on elderly patients, is problematic since, in addition to their tumour, they are generally suffering from related health problems and have a limited reserve of bone marrow.

Until recently, the chemotherapies used were limited to cyclophosphamide, anthracyclines (doxorubicin or mitoxantrone) and estramustine, and the effects of these treatments are relatively mediocre. Palliative effects were observed in patients following the administration of corticoids alone or of mitoxantrone with either prednisone or hydrocortisone. Following Phase II trials, the combination of mitoxantrone with corticoids was recognized as the reference treatment for hormone-resistant prostate cancer. More recently, treatments with docetaxel in combination with estramustine or pred-

2

nisone have made it possible to treat cancers that are resistant to hormone deprivation Advances in Prostate Cancer Chemotherapy: A New Era Begins CA Cancer J. Clin., September 2005; 55: 300-318, the survival was improved by 2.4 months.

It is generally accepted that the responses in advanced prostate cancers are difficult to evaluate on account of the heterogeneity of the disease and the lack of consensus regarding the treatment response criteria. Many patients with metastatic prostate cancer have no measurable disease, but have symptoms dominated by bone metastases. Measurement of the PSA level has been found to be a means for evaluating novel candidates and also the measurement of the tumour when this is possible, the measurement of bone tumours, the quality of life and the measurement of pain.

Furthermore, cancer may become resistant to the agents used, in particular to taxanes, which limits the possible treatment options. Several taxane resistance mechanisms have been described (expression of P-glycoprotein P-gp, mdr-1 gene, modified metabolism of taxane, mutation of the tubulin gene, etc.): see *Drug Resistance Updates* 2001, 4(1), 3-8; J. Clin. Onc. 1999, 17(3), 1061-1070.

The technical problem that the invention intends to solve is that of providing a novel therapeutic option for treating prostate cancer, especially for patients who are not catered for by a taxane-based treatment, such as patients with castration resistant metastatic prostate cancer who have been previously treated with docetaxel (sold under the brand name Taxotere®) based regimen, an unmet medical need.

Four clinical trials on cabazitaxel are known since April 2006. Three monotherapy tests have made it possible to determine the maximum tolerated dose and the toxicities at the limit doses: these tests were performed on breast, sarcoma and prostate tumours. Doses of 10-30 mg/m² every three hours were used. A phase II trial was performed on patients with a breast cancer, who had previously received taxanes and anthracyclines as adjuvant (i.e. after a surgery) or as a first-line treatment. The response levels were 14.6% as adjuvant and 9.5% as second-line treatment.

### SUMMARY

The invention relates to a novel antitumoral pharmaceutical therapeutic use comprising cabazitaxel of formula



The invention also relates to methods of treating patients with prostate cancer comprising administering an effective amount of the antitumoral agent cabazitaxel to said patient.

US 10,716,777 B2

3

This antitumoral agent may be in the form of anhydrous base, a hydrate or a solvate, intended for treating prostate cancer, in particular for treating patients who are not catered for by a taxane-based treatment, such as patients who have been previously treated with a docetaxel-based regimen. This compound is preferably administered to a patient with advanced metastatic disease. In particular, the compound is administered to a patient with castration resistant prostate cancer. Cabazitaxel is preferably administered in combination with a corticoid chosen especially from prednisone and prednisolone. This corticoid is preferably administered at a daily dose of 10 mg orally.

In some aspects of the invention, cabazitaxel is administered in combination with prednisone for its use as a medicament in the treatment of patients with hormone-refractory prostate cancer who have been previously treated with docetaxel based regimen.

In some aspects of the invention, cabazitaxel is administered at a dose (defined for each administration) of between 20 and 25 mg/m². Cabazitaxel may be in the form of an acetone solvate. More particularly, the acetone solvate of cabazitaxel contains between 5% and 8% and preferably between 5% and 7% by weight of acetone.

In some aspects of the invention, cabazitaxel may be administered by intravenous infusion at a dose of between 15 and 25 mg/m², this administration cycle of the antitumour agent being repeated at an interval of 3 weeks between each cabazitaxel administration, which interval may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding cabazitaxel administration.

In some embodiments, the effective amount of cabazitaxel produces at least one therapeutic effect selected from the group consisting of increase in overall survival, partial response, reduction in tumor size, reduction in metastasis, complete remission, partial remission, stable disease, or complete response.

The present invention also relates to a pharmaceutical composition that treats patients with prostate cancer comprising a clinically proven safe and effective amount of cabazitaxel.

Further embodiments of the invention comprise methods or using, treating, promoting, and providing cabazitaxel.

The present invention also relates to packages and articles of manufacture.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** displays the Kaplan-Meier curves of the overall survival in a cabazitaxel study.

FIG. **2** displays the Kaplan-Meier curves of progression-free survival in a cabazitaxel study.

FIG. **3** shows an intention-to-treat analysis of overall survival in subgroups of patients defined by baseline characteristics. Hazard ratios <1 favor the cabazitaxel group, while those >1 favor the mitoxantrone group. CI denotes confidence intervals.

FIG. **4** graphically depicts the proportion of patients with changes in ECOG performance status from baseline during treatment (safety population). The "Improved" column represents PS2 at baseline changed to 0 or 1 during treatment. The "stable" column represents no change, and the "Worse" column represents PS2 at baseline and changed to 3, or 0 or 1 at baseline changed to 2 during treatment.

FIG. **5** graphically depicts the proportion of patients with changes from baseline in the Present Pain Intensity score during treatment (ITT). The "Improved" column represents patients in which the PPI score during treatment was lower

4

versus baseline. The "Stable" column represents no change, and the "Worse" column represents patients with >1 unit increase in PPI score during treatment versus baseline.

FIG. **6** graphically presents the mean area under the curve for PPI and analgesic scores by treatment cycle.

FIG. **7** graphically presents the mean AUC analgesic score.

## DETAILED DESCRIPTION

### Definitions

Effective amount, as used herein, means an amount of a pharmaceutical compound, such as cabazitaxel, that produces an effect on the cancer to be treated.

Clinically proven as used herein, means clinical efficacy results that are sufficient to meet FDA approval standards.

Castration resistant prostate cancer, as used herein, is synonymous with hormone-refractory prostate cancer.

"Patient," as used herein, includes both human and animals. In one embodiment, a patient is a human.

Cabazitaxel belongs to the taxoid family and has the formula:



The chemical name of cabazitaxel is 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonyl-amino-2-hydroxy-3-phenylpropionate. Cabazitaxel is synonymously known as (2α,5β,7β,10β,13α)-4-acetoxy-13-({(2R,3S)-3-[(tertbutoxycarbonyl)amino]-2-hydroxy-3-phenylpropanoyl}oxy)-1-hydroxy-7,10-dimethoxy-9-oxo-5,20-epoxytax-11-en-2-yl benzoate.

This compound and a preparative method thereof is described in WO 96/30355, EP 0 817 779 B1 and U.S. Pat. No. 5,847,170, which are hereby incorporated herein by reference. Cabazitaxel may be administered in base form (cf. above formula), or in the form of a hydrate. It may also be a solvate, i.e. a molecular complex characterized by the incorporation of the crystallization solvent into the crystal of the molecule of the active principle (see in this respect page 1276 of *J. Pharm. Sci.* 1975, 64(8), 1269-1288). In particular, it may be an acetone solvate, and, more particularly, may be the solvate described in WO 2005/028462. It may be an acetone solvate of cabazitaxel containing between 5% and 8% and preferably between 5% and 7% by weight of acetone (% means content of acetone/content of acetone+cabazitaxel×100). An average value of the acetone content is 7%, which approximately represents the acetone stoichiometry,

**5**

which is 6.5% for a solvate containing one molecule of acetone. The procedure described below allows the preparation of an acetone solvate of cabazitaxel:

940 ml of purified water are added at 20±5° C. (room temperature) to a solution of 207 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β, 10β-dimethoxy-9-oxo-11-taxen-13α-yl      (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate at about 92% by weight in about 2 litres of acetone, followed by seeding with a suspension of 2 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl  (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate isolated from acetone/water in a mixture of 20 ml of water and 20 ml of acetone. The resulting mixture is stirred for about 10 to 22 hours, and 1.5 litres of purified water are added over 4 to 5 hours. This mixture is stirred for 60 to 90 minutes, and the suspension is then filtered under reduced pressure. The cake is washed on the filter with a solution prepared from 450 ml of acetone and 550 ml of purified water, and then oven-dried at 55° C. under reduced pressure (0.7 kPa) for 4 hours. 197 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl  (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate      acetone containing 0.1% water and 7.2% acetone (theoretical amount: 6.5% for a stoichiometric solvate) are obtained.

Cabazitaxel may be administered parenterally, such as via intravenous administration. A galenical form of cabazitaxel suitable for administration by intravenous infusion is that in which the cabazitaxel is dissolved in water in the presence of excipients chosen from surfactants, cosolvents, glucose or sodium chloride, etc. For example, a galenical form of cabazitaxel may be prepared by diluting a premix solution of cabazitaxel contained in a sterile vial (80 mg of cabazitaxel+2 ml of solvent+Polysorbate 80) with a sterile vial containing a solution of 6 ml of water and ethanol (13% by weight of 95% ethanol) in order to obtain 8 ml of a solution ready to be rediluted in a perfusion bag. The concentration of cabazitaxel in this ready-to-redilute solution is about 10 mg/ml. The perfusion is then prepared by injecting the appropriate amount of this ready-to-redilute solution into the perfusion bag containing water and glucose (about 5%) or sodium chloride (about 0.9%).

Cabazitaxel may be administered in combination with a corticoid, such as prednisone or prednisolone, as two distinct pharmaceutical preparations.

Accordingly, one aspect of the invention is a method of treating prostate cancer comprising administering to a patient in need thereof an effective amount of cabazitaxel in combination with a corticoid, such as prednisone or prednisolone.

The combination is administered repeatedly according to a protocol that depends on the patient to be treated (age, weight, treatment history, etc.), which can be determined by a skilled physician. In one aspect of the invention, cabazitaxel is administered by perfusion to the patient according to an intermittent program with an interval between each administration of 3 weeks, which may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding administration. The median number of cycles is 6. The prednisone or prednisolone may be administered daily, for example in the form of one dosage intake per day, throughout the duration of the treatment. Examples of doses for the two antitumoral agents are given in the "Example" section. The currently recommended dose is 25 mg/m² of cabazitaxel administered as a on-hour infusion and 10 mg per day of prednisone or prednisolone administered orally.

**6**

In some aspects of the invention, the patient to be treated has prostate cancer that is resistant to hormone therapy (i.e., hormone refractory) and has previously been treated with docetaxel. In some aspects, the patient has prostate cancer that progressed during or after treatment with docetaxel. In some aspects, the patient was previously treated with at least 225 mg/m² cumulative dose of docetaxel. In a particular aspect, the patient showed progression of their disease in the six months following hormone therapy or during docetaxel treatment or after docetaxel treatment. In another particular aspect, the patient showed progression of their disease in the three months following hormone therapy or after docetaxel treatment.

In some aspects of the invention, the patient to be treated has a measurable tumour and may show progression of the disease via a metastatic lesion of the viscera or of a soft tissue of at least 1 cm determined by MRI or by an axial tomographic scan (CT scan).

In some aspects of the invention, the patient to be treated has an unmeasurable tumour and may show an increase in the PSA level with three measurements at a 1-week interval or the appearance of new lesions.

In some aspects of the invention, the patient to be treated has undergone castration by orchidectomy or with LHRH agonists, elimination of the androgens or monotherapy with estramustine.

In a preferred aspect, the life expectancy of the patient to be treated should be at least 2 months.

In some aspects, the treatment does not include patients who have previously received mitoxantrone, or who have received less than 225 mg/m² of docetaxel, or who have undergone a radiotherapy that has eliminated more than 40% of the marrow, who has received a treatment within the 4 weeks preceding the test, who have a neuropathy or a stomatitis, involving the brain or the meninges, who have shown severe hypersensitivity to polysorbate or to prednisone, whose blood analysis shows an appreciable decrease in neutrophils, haemoglobin or platelets, an increase in bilirubin and/or liver enzymes and creatinine, or who have heart problems or an infection requiring antibiotics.

An aspect of the invention comprises increasing the survival of a patient with hormone refractory metastatic prostate cancer, comprising administering a clinically proven effective amount of cabazitaxel to the patient in combination with prednisone or prednisolone. In a particular aspect, the patient has previously been treated with a docetaxel-containing regimen.

Cabazitaxel may be administered in combination with a medication to prevent or control nausea and vomiting or to prevent or control hypersensitivity to the cabazitaxel treatment. Preferably, a patient is pre-medicated with the medication, for example, at least 30 minutes prior to administering each dose of cabazitaxel.

One aspect of the invention comprises a method of reducing the risk of a severe hypersensitivity reaction in a patient with prostate cancer being treated with cabazitaxel, comprising administering to the patient a medication to prevent hypersensitivity prior to the administration of cabazitaxel.

Severe hypersensitivity reactions to cabazitaxel can occur and may include generalized rash/erythema, hypotension and bronchospasm. Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of cabazitaxel, thus facilities and equipment for the treatment of hypotension and bronchospasm should be available.

US 10,716,777 B2

7

If severe hypersensitivity reaction occurs, cabazitaxel infusion should be immediately discontinued and appropriate therapy should be administered. Examples of medications which may be used to prevent hypersensitivity to the cabazitaxel treatment include antihistamines, such as dexchlorpheniramine (for example 5 mg), and diphenhydramine (for example 25 mg) or equivalent antihistamines; and corticosteroids, such as dexamethasone (for example 8 mg) or an equivalent steroid.

Nevertheless, cabazitaxel should not be given to and may be contraindicated in patients who have a history of severe hypersensitivity reactions to cabazitaxel. Depending on the formulation administered, cabazitaxel may also be contraindicated in patients who have a history of hypersensitivity reactions to other drugs formulated with polysorbate 80.

One aspect of the invention comprises an article of manufacture comprising:
  a) a packaging material;
  b) cabazitaxel, and
  c) a label or package insert contained within the packaging material indicating that severe hypersensitivity reactions can occur.

Gastrointestinal symptoms, such as, for example nausea, vomiting, and diarrhea, may occur with the treatment of cabazitaxel. Mortality related to diarrhea and electrolyte imbalance has been reported. Therefore, patients may also be rehydrated and treated with anti-diarrheal or anti-emetic medications as needed. Treatment delay or dosage reduction may be necessary if patients experience Grade 3 diarrhea.

Accordingly, the methods of the invention include administering a medication to prevent hypersensitivity or a medication to prevent or control nausea and vomiting in combination with cabazitaxel.

Examples of medications which may be used to prevent or control nausea and vomiting include histamine $H_2$ antagonists and antiemetics, such as ondansetron, granisetron and dolesetron.

A possible side effect of the treatment with cabazitaxel is neutropenia, which is characterized by a reduced number of neutrophils. Unfortunately, a number of neutropenia deaths have been reported. Therefore, frequent blood counts should be obtained or performed to monitor for neutropenia. If neutropenia occurs, cabazitaxel treatment may be discontinued, and restarted when neutrophil counts recover to a level of >1,500/mm³. Cabazitaxel should not be given to a patient with a neutrophil count ≤1,500 cells/mm³.

The present invention therefore also relates to a method of treating prostate cancer with cabazitaxel comprising administering cabazitaxel to the patient, monitoring blood counts in the patient, and measuring neutrophil levels. In one aspect, the method further comprises discontinuing cabazitaxel treatment if neutropenia occurs, and optionally restarting cabazitaxel treatment when neutrophil counts recover to a level of >1,500/mm³. In one aspect, the monitoring comprises taking a blood sample from the patient.

Determining neutrophil counts can be performed according to procedures well know to those skilled in the art.

One aspect of the invention is a method of reducing the risk of neutropenia complications comprising administering cabazitaxel in combination with an agent useful for treating neutropenia. Such a neutropenia treatment agent is, for example, a hematopoietic growth factor which regulates the production and function of neutrophils such as a human granulocyte colony stimulating factor, (G-CSF). In a particular aspect of the invention, the neutropenia is complicated neutropenia. Complicated neutropenia includes febrile neutropenia, prolonged neutropenia, or neutropenic infec-

8

tion. In a preferred embodiment, the neutropenia treatment agent is administered prior to the administration of cabazitaxel.

A particular aspect of the invention comprises a method of reducing the risk of neutropenia complications in a patient with prostate cancer being treated with cabazitaxel, comprising monitoring blood counts in the patient at regular intervals during treatment of the patient with cabazitaxel; reducing the dose of cabazitaxel if the patient experiences febrile neutropenia or prolonged neutropenia; discontinuing cabazitaxel treatment if the patient's neutrophil count is ≤1,500 cells/mm³; and optionally restarting cabazitaxel treatment when the patient's neutrophil counts recover to a level ≥1,500 cells/mm³.

In a particular aspect, primary prophylaxis with G-CSF should be considered in patients with high-risk clinical features (age >65 years, poor performance status, previous episodes of febrile neutropenia, extensive prior radiation ports, poor nutritional status, or other serious co-morbidities) that predispose them to increased complications from prolonged neutropenia. Therapeutic use of G-CSF and secondary prophylaxis should be considered in all patients considered to be at increased risk for neutropenia complications.

In another aspect, the monitoring of complete blood counts is performed on a weekly basis during cycle 1 and before each treatment cycle thereafter so that the dose can be adjusted, if needed. Therefore, another aspect for reducing the risk of neutropenia complications comprises monitoring blood counts in the patient and adjusting the dose of cabazitaxel. An example of a dose modification is described in Example 2.

One aspect of the invention comprises an article of manufacture comprising:
  a) a packaging material;
  b) cabazitaxel, and
  c) a label or package insert contained within the packaging material indicating that cabazitaxel should not be given to patients with neutrophil counts of 1,500 cells/mm³.

Cases of renal failure should be indentified and managed aggressively, accordingly to procedures known to those skilled in the art. Renal failure may be associated with sepsis, dehydration, or obstructive uropathy. Furthermore, impaired hepatic function (e.g., total bilirubin≥ULN, or AST and/or ALT≥1.5×ULN) may increase cabazitaxel concentrations, and cabazitaxel should not be given to patients with hepatic impairment.

Cabazitaxel may cause fetal harm when administered to a pregnant woman.

Prednisone or prednisolone administered at 10 mg daily does not affect the pharmacokinetics of cabazitaxel.

Cabazitaxel is primarily metabolized through CYP3A. Concomitant administration of strong CYP3A inhibitors (for example, ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin, voriconazole) may increase cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inhibitors should be avoided. Caution should be exercised with concomitant use of moderate CYP3A inhibitors. One aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inhibitor, discontinuing treatment with a CYP3A inhibitor, and then administering cabazitaxel to the patient.

Concomitant administration of strong CYP3A inducer (e.g., phenytoin, carbamazepine, rifampin, rifabutin, rifa-

US 10,716,777 B2

<table>
<tr><td>9</td><td>10</td></tr>
</table>

pentin, phenobarbital) may decrease cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inducers should be avoided. Therefore, one aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inducer, discontinuing treatment with a CYP3A inducer, and administering cabazitaxel to the patient.

In addition, patients should also refrain from taking St. John's Wort.

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an AUC of about 991 ng·h/mL (CV 34%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide a $C_{max}$ of about 226 ng·h/mL (CV 107%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide a plasma clearance of 48.5 L/h (CV 39%).

One aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean $C_{max}$ of cabazitaxel in patients with metastatic prostate cancer was 226 ng/mL (CV 107%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean AUC of cabazitaxel in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%).

A variety of educational materials may be employed to ensure proper prescribing, dispensing, and patient compliance according to the methods described herein. For example, a variety of literature and other materials, such as, for example, prescribing information, package inserts, medications guides, physician information sheets, healthcare professional information sheets, medical journal advertisements, and product websites may describe the risks and benefits of taking cabazitaxel.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) the efficacy and safety of cabazitaxel in combination with prednisone were evaluated in patients with hormone refractory metastatic prostate cancer previously treated with a docetaxel containing regimen; or

b) a total of 755 patients were randomized to receive either cabazitaxel 25 mg/m² every 3 weeks for a maximum of 10 cycles with prednisone mg orally daily, or to receive mitoxantrone 12 mg/m² intravenously every 3 weeks for a maximum of 10 cycles with prednisone 10 mg orally daily; or

c) the median number of cycles was 6 in the cabazitaxel group and 4 in the mitoxantrone group.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are 1,500 cells/mm³.

The invention also concerns a method of promoting the use of cabazitaxel the method comprising the step of conveying to a recipient at least one message selected from:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are 1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

The invention also concerns a method of providing cabazitaxel, wherein said cabazitaxel is provided along with information indicating that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are 1,500 cells/mm³;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

Example 1

A clinical study was performed wherein patients received either treatment with cabazitaxel or the reference treatment based on mitoxantrone each combined with prednisone or prednisolone.

More specifically, patients over 18 years of age with metastatic castration resistant metastatic prostate cancer either measurable by RECIST criteria or non-measurable disease with rising PSA levels or appearance of new lesions, ECOG (Eastern Cooperative Oncology Group) performance stage 0-2, and adequate organ function (patients had to have neutrophils >1,500 cells/mm³, platelets >100,000 cells/mm³, hemoglobin >10 g/dL, creatinine <1.5× upper limit of normal (ULN), total bilirubin <1×ULN, AST<1.5×ULN, and ALT<1.5×ULN) who had had prior hormone therapy, chemotherapy, and radiotherapy, but had progressive during or after docetaxel treatment (cumulative dose 225 mg/m²) were randomized to 10 mg/day of prednisone with either mitoxantrone 12 mg/m² or cabazitaxel 25 mg/m², both administered every 3 weeks.

Patients with a history of congestive heart failure, or myocardial infarction within the last 6 months, or patients with uncontrolled cardiac arrhythmias, angina pectoris, and/or hypertension were not included in the study.

US 10,716,777 B2

<table>
<tr><td>11</td><td>12</td></tr>
</table>

720 patients were planned to be included in the clinical study: 360 in each cabazitaxel+prednisone and mitoxantrone+prednisone group. Seven hundred and fifty-five patients (755) (median age 68; 84% white) were actually enrolled, 378 in the cabazitaxel and prednisone/prednisolone group and 377 in the mitoxantrone and prednisone/prednisolone group. The maximal number of treatment cycles was 10 for cabazitaxel and 10 for mitoxantrone. The median number of treatment cycles was 6 for cabazitaxel and 4 for mitoxantrone. The median prior dose of docetaxel treatment was 576 mg/m$^2$ for the cabazitaxel group and 529 mg/m$^2$ for the mitoxantrone group. Median follow-up was 12.8 months.

The measurements of the results are performed via the same tests as at inclusion. MRI and spiral computed tomographic (CT) scans are preferably used.

The results are evaluated according to the following criteria (cf RECIST guideline):

overall survival (OS): the time from inclusion to the study to the date of death complete response (CR): disappearance of the lesions

partial response (PR): at least 30% reduction of the largest diameter of the lesion progression (PD): at least 20% increase in the sum of the largest diameter of the lesion or appearance of one or more new lesions

stable disease (SD): reduction of the tumour insufficient to be included in PR and increase of the tumour insufficient to be included in PD.

The confirmations of the measurements are made at least 4 weeks after the response criterion has been established for the first time.

The progression-free survival (PFS) is the time from inclusion in the study and the date of progression or death when the progression is either an increase of the lesion, or of the tumour, or of the pain.

It was found that the combination of cabazitaxel and prednisone is a well-tolerated combination with the safety profile of taxanes. At the dose investigated in this trial (LD2: 25 mg/m$^2$ cabazitaxel+10 mg/m$^2$/day prednisone), patients receiving cabazitaxel demonstrated statistically significant longer overall survival (OS) compared to mitoxantrone (p<0.0001). The hazard ratio was 0.70 (95% Cl. 0.59, 0.83) in favor of cabazitaxel corresponding to a 30% reduction in risk of death. The median survival for patients in the cabazitaxel group was 15.1 months in comparison to 12.7 months in the mitoxantrone group. Notably, the extension of survival was observed irrespective of ECOG performance status, number of prior chemotherapy regimens and age. Benefit was also seen in the third of patients who were docetaxel-refractory and had progressed during docetaxel therapy.

The data related to the treated patients are given in Table 1:

TABLE 1

| Efficacy analysis (intention-to-treat) | | | |
|---|---|---|---|
| | | CbzP N = 378 Median (months) | MP N = 377 Median (months) |
| Overall survival | Median (months) | 15.1 | 12.7 |
| | Hazard ratio (95% CI) | 0.70 (0.59; 0.83) | |
| | p-value[1] | 0.0001 | |
| PFS | Median (months) | 2.8 | 1.4 |
| | Hazard ratio (95% CI) | 0.74 (0.64-0.86) | |
| | p-value[1] | 0.0001 | |
| Tumor response rate | | 14.4% | 4.4% |
| p-value[2] | | 0.0005 | |
| Time to Tumor Progression Median (months) | | 8.8 | 5.4 |
| | p-value | <0.001 | |
| PSA Response rate | | 39.2% | 17.8% |
| p-value[2] | | 0.0002 | |
| PSA PFS | Median (months) | 6.4 | 3.1 |
| | Hazard ratio (95% CI) | 0.75 (0.63-0.90) | |
| | p-value[1] | 0.0010 | |
| Pain Response rate | | 9.2% | 7.8% |
| p-value[2] | | 0.6526 | |
| Pain PFS | Median (months) | Not reached | 11.1 |
| | Hazard ratio (95% CI) | 0.91 (0.69-1.19) | |
| | p-value[1] | 0.5192 | |

[1]Log-rank test,
[2]Chi-square test
CbzP: cabazitaxel with prednisone
MP: mitoxantrone with prednisone

Progression free survival (PFS) defined as the earliest progression in tumor, PSA or pain was also statistically significantly longer in the cabazitaxel group compared to the mitoxantrone group (p<0.0001, hazard ratio=0.74 (95% Cl, 0.64, 0.86), and the median progression-free survival was 2.8 months versus 1.4 months. Response rates and PFS for PSA and tumor assessments were statistically significant in favor of cabazitaxel, while response rate and PFS for pain did not show a statistically significant difference.

The most frequent Grade 3⁄4 toxicities were neutropenia observed with a higher frequency in the cabazitaxel group with 81.7% compared to the mitoxantrone group with 58.0%. Rates of febrile neutropenia were 7.5% in the cabazitaxel group and 1.3% in the mitoxantrone group.

The most common (20%) grade 1-4 adverse reactions were anemia, leukopenia, neutropenia, thrombocytopenia, diarrhea, fatigue, nausea, vomiting, asthenia, and constipation.

The most common (5%) grade 3-4 adverse reactions in patients who received cabazitaxel were neutropenia, leukopenia, anemia, febrile neutropenia, diarrhea, fatigue, and asthenia.

Subgroup analyses by risk factors and a multivariate analysis showed that OS outcomes were consistent and robust in favor of cabazitaxel as shown in the herebelow table:

TABLE 2

| | MP | | CbzP | | |
|---|---|---|---|---|---|
| | N (%) | Median OS (mos) | N (%) | Median OS (mos) | CbzP vs MP HR (95% CI) |
| ITT | 377 (100) | 12.7 | 378 (100) | 15.1 | 0.70 (0.59-0.83) |
| PD while on D | 103 (27) | 12.0 | 113 (30) | 14.2 | 0.65 (0.47-0.90) |
| PD after last D dose, ≤3 mos | 180 (48) | 10.3 | 158 (42) | 13.9 | 0.70 (0.54-0.90) |
| PD after last D dose, >3 mos | 91 (24) | 17.7 | 103 (27) | 17.5 | 0.78 (0.53-1.14) |

mos = months
D = Docetaxel

US 10,716,777 B2

**13**                                                                                          **14**

TABLE 3

Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities
in ≥5% of Patients Receiving cabazitaxel in Combination with
Prednisone or Mitoxantrone in Combination with Prednisone

| | Cabazitaxel 25 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | |
|---|---|---|---|---|
| | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Any Adverse Reaction Blood and Lymphatic System Disorders | | | | |
| Neutropenia[2] | 347 (94%) | 303 (82%) | 325 (87%) | 215 (58%) |
| Febrile Neutropenia | 27 (7%) | 27 (7%) | 5 (1%) | 5 (1%) |
| Anemia[2] | 361 (98%) | 39 (11%) | 302 (82%) | 18 (5%) |
| Leukopenia[2] | 355 (96%) | 253 (69%) | 343 (93%) | 157 (42%) |
| Thrombocytopenia[2] | 176 (48%) | 15 (4%) | 160 (43%) | 6 (2%) |
| Cardiac Disorders | | | | |
| Arrhythmia[3] | 18 (5%) | 4 (1%) | 6 (2%) | 1 (<1%) |
| Gastrointestinal Disorders | | | | |
| Diarrhea | 173 (47%) | 23 (6%) | 39 (11%) | 1 (<1%) |
| Nausea | 127 (34%) | 7 (2%) | 85 (23%) | 1 (<1%) |
| Vomiting | 83 (22%) | 6 (2%) | 38 (10%) | 0 |
| Constipation | 76 (20%) | 4 (1%) | 57 (15%) | 2 (<1%) |
| Abdominal Pain[4] | 64 (17%) | 7 (2%) | 23 (6%) | 0 |
| Dyspepsia[5] | 36 (10%) | 0 | 9 (2%) | 0 |
| General Disorders and Administration Site Conditions | | | | |
| Fatigue | 136 (37%) | 18 (5%) | 102 (27%) | 11 (3%) |
| Asthenia | 76 (20%) | 17 (5%) | 46 (12%) | 9 (2%) |
| Pyrexia | 45 (12%) | 4 (1%) | 23 (6%) | 1 (<1%) |
| Peripheral Edema | 34 (9%) | 2 (<1%) | 34 (9%) | 2 (<1%) |
| Mucosal Inflammation | 22 (6%) | 1 (<1%) | 10 (3%) | 1 (<1%) |
| Pain | 20 (5%) | 4 (1%) | 18 (5%) | 7 (2%) |
| Infections and Infestations | | | | |
| Urinary Tract Infection[6] | 29 (8%) | 6 (2%) | 12 (3%) | 4 (1%) |
| Pneumonia[7] | 12 (3%) | 9 (2%) | 4 (1%) | 3 (<1%) |
| Investigations | | | | |
| Weight Decreased | 32 (9%) | 0 | 28 (8%) | 1 (<1%) |
| Metabolism and Nutrition Disorders | | | | |
| Anorexia | 59 (16%) | 3 (<1%) | 39 (11%) | 3 (<1%) |
| Dehydration | 18 (5%) | 8 (2%) | 10 (3%) | 3 (<1%) |
| Musculoskeletal and Connective Tissue Disorders | | | | |
| Back Pain | 60 (16%) | 14 (4%) | 45 (12%) | 11 (3%) |
| Arthralgia | 39 (11%) | 4 (1%) | 31 (8%) | 4 (1%) |
| Pain in Extremity | 30 (8%) | 6 (2%) | 27 (7%) | 4 (1%) |
| Muscle Spasms | 27 (7%) | 0 | 10 (3%) | 0 |
| Bone Pain | 19 (5%) | 3 (<1%) | 19 (5%) | 9 (2%) |
| Musculoskeletal Pain | 18 (5%) | 2 (<1%) | 20 (5%) | 3 (<1%) |
| Nervous System Disorders | | | | |
| Peripheral Neuropathy[8] | 50 (13%) | 3 (<1%) | 12 (3.2%) | 3 (<1%) |
| Dysgeusia | 41 (11%) | 0 | 15 (4%) | 0 |
| Dizziness | 30 (8%) | 0 | 21 (6%) | 2 (<1%) |
| Headache | 28 (8%) | 0 | 19 (5%) | 0 |
| Renal and Urinary Tract Disorders | | | | |
| Hematuria | 62 (17%) | 7 (2%) | 13 (4%) | 1 (<1%) |
| Dysuria | 25 (7%) | 0 | 5 (1%) | 0 |
| Respiratory, Thoracic and Mediastinal Disorders | | | | |
| Dyspnea | 43 (12%) | 4 (1%) | 16 (4%) | 2 (<1%) |
| Cough | 40 (11%) | 0 | 22 (6%) | 0 |
| Skin and Subcutaneous Tissue Disorders | | | | |
| Alopecia | 37 (10%) | 0 | 18 (5%) | 0 |

US 10,716,777 B2

**15**

**16**

TABLE 3-continued

Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities
in ≥5% of Patients Receiving cabazitaxel in Combination with
Prednisone or Mitoxantrone in Combination with Prednisone

| | Cabazitaxel 25 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n = 371 | |
|---|---|---|---|---|
| | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Vascular Disorders | | | | |
| Hypotension | 20 (5%) | 2 (<1%) | 9 (2%) | 1 (<1%) |
| Median Duration of Treatment | 6 cycles | | 4 cycles | |

[1]Graded using NCI CTCAE version 3
[2]Based on laboratory values, cabazitaxel: n = 369, mitoxantrone: n = 370.
[3]Includes atrial fibrillation, atrial flutter, atrial tachycardia, atrioventricular block complete, bradycardia, palpitations, supraventricular tachycardia, tachyarrhythmia, and tachycardia.
[4]Includes abdominal discomfort, abdominal pain lower, abdominal pain upper, abdominal tenderness, and GI pain.
[5]Includes gastroesophageal reflux disease and reflux gastritis.
[6]Includes urinary tract infection enterococcal and urinary tract infection fungal.
[7]Includes bronchopneumonia, lobar pneumonia, and *pneumonia klebsiella*.
[8]Includes peripheral motor neuropathy and peripheral sensory neuropathy.

TABLE 4

Patient Characteristics

| | MP (n = 377) | CBZP (n = 378) |
|---|---|---|
| Age (years) | | |
| Median [range] | 67 [47-89] | 68 [46-92] |
| ≥65 (%) | 57.0 | 64.9 |
| ECOG PS (%) | | |
| 0, 1 | 91.2 | 92.6 |
| 2 | 8.8 | 7.4 |
| PSA* (ng/mL) | | |
| Median [range] | 127.5 [2-11220] | 143.9 [2-7842] |
| Measurability of disease (%) | | |
| Measurable | 54.1 | 53.2 |
| Non-measurable | 45.9 | 46.8 |
| Disease site (%) | | |
| Bone | 87.0 | 80.2 |
| Lymph node | 44.8 | 45.0 |
| Visceral | 24.9 | 24.9 |
| Pain at Baseline, no. (%) | 168 (44.6) | 174 (46.0) |
| Previous Therapy, no. (%) | | |
| Hormonal | 375 (99.5) | 375 (99.2) |
| No. of Chemotherapy Regimens | | |
| 1 | 268 (71.1) | 260 (68.8) |
| 2 | 79 (21.0) | 94 (24.9) |
| >2 | 30 (8.0) | 24 (6.3) |
| Radiation | 222 (58.9) | 232 (61.4) |
| Surgery | 205 (54.4) | 198 (52.4) |
| Biologic Agent | 36 (9.5) | 26 (6.9) |
| Previous docetaxel regimens, n (%) | | |
| 1 | 327 (86.7) | 316 (83.6) |
| 2 | 43 (11.4) | 53 (14.0) |
| >2 | 7 (1.9) | 9 (2.4) |
| Median total previous docetaxel dose (mg/m$^2$) | 529.2 | 576.6 |

TABLE 4-continued

Patient Characteristics

| | MP (n = 377) | CBZP (n = 378) |
|---|---|---|
| Disease progression relative to docetaxel administration, n (%) | | |
| During treatment | 104 (27.6) | 115 (30.4) |
| <3 months from last dose | 181 (48.0) | 158 (41.8) |
| ≥3 months from last dose | 90 (23.9) | 102 (27.0) |
| Unknown | 2 (0.5) | 3 (0.8) |
| Median time from last docetaxel dose to disease progression (months) | 0.7 | 0.8 |

The primary reason for treatment discontinuation in both groups was disease progression (Table 5). The median delivered relative dose intensity was 96.1% in the cabazitaxel group and 97.3% in the mitoxantrone group. In the cabazitaxel group, >75% of patients received >90% of the planned dose intensity. Overall, 5.1% of mitoxantrone treatment courses were dose reduced compared with 9.8% of cabazitaxel treatment courses; 6.3 and 7% of all treatment courses were delayed by 9 days or less, and 1.6 and 2.3% of courses were delayed by more than 9 days for mitoxantrone and cabazitaxel respectively (See Table 5).

TABLE 5

Treatment Received and Reasons for Discontinuation
in the Intention-to-Treat Population.*

| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
|---|---|---|
| Patients receiving study treatment, no. (%) | 371 (98.4) | 371 (98.1) |
| Patients completing planned ten cycles of study treatment, no. (%) | 46 (12.2) | 105 (27.8) |
| Discontinuation of study treatment, no. (%) | 325 (86.2) | 266 (70.4) |

US 10,716,777 B2

17

TABLE 5-continued

Treatment Received and Reasons for Discontinuation
in the Intention-to-Treat Population.*

| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
|---|---|---|
| Reasons for discontinuation of study treatment, no. (%) | | |
| Disease progression | 267 (70.8) | 180 (47.6) |
| Adverse event | 32 (8.5) | 67 (17.7) |
| Non-compliance with protocol | 0 | 1 (0.3) |
| Lost to follow-up | 2 (0.5) | 0 |
| Patient's request | 17 (4.5) | 8 (2.1) |
| Other | 7 (1.9) | 10 (2.7) |
| No. of treatment cycles, median (range)† | 4 (1-10) | 6 (1-10) |
| Relative dose intensity, median % (range)† | 97.3 (42.5-106.0) | 96.1 (49.0-108.2) |
| Treatment delays, no. of cycles (%) ‡ | | |
| ≤9 days | 110 (6.3) | 157 (7.0) |
| >9 days | 28 (1.6) | 51 (2.3) |
| Dose reductions, no. of cycles (%) ‡ | 88 (5.1) | 221 (9.8) |

The results of this study are further illustrated to FIGS. 1, 2, and 3.

Example 2

Table 6 illustrates an example of a dosage modification for adverse reactions in patients treated with cabazitaxel

TABLE 6

| Toxicity | Dosage Modification |
|---|---|
| Prolonged grade ≥3 neutropenia (greater than 1 week) despite appropriate medication including G-CSF | Delay treatment until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m² Use G-CSF for secondary prophylaxis. |
| Febrile neutropenia | Delay treatment until improvement or resolution, and until neutrophil count is >1,500 cells/mm³, then reduce dosage of cabazitaxel to 20 mg/m². Use G-CSF for secondary prophylaxis. |
| Grade ≥3 diarrhea or persisting diarrhea despite appropriate medication, fluid and electrolytes replacement | Delay treatment until improvement or resolution, then reduce dosage of cabazitaxel to 20 mg/m². |

Discontinue cabazitaxel treatment if a patient continues to experience any of these reactions at 20 mg/m².

Example 3

Performance Status and Pain Scores During Treatment

Methods

ECOG PS, pain measures, and analgesic consumption were assessed prior to every treatment cycle and at the end of study treatment.

Pain assessments: Present Pain Intensity (PPI) scale from the McGill-Melzack questionnaire (Melzack R. Pain 1975; 1:277-99). Mean Analgesic Score (AS) derived from analgesic consumption (in morphine equivalents) was calculated for the one-week period prior to each evaluation. Area under the curve (AUC) of PPI and AS was calculated by the trapezoid formula. Cumulative AUC of PPI and AS was calculated up to the last cycle

18

of data available for each patient. Average AUC of the treatment groups was compared from Cycle 1 to Cycle 10.

Results

Performance status remained stable in most patients during the treatment period and was similar between groups. See FIG. 4.

Overall, PPI scores were comparable; improving from baseline in 21.3% of men in the CbzP group and 18.2% in the MP group. See FIG. 5.

The CbzP group had a lower mean area under the curve (AUC) of PPI, suggesting less severe pain especially during cycles 7-10. See FIG. 6.

Analgesic use was comparable between the groups (lower mean AUC of AS means lower pain medication use). See FIG. 7.

CONCLUSION

Despite longer treatment with CbzP no worsening in ECOG PS was seen.

Present Pain Intensity score improved in 21% of men in CbzP vs. 18% in MP arm. Assessment of pain scores suggested less severe pain in the CbzP group during treatment.

Pain medication use was similar between groups.

Example 4

A population pharmacokinetic analysis was conducted in 170 patients with solid tumors at doses ranging from 10 to 30 mg/m² weekly or every 3 weeks.

Based on the population pharmacokinetic analysis, after an intravenous dose of cabazitaxel 25 mg/m² every 3 weeks, the mean $C_{max}$ in patients with metastatic prostate cancer was 226 ng/mL (CV 107%) and was reached at the end of the 1-hour infusion ($T_{max}$). The mean AUC in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%). No major deviation from the dose proportionality was observed from 10 to 30 mg/m² in patients with advanced solid tumors. The volume of distribution (Vss) was 4,864 L (2,643 L/m² for a patient with a median BSA of 1.84 m²) at steady state.

Based on the population pharmacokinetic analysis, cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%; 26.4 L/h/m² for a patient with a median BSA of 1.84 m²) in patients with metastatic prostate cancer. Following a 1-hour intravenous infusion, plasma concentrations of cabazitaxel can be described by a 3-compartment PK model with α-, β-, and γ-half-lives of 4 minutes, 2 hours, and 95 hours, respectively.

What is claimed is:

1. A method of increasing survival comprising administering to a patient in need thereof a dose of 20 to 25 mg/m² of cabazitaxel, or a hydrate or solvate thereof, in combination with an $H_2$ antagonist, wherein the $H_2$ antagonist is administered to the patient prior to administering the dose of cabazitaxel, and wherein said patient has castration resistant metastatic prostate cancer that has progressed during or after treatment with docetaxel.

2. The method of claim 1, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m².

3. The method of claim 1, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m².

US 10,716,777 B2

**19**

**20**

**4**. The method of claim **1**, where the $H_2$ antagonist is administered at least 30 minutes prior to administering the dose of cabazitaxel.

**5**. The method of claim **4**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/m$^2$.

**6**. The method of claim **4**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/m$^2$.

* * * * *

# EXHIBIT D

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use JEVTANA safely and effectively. See full prescribing information for JEVTANA.**

**JEVTANA® (cabazitaxel) injection, for intravenous use**
**Initial U.S. Approval: 2010**

---

**WARNING: NEUTROPENIA AND HYPERSENSITIVITY**
*See full prescribing information for complete boxed warning.*

- **Neutropenic deaths have been reported. Obtain frequent blood counts to monitor for neutropenia. JEVTANA is contraindicated in patients with neutrophil counts of ≤1,500 cells/mm$^3$. Primary prophylaxis with G-CSF is recommended in patients with high-risk clinical features. Consider primary prophylaxis with G-CSF in all patients receiving a dose of 25 mg/m$^2$ (4, 5.1, 5.2)**
- **Severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and bronchospasm. Discontinue JEVTANA immediately if severe reactions occur and administer appropriate therapy. (2.1, 5.2)**
- **Contraindicated if history of severe hypersensitivity reactions to cabazitaxel or to drugs formulated with polysorbate 80. (4)**

---

-----------------------------**RECENT MAJOR CHANGES**-----------------------------
| | |
|---|---|
| Warnings and Precautions (5.1, 5.2) | 12/2020 |
| Dosage and Administration (2.1) | 12/2020 |
| Warnings and Precautions (5.9) | 02/2020 |

-----------------------------**INDICATIONS AND USAGE**-----------------------------
JEVTANA is a microtubule inhibitor indicated in combination with prednisone for treatment of patients with metastatic castration-resistant prostate cancer previously treated with a docetaxel-containing treatment regimen. (1)

-----------------------------**DOSAGE AND ADMINISTRATION**-----------------------------
**Recommended Dose:** JEVTANA 20 mg/m$^2$ administered every three weeks as a one-hour intravenous infusion in combination with oral prednisone 10 mg administered daily throughout JEVTANA treatment. (2.1)
A dose of 25 mg/m$^2$ can be used in select patients at the discretion of the treating healthcare provider. (2.1, 5.1, 5.2, 6.1, 14)
- JEVTANA requires **two** dilutions prior to administration. (2.5)
- Use the **entire contents** of the accompanying diluent to achieve a concentration of 10 mg/mL JEVTANA. (2.5)
- PVC equipment should not be used. (2.5)

- **Premedication Regimen:** Administer intravenously 30 minutes before each dose of JEVTANA:
  o Antihistamine (dexchlorpheniramine 5 mg or diphenhydramine 25 mg or equivalent antihistamine)
  o Corticosteroid (dexamethasone 8 mg or equivalent steroid)
  o H$_2$ antagonist (ranitidine 50 mg or equivalent H$_2$ antagonist) (2.1)
  Antiemetic prophylaxis (oral or intravenous) is recommended as needed. (2.1)
- **Dosage Modifications:** See full prescribing information (2.2, 2.3, 2.4)

-----------------------------**DOSAGE FORMS AND STRENGTHS**-----------------------------
- Single dose vial 60 mg/1.5 mL, supplied with diluent (5.7 mL) for JEVTANA (3)

-----------------------------**CONTRAINDICATIONS**-----------------------------
- Neutrophil counts of ≤1,500/mm$^3$ (2.2, 4)

- History of severe hypersensitivity to JEVTANA or polysorbate 80 (4)
- Severe hepatic impairment (Total Bilirubin >3 × ULN) (4)

-----------------------------**WARNINGS AND PRECAUTIONS**-----------------------------
- Bone marrow suppression (particularly neutropenia) and its clinical consequences (febrile neutropenia, neutropenic infections, and death): Monitor blood counts frequently to determine if dosage modification or initiation of G-CSF is needed. Closely monitor patients with hemoglobin <10 g/dL. (2.2, 4, 5.1)
- Increased toxicities in elderly patients: Patients ≥65 years of age were more likely to experience fatal outcomes and certain adverse reactions, including neutropenia and febrile neutropenia. Monitor closely. (5.2, 8.5)
- Hypersensitivity: Severe hypersensitivity reactions can occur. Premedicate with corticosteroids and H$_2$ antagonists. Discontinue infusion immediately if hypersensitivity is observed and treat as indicated. (2.1, 5.2)
- Gastrointestinal disorders: Nausea, vomiting, and diarrhea may occur. Mortality related to diarrhea has been reported. Rehydrate and treat with antiemetics and antidiarrheals as needed. If experiencing Grade ≥3 diarrhea, dosage should be modified. (2.2) Deaths have occurred due to gastrointestinal hemorrhage, perforation and neutropenic enterocolitis. Delay or discontinue JEVTANA and treat as indicated. (5.4)
- Renal failure, including cases with fatal outcomes, has been reported. Identify cause and manage aggressively. (5.5)
- Urinary disorders including cystitis: Cystitis, radiation cystitis, and hematuria may occur. Monitor patients who previously received pelvic radiation for signs and symptoms of cystitis. Interrupt or discontinue JEVTANA and provide medical or surgical supportive care, as needed, in patients experiencing severe hemorrhagic cystitis. (5.6)
- Respiratory disorders: Interstitial pneumonia/pneumonitis, interstitial lung disease and acute respiratory distress syndrome, including fatal outcomes, have been reported. Delay or discontinue JEVTANA and treat as indicated. (5.7)
- Hepatic impairment: Administer JEVTANA at a dose of 20 mg/m$^2$ in patients with mild hepatic impairment. Administer JEVTANA at a dose of 15 mg/m$^2$ in patients with moderate hepatic impairment. (2.3, 5.8)
- Embryo-fetal toxicity: JEVTANA can cause fetal harm and loss of pregnancy. Advise males with female partners of reproductive potential to use effective contraception. (5.9, 8.1, 8.3)

-----------------------------**ADVERSE REACTIONS**-----------------------------
Most common all grades adverse reactions and laboratory abnormalities (≥10%) with JEVTANA 20 mg/m$^2$ or 25 mg/m$^2$ are neutropenia, anemia, diarrhea, nausea, fatigue, asthenia, vomiting, hematuria, constipation, decreased appetite, back pain, and abdominal pain. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact sanofi-aventis U.S. LLC at 1-800-633-1610 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

-----------------------------**DRUG INTERACTIONS**-----------------------------
Avoid coadministration of JEVTANA with strong CYP3A inhibitors. If patients require coadministration of a strong CYP3A inhibitor, consider a 25% JEVTANA dose reduction. (2.4, 7.1, 12.3)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 12/2020**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING: NEUTROPENIA AND HYPERSENSITIVITY**
**1   INDICATIONS AND USAGE**
**2   DOSAGE AND ADMINISTRATION**
  2.1   Dosing Information
  2.2   Dose Modifications for Adverse Reactions
  2.3   Dose Modifications for Hepatic Impairment
  2.4   Dose Modifications for Use with Strong CYP3A Inhibitors
  2.5   Preparation and Administration
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
  5.1   Bone Marrow Suppression
  5.2   Increased Toxicities in Elderly Patients
  5.3   Hypersensitivity Reactions
  5.4   Gastrointestinal Adverse Reactions
  5.5   Renal Failure
  5.6   Urinary Disorders Including Cystitis
  5.7   Respiratory Disorders
  5.8   Use in Patients with Hepatic Impairment
  5.9   Embryo-Fetal Toxicity
**6   ADVERSE REACTIONS**
  6.1   Clinical Trials Experience
  6.2   Postmarketing Experience
**7   DRUG INTERACTIONS**
  7.1   CYP3A Inhibitors
**8   USE IN SPECIFIC POPULATIONS**
  8.1   Pregnancy
  8.2   Lactation
  8.3   Females and Males of Reproductive Potential
  8.4   Pediatric Use
  8.5   Geriatric Use
  8.6   Renal Impairment
  8.7   Hepatic Impairment
**10   OVERDOSAGE**

Reference ID: 4719440

**11  DESCRIPTION**
**12  CLINICAL PHARMACOLOGY**
    12.1  Mechanism of Action
    12.2  Pharmacodynamics
    12.3  Pharmacokinetics
**13  NONCLINICAL TOXICOLOGY**
    13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
**14  CLINICAL STUDIES**
    14.1  TROPIC Trial (JEVTANA + prednisone compared to mitoxantrone)
    14.2  PROSELICA Trial (comparison of two doses of JEVTANA)
    14.3  CARD Trial (JEVTANA 25 mg/m$^2$ + prednisone/prednisolone +

primary prophylaxis G-CSF compared to abiraterone acetate+ prednisone/prednisolone or enzalutamide)
**15  REFERENCES**
**16  HOW SUPPLIED/STORAGE AND HANDLING**
    16.1  How Supplied
    16.2  Storage
    16.3  Handling and Disposal
**17  PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed.

2

**FULL PRESCRIBING INFORMATION**

---

**WARNING: NEUTROPENIA AND HYPERSENSITIVITY**

<u>Neutropenia</u>: **Neutropenic deaths have been reported. Monitor for neutropenia with frequent blood cell counts. JEVTANA is contraindicated in patients with neutrophil counts of ≤1,500 cells/mm³. Primary prophylaxis with G-CSF is recommended in patients with high-risk clinical features. Consider primary prophylaxis with G-CSF in all patients receiving a dose of 25 mg/m² *[see Contraindications (4) and Warnings and Precautions (5.1, 5.2)]*.**

<u>Severe hypersensitivity</u>: **Severe hypersensitivity reactions can occur and may include generalized rash/erythema, hypotension and bronchospasm. Severe hypersensitivity reactions require immediate discontinuation of the JEVTANA infusion and administration of appropriate therapy. Patients should receive premedication. JEVTANA is contraindicated in patients who have a history of severe hypersensitivity reactions to cabazitaxel or to other drugs formulated with polysorbate 80 *[see Dosage and Administration (2.1), Contraindications (4), and Warnings and Precautions (5.3)]*.**

---

## 1   INDICATIONS AND USAGE

JEVTANA® is indicated in combination with prednisone for the treatment of patients with metastatic castration-resistant prostate cancer previously treated with a docetaxel-containing treatment regimen.

## 2   DOSAGE AND ADMINISTRATION

### 2.1   Dosing Information

The recommended dose of JEVTANA is based on calculation of the Body Surface Area (BSA), and is 20 mg/m² administered as a one-hour intravenous infusion every three weeks in combination with oral prednisone 10 mg administered daily throughout JEVTANA treatment.

A dose of 25 mg/m² can be used in select patients at the discretion of the treating healthcare provider *[see Warnings and Precautions (5.1, 5.2), Adverse Reactions (6.1), and Clinical Studies (14)]*.

Primary prophylaxis with G-CSF is recommended in patients with high-risk clinical features. Consider primary prophylaxis with G-CSF in all patients receiving a dose of 25 mg/m² *[see Contraindications (4) and Warnings and Precautions (5.1, 5.2)]*.

Premedicate at least 30 minutes prior to each dose of JEVTANA with the following intravenous medications to reduce the risk and/or severity of hypersensitivity *[see Warnings and Precautions (5.3)]*:

- antihistamine (dexchlorpheniramine 5 mg, or diphenhydramine 25 mg or equivalent antihistamine),
- corticosteroid (dexamethasone 8 mg or equivalent steroid),
- H₂ antagonist (ranitidine 50 mg or equivalent H₂ antagonist).

Antiemetic prophylaxis is recommended and can be given orally or intravenously as needed *[see Warnings and Precautions (5.3)]*.

JEVTANA injection single-dose vial requires **two** dilutions prior to administration *[see Dosage and Administration (2.5)]*.

## 2.2   Dose Modifications for Adverse Reactions

Reduce or discontinue JEVTANA dosing for adverse reactions as described in Table 1.

**Table 1: Recommended Dosage Modifications for Adverse Reactions in Patients Treated with JEVTANA**

| Toxicity | Dosage Modification |
|---|---|
| Prolonged grade ≥3 neutropenia (greater than 1 week) despite appropriate medication including granulocyte-colony stimulating factor (G-CSF) | Delay treatment until neutrophil count is >1,500 cells/mm$^3$, then reduce dosage of JEVTANA by one dose level. Use G-CSF for secondary prophylaxis. |
| Febrile neutropenia or neutropenic infection | Delay treatment until improvement or resolution, and until neutrophil count is >1,500 cells/mm$^3$, then reduce dosage of JEVTANA by one dose level. Use G-CSF for secondary prophylaxis. |
| Grade ≥3 diarrhea or persisting diarrhea despite appropriate medication, fluid and electrolytes replacement | Delay treatment until improvement or resolution, then reduce dosage of JEVTANA by one dose level. |
| Grade 2 peripheral neuropathy | Delay treatment until improvement or resolution, then reduce dosage of JEVTANA by one dose level. |
| Grade ≥3 peripheral neuropathy | Discontinue JEVTANA. |

Patients at a 20 mg/m$^2$ dose who require dose reduction should decrease dosage of JEVTANA to 15 mg/m$^2$ *[see Adverse Reactions (6.1)]*.

Patients at a 25 mg/m$^2$ dose who require dose reduction should decrease dosage of JEVTANA to 20 mg/m$^2$. One additional dose reduction to 15 mg/m$^2$ may be considered *[see Adverse Reactions (6.1)]*.

## 2.3   Dose Modifications for Hepatic Impairment

- Mild hepatic impairment (total bilirubin >1 to ≤1.5 × Upper Limit of Normal (ULN) or AST >1.5 × ULN): Administer JEVTANA at a dose of 20 mg/m$^2$.
- Moderate hepatic impairment (total bilirubin >1.5 to ≤3 × ULN and AST = any): Administer JEVTANA at a dose of 15 mg/m$^2$ based on tolerability data in these patients; however, the efficacy of this dose is unknown.
- Severe hepatic impairment (total bilirubin >3 × ULN): JEVTANA is contraindicated in patients with severe hepatic impairment *[see Warning and Precautions (5.8) and Clinical Pharmacology (12.3)]*.

## 2.4   Dose Modifications for Use with Strong CYP3A Inhibitors

Concomitant drugs that are strong CYP3A inhibitors (e.g., ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin, voriconazole) may increase plasma concentrations of cabazitaxel. Avoid the coadministration of JEVTANA with these drugs. If patients require coadministration of a strong CYP3A inhibitor, consider a 25% JEVTANA dose reduction *[see Drug Interactions (7.1) and Clinical Pharmacology (12.3)]*.

## 2.5    Preparation and Administration

JEVTANA is a cytotoxic anticancer drug. Follow applicable special handling and disposal procedures *[see References (15)]*. If JEVTANA first diluted solution, or second (final) dilution for intravenous infusion should come into contact with the skin or mucous, immediately and thoroughly wash with soap and water.

Do not use PVC infusion containers or polyurethane infusions sets for preparation and administration of JEVTANA infusion solution.

JEVTANA should not be mixed with any other drugs.

<u>Preparation</u>

Read this **<u>entire</u>** section carefully before mixing and diluting. JEVTANA requires **<u>two</u>** dilutions prior to administration. Follow the preparation instructions provided below, as improper preparation may lead to overdose *[see Overdosage (10)]*.

**Note:** Both the JEVTANA injection and the diluent vials contain an overfill to compensate for liquid loss during preparation. This overfill ensures that after dilution with the **<u>entire contents</u>** of the accompanying diluent, there is an initial diluted solution containing 10 mg/mL JEVTANA.

Inspect the JEVTANA injection and supplied diluent vials. The JEVTANA injection is a clear yellow to brownish-yellow viscous solution.

Step 1 – first dilution

Each vial of JEVTANA (cabazitaxel) 60 mg/1.5 mL must first be mixed with the **<u>entire contents</u>** of supplied diluent. Once reconstituted, the resultant solution contains 10 mg/mL of JEVTANA.

When transferring the diluent, direct the needle onto the inside wall of JEVTANA vial and inject slowly to limit foaming. Remove the syringe and needle and gently mix the initial diluted solution by repeated inversions for at least 45 seconds to assure full mixing of the drug and diluent. Do not shake.

Let the solution stand for a few minutes to allow any foam to dissipate, and check that the solution is homogeneous and contains no visible particulate matter. It is not required that all foam dissipate prior to continuing the preparation process.

The resulting initial diluted JEVTANA solution (cabazitaxel 10 mg/mL) requires further dilution before administration. The second dilution should be done immediately (within 30 minutes) to obtain the final infusion as detailed in Step 2.

Step 2 – second (final) dilution

Withdraw the recommended dose from the JEVTANA solution containing 10 mg/mL as prepared in Step 1 using a calibrated syringe and further dilute into a sterile 250 mL PVC-free container of either 0.9% sodium chloride solution or 5% dextrose solution for infusion. If a dose greater than 65 mg of JEVTANA is required, use a larger volume of the infusion vehicle so that a concentration of 0.26 mg/mL JEVTANA is not exceeded. The concentration of the JEVTANA final infusion solution should be between 0.10 mg/mL and 0.26 mg/mL.

Remove the syringe and thoroughly mix the final infusion solution by gently inverting the bag or bottle.

As the final infusion solution is supersaturated, it may crystallize over time. Do not use if this occurs and discard.

Fully prepared JEVTANA infusion solution (in either 0.9% sodium chloride solution or 5% dextrose solution) should be used within 8 hours at ambient temperature (including the one-hour infusion), or for a total of 24 hours (including the one-hour infusion) under the refrigerated conditions.

Discard any unused portion.

<u>Administration</u>

Inspect visually for particulate matter, any crystals and discoloration prior to administration. If the JEVTANA first diluted solution or second (final) infusion solution is not clear or appears to have precipitation, it should be discarded.

Use an in-line filter of 0.22 micrometer nominal pore size (also referred to as 0.2 micrometer) during administration.

The final JEVTANA infusion solution should be administered intravenously as a one-hour infusion at room temperature.

## 3   DOSAGE FORMS AND STRENGTHS

JEVTANA (cabazitaxel) injection is supplied as a kit consisting of the following:

- Cabazitaxel injection: 60 mg/1.5 mL; a clear yellow to brownish-yellow viscous solution
- Diluent: 5.7 mL of 13% (w/w) ethanol in water; a clear colorless solution

## 4   CONTRAINDICATIONS

JEVTANA is contraindicated in patients with:

- neutrophil counts of $\leq 1,500/mm^3$ *[see Warnings and Precautions (5.1)]*
- history of severe hypersensitivity reactions to cabazitaxel or to other drugs formulated with polysorbate 80 *[see Warnings and Precautions (5.3)]*
- severe hepatic impairment (total bilirubin $>3 \times$ ULN) *[see Warnings and Precautions (5.8)]*

## 5   WARNINGS AND PRECAUTIONS

### 5.1   Bone Marrow Suppression

JEVTANA is contraindicated in patients with neutrophils $\leq 1,500/mm^3$ *[see Contraindications (4)]*. Closely monitor patients with hemoglobin <10 g/dL.

Bone marrow suppression manifested as neutropenia, anemia, thrombocytopenia and/or pancytopenia may occur. Neutropenic deaths have been reported.

<u>TROPIC Trial (JEVTANA 25 mg/m²)</u>

In the TROPIC trial with G-CSF administered only at the investigator's discretion, 5 patients (1.3%) died from neutropenic infection (sepsis or septic shock); 4 of these patients died in the first 30 days of treatment. One additional patient's death was attributed to neutropenia without a documented infection. Twenty-two (6%) patients discontinued JEVTANA treatment due to

neutropenia, febrile neutropenia, infection, or sepsis. Grade 3-4 neutropenia occurred in 82% of patients treated with JEVTANA in the randomized trial *[see Adverse Reactions (6.1)]*.

<u>PROSELICA Trial (comparison of JEVTANA 20 mg/m$^2$ version 25 mg/m$^2$)</u>

In the PROSELICA trial comparing two doses of JEVTANA, primary prophylaxis with G-CSF was not allowed, but could be administered after development of neutropenia at investigators discretion. Eight patients (1%) on the 20 mg/m$^2$ arm and 15 patients (3%) on the 25 mg/m$^2$ arm died from infection; of these, 4 deaths on the 20 mg/m$^2$ arm and 8 deaths on the 25 mg/m$^2$ arm occurred within the first 30 days of treatment. Clinically important neutropenia-related events occurred and included febrile neutropenia (2.1% on 20 mg/m$^2$ arm and 9.2% on 25 mg/m$^2$ arm), neutropenic infection/sepsis (2.1% on 20 mg/m$^2$ arm and 6.4% on 25 mg/m$^2$ arm), and neutropenic deaths (0.3% on 20 mg/m$^2$ arm and 0.7% on 25 mg/m$^2$ arm).

Fewer patients receiving JEVTANA 20 mg/m$^2$ were reported to have infectious adverse reactions. Grade 1-4 infections were experienced by 160 patients (28%) on the 20 mg/m$^2$ arm and 227 patients (38%) on the 25 mg/m$^2$ arm. Grade 3-4 infections were experienced by 57 patients (10%) on the 20 mg/m$^2$ arm and 120 patients (20%) on the 25 mg/m$^2$ arm. Noninferiority for overall survival was demonstrated between these two arms *[see Adverse Reactions (6.1)]*.

<u>CARD Trial (JEVTANA 25 mg/m$^2$ + primary prophylaxis G-CSF)</u>

In the CARD trial where JEVTANA 25 mg/m$^2$ was administered with primary prophylaxis of G-CSF, 1 patient (0.8%) died from sepsis within the first 30 days of treatment. Grade 1-4 neutropenia-related adverse reactions were experienced in 33 patients (26%). Grade 3-4 neutropenias was experienced by 26 patients (21%). Clinically important neutropenia-related events occurred and included febrile neutropenia (3.2%), neutropenic infection/sepsis (0.8%) and neutropenic deaths (0.8%) *[see Adverse Reactions (6.1)]*.

Based on guidelines for the use of G-CSF and the adverse reactions profile of JEVTANA, primary prophylaxis with G-CSF is recommended in patients with high-risk clinical features (older patients, poor performance status, previous episodes of febrile neutropenia, extensive prior radiation ports, poor nutritional status, or other serious comorbidities) that predispose them to increased complications from prolonged neutropenia. Consider primary prophylaxis with G-CSF in all patients receiving JEVTANA 25 mg/m$^2$.

Monitoring of complete blood counts is essential on a weekly basis during cycle 1 and before each treatment cycle thereafter so that the dose can be adjusted, if needed *[see Dosage and Administration (2.2)]*.

## 5.2   Increased Toxicities in Elderly Patients

In a randomized trial (TROPIC), 2% of patients (3/131) <65 years of age and 6% (15/240) ≥65 years of age died of causes other than disease progression within 30 days of the last JEVTANA dose. Patients ≥65 years of age are more likely to experience certain adverse reactions, including neutropenia and febrile neutropenia. The incidence of the following grade 3-4 adverse reactions was higher in patients ≥65 years of age compared to younger patients; neutropenia (87% vs 74%), and febrile neutropenia (8% vs 6%).

In a randomized clinical trial (PROSELICA) comparing two doses of JEVTANA, deaths due to infection within 30 days of starting JEVTANA occurred in 0.7% (4/580) patients on the 20

mg/m$^2$ arm and 1.3% (8/595) patients on the 25 mg/m$^2$ arm; all of these patients were >60 years of age.

In PROSELICA, on the 20 mg/m$^2$ arm, 3% (5/178) of patients <65 years of age and 2% (9/402) ≥65 years of age died of causes other than disease progression within 30 days of the last JEVTANA dose. On the 25 mg/m$^2$ arm, 2% (3/175) patients <65 years of age and 5% (20/420) ≥65 years of age died of causes other than disease progression within 30 days of the last JEVTANA dose *[see Adverse Reactions (6) and Use in Specific Populations (8.5)]*.

In CARD, a death due to infection within 30 days of starting JEVTANA occurred in 0.8% (1/126) patient who was >75 years of age.  There were 2.4% (3/126) of patients who died of causes other than disease progression within 30 days of the last JEVTANA dose; all of these patients were >75 years of age.

## 5.3    Hypersensitivity Reactions

Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of JEVTANA, thus facilities and equipment for the treatment of hypotension and bronchospasm should be available. Severe hypersensitivity reactions can occur and may include generalized rash/erythema, hypotension and bronchospasm.

Premedicate all patients prior to the initiation of the infusion of JEVTANA *[see Dosage and Administration (2.1)]*. Observe patients closely for hypersensitivity reactions, especially during the first and second infusions. Severe hypersensitivity reactions require immediate discontinuation of the JEVTANA infusion and appropriate therapy. JEVTANA is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or to other drugs formulated with polysorbate 80 *[see Contraindications (4)]*.

## 5.4    Gastrointestinal Adverse Reactions

Nausea, vomiting and severe diarrhea, at times, may occur. Deaths related to diarrhea and electrolyte imbalance occurred in the randomized clinical trials. Intensive measures may be required for severe diarrhea and electrolyte imbalance. Antiemetic prophylaxis is recommended. Treat patients with rehydration, antidiarrheal or antiemetic medications as needed. Treatment delay or dosage reduction may be necessary if patients experience Grade ≥3 diarrhea *[see Dosage and Administration (2.2)]*.

Gastrointestinal (GI) hemorrhage and perforation, ileus, enterocolitis, neutropenic enterocolitis, including fatal outcome, have been reported in patients treated with JEVTANA *[see Adverse Reactions (6.2)]*. Risk may be increased with neutropenia, age, steroid use, concomitant use of NSAIDs, antiplatelet therapy or anticoagulants, and patients with a prior history of pelvic radiotherapy, adhesions, ulceration and GI bleeding.

Abdominal pain and tenderness, fever, persistent constipation, diarrhea, with or without neutropenia, may be early manifestations of serious gastrointestinal toxicity and should be evaluated and treated promptly. JEVTANA treatment delay or discontinuation may be necessary.

The incidence of gastrointestinal adverse reactions is greater in the patients who have received prior radiation. In PROSELICA, diarrhea was reported in 41% (297/732) of patients who had received prior radiation and in 27% (118/443) of patients without prior radiation. Of the patients who had previously received radiation, more patients on the 25 mg/m$^2$ arm reported diarrhea, compared to patients on the 20 mg/m$^2$ arm.

### 5.5    Renal Failure

In the randomized clinical trial (TROPIC), renal failure of any grade occurred in 4% of the patients being treated with JEVTANA, including four cases with fatal outcome. Most cases occurred in association with sepsis, dehydration, or obstructive uropathy *[see Adverse Reactions (6.1)]*. Some deaths due to renal failure did not have a clear etiology. Appropriate measures should be taken to identify causes of renal failure and treat aggressively.

### 5.6    Urinary Disorders Including Cystitis

Cystitis, radiation cystitis, and hematuria, including that requiring hospitalization, has been reported with JEVTANA in patients who previously received pelvic radiation *[see Adverse Reactions (6.2)]*. In PROSELICA, cystitis and radiation cystitis were reported in 1.2% and 1.5% of patients who received prior radiation, respectively. Hematuria was reported in 19.4% of patients who received prior radiation and in 14.4% of patients who did not receive prior radiation. Cystitis from radiation recall may occur late in treatment with JEVTANA. Monitor patients who previously received pelvic radiation for signs and symptoms of cystitis while on JEVTANA. Interrupt or discontinue JEVTANA in patients experiencing severe hemorrhagic cystitis. Medical and/or surgical supportive treatment may be required to treat severe hemorrhagic cystitis.

### 5.7    Respiratory Disorders

Interstitial pneumonia/pneumonitis, interstitial lung disease and acute respiratory distress syndrome have been reported and may be associated with fatal outcome *[see Adverse Reactions (6.2)]*. Patients with underlying lung disease may be at higher risk for these events. Acute respiratory distress syndrome may occur in the setting of infection.

Interrupt JEVTANA if new or worsening pulmonary symptoms develop. Closely monitor, promptly investigate, and appropriately treat patients receiving JEVTANA. Consider discontinuation. The benefit of resuming JEVTANA treatment must be carefully evaluated.

### 5.8    Use in Patients with Hepatic Impairment

Cabazitaxel is extensively metabolized in the liver.

JEVTANA is contraindicated in patients with severe hepatic impairment (total bilirubin >3 × ULN) *[see Contraindications (4)]*. Dose should be reduced for patients with mild (total bilirubin >1 to ≤1.5 × ULN or AST >1.5 × ULN) and moderate (total bilirubin >1.5 to ≤3.0 × ULN and any AST) hepatic impairment, based on tolerability data in these patients *[see Dosage and Administration (2.3) and Use in Specific Populations (8.7)]*. Administration of JEVTANA to patients with mild and moderate hepatic impairment should be undertaken with caution and close monitoring of safety.

### 5.9    Embryo-Fetal Toxicity

Based on findings in animal reproduction studies and its mechanism of action, JEVTANA can cause fetal harm when administered to a pregnant woman *[see Clinical Pharmacology (12.1)]*. There are no available data in pregnant women to inform the drug-associated risk. In animal reproduction studies, intravenous administration of cabazitaxel in pregnant rats during organogenesis caused embryonic and fetal death at doses lower than the maximum recommended human dose (approximately 0.06 times the $C_{max}$ in patients at the recommended human dose). Advise males with female partners of reproductive potential to use effective contraception during

treatment and for 3 months after the last dose of JEVTANA *[see Use in Specific Populations (8.1, 8.3)]*.

# 6   ADVERSE REACTIONS

The following serious adverse reactions are discussed in greater detail in another section of the label:

- Bone Marrow Suppression *[see Warnings and Precautions (5.1)]*
- Increased Toxicities in Elderly Patients *[see Warnings and Precautions (5.2)]*
- Hypersensitivity Reactions *[see Warnings and Precautions (5.3)]*
- Gastrointestinal Adverse Reactions *[see Warnings and Precautions (5.4)]*
- Renal Failure *[see Warnings and Precautions (5.5)]*
- Urinary Disorders Including Cystitis *[see Warnings and Precautions (5.6)]*
- Respiratory Disorders *[see Warnings and Precautions (5.7)]*
- Use in Patients with Hepatic Impairment *[see Warnings and Precautions (5.8)]*

## 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, the adverse reaction rates observed cannot be directly compared to rates in other trials and may not reflect the rates observed in clinical practice.

<u>TROPIC Trial (JEVTANA 25 mg/m$^2$ compared to mitoxantrone)</u>

The safety of JEVTANA in combination with prednisone was evaluated in 371 patients with metastatic castration-resistant prostate cancer treated in the randomized TROPIC trial, compared to mitoxantrone plus prednisone.

Deaths due to causes other than disease progression within 30 days of last study drug dose were reported in 18 (5%) JEVTANA-treated patients and 3 (<1%) mitoxantrone-treated patients. The most common fatal adverse reactions in JEVTANA-treated patients were infections (n=5) and renal failure (n=4). The majority (4 of 5 patients) of fatal infection-related adverse reactions occurred after a single dose of JEVTANA. Other fatal adverse reactions in JEVTANA-treated patients included ventricular fibrillation, cerebral hemorrhage, and dyspnea.

The most common (≥10%) grade 1-4 adverse reactions were anemia, leukopenia, neutropenia, thrombocytopenia, diarrhea, fatigue, nausea, vomiting, constipation, asthenia, abdominal pain, hematuria, back pain, anorexia, peripheral neuropathy, pyrexia, dyspnea, dysgeusia, cough, arthralgia, and alopecia.

The most common (≥5%) grade 3-4 adverse reactions in patients who received JEVTANA were neutropenia, leukopenia, anemia, febrile neutropenia, diarrhea, fatigue, and asthenia.

Treatment discontinuations due to adverse reactions occurred in 18% of patients who received JEVTANA and 8% of patients who received mitoxantrone. The most common adverse reactions leading to treatment discontinuation in the JEVTANA group were neutropenia and renal failure. Dose reductions were reported in 12% of JEVTANA-treated patients and 4% of mitoxantrone-treated patients. Dose delays were reported in 28% of JEVTANA-treated patients and 15% of mitoxantrone-treated patients.

**Table 2: Adverse Reactions\* and Hematologic Abnormalities in ≥5% of Patients in TROPIC**

| Adverse Reactions | JEVTANA 25 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n=371 | | Mitoxantrone 12 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n=371 | |
|---|---|---|---|---|
| | Grade 1-4 % | Grade 3-4 % | Grade 1-4 % | Grade 3-4 % |
| **Blood and Lymphatic System Disorders** | | | | |
| Anemia[†] | 98 | 11 | 82 | 5 |
| Leukopenia[†] | 96 | 69 | 93 | 42 |
| Neutropenia[†] | 94 | 82 | 87 | 58 |
| Thrombocytopenia[†] | 48 | 4 | 43 | 2 |
| Febrile Neutropenia | 7 | 7 | 1 | 1 |
| **Gastrointestinal Disorders** | | | | |
| Diarrhea | 47 | 6 | 11 | <1 |
| Nausea | 34 | 2 | 23 | <1 |
| Vomiting | 22 | 2 | 10 | 0 |
| Constipation | 20 | 1 | 15 | <1 |
| Abdominal Pain[‡] | 17 | 2 | 6 | 0 |
| Dyspepsia[§] | 10 | 0 | 2 | 0 |
| **General Disorders and Administration Site Conditions** | | | | |
| Fatigue | 37 | 5 | 27 | 3 |
| Asthenia | 20 | 5 | 12 | 2 |
| Pyrexia | 12 | 1 | 6 | <1 |
| Peripheral Edema | 9 | <1 | 9 | <1 |
| Mucosal Inflammation | 6 | <1 | 3 | <1 |
| Pain | 5 | 1 | 5 | 2 |
| **Renal and Urinary Tract Disorders** | | | | |
| Hematuria | 17 | 2 | 4 | <1 |
| Dysuria | 7 | 0 | 1 | 0 |
| **Musculoskeletal and Connective Tissue Disorders** | | | | |
| Back Pain | 16 | 4 | 12 | 3 |
| Arthralgia | 11 | 1 | 8 | 1 |
| Muscle Spasms | 7 | 0 | 3 | 0 |
| **Metabolism and Nutrition Disorders** | | | | |
| Anorexia | 16 | <1 | 11 | <1 |
| Dehydration | 5 | 2 | 3 | <1 |
| **Nervous System Disorders** | | | | |
| Peripheral Neuropathy[¶] | 13 | <1 | 3 | <1 |

| Adverse Reactions | JEVTANA 25 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n=371 | | Mitoxantrone 12 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n=371 | |
|---|---|---|---|---|
| | Grade 1-4 % | Grade 3-4 % | Grade 1-4 % | Grade 3-4 % |
| Dysgeusia | 11 | 0 | 4 | 0 |
| Dizziness | 8 | 0 | 6 | <1 |
| Headache | 8 | 0 | 5 | 0 |
| **Respiratory, Thoracic and Mediastinal Disorders** | | | | |
| Dyspnea | 12 | 1 | 4 | <1 |
| Cough | 11 | 0 | 6 | 0 |
| **Skin and Subcutaneous Tissue Disorders** | | | | |
| Alopecia | 10 | 0 | 5 | 0 |
| **Investigations** | | | | |
| Weight Decreased | 9 | 0 | 8 | <1 |
| **Infections and Infestations** | | | | |
| Urinary Tract Infection# | 8 | 2 | 3 | 1 |
| **Cardiac Disorders** | | | | |
| Arrhythmiaþ | 5 | 1 | 2 | <1 |
| **Vascular Disorders** | | | | |
| Hypotension | 5 | <1 | 2 | <1 |

\* Graded using NCI CTCAE version 3.
† Based on laboratory values, JEVTANA: n=369, mitoxantrone: n=370.
‡ Includes abdominal discomfort, abdominal pain lower, abdominal pain upper, abdominal tenderness, and GI pain.
§ Includes gastroesophageal reflux disease and reflux gastritis.
¶ Includes peripheral motor neuropathy and peripheral sensory neuropathy.
# Includes urinary tract infection enterococcal and urinary tract infection fungal.
þ Includes atrial fibrillation, atrial flutter, atrial tachycardia, atrioventricular block complete, bradycardia, palpitations, supraventricular tachycardia, tachyarrhythmia, and tachycardia.

### PROSELICA Trial (comparison of two doses of JEVTANA)

In a noninferiority, multicenter, randomized, open-label study (PROSELICA), 1175 patients with metastatic castration-resistant prostate cancer, previously treated with a docetaxel-containing regimen, were treated with either JEVTANA 25 mg/m$^2$ (n=595) or the 20 mg/m$^2$ (n=580) dose.

Deaths within 30 days of last study drug dose were reported in 22 (3.8%) patients in the 20 mg/m$^2$ and 32 (5.4%) patients in the 25 mg/m$^2$ arm. The most common fatal adverse reactions in JEVTANA-treated patients were related to infections, and these occurred more commonly on the 25 mg/m$^2$ arm (n=15) than on the 20 mg/m$^2$ arm (n=8). Other fatal adverse reactions in JEVTANA-treated patients included cerebral hemorrhage, respiratory failure, paralytic ileus, diarrhea, acute pulmonary edema, disseminated intravascular coagulation, renal failure, sudden death, cardiac arrest, ischemic stroke, diverticular perforation, and cardiorenal syndrome.

Grade 1-4 adverse reactions occurring ≥5% more commonly in patients on the 25 mg/m$^2$ versus 20 mg/m$^2$ arms were leukopenia, neutropenia, thrombocytopenia, febrile neutropenia, decreased appetite, nausea, diarrhea, asthenia, and hematuria.

Grade 3-4 adverse reactions occurring ≥5% more commonly in patients on the 25 mg/m$^2$ versus 20 mg/m$^2$ arms were leukopenia, neutropenia, and febrile neutropenia.

Treatment discontinuations due to adverse reactions occurred in 17% of patients in the 20 mg/m$^2$ group and 20% of patients in the 25 mg/m$^2$ group. The most common adverse reactions leading to treatment discontinuation were fatigue and hematuria. The patients in the 20 mg/m$^2$ group received a median of 6 cycles (median duration of 18 weeks), while patients in the 25 mg/m$^2$ group received a median of 7 cycles (median duration of 21 weeks). In the 25 mg/m$^2$ group, 128 patients (22%) had a dose reduced from 25 to 20 mg/m$^2$, 19 patients (3%) had a dose reduced from 20 to 15 mg/m$^2$ and 1 patient (0.2%) had a dose reduced from 15 to 12 mg/m$^2$. In the 20 mg/m$^2$ group, 58 patients (10%) had a dose reduced from 20 to 15 mg/m$^2$, and 9 patients (2%) had a dose reduced from 15 to 12 mg/m$^2$.

**Table 3: Adverse Reactions\* and Hematologic Abnormalities in ≥5% of Patients in PROSELICA**

| Adverse Reactions | JEVTANA 20 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n=580 | | JEVTANA 25 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n=595 | |
|---|---|---|---|---|
| | Grade 1-4 % | Grade 3-4 % | Grade 1-4 % | Grade 3-4 % |
| **Blood and Lymphatic System Disorders** | | | | |
| Anemia† | 99.8 | 10 | 99.7 | 14 |
| Leukopenia† | 80 | 29 | 95 | 60 |
| Neutropenia† | 67 | 42 | 89 | 73 |
| Thrombocytopenia† | 35 | 3 | 43 | 4 |
| Febrile Neutropenia | 2 | 2 | 9 | 9 |
| **Gastrointestinal Disorders** | | | | |
| Diarrhea | 31 | 1 | 40 | 4 |
| Nausea | 25 | 0.7 | 32 | 1 |
| Constipation | 18 | 0.3 | 18 | 0.7 |
| Vomiting | 15 | 1.2 | 18 | 1 |
| Abdominal pain | 6 | 0.5 | 9 | 1 |
| Stomatitis | 5 | 0 | 5 | 0.3 |
| **General Disorders and Administration Site Conditions** | | | | |
| Fatigue | 25 | 3 | 27 | 4 |
| Asthenia | 15 | 2 | 20 | 2 |
| Edema peripheral | 7 | 0.2 | 9 | 0.2 |
| Pyrexia | 5 | 0.2 | 6 | 0.2 |
| **Renal and Urinary Disorders** | | | | |

| Adverse Reactions | JEVTANA 20 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n=580 | | JEVTANA 25 mg/m$^2$ every 3 weeks with prednisone 10 mg daily n=595 | |
|---|---|---|---|---|
| | Grade 1-4 % | Grade 3-4 % | Grade 1-4 % | Grade 3-4 % |
| Hematuria | 14 | 2 | 21 | 4 |
| Dysuria | 5 | 0.3 | 4 | 0 |
| **Metabolism and Nutrition Disorders** | | | | |
| Decreased appetite | 13 | 0.7 | 19 | 1 |
| **Musculoskeletal and Connective Tissue Disorders** | | | | |
| Back pain | 11 | 0.9 | 14 | 1 |
| Bone pain | 8 | 2 | 8 | 2 |
| Arthralgia | 8 | 0.5 | 7 | 0.8 |
| Pain in extremity | 5 | 0.2 | 7 | 0.5 |
| **Nervous System Disorders** | | | | |
| Dysgeusia | 7 | 0 | 11 | 0 |
| Peripheral sensory neuropathy | 7 | 0 | 11 | 0.7 |
| Dizziness | 4 | 0 | 5 | 0 |
| Headache | 5 | 0.2 | 4 | 0.2 |
| **Infections and Infestations** | | | | |
| Urinary tract infection‡ | 7 | 2 | 11 | 2 |
| Neutropenic infection§ | 3 | 2 | 7 | 6 |
| **Respiratory, Thoracic and Mediastinal Disorders** | | | | |
| Dyspnea | 5 | 0.9 | 8 | 0.7 |
| Cough | 6 | 0 | 6 | 0 |
| **Investigations** | | | | |
| Weight decreased | 4 | 0.2 | 7 | 0 |
| **Skin and Subcutaneous Tissue Disorders** | | | | |
| Alopecia | 3 | 0 | 6.1 | 0 |
| **Injury, Poisoning and Procedural Complications** | | | | |
| Wrong technique in drug usage process | 0.3 | 0 | 5 | 0 |

\* Grade from NCI CTCAE version 4.03.

† Based on laboratory values, JEVTANA 20 mg/m$^2$: n=577, JEVTANA 25 mg/m$^2$: n=590.

‡ Includes urinary tract infection staphylococcal, urinary tract infection bacterial, urinary tract infection fungal, and urosepsis.

§ Includes neutropenic sepsis.

## CARD Trial (JEVTANA 25 mg/m2 + primary prophylaxis with G-CSF)

The safety of JEVTANA 25 mg/m$^2$ in combination with prednisone/prednisolone and primary prophylaxis G-CSF was evaluated in a randomized, open-label study (CARD) in patients with

metastatic castration-resistant prostate cancer who progressed after receiving prior docetaxel-containing regimens and abiraterone acetate or enzalutamide *[see Clinical Studies 14.3]*. This study compared JEVTANA 25 mg/m² in combination with prednisone/prednisolone and primary prophylaxis with G-CSF to either abiraterone acetate 1000 mg once daily plus prednisone/prednisolone 5 mg twice daily or enzalutamide 160 mg once daily.  Among patients receiving JEVTANA, 35% remained on treatment at 6 months and 4.7% remained on treatment at 12 months.

Serious adverse reactions occurred in 39% of patients receiving JEVTANA.  Serious adverse reactions in ≥3% of patients included neutropenia (6%), infections (4.8%), and diarrhea, fatigue, pneumonia, and spinal cord compression (3.2% each). Deaths due to causes other than disease progression were reported in 2.4% of JEVTANA treated patients. Fatal adverse reactions in JEVTANA-treated patients were septic shock, urinary tract infection (UTI), and aspiration (0.8% each).

Treatment discontinuations due to adverse drug reactions occurred in 20% of patients who received JEVTANA and 8% of patients who received abiraterone acetate plus prednisone/prednisolone or enzalutamide. The adverse reactions leading to treatment discontinuation in >1% of patients in JEVTANA arm were nervous system disorders, infections/infestations, and gastrointestinal disorders.

Dose interruptions (alone or in combination with dose reduction) due to an adverse reaction occurred in 31% of patients receiving JEVTANA.  Dose reductions were reported in 18% of JEVTANA-treated patients. The most frequent adverse reactions leading to dose interruption of JEVTANA were fatigue (7%) and hypersensitivity reaction (3.2%); the most frequent adverse reaction leading to reduction of JEVTANA were neutropenia and peripheral neuropathy (3.9% each).

Table 4 summarizes the adverse reactions and laboratory hematologic abnormalities in patients in CARD.

The most common (≥10%) adverse reactions were fatigue, diarrhea, musculoskeletal pain, nausea, infections, peripheral neuropathy, hematuria, constipation, abdominal pain, decreased appetite, vomiting, dysgeusia, edema peripheral and lower urinary tract symptoms.

The most common (≥10%) hematologic abnormalities were anemia, lymphopenia, neutropenia and thrombocytopenia.

**Table 4: Adverse Reactions* and Hematologic Abnormalities in ≥5% of Patients in CARD Trial**

| Adverse Reactions | JEVTANA 25 mg/m² + prednisone/prednisolone + G-CSF (N=126) | | Abiraterone + prednisone/prednisolone or Enzalutamide (N=124) | |
|---|---|---|---|---|
| | Grades 1-4 % | Grade 3-4 % | Grades 1-4 % | Grade 3-4 % |
| **Blood and lymphatic system disorders** | | | | |
| Anemia[†] | 99 | 8 | 95 | 4.8 |
| Lymphopenia[†] | 72 | 27 | 55 | 17 |
| Neutropenia[†] | 66 | 45 | 7 | 3.2 |

| Adverse Reactions | JEVTANA 25 mg/m² + prednisone/prednisolone + G-CSF (N=126) | | Abiraterone + prednisone/prednisolone or Enzalutamide (N=124) | |
|---|---|---|---|---|
| | Grades 1-4 % | Grade 3-4 % | Grades 1-4 % | Grade 3-4 % |
| Thrombocytopenia[†] | 41 | 3.2 | 16 | 1.6 |
| **General disorders and administration site conditions** | | | | |
| Fatigue[‡] | 53 | 4 | 36 | 2.4 |
| Edema peripheral[§] | 11 | 0.8 | 10 | 1.6 |
| Pyrexia | 6 | 0 | 7 | 0 |
| Pain | 6 | 0 | 6 | 0.8 |
| **Gastrointestinal disorders** | | | | |
| Diarrhea[¶] | 40 | 4.8 | 6 | 0 |
| Nausea | 23 | 0 | 23 | 0.8 |
| Constipation | 15 | 0 | 11 | 0 |
| Abdominal pain[#] | 14 | 1.6 | 6 | 0.8 |
| Vomiting | 13 | 0 | 12 | 1.6 |
| Stomatitis | 8 | 0 | 1.6 | 0 |
| Dyspepsia | 4.8 | 0 | 2.4 | 0 |
| **Musculoskeletal and connective tissue disorders** | | | | |
| Musculoskeletal pain[b] | 27 | 1.6 | 40 | 6 |
| Pain in extremity | 4.8 | 0 | 11 | 2.4 |
| Bone fracture[ß] | 3.2 | 1.6 | 8 | 2.4 |
| **Infections and infestations** | | | | |
| Infections[à] | 19 | 4 | 14 | 6 |
| **Nervous system disorders** | | | | |
| Peripheral neuropathy[è] | 18 | 1.6 | 4.8 | 0 |
| Dysgeusia | 11 | 0 | 4 | 0 |
| Polyneuropathy | 6 | 1.6 | 0 | 0 |
| Dizziness | 0.8 | 0 | 4.8 | 0 |
| **Renal and urinary disorders** | | | | |
| Hematuria[ð] | 16 | 0.8 | 6 | 1.6 |
| Lower urinary tract symptoms[ø] | 10 | 0 | 9 | 0 |
| Acute kidney injury[ý] | 5 | 2.4 | 10 | 4 |
| **Metabolism and nutrition disorders** | | | | |
| Decreased appetite | 14 | 0.8 | 15 | 2.4 |
| Hypokalemia | 3.2 | 0 | 6 | 0 |
| **Neoplasms benign, malignant and unspecified (incl cysts and polyps)** | | | | |
| Cancer pain | 8 | 1.6 | 9 | 2.4 |
| **Cardiac disorders[£]** | 6 | 0.8 | 6 | 3.2 |
| **Respiratory, thoracic and mediastinal disorders** | | | | |
| Pneumonia[¥] | 6 | 1.6 | 3.2 | 0.8 |

| Adverse Reactions | JEVTANA 25 mg/m$^2$ + prednisone/prednisolone + G-CSF (N=126) | | Abiraterone + prednisone/prednisolone or Enzalutamide (N=124) | |
|---|---|---|---|---|
| | Grades 1-4 % | Grade 3-4 % | Grades 1-4 % | Grade 3-4 % |
| Dyspnea | 6 | 0 | 2.4 | 0 |
| **Skin and subcutaneous tissue disorders** | | | | |
| Alopecia | 6 | 0 | 0 | 0 |
| **Injury, poisoning and procedural complications** | | | | |
| Fall | 4.8 | 0 | 0 | 0 |
| **Vascular disorders** | | | | |
| Hypertension$^{Œ}$ | 4 | 2.4 | 8 | 2.4 |
| **Investigations** | | | | |
| Weight decreased | 4 | 0 | 6 | 0 |
| **Psychiatric disorders** | | | | |
| Insomnia | 3.2 | 0 | 4.8 | 0 |

\* Grade from NCI CTC version 4.0.

† Based on laboratory values - % calculated using the number of patients with at least one event(n) over the number of patients assessed for each parameter during the on-treatment period

‡ includes asthenia, fatigue, lethargy, malaise

§ includes lymphoedema, edema peripheral, peripheral swelling

¶ includes colitis, diarrhea, diarrhea hemorrhagic, gastroenteritis

\# includes abdominal pain, abdominal pain lower, abdominal pain upper, flank pain, gastrointestinal pain

ᵇ includes arthralgia, back pain, bone pain, musculoskeletal chest pain, musculoskeletal discomfort, musculoskeletal pain, myalgia, neck pain, noncardiac chest pain

ᵝ incudes femoral neck fracture, pathological fracture, rib fracture, spinal compression fracture, sternal fracture, thoracic vertebral fracture

ᵃ includes bacteremia, bacteriuria, cellulitis, device related sepsis, Enterobacter sepsis, erysipelas, furuncle, influenza, influenza like illness, localized infection, oral fungal infection, perineal cellulitis, pulmonary sepsis, pyelocaliectasis, pyelonephritis, pyelonephritis acute, respiratory tract infection, respiratory tract infection viral, sepsis, septic shock, subcutaneous abscess, upper respiratory tract infection, ureteritis, urinary tract infection, urinary tract infection bacterial, urosepsis, viral infection

ᶜ includes neuropathy peripheral, paresthesia, peripheral motor neuropathy, peripheral sensorimotor neuropathy, peripheral sensory neuropathy

ᵟ includes hematuria, cystitis hemorrhagic

ᵉ include lower urinary tract symptoms, micturition urgency, nocturia, pollakiuria, urinary incontinence, urinary retention, dysuria

ʸ includes acute kidney injury, blood creatinine increased, renal failure, renal impairment

ᵋ includes aortic valve incompetence, aortic valve stenosis, atrial fibrillation, atrial flutter, atrioventricular block complete, atrioventricular block second degree, bradycardia, sinus bradycardia, tachycardia, cardiac failure, acute coronary syndrome, angina pectoris

ᵞ includes lower respiratory tract infection, lung infection, lung infiltration, pneumonia

Œ includes hypertension, hypertensive crisis

Clinically relevant ≥ Grade 3 adverse reactions in <5% of patients who received JEVTANA in combination with prednisone and primary prophylaxis G-CSF: febrile neutropenia (3.2%) pulmonary embolism (1.6%) and neutropenic infection (0.8%).

<u>Hematuria</u>

In study TROPIC, adverse reactions of hematuria, including those requiring medical intervention, were more common in JEVTANA-treated patients. The incidence of grade ≥2 hematuria was 6% in JEVTANA-treated patients and 2% in mitoxantrone-treated patients. Other factors associated with hematuria were well-balanced between arms and do not account for the increased rate of hematuria on the JEVTANA arm.

In study PROSELICA, hematuria of all grades was observed in 18% of patients overall.

In CARD, hematuria of all grades was observed in 16% of patients receiving JEVTANA.

Hepatic Laboratory Abnormalities

The incidences of grade 3-4 increased AST, increased ALT, and increased bilirubin were each ≤1%.

## 6.2   Postmarketing Experience

The following adverse reactions have been identified from clinical trials and/or postmarketing surveillance. Because they are reported from a population of unknown size, precise estimates of frequency cannot be made.

Gastrointestinal: Gastritis, intestinal obstruction.

Respiratory: Interstitial pneumonia/pneumonitis, interstitial lung disease and acute respiratory distress syndrome.

Renal and urinary disorders: Radiation recall hemorrhagic cystitis.

# 7   DRUG INTERACTIONS

## 7.1   CYP3A Inhibitors

Cabazitaxel is primarily metabolized through CYP3A *[see Clinical Pharmacology (12.3)]*. Strong CYP3A inhibitors (e.g., ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin, voriconazole) may increase plasma concentrations of cabazitaxel. Avoid the coadministration of JEVTANA with strong CYP3A inhibitors. If patients require coadministration of a strong CYP3A inhibitor, consider a 25% JEVTANA dose reduction *[see Dosage and Administration (2.4) and Clinical Pharmacology (12.3)]*.

# 8   USE IN SPECIFIC POPULATIONS

## 8.1   Pregnancy

Risk Summary

The safety and efficacy of JEVTANA have not been established in females. There are no human data on the use of JEVTANA in pregnant women to inform the drug-associated risk. In animal reproduction studies, intravenous administration of cabazitaxel in pregnant rats during organogenesis caused embryonic and fetal death at doses lower than the maximum recommended human dose *[see Data]*.

Data

Animal data

In an early embryonic developmental toxicity study in rats, cabazitaxel was administered intravenously for 15 days prior to mating through Day 6 of pregnancy, which resulted in an increase in pre-implantation loss at 0.2 mg/kg/day and an increase in early resorptions at $\geq$0.1 mg/kg/day (approximately 0.06 and 0.02 times the $C_{max}$ in patients at the recommended human dose, respectively).

In an embryo-fetal developmental toxicity study in rats, cabazitaxel caused maternal and embryo-fetal toxicity consisting of increased postimplantation loss, embryolethality, and fetal deaths when administered intravenously at a dose of 0.16 mg/kg/day (approximately 0.06 times the $C_{max}$ in patients at the recommended human dose). Decreased mean fetal birthweight associated with delays in skeletal ossification was observed at doses $\geq$0.08 mg/kg. Cabazitaxel crossed the placenta barrier within 24 hours of a single intravenous administration of 0.08 mg/kg to pregnant rats at gestational day 17. A dose of 0.08 mg/kg in rats resulted in a $C_{max}$ approximately 0.02 times that observed in patients at the recommended human dose. Administration of cabazitaxel did not result in fetal abnormalities in rats or rabbits at exposure levels significantly lower than the expected human exposures.

## 8.2    Lactation

Risk Summary

The safety and efficacy of JEVTANA have not been established in females. There is no information available on the presence of cabazitaxel in human milk, the effects of the drug on the breastfed infant, or the effects of the drug on milk production. Cabazitaxel or cabazitaxel metabolites are excreted in maternal milk of lactating rats *[see Data]*.

Data

Animal data

In a milk excretion study, radioactivity related to cabazitaxel was detected in the stomachs of nursing pups within 2 hours of a single intravenous administration of cabazitaxel to lactating rats at a dose of 0.08 mg/kg (approximately 0.02 times the $C_{max}$ in patients at the recommended human dose). This was detectable 24 hours post dose. Approximately 1.5% of the dose delivered to the mother was calculated to be delivered in the maternal milk.

## 8.3    Females and Males of Reproductive Potential

Contraception

Males

Based on findings in animal reproduction studies, advise male patients with female partners of reproductive potential to use effective contraception during treatment and for 3 months after the last dose of JEVTANA *[see Use in Specific Populations (8.1)]*.

Infertility

Males

Based on animal toxicology studies, JEVTANA may impair human fertility in males of reproductive potential *[see Nonclinical Toxicology (13.1)]*.

## 8.4    Pediatric Use

The safety and effectiveness of JEVTANA in pediatric patients have not been established.

JEVTANA was evaluated in 39 pediatric patients (ages 3 to 18 years) receiving prophylactic G-CSF. The maximum tolerated dose (MTD) was 30 mg/m$^2$ intravenously over 1 hour on Day 1 of a 21 day cycle in pediatric patients with solid tumors based on the dose-limiting toxicity (DLT) of febrile neutropenia. No objective responses were observed in 11 patients with refractory high grade glioma (HGG) or diffuse intrinsic pontine glioma (DIPG). One patient had a partial response among the 9 patients with ependymoma.

Infusion related/hypersensitivity reactions were seen in 10 patients (26%). Three patients experienced serious adverse events of anaphylactic reaction. The incidence of infusion related/hypersensitivity reactions decreased with steroid pre-medication. The most frequent treatment-emergent adverse events were similar to those reported in adults.

Based on the population pharmacokinetics analysis conducted with data from 31 pediatric patients with cancer (ages 3 to 18 years), the clearances by body surface area were comparable to those in adults.

## 8.5    Geriatric Use

In the TROPIC study, of the 371 patients with prostate cancer treated with JEVTANA every three weeks plus prednisone, 240 patients (64.7%) were 65 years of age and over, while 70 patients (18.9%) were 75 years of age and over. No overall differences in effectiveness were observed between patients ≥65 years of age and younger patients. Elderly patients (≥65 years of age) may be more likely to experience certain adverse reactions. The incidence of death due to causes other than disease progression within 30 days of the last cabazitaxel dose were higher in patients who were 65 years of age or greater compared to younger patients *[see Warnings and Precautions (5.2)]*. The incidence of grade 3-4 neutropenia and febrile neutropenia were higher in patients who were 65 years of age or greater compared to younger patients. The following grade 1-4 adverse reactions were reported at rates ≥5% higher in patients 65 years of age or older compared to younger patients: fatigue (40% vs 30%), neutropenia (97% vs 89%), asthenia (24% vs 15%), pyrexia (15% vs 8%), dizziness (10% vs 5%), urinary tract infection (10% vs 3%), and dehydration (7% vs 2%), respectively.

In the PROSELICA study, the grade 1-4 adverse reactions reported at rates of at least 5% higher in patients 65 years of age or older compared to younger patients were diarrhea (43% vs 33%), fatigue (30% vs 19%), asthenia (22% vs 13%), constipation (20% vs 13%), clinical neutropenia (13% vs 6%), febrile neutropenia (11% vs 5%), and dyspnea (10% vs 3%).

In the CARD study, the grade 1-4 adverse reactions reported at rates of at least 5% higher in patients 65 years of age or older compared to younger patients were decreased appetite (16% vs 7%), hypertension (5% vs 0), constipation (18% vs 7%), paresthesia (6% vs 0), stomatitis (10% vs 3%), musculoskeletal pain (5% vs 0), fatigue (31% vs 23%), asthenia (30% vs 19%), and edema peripheral (11% vs 0).

Based on a population pharmacokinetic analysis, no significant difference was observed in the pharmacokinetics of cabazitaxel between patients <65 years (n=100) and older (n=70).

## 8.6    Renal Impairment

No dose adjustment is necessary in patients with renal impairment not requiring hemodialysis. Patients presenting with end-stage renal disease (creatinine clearance CL$_{CR}$ <15 mL/min/1.73 m$^2$), should be monitored carefully during treatment *[see Clinical Pharmacology (12.3)]*.

## 8.7    Hepatic Impairment

Cabazitaxel is extensively metabolized in the liver. Patients with mild hepatic impairment (total bilirubin >1 to ≤1.5 × ULN or AST >1.5 × ULN) should have JEVTANA dose of 20 mg/m². Administration of cabazitaxel to patients with mild hepatic impairment should be undertaken with caution and close monitoring of safety *[see Clinical Pharmacology (12.3)]*. The maximum tolerated dose in patients with moderate hepatic impairment (total bilirubin >1.5 to ≤3.0 × ULN and AST = any) was 15 mg/m², however, the efficacy at this dose level was unknown. JEVTANA is contraindicated in patients with severe hepatic impairment (total bilirubin >3 × ULN) *[see Contraindications (4)]*.

## 10    OVERDOSAGE

There is no known antidote for JEVTANA overdose. Overdose has resulted from improper preparation *[see Dosage and Administration (2.5)]*. Read the entire section *Dosage and Administration (2)* carefully before mixing or diluting. Complications of overdose include exacerbation of adverse reactions such as bone marrow suppression and gastrointestinal disorders. Overdose has led to fatal outcome.

In case of overdose, the patient should be kept in a specialized unit where vital signs, chemistry and particular functions can be closely monitored. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

## 11    DESCRIPTION

JEVTANA (cabazitaxel) injection is an antineoplastic agent belonging to the taxane class that is for intravenous use. It is prepared by semi-synthesis with a precursor extracted from yew needles.

The chemical name of cabazitaxel is (2α,5β,7β,10β,13α)-4-acetoxy-13-({(2R,3S)-3-[(tertbutoxycarbonyl) amino]-2-hydroxy-3-phenylpropanoyl}oxy)-1-hydroxy-7,10-dimethoxy-9-oxo-5,20-epoxytax-11-en-2-yl benzoate – propan-2-one (1:1).

Cabazitaxel has the following structural formula:



Cabazitaxel is a white to almost-white powder with a molecular formula of $C_{45}H_{57}NO_{14}C_3H_6O$ and a molecular weight of 894.01 (for the acetone solvate) / 835.93 (for the solvent free). It is lipophilic, practically insoluble in water and soluble in alcohol.

JEVTANA (cabazitaxel) injection 60 mg/1.5 mL is a sterile, non-pyrogenic, clear yellow to brownish-yellow viscous solution and is available in single-dose vials containing 60 mg cabazitaxel (anhydrous and solvent free) and 1.56 g polysorbate 80.

Each mL contains 40 mg cabazitaxel (anhydrous) and 1.04 g polysorbate 80.

DILUENT for JEVTANA is a clear, colorless, sterile, and non-pyrogenic solution containing 13% (w/w) ethanol in water for injection, approximately 5.7 mL.

JEVTANA requires two dilutions prior to intravenous infusion. JEVTANA injection should be diluted only with the supplied DILUENT for JEVTANA, followed by dilution in either 0.9% sodium chloride solution or 5% dextrose solution.

## 12   CLINICAL PHARMACOLOGY

### 12.1   Mechanism of Action

Cabazitaxel is a microtubule inhibitor. Cabazitaxel binds to tubulin and promotes its assembly into microtubules while simultaneously inhibiting disassembly. This leads to the stabilization of microtubules, which results in the inhibition of mitotic and interphase cellular functions.

### 12.2   Pharmacodynamics

<u>Cardiac Electrophysiology</u>

The effect of cabazitaxel following a single dose of 25 mg/m$^2$ administered by intravenous infusion on QTc interval was evaluated in 94 patients with solid tumors. No large changes in the mean QT interval (i.e., >20 ms) from baseline based on Fridericia correction method were detected. However, a small increase in the mean QTc interval (i.e., <10 ms) cannot be excluded due to study design limitations.

### 12.3   Pharmacokinetics

A population pharmacokinetic analysis was conducted in 170 patients with solid tumors at doses ranging from 10 to 30 mg/m$^2$ weekly or every three weeks.

<u>Absorption</u>

Based on the population pharmacokinetic analysis, after an intravenous dose of cabazitaxel 25 mg/m$^2$ every three weeks, the mean $C_{max}$ in patients with metastatic prostate cancer was 226 ng/mL (CV 107%) and was reached at the end of the one-hour infusion ($T_{max}$). The mean AUC in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%).

No major deviation from the dose proportionality was observed from 10 to 30 mg/m$^2$ in patients with advanced solid tumors.

<u>Distribution</u>

The volume of distribution ($V_{ss}$) was 4,864 L (2,643 L/m$^2$ for a patient with a median BSA of 1.84 m$^2$) at steady state.

*In vitro*, the binding of cabazitaxel to human serum proteins was 89% to 92% and was not saturable up to 50,000 ng/mL, which covers the maximum concentration observed in clinical trials. Cabazitaxel is mainly bound to human serum albumin (82%) and lipoproteins (88% for HDL, 70% for LDL, and 56% for VLDL). The *in vitro* blood-to-plasma concentration ratio in human blood ranged from 0.90 to 0.99, indicating that cabazitaxel was equally distributed between blood and plasma.

<u>Metabolism</u>

Cabazitaxel is extensively metabolized in the liver (>95%), mainly by the CYP3A4/5 isoenzyme (80% to 90%), and to a lesser extent by CYP2C8. Cabazitaxel is the main circulating moiety in human plasma. Seven metabolites were detected in plasma (including the 3 active metabolites issued from O-demethylation), with the main one accounting for 5% of cabazitaxel exposure. Around 20 metabolites of cabazitaxel are excreted into human urine and feces.

<u>Elimination</u>

After a one-hour intravenous infusion [$^{14}$C]-cabazitaxel 25 mg/m$^2$, approximately 80% of the administered dose was eliminated within 2 weeks. Cabazitaxel is mainly excreted in the feces as numerous metabolites (76% of the dose); while renal excretion of cabazitaxel and metabolites account for 3.7% of the dose (2.3% as unchanged drug in urine).

Based on the population pharmacokinetic analysis, cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%; 26.4 L/h/m² for a patient with a median BSA of 1.84 m²) in patients with metastatic prostate cancer. Following a one-hour intravenous infusion, plasma concentrations of cabazitaxel can be described by a three-compartment pharmacokinetic model with α-, β-, and γ-half-lives of 4 minutes, 2 hours, and 95 hours, respectively.

<u>Renal Impairment</u>

Cabazitaxel is minimally excreted via the kidney. A population pharmacokinetic analysis carried out in 170 patients including 14 patients with moderate renal impairment (30 mL/min ≤CL$_{CR}$ <50 mL/min) and 59 patients with mild renal impairment (50 mL/min ≤CL$_{CR}$ <80 mL/min) showed that mild to moderate renal impairment did not have meaningful effects on the pharmacokinetics of cabazitaxel. This was confirmed by a dedicated comparative pharmacokinetic study in patients with solid tumors with normal renal function (n=8, CL$_{CR}$ >80 mL/min/1.73 m$^2$), or moderate (n=8, 30 mL/min/1.73 m$^2$ ≤CL$_{CR}$ <50 mL/min/1.73 m$^2$) and severe (n=9, CL$_{CR}$ <30 mL/min/1.73 m$^2$) renal impairment, who received several cycles of cabazitaxel in single IV infusion up to 25 mg/m$^2$. Limited pharmacokinetic data were available in patients with end-stage renal disease (n=2, CL$_{CR}$ <15 mL/min/1.73 m$^2$).

<u>Hepatic Impairment</u>

Cabazitaxel is extensively metabolized in the liver.

A dedicated study in 43 cancer patients with hepatic impairment showed no influence of mild (total bilirubin >1 to ≤1.5 × ULN or AST >1.5 × ULN) or moderate (total bilirubin >1.5 to ≤3.0 × ULN) hepatic impairment on cabazitaxel pharmacokinetics. The maximum tolerated dose (MTD) of cabazitaxel was 20 and 15 mg/m$^2$, respectively.

In 3 patients with severe hepatic impairment (total bilirubin >3 × ULN), a 39% decrease in clearance was observed when compared to patients with mild hepatic impairment (ratio=0.61, 90% CI: 0.36-1.05), indicating some effect of severe hepatic impairment on cabazitaxel pharmacokinetics. The MTD of cabazitaxel in patients with severe hepatic impairment was not established. Based on safety and tolerability data, cabazitaxel dose should be maintained at 20 mg/m$^2$ in patients with mild hepatic impairment and reduced to 15 mg/m$^2$ in patients with moderate hepatic impairment *[see Warnings and Precautions (5.8) and Use in Specific Populations (8.7)]*. Cabazitaxel is contraindicated in patients with severe hepatic impairment *[see Contraindications (4) and Use in Specific Populations (8.7)]*.

<u>Drug Interactions</u>

A drug interaction study of JEVTANA in 23 patients with advanced cancers has shown that repeated administration of ketoconazole (400 mg administration orally once daily), a strong CYP3A inhibitor, increased the exposure to cabazitaxel (5 mg/m$^2$ intravenous) by 25%.

A drug interaction study of JEVTANA in 13 patients with advanced cancers has shown that repeated administration of aprepitant (125 or 80 mg once daily), a moderate CYP3A inhibitor, did not modify the exposure to cabazitaxel (15 mg/m$^2$ intravenous).

A drug interaction study of JEVTANA in 21 patients with advanced cancers has shown that repeated administration of rifampin (600 mg once daily), a strong CYP3A inducer, decreased the exposure to cabazitaxel (15 mg/m$^2$ intravenous) by 17%.

A drug interaction study of JEVTANA in 11 patients with advanced cancers has shown that cabazitaxel (25 mg/m$^2$ administered as a single 1-hour infusion) did not modify the exposure to midazolam, a probe substrate of CYP3A.

Prednisone or prednisolone administered at 10 mg daily did not affect the pharmacokinetics of cabazitaxel.

Based on *in vitro* studies, the potential for cabazitaxel to inhibit drugs that are substrates of other CYP isoenzymes (1A2, -2B6, -2C9, -2C8, -2C19, -2E1, -2D6, and CYP3A4/5) is low. In addition, cabazitaxel did not induce CYP isozymes (-1A, -2C9 and -3A) *in vitro*.

*In vitro,* cabazitaxel did not inhibit the multidrug-resistance protein 1 (MRP1), 2 (MRP2) or organic cation transporter (OCT1). *In vitro,* cabazitaxel inhibited P-gp, BRCP, and organic anion transporting polypeptides (OATP1B1, OATP1B3). However, the *in vivo* risk of cabazitaxel inhibiting MRPs, OCT1, P-gp, BCRP, OATP1B1 or OATP1B3 is low at the dose of 25 mg/m$^2$.

*In vitro,* cabazitaxel is a substrate of P-gp, but not a substrate of MRP1, MRP2, BCRP, OCT1, OATP1B1 or OATP1B3.

## 13    NONCLINICAL TOXICOLOGY

## 13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility

Long-term animal studies have not been performed to evaluate the carcinogenic potential of cabazitaxel.

Cabazitaxel was positive for clastogenesis in the *in vivo* micronucleus test, inducing an increase of micronuclei in rats at doses ≥0.5 mg/kg. Cabazitaxel increased numerical aberrations with or without metabolic activation in an *in vitro* test in human lymphocytes though no induction of structural aberrations was observed. Cabazitaxel did not induce mutations in the bacterial reverse mutation (Ames) test. The positive *in vivo* genotoxicity findings are consistent with the pharmacological activity of the compound (inhibition of tubulin depolymerization).

In a fertility study performed in female rats at cabazitaxel doses of 0.05, 0.1, or 0.2 mg/kg/day there was no effect of administration of the drug on mating behavior or the ability to become pregnant. In repeat-dose toxicology studies in rats with intravenous cabazitaxel administration once every three weeks for up to 6 months, atrophy of the uterus was observed at the 5 mg/kg dose level (approximately the AUC in patients with cancer at the recommended human dose) along with necrosis of the corpora lutea at doses ≥1 mg/kg (approximately 0.2 times the AUC at the clinically recommended human dose).

In a fertility study in male rats, cabazitaxel did not affect mating performances or fertility at doses of 0.05, 0.1, or 0.2 mg/kg/day. In repeat-dose toxicology studies with intravenous cabazitaxel administration once every three weeks for up to 9 months, degeneration of seminal vesicle and seminiferous tubule atrophy in the testis were observed in rats at a dose of 1 mg/kg (approximately 0.2 times the AUC in patients at the recommended human dose), and minimal testicular degeneration (minimal epithelial single cell necrosis in epididymis) was observed in dogs treated at a dose of 0.5 mg/kg (approximately 0.1 times the AUC in patients at the recommended human dose).

## 14   CLINICAL STUDIES

### 14.1   TROPIC Trial (JEVTANA + prednisone compared to mitoxantrone)

The efficacy and safety of JEVTANA in combination with prednisone were evaluated in a randomized, open-label, international, multi-center study in patients with metastatic castration-resistant prostate cancer previously treated with a docetaxel-containing treatment regimen (TROPIC, NCT00417079).

A total of 755 patients were randomized to receive either JEVTANA 25 mg/m$^2$ intravenously every 3 weeks for a maximum of 10 cycles with prednisone 10 mg orally daily (n=378), or to receive mitoxantrone 12 mg/m$^2$ intravenously every 3 weeks for 10 cycles with prednisone 10 mg orally daily (n=377) for a maximum of 10 cycles.

This study included patients over 18 years of age with hormone-refractory metastatic prostate cancer either measurable by RECIST criteria or non-measurable disease with rising PSA levels or appearance of new lesions, and ECOG (Eastern Cooperative Oncology Group) performance status 0-2. Patients had to have neutrophils >1,500 cells/mm$^3$, platelets >100,000 cells/mm$^3$, hemoglobin >10 g/dL, creatinine <1.5 × upper limit of normal (ULN), total bilirubin <1 × ULN, AST <1.5 × ULN, and ALT <1.5 × ULN. Patients with a history of congestive heart failure, or myocardial infarction within the last 6 months, or patients with uncontrolled cardiac arrhythmias, angina pectoris, and/or hypertension were not included in the study.

Demographics, including age, race, and ECOG performance status (0-2) were balanced between the treatment arms. The median age was 68 years (range 46-92) and the racial distribution for all groups was 83.9% Caucasian, 6.9% Asian, 5.3% Black, and 4% Others in the JEVTANA group.

Efficacy results for the JEVTANA arm versus the control arm are summarized in Table 5 and Figure 1.

**Table 5: Efficacy of JEVTANA in TROPIC in the Treatment of Patients with Metastatic Castration-Resistant Prostate Cancer (intent-to-treat analysis)**

|  | JEVTANA + Prednisone n=378 | Mitoxantrone + Prednisone n=377 |
|---|---|---|
| **Overall Survival** | | |
| Number of deaths (%) | 234 (61.9 %) | 279 (74.0%) |
| Median survival (month) (95% CI) | 15.1 (14.1-16.3) | 12.7 (11.6-13.7) |
| Hazard Ratio* (95% CI) | 0.70 (0.59-0.83) | |
| p-value | <0.0001 | |

* Hazard ratio estimated using Cox model; a hazard ratio of less than 1 favors JEVTANA.

**Figure 1: Kaplan-Meier Overall Survival Curves (TROPIC)**



| Number at Risk | | | | | |
|---|---|---|---|---|---|
| mitoxantrone + prednisone | 377 | 300 | 188 | 67 | 11 | 1 |
| cabazitaxel + prednisone | 378 | 321 | 231 | 90 | 28 | 4 |

Investigator-assessed tumor response of 14.4% (95% CI: 9.6-19.3) was higher for patients in the JEVTANA arm compared to 4.4% (95% CI: 1.6-7.2) for patients in the mitoxantrone arm, p=0.0005.

## 14.2   PROSELICA Trial (comparison of two doses of JEVTANA)

The efficacy and safety of JEVTANA were evaluated in a noninferiority, multicenter, randomized, open-label study (PROSELICA, NCT01308580). A total of 1200 patients with metastatic castration-resistant prostate cancer, previously treated with a docetaxel-containing regimen were randomized to receive either JEVTANA 25 mg/m$^2$ (n=602) or 20 mg/m$^2$ (n=598) dose. Overall survival (OS) was the major efficacy outcome.

Demographics, including age, race, and ECOG performance status (0-2) were balanced between the treatment arms. The median age was 68 years (range 45-89) and the racial distribution for all groups was 87% Caucasian, 6.9% Asian, 2.3% Black, and 3.8% Others in the JEVTANA 20 mg/m$^2$ group. The median age was 69 years (range 45-88) and the racial distribution for all groups was 88.7% Caucasian, 6.6% Asian, 1.8% Black, and 2.8% Others in the JEVTANA 25 mg/m$^2$ group.

The study demonstrated noninferiority in overall survival (OS) of JEVTANA 20 mg/m$^2$ in comparison with JEVTANA 25 mg/m$^2$ in an intent-to-treat population (see Table 6 and Figure 2). Based on the per-protocol population, the estimated median OS was 15.1 months on JEVTANA 20 mg/m$^2$ and 15.9 months on JEVTANA 25 mg/m$^2$, the observed hazard ratio (HR) of OS was 1.042 (97.78% CI: 0.886, 1.224). Among the subgroup analyses intended for assessing the heterogeneity, no notable difference in OS was observed on the JEVTANA 25

mg/m$^2$ arm compared to the JEVTANA 20 mg/m$^2$ arm in subgroups based on the stratification factors of ECOG performance status score, measurability of disease, or region.

**Table 6: Overall Survival in PROSELICA for JEVTANA 20 mg/m$^2$ versus JEVTANA 25 mg/m$^2$ (intent-to-treat analysis)**

|  | CBZ20+PRED n=598 | CBZ25+PRED n=602 |
|---|---|---|
| **Overall Survival** |  |  |
| Number of deaths, n (%) | 497 (83.1 %) | 501 (83.2%) |
| Median survival (95% CI) (months) | 13.4 (12.2 to 14.9) | 14.5 (13.5 to 15.3) |
| Hazard Ratio* (97.78% CI[†]) | 1.024 (0.886, 1.184) | |

\* Hazard ratio is estimated using a Cox Proportional Hazards regression model. A hazard ratio <1 indicates a lower risk of death for Cabazitaxel 20 mg/m$^2$ with respect to 25 mg/m$^2$.

[†] Adjusted for interim OS analyses. The noninferiority margin is 1.214.

CBZ20=Cabazitaxel 20 mg/m$^2$, CBZ25=Cabazitaxel 25 mg/m$^2$, PRED=Prednisone/Prednisolone. CI=confidence interval.

**Figure 2: Kaplan-Meier Overall Survival Curves (intent-to-treat population) (PROSELICA)**



### 14.3   CARD Trial (JEVTANA 25 mg/m$^2$ + prednisone/prednisolone + primary prophylaxis with G-CSF compared to abiraterone acetate + prednisone/prednisolone or enzalutamide)

The efficacy and safety of JEVTANA were evaluated in a multinational, randomized, active-controlled, open-label study (CARD: NCT02485691) in patients with metastatic castration resistant prostate cancer (mCRPC) previously treated with a docetaxel containing regimen and had progressed within 12 months of initiating either abiraterone or enzalutamide. A total of 255 patients were randomized to receive either JEVTANA 25 mg/m$^2$ every 3 week plus prednisone/prednisolone 10 mg daily (n=129), abiraterone 1000 mg once daily plus prednisone/prednisolone 5 mg twice daily or enzalutamide 160 mg once daily depending on prior therapy received (n=126). Primary prophylactic G-CSF was administered at each cycle for patients in the JEVTANA arm. This study included patients over 18 years of age with ECOG performance status 0-2. Patients had to have neutrophils >1,500 cells/mm3, platelets >100,000 cells/mm3, hemoglobin >10 g/dL, creatinine <1.5 × upper limit of normal (ULN), total bilirubin <1 × ULN, AST <1.5 × ULN, and ALT <1.5 × ULN. Patients with a history of congestive heart failure, or myocardial infarction within the last 6 months, or patients with uncontrolled cardiac arrhythmias, angina pectoris, and/or hypertension were not included in the study. Randomization was stratified by ECOG performance status (0 or 1 vs. 2), time from abiraterone acetate or enzalutamide to disease progression, and receipt of abiraterone acetate or enzalutamide before or after docetaxel containing regimen.

The major efficacy outcome measure was radiographic progression free-survival (rPFS) as defined by Prostate Cancer Working Group-2 (PCWG2) assessed by study investigators. Other efficacy outcome measures included overall survival and objective response rate.

Demographics and baseline disease characteristics were balanced between treatment arms. The overall median age was 70 years (range 45 to 88), 95% of patients had an ECOG PS of 0 to 1 and median Gleason score was 8. A majority of the patients (61%) had their prior treatment with abiraterone acetate or enzalutamide before docetaxel. There were 36% of patients on the cabazitaxel arm with visceral disease (liver 8%, lung 8%, other 20%) and 57% with bone-only disease. Approximately 92% of the patients on the cabazitaxel arm received primary prophylaxis with G-CSF therapy during the first 3 cycles and, overall, 90% of the patients on the cabazitaxel arm received primary prophylaxis with G-CSF therapy at each cycle.

Efficacy results from the CARD trial are summarized in Table 7 and Figure 3.

**Table 7: Efficacy of JEVTANA in CARD Trial in the Treatment of Patients with Metastatic Castration-Resistant Prostate Cancer (intent-to–treat analysis)**

|  | JEVTANA + prednisone/prednisolone + G-CSF n=129 | Abiraterone + prednisone/prednisolone or Enzalutamide n=126 |
|---|---|---|
| **Radiographic Progression Free Survival (rPFS)** | | |
| Number of events (%)* | 95 (73.6%) | 101 (80.2%) |
| Median rPFS (months) (95% CI) | 8.0 (5.7 to 9.2) | 3.7 (2.8 to 5.1) |
| Hazard Ratio (HR) (95% CI) | 0.54 (0.40 to 0.73) | |

|  | JEVTANA + prednisone/prednisolone + G-CSF n=129 | Abiraterone + prednisone/prednisolone or Enzalutamide n=126 |
|---|---|---|
| p-value[†] | <0.0001 ||
| **Overall Survival (OS)[‡]** |||
| Median OS [95% CI] (months) | 13.6 [11.5; 17.5] | 11.0 [9.2; 12.9] |
| Hazard Ratio (HR) (95% CI) | 0.64 [0.46; 0.89] ||
| p-value | 0.0078 ||

\* Investigator assessed
[†] Stratified log-rank test, significance threshold = 0.05
[‡] Overall survival was statistically significant

**Figure 3 - Kaplan-Meier of Radiographic PFS (ITT Population)**



In terms of therapy sequence prior to randomization, rPFS was consistent across the subgroups of patients who received abiraterone acetate/enzalutamide prior to docetaxel (HR=0.61, 95% CI: 0.39, 0.96) and those who received abiraterone acetate/enzalutamide after docetaxel (HR=0.48, 95% CI: 0.32, 0.70).

Objective tumor response rate assessed by study investigators was 36.5% (95% CI: 26.6 to 48.4) for JEVTANA arm versus 11.5% (95% CI: 2.9 to 20.2) for abiraterone acetate plus prednisone/prednisolone or enzalutamide arm, p=0.004.

## 15      REFERENCES

1.   OSHA Hazardous Drugs. OSHA. http://www.osha.gov/SLTC/hazardousdrugs/index.html

## 16      HOW SUPPLIED/STORAGE AND HANDLING

### 16.1   How Supplied

JEVTANA is supplied as a kit, NDC 0024-5824-11, that contains the following:

- One single-dose vial of JEVTANA (cabazitaxel) injection: a clear yellow to brownish-yellow viscous solution of 60 mg/1.5 mL in a clear glass vial with a grey rubber closure, aluminum cap, and light green plastic flip-off cap (JEVTANA vial NDC 0024-5823-15).
- One single-dose vial of Diluent for JEVTANA: a clear colorless solution of 13% (w/w) ethanol in water for injection in a clear glass vial with a grey rubber closure, gold-color aluminum cap, and colorless plastic flip-off cap (diluent vial NDC 0024-5822-01).

### 16.2   Storage

JEVTANA injection and Diluent for JEVTANA:

Store at 25°C (77°F); excursions permitted between 15°-30°C (59°-86°F).

Do not refrigerate.

### 16.3   Handling and Disposal

JEVTANA is a cytotoxic anticancer drug. Follow applicable special handling and disposable procedures *[see References (15)]*.

## 17      PATIENT COUNSELING INFORMATION

*Advise the patient to read the FDA-approved patient labeling (Patient Information).*

Hypersensitivity Reactions

Educate patients about the risk of potential hypersensitivity associated with JEVTANA. Confirm patients do not have a history of severe hypersensitivity reactions to cabazitaxel or to other drugs formulated with polysorbate 80. Instruct patients to immediately report signs of a hypersensitivity reaction *[see Contraindications (4) and Warnings and Precautions (5.3)]*.

Bone Marrow Suppression

Inform patients that JEVTANA decreases blood count such as white blood cells, platelets and red blood cells. Thus, it is important that periodic assessment of their blood count be performed to detect the development of neutropenia, thrombocytopenia, anemia, and/or pancytopenia *[see Contraindications (4) and Warnings and Precautions (5.1)]*. Instruct patients to monitor their temperature frequently and immediately report any occurrence of fever to their healthcare provider.

Increased Toxicities in Elderly Patients

Inform elderly patients that certain side effects may be more frequent or severe *[see Warnings and Precautions (5.2) and Use in Specific Populations (8.5)]*.

## Importance of Prednisone

Explain that it is important to take the oral prednisone as prescribed. Instruct patients to report if they were not compliant with oral corticosteroid regimen *[see Dosage and Administration (2.1)]*.

## Infections, Dehydration, Renal Failure

Explain to patients that severe and fatal infections, dehydration, and renal failure have been associated with cabazitaxel exposure. Patients should immediately report fever, significant vomiting or diarrhea, decreased urinary output, and hematuria to their healthcare provider *[see Warnings and Precautions (5.1, 5.4, 5.5)]*.

## Urinary Disorders Including Cystitis

Inform patients that hematuria may occur during treatment with JEVTANA. Inform patients that previously received pelvic radiation that cystitis and radiation cystitis may occur during treatment with JEVTANA. Advise patients to report any occurrence of hematuria, or any signs and symptoms of cystitis or radiation cystitis, to their healthcare provider *[see Warnings and Precautions (5.6)]*.

## Respiratory Disorders

Explain to patients that severe and fatal interstitial pneumonia/pneumonitis, interstitial lung disease and acute respiratory distress syndrome have occurred with JEVTANA. Instruct patients to immediately report new or worsening pulmonary symptoms to their healthcare provider *[see Warnings and Precautions (5.7)]*.

## Drug Interactions

Inform patients about the risk of drug interactions and the importance of providing a list of prescription and non-prescription drugs to their healthcare provider *[see Drug Interactions (7.1)]*.

## Embryo-Fetal Toxicity

Advise male patients with female partners of reproductive potential to use effective contraception during treatment and for 3 months after the last dose of JEVTANA *[see Use in Specific Populations (8.3)]*.

## Infertility

Advise male patients that JEVTANA may impair fertility *[see Use in Specific Populations (8.3)]*.


Manufactured by:
sanofi-aventis U.S. LLC
Bridgewater, NJ 08807
A SANOFI COMPANY

JEVTANA is a registered trademark of sanofi-aventis
©20xx sanofi-aventis U.S. LLC

Reference ID: 4719440

| Patient Information |
|---|
| JEVTANA® (JEV-ta-na) |
| (cabazitaxel) |
| Injection |

**What is the most important information I should know about JEVTANA?**

**JEVTANA may cause serious side effects including:**

- **Low white blood cells.** Low white blood cells can cause you to get serious infections, and may lead to death. Men who are 65 years or older may be more likely to have these problems. Your healthcare provider:
  - will do blood tests regularly to check your white blood cell counts during your treatment with JEVTANA.
  - may lower your dose of JEVTANA, change how often you receive it, or stop JEVTANA until your healthcare provider decides that you have enough white blood cells.
  - may prescribe a medicine for you called G-CSF, to help prevent complications if your white blood cell count is too low.

  **Tell your healthcare provider right away if you have any of these symptoms of infection during treatment with JEVTANA:**
  - fever. Take your temperature often during treatment with JEVTANA.
  - cough
  - burning on urination
  - muscle aches

  Also, tell your healthcare provider if you have any diarrhea during the time that your white blood cell count is low. Your healthcare provider may prescribe treatment for you as needed.

- **Severe allergic reactions.** Severe allergic reactions can happen within a few minutes after your infusion of JEVTANA starts, especially during the first and second infusions. Your healthcare provider should prescribe medicines before each infusion to help prevent severe allergic reactions.

  **Tell your healthcare provider or nurse right away if you have any of these symptoms of a severe allergic reaction during or soon after an infusion of JEVTANA:**
  - rash or itching
  - feeling dizzy or faint
  - chest or throat tightness
  - skin redness
  - breathing problems
  - swelling of your face

- **Severe stomach and intestine (gastrointestinal) problems.**
  - **JEVTANA can cause severe vomiting and diarrhea, which may lead to death.** Severe vomiting and diarrhea with JEVTANA can lead to loss of too much body fluid (dehydration), or too much of your body salts (electrolytes). Death has happened from having severe diarrhea and losing too much body fluid or body salts with JEVTANA. **You may need to go to a hospital for treatment.** Your healthcare provider will prescribe medicines to prevent or treat vomiting and diarrhea, as needed, with JEVTANA.

    Tell your healthcare provider right away if you develop vomiting or diarrhea or if your symptoms get worse or do not get better.
  - **JEVTANA can cause a leak in the stomach or intestine, intestinal blockage, infection, and bleeding in the stomach or intestine, which may lead to death.**
    Tell your healthcare provider if you develop any of these symptoms:
    - severe stomach-area (abdomen) pain
    - constipation
    - fever
    - blood in your stool, or changes in the color of your stool

- **Kidney failure.** Kidney failure may happen with JEVTANA, because of severe infection, loss of too much body fluid (dehydration), and other reasons, which may lead to death. Your healthcare provider will check you for this problem and treat you if needed.

  **Tell your healthcare provider if you develop these signs or symptoms:**

- o swelling of your face or body
- o decrease in the amount of urine that your body makes each day
- o blood in your urine
- **Lung or breathing problems.** Lung or breathing problems may happen with JEVTANA and may lead to death. Men who have lung disease before receiving JEVTANA may have a higher risk for developing lung or breathing problems with JEVTANA treatment. Your healthcare provider will check you for this problem and treat you if needed.

Tell your healthcare provider right away if you develop any new or worsening symptoms, including trouble breathing, shortness of breath, chest pain, cough or fever.

**What is JEVTANA?**

JEVTANA is a prescription medicine used with the steroid medicine prednisone. JEVTANA is used to treat men with castration-resistant prostate cancer (prostate cancer that is resistant to medical or surgical treatments that lower testosterone) that has spread to other parts of the body, and that has worsened (progressed) after treatment with other medicines that included docetaxel. It is not known if JEVTANA is safe and effective in children.

**Who should not receive JEVTANA?**

**Do not receive JEVTANA if:**

- your white blood cell (neutrophil count) is too low
- you have had a severe allergic reaction to cabazitaxel or other medicines that contain polysorbate 80. Ask your healthcare provider if you are not sure.
- you have severe liver problems

**Before receiving JEVTANA, tell your healthcare provider about all your medical conditions, including if you:**

- are over the age of 65

- had allergic reactions in the past

- have kidney or liver problems

- have lung problems

- are pregnant or plan to become pregnant. JEVTANA can cause harm to your unborn baby and loss of pregnancy (miscarriage).

- are a male with a female partner who is able to become pregnant. Males should use effective birth control (contraception) during treatment with JEVTANA and for 3 months after the last dose of JEVTANA.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.

JEVTANA can interact with many other medicines. Do not take any new medicines without asking your healthcare provider first. Your healthcare provider will tell you if it is safe to take the new medicine with JEVTANA.

**How will I receive JEVTANA?**

- JEVTANA will be given to you by an intravenous (IV) infusion into your vein.
- Your treatment will take about 1 hour.
- JEVTANA is usually given every 3 weeks. Your healthcare provider will decide how often you will receive JEVTANA.
- Your healthcare provider will also prescribe another medicine called prednisone for you to take by mouth every day during treatment with JEVTANA.
- Your healthcare provider will tell you how and when to take your prednisone.
- It is important that you take prednisone exactly as prescribed by your healthcare provider. If you forget to take your prednisone, or do not take it on schedule, make sure to tell your healthcare provider or nurse.
- Before each infusion of JEVTANA, you may receive other medicines to prevent or treat side effects.

**What are the possible side effects of JEVTANA?**

**JEVTANA may cause serious side effects including:**

- **See "What is the most important information I should know about JEVTANA?"**

- **Inflammation of the bladder and blood in the urine.** Blood in the urine is common with JEVTANA, but it can also sometimes be severe. Some people who have had pelvic radiation in the past may develop inflammation of the bladder and blood in the urine that is severe enough that they need to be hospitalized for medical treatment or

surgery. Your healthcare provider will check you for these problems during treatment with JEVTANA. Your healthcare provider may stop your treatment with JEVTANA for a short time, or permanently, if you develop inflammation of the bladder and bleeding that is severe.

**The most common side effects of JEVTANA include:**

- Low red blood cell count (anemia). Low red blood cell count is common with JEVTANA, but can sometimes also be serious. Your healthcare provider will regularly check your red blood cell count. Symptoms of anemia include shortness of breath and tiredness.

- Low blood platelet count. Low platelet count is common with JEVTANA, but can sometimes also be serious. Tell your healthcare provider if you have any unusual bruising or bleeding.

  - diarrhea
  - nausea
  - tiredness
  - weakness
  - vomiting

  - blood in urine
  - constipation
  - decreased appetite
  - back pain
  - stomach (abdominal) pain

- JEVTANA may cause fertility problems in males. This may affect your ability to father a child. Talk to your healthcare provider if you have concerns about fertility.

**Tell your healthcare provider if you have any side effect that bothers you or that does not go away.**

These are not all of the possible side effects of JEVTANA. For more information, ask your healthcare provider or pharmacist.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**General information about the safe and effective use of JEVTANA**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. You can ask your pharmacist or healthcare provider for information about JEVTANA that is written for health professionals.

**What are the ingredients in JEVTANA?**
**Active ingredient:** cabazitaxel
**Inactive ingredient:** polysorbate 80

Manufactured by: sanofi-aventis U.S. LLC, Bridgewater, NJ 08807 A SANOFI COMPANY
JEVTANA is a registered trademark of sanofi-aventis ©20xx sanofi-aventis U.S. LLC
**For more information, go to www.sanofi-aventis.us or call 1-800-633-1610.**

This Patient Information has been approved by the U.S. Food and Drug Administration            Revised: December 2020