# Exhibit 1

Case 1:20-cv-00804-RGA   Document 255-1   Filed 09/27/21   Page 2 of 7 PageID #: 4208

3/26/2021        Sanofi-Aventis U.S. LLC, et al., v.  Actavis LLC, et al. Walter Stadler, M.D., FACP
Confidential - Subject to Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____

SANOFI-AVENTIS U.S. LLC, et al.,)

        Plaintiff,        )

 v.                              )   Case No.

                                  )   20-804-RGA

ACTAVIS LLC, et al.,             )

                                  )

        Defendants.       )

_____)


CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

DEPOSITION OF WALTER M. STADLER, M.D., FACP

APPEARING REMOTELY


March 26, 2021

8:08 a.m.


Reported by:  Lori J. Goodin, RPR, CLR, CRR,

RSA, California CSR #13959

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

3/26/2021          Sanofi-Aventis U.S. LLC, et al., v. Actavis LLC, et al. Walter Stadler, M.D., FACP
                          Confidential - Subject to Protective Order

```
                                                                   Page 2
 1                REMOTE APPEARANCES:
 2
 3      FOR SANOFI-AVENTIS:
             VENABLE, LLP
 4           DANIEL J. MINION, ESQUIRE
             WILLIAM E. SOLANDER, ESQUIRE
 5           WHITNEY L. MEIER, ESQUIRE
             Rockefeller Center
 6           1270 Avenue of the Americas
             24th Floor
 7           New York, New York  10020
             212-218-2100
 8           dminion@Venable.com
             wsolander@venable.com
 9           wlmeier@Venable.com
10
11      FOR APOTEX:
             TAFT STETTINIUS & HOLLISTER, LLP
12           ANDREW M. ALUL, ESQUIRE
             111 East Wacker
13           Suite 2800
             Chicago, Illinois  60601
14           312-527-4000
             AAlul@taftlaw.com
15
16      FOR MYLAN:
             WILSON SONSINI GOODRICH & ROSATI
17           MATTHEW R. REED, ESQUIRE
             650 Page Mill Road
18           Palo Alto, California  94304
             650-493-9300
19           MReed@wsgr.com
20
21
22
```

Case 1:20-cv-00804-RGA   Document 255-1   Filed 09/27/21   Page 4 of 7 PageID #: 4210

3/26/2021          Sanofi-Aventis U.S. LLC, et al., v.  Actavis LLC, et al. Walter Stadler, M.D., FACP
                              Confidential - Subject to Protective Order

```
                                                              Page 3
 1            REMOTE APPEARANCES CONTINUED:
 2    AND CO-COUNSEL:
             MYLAN IN-HOUSE COUNSEL
 3           VINNY LEE, ESQUIRE
             Robert J. Coury Global Center
 4           1000 Mylan Boulevard
             Canonsburg, Pennsylvania  15317
 5
 6    FOR DR. REDDY'S:
             WINDELS MARX
 7           JAMES P. BARABAS, ESQUIRE
             One Giralda Farms
 8           Madison, New Jersey  07940
             973-966-3241
 9           jbarabas@windelsmarx.com
10
11    FOR SANDOZ:
             GOODWIN PROCTER, LLC
12           EMILY L. RAPALINO, ESQUIRE
             TIFFANY MAHMOOD, ESQUIRE
13           100 Northern Avenue
             Boston, Massachusetts  02210
14           617-570-1000
             erapalino@goodwinlaw.com
15           tmahmood@goodwinlaw.com
16
17    ALSO PRESENT:
18           Daniel Holmstock, video/document tech
19
20
21
22
```

Case 1:20-cv-00804-RGA  Document 255-1  Filed 09/27/21  Page 5 of 7 PageID #: 4211

3/26/2021       Sanofi-Aventis U.S. LLC, et al., v. Actavis LLC, et al. Walter Stadler, M.D., FACP
                       Confidential - Subject to Protective Order

Page 139

1          MR. ALUL:  Same objections.
2          THE WITNESS:  So, improving survival
3     in an individual patient is the potential for
4     that patient to live longer, understanding
5     that he may not be, one does not know ahead
6     of time whether that outcome will be realized.
7  BY MR. MINION:
8     Q.   In Paragraph 30 of your report --
9  no, not 30 --
10         If you go to Paragraph 41 of the
11  claim construction.  And so there is a claim term
12  Increasing Survival.
13    A.   I see that.
14    Q.   And you understand that the term
15  increasing survival is a comparative term?
16    A.   That is correct.
17         MR. ALUL:  Objection to form.  Hang
18    on a second, Dr. Stadler, sorry.  Objection
19    to form.  Calls for a legal conclusion.
20  BY MR. MINION:
21    Q.   So, when, when someone writes in a
22  scientific journal that a particular drug

Case 1:20-cv-00804-RGA   Document 255-1   Filed 09/27/21   Page 6 of 7 PageID #: 4212

3/26/2021       Sanofi-Aventis U.S. LLC, et al., v. Actavis LLC, et al. Walter Stadler, M.D., FACP
                            Confidential - Subject to Protective Order

Page 140

1  increases survival, they are saying that that

2  drug increases survival as compared to either no

3  drug treatment or an alternate treatment.  Right?

4            MR. ALUL:  Same objections.

5            THE WITNESS:  In general, increasing

6    survival means that these metrics were

7    improved with a new treatment in comparison

8    to something else including no treatment.

9  BY MR. MINION:

10       Q.   Okay.  But when you --

11            The term increasing survival has to

12  be compared to something else.

13            MR. ALUL:  Same objections.

14            THE WITNESS:  That is a fair

15    statement.

16  BY MR. MINION:

17       Q.   Okay.  And it is your position that

18  you believe the comparator for the claims at

19  issue is to what?

20            MR. ALUL:  Objection as to form.

21    Calls for a legal conclusion.

22            THE WITNESS:  So, my understanding

Case 1:20-cv-00804-RGA   Document 255-1   Filed 09/27/21   Page 7 of 7 PageID #: 4213

3/26/2021         Sanofi-Aventis U.S. LLC, et al., v. Actavis LLC, et al. Walter Stadler, M.D., FACP
                              Confidential - Subject to Protective Order

Page 141

1     from these claims is that there has been
2     improved survival versus the control
3     treatment, mitoxantrone, as demonstrated in
4     the TROPIC trial.
5             MR. MINION:  Do you, Dan, do you
6     have Tab 50?
7             THE VIDEOGRAPHER:  I do.
8             MR. MINION:  Can you mark that,
9     please?
10            THE VIDEOGRAPHER:  Sure, that will
11    be Exhibit 11.
12                  (Stadler Exhibit 11
13                   marked for identification.)
14    BY MR. MINION:
15        Q.   We, Dr. Stadler, do you recognize
16    this Exhibit 11?
17        A.   This appears to be the FDA label for
18    docetaxel, more specifically Taxotere?
19        Q.   And I was asking earlier when we
20    were looking at your standardized order for
21    cabazitaxel, and inquiring what your University
22    of Chicago Medical Center uses in terms of