IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SANOFI-AVENTIS U.S. LLC and SANOFI MATURE IP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-804 (RGA) CONSOLIDATED |
| APOTEX CORP., et al., | ) ) | |
| Defendants. | ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Amended Order Regarding Case Schedule dated April 8, 2022 (D.I. 267), Plaintiffs Sanofi-Aventis U.S. LLC and Sanofi Mature IP (collectively, "Sanofi") and Defendants Apotex Corp., Apotex Inc., and Sandoz Inc. (collectively, "Defendants") hereby submit the attached Joint Claim Construction Chart.

The charts below identify the parties' proposed constructions and identification of intrinsic evidence in support of the disputed construction. Exhibit A to the Joint Claim Construction Chart is a copy of U.S. Patent No. 8,927,592 ("the '592 patent"). Exhibit B is a copy of U.S. Patent No. 10,583,110 ("the '110 patent"). Exhibit C is a copy of U.S. Patent No. 10,716,777 ("the '777 patent"). Exhibit D is a copy of cited portions of the prosecution file history of the '592 patent. Exhibit E is a copy of cited portions of the prosecution file history of the '110 patent. Exhibit F is a copy of cited portions of the prosecution file history of the '777 patent. Exhibit G is a copy of this Court's prior Memorandum Opinion on claim construction, dated January 5, 2021. Exhibit H is a copy of *Sanofi Mature IP v. Mylan Labs. Ltd.*, 757 F. App'x 988 (Fed. Cir. 2019). Exhibits I-KK are copies of cited portions of the record in *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712. Exhibit LL is a copy of Appellant's Opening Brief in Appeal No. 2018-1203

from PTAB-IPR2016-00712. Exhibit MM is a copy of Appellant's Reply Brief in Appeal No. 2018-1203 from PTAB-IPR2016-00712.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Derek J. Fahnestock* |
| OF COUNSEL: | _____ |
|  | Jack B. Blumenfeld (#1014) |
| William E. Solander | Derek J. Fahnestock (#4705) |
| Daniel J. Minion | 1201 North Market Street |
| Whitney Meier Howard | P.O. Box 1347 |
| VENABLE LLP | Wilmington, DE 19899 |
| 1270 Avenue of the Americas, 24th Floor | (302) 658-9200 |
| New York, NY 10020 | jblumenfeld@mnat.com |
| (212) 307-5500 | dfahnestock@mnat.com |
|  |  |
|  | *Attorneys for Plaintiffs Sanofi-Aventis LLC and Sanofi Mature IP* |
|  |  |
|  | PHILLIPS, MCLAUGHLIN, & HALL, P.A. |
|  | */s/ John C. Phillips, Jr.* |
| OF COUNSEL: | _____ |
|  | John C. Phillips, Jr. (#110) |
| Andrew M. Alul | Megan C. Haney (#5016) |
| Richard R. Ruzich | 1200 North Broom Street |
| Stephen R. Auten | Wilmington, DE 19806 |
| Roshan P. Shrestha | (302) 655-4200 |
| TAFT STETTINIUS & HOLLISTER LLP | jcp@pmhdelaw.com |
| 111 East Wacker Drive, Suite 2800 | mch@pmhdelaw.com |
| Chicago, IL 60601-3713 |  |
| (312) 527-4000 | *Attorneys for Defendants Apotex Corp. and Apotex Inc.* |
|  |  |
| Derek B. Lavender |  |
| TAFT STETTINIUS & HOLLISTER LLP |  |
| 1 Indiana Square |  |
| Indianapolis, IN 46204 |  |
| (317) 713-3500 |  |

OF COUNSEL:

Daryl L. Wiesen
Emily Rapalino
Kevin J. DeJong
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Tiffany Mahmood
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

April 15, 2022

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
dgattuso@hegh.law

*Attorneys for Defendant Sandoz Inc.*

**Disputed Construction**

| Term | Claims | Sanofi's Proposed Construction and Intrinsic Evidence* | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| increasing survival | All | increasing the quantity of life (*i.e.*, how long the patient will live) in comparison to that which would be expected with treatment with mitoxantrone and prednisone<br><br>**Intrinsic Evidence**<br><br>'592 Patent, Exhibit A, including: Figures 1-3, 1:19-26, 1:30-2:35, 2:58-65, 3:22-29, 3:36-44, 3:65-67, 6:28-32, 10:28-17:32<br><br>Prosecution file history of the '592 patent, Exhibit D, including:<br><br>- Beardsley, *et al.*, *Systemic Therapy After First-Line Docetaxel in Metastatic Castration-Resistant Prostate Cancer*, Current Opinion in Supportive and Palliative Care, 2(3):161-66 (2008)<br><br>- Dres, *et al.*, *Alternativas terapéuticas para el cáncer de próstata Avanzado*, Treatment alternatives for advanced prostate cancer (Nov. 30, 2005), located at http://www.intramed.net/contenidover.asp?contenidoID=37957. | increasing any of: overall survival, tumor progression-free survival, pain progression-free survival, or prostate-specific antigen (PSA) progression-free survival<br><br>**Intrinsic Evidence**<br><br>The Court's Memorandum Opinion on claim construction, dated January 5, 2021 (Exhibit G)<br><br>'110 Patent, Exhibit B, including:<br><br>- Figs. 1-5<br>- Table 1, 2, and 5<br>- 2:43-3:41<br>- 3:47-48<br>- 4:10-12<br>- 4:18-19<br>- 5:41-8:14<br>- 8:61-65<br>- 9:55<br>- 10:45-16:37<br>- 17:17-18:30<br><br>'777 Patent, Exhibit C, including:<br><br>- Figs. 1-5 |

1

| Term | Claims | Sanofi's Proposed Construction and Intrinsic Evidence* | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | - Galsky, *et al.*, *Cabazitaxel*, Nature Reviews – Drug Discovery, 9:677-78 (2010).<br><br>- Pal, *et al.*, *Critical Appraisal of Cabazitaxel in the Management of Advanced Prostate Cancer*, Clinical Interventions in Aging, 5:395-402 (2010)<br><br>- Sartor, *et al.*, *Improving Outcomes with Recent Advances in Chemotherapy for Castrate-Resistant Prostate Cancer*, Clinical Genitourinary Cancer, 8(1):23-28 (2010)<br><br>Exhibit H: *Sanofi Mature IP v. Mylan Labs. Ltd.*, 757 F. App'x 988 (Fed. Cir. 2019)<br><br>Exhibit I: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 9 (Sept. 22, 2016) ("Institution Decision")<br><br>Exhibit J: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 22 (Dec. 23, 2016) ("Patent Owner's Contingent Motion to Amend")<br><br>Exhibit K: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 44 (Mar. 14, 2017) ("Opposition to Contingent Motion to Amend")<br><br>Exhibit L: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 52 (April 20, 2017) ("Patent Owner's Reply in Support of the Contingent | • Tables 1, 2, and 5<br>• 2:33-3:44<br>• 2:65-67<br>• 3:6-9<br>• 3:50-51<br>• 4:13-15<br>• 4:21-22<br>• 5:44-8:14<br>• 8:61-65<br>• 10:45-17:51<br>• 17:50-51<br>• 18:30-67<br>• 19:5-9<br><br>'592 Patent, Exhibit A, including:<br><br>• Figs. 1-7<br>• Table 1, 2, and 5<br>• 1:44-53<br>• 1:62-67<br>• 2:1-10<br>• 3:22-30<br>• 3:36-67<br>• 5:49-65<br>• 6:1-15<br>• 6:28-32<br>• 10:29-67<br>• 11:1-47<br>• 12:19-50 |

2

| Term | Claims | Sanofi's Proposed Construction and Intrinsic Evidence* | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | Motion to Amend (Public Version)")<br><br>Exhibit M: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 98 (June 13, 2017) ("Record of Oral Hearing")<br><br>Exhibit N: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 99 (Sept. 21, 2017) ("Final Written Decision")<br><br>Exhibit O: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Paper 112 (Oct. 22, 2019) ("Final Written Decision on Remand")<br><br>Exhibit P: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 1013 (Mar. 15, 2016) ("Tannock")<br><br>Exhibit Q: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 1021 (Mar. 15, 2016) ("Attard")<br><br>Exhibit R: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 1024 (Mar. 15, 2016) ("Taxotere Label")<br><br>Exhibit S: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 1050 (Mar. 14, 2017) ("Cabrespine")<br><br>Exhibit T: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2003 (June 24, 2016) ("EFC6089 Summary")<br><br>Exhibit U: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2007 (June 24, 2016) | • 17:57-67<br>• 18:1-29<br><br>Prosecution file history of the '110 Patent, Exhibit E, including:<br><br>• March 15, 2018 Summary of Applicant Initiated Interview<br>• July 17, 2018 Office Action<br>• Response to July 17, 2018 Office Action<br>• May 25, 2018 Preliminary Amendment<br>• April 24, 2019 Final Rejection<br>• October 24, 2019 Office Action Response to April 24, 2019 Final Rejection<br>• January 13, 2020 Notice of Allowance<br><br>Prosecution file history of the '777 Patent, Exhibit F, including:<br><br>• January 15, 2020 Preliminary Amendment<br>• April 1, 2020 Non-Final Rejection<br>• June 9, 2020 Notice of Allowance<br><br>Prosecution file history of the '592 Patent, Exhibit D, including<br><br>• January 16, 2013 Office Action (SA_JEV_0001684-0001694);<br>• Response to January 16, 2013 Office Action (SA_JEV_0001697-0001701); |

3

| Term | Claims | Sanofi's Proposed Construction and Intrinsic Evidence* | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | ("Berry") <br> Exhibit V: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2019 (June 24, 2016) ("Avastin Prescribing Information") <br> Exhibit W: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2045 (June 24, 2016) ("Zatloukal") <br> Exhibit X: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2046 (June 24, 2016) ("Zielinski & Chi") <br> Exhibit Y: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2065 (June 24, 2016) ("Iressa label") <br> Exhibit Z: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2074 (June 24, 2016) ("Morant 2004") <br> Exhibit AA: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2093 (June 24, 2016) ("Taxol label") <br> Exhibit BB: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2095 (June 24, 2016) ("Vogel") <br> Exhibit CC: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2110 (June 24, 2016) ("Latif 2005") <br> Exhibit DD: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2176 (Dec. 23, | • de Bono et al., *Prednisone plus cabazitaxel or mitoxantrone for metastatic castration-resistant prostate cancer progressing after docetaxel treatment: a randomized open-label trial*, The Lancet Oct. 2, 2020 (SA_JEV_0001736-0001743); <br> • January 16, 2013 Office Action (SA_JEV_0002128-0002143); <br> • Response to January 16, 2013 Office Action (SA_JEV_0002272-0002282); <br> • NHS Centre, *Cabazitaxel (XRP-6258) for hormone refractory, metastatic prostate cancer – second line after docetaxel*, April 2009 (SA_JEV_0002311-0002316); <br> • *Improved survival in second-line advanced prostate cancer treated with cabazitaxel*, Clinical Oncology Vol. 7, Dec. 2010 (SA_JEV_0002434); <br> • de Bono et al., *Cabazitaxel or mitoxantrone with prednisone in patients with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel: Final results of a multinational Phase III trial (TROPIC)*, J. Clinic Oncol. 28:15s, 2010 (SA_JEV_0004072-0004073); <br> • April 16, 2014 Office Action (SA_JEV_0004261-0004283); <br> • Beardsley et al., *Systemic therapy after first-line docetaxel in metastatic castration-resistant prostate cancer*, Current Opinions in |

4

| Term | Claims | Sanofi's Proposed Construction and Intrinsic Evidence* | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | 2016) ("Public Sartor Declaration") | Supportive and Pallatiative care 2008 (SA_JEV_0004287-0004292); |
| | | Exhibit EE: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2183 (Dec. 23, 2016) ("Vrignaud 2014") | • Declaration Under 37 C.F.R. § 1.132 of Alton Oliver Sartor, M.D. (SA_JEV_0004332-0004360); |
| | | Exhibit FF: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2206 (Dec. 23, 2016) ("Hycamtin label") | • Response to April 16, 2014 Office Action (SA_JEV_0004391-0004404) |
| | | Exhibit GG: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2207 (Dec. 23, 2016) ("Klein 2002") | Exhibit I: PTAB-IPR2016-00712, Institution Decision, at 10 |
| | | Exhibit HH: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2208 (Dec. 23, 2016) ("Gemzar label") | Exhibit N: PTAB-IPR2016-00712, Final Written Decision, at 9-11 |
| | | Exhibit II: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2211 (Apr. 20, 2017) ("FDA document (public version)") | Exhibit O: PTAB-IPR2016-00712, Final Written Decision on Remand, at 10 |
| | | Exhibit JJ: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2217 (Apr. 20, 2017) ("Berthold") | |
| | | Exhibit KK: *Mylan Labs. Ltd. v. Aventis Pharma S.A.*, PTAB-IPR2016-00712, Exhibit 2219 (Dec. 23, 2016) ("Malik") | |
| | | Exhibit LL: Opening Brief for Aventis Pharma S.A., *Aventis Pharma S.A. v. Mylan Labs. Ltd.*, Appeal No. 2018-1203 (Fed. Cir. March 15, 2018) | |

| Term | Claims | Sanofi's Proposed Construction and Intrinsic Evidence* | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | Exhibit MM: Reply Brief for Aventis Pharma S.A., *Aventis Pharma S.A. v. Mylan Labs. Ltd.*, Appeal No. 2018-1203 (Fed. Cir. May 18, 2018)<br><br>*Corresponding citations to portions of the intrinsic records and specifications of U.S. Patent Nos. 10,583,110 (Exhibit B) and 10,716,777 (Exhibit C) as they relate to the "comparator" aspect of the present claim construction dispute for those patents are incorporated herein. | |