IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SANOFI-AVENTIS U.S. LLC and SANOFI MATURE IP,

Plaintiffs,

v.

APOTEX CORP., et al.,

Defendants.

C.A. No. 20-804 (RGA)
CONSOLIDATED

**EXHIBITS T-MM TO JOINT CLAIM CONSTRUCTION CHART**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Plaintiffs Sanofi-Aventis LLC and Sanofi Mature IP*

OF COUNSEL:

William E. Solander
Daniel J. Minion
Whitney Meier Howard
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 307-5500

PHILLIPS, MCLAUGHLIN, & HALL, P.A.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Apotex Corp. and Apotex Inc.*

OF COUNSEL:

Andrew M. Alul
Richard R. Ruzich
Stephen R. Auten
Roshan P. Shrestha
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601-3713
(312) 527-4000

Derek B. Lavender
TAFT STETTINIUS & HOLLISTER LLP
1 Indiana Square
Indianapolis, IN 46204
(317) 713-3500

HEYMAN ENERIO GATTUSO & HIRZEL LLP
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
(302) 472-7311
dgattuso@hegh.law

*Attorneys for Defendant Sandoz Inc.*

OF COUNSEL:

Daryl L. Wiesen
Emily Rapalino
Kevin J. DeJong
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
(617) 570-1000

Tiffany Mahmood
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY  10018
(212) 813-8800

April 15, 2022

# EXHIBIT T



*These results are supplied for informational purposes only.*
*Prescribing decisions should be made based on the approved package insert in the country of prescription.*

| | |
|---|---|
| **Sponsor / Company:** sanofi-aventis<br>**Drug substance(s):** Larotaxel (XRP9881; RPR109881) | **Study Identifier:** NCT00081796<br>**Study code:** EFC6089 [XRP9881B-3001] |

**Title of the study:** A randomized, open-label, Phase 3 study of larotaxel IV every 3 weeks versus capecitabine (Xeloda®) tablets twice daily for 2 weeks in 3-week cycles in patients with metastatic breast cancer (MBC) progressing after taxanes and anthracycline therapy (EFC6089)

**Study center(s):** 240 centers activated worldwide; patients were enrolled at 142 centers

**Study period:**

Date first patient enrolled: 01 April 2004

Date last patient completed: 30 September 2006 (data cut-off date)

**Phase of development:** 3

**Objectives:**

***Primary***: The primary objective of this study was to compare progression free survival (PFS) in patients with MBC, progressing after taxanes and anthracycline therapy, when treated with larotaxel versus capecitabine.

***Secondary***: The secondary objectives were to compare survival and other measures of anti-tumor efficacy (response rate [RR], time to tumor response [TTR], duration of response [DR], single time progression rate [STPR], and time to treatment failure [TTF]) in patients treated with larotaxel versus capecitabine; to compare the safety and tolerability of larotaxel versus capecitabine; and to compare the quality of life and other clinical benefit measures in patients treated with larotaxel versus capecitabine

**Methodology:** Global multi-center, open-label, two-arm randomized, Phase 3 clinical trial

**Number of patients:** Planned: 800; Randomized: 438; Treated: 433

Evaluated: Efficacy: 438; Safety: 433

**Diagnosis and criteria for inclusion:** Histologically or cytologically proven diagnosis of breast adenocarcinoma that was metastatic or locally recurrent and inoperable. Patients must have had measurable disease as defined by RECIST at study entry. Patients must have received prior treatment for the breast cancer including anthracyclines, and taxanes.

**Investigational product:** Larotaxel (XRP9881; RPR109881)

Dose: 90 mg/m² IV larotaxel on Day 1 over 1 hour (75 mg/m² IV in patients with known bone marrow involvement). Treatment was repeated every 3 weeks

Administration: Intravenous (IV)

**Duration of treatment:** Patients continued to receive treatment until disease progression, patient intolerance, withdrawal of consent, or Investigator decision.

**Duration of observation:** Patients were followed every 3 months to document subsequent anticancer therapy and survival status.

**Reference therapy:** Capecitabine

Dose: 1250 mg/m² (2500 mg/m²/day) capecitabine tablets administered orally twice daily (morning and evening) for 2 weeks followed by a 1-week rest period, to form a 3-week cycle.

Administration: Oral

AVENTIS EXHIBIT 2003
Mylan v. Aventis, IPR2016-00712

**Criteria for evaluation:**

Efficacy: The primary efficacy variable was progression free survival (PFS), based on Independent Review Committee (IRC) analysis, which was defined as the time from randomization to first documentation of RECIST-defined objective tumor progression or death due to any cause.

The secondary efficacy variables included overall survival (OS), single time progression rate (STPR), and response rate (RR).

Other efficacy variables were time to tumor response (TTR), time to treatment failure (TTF), and duration of response (DR).

Safety: Safety parameters were adverse events, hematology, blood chemistry, vital signs, physical examinations, and ECOG performance status.

Special safety parameters included febrile neutropenia, infection with neutropenia, septic death, sensory neuropathy, diarrhea, hand-foot syndrome, and fluid retention.

Pharmacokinetics:

**Statistical methods:**

The primary efficacy variable was median PFS, based on IRC evaluation. The PFS was compared between the two treatment groups using a 2-sided log rank test stratified by the randomization factors “treatment setting of prior taxanes administration” and “prior taxane responsiveness” as specified at the time of randomization. The rate of PFS events was also estimated using the Kaplan-Meier method. The analyses were performed on the ITT population.

As secondary efficacy variables, OS and TTF were compared between the two treatments by the 2-sided log-rank test stratified by the stratification factors at randomization. The survival curves were estimated using Kaplan-Meier estimates. Response Rate was compared between the two treatment groups using 2-sided CMH test stratified by the same stratification factors. The other secondary efficacy variables STPR, TTR, and DR were summarized by treatment using mean, standard error, and range. The analyses were performed on the ITT population.

The study was terminated based on the recommendation of the IDMC. All safety analyses followed the sanofi-aventis safety analysis Guideline. The comprehensive analysis of safety was based on “treatment-emergent” principle. Descriptive statistics were provided for TEAE, SAE, major labs, and death.

The changes in the statistical analyses compared to the original SAP are documented in the main body of this report.

**Summary:** In general, patient characteristics were well balanced between arms; however, there were a higher proportion of black patients and younger patients (<50 years old) in the larotaxel arm. A slightly higher proportion of patients in the larotaxel group had liver metastases.

A pre-specified futility analysis that was performed after the first 200 patients was reviewed by the IRC and resulted in the early termination of the study since the study did not reach its primary endpoint of superiority of larotaxel over capecitabine.

**Efficacy results**: The primary efficacy variable, median PFS, was longer in the capecitabine group (18.4 weeks) than in the larotaxel group (14.1 weeks) according to IRC analyses; patients in the larotaxel arm responded later (median TTR: 11.1 weeks vs. 7.0 weeks) in the course of treatment but had a similar duration of response (DR) as compared with capecitabine. Median OS was 65.4 weeks in each arm.

**Progression free survival – ITT population – number (%) of patients**

| | Investigator | | IRC [a] | |
|---|---|---|---|---|
| | LAROTAXEL (N=219) | Capecitabine (N=219) | LAROTAXEL (N=164) | Capecitabine (N=168) |
| Median PFS (weeks) | 12.57 | 15.43 | 14.14 | 18.43 |
| 95% CI | (11.00,16.86) | (13.14,18.14) | (11.86,17.86) | (17.43,24.14) |
| Log-rank test (p-value)[b] | 0.1710 | | 0.0482 | |
| Hazard Ratio | 1.1603 | | 1.3306 | |
| 95% CI | (0.9394,1.4330) | | (1.0032,1.7647) | |

Note: [a] ITT for IRC is defined as randomized patients who had tumor assessment data reviewed.
Note: [b] P-value was based on 2-sided log-rank test after adjusting for prior taxane setting and prior taxane responsiveness

**Overall survival – ITT population – number (%) of patients**

| | LAROTAXEL (N=219) | Capecitabine (N=219) |
|---|---|---|
| Number of Deaths, n(%)[a] | 111 (50.7%) | 108 (49.3%) |
| Median OS (weeks) | 65.43 | 65.43 |
| 95% Confidence Interval | (60.571,75.286) | (54.429,78.429) |
| Log-rank test (p-value) | 0.7740 | |
| Hazard Ratio | 1.0400 | |
| 95% Confidence Interval | (0.7960,1.3587) | |

Note: [a] 2 LAROTAXEL patients censored due to partial death dates

**Best overall response rates – ITT population – number (%) of patients**

| | Investigator | | IRC[b] | |
|---|---|---|---|---|
| | LAROTAXEL (N=219) | Capecitabine (N=219) | LAROTAXEL (N=164) | Capecitabine (N=168) |
| RR (CR + PR) | 38 ( 17.4) | 54 ( 24.7) | 15 ( 9.1) | 28 (16.7) |
| 95% Exact CI | (12.6,23.0) | (19.1,30.9) | ( 5.2,14.6) | (11.4, 23.2) |
| P-value[a] | 0.0560 | | 0.0408 | |

Note: [a] P-value was based on 2-sided CMH test stratified by prior taxane setting and prior taxane responsiveness. P-value was analyzed at an overall two-sided alpha level of 0.05.
Note: [b] ITT for IRC is defined as randomized patients and had tumor assessment data reviewed.

**Safety results**: Over 95% of patients in each treatment group experienced a TEAE. The percentage of patients with SAEs or who died during the study was similar in each group. The proportion of patients withdrawing from study treatment was slightly higher for larotaxel patients.

| | LAROTAXEL (N=218) | Capecitabine (N=215) |
|---|---|---|
| Any treatment emergent AE | 214 (98.2) | 206 (95.8) |
| Any treatment emergent SAE | 75(34.4) | 69(32.1) |
| Permanent withdrawals from treatment due to AE[a] | 34 (15.6) | 23 (10.7) |
| Total number of patients who died (all causes) | 113 ( 51.8) | 108 ( 50.2) |
| Deaths within 30 days of last dose | 9 ( 4.1) | 13 ( 6.0) |
| Deaths within 60 days of first dose | 8 ( 3.7) | 9 ( 4.2) |

[a] data derived from CRF “AE” page

The main nonhematologic and hematologic toxicities for larotaxel and capecitabine are summarized in the following tables. Safety results were as expected with gastrointestinal events and neutropenia/febrile neutropenia predominating in the larotaxel group and gastrointestinal events and palmar-plantar erythrodysesthesia syndrome predominating in the capecitabine group.

| | LAROTAXEL (N=218) n(%) | |
|---|---|---|
| | All | Grade 3/4 |
| Main Nonhematologic AEs | | |
| Diarrhoea | 137(62.8) | 18( 8.3) |
| Nausea | 122(56.0) | 9( 4.1) |
| Alopecia | 105(48.2) | 7( 3.2) |
| Fatigue | 88(40.4) | 14( 6.4) |
| Vomiting | 78(35.8) | 7( 3.2) |
| Febrile neutropenia | 24(11.0) | 24(11.0) |
| Hematology laboratory results | | |
| Leukocytes | 202 ( 92.7) | 122 ( 56.0) |
| Neutrophils | 195 ( 89.4) | 155 ( 71.1) |
| Hemoglobin | 180 ( 82.6) | 15 ( 6.9) |
| Platelets | 75 ( 34.4) | 23 ( 10.6) |

| | Capecitabine (N=215) n(%) | |
|---|---|---|
| | **All** | **Grade 3/4** |
| Main Nonhematologic AEs | | |
| Palmar-plantar erythrodysaesthesia syndrome | 138(64.2) | 36(16.7) |
| Diarrhoea | 118(54.9) | 27(12.6) |
| Nausea | 111(51.6) | 8( 3.7) |
| Fatigue | 77(35.8) | 8( 3.7) |
| Vomiting | 69(32.1) | 10( 4.7) |
| Febrile neutropenia | 1( 0.5) | 1( 0.5) |
| Hematology laboratory results | | |
| Leukocytes | 126 ( 58.6) | 16 ( 7.4) |
| Neutrophils | 97 ( 45.1) | 34 ( 15.8) |
| Hemoglobin | 161 ( 74.9) | 8 ( 3.7) |
| Platelets | 78 ( 36.3) | 16 ( 7.4) |

**Date of issue: 10-July-2012**

# EXHIBIT U

0022-5347/02/1686-2439/0
THE JOURNAL OF UROLOGY®
Copyright © 2002 by AMERICAN UROLOGICAL ASSOCIATION, INC.®
Vol. 168, 2439–2443, December 2002
*Printed in U.S.A.*
**DOI: 10.1097/01.ju.0000035648.32750.00**

# PHASE III STUDY OF MITOXANTRONE PLUS LOW DOSE PREDNISONE VERSUS LOW DOSE PREDNISONE ALONE IN PATIENTS WITH ASYMPTOMATIC HORMONE REFRACTORY PROSTATE CANCER

WILLIAM BERRY,* SHAKER DAKHIL, MANUEL MODIANO, MARYANN GREGURICH AND LINA ASMAR

*From U. S. Oncology, Houston, Texas*

ABSTRACT

Purpose: We compared median time to treatment failure of men with asymptomatic, hormone refractory, progressive prostate cancer treated with mitoxantrone plus prednisone versus prednisone alone.

Materials and Methods: In a multicenter phase III trial 120 men with asymptomatic, progressive, hormone refractory prostate cancer were randomly assigned to treatment with mitoxantrone and prednisone or prednisone alone. Patients received 12 mg./m.$^2$ mitoxantrone intravenously once every 3 weeks for 6 cycles and 5 mg. prednisone twice daily with or without mitoxantrone. Time to treatment failure was assessed as an aggregate end point comprised of time to disease progression, time to toxicity or death, or time to initiation of alternate therapy.

Results: Median followup was 21.8 months. Median time to treatment failure and median time to progression were the same: time to treatment failure and time to progression in the mitoxantrone and prednisone group was 8.1 months compared to 4.1 months in the prednisone alone group ($p = 0.017$ versus $p = 0.018$). More patients (27 or 48%) treated with mitoxantrone and prednisone achieved a 50% or greater reduction in prostate specific antigen levels than those who received only prednisone (15 or 24%, $p = 0.007$). There was no significant difference in median survival between the 2 groups, which was 23 and 19 months, respectively. Death was mainly attributable to disease progression.

Conclusions: Patients with hormone refractory prostate cancer who are asymptomatic but had progressive disease had a significantly higher response rate when treated with mitoxantrone and prednisone as demonstrated by the 50% or greater decrease in prostate specific antigen compared to treatment with prednisone alone. Time to treatment failure was significantly prolonged in the chemotherapy treated group but survival rates were not different.

KEY WORDS: prostatic neoplasms; antineoplastic agents; comparative study; mitoxantrone; treatment outcome

Treatment for hormone refractory prostate cancer is typically palliative and expected survival is 6 to 12 months.[1,2] As no single agent treatment has been found to extend this survival estimate,[3–5] efforts have focused on drug combinations that may improve palliative response and work synergistically to improve survival.[6–12] One such promising combination, mitoxantrone[13] and prednisone, has been evaluated for the treatment of symptomatic advanced cancers. In an early study Moore et al monitored changes in analgesic intake and quality of life in 27 patients treated with mitoxantrone and prednisone.[12] Pain scores improved and were maintained in 36% of the patients treated. Likewise, mitoxantrone and prednisone also provided a palliative effect in 29% of 161 patients enrolled in a multicenter Canadian study.[14] In a recent report from the Cancer and Leukemia Group B 9182 Study patients randomized to receive mitoxantrone and hydrocortisone had delays in the interval to disease progression and improved palliation of symptoms as a result of combined therapy.[8] Findings from each of these studies supported early safety data that found mitoxantrone to be well tolerated. The main toxicity in this patient population was mild to moderate myelosuppression.[15,16]

In this study we extend the investigations of Tannock et al[14] and the Cancer and Leukemia Group B[8] by evaluating mitoxantrone and prednisone in asymptomatic patients with progressive hormone refractory prostate cancer. The primary objective was to compare time to treatment failure in each patient group. Secondary objectives included comparison of objective response rate, prostate specific antigen (PSA) decrease, duration of response and survival.

Accepted for publication June 21, 2002.
Supported by Immunex Corporation, Seattle, Washington.
* Financial interest and/or other relationship with Bristol Myers Squibb; Immunex and Aventis.

## PATIENTS AND METHODS

The study population for this open label, randomized, phase III trial consisted of 120 patients diagnosed with adenocarcinoma of the prostate. The U. S. Oncology Institutional Review Board approved the study protocol and informed consent was obtained from all trial participants. Recruitment took place from March 1997 to January 1999 and patients were randomly assigned to treatment with mitoxantrone and prednisone or prednisone alone. Surviving patients were followed for 4 years.

All study participants exhibited asymptomatic, hormone refractory carcinoma of the prostate that had progressed on at least 1 hormonal regimen (orchiectomy or therapy with a luteinizing hormone releasing hormone analogue or diethylstilbestrol). Pretreatment disease progression was defined as increasing PSA (2-fold or greater increase over 2 determinations), 25% increase in number of bone scan lesions or 25% increase in size of soft tissue lesions.

Patients were eligible for enrollment if at least 4 weeks had elapsed since antiandrogen treatment, systemic corticoste-

Copyright © American Urological Association. Unauthorized reproduction of this article is prohibited.

AVENTIS EXHIBIT 2007
Mylan v. Aventis, IPR2016-00712

roid therapy or radiotherapy, or at least 3 weeks had elapsed since major surgery. Requirements for pretreatment hematopoietic status included an absolute neutrophil count of 1,500 cells per μl. or greater (normal 1,500 to 7,500), platelet count 150,000 cells per μl. or greater (normal 140 to 450,000) and hemoglobin 9 gm./dl. or greater (normal 12 to 18). Registered patients were also required to have adequate pretreatment liver and cardiac function, and an Eastern Cooperative Oncology Group (ECOG) performance status of 0 to 2. Patients were excluded from study if they had a history of other malignancy within the last 5 years, parenchymal brain metastases, prior immunotherapy, prior chemotherapy or concurrent use of exogenous corticosteroids.

Pre-study evaluation included complete medical history and physical examination. Laboratory assessments included a complete blood count with differential and platelet counts, PSA (normal less than 4.0 ng./ml.), serum glucose (normal 65 to 110 mg./dl.) and liver chemistry screen. Additionally, each case was assessed clinically. Objective assessments of indicator lesions (computerized tomography, magnetic resonance imaging, bone scan, liver scan, ultrasound and/or x-rays) were performed within 6 weeks of study entry. Cardiac function was evaluated before starting mitoxantrone. Patients randomized to mitoxantrone and prednisone received 12 mg./m.$^2$ mitoxantrone by intravenous infusion for 15 to 30 minutes once every 3 weeks for 6 cycles. A dose of 5 mg. prednisone was administered orally twice daily to all patients and was continued even after mitoxantrone therapy was stopped.

All patients who had not undergone orchiectomy continued androgen suppressive therapy for the duration of the study. All other forms of hormone therapy were disallowed. Supportive care was administered at the discretion of the investigator. Patients were closely monitored for evidence of cardiac or hepatic toxicity that would require discontinuation or delay of treatment. Hematopoietic growth factors were administered according to American Society of Clinical Oncology guidelines as needed, and a maximum of 2, 25% dose reductions for mitoxantrone were allowed per patient. No dose reductions were made for prednisone. Treatment was delayed no more than 2 weeks to allow for recovery from acute toxicity. Patients were removed from the study for significant intercurrent illness, unacceptable toxicity, progressive disease or patient request to withdraw.

During treatment complete blood count with differential, platelet counts and liver function tests were assessed weekly in cycle 1 and before each succeeding cycle. PSA assessments were performed every other cycle through cycle 6, every 3 months after cycle 6 and again at study termination. Radiological assessments were performed at the end of cycle 6, every 3 months if PSA values were more than 50% over baseline and at study termination. Physical examination, complete tumor assessment and ECOG evaluation were performed at the end of every cycle. Patients who completed treatment were followed every 3 months for progression and survival. However, patients with disease progression or who withdrew from the study were followed forward only for survival. Patients who had progressive disease were then treated at the discretion of the attending physician. The study did not allow for crossover.

The primary end point was time to treatment failure, an aggregate end point, defined by the interval between the start date of treatment and occurrence of progressive disease, removal from study or initiation of other antitumor therapy. Progressive disease was defined as a greater than 25% increase in sum of products of bidimensionally measurable masses, new soft tissue lesions or increasing bone lesions. Increasing PSA alone was not a criterion of progressive disease but was considered to be indicative of progression if present with 1 of the aforementioned signs. Secondary efficacy end points were achievement of a 50% or greater decrease in PSA with stable or improved performance status, time to 50% decrease in PSA, number of patients with objective response, duration of response, time to development of symptoms of progressive disease and survival.

Tumor response was judged by PSA and performance status and objective response by patients with measurable tumors. Treatment safety was evaluated by incidence of adverse experiences, changes from baseline in physical examination findings, changes from baseline in laboratory values, and changes in performance status and preexisting conditions. In this study toxicity referred to grade 3 and 4 side effects (National Cancer Institute toxicity criteria) which occurred after exposure to the study drug. The treating physician assessed the relationship of each event to treatment.

The study was designed to detect a difference in median time to treatment failure, which was 10 months for patients randomized to receive mitoxantrone and prednisone versus 4 months for patients randomized to prednisone alone. Assuming a 2-year accrual period with a 1-year followup, 45 evaluable patients per group were needed to detect this difference using a 2-sided significance level of 0.05 and a power of 85%. In addition, it was assumed that there would be a dropout rate of 15 patients per group in year 1 resulting in 60 patients per group, for a total of 120 patients.

Efficacy analysis included 119 patients, and all patients who received at least 1 dose of study drug were analyzed for safety. Survival curves and time to progression were generated using the Kaplan-Meier method,[17] and the log-rank test[18] was used to measure differences between the curves. Statistica '99 Edition (StatSoft, Inc., Tulsa, Oklahoma) and SPSS for Windows, Release 10.0.5 (SPSS, Inc., Chicago, Illinois) were used for analysis.

## RESULTS

A total of 120 eligible patients with asymptomatic, progressive hormone refractory prostate cancer were registered for the study. Data were unavailable for 1 patient. Of the 119 patients analyzed 56 were randomized to receive mitoxantrone and prednisone and 63 were randomized to receive prednisone alone. Median followup was 21.8 months (range 2.4 to 50).

Patient characteristics, including age, performance status and extent of disease involvement, were well balanced between the 2 groups and no statistically significant differences were detected (table 1). Median serum PSA at study entry ranged from 3.7 to 2,375.0 ng./ml. (median 56.7) in the mitoxantrone and prednisone group and 1.1 to 1,233.0 ng./ml. (median 71.0) in the prednisone group. A total of 71 patients (60%) had received prior radiation therapy and 65 (55%) had undergone prior surgery. The ECOG performance status was 0, 1 and 2, respectively, in 42, 13 and 1 patients in the mitoxantrone and prednisone group and 47, 16 and 0 in the prednisone group.

Tumor characteristics at baseline are given in table 2. Measurable tumors were present in 8 of the mitoxantrone and prednisone and 9 of the prednisone cases. Nonmeasurable tumors and increased PSA levels were present in 46 (82%) of the mitoxantrone and prednisone and 49 (78%) of the prednisone cases. An increasing PSA was the only sign of disease in 7 patients. Of the patients 98 (82%) had bone as the metastatic site, 21 (18%) had metastasis in the lymph nodes and 7 (6%) had metastasis in the liver or lung.

By treatment arm time to treatment failure and time to progression were found to be equivalent. Estimated median time to treatment failure/time to progression from treatment start was 8.1 months (range 1 to 50) for the mitoxantrone and prednisone group and 4.1 months (range 1 to 37) for the prednisone group ($p = 0.017$ versus $p = 0.018$). For simplicity the remaining results will be presented as time to progression. The percentage of progression-free survival in the mi-

Copyright © American Urological Association. Unauthorized reproduction of this article is prohibited.

TABLE 1. *Pretreatment patient characteristics by randomized group*

| | Mitoxantrone and Prednisone | Prednisone Alone | Total |
|---|---|---|---|
| No. race (%): | | | |
| White | 52 (93) | 53 (84) | 105 (89) |
| Black | 4 (7) | 6 (10) | 10 (8) |
| Hispanic | 0 (0) | 4 (6) | 4 (3) |
| Age: | | | |
| Median | 70 | 74 | 71 |
| Range | 49–87 | 51–90 | 49–90 |
| No. performance status (%): | | | |
| 0 | 42 (75) | 47 (75) | 89 (75) |
| 1 | 13 (23) | 16 (25) | 29 (24) |
| 2 | 1 (2) | 0 (0) | 1 (1) |
| No. diagnosis stage (%): | | | |
| A | 2 (4) | 5 (8) | 7 (6) |
| B1 | 4 (7) | 2 (3) | 6 (5) |
| B2 | 10 (18) | 9 (14) | 19 (16) |
| C1 | 3 (5) | 9 (14) | 12 (10) |
| C2 | 5 (9) | 2 (3) | 7 (6) |
| D1 | 9 (16) | 13 (21) | 22 (18) |
| D2 | 19 (33) | 21 (34) | 40 (34) |
| D3 | 1 (2) | 0 (0) | 1 (1) |
| Unknown | 3 (5) | 2 (3) | 5 (4) |
| No. radical prostatectomy (%): | | | |
| Yes | 27 (48) | 38 (60) | 65 (55) |
| No | 29 (52) | 25 (40) | 54 (45) |
| No. definitive local radiotherapy (%): | | | |
| Yes | 36 (64) | 35 (56) | 71 (60) |
| No | 20 (36) | 27 (43) | 47 (39) |
| Unknown | 0 (0) | 1 (1) | 1 (1) |

TABLE 2. *Pretreatment tumor characteristics by randomized group*

| | No. Mitoxantrone and Prednisone (%) | No. Prednisone Alone (%) | Total No. (%) |
|---|---|---|---|
| Tumor: | | | |
| Measurable | 8 (14) | 9 (14) | 17 (14) |
| PSA only | 2 (4) | 5 (8) | 7 (6) |
| Nonmeasurable | 46 (82) | 49 (78) | 95 (80) |
| Metastatic sites:* | | | |
| Bone | 48 (86) | 50 (79) | 98 (82) |
| Lymph nodes | 10 (18) | 11 (18) | 21 (18) |
| Lung | 1 (2) | 4 (6) | 5 (4) |
| Liver | 2 (4) | 0 (0) | 2 (2) |

* Some patients had more than 1 metastatic site.

toxantrone and prednisone group at 12 and 24 months after treatment start compared to the prednisone group was 36% and 13% versus 15% and 10%, respectively (fig. 1).

Patients were evaluated according to serum PSA changes, performance status and, when possible, by objective response. A 50% or greater decrease in serum PSA from baseline lasting 2 or more months with stabilization or improvement of performance status for at least 2 weeks occurred in 27 (48%) patients who received mitoxantrone and prednisone and 15 (24%) who received P alone (p = 0.007). As shown in table 3 median time to achieve a serum PSA decrease of 50% or greater was 2.2 months for both groups.

FIG. 1. Estimated time to progression (*TTP*) for patients who received mitoxantrone and prednisone (*M + P*) versus prednisone (*P*) alone.

Table 4 presents a comparison of time to progression for PSA responders and nonresponders. There was no statistically significant difference in estimated median time to progression for patients with a PSA response, which was 13.5 months (range 3.5 to 46.5) in the mitoxantrone and prednisone group and 11.7 months (range 6.5 to 46) in the prednisone group. However, estimated median time to progression for patients who did not have a PSA response was 6.9 months (range 1.1 to 35) in the mitoxantrone and prednisone group (p = 0.007) versus 3.2 months (range 0.9 to 34.5) in the prednisone group. Of the patients with measurable tumors 2 (25%) in the mitoxantrone and prednisone group and 2 (22%) in the prednisone group had partial responses. No patient experienced a complete response.

Among the 119 patients analyzed 91 (76%) died within 4 years of the start of the study, including 43 (77%) in the mitoxantrone and prednisone group and 48 (76%) in the prednisone group, and death was mainly attributable to progressive disease. As shown in figure 2 estimated median survival from treatment start for the mitoxantrone and prednisone group was 23 months (range 3 to 49) compared to 19 months (range 2 to 50) for the prednisone group (p = 0.48). Percent survival at 12 and 24 months in the mitoxantrone and prednisone group compared to the prednisone group was 82% and 45% versus 76% and 44%, respectively. Median survival times for patients who responded in the mitoxantrone and prednisone and prednisone alone groups were 32 and 33 months, respectively (ranges 11.2 to 46.5 and 9.5 to 50). A summary of toxicities occurring at any time during treatment is presented in table 5. There were no treatment-related deaths.

## DISCUSSION

Recent large, randomized studies have confirmed a role for systemic therapy with mitoxantrone and corticosteroids for hormone refractory prostate cancer.[8,14] Our results extend the earlier findings by indicating a benefit of mitoxantrone and prednisone in a subgroup of patients with asymptomatic hormone refractory prostate cancer. Time to treatment failure was improved for patients who received mitoxantrone and prednisone versus those who were treated with prednisone alone. However, as noted in other efficacy trials of mitoxantrone, survival benefit could not be demonstrated for mitoxantrone and prednisone in this study population. This finding may, in part, be explained by study design. Patients whose disease progressed on prednisone alone and who were taken off the study likely received mitoxantrone and prednisone or another systemic chemotherapy regimen at the

TABLE 3. *Median time to 50% or greater serum PSA responses by treatment arm*

| | PSA Reduction | Nadir | Increase After Nadir |
|---|---|---|---|
| Mitoxantrone and prednisone (56): | | | |
| No. | 27 | 27 | 15 |
| Av. mos. | 2.2 | 5.0 | 7.2 |
| Range | 0.6–4.6 | 1.6–18.5 | 3.0–22.2 |
| P alone (63): | | | |
| No. | 15 | 15 | 9 |
| Av. mos. | 2.2 | 4.2 | 8.0 |
| Range | 0.2–7.1 | 1.6–16.5 | 4.6–10.6 |
| Total (19): | | | |
| No. | 42 | 42 | 24 |
| Av. mos. | 2.2 | 4.7 | 7.3 |
| Range | 0.2–7.1 | 1.6–18.5 | 3.0–22.2 |

Copyright © American Urological Association. Unauthorized reproduction of this article is prohibited.

TABLE 4. *Median survival and time to progression by serum PSA reduction*

| | PSA Reduction | |
|---|---|---|
| | 50% or Greater | Less Than 50% |
| Mitoxantrone and prednisone (56): | | |
| No. (%) | 27 (48) | 29 (52) |
| Av. survival (mos.) | 31.8 | 18.3 |
| Av. time to progression (mos.) | 13.5 | 6.9 |
| P alone (63): | | |
| No. (%) | 15 (24) | 48 (76) |
| Av. survival (mos.) | 32.9 | 18.3 |
| Av. time to progression (mos.) | 11.7 | 3.2 |

Patients who experienced an increase in PSA from baseline were included in the analysis of patients with less than 50% PSA reduction.

FIG. 2. Estimated survival for patients who received mitoxantrone and prednisone ($M + P$) versus prednisone ($P$) alone.

TABLE 5. *Incidence of drug related toxicities (grade greater than 3)*

| | No. Mitoxantrone and Prednisone (%) | No. Prednisone Alone (%) | Total No. (%) |
|---|---|---|---|
| Neutropenia | 27 (48) | 6 (10) | 33 (28) |
| Leukopenia | 11 (20) | 5 (8) | 16 (13) |
| Pulmonary complications | 4 (7) | 4 (6) | 8 (7) |
| Asthenia | 3 (5) | 3 (5) | 6 (5) |
| Renal complications | 1 (2) | 3 (5) | 4 (3) |
| Gastrointestinal complications | 3 (5) | 1 (2) | 3 (3) |
| Sepsis | 2 (4) | 0 (0) | 2 (2) |
| Melanoma | 1 (2) | 0 (0) | 1 (1) |

Some patients had more than 1 toxic reaction.

time of progression, and some of those patients would likely have responded to subsequent treatment. As a result it was anticipated that survival curves for the 2 arms of the trial were likely to be similar.

This study reaffirmed the value of PSA as a reasonably good surrogate marker of disease response.[19] As noted in other studies, a PSA response of 50% or more in either treatment arm correlated with improvement in time to treatment failure and survival.[6,8,20] PSA response in the present study was higher (48%) than in either the Canadian[14] (33%) or Cancer and Leukemia Group B[8] studies (33%). Median overall survival for all patients in our study was estimated to be 23 months, as opposed to 12 months in the Canadian and Cancer and Leukemia Group B studies. Better survival time is not unexpected given that patients who were enrolled in our study were asymptomatic and had lower median baseline PSA than those in the Cancer and Leukemia Group B and Canadian trials. Nevertheless, the observation that PSA response was higher in this progressing but asymptomatic group of patients than in either of the studies of symptomatic patients is noteworthy.

This study also confirmed the value of prednisone as a single agent for the treatment of hormone refractory prostate cancer. In the prednisone group 24% were PSA responders, and the time to progression and survival were similar to those of PSA responders in the mitoxantrone and prednisone group. Although a greater percentage (48% versus 24%) of the mitoxantrone and prednisone group were PSA responders, prednisone alone is a potentially beneficial therapy for selected patients with hormone refractory prostate cancer.

## CONCLUSIONS

This study reaffirms the efficacy of mitoxantrone and prednisone for the treatment of hormone refractory prostate cancer and suggests that potential benefit exists in treating asymptomatic men with this disease. In this patient group mitoxantrone and prednisone using a regimen of reasonably low toxicity delayed the onset of progressive disease. Survival benefit has not been demonstrated and, thus, future studies of treatment of patients with varying stages of advancing prostate cancer are warranted. The Southwest Oncology Group (SWOG) is pursuing 2 such studies. SWOG 9916/ Cancer and Leukemia Group B is an intergroup trial that will compare the effectiveness of mitoxantrone and prednisone to docetaxel and estramustine for the treatment of androgen independent metastatic carcinoma of the prostate.[7] SWOG 9921 will compare the effectiveness of mitoxantrone and prednisone combined with androgen ablation in patients presenting with high risk local disease.

Many patients, U. S. Oncology physicians, coordinators, project managers and data reviewers assisted in this study.

## REFERENCES

1. Ripple, G. H. and Wilding, G.: Drug development in prostate cancer. Semin Oncol, **26:** 217, 1999
2. Smith, D. C.: Chemotherapy for hormone refractory prostate cancer. Urol Clin North Am, **26:** 323, 1999
3. Vogelzang, N. J., Crawford, E. D. and Zietman, A.: Current clinical trial design issues in hormone-refractory prostate carcinoma. Cancer, **82:** 2093, 1996
4. Hussain, M. H., Pienta, K. J., Redman, B. G., Cummings, G. D. and Flaherty, L. E.: Oral etoposide in the treatment of hormone-refractory prostate cancer. Cancer, **74:** 100, 1994
5. Roth, B. J., Yeap, B. Y., Wilding, G., Kasimis, B., McLeod, D. and Loehrer, P. J.: Taxol in advanced hormone-refractory carcinoma of the prostate. A phase II trial of the Eastern Cooperative Oncology Group. Cancer, **72:** 2457, 1993
6. Dowling, A. J., Czaykowski, P. M., Krahn, M. D., Moore, M. J. and Tannock, I. F.: Prostate specific antigen response to mitoxantrone and prednisone in patients with refractory prostate cancer: prognostic factors and generalizability of a multicenter trial to clinical practice. J Urol, **163:** 1481, 2000
7. Hussain, M., Petrylak, D., Fisher, E., Tangen, C. and Crawford, D.: Docetaxel (Taxotere) and estramustine versus mitoxantrone and prednisone for hormone-refractory prostate cancer: scientific basis and design of Southwest Oncology Group Study 9916. Semin Oncol, **26:** 55, 1999
8. Kantoff, P. W., Halabi, S., Conaway, M., Picus, J., Kirschner, J., Hars, V. et al: Hydrocortisone with or without mitoxantrone in men with hormone-refractory prostate cancer: results of the cancer and leukemia group B 9182 study. J Clin Oncol, **17:** 2506, 1999
9. Osaba, D., Tannock, I. F., Ernst, D. S. and Neville, A. J.: Health-related quality of life in men with metastatic prostate cancer treated with prednisone alone or mitoxantrone and prednisone. J Clin Oncol, **17:** 1654, 1999
10. Savarese, D., Halabi, S., Hars, V., Akerley, W. L., Taplin, M. E., Godley, P. A. et al: Phase II study of docetaxel, estramustine, and low-dose hydrocortisone in men with hormone-refractory prostate cancer: a final report of CALGB 9780 (Cancer and Leukemia Group B). J Clin Oncol, **19:** 2509, 2001
11. Siu, L. L. and Moore, M. J.: Other chemotherapy regimens including mitoxantrone and suramin. Semin Urol Oncol, **15:** 20, 1997

Copyright © American Urological Association. Unauthorized reproduction of this article is prohibited.

12. Moore, M. J., Osoba, D., Murphy, K., Tannock, I. F., Armitage, A., Findlay, B. et al: Use of palliative end points to evaluate the effects of mitoxantrone and low-dose prednisone in patients with hormonally resistant prostate cancer. J Clin Oncol, **12:** 689, 1994

13. Poirier, T. I.: Mitoxantrone. Drug Intell Clin Pharm, **20:** 97, 1986

14. Tannock, I. F., Osoba, D., Stockler, M. R., Ernst, D. S., Neville, A. J., Moore, M. J. et al: Chemotherapy with mitoxantrone plus prednisone or prednisone alone for symptomatic hormone-resistant prostate cancer: a Canadian randomized trial with palliative end points. J Clin Oncol, **14:** 1756, 1996

15. Wiseman, L. R. and Spencer, C. M.: Mitoxantrone. A review of its pharmacology and clinical efficacy in the management of hormone-resistant advanced prostate cancer. Drugs Aging, **10:** 473, 1997

16. Kantoff, P. W., Block, C., Letvak, L. and George, M.: 14-Day continuous infusion of mitoxantrone in hormone-refractory metastatic adenocarcinoma of the prostate. Am J Clin Oncol, **16:** 489, 1993

17. Kaplan, E. L. and Meier, P.: Nonparametric estimation from incomplete observations. J Am Stat Assoc, **53:** 457, 1958

18. Mantel, N.: Evaluation of survival data and two new rank order statistics arising in its consideration. Cancer Chemother Rep, **50:** 163, 1966

19. Bubley, G. J., Carducci, M., Dahut, W., Dawson, N., Daliani, D., Eisenberger, M. et al: Eligibility and response guidelines for phase II clinical trials in androgen-independent prostate cancer: recommendation from the Prostate-Specific Antigen Working Group. J Clin Oncol, **17:** 3461, 1999

20. Kelly, W. K., Scher, H. I., Mazumdar, M., Vlamis, V., Schwartz, M. and Fossa, S. D.: Prostate-specific antigen as a measure of disease outcome in metastatic hormone-refractory prostate cancer. J Clin Oncol, **11:** 607, 1993

Copyright © American Urological Association. Unauthorized reproduction of this article is prohibited.

# EXHIBIT V

**1.14.2.3 Final Labeling Text**

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use AVASTIN safely and effectively. See full prescribing information for AVASTIN.**

**AVASTIN® (bevacizumab)**
**Solution for intravenous infusion**
**Initial U.S. Approval: 2004**

**WARNING: GASTROINTESTINAL PERFORATIONS, SURGERY AND WOUND HEALING COMPLICATIONS, and HEMORRHAGE**
***See full prescribing information for complete boxed warning.***

- **Gastrointestinal Perforation: Occurs in up to 2.4% of Avastin-treated patients. Discontinue Avastin for gastrointestinal perforation. (5.1)**
- **Surgery and Wound Healing Complications: Discontinue in patients with wound dehiscence. Discontinue at least 28 days prior to elective surgery. Do not initiate Avastin for at least 28 days after surgery and until the surgical wound is fully healed. (5.2)**
- **Hemorrhage: Severe or fatal hemorrhage, hemoptysis, gastrointestinal bleeding, CNS hemorrhage, and vaginal bleeding are increased in Avastin- treated patients. Do not administer Avastin to patients with serious hemorrhage or recent hemoptysis. (5.3)**

**------------------------RECENT MAJOR CHANGES----------------------------**

| | |
|---|---|
| Indications and Usage, Glioblastoma (1.4) | 5/2009 |
| Indications and Usage, Renal Cell Carcinoma (1.5) | 7/2009 |
| Dosage and Administration, Glioblastoma (2.2) | 5/2009 |
| Dosage and Administration, Renal Cell Carcinoma (2.2) | 7/2009 |
| Warnings and Precautions, Hemorrhage (5.3) | 5/2009 |
| Warnings and Precautions, Proteinuria (5.8) | 7/2009 |

**--------------------------INDICATIONS AND USAGE---------------------------**

Avastin is a vascular endothelial growth factor-specific angiogenesis inhibitor indicated for the treatment of:

- Metastatic colorectal cancer, with intravenous 5-fluorouracil–based chemotherapy for first- or second-line treatment. (1.1)
- Non-squamous non-small cell lung cancer, with carboplatin and paclitaxel for first line treatment of unresectable, locally advanced, recurrent or metastatic disease. (1.2)
- Metastatic breast cancer, with paclitaxel for treatment of patients who have not received chemotherapy for metastatic HER2-negative breast cancer. (1.3)
  -Effectiveness based on improvement in progression-free survival. No data available demonstrating improvement in disease-related symptoms or survival with Avastin.
  -Not indicated for disease progression following anthracycline and taxane chemotherapy administered for metastatic disease.
- Glioblastoma, as a single agent for patients with progressive disease following prior therapy. (1.4)
  -Effectiveness based on improvement in objective response rate. No data available demonstrating improvement in disease-related symptoms or survival with Avastin.
- Metastatic renal cell carcinoma with interferon alfa (1.5)

**-----------------------DOSAGE AND ADMINISTRATION--------------------**

- Do not administer as an IV push or bolus. (2.1)
- Do not initiate Avastin for 28 days following major surgery and until surgical wound is fully healed. (2.1)

Metastatic colorectal cancer (2.2)
- 5 mg/kg IV every 2 weeks with bolus-IFL
- 10 mg/kg IV every 2 weeks with FOLFOX4

Non–squamous non–small cell lung cancer (2.2)
- 15 mg/kg IV every 3 weeks with carboplatin/paclitaxel

Metastatic breast cancer (2.2)
- 10 mg/kg IV every 2 weeks with paclitaxel

Glioblastoma (2.2)
- 10 mg/kg IV every 2 weeks

Metastatic renal cell carcinoma (mRCC) (2.2)
- 10 mg/kg IV every 2 weeks with interferon alfa

**----------------------DOSAGE FORMS AND STRENGTHS-------------------**

- 100 mg/4 mL, single use vial (3)
- 400 mg/16 mL, single use vial (3)

**--------------------------CONTRAINDICATIONS--------------------------------**

None (4)

**----------------------WARNINGS AND PRECAUTIONS-----------------------**

- Non-Gastrointestinal Fistula Formation: Discontinue Avastin if fistula formation occurs. (5.4)
- Arterial Thromboembolic Events (e.g., myocardial infarction, cerebral infarction): Discontinue Avastin for severe ATE. (5.5)
- Hypertension: Monitor blood pressure and treat hypertension. Temporarily suspend Avastin if not medically controlled. Discontinue Avastin for hypertensive crisis or hypertensive encephalopathy. (5.6)
- Reversible Posterior Leukoencephalopathy Syndrome (RPLS): Discontinue Avastin. (5.7)
- Proteinuria: Monitor urine protein. Discontinue for nephrotic syndrome. Temporarily suspend Avastin for moderate proteinuria. (5.8)
- Infusion Reactions: Stop for severe infusion reactions. (5.9)

**-----------------------------ADVERSE REACTIONS-----------------------------**

Most common adverse reactions incidence (>10% and at least twice the control arm rate) are epistaxis, headache, hypertension, rhinitis, proteinuria, taste alteration, dry skin, rectal hemorrhage, lacrimation disorder, back pain and exfoliative dermatitis. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Genentech, Inc. at 1-888-835-2555 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**----------------------------USE IN SPECIFIC POPULATIONS-----------------**

- Pregnancy: Based on animal data, may cause fetal harm. (8.1)
- Nursing Mothers: Discontinue nursing or discontinue drug, taking into account the importance of the drug to the mother. (8.3)

**See 17 for PATIENT COUNSELING INFORMATION.**

**Revised: July 2009**

AVENTIS EXHIBIT 2019
Mylan v. Aventis, IPR2016-00712

**FULL PRESCRIBING INFORMATION: CONTENTS***

**WARNING: GASTROINTESTINAL PERFORATIONS, SURGERY AND WOUND HEALING COMPLICATIONS, and HEMORRHAGE**

**1 INDICATIONS AND USAGE**
- 1.1 Metastatic Colorectal Cancer
- 1.2 Non-Squamous Non–Small Cell Lung Cancer
- 1.3 Metastatic Breast Cancer
- 1.4 Glioblastoma
- 1.5 Metastatic Renal Cell Carcinoma

**2 DOSAGE AND ADMINISTRATION**
- 2.1 Administration
- 2.2 Recommended Doses and Schedules
- 2.3 Preparation for Administration
- 2.4 Dose Modifications

**3 DOSAGE FORMS AND STRENGTHS**

**4 CONTRAINDICATIONS**

**5 WARNINGS AND PRECAUTIONS**
- 5.1 Gastrointestinal Perforations
- 5.2 Surgery and Wound Healing Complications
- 5.3 Hemorrhage
- 5.4 Non-Gastrointestinal Fistula Formation
- 5.5 Arterial Thromboembolic Events
- 5.6 Hypertension
- 5.7 Reversible Posterior Leukoencephalopathy Syndrome (RPLS)
- 5.8 Proteinuria
- 5.9 Infusion Reactions

**6 ADVERSE REACTIONS**
- 6.1 Clinical Trial Experience
- 6.2 Immunogenicity
- 6.3 Postmarketing Experience

**7 DRUG INTERACTIONS**

**8 USE IN SPECIFIC POPULATIONS**
- 8.1 Pregnancy
- 8.3 Nursing Mothers
- 8.4 Pediatric Use
- 8.5 Geriatric Use

**10 OVERDOSAGE**

**11 DESCRIPTION**

**12 CLINICAL PHARMACOLOGY**
- 12.1 Mechanism of Action
- 12.3 Pharmacokinetics

**13 NONCLINICAL TOXICOLOGY**
- 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
- 13.2 Animal Toxicology and/or Pharmacology
- 13.3 Reproductive and Developmental Toxicology

**14 CLINICAL STUDIES**
- 14.1 Metastatic Colorectal Cancer (mCRC)
- 14.2 Unresectable Non–Squamous Non–Small Cell Lung Cancer (NSCLC)
- 14.3 Metastatic Breast Cancer (MBC)
- 14.4 Glioblastoma
- 14.5 Metastatic Renal Cell Carcinoma (mRCC)

**16 HOW SUPPLIED/STORAGE AND HANDLING**

**17 PATIENT COUNSELING INFORMATION**

* Sections or subsections omitted from the Full Prescribing Information are not listed.

---

# FULL PRESCRIBING INFORMATION

**WARNING: GASTROINTESTINAL PERFORATIONS, SURGERY AND WOUND HEALING COMPLICATIONS, and HEMORRHAGE**

**<u>Gastrointestinal Perforations</u>**

**The incidence of gastrointestinal perforation, some fatal, in Avastin-treated patients ranges from 0.3 to 2.4%. Discontinue Avastin in patients with gastrointestinal perforation. *[See Dosage and Administration (2.4), Warnings and Precautions (5.1).]***

**<u>Surgery and Wound Healing Complications</u>**

**The incidence of wound healing and surgical complications, including serious and fatal complications, is increased in Avastin-treated patients. Discontinue Avastin in patients with wound dehiscence. The appropriate interval between termination of Avastin and subsequent elective surgery required to reduce the risks of impaired wound healing/wound dehiscence has not been determined. Discontinue at least 28 days prior to elective surgery. Do not initiate Avastin for at least 28 days after surgery and until the surgical wound is fully healed. *[See Dosage and Administration (2.4), Warnings and Precautions (5.2), and Adverse Reactions (6.1).]***

**<u>Hemorrhage</u>**

**Severe or fatal hemorrhage, including hemoptysis, gastrointestinal bleeding, central nervous systems (CNS) hemorrhage, epistaxis, and vaginal bleeding occurred up to five-fold more frequently in patients receiving Avastin. Do not administer Avastin to patients with serious hemorrhage or recent hemoptysis. *[See Dosage and Administration (2.4), Warnings and Precautions (5.3), and Adverse Reactions (6.1).]***

## 1 INDICATIONS AND USAGE

### 1.1 Metastatic Colorectal Cancer (mCRC)

Avastin is indicated for the first- or second-line treatment of patients with metastatic carcinoma of the colon or rectum in combination with intravenous 5-fluorouracil–based chemotherapy.

### 1.2 Non-Squamous Non–Small Cell Lung Cancer (NSCLC)

Avastin is indicated for the first-line treatment of unresectable, locally advanced, recurrent or metastatic non–squamous non–small cell lung cancer in combination with carboplatin and paclitaxel.

### 1.3 Metastatic Breast Cancer (MBC)

Avastin is indicated for the treatment of patients who have not received chemotherapy for metastatic HER2-negative breast cancer in combination with paclitaxel.

The effectiveness of Avastin in MBC is based on an improvement in progression free survival. There are no data demonstrating an improvement in disease-related symptoms or increased survival with Avastin. *[See Clinical Studies (14.3).]*

Avastin is not indicated for patients with breast cancer that has progressed following anthracycline and taxane chemotherapy administered for metastatic disease.

### 1.4 Glioblastoma

Avastin is indicated for the treatment of glioblastoma with progressive disease following prior therapy as a single agent.

The effectiveness of Avastin in glioblastoma is based on an improvement in objective response rate. There are no data demonstrating an improvement in disease-related symptoms or increased survival with Avastin. *[See Clinical Studies (14.4).]*

### 1.5 Metastatic Renal Cell Carcinoma (mRCC)

Avastin is indicated for the treatment of metastatic renal cell carcinoma in combination with interferon alfa.

## 2 DOSAGE AND ADMINISTRATION

### 2.1 Administration

Do not administer as an intravenous push or bolus. Administer only as an intravenous (IV) infusion.

- Do not initiate Avastin until at least 28 days following major surgery. Administer Avastin after the surgical incision has fully healed.
- First infusion: Administer infusion over 90 minutes.
- Subsequent infusions: Administer second infusion over 60 minutes if first infusion is tolerated; administer all subsequent infusions over 30 minutes if infusion over 60 minutes is tolerated.

### 2.2 Recommended Doses and Schedules

Patients should continue treatment until disease progression or unacceptable toxicity.

*Metastatic Colorectal Cancer (mCRC)*

The recommended doses are 5 mg/kg or 10 mg/kg every 2 weeks when used in combination with intravenous 5-FU-based chemotherapy.

- Administer 5 mg/kg when used in combination with bolus-IFL.
- Administer 10 mg/kg when used in combination with FOLFOX4.

*Non-Squamous Non-Small Cell Lung Cancer (NSCLC)*

The recommended dose is 15 mg/kg every 3 weeks in combination with carboplatin and paclitaxel.

*Metastatic Breast Cancer (MBC)*

The recommended dose is 10 mg/kg every 2 weeks in combination with paclitaxel.

*Glioblastoma*

The recommended dose is 10 mg/kg every 2 weeks.

*Metastatic Renal Cell Carcinoma (mRCC)*

The recommended dose is 10 mg/kg every 2 weeks in combination with interferon alfa.

### 2.3 Preparation for Administration

Use appropriate aseptic technique. Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit. Withdraw necessary amount of Avastin and dilute in a total volume of 100 mL of 0.9% Sodium Chloride Injection, USP. Discard any unused portion left in a vial, as the product contains no preservatives.

**DO NOT ADMINISTER OR MIX WITH DEXTROSE SOLUTION.**

### 2.4 Dose Modifications

There are no recommended dose reductions.

Discontinue Avastin for:

- Gastrointestinal perforations (gastrointestinal perforations, fistula formation in the gastrointestinal tract, intra-abdominal abscess), fistula formation involving an internal organ *[See Boxed Warning, Warnings and Precautions (5.1, 5.4).]*
- Wound dehiscence and wound healing complications requiring medical intervention *[See Warnings and Precautions (5.2).]*
- Serious hemorrhage (i.e., requiring medical intervention*) [See Boxed Warning, Warnings and Precautions (5.3).]*
- Severe arterial thromboembolic events *[See Warnings and Precautions (5.5).]*
- Hypertensive crisis or hypertensive encephalopathy *[See Warnings and Precautions (5.6).]*

- Reversible posterior leukoencephalopathy syndrome (RPLS) *[See Warnings and Precautions (5.7).]*
- Nephrotic syndrome *[See Warnings and Precautions (5.8).]*

Temporarily suspend Avastin for:

- At least 4 weeks prior to elective surgery *[See Warnings and Precautions (5.2).]*
- Severe hypertension not controlled with medical management *[See Warnings and Precautions (5.6).]*
- Moderate to severe proteinuria pending further evaluation *[See Warnings and Precautions (5.8).]*
- Severe infusion reactions *[See Warnings and Precautions (5.9).]*

## 3 DOSAGE FORMS AND STRENGTHS

100 mg per 4 mL single-use vial
400 mg per 16 mL single-use vial

## 4 CONTRAINDICATIONS

None.

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Gastrointestinal Perforations

Serious and sometimes fatal gastrointestinal perforation occurs at a higher incidence in Avastin treated patients compared to controls. The incidence of gastrointestinal perforation ranged from 0.3 to 2.4% across clinical studies. *[See Adverse Reactions (6.1).]*

The typical presentation may include abdominal pain, nausea, emesis, constipation, and fever. Perforation can be complicated by intra-abdominal abscess and fistula formation. The majority of cases occurred within the first 50 days of initiation of Avastin.

Discontinue Avastin in patients with gastrointestinal perforation. *[See Boxed Warning, Dosage and Administration (2.4).]*

### 5.2 Surgery and Wound Healing Complications

Avastin impairs wound healing in animal models. *[See Nonclinical Toxicology (13.2).]* In clinical trials, administration of Avastin was not allowed until at least 28 days after surgery. In a controlled clinical trial, the incidence of wound healing complications, including serious and fatal complications, in patients with mCRC who underwent surgery during the course of Avastin treatment was 15% and in patients who did not receive Avastin, was 4%. *[See Adverse Reactions (6.1).]*

Avastin should not be initiated for at least 28 days following surgery and until the surgical wound is fully healed. Discontinue Avastin in patients with wound healing complications requiring medical intervention.

The appropriate interval between the last dose of Avastin and elective surgery is unknown; however, the half-life of Avastin is estimated to be 20 days. Suspend Avastin for at least 28 days prior to elective surgery. Do not administer Avastin until the wound is fully healed. *[See Boxed Warning, Dosage and Administration (2.4).]*

### 5.3 Hemorrhage

Avastin can result in two distinct patterns of bleeding: minor hemorrhage, most commonly Grade 1 epistaxis; and serious, and in some cases fatal, hemorrhagic events. Severe or fatal hemorrhage, including hemoptysis, gastrointestinal bleeding, hematemesis, CNS hemorrhage, epistaxis, and vaginal bleeding occurred up to five-fold more frequently in patients receiving Avastin compared to patients receiving only chemotherapy. Across indications, the incidence of Grade ≥ 3

hemorrhagic events among patients receiving Avastin ranged from 1.2 to 4.6%. *[See Adverse Reactions (6.1).]*

Serious or fatal pulmonary hemorrhage occurred in four of 13 (31%) patients with squamous cell histology and two of 53 (4%) patients with non-squamous non-small cell lung cancer receiving Avastin and chemotherapy compared to none of the 32 (0%) patients receiving chemotherapy alone.

In clinical studies in non–small cell lung cancer where patients with CNS metastases who completed radiation and surgery more than 4 weeks prior to the start of Avastin were evaluated with serial CNS imaging, symptomatic Grade 2 CNS hemorrhage was documented in one of 83 Avastin-treated patients (rate 1.2%, 95% CI 0.06%–5.93%).

Intracranial hemorrhage occurred in 8 of 163 patients with previously treated glioblastoma; two patients had Grade 3–4 hemorrhage.

Do not administer Avastin to patients with recent history of hemoptysis of ≥1/2 teaspoon of red blood. Discontinue Avastin in patients with hemorrhage. *[See Boxed Warning, Dosage and Administration (2.4).]*

### 5.4 Non-Gastrointestinal Fistula Formation

Serious and sometimes fatal non-gastrointestinal fistula formation involving tracheo-esophageal, bronchopleural, biliary, vaginal, renal and bladder sites occurs at a higher incidence in Avastin-treated patients compared to controls. The incidence of non-gastrointestinal perforation was ≤0.3% in clinical studies. Most events occurred within the first 6 months of Avastin therapy.

Discontinue Avastin in patients with fistula formation involving an internal organ. *[See Dosage and Administration (2.4).]*

### 5.5 Arterial Thromboembolic Events

Serious, sometimes fatal, arterial thromboembolic events (ATE) including cerebral infarction, transient ischemic attacks, myocardial infarction, angina, and a variety of other ATE occurred at a higher incidence in patients receiving Avastin compared to those in the control arm. Across indications, the incidence of Grade ≥ 3 ATE in the Avastin containing arms was 2.4% compared to 0.7% in the control arms. Among patients receiving Avastin in combination with chemotherapy, the risk of developing ATE during therapy was increased in patients with a history of arterial thromboembolism, or age greater than 65 years. *[See Use in Specific Populations (8.5).]*

The safety of resumption of Avastin therapy after resolution of an ATE has not been studied. Discontinue Avastin in patients who experience a severe ATE. *[See Dosage and Administration (2.4).]*

### 5.6 Hypertension

The incidence of severe hypertension is increased in patients receiving Avastin as compared to controls. Across clinical studies the incidence of Grade 3 or 4 hypertension ranged from 5-18%.

Monitor blood pressure every two to three weeks during treatment with Avastin. Treat with appropriate anti-hypertensive therapy and monitor blood pressure regularly. Continue to monitor blood pressure at regular intervals in patients with Avastin-induced or -exacerbated hypertension after discontinuation of Avastin.

Temporarily suspend Avastin in patients with severe hypertension that is not controlled with medical management. Discontinue Avastin in patients with hypertensive crisis or hypertensive encephalopathy. *[See Dosage and Administration (2.4).]*

### 5.7 Reversible Posterior Leukoencephalopathy Syndrome (RPLS)

RPLS has been reported with an incidence of <0.1% in clinical studies. The onset of symptoms occurred from 16 hours to 1 year after initiation of Avastin. RPLS is a neurological disorder which can present with headache, seizure, lethargy, confusion, blindness and other visual and neurologic disturbances. Mild to severe hypertension may be present. Magnetic resonance imaging (MRI) is necessary to confirm the diagnosis of RPLS.

Discontinue Avastin in patients developing RPLS. Symptoms usually resolve or improve within days, although some patients have experienced ongoing neurologic sequelae. The safety of reinitiating Avastin therapy in patients previously experiencing RPLS is not known. *[See Dosage and Administration (2.4).]*

### 5.8 Proteinuria

The incidence and severity of proteinuria is increased in patients receiving Avastin as compared to controls. Nephrotic syndrome occurred in < 1% of patients receiving Avastin in clinical trials, in some instances with fatal outcome. *[See Adverse Reactions (6.1).]* In a published case series, kidney biopsy of six patients with proteinuria showed findings consistent with thrombotic microangiopathy.

Monitor proteinuria by dipstick urine analysis for the development or worsening of proteinuria with serial urinalyses during Avastin therapy. Patients with a 2 + or greater urine dipstick reading should undergo further assessment with a 24-hour urine collection.

Suspend Avastin administration for ≥ 2 grams of proteinuria/24 hours and resume when proteinuria is < 2 gm/24 hours. Discontinue Avastin in patients with nephrotic syndrome. Data from a postmarketing safety study showed poor correlation between UPCR (Urine Protein/Creatinine Ratio) and 24 hour urine protein (Pearson Correlation 0.39 (95% CI 0.17, 0.57). *[*See *Use in Specific Populations (8.5).]* The safety of continued Avastin treatment in patients with moderate to severe proteinuria has not been evaluated. *[See Dosage and Administration (2.4).]*

### 5.9 Infusion Reactions

Infusion reactions reported in the clinical trials and post-marketing experience include hypertension, hypertensive crises associated with neurologic signs and symptoms, wheezing, oxygen desaturation, Grade 3 hypersensitivity, chest pain, headaches, rigors, and diaphoresis. In clinical studies, infusion reactions with the first dose of Avastin were uncommon (< 3%) and severe reactions occurred in 0.2% of patients.

Stop infusion if a severe infusion reaction occurs and administer appropriate medical therapy. *[See Dosage and Administration (2.4).]*

## 6 ADVERSE REACTIONS

The following serious adverse reactions are discussed in greater detail in other sections of the label:

- Gastrointestinal Perforations *[See Boxed Warning, Dosage and Administration (2.4), Warnings and Precautions (5.1).]*
- Surgery and Wound Healing Complications *[See Boxed Warning, Dosage and Administration (2.4), Warnings and Precautions (5.2).]*
- Hemorrhage *[See Boxed Warning, Dosage and Administration (2.4), Warnings and Precautions (5.3).]*
- Non-Gastrointestinal Fistula Formation *[See Dosage and Administration (2.4), Warnings and Precautions (5.4).]*
- Arterial Thromboembolic Events *[See Dosage and Administration (2.4), Warnings and Precautions (5.5).]*
- Hypertensive Crisis *[See Dosage and Administration (2.4), Warnings and Precautions (5.6).]*
- Reversible Posterior Leukoencephalopathy Syndrome *[See Dosage and Administration (2.4), Warnings and Precautions (5.7).]*
- Proteinuria *[See Dosage and Administration (2.4), Warnings and Precautions (5.8).]*

The most common adverse reactions observed in Avastin patients at a rate > 10% and at least twice the control arm rate, are epistaxis, headache, hypertension, rhinitis, proteinuria, taste alteration, dry skin, rectal hemorrhage, lacrimation disorder, back pain and exfoliative dermatitis.

Across all studies, Avastin was discontinued in 8.4 to 21% of patients because of adverse reactions.

### 6.1 Clinical Trial Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The data below reflect exposure to Avastin in 2661 patients with mCRC, non-squamous NSCLC, MBC, glioblastoma, or mRCC in controlled (Studies 1, 2, 4, 5, 6 and 9) or uncontrolled, single arm (Study 7) trials treated at the recommended dose and schedule for a median of 8 to 16 doses of Avastin. *[See Clinical Studies (14).]* The population was aged 21-88 years (median 59), 46.0% male and 84.1% white. The population included 1089 first- and second-line mCRC patients who received a median of 11 doses of Avastin, 480 first-line metastatic NSCLC patients who received a median of 8 doses of Avastin, 592 MBC patients who had not received chemotherapy for metastatic disease received a median of 8 doses of Avastin, 163 glioblastoma patients who received a median of 9 doses of Avastin, and 337 mRCC patients who received a median of 16 doses of Avastin.

*Surgery and Wound Healing Complications*

The incidence of post-operative wound healing and/or bleeding complications was increased in patients with mCRC receiving Avastin as compared to patients receiving only chemotherapy. Among patients requiring surgery on or within 60 days of receiving study treatment, wound healing and/or bleeding complications occurred in 15% (6/39) of patients receiving bolus-IFL plus Avastin as compared to 4% (1/25) of patients who received bolus-IFL alone.

In Study 7, events of post-operative wound healing complications (craniotomy site wound dehiscence and cerebrospinal fluid leak) occurred in patients with previously treated glioblastoma: 3/84 patients in the Avastin alone arm and 1/79 patients in the Avastin plus irinotecan arm. *[See Boxed Warning, Dosage and Administration (2.4), Warnings and Precautions (5.2).]*

*Hemorrhage*

The incidence of epistaxis was higher (35% vs. 10%) in patients with mCRC receiving bolus-IFL plus Avastin compared with patients receiving bolus-IFL plus placebo. All but one of these events were Grade 1 in severity and resolved without medical intervention. Grade 1 or 2 hemorrhagic events were more frequent in patients receiving bolus-IFL plus Avastin when compared to those receiving bolus-IFL plus placebo and included gastrointestinal hemorrhage (24% vs. 6%), minor gum bleeding (2% vs. 0), and vaginal hemorrhage (4% vs. 2%). *[See Boxed Warning, Dosage and Administration (2.4), Warnings and Precautions (5.3).]*

*Venous Thromboembolic Events*

The incidence of Grade 3–4 venous thromboembolic events was higher in patients with mCRC or NSCLC receiving Avastin with chemotherapy as compared to those receiving chemotherapy alone. The risk of developing a second subsequent thromboembolic event in mCRC patients receiving Avastin and chemotherapy was increased compared to patients receiving chemotherapy alone. In Study 1, 53 patients (14%) on the bolus-IFL plus Avastin arm and 30 patients (8%) on the bolus-IFL plus placebo arm received full dose warfarin following a venous thromboembolic event. Among these patients, an additional thromboembolic event occurred in 21% (11/53) of patients receiving bolus-IFL plus Avastin and 3% (1/30) of patients receiving bolus-IFL alone.

The overall incidence of Grade 3–4 venous thromboembolic events in Study 1 was 15.1% in patients receiving bolus-IFL plus Avastin and 13.6% in patients receiving bolus-IFL plus placebo. In Study 1, the incidence of the following Grade 3–4 venous thromboembolic events was higher in patients receiving bolus-IFL plus Avastin as compared to patients receiving bolus-IFL plus placebo: deep venous thrombosis (34 vs. 19 patients) and intra-abdominal venous thrombosis (10 vs. 5 patients).

*Neutropenia and Infection*

The incidences of neutropenia and febrile neutropenia are increased in patients receiving Avastin plus chemotherapy compared to chemotherapy alone. In Study 1, the incidence of Grade 3 or 4 neutropenia was increased in mCRC patients receiving IFL plus Avastin (21%) compared to patients receiving IFL alone (14%). In Study 4, the incidence of Grade 4 neutropenia was increased in NSCLC patients receiving paclitaxel/carboplatin (PC) plus Avastin (26.2%) compared with patients receiving PC alone (17.2%). Febrile neutropenia was also increased (5.4% for PC plus Avastin vs. 1.8% for PC alone). There were 19 (4.5%) infections with Grade 3 or 4 neutropenia in the PC plus Avastin arm of which 3 were fatal compared to 9 (2%) neutropenic infections in patients receiving PC alone, of which none were fatal. During the first 6 cycles of treatment, the incidence of serious infections including pneumonia, febrile neutropenia, catheter infections and wound infections was increased in the PC plus Avastin arm [58 patients (13.6%)] compared to the PC alone arm [29 patients (6.6%)].

In Study 7, one fatal event of neutropenic infection occurred in a patient with previously treated glioblastoma receiving Avastin alone. The incidence of any grade of infection in patients receiving Avastin alone was 55% and the incidence of Grade 3-5 infection was 10%.

*Proteinuria*

Grade 3-4 proteinuria ranged from 0.7 to 7.4% in Studies 1, 2, 4 and 9. The overall incidence of proteinuria (all grades) was only adequately assessed in Study 9, in which the incidence was 20%. Median onset of proteinuria was 5.6 months (range 15 days to 37 months) after initiation of Avastin. Median time to resolution was 6.1 months (95% CI 2.8 months, 11.3 months). Proteinuria did not resolve in 40% of patients after median follow up of 11.2 months and required permanent discontinuation of Avastin in 30% of the patients who developed proteinuria (Study 9). *[See Warnings and Precautions (5.8).]*

*Congestive Heart Failure*

The incidence of Grade ≥ 3 left ventricular dysfunction was 1.0% in patients receiving Avastin compared to 0.6% in the control arm across indications. In patients with MBC, the incidence of Grade 3-4 congestive heart failure (CHF) was increased in patients in the Avastin plus paclitaxel arm (2.2%) as compared to the control arm (0.3%). Among patients receiving prior anthracyclines for MBC, the rate of CHF was 3.8% for patients receiving Avastin as compared to 0.6% for patients receiving paclitaxel alone. The safety of continuation or resumption of Avastin in patients with cardiac dysfunction has not been studied.

*Metastatic Colorectal Cancer (mCRC)*

The data in Table 1 and Table 2 were obtained in Study 1, a randomized, double-blind, controlled trial comparing chemotherapy plus Avastin with chemotherapy plus placebo. Avastin was administered at 5 mg/kg every 2 weeks.

All Grade 3–4 adverse events and selected Grade 1–2 adverse events (hypertension, proteinuria, thromboembolic events) were collected in the entire study population. Severe and life-threatening (Grade 3–4) adverse events, which occurred at a higher incidence (≥ 2%) in patients receiving bolus-IFL plus Avastin as compared to bolus-IFL plus placebo, are presented in Table 1.

**Table 1**

NCI-CTC Grade 3–4 Adverse Events in Study 1
(Occurring at Higher Incidence [≥ 2%] Avastin vs. Control)

| | Arm 1<br>IFL + Placebo<br>(n = 396) | Arm 2<br>IFL + Avastin<br>(n = 392) |
|---|---|---|
| NCI-CTC Grade 3-4 Events | 74% | 87% |
| Body as a Whole | | |
| Asthenia | 7% | 10% |
| Abdominal Pain | 5% | 8% |
| Pain | 5% | 8% |
| Cardiovascular | | |
| Hypertension | 2% | 12% |
| Deep Vein Thrombosis | 5% | 9% |
| Intra-Abdominal Thrombosis | 1% | 3% |
| Syncope | 1% | 3% |
| Digestive | | |
| Diarrhea | 25% | 34% |
| Constipation | 2% | 4% |
| Hemic/Lymphatic | | |
| Leukopenia | 31% | 37% |
| Neutropenia[a] | 14% | 21% |

[a] Central laboratories were collected on Days 1 and 21 of each cycle. Neutrophil counts are available in 303 patients in Arm 1 and 276 in Arm 2.

Grade 1–4 adverse events which occurred at a higher incidence (≥ 5%) in patients receiving bolus-IFL plus Avastin as compared to the bolus-IFL plus placebo arm are presented in Table 2. Grade 1–4 adverse events were collected for the first approximately 100 patients in each of the three treatment arms who were enrolled until enrollment in Arm 3 (5-FU/LV + Avastin) was discontinued.

**Table 2**
NCI-CTC Grade 1-4 Adverse Events in Study 1
(Occurring at Higher Incidence [≥5%] in IFL+Avastin vs. IFL)

| | Arm 1 IFL+Placebo (n=98) | Arm 2 IFL+Avastin (n=102) | Arm 3 5-FU/LV+Avastin (n=109) |
|---|---|---|---|
| Body as a Whole | | | |
| Pain | 55% | 61% | 62% |
| Abdominal Pain | 55% | 61% | 50% |
| Headache | 19% | 26% | 26% |
| Cardiovascular | | | |
| Hypertension | 14% | 23% | 34% |
| Hypotension | 7% | 15% | 7% |
| Deep Vein Thrombosis | 3% | 9% | 6% |
| Digestive | | | |
| Vomiting | 47% | 52% | 47% |
| Anorexia | 30% | 43% | 35% |
| Constipation | 29% | 40% | 29% |
| Stomatitis | 18% | 32% | 30% |
| Dyspepsia | 15% | 24% | 17% |
| GI Hemorrhage | 6% | 24% | 19% |
| Weight Loss | 10% | 15% | 16% |
| Dry Mouth | 2% | 7% | 4% |
| Colitis | 1% | 6% | 1% |
| Hemic/Lymphatic | | | |
| Thrombocytopenia | 0% | 5% | 5% |
| Nervous | | | |
| Dizziness | 20% | 26% | 19% |
| Respiratory | | | |
| Upper Respiratory Infection | 39% | 47% | 40% |
| Epistaxis | 10% | 35% | 32% |
| Dyspnea | 15% | 26% | 25% |
| Voice Alteration | 2% | 9% | 6% |
| Skin/Appendages | | | |
| Alopecia | 26% | 32% | 6% |
| Skin Ulcer | 1% | 6% | 6% |

330

**Table 2 (cont'd)**
NCI-CTC Grade 1-4 Adverse Events in Study 1
(Occurring at Higher Incidence [≥5%] in IFL+Avastin vs. IFL)

| | Arm 1 IFL+Placebo (n=98) | Arm 2 IFL+Avastin (n=102) | Arm 3 5-FU/LV+Avastin (n=109) |
|---|---|---|---|
| Special Senses | | | |
| Taste Disorder | 9% | 14% | 21% |
| Urogenital | | | |
| Proteinuria | 24% | 36% | 36% |

*Avastin in Combination with FOLFOX4 in Second-line mCRC*

Only Grade 3-5 non-hematologic and Grade 4–5 hematologic adverse events related to treatment were collected in Study 2. The most frequent adverse events (selected Grade 3–5 non-hematologic and Grade 4–5 hematologic adverse events) occurring at a higher incidence (≥ 2%) in 287 patients receiving FOLFOX4 plus Avastin compared to 285 patients receiving FOLFOX4 alone were fatigue (19% vs. 13%), diarrhea (18% vs. 13%), sensory neuropathy (17% vs. 9%), nausea (12% vs. 5%), vomiting (11% vs. 4%), dehydration (10% vs. 5%), hypertension (9% vs. 2%), abdominal pain (8% vs. 5%), hemorrhage (5% vs. 1%), other neurological (5% vs. 3%), ileus (4% vs. 1%) and headache (3% vs. 0%). These data are likely to under-estimate the true adverse event rates due to the reporting mechanisms used in Study 2.

*Unresectable Non-Squamous Non-Small Cell Lung Cancer (NSCLC)*

Only Grade 3-5 non-hematologic and Grade 4-5 hematologic adverse events were collected in Study 4. Grade 3–5 non-hematologic and Grade 4–5 hematologic adverse events (occurring at a higher incidence (≥2%) in 427 patients receiving PC plus Avastin compared with 441 patients receiving PC alone were neutropenia (27% vs. 17%), fatigue (16% vs. 13%), hypertension (8% vs. 0.7%), infection without neutropenia (7% vs. 3%), venous thrombus/embolism (5% vs. 3%), febrile neutropenia (5% vs. 2%), pneumonitis/pulmonary infiltrates (5% vs. 3%), infection with Grade 3 or 4 neutropenia (4% vs. 2%), hyponatremia (4% vs. 1%), headache (3% vs. 1%) and proteinuria (3% vs. 0%).

*Metastatic Breast Cancer (MBC)*

Only Grade 3–5 non-hematologic and Grade 4–5 hematologic adverse events were collected in Study 5. Grade 3–4 adverse events occurring at a higher incidence (≥2%) in 363 patients receiving paclitaxel plus Avastin compared with 348 patients receiving paclitaxel alone were sensory neuropathy (24% vs. 18%), hypertension (16% vs. 1%), fatigue (11% vs. 5%), infection without neutropenia (9% vs. 5%), neutrophils (6% vs. 3%), vomiting (6% vs. 2%), diarrhea (5% vs. 1%), bone pain (4% vs. 2%), headache (4% vs. 1%), nausea (4% vs. 1%), cerebrovascular ischemia (3% vs. 0%), dehydration (3% vs. 1%), infection with unknown ANC (3% vs. 0.3%), rash/desquamation (3% vs. 0.3%) and proteinuria (3% vs. 0%).

Sensory neuropathy, hypertension, and fatigue were reported at a ≥ 5% higher absolute incidence in the paclitaxel plus Avastin arm compared with the paclitaxel alone arm.

Fatal adverse reactions occurred in 6/363 (1.7%) of patients who received paclitaxel plus Avastin. Causes of death were gastrointestinal perforation (2), myocardial infarction (2), diarrhea/abdominal, and pain/weakness/hypotension (2).

Avastin is not approved for use in combination with capecitabine or for use in second or third line treatment of MBC. The data below are presented to provide information on the overall safety profile of Avastin in women with breast cancer since Study 6 is the only randomized, controlled study in which all adverse events were collected for all patients. All patients in Study 6 received prior anthracycline and taxane therapy in the adjuvant setting or for metastatic disease. Grade 1–4 events which occurred at a higher incidence (≥5%) in patients receiving capecitabine plus Avastin compared to the capecitabine alone arm are presented in Table 3.

**Table 3**

NCI-CTC Grade 1–4 Adverse Events in Study 6 (Occurring at Higher Incidence [≥5%] in Capecitabine + Avastin vs. Capecitabine Alone)

| | Capecitabine (n=215) | Capecitabine + Avastin (n=229) |
|---|---|---|
| Body as a Whole | | |
| Asthenia | 47% | 57% |
| Headache | 13% | 33% |
| Pain | 25% | 31% |
| Cardiovascular | | |
| Hypertension | 2% | 24% |
| Digestive | | |
| Stomatitis | 19% | 25% |
| Metabolic/Nutrition | | |
| Weight loss | 4% | 9% |
| Musculoskeletal | | |
| Myalgia | 8% | 14% |
| Respiratory | | |
| Dyspnea | 18% | 27% |
| Epistaxis | 1% | 16% |
| Skin/Appendages | | |
| Exfoliative dermatitis | 75% | 84% |
| Urogenital | | |
| Albuminuria | 7% | 22% |

*Glioblastoma*

All adverse events were collected in 163 patients enrolled in Study 7 who either received Avastin alone or Avastin plus irinotecan. All patients received prior radiotherapy and temozolomide. Avastin was administered at 10 mg/kg every 2 weeks alone or in combination with irinotecan. Avastin was discontinued due to adverse events in 4.8% of patients treated with Avastin alone.

In patients receiving Avastin alone (N=84), the most frequently reported adverse events of any grade were infection (55%), fatigue (45%), headache (37%), hypertension (30%), epistaxis (19%) and diarrhea (21%). Of these, the incidence of Grade ≥3 adverse events was infection (10%), fatigue (4%), headache (4%), hypertension (8%) and diarrhea (1%). Two deaths on study were possibly related to Avastin: one retroperitoneal hemorrhage and one neutropenic infection.

In patients receiving Avastin alone or Avastin plus irinotecan (N=163), the incidence of Avastin-related adverse events (Grade 1–4) were bleeding/hemorrhage (40%), epistaxis (26%), CNS hemorrhage (5%), hypertension (32%), venous thromboembolic event (8%), arterial thromboembolic event (6%), wound-healing complications (6%), proteinuria (4%), gastrointestinal perforation (2%), and RPLS (1%). The incidence of Grade 3–5 events in these 163 patients were bleeding/hemorrhage (2%), CNS hemorrhage (1%), hypertension (5%), venous thromboembolic event (7%), arterial thromboembolic event (3%), wound-healing complications (3%), proteinuria (1%), and gastrointestinal perforation (2%).

*Metastatic Renal Cell Carcinoma (mRCC)*

All grade adverse events were collected in Study 9. Grade 3–5 adverse events occurring at a higher incidence (≥ 2%) in 337 patients receiving interferon alfa (IFN-α) plus Avastin compared to 304 patients receiving IFN-α plus placebo arm were fatigue (13% vs. 8%), asthenia (10% vs. 7%), proteinuria (7% vs. 0%), hypertension (6% vs. 1%; including hypertension and hypertensive crisis), and hemorrhage (3% vs. 0.3%; including epistaxis, small intestinal hemorrhage, aneurysm ruptured, gastric ulcer hemorrhage, gingival bleeding, haemoptysis, hemorrhage intracranial, large intestinal hemorrhage, respiratory tract hemorrhage, and traumatic hematoma).

Grade 1–5 adverse events occurring at a higher incidence (≥5%) in patients receiving IFN-α plus Avastin compared to the IFN-α plus placebo arm are presented in Table 4.

**Table 4**
NCI-CTC Grades 1–5 Adverse Events in Study 9 (Occuring at Higher Incidence [≥ 5%] in IFN-α + Avastin vs. IFN-α + Placebo)

| System Organ Class/Preferred term* | IFN-α +Placebo (n=304) | IFN-α + Avastin (n=337) |
|---|---|---|
| Gastrointestinal disorders | | |
| Diarrhea | 16% | 21% |
| General disorders and administration site conditions | | |
| Fatigue | 27% | 33% |
| Investigations | | |
| Weight decreased | 15% | 20% |
| Metabolism and nutrition disorders | | |
| Anorexia | 31% | 36% |
| Musculoskeletal and connective tissue disorders | | |
| Myalgia | 14% | 19% |
| Back pain | 6% | 12% |
| Nervous system disorders | | |
| Headache | 16% | 24% |
| Renal and urinary disorders | | |
| Proteinuria | 3% | 20% |
| Respiratory, thoracic and mediastinal disorders | | |
| Epistaxis | 4% | 27% |
| Dysphonia | 0% | 5% |
| Vascular disorders | | |
| Hypertension | 9% | 28% |

*Adverse events were encoded using MedDRA, Version 10.1.

The following adverse events were reported at a 5-fold greater incidence in the IFN-α plus Avastin arm compared to IFN-α alone and not represented in Table 4: gingival bleeding (13 patients vs. 1 patient); rhinitis (9 vs.0 ); blurred vision (8 vs. 0); gingivitis (8 vs. 1); gastroesophageal reflux disease (8 vs.1 ); tinnitus (7 vs. 1); tooth abscess (7 vs.0); mouth ulceration (6 vs. 0); acne (5 vs. 0); deafness (5 vs. 0); gastritis (5 vs. 0); gingival pain (5 vs. 0) and pulmonary embolism (5 vs. 1).

## 6.2 Immunogenicity

As with all therapeutic proteins, there is a potential for immunogenicity. The incidence of antibody development in patients receiving Avastin has not been adequately determined because the assay sensitivity was inadequate to reliably detect lower titers. Enzyme-linked immunosorbent assays (ELISAs) were performed on sera from approximately 500 patients treated with Avastin, primarily in combination with chemotherapy. High titer human anti-Avastin antibodies were not detected.

Immunogenicity data are highly dependent on the sensitivity and specificity of the assay. Additionally, the observed incidence of antibody positivity in an assay may be influenced by several factors, including sample handling, timing of sample collection, concomitant medications, and

underlying disease. For these reasons, comparison of the incidence of antibodies to Avastin with the incidence of antibodies to other products may be misleading.

### 6.3 Postmarketing Experience

The following adverse reactions have been identified during post-approval use of Avastin. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Body as a Whole:* Polyserositis
*Cardiovascular:* Pulmonary hypertension, RPLS
*Digestive:* Intestinal necrosis, mesenteric venous occlusion, anastomotic ulceration
*Hemic and lymphatic:* Pancytopenia
*Renal:* Renal thrombotic microangiopathy (manifested as severe proteinuria)
*Respiratory:* Nasal septum perforation, dysphonia

## 7 DRUG INTERACTIONS

A drug interaction study was performed in which irinotecan was administered as part of the FOLFIRI regimen with or without Avastin. The results demonstrated no significant effect of bevacizumab on the pharmacokinetics of irinotecan or its active metabolite SN38.

In a randomized study in 99 patients with NSCLC, based on limited data, there did not appear to be a difference in the mean exposure of either carboplatin or paclitaxel when each was administered alone or in combination with Avastin. However, 3 of the 8 patients receiving Avastin plus paclitaxel/carboplatin had substantially lower paclitaxel exposure after four cycles of treatment (at Day 63) than those at Day 0, while patients receiving paclitaxel/carboplatin without Avastin had a greater paclitaxel exposure at Day 63 than at Day 0.

In Study 9, there was no difference in the mean exposure of interferon alfa administered in combination with Avastin when compared to interferon alfa alone.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

*Pregnancy Category C*

There *are no studies of bevacizumab in pregnant women. Reproduction studies in rabbits treated with approximately 1 to 12 times the recommended human dose of bevacizumab resulted in teratogenicity, including an increased incidence of specific gross and skeletal fetal alterations. Adverse fetal outcomes were observed at all doses tested. Other observed effects included decreases in maternal and fetal body weights and an increased number of fetal resorptions.* [See Nonclinical Toxicology (13.3).]

Human IgG is known to cross the placental barrier; therefore, bevacizumab may be transmitted from *the* mother to the developing fetus, and has the potential to cause fetal harm when administered to pregnant women. Because of the observed teratogenic effects of known inhibitors of angiogenesis in humans, bevacizumab should be used during pregnancy only if the potential benefit to the pregnant woman justifies the potential risk to the fetus.

### 8.3 Nursing Mothers

It is not known whether Avastin is secreted in human milk, but human IgG is excreted in human milk. Published data suggest that breast milk antibodies do not enter the neonatal and infant circulation in substantial amounts. Because many drugs are secreted in human milk and because of the potential for serious adverse reactions in nursing infants from bevacizumab, a decision should be made whether to discontinue nursing or discontinue drug, taking into account the half-life of the bevacizumab (approximately 20 days [range 11–50 days]) and the importance of the drug to the mother. *[See Clinical Pharmacology (12.3).]*

### 8.4 Pediatric Use

The safety, effectiveness and pharmacokinetic profile of Avastin in pediatric patients have not been established.

Juvenile cynomolgus monkeys with open growth plates exhibited physeal dysplasia following 4 to 26 weeks exposure at 0.4 to 20 times the recommended human dose (based on mg/kg and exposure). The incidence and severity of physeal dysplasia were dose-related and were partially reversible upon cessation of treatment.

### 8.5 Geriatric Use

In Study 1, severe adverse events that occurred at a higher incidence (≥ 2%) in patients aged ≥65 years as compared to younger patients were asthenia, sepsis, deep thrombophlebitis, hypertension, hypotension, myocardial infarction, congestive heart failure, diarrhea, constipation, anorexia, leukopenia, anemia, dehydration, hypokalemia, and hyponatremia. The effect of Avastin on overall survival was similar in elderly patients as compared to younger patients.

In Study 2, patients aged ≥ 65 years receiving Avastin plus FOLFOX4 had a greater relative risk as compared to younger patients for the following adverse events: nausea, emesis, ileus, and fatigue.

In Study 4, patients aged ≥ 65 years receiving carboplatin, paclitaxel, and Avastin had a greater relative risk for proteinuria as compared to younger patients. *[See Warnings and Precautions (5.8).]*

In Study 5, there were insufficient numbers of patients ≥ 65 years old to determine whether the overall adverse events profile was different in the elderly as compared with younger patients.

Of the 742 patients enrolled in Genentech-sponsored clinical studies in which all adverse events were captured, 212 (29%) were age 65 or older and 43 (6%) were age 75 or older. Adverse events of any severity that occurred at a higher incidence in the elderly as compared to younger patients, in addition to those described above, were dyspepsia, gastrointestinal hemorrhage, edema, epistaxis, increased cough, and voice alteration.

In an exploratory, pooled analysis of 1745 patients treated in five randomized, controlled studies, there were 618 (35%) patients aged ≥ 65 years and 1127 patients < 65 years of age. The overall incidence of arterial thromboembolic events was increased in all patients receiving Avastin with chemotherapy as compared to those receiving chemotherapy alone, regardless of age. However, the increase in arterial thromboembolic events incidence was greater in patients aged ≥ 65 years (8.5% vs. 2.9%) as compared to those < 65 years (2.1% vs. 1.4%). *[See Warnings and Precautions (5.5).]*

## 10 OVERDOSAGE

The highest dose tested in humans (20 mg/kg IV) was associated with headache in nine of 16 patients and with severe headache in three of 16 patients.

## 11 DESCRIPTION

Avastin (bevacizumab) is a recombinant humanized monoclonal IgG1 antibody that binds to and inhibits the biologic activity of human vascular endothelial growth factor (VEGF) in *in vitro* and *in vivo* assay systems. Bevacizumab contains human framework regions and the complementarity-determining regions of a murine antibody that binds to VEGF. Avastin has an approximate molecular weight of 149 kD. Bevacizumab is produced in a mammalian cell (Chinese Hamster Ovary) expression system in a nutrient medium containing the antibiotic gentamicin. Gentamicin is not detectable in the final product.

Avastin is a clear to slightly opalescent, colorless to pale brown, sterile, pH 6.2 solution for intravenous infusion. Avastin is supplied in 100 mg and 400 mg preservative-free, single-use vials to deliver 4 mL or 16 mL of Avastin (25 mg/mL). The 100 mg product is formulated in 240 mg α,α-trehalose dihydrate, 23.2 mg sodium phosphate (monobasic, monohydrate), 4.8 mg sodium phosphate (dibasic, anhydrous), 1.6 mg polysorbate 20, and Water for Injection, USP. The 400 mg

product is formulated in 960 mg α,α-trehalose dihydrate, 92.8 mg sodium phosphate (monobasic, monohydrate), 19.2 mg sodium phosphate (dibasic, anhydrous), 6.4 mg polysorbate 20, and Water for Injection, USP.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Bevacizumab binds VEGF and prevents the interaction of VEGF to its receptors (Flt-1 and KDR) on the surface of endothelial cells. The interaction of VEGF with its receptors leads to endothelial cell proliferation and new blood vessel formation in *in vitro* models of angiogenesis. Administration of bevacizumab to xenotransplant models of colon cancer in nude (athymic) mice caused reduction of microvascular growth and inhibition of metastatic disease progression.

### 12.3 Pharmacokinetics

The pharmacokinetic profile of bevacizumab was assessed using an assay that measures total serum bevacizumab concentrations (i.e., the assay did not distinguish between free bevacizumab and bevacizumab bound to VEGF ligand). Based on a population pharmacokinetic analysis of 491 patients who received 1 to 20 mg/kg of Avastin weekly, every 2 weeks, or every 3 weeks, the estimated half-life of bevacizumab was approximately 20 days (range 11–50 days). The predicted time to reach steady state was 100 days. The accumulation ratio following a dose of 10 mg/kg of bevacizumab every 2 weeks was 2.8.

The clearance of bevacizumab varied by body weight, gender, and tumor burden. After correcting for body weight, males had a higher bevacizumab clearance (0.262 L/day vs. 0.207 L/day) and a larger $V_c$ (3.25 L vs. 2.66 L) than females. Patients with higher tumor burden (at or above median value of tumor surface area) had a higher bevacizumab clearance (0.249 L/day vs. 0.199 L/day) than patients with tumor burdens below the median. In Study 1, there was no evidence of lesser efficacy (hazard ratio for overall survival) in males or patients with higher tumor burden treated with Avastin as compared to females and patients with low tumor burden. The relationship between bevacizumab exposure and clinical outcomes has not been explored.

## 13 NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

No carcinogenicity or mutagenicity studies of bevacizumab have been conducted.

Bevacizumab may impair fertility. Female cynomolgus monkeys treated with 0.4 to 20 times the recommended human dose of bevacizumab exhibited arrested follicular development or absent corpora lutea as well as dose-related decreases in ovarian and uterine weights, endometrial proliferation, and the number of menstrual cycles. Following a 4- or 12-week recovery period, there was a trend suggestive of reversibility. After the 12-week recovery period, follicular maturation arrest was no longer observed, but ovarian weights were still moderately decreased. Reduced endometrial proliferation was no longer observed at the 12-week recovery time point; however, decreased uterine weight, absent corpora lutea, and reduced number of menstrual cycles remained evident.

### 13.2 Animal Toxicology and/or Pharmacology

In cynomolgus monkeys, when bevacizumab was administered at doses of 0.4 to 20 times the weekly human exposure, anatomical pathology revealed several adverse effects on general growth and skeletal development, fertility and wound healing capacity. Severe physeal dysplasia was consistently reported in juvenile monkeys with open growth plates receiving 0.4 to 20 times the human dose. The physeal dysplasia was characterized by a linear cessation of growth line and chondrocyte hyperplasia which did not completely resolve after the 4 to 12 weeks recovery period without drug exposure.

Rabbits dosed with bevacizumab exhibited reduced wound healing capacity.  Using full-thickness skin incision and partial thickness circular dermal wound models, bevacizumab dosing resulted in reductions in wound tensile strength, decreased granulation and re-epithelialization, and delayed time to wound closure.

### 13.3   Reproductive and Developmental Toxicology

Pregnant rabbits dosed with 1 to 12 times the human dose of bevacizumab every three days during the period of organogenesis (gestation day 6-18) exhibited teratogenic effects, decreases in maternal and fetal body weights, and increased number of fetal resorptions.  Teratogenic effects included: reduced or irregular ossification in the skull, jaw, spine, ribs, tibia and bones of the paws; meningocele; fontanel, rib and hindlimb deformities; corneal opacity; and absent hindlimb phalanges.  There are no data available regarding the level of bevacizumab exposure in the offspring.

## 14   CLINICAL STUDIES

### 14.1   Metastatic Colorectal Cancer (mCRC)

*Study 1*

In this double-blind, active-controlled study, patients were randomized (1:1:1) to IV bolus-IFL (irinotecan 125 mg/m$^2$, 5-FU 500 mg/m$^2$, and leucovorin (LV) 20 mg/m$^2$ given once weekly for 4 weeks every 6 weeks) plus placebo (Arm 1), bolus-IFL plus Avastin (5 mg/kg every 2 weeks) (Arm 2), or 5-FU/LV plus Avastin (5 mg/kg every 2 weeks) (Arm 3).  Enrollment in Arm 3 was discontinued, as pre-specified, when the toxicity of Avastin in combination with the bolus-IFL regimen was deemed acceptable.  The main outcome measure was overall survival (OS).

Of the 813 patients randomized to Arms 1 and 2, the median age was 60, 40% were female, 79% were Caucasian, 57% had an ECOG performance status of 0, 21% had a rectal primary and 28% received prior adjuvant chemotherapy.  In 56% of the patients, the dominant site of disease was extra-abdominal, while the liver was the dominant site in 38% of patients.

The addition of Avastin resulted in an improvement in survival across subgroups defined by age (< 65 yrs, ≥ 65 yrs) and gender.  Results are presented in Table 5 and Figure 1.

**Table 5**
Study 1 Efficacy Results

| | IFL + Placebo | IFL + Avastin 5 mg/kg q 2 wks |
|---|---|---|
| Number of Patients | 411 | 402 |
| Overall Survival[a] | | |
| Median (months) | 15.6 | 20.3 |
| Hazard ratio | | 0.66 |
| Progression-free Survival[a] | | |
| Median (months) | 6.2 | 10.6 |
| Hazard ratio | | 0.54 |
| Overall Response Rate[b] | | |
| Rate (percent) | 35% | 45% |
| Duration of Response | | |
| Median (months) | 7.1 | 10.4 |

[a] $p < 0.001$ by stratified log rank test.

[b] $p < 0.01$ by $\chi^2$ test.

**Figure 1**
Duration of Survival in Study 1

Among the 110 patients enrolled in Arm 3, median OS was 18.3 months, median progression-free survival (PFS) was 8.8 months, objective response rate (ORR) was 39%, and median duration of response was 8.5 months.

*Study 2*

Study 2 was a randomized, open-label, active-controlled trial in patients who were previously treated with irinotecan +/- 5-FU for initial therapy for metastatic disease or as adjuvant therapy. Patients were randomized (1:1:1) to IV FOLFOX4 (Day 1: oxaliplatin 85 mg/m$^2$ and LV 200 mg/m$^2$ concurrently, then 5-FU 400 mg/m$^2$ bolus followed by 600 mg/m$^2$ continuously; Day 2: LV 200 mg/m$^2$, then 5-FU 400 mg/m$^2$ bolus followed by 600 mg/m$^2$ continuously; repeated every

2 weeks), FOLFOX4 plus Avastin (10 mg/kg every 2 weeks prior to FOLFOX4 on Day 1), or Avastin monotherapy(10 mg/kg every 2 weeks). The main outcome measure was OS.

The Avastin monotherapy arm was closed to accrual after enrollment of 244 of the planned 290 patients following a planned interim analysis by the data monitoring committee based on evidence of decreased survival compared to FOLFOX4 alone.

Of the 829 patients randomized to the three arms, the median age was 61 years, 40% were female, 87% were Caucasian, 49% had an ECOG performance status of 0, 26% received prior radiation therapy, and 80% received prior adjuvant chemotherapy, 99% received prior irinotecan, with or without 5-FU as therapy for metastatic disease, and 1% received prior irinotecan and 5-FU as adjuvant therapy.

The addition of Avastin to FOLFOX4 resulted in significantly longer survival as compared to FOLFOX4 alone (median OS 13.0 months vs. 10.8 months; hazard ratio 0.75 [95% CI 0.63, 0.89], $p = 0.001$ stratified log rank test) with clinical benefit seen in subgroups defined by age ($< 65$ yrs, $\geq 65$ yrs) and gender. PFS and ORR based on investigator assessment were higher in the Avastin plus FOLFOX4 arm.

*Study 3*

The activity of Avastin in combination with bolus or infusional 5-FU/LV was evaluated in a single arm study enrolling 339 patients with mCRC with disease progression following both irinotecan- and oxaliplatin-containing chemotherapy regimens. Seventy-three percent of patients received concurrent bolus 5-FU/LV. One objective partial response was verified in the first 100 evaluable patients for an overall response rate of 1% (95% CI 0–5.5%).

## 14.2 Unresectable Non–Squamous Non–Small Cell Lung Cancer (NSCLC)

*Study 4*

The safety and efficacy of Avastin as first-line treatment of patients with locally advanced, metastatic, or recurrent non–squamous NSCLC was studied in a single, large, randomized, active-controlled, open-label, multicenter study.

Chemotherapy-naïve patients with locally advanced, metastatic or recurrent non–squamous NSCLC were randomized (1:1) to receive six 21-day cycles of paclitaxel 200 mg/m$^2$ and carboplatin AUC=6.0, by IV on day 1 (PC) or PC in combination with Avastin 15 mg/kg by IV on day 1 (PC plus Avastin). After completion or upon discontinuation of chemotherapy, patients in the PC plus Avastin arm continued to receive Avastin alone until disease progression or until unacceptable toxicity. Patients with predominant squamous histology (mixed cell type tumors only), central nervous system (CNS) metastasis, gross hemoptysis (≥1/2 tsp of red blood), unstable angina, or receiving therapeutic anticoagulation were excluded. The main outcome measure was duration of survival.

Of the 878 patients randomized, the median age was 63, 46% were female, 43% were ≥ age 65, and 28% had ≥ 5% weight loss at study entry. Eleven percent had recurrent disease and of the 89% with newly diagnosed NSCLC, 12% had Stage IIIB with malignant pleural effusion and 76% had Stage IV disease.

The results are presented in Figure 2. OS was statistically significantly higher among patients receiving PC plus Avastin compared with those receiving PC alone; median OS was 12.3 months vs. 10.3 months [hazard ratio 0.80 (repeated 95% CI 0.68, 0.94), final p- value 0.013, stratified log-rank test]. Based on investigator assessment which was not independently verified, patients were reported to have longer PFS with Avastin in combination with PC compared to PC alone.

**Figure 2**

Duration of Survival in Study 4



In an exploratory analyses across patient subgroups, the impact of Avastin on OS was less robust in the following:  women [HR = 0.99 (95% CI: 0.79, 1.25)], age ≥ 65 years [HR = 0.91 (95% CI: 0.72, 1.14)] and patients with ≥5% weight loss at study entry [HR = 0.96 (95% CI: 0.73, 1.26)].

## 14.3   Metastatic Breast Cancer (MBC)

*Study 5*

The efficacy and safety of Avastin as first-line treatment of patients with MBC was studied in a single, open-label, randomized, multicenter study.  Patients who had not received chemotherapy for locally recurrent or MBC were randomized (1:1) to receive paclitaxel (90 mg/m$^2$ IV once weekly for 3 out of 4 weeks) alone or in combination with Avastin (10 mg/kg IV infusion every 2 weeks). Patients were treated until disease progression or unacceptable toxicity.  In situations where paclitaxel was discontinued or held, treatment with Avastin alone could be continued until disease progression.  Patients with breast cancer overexpressing HER2 were not eligible unless they had received prior therapy with trastuzumab.

Prior hormonal therapy for the treatment of metastatic disease was allowed, as was prior adjuvant chemotherapy or hormonal therapy.  Adjuvant taxane therapy, if received, must have been completed 12 or more months prior to study entry.  Patients with central nervous system metastasis were excluded.   The main outcome measure of the study was PFS as assessed by independent radiographic review.  Secondary outcome measures were OS and ORR.

Of the 722 patients randomized, the median age was 55 years, 76% were white, 55% were postmenopausal, and 64% were ER and/or PR positive.  Patient characteristics were similar across treatment arms.  Thirty-six percent had received prior hormonal therapy for advanced disease, and 66% had received adjuvant chemotherapy, including 20% with prior taxane use and 50% with prior anthracycline use.  Efficacy results are summarized in Table 6.

**Table 6**
Avastin Efficacy Results from Study 5

| Efficacy Parameter | Avastin + Paclitaxel (n=368) | Paclitaxel Alone (n=354) | p-value | HR (95% CI) |
|---|---|---|---|---|
| Progression-free Survival [median, months (95% CI)] | 11.3 (10.5, 13.3) | 5.8 (5.4, 8.2) | <0.0001 | 0.48 (0.39, 0.61) |
| Overall Survival [median, months (95% CI)] | 26.5 (23.7, 29.2) | 24.8 (21.4, 27.4) | 0.14 | 0.87 (0.72, 1.05) |
| Partial Response Rate[1] (PR) | 48.9%[2] | 22.2% | <0.001 | — |

[1] Includes only patients with measurable disease.
[2] The difference in partial response rates is 26.7% with a 95% CI (18.4%, 35.0%).

The addition of Avastin to paclitaxel resulted in an improvement in PFS with no significant improvement in OS. Partial response rates in patients with measurable disease were higher with Avastin plus paclitaxel. No complete responses were observed.

Thirty-four percent of the patients had incomplete follow-up for disease progression; therefore an exploratory analysis using similar imputation between arms was performed, which yielded a hazard ratio of 0.57.

*Study 6*

The efficacy and safety of Avastin as second- and third-line treatment of patients with MBC was studied in a single open-label randomized study. Patients who had received prior anthracycline and taxane therapy in the adjuvant setting or for their MBC were randomized (1:1) to receive capecitabine alone or in combination with Avastin. Of the 462 enrolled patients, the median age was 51 years, 81% were white, and 50% were ER positive. Patient characteristics were similar across the treatment arms.

The study failed to demonstrate a statistically significant effect on PFS or OS. The median PFS was 4.2 months in the capecitabine arm and 4.9 months in the capecitabine plus Avastin arm (log-rank p-value = 0.86, hazard ratio 0.98). The median OS was 14.5 months in the capecitabine arm and 15.1 months in the capecitabine plus Avastin arm (hazard ratio of 1.08).

## 14.4 Glioblastoma

*Study 7*

The efficacy and safety of Avastin was evaluated in Study 7, an open-label, multicenter, randomized, non-comparative study of patients with previously treated glioblastoma. Patients received Avastin (10 mg/kg IV) alone or Avastin plus irinotecan every 2 weeks until disease progression or until unacceptable toxicity. All patients received prior radiotherapy (completed at least 8 weeks prior to receiving Avastin) and temozolomide. Patients with active brain hemorrhage were excluded.

Of the 85 patients randomized to the Avastin arm, the median age was 54 years, 32% were female, 81% were in first relapse, Karnofsky performance status was 90–100 for 45% and 70–80 for 55%.

The efficacy of Avastin was demonstrated using response assessment based on both WHO radiographic criteria and by stable or decreasing corticosteroid use, which occurred in 25.9% (95% CI 17.0%, 36.1%) of the patients. Median duration of response was 4.2 months (95% CI 3.0, 5.7). Radiologic assessment was based on MRI imaging (using T1 and T2/FLAIR). MRI does not necessarily distinguish between tumor, edema, and radiation necrosis.

*Study* 8

Study 8, was a single-arm, single institution trial with 56 patients with glioblastoma. All patients had documented disease progression after receiving temozolomide and radiation therapy. Patients received Avastin 10 mg/kg IV every 2 weeks until disease progression or unacceptable toxicity.

The median age was 54, 54% were male, 98% Caucasian, and 68% had a Karnofsky Performance Status of 90–100.

The efficacy of Avastin was supported by an objective response rate of 19.6% (95% CI 10.9%, 31.3%) using the same response criteria as in Study 7. Median duration of response was 3.9 months (95% CI 2.4, 17.4).

## 14.5 Metastatic Renal Cell Carcinoma (mRCC)

*Study 9*

Patients with treatment-naïve mRCC were evaluated in a multicenter, randomized, double-blind, international study comparing Avastin plus interferon alfa 2a (IFN- α2a) versus placebo plus IFN-α2a. A total of 649 patients who had undergone a nephrectomy were randomized (1:1) to receive either Avastin (10 mg/kg IV infusion every 2 weeks; n = 327) or placebo (IV every 2 weeks; n = 322) in combination with IFN-α2a (9 MIU subcutaneously three times weekly, for a maximum of 52 weeks). Patients were treated until disease progression or unacceptable toxicity. The main outcome measure of the study was investigator-assessed PFS. Secondary outcome measures were ORR and OS.

The median age was 60 years (range 18–82), 96% were white, and 70% were male. The study population was characterized by Motzer scores as follows: 28% favorable (0), 56% intermediate (1-2), 8% poor (3-5), and 7% missing.

The results are presented in Figure 3. PFS was statistically significantly prolonged among patients receiving Avastin plus IFN-α2a compared to those receiving IFN-α2a alone; median PFS was 10.2 months vs. 5.4 months [HR 0.60 (95% CI 0.49, 0.72), p-value < 0.0001, stratified log-rank test]. Among the 595 patients with measureable disease, ORR was also significantly higher (30% vs. 12%, p < 0.0001, stratified CMH test). There was no improvement in OS based on the final analysis conducted after 444 deaths, with a median OS of 23 months in the Avastin plus IFN-α2a arm and 21 months in the IFN-α2a plus placebo arm [HR 0.86, (95% CI 0.72, 1.04)].

**Figure 3**

Progression-Free Survival in Study 9

## 16 HOW SUPPLIED/STORAGE AND HANDLING

Avastin vials [100 mg (NDC 50242-060-01) and 400 mg (NDC 50242-061-01)] are stable at 2–8°C (36–46°F). Avastin vials should be protected from light. **Do not freeze or shake.**

Diluted Avastin solutions may be stored at 2–8°C (36–46°F) for up to 8 hours. Store in the original carton until time of use. No incompatibilities between Avastin and polyvinylchloride or polyolefin bags have been observed.

## 17 PATIENT COUNSELING INFORMATION

Advise patients:

- To undergo routine blood pressure monitoring and to contact their health care provider if blood pressure is elevated.
- To immediately contact their health care provider for unusual bleeding, high fever, rigors, sudden onset of worsening neurological function, or persistent or severe abdominal pain, severe constipation, or vomiting.
- Of increased risk of wound healing complications during and following Avastin.
- Of increased risk of an arterial thromboembolic event.
- Of the potential risk to the fetus during and following Avastin and the need to continue adequate contraception for at least 6 months following last dose of Avastin.

Manufactured by:
Genentech, Inc.
1 DNA Way
South San Francisco, CA
94080-4990

7455316
LV0017
4835706
Initial U.S.Approval: February 2004
Code Revision Date: July 2009
© 2009 Genentech, Inc

# EXHIBIT W

# Randomized Multicenter Phase II Study of Larotaxel (XRP9881) in Combination with Cisplatin or Gemcitabine as First-Line Chemotherapy in Nonirradiable Stage IIIB or Stage IV Non-small Cell Lung Cancer

*Petr Zatloukal, MD,* Radj Gervais, MD,† Johan Vansteenkiste, MD, PhD,‡ Léon Bosquee, MD,§ Christiana Sessa, MD,‖ Etienne Brain, MD, PhD,¶ Eric Dansin, MD,# Thierry Urban, MD, PhD,** Nadine Dohollou, MD,†† Michèle Besenval, MD,‡‡ and Elisabeth Quoix, MD§§*

**Introduction:** This randomized phase II study investigated the efficacy and safety of a new taxane, larotaxel (XRP9881), in combination with either cisplatin or gemcitabine in the first-line treatment of patients with nonirradiable stage IIIB or stage IV non-small cell lung cancer to select the combination having the most promising antitumor activity.

**Methods:** Patients received either larotaxel (50 mg/m$^2$) as a 1-hour infusion, followed by a 1-hour infusion of cisplatin (75 mg/m$^2$), every 3 weeks (arm A), or gemcitabine (800 mg/m$^2$) as a 30 minute infusion, on days 1 and 8, and larotaxel (60 mg/m$^2$) as a 1-hour infusion, on day 8 (following gemcitabine), every 3 weeks (arm B). The primary end point was the objective response rate (per-protocol population).

**Results:** Thirty-two patients were randomized to arm A and 30 to arm B. The response rate was higher in arm A compared with arm B in both the per-protocol (26.7% versus 18.2%) and intention-to-treat (28.1% versus 13.3%) populations. In the intention-to-treat population, median progression-free survival for arm A versus arm B was 4.7 versus 3.3 months and median overall survival was 8.6 versus 7.3 months, respectively. Fifty percent of patients in arm A and 66.7% in arm B experienced at least one National Cancer Institute common toxicity criteria grade 3/4 adverse event and grade 3/4 neutropenia was observed in 46.9% and 41.4% of patients, respectively.

**Conclusions:** Both larotaxel combinations were effective and manageable, however all measured efficacy parameters (response rate, progression free survival, and survival) seemed to favor the combination with cisplatin.

**Key Words:** Advanced NSCLC, Combination chemotherapy, First-line, Taxane, Larotaxel.

(*J Thorac Oncol.* 2008;3: 894–901)

*Department of Pneumology and Thoracic Surgery, 3rd Faculty of Medicine, Charles University, Faculty Hospital Bulovka and Postgraduate Medical School, Praha, Czech Republic; †Centre François Baclesse, Caen, France; ‡Respiratory Oncology Unit (Pulmonology) and Leuven Lung Cancer Group, University Hospital Gasthuisberg, Leuven, Belgium; §Service de pneumologie, Centre Hospitalier Universitaire, Sart-Tilman, Liège, Belgium; ‖Ospedale San Giovanni, Bellinzona, Switzerland; ¶Department of Medical Oncology, Centre René Huguenin, Saint-Cloud, France; #Départment de Cancérologie générale, Centre Oscar Lambret, Lille, France; **Service de pneumologie, Centre Hospitalier Universitaire, Angers, France; ††Department of Medical Oncology, Polyclinique Bordeaux Nord Aquitaine, Bordeaux, France; ‡‡Sanofi-Aventis, Antony, France; and §§Service de pneumologie, University Hospital, Strasbourg, France.

Disclosure: Michèle Besenval is employed by the organization. The other authors declare no conflict of interest.

Address for correspondence: Elisabeth Quoix, MD, Hôpital Lyautey, Service de Pneumologie, Hôpitaux Universitaires de Strasbourg, 1 Place de l'Hôpital, 67091 Strasbourg cedex, France. E-mail: elisabeth.quoix@chru-strasbourg.fr

Copyright © 2008 by the International Association for the Study of Lung Cancer

ISSN: 1556-0864/08/0308-0894

Globally, lung cancer is the most frequently diagnosed malignancy and the disease remains the most common cause of cancer-related death.[1] The majority of tumors (~80%) are non-small cell lung cancers (NSCLCs).[2] As a consequence of the absence of effective, clinically-validated screening procedures, most NSCLCs are locally advanced or metastatic at presentation (stage IIIB and IV),[3] and therefore nonresectable. Treatment for advanced disease may comprise chemoradiotherapy (stage IIIB) or chemotherapy (stage IV).[4] Such essentially palliative treatment aims at controlling symptoms, improving quality of life, and lengthening survival.

A number of cytotoxic agents have been shown to be effective as first-line treatments for NSCLC. Currently, patients with good performance status will commonly receive a doublet comprising a platinum analogue (cisplatin or carboplatin) combined with a third-generation cytotoxic agent (gemcitabine, vinorelbine, or a taxane). Various combinations seem to be essentially equally effective,[5,6] with differences between regimens primarily limited to their side effect profiles.[7,8] Nonplatinum-based doublets, especially gemcitabine plus a taxane have been developed in an attempt to overcome cisplatin-associated toxicities. Results available at time of this study led to the recommendation by American Society of Clinical Oncology in 2003 of their use as an alternative to platinum-based doublets.[4]

AVENTIS EXHIBIT 2045
Mylan v. Aventis, IPR2016-00712

The taxanes, paclitaxel and docetaxel, are both effective and approved in combination with platinum in first-line NSCLC therapy.[9] Docetaxel is also approved as a single agent for second-line treatment. There is however a need to increase the effectiveness of such compounds in relation to increasing cytotoxicity in taxane-resistant tumors and decreasing systemic toxicity.[10] Larotaxel (XRP9881) is a novel semi-synthetic taxane compound that seems to be a potent microtubule stabilizer, blocking tubulin disassembly and thereby inhibiting mitosis. The drug efflux pump, P-glycoprotein 1 (encoded by the multidrug resistance gene, *ABCB1*), which is commonly overexpressed in tumors, may play a key role in taxane resistance. Larotaxel has a much lower affinity for P-glycoprotein 1 than docetaxel and was shown to be active in cell lines resistant to doxorubicin, vinblastine, paclitaxel, and docetaxel. In addition, this compound seems to cross the blood-brain barrier.[11]

Several phase I studies have explored different schedules of administration of larotaxel as a single agent and have recommended dose levels for phase II studies of 60 and 90 mg/m$^2$ for the every 3 weeks regimen.[11–15] Hematologic toxicity was the main dose-limiting toxicity in all the tested regimens. Other nonhematologic toxicities characteristically associated with taxanes, such as alopecia, gastrointestinal effects, neurosensory disorders, hypersensitivity reactions, skin disorders, and fluid retention were generally mild or moderate. Objective responses were observed in several tumor types. Of particular interest, Sessa and colleagues noted responses in three NSCLC patients. In one case, a response was seen in both the patient's primary tumor and also associated brain metastases.[11] This study provided a rational basis for the further testing of larotaxel in advanced NSCLC patients.

A preliminary three-arm phase I study investigated larotaxel in combination with cisplatin, gemcitabine, or vinorelbine. The recommended doses for the combination of larotaxel and cisplatin were 50 and 75 mg/m$^2$, respectively and for larotaxel and gemcitabine; 60 and 800 mg/m$^2$, respectively. However, larotaxel combined with vinorelbine showed poor tolerability, even at the lowest doses tested, and so this combination was rejected for phase II development (manuscript in preparation). Using response rate as the primary efficacy measure, the current phase II study was designed to investigate whether cisplatin or gemcitabine was the most appropriate partner for larotaxel in patients with chemotherapy naive advanced NSCLC.

## PATIENTS AND METHODS

### Major Eligibility Criteria

Chemotherapy naive patients were eligible for inclusion if they had histologically or cytologically-confirmed nonirradiable stage IIIB or stage IV NSCLC and were ≥18 and ≤75 years of age, with a life expectancy of at least 12 weeks and an Eastern Cooperative Oncology Group performance status of 0 to 2. They were not to have received surgery for NSCLC within the previous 4 weeks (excluding simple surgery for diagnosis or to implant a venous access device) and required adequate hematologic (neutrophils $>2 \times 10^9$/l, platelet count $>100 \times 10^9$/l), renal (creatinine within upper normal limits or if borderline, with a creatinine clearance >60 mL/min), and hepatic (total bilirubin within normal limits, serum aspartate aminotransferase/alanine aminotransferase and alkaline phosphatase ≤2.5 times the upper limits of normal or aspartate aminotransferase/alanine aminotransferase ≤1.5 times associated with alkaline phosphatase ≤5 times the upper limits of normal) function. Patients were required to have at least one measurable lesion according to response evaluation criteria in solid tumors criteria.[16] The study was conducted in accordance with the declaration of Helsinki and written informed patient consent was obtained before the implementation of any study-related procedures.

Main exclusion criteria were: a prior history of cancer (excluding basal cell skin or in situ disease); symptomatic brain or leptomeningeal metastases; hypercalcemia (>2.8 mmol/l); peripheral neuropathy > grade 1; another serious comorbid condition; had received prior chemotherapy or radiotherapy (except for bone metastases) or were receiving another anticancer treatment or experimental drug.

### Study Design and Treatments

This was a multicenter, randomized study conducted in 11 centers in four countries (France, Belgium, Czech Republic and Switzerland). The primary objective was to select the combination having the most promising antitumor activity (response rate). Patients were randomly assigned centrally into two arms. Those in arm A received larotaxel (50 mg/m$^2$) as a 1-hour infusion, followed after 30 minutes by a 1-hour infusion of cisplatin (75 mg/m$^2$), every 3 weeks. Patients in arm B received gemcitabine (800 mg/m$^2$) as a 30 minute infusion, on days 1 and 8, and larotaxel (60 mg/m$^2$) as a 1-hour infusion, on day 8 (following gemcitabine, with no interval), every 3 weeks. Administration of larotaxel on day 8 in this arm was selected to match docetaxel/gemcitabine NSCLC schedules, which have been designed to avoid docetaxel-induced neutropenia (which generally occurs 5 to 8 days after administration) causing a delay in the day 8 administration of gemcitabine.[17] All patients in arm A received a setron (ondansetron or alternative) as a prophylactic antiemetic premedication from cycle 1. Patients in this arm were to be adequately hydrated to avoid the nephrotoxicity secondary to cisplatin administration. No prophylactic antiemetic drugs were allowed during the first cycle for patients in arm B. In subsequent cycles, in the case of nausea/vomiting, patients could receive preventive antiemetic treatment in compliance with the standard protocol of the center. Prophylaxis with dexamethasone was given (16 mg the day before, 24 mg the day of, and 16 mg the day after larotaxel administration).

Adverse events (AEs) were graded according to National Cancer Institute-Common Toxicity Criteria Version 2. In the event of long lasting AEs, the cycle could be extended for 1 week. No dose reduction was permitted for arm A and if such toxicity did not resolve by day 28, the patient was to discontinue the study treatment. For arm B, in the case of severe toxicity related to larotaxel or gemcitabine, a dose reduction to 50 and/or 650 mg/m$^2$, respectively, was allowed.

Copyright © 2008 by the International Association for the Study of Lung Cancer

The interval between day 1 of 2 consecutive cycles could be extended to 5 weeks for nondrug-related AEs, but only once during the study. Treatment was continued until disease progression, unacceptable toxicity, or the withdrawal of patient consent.

## Evaluations Before and During Therapy

Within 7 days before first study drug administration, medical history (including NSCLC histology/cytology, prior surgery other than for cancer, concurrent illness, prior medications, history of allergy) was recorded and a physical examination (height, weight, Eastern Cooperative Oncology Group performance status, vital signs) carried out. Standard hematologic and biochemical analyses and an evaluation of existing signs and symptoms were also completed. Within 4 weeks before treatment a cardiologic examination and radiologic scanning of the chest (x-ray or computed tomography; CT), abdomen (CT), brain (CT or magnetic resonance imaging) and when indicated, bone (scan or x-ray) were carried out, encompassing all target and nontarget (when indicated) lesions. During the study, a physical examination was carried out immediately before treatment, on day 1 of each cycle. Toxicity was evaluated weekly. Hematologic assessments were carried out every week, or every other day in the case of grade four neutropenia or thrombopenia (arm B) until recovery to grade ≤3 or <3, respectively. Radiologic assessment of the chest and abdomen and all target and nontarget lesions was performed every 2 cycles (6 weeks) using the same method as the baseline evaluation.

## Statistical Methods and Considerations

The intention-to-treat (ITT) population comprised all randomized patients. The per-protocol population (PPP) was defined as a subset of the treated population: patients had to be eligible, evaluable for response, and without any major protocol deviations during the course of the study. The safety population was the treated population, defined as all patients who had been administered at least one (even incomplete) infusion of one study drug.

The primary objective was to rank the activity of the two test regimens using the Simon design.[18] An independent External Response Review Committee reviewed radiologic assessments to evaluate the best tumor response and to establish the date of progression (response evaluation criteria in solid tumors[16]). The primary efficacy variable was the objective response rate for the PPP, as assessed by the External Response Review Committee and as defined by the percentage of patients achieving a confirmed complete (CR) or partial (PR) response (CR + PR). Twenty-one patients/arm were to be included. Taking into account a likely rate of exclusion from the PPP of 10%, 23 patients/arm were to be enrolled. With this sample size, and assuming that the lowest response rate was 10%, there was a probability of 90% that the best treatment would be selected, provided that it was superior to the other by at least 15%.

Secondary efficacy variables included: duration of response (DR; defined as the time interval between meeting the criteria for a CR or PR and the date of the first documented progression or death from any cause), duration of stable disease (SD) (defined as the time from randomization until disease progression or death for patients with SD as best overall response), progression-free survival (PFS; defined as the time from randomization until disease progression or death), and overall survival (OS; defined as the time from randomization until death). For DR and PFS evaluations, progression or death occurring 84 days or more after the last evaluable tumor assessment was censored back to the date of that assessment. OS was censored at the date of last contact or the cutoff date, whichever came first.

Categoric variables were summarized by frequency and percentage. Ninety five percent confidence intervals [95%] were calculated using the Clopper–Pearson exact method,[19] where appropriate. Continuous variables were presented with summary statistics (mean, standard deviation, median, range). Kaplan–Meier curves[20] and estimates[21] (median and its 95% confidence interval) were used to analyze variables of duration and event.

# RESULTS

## Patient Demographics

Sixty-two patients were randomized between 30th July 2002 and 17th June 2003: 32 to arm A (larotaxel/cisplatin) and 30 to arm B (larotaxel/gemcitabine). Patient characteristics at baseline were generally well balanced between the arms, except gender (Table 1). Similarly, baseline tumor characteristics were well balanced with only slight differences in the interarm frequencies of the number and type of organs involved and stage of disease at first diagnosis (Table 1). The majority of patients had stage IV disease, with adenocarcinoma being the most common histologic class. Most patients had three or more organs affected.

## Treatment Administration

Thirty-two patients in arm A received a total of 127 cycles (median 4, range 1–8) and 30 patients in arm B received a total 116 cycles (median 4, range 1–6). Table 2 summarizes drug exposure. Reflecting the absence of protocol-permitted dose reduction in arm A, the relative dose intensity was 0.98 for both larotaxel and cisplatin. In arm B, 28 of 30 patients received larotaxel, with 2 discontinuing treatment immediately after the first gemcitabine infusion (day 1) following, in 1 case, grade 4 supraventricular arrhythmia and in 1 case, pulmonary embolism (neither considered related to study treatment). The relative dose intensity in this arm for larotaxel was 0.94 and for gemcitabine was 0.93, with these intensities demonstrating the feasibility of the combination. Although not allowed, 1 (3.1%) patient (1 cycle, 0.8%) in arm A did have a dose reduction (larotaxel; cycle 3) following anemia. In arm B, 7 (23.3%) patients experienced a dose reduction in 9 cycles (7.8%), due to hematologic toxicity for two patients, nonhematologic toxicity for three patients (diarrhea, nausea, and vomiting); for the two remaining patients no specific reason was given. Among the 9 cycles with dose reduction, larotaxel was reduced in eight and gemcitabine in one. Eleven patients (34.4%) in arm A and 13 patients (43.3%) in arm B had a delay in at least 1 cycle. A total of 16 (12.6%) cycles were delayed in arm A and 22

 Copyright © 2008 by the International Association for the Study of Lung Cancer

**TABLE 1.** Patient and Disease Characteristics at Baseline

| Characteristic | Arm A (*N* = 32) | Arm B (*N* = 30) | All Patients (*N* = 62) |
|---|---|---|---|
| Gender, *n* (%) | | | |
| Male | 21 (65.6) | 26 (86.7) | 47 (75.8) |
| Female | 11 (34.4) | 4 (13.3) | 15 (24.2) |
| Race, *n* (%) | | | |
| Caucasian | 32 (100.0) | 30 (100.0) | 62 (100.0) |
| Age, yr | | | |
| Median (range) | 57 (43–75) | 62 (40–72) | 60 (40–75) |
| <65 yr, *n* (%) | 21 (65.6) | 22 (73.3) | 43 (69.4) |
| ≥65 yr, *n* (%) | 11 (34.4) | 8 (26.7) | 19 (30.6) |
| PS before first infusion, *n* (%) | | | |
| Median (range) | 1 (0–2) | 1 (0–2) | 1 (0–2) |
| 0 | 9 (28.1) | 7 (23.3) | 16 (25.8) |
| 1 | 20 (62.5) | 19 (63.3) | 39 (62.9) |
| 2 | 3 (9.4) | 4 (13.3) | 7 (11.3) |
| Signs and symptoms at baseline, *n* (%) | 27 (84.4) | 28 (93.3) | 55 (88.7) |
| Histology type, *n* (%) | | | |
| Adenocarcinoma | 17 (53.1) | 15 (50.0) | 32 (51.6) |
| Large cell carcinoma | 2 (6.3) | 4 (13.3) | 6 (9.7) |
| NSCLC undetermined | 2 (6.3) | — | 2 (3.2) |
| Squamous cell carcinoma | 11 (34.4) | 11 (36.7) | 22 (35.5) |
| Stage of disease at baseline | | | |
| IIIB | 5 (15.6) | 5 (16.7) | 10 (16.1) |
| IV | 27 (84.4) | 25 (83.3) | 52 (83.9) |
| Measurable disease, *n* (%) | 32 (100.0) | 30 (100.0) | 62 (100.0) |
| Number of organs involved | | | |
| 1 | 1 (3.1) | 4 (13.3) | 5 (8.1) |
| 2 | 12 (37.5) | 6 (20.0) | 18 (29.0) |
| 3 | 13 (40.6) | 15 (50.0) | 28 (45.2) |
| 4 or more | 6 (18.8) | 5 (16.7) | 11 (17.7) |
| Organ involvement, *n* (%) | | | |
| Lung | 30 (93.8) | 24 (80.0) | 54 (87.1) |
| Soft tissue (lymph nodes) | 27 (84.4) | 22 (73.3) | 49 (79.0) |
| Brain | 4 (12.5) | 6 (20.0) | 10 (16.1) |
| Bone | 9 (28.1) | 5 (16.7) | 14 (22.6) |
| Adrenal gland | 6 (18.8) | 8 (26.7) | 14 (22.6) |
| Liver | 5 (15.6) | 7 (23.3) | 12 (19.4) |
| Pleura | 5 (15.6) | 6 (20.0) | 11 (17.7) |

Arm A, larotaxel + cisplatin; Arm B, larotaxel + gemcitabine; PS, performance status; NSCLC, non-small cell lung cancer.

(19.0%) in arm B. The most common reasons for cycle delays were other reason (administrative reasons) in arm A and hematologic toxicity in arm B. All patients had discontinued treatment by the cutoff date of 15th May 2005, with the most common reason in both arms being progressive disease, followed by no further benefit expected and adverse event.

## Efficacy

Primary and secondary efficacy data are detailed in Table 3. There were no CR. Response rates in the PPP for arm A and arm B were 26.7% and 18.2% and for the ITT population 28.1% and 13.3%, respectively. In addition, 40.0% and 36.4% (PPP), 40.6% and 33.3% (ITT) of patients respectively had SD. In brain lesions (10 patients), no objective responses were observed but stabilization was achieved in three of four patients in arm A and one of six in arm B.

As only 13 patients (including six censored in arm A and two in arm B) had an objective response, Kaplan–Meier plots for DR were not constructed. The DR ranged between 1.45+ and 20.63+ months. Median PFS was similar in arm A of the PPP compared with arm B (4.3 versus 4.4 months) but a difference of 1.4 months was observed in the ITT population (4.7 versus 3.3 months, respectively). In arm B, two out of four patients with very short PFS were excluded from the PPP (baseline tumor assessment done more than 31 days before first infusion) and probably explain the difference in PFS between ITT and PPP. In the ITT population, median OS was 8.6 months in arm A and 7.3 months in arm B (Figure 1) and the 1-year survival rate was 40.6% in arm A and 30.0% in arm B.

## Safety

Eight (25.0%) patients in arm A and nine (30.0%) patients in arm B experienced grade 3/4 treatment emergent adverse events related to study treatment (Table 4). The highest incidences of such events (nonhematological) were infection (9.4%) and vomiting (6.3%) in arm A, and infection (10.0%), diarrhea and allergic reaction (6.7%) in arm B. Of note, a similar rate of patients experienced grade 3/4 infection related to study treatment. However, more patients experienced grade 3/4 infection regardless of relationship to study treatment (with or without neutropenia) in arm B compared with arm A (12.5% in arm A; 26.7% in arm B). Given that the excess of infection cases in arm B seemed not to be related to treatment, that the patients were randomized to the study arms and that there were no obvious imbalances in patient/disease characteristics at baseline that might explain this excess, this is most likely a chance finding.

Neutropenia was the most common grade 3/4 hematologic toxicity in both arms (arm A: 46.9%, arm B: 41.4%), with grade 3/4 thrombocytopenia reported for only one patient (3.4%) in arm B. Two (6.3%) patients experienced febrile neutropenia in arm A (no patients in arm B), and three (10.0%) patients experienced neutropenic infection in each arm.

The incidence of peripheral neurotoxicity was similar in both arms (arm A: 18.8%, arm B: 20.0%) with no patients experiencing grade 3. More any grade creatinine increase was noted for arm A compared with arm B (37.5% versus 10%). However, this was grade 1 in all but two (6.3%) patients (grade 2, which subsequently improved to grade 1).

One patient in arm A (3.1%) and four patients in arm B (13.3%) died within 30 days of the last treatment administration (Table 5). Two of the deaths in arm B (6.7%) were considered to be related to study treatment: one patient died of infection (with concomitant grade 3/4 neutropenia) on day 11 of the last infusion at cycle 2, and another died of infection (with concomitant grade 3/4 neutropenia) on day 7 of the last infusion at cycle 1.

*Copyright © 2008 by the International Association for the Study of Lung Cancer*

**TABLE 2.** Exposure to Treatment

| | Arm A | | Arm B | |
|---|---|---|---|---|
| **Exposure** | **Larotaxel** | **Cisplatin** | **Larotaxel** | **Gemcitabine** |
| No. of treated patients | 32 | 32 | 28 | 30 |
| Cumulative dose, (mg/m$^2$) | | | | |
| Median (range) | 200.9 (49.3–397.9) | 301.4 (73.9–588.4) | 238.0 (59.5–364.9) | 6373.3 (767.1–9731.8) |
| Actual dose intensity, (mg/m$^2$/wk) | | | | |
| Median (range) | 16.3 (14.3–17.4) | 24.5 (21.3–25.7) | 18.9 (10.9–20.2) | 498.3 (255.7–539.9) |
| Relative dose intensity | | | | |
| Median (range) | 0.98 (0.86–1.04) | 0.98 (0.85–1.03) | 0.94 (0.54–1.01) | 0.93 (0.48–1.01) |

**TABLE 3.** Primary and Secondary Efficacy Data in the Per-Protocol and ITT Populations

| | PPP | | ITT | |
|---|---|---|---|---|
| **Parameter** | **Arm A ($N$ = 30)** | **Arm B ($N$ = 22)** | **Arm A ($N$ = 32)** | **Arm B ($N$ = 30)** |
| Response, $n$ (%) | | | | |
| Complete response (CR) | — | — | — | — |
| Partial response (PR) | 8 (26.7) | 4 (18.2) | 9 (28.1) | 4 (13.3) |
| No change/stable disease | 12 (40.0) | 8 (36.4) | 13 (40.6) | 10 (33.3) |
| Progressive disease | 8 (26.7) | 9 (40.9) | 8 (25.0) | 10 (33.3) |
| Not evaluable | 2 (6.7) | 1 (4.5) | 2 (6.3) | 6 (20) |
| Overall response rate (CR + PR) | 8[a] (26.7) | 4 (18.2) | 9 (28.1) | 4 (13.3) |
| [95% CI] | [12.3, 45.9] | [5.2, 40.3] | [13.7, 46.7] | [3.8, 30.7] |
| Median PFS (mo) | 4.3 | 4.4 | 4.7 | 3.3 |
| [95% CI] | [2.76, 4.96] | [1.54, 6.08] | [2.92, 6.21] | [1.45, 5.42] |
| Median overall survival (mo) | ND | ND | 8.6 | 7.3 |
| [95% CI] | | | [5.39, 16.03] | [4.76, 11.07] |
| 1-yr survival (mo) | | | 40.6% | 30.0% |

[a] One patient achieving a response was ineligible for inclusion in the PPP population as a consequence of major protocol deviations at study entry (baseline tumor assessment more than 31 d prior to first infusion and previous radiotherapy).

PPP, per-protocol population; ITT, intention to treat population; Arm A, larotaxel + cisplatin; Arm B, larotaxel + gemcitabine; PFS, progression-free survival; ND, not determined; CI, confidence interval.

**FIGURE 1.** Kaplan–Meier curve for overall survival in the ITT population.

Copyright © 2008 by the International Association for the Study of Lung Cancer

**TABLE 4.** Summary of Adverse Events in Each Study Arm, Treatment Emergent Adverse Events Related to Study Treatment by Category and Terms (Reported for ≥2 Patients at Grade 3/4 or ≥3 Patients at any Grade) and Hematological Toxicity

| Adverse Events Summary, *N* (%) | Arm A (*N* = 32) | | Arm B (*N* = 30) | |
|---|---|---|---|---|
| At least one TEAE regardless of relationship to study treatment | 30 (93.8) | | 30 (100.0) | |
| At least one TEAE possibly or probably related to study treatment | 26 (81.3) | | 26 (86.7) | |
| At least one grade 3/4 TEAE regardless of relationship to study treatment | 16 (50.0) | | 20 (66.7) | |
| At least one grade 3/4 TEAE possibly or probably related to study treatment | 8 (25.0) | | 9 (30.0) | |
| **Adverse Events: NCI-CTC Category/Term, *N* (%)** | **Grade 3/4** | **Any Grade** | **Grade 3/4** | **Any Grade** |
| Allergy/immunology | — | 4 (12.5) | 2 (6.7) | 3 (10.0) |
| Allergic reaction/hypersensitivity | — | 4 (12.5) | 2 (6.7) | 3 (10.0) |
| Cardiovascular (general) | — | 2 (6.3) | — | 5 (16.7) |
| Edema | — | 1 (3.1) | — | 3 (10.0) |
| Constitutional symptoms | 2 (6.3) | 14 (43.8) | — | 11 (36.7) |
| Fatigue | 1 (3.1) | 13 (40.6) | — | 9 (30.0) |
| Fever | — | 3 (9.4) | — | 3 (10.0) |
| Dermatology | — | 14 (43.8) | — | 19 (63.3) |
| Alopecia | — | 14 (43.8) | — | 16 (53.3) |
| Rash/desquamation | — | 1 (3.1) | — | 5 (16.7) |
| Gastrointestinal | 3 (9.4) | 22 (68.8) | 3 (10.0) | 19 (63.3) |
| Anorexia | — | 8 (25.0) | — | 7 (23.3) |
| Constipation | — | 4 (12.5) | — | 2 (6.7) |
| Diarrhea | 1 (3.1) | 10 (31.3) | 2 (6.7) | 10 (33.3) |
| Nausea | — | 17 (53.1) | 1 (3.3) | 15 (50.0) |
| Stomatitis/pharyngitis | — | 3 (9.4) | — | 4 (13.3) |
| Vomiting | 2 (6.3) | 12 (37.5) | 1 (3.3) | 10 (33.3) |
| Infection | 3 (9.4) | 3 (9.4) | 3 (10.0) | 4 (13.3) |
| Infection[a] | 3 (9.4) | 3 (9.4) | 3 (10.0) | 3 (10.0) |
| Neurology | — | 7 (21.9) | — | 7 (23.3) |
| Neuropathy sensory | — | 6 (18.8) | — | 6 (20.0) |
| Pain | — | 4 (12.5) | 1 (3.3) | 5 (16.7) |
| Abdominal pain cramping | — | 3 (9.4) | — | 1 (3.3) |
| Hematological | | | | |
| Leukopenia | 9 (28.1) | 19 (59.4) | 8 (27.6) | 18 (62.1) |
| Neutropenia | 15 (46.9) | 21 (65.6) | 12 (41.4) | 19 (65.5) |
| Anemia | 3 (9.4) | 29 (90.6) | 1 (3.4) | 26 (89.7) |
| Thrombocytopenia | — | — | 1 (3.4) | 11 (37.9) |
| Neutropenic complications | | | | |
| Febrile neutropenia | 2 (6.3) | | — | |
| Related neutropenic infection Grade 3 | 2 (6.3) | | 1 (3.3) | |
| Related neutropenic infection Grade 4 | 1 (3.1) | | 2 (6.7) | |

[a] Neutropenic infection.
Arm A, larotaxel + cisplatin; Arm B, larotaxel + gemcitabine; NCI-CTC, National Cancer Institute Common Toxicity Criteria; TEAE, treatment emergent adverse event.

## DISCUSSION

Cisplatin is one of the most efficient drugs in NSCLC, but requires hyperhydration and induces some cumulative toxicities that may be difficult to manage such as renal impairment, peripheral neuropathy, and ototoxicity. To decrease toxicity associated with cisplatin-based doublets, a number of studies have investigated whether carboplatin-based and nonplatinum combinations including gemcitabine instead of cisplatin might confer equivalent efficacy but lower toxicity. A first meta-analysis has suggested the superiority of

Copyright © 2008 by the International Association for the Study of Lung Cancer

**TABLE 5.** Summary of Deaths

| | Arm A ($N$ = 32) | Arm B ($N$ = 30) | ALL ($N$ = 62) |
|---|---|---|---|
| Total deaths | 29 (90.6) | 25 (83.3) | 54 (87.1) |
| Within 30 d of last administration of study treatment | 1 (3.1) | 4 (13.3) | 5 (8.1) |
| Malignant disease | — | 1 (3.3) | 1 (1.6) |
| Toxicity from study medication | — | 2 (6.7) | 2 (3.2) |
| Other causes[a] | 1 (3.1) | 1 (3.3) | 2 (3.2) |
| More than 30 d after last administration of study treatment | 28 (87.5) | 21 (70.0) | 49 (79.0) |
| Malignant disease | 27 (84.4) | 21 (70.0) | 48 (77.4) |
| Toxicity from study medication | — | — | — |
| Other causes[b] | 1 (3.1) | — | 1 (1.6) |

[a] Other causes, "progression of lung cancer" in arm A and "cerebrovascular event" in arm B.
[b] Other cause, infection considered as not related to study treatment, occurring on day 63 after last study treatment administration.

cisplatin over carboplatin in terms of survival.[22] Another recent meta-analysis of 11 phase III studies has indicated that patients treated with a platinum-based regimen benefited from a statistically significant reduction in the risk of death at 1 year ($p = 0.04$) compared with those receiving a nonplatinum regimen. This benefit was associated with a significantly increased but acceptable risk of severe toxicity.[23] Following these two meta-analyses, the standard of care in this setting therefore remains a cisplatin-based doublet.

The objective of the current study was to investigate the activity and tolerability of a new taxane, larotaxel, combined with either cisplatin (arm A) or gemcitabine (arm B) in the first-line treatment of NSCLC. The objective response rates favored arm A over arm B in both the per-protocol (difference of 8.5%) and ITT (difference of 14.8%) populations. In addition, with the caution due to the small sample size in both arms, the observed median OS time was longer in the ITT population for larotaxel combined to cisplatin compared with larotaxel combined to gemcitabine by 8.6 and 7.3 months and the 1-year survival rate was higher (40.6% versus 30.0%, respectively).

Several phase II and large phase III studies have reported efficacy data for docetaxel/cisplatin or paclitaxel/cisplatin combinations used as first-line treatments for advanced NSCLC. Response rates ranged between 17% and 37%, with median OS lying between 7.4 and 11.3 months and 1-year survival between 31% and 48%.[6,24–26] Efficacy parameters for larotaxel/cisplatin are therefore included within these ranges. However, efficacy parameters for larotaxel/gemcitabine generally compare less favorably with the taxane/gemcitabine arms of phase II and III first-line NSCLC studies, in which response rates were reported to lie between 20% and 35%, OS between 6.8 and 13 months and 1-year survival between 30% and 56%.[27–31] Efficacy data in the current study therefore favor the combination of larotaxel/cisplatin, especially given the meta-analysis data indicating that platinum-based doublets may generally be more effective than nonplatinum regimens.[23]

The overall incidence of grade 3/4 toxicities related to study treatment was comparable between arms. However, grade 3/4 infection, with or without neutropenia was more common in arm B including two treatment-related deaths, due to neutropenic infection. Levels of neurotoxicity were comparable between arms and with no grade 3/4 events observed. Severe neurotoxicity seemed to be less common than has previously been reported for taxane/cisplatin combinations.[6,24,26] Renal toxicity, which was more frequent in arm A, was mild (grade 1 or 2) as was edema, which occurred in 3% and 10% of patients in arms A and B, respectively. Nail changes, characteristically associated with taxane therapy,[32] were not reported for any patient. The safety profile of both combinations was considered to be acceptable.

In summary, although there were some differences in the safety profile, with more grade 1/2 renal toxicity with larotaxel/cisplatin, and more infection with larotaxel/gemcitabine, this study has demonstrated that larotaxel in combination with either cisplatin or gemcitabine is feasible. As for previous new agents in NCSLC, and noting that the results of this randomized phase II study cannot be generalized to other untested nonplatinum/larotaxel combinations, the combination of larotaxel with cisplatin had a more favorable efficacy (comparable to established taxane/cisplatin combinations) than the combination of larotaxel with a nonplatinum compound. Future phase II studies exploring the efficacy of cisplatin/larotaxel/targeted agent combinations in this setting can be envisaged.

## ACKNOWLEDGMENTS

*We thank the patients who enrolled on this trial and the medical staff who contributed to their care.*

## REFERENCES

1. Parkin DM, Bray F, Ferlay J, Pisani P. Global cancer statistics, 2002. *CA Cancer J Clin* 2005;55:74–108.
2. Cartman ML, Hatfield AC, Muers MF, et al. Lung cancer: district active treatment rates affect survival. *J Epidemiol Community Health* 2002;56:424–429.
3. Makitaro R, Paakko P, Huhti E, et al. Prospective population-based study on the survival of patients with lung cancer. *Eur Respir J* 2002;19:1087–1092.
4. Pfister DG, Johnson DH, Azzoli CG, et al. American society of clinical oncology treatment of unresectable non-small-cell lung cancer guideline: update 2003. *J Clin Oncol* 2004;22:330–353.
5. Kelly K, Crowley J, Bunn PA Jr, et al. Randomized phase III trial of paclitaxel plus carboplatin versus vinorelbine plus cisplatin in the treatment of patients with advanced non–small-cell lung cancer: a Southwest oncology group trial. *J Clin Oncol* 2001;19:3210–3218.
6. Schiller JH, Harrington D, Belani CP, et al. Comparison of four chemotherapy regimens for advanced non-small-cell lung cancer. *N Engl J Med* 2002;346:92–98.
7. Blackhall F, Thatcher N. Chemotherapy for advanced lung cancer. *Eur J Cancer* 2004;40:2345–2348.
8. Bunn PA Jr. Chemotherapy for advanced non-small-cell lung cancer: who, what, when, why? *J Clin Oncol* 2002;20:23S–33S.
9. Rigas JR. Taxane-platinum combinations in advanced non-small cell lung cancer: a review. *Oncologist* 2004;9(suppl 2):16–23.
10. Bissery MC. Preclinical evaluation of new taxoids. *Curr Pharm Des* 2001;7:1251–1257.
11. Sessa C, Cuvier C, Caldiera S, et al. Phase I clinical and pharmacokinetic studies of the taxoid derivative RPR 109881A administered as a 1-hour or a 3-hour infusion in patients with advanced solid tumors. *Ann Oncol* 2002;13:1140–1150.

*Copyright © 2008 by the International Association for the Study of Lung Cancer*

12. Kurata T, Shimada Y, Tamura T, et al. Phase I and pharmacokinetic study of a new taxoid, RPR 109881A, given as a 1-hour intravenous infusion in patients with advanced solid tumors. *J Clin Oncol* 2000;18: 3164–3171.
13. Gelmon KA, Latreille J, Tolcher A, et al. Phase I dose-finding study of a new taxane, RPR 109881A, administered as a one-hour intravenous infusion days 1 and 8 to patients with advanced solid tumors. *J Clin Oncol* 2000;18:4098–4108.
14. Slaughter M, Pazdur R, Hoff PM, et al. Phase I trial of RPR 109881A (RPR), a novel taxoid derivative, administered as a 24-hour continuous infusion. *Proc Am Soc Clin Oncol* 1998;16:abstract 748.
15. Barthier S, Dieras V, Kalla S, et al. A phase I and pharmacokinetics (PK) study of RPR 109881A given as 6-hour iv infusion in patients (pts) with advanced solid tumors. *Proc Am Soc Clin Oncol* 1998;16:abstract 747.
16. Therasse P, Arbuck SG, Eisenhauer EA, et al. New guidelines to evaluate the response to treatment in solid tumors. European organization for research and treatment of cancer, National cancer institute of the United States, National cancer institute of Canada. *J Natl Cancer Inst* 2000;92:205–216.
17. Georgoulias V, Kouroussis C, Androulakis N, et al. Front-line treatment of advanced non-small-cell lung cancer with docetaxel and gemcitabine: a multicenter phase II trial. *J Clin Oncol* 1999;17:914–920.
18. Simon R, Wittes RE, Ellenberg SS. Randomized phase II clinical trials. *Cancer Treat Rep* 1985;69:1375–1381.
19. Clopper CJ, Pearson E. The use of confidence intervals or fiducial limits illustrated in cases of the binomial. *Biometrika* 1934;26:404–413.
20. Kaplan EL, Meier P. Nonparametric estimation from incomplete observations. *J Am Stat Assoc* 1958;53:457–481.
21. Brookmeyer R, Crowley J. A confidence interval for the median survival time. *Biometrics* 1982;38:29–41.
22. Hotta K, Matsuo K, Ueoka H, et al. Meta-analysis of randomized clinical trials comparing cisplatin to carboplatin in patients with advanced non-small-cell lung cancer. *J Clin Oncol* 2004;22:3852–3859.
23. Pujol JL, Barlesi F, Daures JP. Should chemotherapy combinations for advanced non-small cell lung cancer be platinum-based? A meta-analysis of phase III randomized trials. *Lung Cancer* 2006;51:335–345.
24. Fossella F, Pereira JR, von Pawel J, et al. Randomized, multinational, phase III study of docetaxel plus platinum combinations versus vinorelbine plus cisplatin for advanced non-small-cell lung cancer: the TAX 326 study group. *J Clin Oncol* 2003;21:3016–3024.
25. Kubota K, Watanabe K, Kunitoh H, et al. Phase III randomized trial of docetaxel plus cisplatin versus vindesine plus cisplatin in patients with stage IV non-small-cell lung cancer: the Japanese Taxotere Lung Cancer Study Group. *J Clin Oncol* 2004;22:254–261.
26. Zalcberg J, Millward M, Bishop J, et al. Phase II study of docetaxel and cisplatin in advanced non-small-cell lung cancer. *J Clin Oncol* 1998;16: 1948–1953.
27. Georgoulias V, Ardavanis A, Tsiafaki X, et al. Vinorelbine plus cisplatin versus docetaxel plus gemcitabine in advanced non-small-cell lung cancer: a phase III randomized trial. *J Clin Oncol* 2005;23:2937–2945.
28. Kosmidis P, Mylonakis N, Nicolaides C, et al. Paclitaxel plus carboplatin versus gemcitabine plus paclitaxel in advanced non-small-cell lung cancer: a phase III randomized trial. *J Clin Oncol* 2002;20:3578–3585.
29. Pujol JL, Breton JL, Gervais R, et al. Gemcitabine-docetaxel versus cisplatin-vinorelbine in advanced or metastatic non-small-cell lung cancer: a phase III study addressing the case for cisplatin. *Ann Oncol* 2005;16:602–610.
30. Rocha Lima CM, Rizvi NA, Zhang C, et al. Randomized phase II trial of gemcitabine plus irinotecan or docetaxel in stage IIIB or stage IV NSCLC. *Ann Oncol* 2004;15:410–418.
31. Binder D, Schweisfurth H, Grah C, et al. Docetaxel/gemcitabine or cisplatin/gemcitabine followed by docetaxel in the first-line treatment of patients with metastatic non-small cell lung cancer (NSCLC): results of a multicentre randomized phase II trial. *Cancer Chemother Pharmacol* 2006;60:143–150.
32. Minisini AM, Tosti A, Sobrero AF, et al. Taxane-induced nail changes: incidence, clinical presentation and outcome. *Ann Oncol* 2003;14:333–337.

*Copyright © 2008 by the International Association for the Study of Lung Cancer*

# EXHIBIT X

For reprint orders, please contact: reprints@futuremedicine.com

# Custirsen (OGX-011): a second-generation antisense inhibitor of clusterin in development for the treatment of prostate cancer

Drug Evaluation
Future Oncology

Robert Zielinski[1] & Kim N Chi*[2]
[1]British Columbia Cancer Agency, 600 West 10th Avenue, Vancouver, British Columbia, V5Z 4E6, Canada
[2]University of British Columbia, Vancouver, Canada
*Author for correspondence: Tel.: +1 604 877 6000 ext. 2746 ■ Fax: +1 604 877 0585 ■ kchi@bccancer.bc.ca

Clusterin is a stress-induced cytoprotective chaperone that confers broad-spectrum treatment resistance and is overexpressed across a number of cancers. custirsen (OGX-011) is a promising novel second-generation antisense inhibitor of clusterin in clinical development. This article describes the mechanism of action and safety profile of OGX-011 and details the Phase I and II results in human solid organ malignancies. Two Phase III registration trials are currently under recruitment evaluating OGX-011 in combination with chemotherapy in patients with metastatic castration-resistant prostate cancer. These studies not only have the potential to significantly alter the standard of care in prostate cancer, but would also endorse a new class of targets and targeted therapy approach for cancer.

Custirsen (OGX-011, OncoGenex Pharmaceuticals Inc., WA, USA and Teva Pharmaceuticals Ltd, Petach Tikva, Israel) is a novel antisense oligonucleotide compound that targets expression of the clusterin gene. This article describes clusterin's structure, function and influential role in the development of treatment-resistant cancers. The rationale for employing antisense technology, and in particular OGX-011, to target gene overexpression is discussed. Finally, detailed efficacy and tolerability data are presented that establish the safety of OGX-011 in combination with chemotherapy and the potential role of OGX-011 in overcoming treatment resistance in many malignancies.

Clusterin is a secretable cytoprotective protein that is upregulated in response to cellular stress, which includes standard cancer treatments such as hormone-, radiation- and chemo-therapy, and is implicated in treatment resistance. Clusterin is expressed in many malignancies including prostate, breast, ovarian, non-small-cell lung, colon, renal, urothelial and pancreatic cancers, and anaplastic large-cell lymphoma and melanoma [1–7]. Since clusterin binds to a wide variety of client proteins involved in a diverse array of biological processes and regulated by HSF-1 it is viewed as a heat shock-like protein that chaperones and stabilizes proteins at times of cellular stress to promote cell survival. As clusterin isoforms are also secreted extracellularly, some investigators suggest that clusterin may be the first identified secreted mammalian chaperone [8].

OGX-011 is a phosphorothioate antisense oligonucleotide (ASO) inhibitor of *clusterin* expression that incorporates second-generation chemistry in the form of a 2′-methoxyethyl (2′-MOE) modifications to increase tissue half-life, enhance potency and decrease nonsequence-specific toxicity of the molecule. The *clusterin* gene was screened with a series of ASO sequences, and the most potent at inhibiting expression was the OGX-011 sequence targeting the translation initiation site. Preclinical studies have demonstrated the potency of OGX-011 at inhibiting clusterin expression *in vitro* and *in vivo*, resulting in the therapeutic enhancement of standard anticancer treatments including hormone-, radiation- and chemo-therapy [9].

Phase I and II clinical trials with OGX-011 have demonstrated biologically active dosing and successful delivery of the drug to malignant tissues with inhibition of clusterin expression in both tissue and serum. A randomized Phase II study of OGX-011 in combination with docetaxel in patients with metastatic castration-resistant prostate cancer (CRPC) demonstrated a survival advantage for patients receiving the combination [10]. This led to the current registration pathway for OGX-011 in combination with standard therapies in patients with metastatic CRPC.

For prostate cancer in 2012, standard treatments for the metastatic CRPC patient include chemotherapeutics (docetaxel [11], mitoxantrone [12] and cabazitaxel [13]), bone-targeting agents (zoledronic acid [14] and denosumab [15]),

Keywords
▪ antisense oligonucleotide
▪ cancer ▪ chaperone protein
▪ clusterin ▪ custirsen
▪ prostate cancer

Future
Medicine
part of

fsg

AVENTIS EXHIBIT 2046
Mylan v. Aventis, IPR2016-00712

immunotherapy (sipuleucel-T [16]) and a potent inhibitor of androgen biosynthesis (abiraterone acetate [17]). A novel, next-generation androgen receptor inhibitor, MDV3100 (enzalutamide) [18], and the infusional radioisotope radium-223 [19], have also demonstrated improved overall survival in patients after docetaxel or in docetaxel-ineligible patients (in the case of radium-223). Both agents remain investigational and are expected to enter the CRPC market in 2012–2013. Despite these therapeutic advancements, treatment for metastatic CRPC remains palliative with a median overall survival of approximately 18 months [11]. Due to the role of clusterin in cell survival across multiple mechanisms and broad-spectrum treatment resistance, inhibition of clusterin with OGX-011 has the potential to improve outcomes across all these therapeutic modalities.

## Overview of the market

Prostate cancer is the most frequently diagnosed cancer other than skin cancer and the second-leading cause of death from cancer in men in North America [20]. In 2011, prostate cancer was diagnosed in 240,000 men and led to nearly 33,000 deaths in the USA. Worldwide, approximately 910,000 cases of prostate cancer were recorded in 2008, accounting for approximately 14% of all new cancer cases in men [101]. CRPC is the lethal phenotype of the disease that may emerge after standard androgen ablation therapy for advanced disease. The term CRPC is commonly used when a patient's cancer progresses despite castrate levels of testosterone (<50 ng/ml). The therapeutic landscape has recently become enriched with multiple new agents that are either US FDA approved or recently reported in Phase III trials with positive results in terms of overall survival, progression-free survival (PFS) and symptomatic outcomes. Docetaxel was the first chemotherapeutic agent to demonstrate a survival advantage in CRPC [11], whereas mitoxantrone was only approved for palliation of symptoms in a similar patient group [12]. More recently cabazitaxel, a third-generation taxane, gained FDA approval by establishing a 2.4-month survival advantage in patients progressing after docetaxel [13]. Sipuleucel-T, the first FDA-approved vaccine-based therapy for any malignancy, established a 4.1-month survival advantage in patients with asymptomatic or minimally symptomatic metastatic CRPC [16]. New agents that target persistent androgen receptor signaling in CRPC through either inhibition of extragonadal steroidogenesis or direct inhibition of the androgen receptor have also been developed. Abiraterone acetate is currently the first approved drug in this class after establishing a 3.8-month median overall survival advantage in the postdocetaxel setting [17]. MDV3100 is a novel oral anti-androgen that directly inhibits the androgen receptor, which has also shown a survival advantage in the same patient group [18]. Lastly, the bone-targeting agents zoledronic acid and denosumab are also employed in the CRPC treatment model after demonstrating reduction in skeletal-related events and postponing development of bone metastases [14,15]. Table 1 summarizes both the currently approved agents and promising agents with unpublished positive Phase III results.

The current approach to managing metastatic CRPC is under major transformation as the

**Table 1. Agents that are currently US FDA approved or with positive Phase III study data in castration-resistant prostate cancer.**

| Agent | Mode of action | Benefit | Ref. |
|---|---|---|---|
| Enzalutamide (MDV3100) | Anti-androgen | 4.8-month median OS | [18] |
| Sipuleucel-T | Immunotherapy | 4.1-month median OS | [16] |
| Abiraterone acetate | Anti-androgen | 3.9-month median OS | [17] |
| Alpharadin | Radiopharmaceutical | 2.8-month medial OS | [19] |
| Docetaxel | Chemotherapeutic | 2.4-month median OS | [11] |
| Cabazitaxel | Chemotherapeutic | 2.4-month median OS | [13] |
| Mitoxantrone | Chemotherapeutic | Pain palliation | [12] |
| Denosumab | RANK ligand inhibitor | 4.2-month bone metastasis-free survival | [15] |
| Zoledronic acid | Inhibitor of osteoblasts | Delayed time to SRE† | [14] |

*†Pathologic bone fractures, spinal cord compression, surgery to bone, radiation therapy to bone (including the use of radioisotopes) or a change of antineoplastic therapy to treat bone pain.*
*OS: Overall survival; SRE: Skeletal-related event.*

optimal sequencing of these new agents continues to evolve. Yet perhaps the greater challenge is how best to manage the emergence of universal treatment resistance. Targeting the fundamental effectors of treatment resistance is an appealing approach; inhibition of heat-shock and cellular chaperone proteins fit into this category.

## The target: clusterin

Clusterin is a single-copy gene, organized into nine exons (eight introns) and a 5′-untranslated region, located on chromosome 8p21–p12 and extending more than 16 kb [21,22]. It is highly conserved across species and constitutively expressed in almost all mammalian tissues. In humans, the clusterin gene codes for two secretory isoforms (sCLU-1 and sCLU-2), originating from transcriptional start sites in exons 1 and 2, respectively; only sCLU-2 is expressed in subprimates. Secreted clusterin (sCLU) is an endoplasmic reticulum-targeted, 449-amino acid polypeptide that represents the predominant translation product of the human gene. Although sCLU is cytoprotective and anti-apoptotic, a pro-apoptotic activity ~55-kDa nuclear (nCLU) splice variant lacking exon 2 and the endoplasmic reticulum signal peptide has been described [23,24]. Analysis of the promoter has revealed numerous transcription factor-binding sites and also a conserved clusterin element, recognized by HSF-1/HSF-2 heterocomplexes [25]. Clusterin is transcriptionally activated by HSF-1 in response to cellular stress [26,27].

In malignancy, clusterin has largely been defined as an inhibitor of apoptosis [28–31]. Its anti-apoptotic actions have been described as functioning through a variety of mechanisms including inhibition of activated Bax [32] and enhanced survival signaling through upregulation of PI3k/Akt pathway signaling [33]. Clusterin has also been implicated in tumorigenesis through loss of the tumor suppressor gene Nkx3.1 [34], and its overexpression in response to hormonal ablation, chemotherapy and radiotherapy contributes to treatment resistance [6,29,35]. This clusterin-induced treatment-resistant phenotype has been much studied in prostate cancer and docetaxel-resistant prostate tumor cells have been resensitized to docetaxel following exposure to OGX-011 [36,37]. However, drug resistance induced by clusterin has been observed within other tumor types and with chemotherapy agents including doxorubicin, camptothecin, cisplatin, 5-fluorouracil, gemcitabine, dacarbazine and etoposide [2,32,38–42].

## Introduction to the compound

OGX-011 is a novel second-generation 2′-MOE-modified phosphorothioate ASO complementary to clusterin mRNA. OGX-011 is a potent inhibitor of clusterin expression *in vitro*, *in vivo* and in humans in clinical trials. As a single agent and in combination with chemotherapy, OGX-011 has been well-tolerated in Phase I trials and with promising activity in Phase II clinical trials. Registration Phase III trials are underway with OGX-011 in combination with chemotherapy in patients with metastatic CRPC.

## Chemistry

ASO therapy is one strategy to specifically target functionally relevant genes. ASOs are chemically modified stretches of single-strand DNA complementary to mRNA regions of a target gene that inhibit translation by forming RNA/DNA duplexes, thereby reducing mRNA and protein levels of the target gene [43]. OGX-011 is a 21-nucleoside ASO complementary to the clusterin exon 2 mRNA AUG translation initiation site, with one CpG motif. The custirsen sequence was identified as the most potent to inhibit clusterin expression after the gene was ‘walked’ with a series of antisense sequences. OGX-011 is a second-generation phosphorothioate and incorporates the 2′-*O*-2′-MOE modification with four 2′-MOE-modified nucleosides at the 3′ side, four 2′-MOE-modified nucleosides at the 5′ side and 13 2′-deoxyribonucleosides in between (referred to as a 4-13-4 MOE gapmer).

Phosphorothioate ASOs are water-soluble, stable agents resistant to nuclease digestion through substitution of a nonbridging phosphoryl oxygen of DNA with sulfur [44]. In clinical trials, a major technical limitation with the first generation of phosphorothioate ASOs was the requirement for continuous or frequent intravenous infusions owing to the short tissue half-life of these agents. The approach to overcome this has been by a 2’-MOE modification to the 2′-position of the carbohydrate moiety. This forms ASO–RNA duplexes with a significantly higher affinity relative to unmodified phosphorothioate ASOs. This increased affinity has been shown to result in improved antisense potency *in vitro* and *in vivo*. In addition, 2′-MOE second-generation ASOs display significantly improved resistance against nuclease-mediated metabolism resulting in an improved tissue half-life *in vivo*, which produces a longer duration of action and allows for an intermittent dosing regimen [45]. Finally, these second-generation phosphorothioate

ASOs have the potential for an improved safety profile relative to unmodified phosphorothioate ASOs [46].

### Pharmacokinetics

The disposition and metabolism of OGX-011 was measured in mice and monkeys. Consistent with pharmacokinetic (PK) studies with other ASOs, plasma was rapidly cleared of OGX-011 in both species [47]. Plasma concentrations of OGX-011 generally peaked at the end of the 60-min intravenous infusion period and then decreased in an apparent biexponential fashion that included two distinct half-lives. Mean concentrations increased with dose in all tissues examined, except for brain where no measurable drug could be detected. Approximately 90% of the compound was found in the parent form in all tissues at all time points. PK parameters were similar at the beginning and end of the treatment period in both species, suggesting no plasma accumulation or changes in plasma kinetics after multiple dosing in either species.

In humans, plasma PK parameters for OGX-011 have followed predictions from preclinical studies. The first-in-man Phase I trial [48] was uniquely designed to permit a dose-dependent analysis of OGX-011 levels in the plasma and prostatic tissue. The mean plasma distribution half-life was 3.3 h at the 640-mg dose. Average peak concentrations and area under the curve were dose dependent and displayed proportional and predictable increases in a linear fashion. This study also demonstrated concentrations in prostate cancer cells of full-length OGX-011 at levels sufficient for inhibition of clusterin expression. Furthermore, the prostate tissue concentrations were proven to be dose dependent: 320 mg delivered 223 nM tissue concentration and 640 mg delivered 644 nM into the prostate tissue. PK plasma parameters for humans are detailed in Table 2. As ASOs are degraded by both serum and intracellular nucleases [45] and only 7% of the drug is excreted unchanged in the urine, tissue distribution of OGX-011 dominates plasma clearance.

### Pharmacodynamics

OGX-011 is a potent inhibitor of clusterin expression in *in vitro* and *in vivo* laboratory models [45]. Furthermore, because of the targeting to exon 2 of clusterin RNA there is a specificity for OGX-011 to inhibit only the expression of the anti-apoptotic secreted form of clusterin, with no effect on the pro-apoptotic nuclear form [49].

*In vitro* activity of ASOs and documented overexpression of tissue clusterin has been demonstrated in multiple chemotherapy resistant tumor cell lines [35,50]. In prostate cancer, a docetaxel-resistant human prostate cancer cell line (PC-3dR) had significantly higher secreted clusterin levels compared with controls [37]. Clusterin protein expression was significantly decreased upon exposure to OGX-011 compared with a control oligonucleotide. Chemotherapy resensitization was demonstrated by combining the docetaxel-resistant PC-3dR cells with OGX-011 resulting in a fall of the $IC_{50}$ of docetaxel from >1000 nM to 125 nM.

Downregulation of sCLU was established in multiple *in vivo* mice models (lung [35], bladder [50] and prostate [37,45]). In prostate cancer, treatment with OGX-011 decreased sCLU expression in both PC-3 and PC-3dR xenografts. Western blot analysis of protein harvested from tumors obtained from mice at the end of the study indicated that OGX-011 decreased sCLU expression levels to 32 and 27% of the sham ASO-treated controls in PC-3 and PC-3dR tumors, respectively. Resembling the *in vitro* data, baseline sCLU expression were 2.25-fold higher in the PC-3dR tumors compared with the wild-type PC-3 tumors ($p < 0.001$).

Antitumor effect was also confirmed across several mouse models. In the prostate cancer mice xenografts, OGX-011 treatment significantly enhanced the antitumor effects of paclitaxel compared with the sham ASO control, reducing the mean PC-3 tumor volume to 33% of controls at week 9 ($p < 0.01$). More importantly, OGX-011 was also able to significantly enhance cytotoxicity of paclitaxel in PC-3dR xenografts, decreasing mean tumor volume by 76% compared with the MOE gapmer mismatch control

**Table 2. Plasma and tissue pharmacokinetic data for OGX-011.**

| Dose | Plasma | | | | Tissue |
|---|---|---|---|---|---|
| | AUC (µg/h/ml) | $C_{max}$ (µg/ml) | Clearance (ml/h/kg) | Half-life (h) | Mean prostate tissue concentration (µg/g) |
| 640 mg† | 290.15 | 69.85 | 32.9 | 7.63 | 4.82 |

*†Recommended dose in humans.*
*AUC: Area under the curve.*

at week 9 ($p < 0.01$). Collectively, these results show that sCLU knockdown using OGX-011 not only sensitizes PC-3 tumors to chemotherapy *in vivo*, but also reverses resistance and enhances chemosensitivity in PC-3dR xenografts.

The first-in-man study combined OGX-011 with neoadjuvant hormone ablation for patients with localized prostate carcinoma prior to radical prostatectomy (RP). Prostate specimens and historical controls were then evaluated for clusterin expression. Changes in expression of tissue clusterin were correlated to the administered plasma dose and the dose delivered to the prostate. OGX-011 produced statistically significant dose-dependent suppression of clusterin mRNA and protein expression in normal and tumor tissue. Approximately double the amount of tumor cell death (as determined by apoptotic index) occurred in the prostate of patients receiving the highest dose of OGX-011 (640 mg) compared with hormone ablation therapy alone. With this novel design and the use of PK and pharmacodynamic end points, an effective biologic dose of 640 mg was established for OGX-011 based on its ability to suppress clusterin mRNA by >90% in prostate cancer tissue (Figure 1) [51].

In the historical control specimens treated with and without neoadjuvant hormone therapy (NHT), the mean apoptotic indices were 9.0% (95% CI: 5.1–13.0) and 7.0% (95% CI: 4.2–9.9), respectively. The apoptotic index from patients treated at the lower two dose levels of OGX-011 was 7.1% (95% CI: 2.4–11.8), but at the 640-mg dose level, the mean apoptotic index was 21.2% (95% CI: 18.1–24.2). These data provide proof-of-principle for the biologic activity of OGX-011 and reinforce the dose–response effect initially demonstrated in preclinical testing.

**Figure 1. OGX-011 inhibits clusterin expression in human prostate tissue.** **(A)** Box-plot of clusterin mRNA expression in prostate cancer cells of men with prostate cancer who were treated with OGX-011 prior to prostatectomy and in historical control subjects. **(B)** Box-plot of the overall score of immunohistochemistry staining. Three slides per patient and ten fields per slide were evaluated for staining intensity from 0 to 3 (representing negative to strong staining, respectively) and graded independently by two pathologists.
<2M NHT: Less than 2 months of neoadjuvant hormone therapy historical controls; IHC: Immunohistochemistry; NT: No treatment.
Reproduced with permission from [48] © JNCI Oxford University Press.

## Clinical efficacy

To date, two Phase I and five Phase II trials have been completed with a total of 313 patients enrolled: 213 with prostate cancer and 95 in lung and breast cancer. In prostate cancer, OGX-011 has been evaluated in multiple settings and in combination with both hormonal and chemotherapy agents (see Table 3). In advanced lung and breast malignancies, OGX-011 has been combined with chemotherapy agents (platinums, gemcitabine and docetaxel). Three Phase III trials have been initiated and two are currently recruiting patients with CRPC. The SYNERGY study is randomizing chemotherapy-naive patients with metastatic CRPC to receive standard docetaxel and prednisone with or without OGX-011 [102]. The study commenced in 2010 and is due for completion in December 2013 with a planned enrollment of 1000 men and a primary outcome of overall survival. The trial has been designed for 90% power to detect a hazard ratio of 0.75 assuming an 18-month expected overall survival in the control arm. A second Phase III trial in patients with metastatic CRPC previously treated with docetaxel, SATURN [103], aimed to assess pain response as a primary end point with OGX-011 in combination with docetaxel–prednisone retreatment versus placebo and docetaxel–prednisone. The study was

**Table 3. List of completed and open clinical trials with OGX-011.**

| Phase | Experimental arm | Comparator arm | Random | n | Clinical setting | Ref. |
|---|---|---|---|---|---|---|
| I | OGX-011 + LHRH + anti-androgen | None | No | 25 | Neoadjuvant in localized PrCa | [48] |
| I | OGX-011 + docetaxel | None | No | 40 | Advanced solid organ malignancies | [51] |
| II | OGX-011 + docetaxel + prednisone | Placebo | Yes | 82 | mCRPC | [10] |
| II | OGX-011 + docetaxel + prednisone | Mitoxantrone + prednisone | Yes | 42 | mCRPC | [61] |
| II | OGX-011 + LHRH + anti-androgen | None | No | 24 | Neoadjuvant in localized, high-risk PrCa | [52] |
| II | OGX-011 + platinum† + gemcitabine | Platinum† + gemcitabine | No | 85 | Treatment-naive stage IIIb or IV NSCLC | [53] |
| II | OGX-011 + docetaxel | Docetaxel | No | 15 | mBrCa first- or second-line chemotherapy | [60] |
| III | OGX-011 + docetaxel | Docetaxel | Yes | 1000‡ | mCRPC first-line chemotherapy | [102] |
| III | OGX-011 + docetaxel | Docetaxel | Yes | 300‡ | mCRPC second-line chemotherapy | –§ |
| III | OGX-011 + cabazitaxel | Cabazitaxel | Yes | 630 | mCRPC second-line chemotherapy | [104] |

*†Platinum agents in this trial used cisplatin or carboplatin.*
*‡Planned enrollment.*
*§Trial terminated.*
*LHRH: Luteinizing hormone-releasing hormone; mBrCa: Metastatic breast cancer; mCRPC: Metastatic castrate-resistant prostate cancer; NSCLC: Non-small-cell lung cancer; PrCa: Prostate cancer.*

opened in March 2010 and planned to enroll 292 men; however, it was closed prematurely given the shifting landscape of new therapies with the introduction of abiraterone and cabazitaxel in the post-docetaxel indication. With the approval of cabazitaxel for CRPC patients previously treated with docetaxel, a replacement Phase III trial [104] has instead been planned that is combining OGX-011 with cabazitaxel versus cabazitaxel alone with overall survival as the primary end point. Table 3 outlines the clinical trial details that are completed or recruiting.

### Phase I trial with neoadjuvant OGX-011 prior to prostatectomy in patients with localized prostate cancer

A uniquely designed first-in-man study administered OGX-011 in escalating doses in combination with NHT to men with localized prostate carcinoma prior to RP [48]. The design of the trial was novel for two reasons; first, it demonstrated a dose-dependent relationship between tissue levels of OGX-011 and its target, prostatic tissue clusterin. Secondly, it established a relationship between decreased prostatic tissue clusterin (the target) and an increased apoptotic index (the biological effect). This allowed a biologically active dose (640 mg), rather than a dose-limiting toxic dose, to be selected as the recommended Phase II dose. The Phase II schedule requiredpatients to receive three loading doses of OGX-011 (640 mg) prior to chemotherapy followed by weekly administration of OGX-011 (640 mg).

### Phase I trials with OGX-011 in combination with chemotherapy

The next Phase I trial of OGX-011 examined its safety profile in combination with two differing schedules of docetaxel [51]. Patients with solid organ malignancies were administered escalating doses of OGX-011 (40–640 mg) with weekly (30 mg/m$^2$) or 3 weekly (75 mg/m$^2$) docetaxel. Adverse events close to dose limiting were observed at 640 mg dosing of OGX-011 with docetaxel at 75 mg/m$^2$ and this was declared as the recommended dose. These adverse events included grade 3–4 fatigue, stomatitis, granulocytopenia, anemia and elevated alkaline phosphatase. Antitumor activity was observed with two patients (6%) experiencing a partial radiological response, 40% of the prostate cancer cohort experiencing a prostate-specific antigen (PSA) response (defined as post-treatment PSA decline of ≥50%) and 11 patients (34%) experiencing stable disease. Importantly, toxicity of the combination was mild or moderate for the most part, with toxicities being qualitatively and quantitatively in keeping with what would be expected with docetaxel alone. Finally, there was no apparent effect of OGX-011 on the PK behavior of docetaxel.

### Phase II trials of OGX-011 in combination with NHT

A two-stage Phase II study combined weekly OGX-011 with NHT in previously untreated patients with high-risk, localized prostate cancer

prior to RP [52]. Hormone therapy consisted of subcutaneous lutenizing hormone-releasing hormone agonist every 3 months with either daily flutamide or bicalutamide. A total of 12 weeks of combined therapy was administered prior to surgery. The study did not progress from stage 1 as it failed to meet its primary end point of at least one pathological complete response. However, the apoptotic index in prostate tumors was significantly higher in patients given OGX-011 and NHT compared with both untreated controls and NHT-treated controls.

### Phase II trials of OGX-011 in combination with chemotherapy

A multicenter noncomparative Phase II trial, randomized chemotherapy-naive metastatic CRPC patients to daily prednisone and docetaxel every 3 weeks with or without weekly OGX-011 (640 mg) [10]. A total of 82 patients were enrolled and the primary end point was PSA response. The trial was insufficiently powered for statistical analysis of observed differences; however, the experimental arm demonstrated an unadjusted HR of 0.61 (95% CI: 0.36–1.02; p = 0.06). The OGX-011 plus docetaxel arm obtained median PFS and OS of 7.3 months (95% CI: 5.3–8.8) and 23.8 months (95% CI: 16.2–not reached), respectively while the docetaxel-alone arm achieved PFS and OS of 6.1 (95% CI: 3.7–8.6) and 16.9 months (95% CI: 12.8–25.8). A multivariate analysis using pre-identified prognostic factors identified performance status Eastern Cooperative Oncology Group of 0 ($p < 0.0001$), no visceral metastasis (p = 0.01) and treatment assignment to OGX-011 (HR = 0.50, 95% CI: 0.29–0.87; p = 0.01) associated with an improved overall survival. This trial led to the Phase III registration path currently underway.

Another multicenter Phase II lung cancer trial used OGX-011 in combination with cisplatin (75 mg/m$^2$)/gemcitabine (1250 mg/m$^2$) every 3 weeks in a treatment-naive cohort of advanced non-small-cell lung cancer (NSCLC) patients (stage IIIb/IV) for a maximum of six cycles [53]. The objective response rate was 31% with one patient reporting a complete response. A total of 95% of patients experienced serum clusterin falls compared with baseline. There was a 50% reduction in risk of death in patients experiencing a serum clusterin response, defined as less than 38 µg/ml. Finally, overall survival was 14.1 months, which compares favorably with published median survivals of 8–10.8 months in similar patients treated with gemcitabine/platinum doublets [54–58]. The overall survival data also compare favorably with the 12.3-month OS from newer regimens of platinum doublets in combination with bevacizumab [59].

A multicenter, Phase II breast cancer trial used OGX-011 with docetaxel (75 mg/m$^2$) every 3 weeks in patients with metastatic and/or locally advanced breast cancer as first- or second-line chemotherapy [60]. A partial response rate of 33% was observed in the experimental arm, which was similar to the response rate expected of single-agent docetaxel. An additional 60% showed stable disease and the median duration of response was 4.9 months. Serum clusterin decreased by 23–32% from baseline values yet no relationship between response rate and serum clusterin levels was shown. Although clinical activity was demonstrated, the study failed to progress to the second stage of accrual due to lack of prespecified objective responses.

The final clinical study sought to address the issue of reversing docetaxel resistance or improving mitoxantrone efficacy in the second-line setting. An open-label, randomized, multicenter study evaluated weekly administration of OGX-011 in combination with second-line chemotherapy in patients with metastatic CRPC who were previously treated with a minimum of two cycles of a docetaxel-based regimen and progressed on or within 6 months of discontinuation of treatment [61]. Safety and tolerability were the primary objectives; however, the secondary objective was to assess for reversal of docetaxel resistance in this pretreated cohort. A total of 45 patients were randomized to OGX-011 in combination with mitoxantrone 12 mg/m$^2$ intravenously every 3 weeks with 5 mg prednisone twice daily or docetaxel retreatment at 75 mg/m$^2$ every 3 weeks with 5 mg prednisone twice daily. An additional 20 patients were randomized to the docetaxel retreatment following preliminary safety and efficacy analysis favoring docetaxel. The overall PSA response rate in the docetaxel arm was 42%, with 91% experiencing a PSA decline of 30% or more. In the mitoxantrone arm, the PSA response rate was 27% with 59% experiencing a PSA decline of 30% or more. The estimated median overall survival duration for the OGX-011 plus mitoxantrone arm was 11.5 months (95% CI: 6.1–15.2). For the OGX-011 plus docetaxel retreatment arm, the median overall survival was 15.8 months (95% CI: 9.9–23.3) for the 20 randomized patients and 12.8 months (95% CI: 9.9–17.0) for the combined 45 patients. Serum clusterin levels fell in both arms by an average of 21 µg/ml

(28%) from baseline. Achieving a minimum serum clusterin level of 45 µg/ml was associated with improved survival. The 39 patients who achieved this clusterin level had a median survival of 17 months (95% CI: 12.1–20.3) versus 8.1 months (95% CI: 5.3–11.1) in the 25 patients who did not reach this level. These results are of interest considering PSA response rates of <20% and median survival <12 months is usually reported in patients with docetaxel-resistant CRPC receiving second-line chemotherapy [62]. The consistent serum clusterin decline demonstrates the biologic efficacy of OGX-011, and also identifies serum clusterin as a potential prognostic marker and/or a predictive marker of clinical benefit to anticlusterin treatments, which is being evaluated in the Phase III studies of OGX-011.

### Summary of clinical efficacy

OGX-011 is a biologically targeted agent to clusterin, an anti-apoptotic gene in solid organ malignancies. The seven clinical human trials (Table 3) have all demonstrated reductions in the downstream target, serum clusterin. This is a clinically relevant end point since the Phase I trials established dependent relationships between OGX-011, serum clusterin and prostatic tissue clusterin levels and an inverse relationship between tissue clusterin and the cancer cell's apoptotic index. Inhibition of serum clusterin to <45 ug/ml with OGX-011 was associated with improved survival in patients with CRPC. OGX-011 can be safely administered at biologically effective doses in combination with hormones and chemotherapy, with promising clinical acitivity in CRPC and NSCLC. Table 4 summarizes the clinical outcomes of OGX-011 in Phase II clinical trials. Definitive efficacy data from ongoing and planned Phase III trials are awaited.

## Safety & tolerability

The safety profile of OGX-011 as a single and combined agent has been investigated in 313 patients across seven Phase I and II trials.

### Phase I trials

No dose-limiting toxicities were observed in the Phase I first-in-man study [48] and consequently the Phase II dose of 640 mg was selected based on biological effectiveness. The most common adverse events (>20% of patients), in decreasing frequency were chills, fatigue, fever, incontinence, hot flashes, myalgia, headache and erectile impotence. A grade 3 adverse event (syncope,

**Table 4. Clinical results of Phase II trials with OGX-011.**

| Clinical Setting | n | Arm | PR (%) | SD (%) | Median PFS | Median OS | PSA responders (%)† | Clusterin change from baseline‡ | Ref. |
|---|---|---|---|---|---|---|---|---|---|
| mCRPC | 82 | OGX-011 + docetaxel + prednisone | 19 | 77 | 7.3 months (95% CI: 5.3–8.8) | 23.8 months (95% CI: 16.2–not reached) | 58 | 26% fall | [10] |
| | | Docetaxel + prednisone | 25 | 50 | 6.1 months (95% CI: 3.7–8.6) | 16.9 months (95% CI: 12.8–25.8) | 54 | 0.9% rise | |
| mCRPC | 42 | OGX-011 + docetaxel | 15 | 69 | 7.2 months (95% CI: 4.4–9.3) | 15.8 months (95% CI: 9.9–23.3) | 40 | 26% fall | [61] |
| | | OGX-011 + mitoxantrone | N/A | 71 | 3.4 months (95% CI: 1.6–5.2) | 11.5 months (95% CI: 6.1–15.2) | 18 | 26% fall | |
| NSCLC | 85 | OGX-011 + platinum§ + gemcitabine | 31 (includes 1 CR) | 38 | 4.3 months (95% CI: 3.0–5.3) | 14.1 months (95% CI: 9.4–17.5) | N/A | 38% fall | [53] |
| mBrCa | 15 | OGX-011 + docetaxel | 33 | 60 | 8.3 months (95% CI: 5.62–9.43) | N/A | N/A | 32% fall | [60] |

*†PSA responders defined as PSA response >50% decline from baseline.*
*‡Medium serum clusterin levels change from baseline.*
*§Platinum agents in this trial used cisplatin or carboplatin.*
*CR: Complete response; mBrCa: Metastatic breast cancer; mCRPC: Metastatic castrate-resistant prostate cancer; N/A: Not available; NSCLC: Non-small-cell lung cancer; OS: Overall survival; PFS: Progression-free survival; PR: Partial response; PSA: Prostate-specific antigen; SD: Stable disease.*

incontinence and erectile dysfunction) was experienced by 16% of patients and there were no treatment-related deaths. In the second Phase I trial of OGX-011 versus docetaxel administered every 3 weeks or given weekly [50] there were seven patients (17%) who experienced serious adverse events felt to be possibly, probably or definitely related to treatment with the study drug. Once again the most common grade 1 and 2 adverse events were fever and rigors, experienced in 57–75% of the patients. These typically occurred several hours after the first or second loading doses only and were self-limited.

### CRPC Phase II trials

The randomized trial comparing docetaxel, prednisone and OGX-011 (arm A) to docetaxel and prednisone (arm B) revealed no potentiation of the common docetaxel-associated adverse effects with the addition of OGX-011 [10]. The most common adverse events thought to be related to combined docetaxel and OGX-011 were fatigue (55%), rigor/chills (55%), fever (43%), diarrhea (35%) and rash (20%). Grade 3 and 4 lymphopenia rates were different between the two arms (53% arm A vs 22% arm B) but with no clinically significant consequences. The other grade 3/4 hematological toxicties were similar in the two arms. One patient withdrew due to a severe infusion reaction from the first cycle of docetaxel and OGX-011 and more patients stopped treatment early because of adverse events or refusal of further treatment (30% arm A vs 12% arm B), although this could be a reflection of the greater number of treatment cycles received by the docetaxel–OGX-011-treated patients. The serious adverse events that were felt to be related to combined docetaxel and OGX-011 treatment were febrile neutropenia in three patients and fatigue in one patient.

The second chemotherapy combination trial reaffirmed the safety of combining OGX-011 with either docetaxel or mitoxantrone [61]. Grade 3 and 4 lymphopenia rates of approximately 30% were reported in patients receiving either docetaxel or mitoxantrone with no clinically significant infectious sequelae. The most common chemotherapy–OGX-011-related adverse events were grade 1 and 2, fever, rigors, diarrhea and rash. A total of 56% of patients in the OGX-011 plus docetaxel retreatment arm and 73% in the OGX-011 plus mitoxantrone treatment arm developed a grade 3 or higher adverse event. The most common were fatigue, asthenia and dyspnea. There were four patients (5%) who experienced serious adverse events that were felt to be related to combined chemotherapy and OGX-011, these included urinary retention, pleural effusion, bronchiolitis and nausea with generalized weakness.

### Non-CRPC Phase II trials

OGX-011 was combined with gemcitabine and cisplatin as first-line chemotherapy in 85 patients with stage IIIb or IV NSCLC [53]. The most common adverse events seen in over half of the patients (listed in decreasing order of frequency) included nausea, fatigue, chills, fever, vomiting, constipation and decreased appetite. For OGX-011 administered alone, 6% of doses were not started (i.e., held for toxicity), 1% were modified, 1% were interrupted and 0.3% of the infusions were permanently discontinued. A grade 3 or higher adverse event was experienced by 90% of patients. The most common nonhematological adverse events were nausea, fatigue, chills, pyrexia, vomiting and constipation. Grade 3 and 4 hematological rates were high but in keeping with rates experienced in lung cancer patients receiving platinum doublet chemotherapy on Phase III clinical trials [54–59]. One OGX-011 infusion was ceased due to toxicity. Three patients did not continue with OGX-011 after the loading period due to either hypotension, increased liver enzymes or myocardial infarction. Two uncommon adverse events were reported in the NSCLC trial: thrombotic thrombocytopenic purpura (reported to be associated with gemcitabine [63] and acute cortical blindness (reported to be associated with cisplatin [64,65]). There were four deaths not related to disease progression; two deaths (cerebrovascular accident and left ventricular hypokinesia) considered by the investigator to be possibly related to study therapy; one death (septicemia) considered to be probably related to study therapy; and one death (myocardial infarction) unrelated to the study drug. The high rates of grade 3 and 4 adverse events were not deemed to be appreciably different from previous platinum chemotherapy doublets used in randomized Phase III clinical trials. A multicenter Phase III trial of OGX-011 with docetaxel in stage IV NSCLC [105] started in September 2012.

In the study of patients with advanced breast cancer treated with docetaxel plus OGX-011 as first- or second-line therapy (n = 15) [60], the most common grade 3 or 4 toxicities were hematologic and in keeping with rates expected from docetaxel alone. The most common adverse events considered related to OGX-011 were fatigue (80% of subjects) and rigors and chills (73%),

which occurred primarily with administration of the initial few doses. Two patients had grade 2 and one patient had grade 3 rigors/chills. The most frequent grade 3 nonhematologic toxicities were fatigue (five patients), peripheral edema (two patients), arthralgias (two patients), dyspnea (two patients) and vomiting (two patients). There were no treatment-related deaths.

### Safety summary

The most common adverse event attributable to the OGX-011 infusion were rigors and chills. These are generally considered nonsequence specific, respond to antihistamines or steroids and are related to the polyanionic nature of these compounds and their effects on cytokine release. Testing of OGX-011 in combination with chemotherapy did not potentiate clinically significant chemotherapy side effects nor impact chemotherapy PKs. Standard doses of docetaxel [51,60], gemcitabine and cisplatin [53] could be delivered with biologically active doses of OGX-011.

## Regulatory affairs

OGX-011 is currently undergoing evaluation in several Phase III trials and is yet to be submitted for registration with any regulatory authorities.

## Conclusion & future perspective

The currently available data establish the antitumor activity of OGX-011 in multiple solid organ malignancies. OGX-011 is a targeted antisense agent to clusterin that predominantly acts as an anti-apoptotic protein to protect cancer cells from cellular stress. Serum clusterin overexpression and subsequent inhibition by antisense agents may establish clusterin as a new

## Executive summary

***Mechanism of action***

- Clusterin is a highly conserved cytoprotective chaperone involved in the cellular stress response and cell survival, and implicated in broad-spectrum treatment resistance.
- Custirsen (OGX-011) is a second-generation phosphorothioate antisense oligonucleotide with 2′-methoxyethyl modifications that potently inhibits clusterin expression and enhances treatment efficacy of hormonal therapy, chemotherapy and radiation *in vitro* and *in vivo*.

***Pharmacological properties***

- OGX-011 is distributed extensively throughout the body, with the exception of the brain, with dose-dependent pharmacokinetics.
- In humans, the therapeutic dose has a mean plasma elimination half-life of 7.63 h. Mean tissue half-life in primates is approximately 7 days and intact OGX-011 can be found in human tissues up to 2 weeks after administration.
- OGX-011 is degraded by endogenous plasma and intracellular nucleases.
- In humans, OGX-011 significantly decreases clusterin expression in serum and tissues.

***Clinical efficacy***

- OGX-011 has received Fast Track designation from the US FDA.
- Phase III trials of OGX-011 in metastatic castration-resistant prostate cancer are ongoing.
- An overall survival advantage of 6.9 months (hazard ratio [HR]: 0.61 (95% CI: 0.36–1.02; p = 0.06) was observed for patients randomized to receive OGX-011 in a randomized Phase II study with docetaxel ± OGX-011 in patients with metastatic castrate-resistant prostate cancer.
- On multivariate analysis, the baseline factors associated with improved survival were ECOG 0 (HR: 0.45; 95% CI: 0.25–0.79) presence of bone or lymph node metastases only (HR: 0.45; 95% CI: 0.25–0.79) and treatment assignment to OGX-011 (HR: 0.50; 95% CI: 0.29–0.87).
- Serum clusterin levels <45 µg/ml and lowering of serum clusterin levels after OGX-011 therapy have been associated with improved survival.

***Safety & tolerability***

- Side effects:
  - Grade 1–2 fevers or chills associated with initial infusions are reported in 50–60% of patients. Incidence declines with subsequent infusions.
  - Hematological: grade 3–4 lymophopenia reported in approximately 30% of patients.
  - Gastrointestinal: grade 1 and 2 elevated liver enzymes reported in 49% with 2% Grade 3 or 4.
  - Other: grade 3 or 4 fatigue reported in 10–23% of patients.
- Combination with standard-dose chemotherapy has been well-tolerated in Phase I and II clinical trials.
- Dosage is 640 mg given via peripheral intravenous infusion over 2 h on days 1, 3 and 5 and then weekly. Ibuprofen or paracetamol is given as premedication.
- No body weight dose adjustments are necessary.



Custirsen (OGX-011): a second-generation antisense inhibitor of clusterin **Drug Evaluation**

molecular predictive marker in several malignancies. Currently, two Phase III trials are underway and if positive will validate OGX-011 as a new therapeutic target and establish OGX-011 as a new option for metastatic CRPC. Since treatment resistance can often develop earlier in the course of CRPC, OGX-011 could be moved up the treatment paradigm as an adjunct to standard therapies. Furthermore, it will potentially change the way in which we treat other malignancies that overexpress clusterin by overcoming resistance to established therapeutics be they hormonal, chemotherapy or radiotherapy. Successful demonstration of efficacy with OGX-011 would also validate the targeting of other heat shock proteins and chaperone proteins associated with cancer progression and resistance (e.g. Hsp27, Hsp90). Lastly, direct inhibition of anti-apoptotic proteins and other targets through antisense

technology could prove to be a new treatment platform for other targets not amenable to tyrosine kinase inhibition or antibody targeting.

## Information resources

OncoGeneX Pharmaceuticals Inc [106].

### Financial & competing interests disclosure

*R Zielinski is supported by a BJ Amos scholarship from Westmead Hospital, Sydney, Australia. K Chi received research funding from OncoGenex Technologies Inc. and is a consultant for Janssen, Astellas, Medivation, Bayer and Sanofi. The authors have no other relevant affiliations or financial involvement with any organization or entity with a financial interest in or financial conflict with the subject matter or materials discussed in the manuscript apart from those disclosed.*

*No writing assistance was utilized in the production of this manuscript.*

## References

Papers of special note have been highlighted as:
■ of interest
■■ of considerable interest

1.  Miyake H, Muramaki M, Furukawa J *et al.* Serum level of clusterin and its density in men with prostate cancer as novel biomarkers reflecting disease extension. *Urology* 75(2), 454–459 (2010).

■■ **Overview of the structure and function of the clusterin gene.**

2.  Hoeller C, Pratscher B, Thallinger C *et al.* Clusterin regulates drug-resistance in melanoma cells. *J. Invest. Dermatol.* 124(6), 1300–1307 (2005).

3.  Xie MJ, Motoo Y, Su SB *et al.* Expression of clusterin in human pancreatic cancer. *Pancreas* 25(3), 234–238 (2002).

4.  Yang GF, Li XM, Xie D. Overexpression of clusterin in ovarian cancer is correlated with impaired survival. *Int. J. Gynecol. Cancer* 19(8), 1342–1346 (2009).

5.  Bi J, Guo AL, Lai YR *et al.* Overexpression of clusterin correlates with tumor progression, metastasis in gastric cancer: a study on tissue microarrays. *Neoplasma* 57(3), 191–197 (2010).

6.  Miyake H, Gleave ME, Kamidono S. Overexpression of clusterin in transitional cell carcinoma of the bladder is related to disease progression and recurrence. *Urology* 59, 150–154 (2002).

7.  Pucci S, Mazzarelli P, Nucci C *et al.* CLU "in and out": looking for a link. *Adv. Cancer Res.* 105, 93–113 (2009).

8.  Poon S, Easterbrook-Smith SB, Rybchyn MS *et al.* Clusterin is an ATP-independent chaperone with very broad substrate specificity that stabilizes stressed proteins in a folding-competent state. *Biochemistry* 39(51), 15953–15960 (2000).

9.  Gleave M, Jansen B. Clusterin and IGFBPs as antisense targets in prostate cancer. *Ann. NY Acad. Sci.* 1002, 95–104 (2003).

10. Chi K, Hotte SJ, Yu EY *et al.* Randomized Phase II study of docetaxel and prednisone with or without OGX-011 in patients with metastatic castration-resistant prostate cancer. *J. Clin. Oncol.* 28(27), 4247–4254 (2010).

■ **The first trial to establish improved survival benefit with antisense therapy in the treatment of prostate cancer.**

11. Tannock IF, de Wit R, Berry WR *et al.* Docetaxel plus prednisone or mitoxantrone plus prednisone for advanced prostate cancer. *N. Engl. J. Med.* 351(15), 1502–1512 (2004).

12. Tannock IF, Osoba D, Stockler MR *et al.* Chemotherapy with mitoxantrone plus prednisone or prednisone alone for symptomatic hormone-resistant prostate cancer: a Canadian randomized trial with palliative end points. *J. Clin. Oncol.* 14(6), 1756–1764 (1996).

13. de Bono JS, Oudard S, Ozguroglu M *et al.* Prednisone plus cabazitaxel or mitoxantrone for metastatic castration-resistant prostate cancer progressing after docetaxel treatment: a randomised open-label trial. *Lancet* 376(9747), 1147–1154 (2010).

14. Saad F, Gleason DM, Murray R *et al.* A randomized, placebo-controlled trial of zoledronic acid in patients with hormone-refractory metastatic prostate carcinoma. *J. Natl Cancer Inst.* 94(19), 1458–1468 (2002).

15. Smith MR, Saad F, Coleman R *et al.* Denosumab and bone-metastasis-free survival in men with castration-resistant prostate cancer: results of a Phase 3, randomised, placebo-controlled trial. *Lancet* 379(9810), 39–46 (2012).

16. Kantoff PW, Higano CS, Shore ND *et al.* Sipuleucel-T immunotherapy for castration-resistant prostate cancer. *N. Engl. J. Med.* 363(5), 411–422 (2010).

17. de Bono JS, Logothetis CJ, Molina A *et al.* Abiraterone and increased survival in metastatic prostate cancer. *N. Engl. J. Med.* 364(21), 1995–2005 (2011).

18. Scher H, Fizazi K, Saad F *et al.* Effect of MDV3100, an androgen receptor signaling inhibitor (ARSI), on overall survival in patients with prostate cancer post docetaxel: results from the Phase III AFFIRM study. *J. Clin. Oncol.* 30(Suppl. 5), Abstract LBA1 (2012).

19. Parker C, Nilsson S, Heinrich D *et al.* Updated analysis of the Phase III, double-blind, randomized, multinational study of radium-223 chloride in castration-resistant prostate cancer (CRPC) patients with bone metastases (ALSYMPCA). *J. Clin. Oncol.* 30(Suppl.), Abstract LBA4512 (2012).

20. Siegel R, Desantis C, Virgo K *et al.* Cancer treatment and survivorship statistics, 2012. *CA Cancer J. Clin.* 62(4), 220–241 (2012).

21. Wong P, Borst DE, Farber D *et al.* Increased TRPM-2/clusterin mRNA levels during the time of retinal degeneration in mouse models of retinitis pigmentosa. *Biochem. Cell. Biol.* 72(9–10), 439–446 (1994).

22. Zoubeidi A, Zardan A, Wiedmann RM *et al.* Hsp27 promotes insulin-like growth factor-I survival signaling in prostate cancer via p90Rsk-dependent phosphorylation and inactivation of BAD. *Cancer Res.* 70(6), 2307–2317 (2010).

23. Zhang Q, Zhou W, Kunda S. The leader sequence triggers and enhances several functions of clusterin and is instrumental in the progression of human prostate cancer *in vivo* and *in vitro*. *Br. J. Urol. Int.* 98, 452–460 (2006).

24. Leskov KS, Klokov DY, Li J. Synthesis and functional analyses of nuclear clusterin, a cell death protein. *J. Biol. Chem.* 278, 11590–11600 (2003).

25. Loison F, Debure L, Nizard P *et al.* Up-regulation of the clusterin gene after proteotoxic stress: implication of HSF1-HSF2 heterocomplexes. *Biochem. J.* 395(1), 223–231 (2006).

26. Michel D, Chatelain G, North S. Stress-induced transcription of the clusterin/apoJ gene. *Biochem. J.* 328, 45–50 (1997).

27. Humphreys DT, Carver JA, Easterbrook-Smith SB. Clusterin has chaperone-like activity similar to that of small heat shock proteins. *J. Biol. Chem.* 274, 6875–6881 (1999).

28. Miyake H, Nelson C, Rennie PS *et al.* Acquisition of chemoresistant phenotype by overexpression of the antiapoptotic gene testosterone-repressed prostate message-2 in prostate cancer xenograft models. *Cancer Res.* 60(9), 2547–2554 (2000).

29. Sensibar JA, Sutkowski DM, Raffo A. Prevention of cell death induced by tumor necrosis factor α in LNCaP cells by overexpression of sulfated gylocprotein-2 (Clusterin). *Cancer Res.* 55, 2431–2437 (1995).

30. Zellweger T, Chi K, Miyake H. Enhanced radiation sensitivity in prostate cancer by inhibition of the cell survival protein clusterin. *Clin. Cancer Res.* 8, 3276–3284 (2002).

31. Miyake H, Chi KN, Gleave ME. Antisense TRPM-2 oligodeoxynucleotides chemosensitize human androgen-independent PC-3 prostate cancer cells both *in vitro* and *in vivo*. *Clin. Cancer Res.* 6, 1655–1663 (2000).

32. Zhang H, Kim JK, Edwards CA. Clusterin inhibits apoptosis by interacting with activated Bax. *Nat. Cell Biol.* 7, 909–915 (2005).

33. Zhong B, Sallman DA, Gilvary DL *et al.* Induction of clusterin by AKT – role in cytoprotection against docetaxel in prostate tumor cells. *Mol. Cancer Ther.* 9(6), 1831–1841 (2010).

34. Song H, Zhang B, Watson MA *et al.* Loss of Nkx3.1 leads to the activation of discrete downstream target genes during prostate tumorigenesis. *Oncogene* 28(37), 3307–3319 (2009).

35. July LV, Beraldi E, So A. Nucleotide-based therapies targeting clusterin chemosensitize human lung adenocarcinoma cells both *in vitro* and *in vivo*. *Mol. Cancer Ther.* 3, 223–232 (2004).

36. Patterson SG, Wei S, Chen X *et al.* Novel role of Stat1 in the development of docetaxel resistance in prostate tumor cells. *Oncogene* 25(45), 6113–6122 (2006).

37. Sowery RD, Hadaschik BA, So AI *et al.* Clusterin knockdown using the antisense oligonucleotide OGX-011 re-sensitizes docetaxel-refractory prostate cancer PC-3 cells to chemotherapy. *BJU Int.* 102(3), 389–397 (2008).

38. Chen Q, Wang Z, Zhang K *et al.* Clusterin confers gemcitabine resistance in pancreatic cancer. *World J. Surg. Oncol.* 9, 59 (2011).

39. Lee CH, Jin RJ, Kwak C *et al.* Suppression of clusterin expression enhanced cisplatin-induced cytotoxicity on renal cell carcinoma cells. *Urology* 60(3), 516–520 (2002).

40. Lourda M, Trougakos IP, Gonos ES. Development of resistance to chemotherapeutic drugs in human osteosarcoma cell lines largely depends on up-regulation of Clusterin/Apolipoprotein J. *Int. J. Cancer* 120(3), 611–622 (2007).

41. Miyake H, Hara I, Kamidono S *et al.* Synergistic chemsensitization and inhibition of tumor growth and metastasis by the antisense oligodeoxynucleotide targeting clusterin gene in a human bladder cancer model. *Clin. Cancer Res.* 7(12), 4245–4252 (2001).

42. Wei L, Xue T, Wang J *et al.* Roles of clusterin in progression, chemoresistance and metastasis of human ovarian cancer. *Int. J. Cancer* 125(4), 791–806 (2009).

43. Crooke ST. Therapeutic applications of oligonucelotides. *Annu. Rev. Pharmacol. Toxicol.* 32, 329–376 (1992).

44. Saijo Y, Perlaky L, Wang H. Pharmacokinetics, tissue distribution, and stability of antisense oligodeoxynucleotide phosphorothioate ISIS 3466 in mice. *Oncol. Res.* 6, 243–249 (1994).

45. Zellweger T, Miyake H, Cooper S. Antitumor activity of antisense clusterin oligonucleotides is improved *in vitro* and *in vivo* by incorporation of 2′-O-(2-methoxy)ethyl chemistry. *J. Pharmacol. Exp. Ther.* 298, 934–940 (2001).

46. Henry S, Stecker K, Brooks D. Chemically modified oligonucleotides exhibit decreased immune stimualtion in mice. *J. Pharmacol. Exp. Ther.* 292, 468–479 (2000).

47. Geary RS, Yu RZ, Watanabe T *et al.* Pharmacokinetics of a tumor necrosis factor-α phosphorothioate 2′-O-(2-methoxyethyl) modified antisense oligonucleotide: comparison across species. *Drug Metab. Dispos.* 31(11), 1419–1428 (2003).

48. Chi K, Eisenhauer E, Fazli L *et al.* A Phase I pharmacokinetic and pharmacodynamic study of OGX-011, a 2′methoxyethyl antisense oligonucleotide to clusterin, in patients with localized prostate cancer. *J. Nat. Cancer Inst.* 97(17), 1287–1296 (2005).

■■  **A novel Phase I trial in prostate cancer that established the biological dose for OGX-011 as 640 mg intravenously weekly.**

49. Cao C, Shinohara ET, Li H. Clusterin as a therapeutic target for radiation sensitization in a lung cancer model. *Int. J. Radiat. Oncol. Biol. Phys.* 63, 1228–1236 (2005).

50. Muramaki M, So A, Hayashi N *et al.* Chemosensitization of gemcitabine-resistant human bladder cancer cell line both *in vitro* and *in vivo* using antisense oligonucleotide targeting the anti-apoptotic gene, clusterin. *BJU Int.* 103(3), 384–390 (2009).

51. Chi K, Siu LL, Hirte H *et al.* A Phase I study of OGX-011, a 2′methoxyethyl phosphorothioate antisense to clusterin, in combination with docetaxel in patients with advanced cancer. *Clin. Cancer Res.* 14(3), 833–839 (2008).

■  **First combination trial of OGX-011 and chemotherapy in solid organ malignancies.**

52. Chi KN, Goldenberg L, Kollmannsberger C *et al.* A Phase II neoadjuvant study of OGX-011, a 2′methoxyethyl phosphorothioate antisense to clusterin, in patients with prostate cancer prior to prostatectomy. Presented at: *2008 Genitourinary Cancers Symposium*. San Francisco, CA, USA, 14–16 February 2008 (Abstract 167).

53. Laskin JJ, Nicholas G, Lee C *et al.* Phase I/II trial of custirsen (OGX-011), an inhibitor of clusterin, in combination with a gemcitabine and platinum regimen in patients with previously untreated advanced non-small cell lung cancer. *J. Thorac. Oncol.* 7(3), 579–586 (2012).

54. Sederholm C. Gemcitabine versus gemcitabine/carboplatin in advanced non-small cell lung cancer: preliminary findings in a Phase III trial of the Swedish Lung Cancer Study Group. *Semin. Oncol.* 29(3 Suppl. 9), S50–S54 (2002).

55. Mazzanti P, Massacesi C, Rocchi MB *et al.* Randomized, multicenter, Phase III study of gemcitabine plus cisplatin versus gemcitabine plus carboplatin in patients with advanced non-small cell lung cancer. *Lung Cancer* 41(1), 81–89 (2003).

56. Zatloukal P, Petruzelka L, Zemanova M *et al.* Gemcitabine plus cisplatin vs. gemcitabine plus carboplatin in stage IIIb and IV non-small cell



lung cancer: a Phase III randomized trial. *Lung Cancer* 41(3), 321–331 (2003).

57. Scagliotti GV, De Marinis F, Rinaldi M *et al.* Phase III randomized trial comparing three platinum-based doublets in advanced non-small-cell lung cancer. *J. Clin. Oncol.* 20(21), 4285–4291 (2002).

58. Scagliotti GV, Parikh P, von Pawel J *et al.* Phase III study comparing cisplatin plus gemcitabine with cisplatin plus pemetrexed in chemotherapy-naive patients with advanced-stage non-small-cell lung cancer. *J. Clin. Oncol.* 26(21), 3543–3551 (2008).

59. Sandler A, Gray R, Perry MC *et al.* Paclitaxel-carboplatin alone or with bevacizumab for non-small-cell lung cancer. *N. Engl. J. Med.* 355(24), 2542–2550 (2006).

60. Chia S, Dent S, Ellard S *et al.* Phase II trial of OGX-011 in combination with docetaxel in metastatic breast cancer. *Clin. Cancer Res.* 15(2), 708–713 (2009).

61. Saad F, Hotte S, North S *et al.* Randomized Phase II trial of custirsen (OGX-011) in combination with docetaxel or mitoxantrone as second-line therapy in patients with metastatic castrate-resistant prostate cancer progressing after first-line docetaxel: CUOG trial P-06c. *Clin. Cancer Res.* 17(17), 5765–5773 (2011).

▪▪ **Phase II trial reporting serum clusterin as a potential biomarker of interest and associated with prolonged survival.**

62. Michels J, Montemurro T, Murray N *et al.* First- and second-line chemotherapy with docetaxel or mitoxantrone in patients with hormone-refractory prostate cancer: does sequence matter? *Cancer* 106(5), 1041–1046 (2006).

63. Zupancic M, Shah PC, Shah-Khan F. Gemcitabine-associated thrombotic thrombocytopenic purpura. *Lancet Oncol.* 8(7), 634–641 (2007).

64. Pippitt CH Jr, Muss HB, Homesley HD *et al.* Cisplatin-associated cortical blindness. *Gynecol. Oncol.* 12(2 Pt 1), 253–255 (1981).

65. Berman IJ, Mann MP. Seizures and transient cortical blindness associated with cis-platinum (II) diamminedichloride (PDD) therapy in a thirty-year-old man. *Cancer* 45(4), 764–766 (1980).

## Websites

101. WHO. GLOBOCAN, cancer incidence, mortality and prevalence. http://globocan.iarc.fr

102. NIH. Comparison of docetaxel/prednisone to docetaxel/prednisone in combination with OGX-011 in men with prostate cancer (SYNERGY). http://clinicaltrials.gov/ct2/show/NCT01188187

103. NIH. A study evaluating the pain palliation benefit of adding custirsen to docetaxel retreatment or cabazitaxel as second line therapy in men with metastatic castrate resistant prostate cancer (mCRPC). http://clinicaltrials.gov/ct2/show/NCT01083615

104. NIH. Comparison of cabazitaxel/prednisone alone or in combination with custirsen for 2nd line chemotherapy in prostate cancer (AFFINITY). http://clinicaltrials.gov/ct2/show/NCT01578655

105. NIH. A multinational, randomized, open-label study of custirsen in patients with advanced or metastatic (stage IV) non-small cell lung cancer. http://clinicaltrials.gov/ct2/show/NCT01630733

106. OncoGenex. www.oncogenex.ca

# EXHIBIT Y

**FOR ONCOLOGY USE ONLY**

## DESCRIPTION

IRESSA® (gefitinib tablets) contain 250 mg of gefitinib and are available as brown film-coated tablets for daily oral administration.

Gefitinib is an anilinoquinazoline with the chemical name 4-Quinazolinamine, *N*-(3-chloro-4-fluorophenyl)-7-methoxy-6-[3-4-morpholin) propoxy] and the following structural formula:

It has the molecular formula $C_{22}H_{24}ClFN_4O_3$, a relative molecular mass of 446.9 and is a white-colored powder. Gefitinib is a free base. The molecule has $pK_a$s of 5.4 and 7.2 and therefore ionizes progressively in solution as the pH falls. Gefitinib can be defined as sparingly soluble at pH 1, but is practically insoluble above pH 7, with the solubility dropping sharply between pH 4 and pH 6. In non-aqueous solvents, gefitinib is freely soluble in glacial acetic acid and dimethylsulphoxide, soluble in pyridine, sparingly soluble in tetrahydrofuran, and slightly soluble in methanol, ethanol (99.5%), ethyl acetate, propan-2-ol and acetonitrile.

The inactive ingredients of IRESSA tablets are: **Tablet core:** Lactose monohydrate, microcrystalline cellulose, croscarmellose sodium, povidone, sodium lauryl sulfate and magnesium stearate. **Coating:** hypromellose, polyethylene glycol 300, titanium dioxide, red ferric oxide and yellow ferric oxide.

AVENTIS EXHIBIT 2065
Mylan v. Aventis, IPR2016-00712

## CLINICAL PHARMACOLOGY

### Mechanism of Action

The mechanism of the clinical antitumor action of gefitinib is not fully characterized. Gefitinib inhibits the intracellular phosphorylation of numerous tyrosine kinases associated with transmembrane cell surface receptors, including the tyrosine kinases associated with the epidermal growth factor receptor (EGFR-TK). EGFR is expressed on the cell surface of many normal cells and cancer cells. No clinical studies have been performed that demonstrate a correlation between EGFR receptor expression and response to gefitinib.

### Pharmacokinetics

Gefitinib is absorbed slowly after oral administration with mean bioavailability of 60%. Elimination is by metabolism (primarily CYP3A4) and excretion in feces. The elimination half-life is about 48 hours. Daily oral administration of gefitinib to cancer patients resulted in a 2-fold accumulation compared to single dose administration. Steady state plasma concentrations are achieved within 10 days.

### Absorption and Distribution

Gefitinib is slowly absorbed, with peak plasma levels occurring 3-7 hours after dosing and mean oral bioavailability of 60%. Bioavailability is not significantly altered by food. Gefitinib is extensively distributed throughout the body with a mean steady state volume of distribution of 1400 L following intravenous administration. *In vitro* binding of gefitinib to human plasma proteins (serum albumin and α1-acid glycoprotein) is 90% and is independent of drug concentrations.

### Metabolism and Elimination

Gefitinib undergoes extensive hepatic metabolism in humans, predominantly by CYP3A4. Three sites of biotransformation have been identified: metabolism of the N-propoxymorpholino-group, demethylation of the methoxy-substituent on the quinazoline, and oxidative defluorination of the halogenated phenyl group.

Five metabolites were identified in human plasma. Only O-desmethyl gefitinib has exposure comparable to gefitinib. Although this metabolite has similar EGFR-TK activity to gefitinib in the isolated enzyme assay, it had only 1/14 of the potency of gefitinib in one of the cell-based assays.

Gefitinib is cleared primarily by the liver, with total plasma clearance and elimination half-life values of 595 mL/min and 48 hours, respectively, after intravenous administration. Excretion is predominantly via the feces (86%), with renal elimination of drug and metabolites accounting for less than 4% of the administered dose.

### Special Populations

In population based data analyses, no relationships were identified between predicted steady state trough concentration and patient age, body weight, gender, ethnicity or creatinine clearance.

### Pediatric:

There are no pharmacokinetic data in pediatric patients.

### Hepatic Impairment:
The influence of hepatic metastases with elevation of serum aspartate aminotransferase (AST/SGOT), alkaline phosphatase, and bilirubin has been evaluated in patients with normal (14 patients), moderately elevated (13 patients) and severely elevated (4 patients) levels of one or more of these biochemical parameters. Patients with moderately and severely elevated biochemical liver abnormalities had gefitinib pharmacokinetics similar to individuals without liver abnormalities (see **PRECAUTIONS** section).

### Renal Impairment:
No clinical studies were conducted with IRESSA in patients with severely compromised renal function (see **PRECAUTIONS** section). Gefitinib and its metabolites are not significantly excreted via the kidney (<4%).

### Drug-Drug Interactions:
In human liver microsome studies, gefitinib had no inhibitory effect on CYP1A2, CYP2C9, and CYP3A4 activities at concentrations ranging from 2-5000 ng/mL. At the highest concentration studied (5000 ng/mL), gefitinib inhibited CYP2C19 by 24% and CYP2D6 by 43%. Exposure to metoprolol, a substrate of CYP2D6, was increased by 30% when it was given in combination with gefitinib (500 mg daily for 28 days) in patients with solid tumors.

Rifampicin, an inducer of CYP3A4, reduced mean AUC of gefitinib by 85% in healthy male volunteers (see **PRECAUTIONS-Drug Interactions** and **DOSAGE AND ADMINISTRATION-Dosage Adjustment** sections).

Concomitant administration of itraconazole (200 mg QD for 12 days), an inhibitor of CYP3A4, with gefitinib (250 mg single dose) to healthy male volunteers, increased mean gefitinib AUC by 88% (see **PRECAUTIONS-Drug Interactions** section).

Co-administration of high doses of ranitidine with sodium bicarbonate (to maintain the gastric pH above pH 5.0) reduced mean gefitinib AUC by 44% (See **PRECAUTIONS-Drug Interactions** section).

International Normalized Ratio (INR) elevations and/or bleeding events have been reported in some patients taking warfarin while on IRESSA therapy. Patients taking warfarin should be monitored regularly for changes in prothrombin time or INR (see **PRECAUTIONS-Drug Interactions** and **ADVERSE REACTIONS** sections).

### Clinical Studies
***Non-Small Cell Lung Cancer (NSCLC): Refractory Disease Tumor Response Study -*** A multicenter clinical trial in the United States evaluated the tumor response rate of IRESSA 250 and 500 mg/day in patients with advanced non-small cell lung cancer whose disease had progressed after at least two prior chemotherapy regimens including a platinum drug and docetaxel. IRESSA was taken once daily at approximately the same time each day.

Two hundred and sixteen patients received IRESSA, 102 (47%) and 114 (53%) receiving 250 mg and 500 mg daily doses, respectively. Study patient demographics and disease characteristics are summarized in Table 1. Forty-one percent of the patients had received two prior treatment regimens, 33% three prior treatment regimens, and 25% four or more prior treatment regimens. Effectiveness of

IRESSA as third line therapy was determined in the 142 evaluable patients with documented disease progression on platinum and docetaxel therapies or who had had unacceptable toxicity on these agents.

**Table 1: Demographic and Disease Characteristics**

| | **IRESSA Dose** | |
|---|---|---|
| **Characteristic** | **250 mg/day N = 66 (%)** | **500 mg/day N = 76 (%)** |
| **Age Group** | | |
| 18 – 64 years | 43 (65) | 43 (57) |
| 64 – 74 years | 19 (29) | 30 (39) |
| 75 years and above | 4 (6) | 3 (4) |
| **Sex** | | |
| Male | 38 (58) | 41 (54) |
| Female | 28 (42) | 35 (46) |
| **Race** | | |
| White | 61 (92) | 68 (89) |
| Black | 1 (2) | 2 (3) |
| Asian/Oriental | 1 (2) | 2 (3) |
| Hispanic | 0 (0) | 3 (4) |
| Other | 3 (5) | 1 (1) |
| **Smoking History** | | |
| Yes (Previous or current Smoker) | 45 (68) | 62 (82) |
| No (Never Smoked) | 21 (32) | 14 (18) |
| **Baseline WHO Performance Status** | | |
| 0 | 14 (21) | 9 (12) |
| 1 | 36 (55) | 53 (70) |
| 2 | 15 (23) | 14 (18) |
| Not recorded | 1 (2) | 0 (0) |
| **Tumor Histology** | | |
| Squamous | 9 (14) | 11 (14) |
| Adenocarcinoma | 47 (71) | 50 (66) |
| Undifferentiated | 6 (9) | 4 (5) |
| Large Cell | 1 (2) | 2 (3) |
| Squamous & Adenocarcinoma | 3 (5) | 7 (9) |
| Not Recorded | 0 (0) | 2 (3) |
| **Current Disease Status** | | |
| Locally Advanced | 11 (17) | 5 (7) |
| Metastatic | 55 (83) | 71 (93) |

Table 2 shows tumor response rates and response duration. The overall response rate for the 250 and 500 mg doses combined was 10.6% (95% CI: 6%, 16.8%). Response rates appeared to be highly variable in subgroups of the treated population: 5.1% (4/79) in males, 17.5% (11/63) in females, 4.6% (5/108) in previous or current smokers, 29.4% (10/34) in nonsmokers, 12.4% (12/97) with adenocarcinoma histology, and 6.7% (3/45) with other NSCLC histologies. Similar differences were seen in a multinational study in patients who had received 1 or 2 prior chemotherapy regimens, at least 1 of which was platinum-based. In responders, the median time from diagnosis to study randomization was 16.7 months (range 8 to 34 months).

**Table 2: Efficacy Results**

| | Efficacy Population | | |
|---|---|---|---|
| | 250 mg (N=66) | 500 mg (N=76) | Combined (N=142) |
| Objective Tumor Response Rate (%) | 13.6 | 7.9 | 10.6 |
| 95% CI | 6.4– 24.3 | 3.0 – 16.4 | 6.0 – 16.8 |
| Median Duration of Objective Response (months) | 8.9 | 4.5 | 7.0 |
| Range (months) | 4.6 – 18.6+ | 4.4 – 7.6 | 4.4 – 18.6+ |
| +=data are ongoing | | | |

***Non-Small Cell Lung Cancer (NSCLC): Refractory Disease Survival Study***

A double-blind, placebo-controlled parallel-group trial randomized 1692 patients with advanced NSCLC to receive either IRESSA 250 mg daily plus Best Supportive Care or placebo plus Best Supportive Care. Patients had received 1 or 2 prior chemotherapy regimens and had progressed while receiving or within 90 days of the last dose of chemotherapy or were intolerant to the most recent prior chemotherapy regimen. The two treatment arms were well balanced for demographic and disease-related patient characteristics. The primary endpoint of the study was survival. IRESSA did not significantly prolong survival (stratified log rank HR 0.89, P=0.11, Median 5.6 vs 5.1 months for IRESSA and placebo respectively).

***Non-Small Cell Lung Cancer (NSCLC); Studies of First-line Treatment in Combination with Chemotherapy -*** Two large trials were conducted in chemotherapy-naïve patients with stage III and IV non-small cell lung cancer. Two thousand one hundred thirty patients were randomized to receive IRESSA 250 mg daily, IRESSA 500 mg daily, or placebo in combination with platinum-based chemotherapy regimens. The chemotherapies given in these first-line trials were gemcitabine and cis-platinum (N=1093) or carboplatin and paclitaxel (N=1037). The addition of IRESSA did not demonstrate any increase, or trend toward such an increase, in tumor response rates, time to progression, or overall survival.

## INDICATIONS AND USAGE

IRESSA is indicated as monotherapy for the continued treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of both platinum-based and docetaxel chemotherapies who are benefiting or have benefited from IRESSA.

In light of positive survival data with other agents including another oral EGFR inhibitor, physicians should use other treatment options in advanced non-small cell lung cancer patient populations who have received one or two prior chemotherapy regimens and are refractory or intolerant to their most recent regimen.

The effectiveness of IRESSA was initially based on objective response rates (see **CLINICAL PHARMACOLOGY-Clinical Studies** section). Subsequent studies intended to demonstrate an increase in survival have been unsuccessful. Specifically, results from a large placebo-controlled randomized trial in patients with advanced NSCLC who progressed while receiving or within 90 days of the last dose of chemotherapy or were intolerant to the most recent prior chemotherapy regimen, did not show an improvement in survival (see **CLINICAL PHARMACOLOGY- Clinical Studies** section).

Results from two large, controlled, randomized trials in first-line treatment of non-small cell lung cancer showed no benefit from adding IRESSA to doublet, platinum-based chemotherapy.

## CONTRAINDICATIONS

IRESSA is contraindicated in patients with severe hypersensitivity to gefitinib or to any other component of IRESSA.

## WARNINGS

### Pulmonary Toxicity

Cases of interstitial lung disease (ILD) have been observed in patients receiving IRESSA at an overall incidence of about 1%. Approximately 1/3 of the cases have been fatal. The reported incidence of ILD was about 2% in the Japanese post-marketing experience, about 0.3% in approximately 23,000 patients treated with IRESSA in a US expanded access program and about 1% in the studies of first-line use in NSCLC (but with similar rates in both treatment and placebo groups). Reports have described the adverse event as interstitial pneumonia, pneumonitis and alveolitis. Patients often present with the acute onset of dyspnea, sometimes associated with cough or low-grade fever, often becoming severe within a short time and requiring hospitalization. ILD has occurred in patients who have received prior radiation therapy (31% of reported cases), prior chemotherapy (57% of reported patients), and no previous therapy (12% of reported cases). Patients with concurrent idiopathic pulmonary fibrosis whose condition worsens while receiving IRESSA have been observed to have an increased mortality compared to those without concurrent idiopathic pulmonary fibrosis.

In the event of acute onset or worsening of pulmonary symptoms (dyspnea, cough, fever), IRESSA therapy should be interrupted and a prompt investigation of these symptoms should occur. If interstitial lung disease is confirmed, IRESSA should be discontinued and the patient treated appropriately (see **PRECAUTIONS-Information for Patients**, **ADVERSE REACTIONS** and **DOSAGE AND ADMINISTRATION-Dosage Adjustment** sections).

### Pregnancy Category D

IRESSA may cause fetal harm when administered to a pregnant woman. A single dose study in rats showed that gefitinib crosses the placenta after an oral dose of 5 mg/kg (30 mg/m$^2$, about 1/5 the recommended human dose on a mg/m$^2$ basis). When pregnant rats were treated with 5 mg/kg from the beginning of organogenesis to the end of weaning gave birth, there was a reduction in the number of offspring born alive. This effect was more severe at 20 mg/kg and was accompanied by high neonatal mortality soon after parturition. In this study a dose of 1 mg/kg caused no adverse effects.

In rabbits, a dose of 20 mg/kg/day (240 mg/m$^2$, about twice the recommended dose in humans on a mg/m$^2$ basis) caused reduced fetal weight.

There are no adequate and well-controlled studies in pregnant women using IRESSA. If IRESSA is used during pregnancy or if the patient becomes pregnant while receiving this drug, she should be apprised of the potential hazard to the fetus or potential risk for loss of the pregnancy.

## PRECAUTIONS

### Hepatotoxicity

Asymptomatic increases in liver transaminases have been observed in IRESSA treated patients; therefore, periodic liver function (transaminases, bilirubin, and alkaline phosphatase) testing should be considered. Discontinuation of IRESSA should be considered if changes are severe.

### Patients with Hepatic Impairment

*In vitro* and *in vivo* evidence suggest that gefitinib is cleared primarily by the liver. Therefore, gefitinib exposure may be increased in patients with hepatic dysfunction. In patients with liver metastases and moderately to severely elevated biochemical liver abnormalities, however, gefitinib pharmacokinetics were similar to the pharmacokinetics of individuals without liver abnormalities (see **CLINICAL PHARMACOLOGY-Pharmacokinetics- Special Populations** section). The influence of non-cancer related hepatic impairment on the pharmacokinetics of gefitinib has not been evaluated.

### Information for Patients

Patients should be advised to seek medical advice promptly if they develop 1) severe or persistent diarrhea, nausea, anorexia, or vomiting, as these have sometimes been associated with dehydration; 2) an onset or worsening of pulmonary symptoms, ie, shortness of breath or cough; 3) an eye irritation; or, 4) any other new symptom (see **WARNINGS-Pulmonary Toxicity**, **ADVERSE REACTIONS** and **DOSAGE AND ADMINISTRATION-Dosage Adjustment** sections).

Women of childbearing potential must be advised to avoid becoming pregnant (see **WARNINGS-Pregnancy Category D**).

### Drug Interactions

Substances that are inducers of CYP3A4 activity increase the metabolism of gefitinib and decrease its plasma concentrations. In patients receiving a potent CYP3A4 inducer such as rifampicin or phenytoin, a dose increase to 500 mg daily should be considered in the absence of severe adverse drug reaction, and clinical response and adverse events should be carefully monitored (see **CLINICAL PHARMACOLOGY-Pharmacokinetics-Drug-Drug Interactions** and **DOSAGE AND ADMINISTRATION-Dosage Adjustment** sections).

International Normalized Ratio (INR) elevations and/or bleeding events have been reported in some patients taking warfarin while on IRESSA therapy. Patients taking warfarin should be monitored regularly for changes in prothrombin time or INR (see **CLINICAL PHARMACOLOGY-Pharmacokinetics-Drug-Drug Interactions** and **ADVERSE REACTIONS** sections).

Substances that are potent inhibitors of CYP3A4 activity (eg, ketoconazole and itraconazole) decrease gefitinib metabolism and increase gefitinib plasma concentrations. This increase may be clinically relevant as adverse experiences are related to dose and exposure; therefore, caution should be used

when administering CYP3A4 inhibitors with IRESSA (see **CLINICAL PHARMACOLOGY-Pharmacokinetics-Drug-Drug Interactions** and **ADVERSE REACTIONS** sections).

Drugs that cause significant sustained elevation in gastric pH (histamine $H_2$-receptor antagonists such as ranitidine or cimetidine) may reduce plasma concentrations of IRESSA and therefore potentially may reduce efficacy (see **CLINICAL PHARMACOLOGY-Drug-Drug Interactions** section).

Phase II clinical trial data, where IRESSA and vinorelbine have been used concomitantly, indicate that IRESSA may exacerbate the neutropenic effect of vinorelbine.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

Gefitinib has been tested for genotoxicity in a series of *in vitro* (bacterial mutation, mouse lymphoma, and human lymphocyte) assays and an *in vivo* rat micronucleus test. Under the conditions of these assays, gefitinib did not cause genetic damage.

Carcinogenicity studies have not been conducted with gefitinib.

### Pregnancy

**Pregnancy Category D** (see **WARNINGS** and **PRECAUTIONS-Information for Patients** sections).

### Nursing Mothers

It is not known whether IRESSA is excreted in human milk. Following oral administration of carbon-14 labeled gefitinib to rats 14 days postpartum, concentrations of radioactivity in milk were higher than in blood. Levels of gefitinib and its metabolites were 11-to-19-fold higher in milk than in blood, after oral exposure of lactating rats to a dose of 5 mg/kg. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants, women should be advised against breast-feeding while receiving IRESSA therapy.

### Pediatric Use

IRESSA is not indicated for use in pediatric patients as safety and effectiveness have not been established. In clinical trials of IRESSA alone or with radiation in pediatric patients with primary Central Nervous System (CNS) tumors, cases of CNS hemorrhage and death have been reported. There are insufficient data in pediatric patients to establish a causal relationship. There is no evidence to suggest increased risk of cerebral hemorrhage in adult patients with NSCLC receiving IRESSA.

### Geriatric Use

Of the total number of patients participating in trials of second- and third-line IRESSA treatment of NSCLC, 65% were aged 64 years or less, 30.5 % were aged 65 to 74 years, and 5% of patients were aged 75 years or older. No differences in safety or efficacy were observed between younger and older patients.

### Patients with Severe Renal Impairment

The effect of severe renal impairment on the pharmacokinetics of gefitinib is not known. Patients with severe renal impairment should be treated with caution when given IRESSA.

## ADVERSE REACTIONS

The safety database includes 941 patients from clinical trials and approximately 23,000 patients in the Expanded Access Program.

Table 3 includes drug-related adverse events with an incidence of ≥5% for the 216 patients who received either 250 mg or 500 mg of IRESSA monotherapy for treatment of NSCLC. The most common adverse events reported at the recommended 250 mg daily dose were diarrhea, rash, acne, dry skin, nausea, and vomiting (see **PRECAUTIONS-Information for Patients** and **DOSAGE AND ADMINISTRATION–Dosage Adjustment** sections). The 500 mg dose showed a higher rate for most of these adverse events.

Table 4 provides drug-related adverse events with an incidence of ≥5% by CTC grade for the patients who received the 250 mg/day dose of IRESSA monotherapy for treatment of NSCLC. Only 2% of patients stopped therapy due to an adverse drug reaction (ADR). The onset of these ADRs occurred within the first month of therapy.

**Table 3: Drug-Related Adverse Events with an Incidence of ≥ 5% in either 250 mg or 500 mg Dose Group**

| Drug-related adverse event[a] | Number (%) of Patients 250 mg/day (N=102) | 500 mg/day (N=114) |
|---|---|---|
| | % | % |
| Diarrhea | 49 (48) | 76 (67) |
| Rash | 44 (43) | 61 (54) |
| Acne | 25 (25) | 37 (33) |
| Dry skin | 13 (13) | 30 (26) |
| Nausea | 13 (13) | 20 (18) |
| Vomiting | 12 (12) | 10 (9) |
| Pruritus | 8 (8) | 10 (9) |
| Anorexia | 7 (7) | 11 (10) |
| Asthenia | 6 (6) | 5 (4) |
| Weight loss | 3 (3) | 6 (5) |

[a] A patient may have had more than 1 drug-related adverse event.

**Table 4: Drug Related Adverse Events ≥5% at 250 mg dose by Worst CTC Grade (n=102)**

| | % of Patients | | | | |
|---|---|---|---|---|---|
| Adverse Event | All Grades | CTC Grade 1 | CTC Grade 2 | CTC Grade 3 | CTC Grade 4 |
| Diarrhea | 48 | 41 | 6 | 1 | 0 |
| Rash | 43 | 39 | 4 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Acne | 25 | 19 | 6 | 0 | 0 |
| Dry Skin | 13 | 12 | 1 | 0 | 0 |
| Nausea | 13 | 7 | 5 | 1 | 0 |
| Vomiting | 12 | 9 | 2 | 1 | 0 |
| Pruritus | 8 | 7 | 1 | 0 | 0 |
| Anorexia | 7 | 3 | 4 | 0 | 0 |
| Asthenia | 6 | 2 | 2 | 1 | 1 |

Other adverse events reported at an incidence of <5% in patients who received either 250 mg or 500 mg as monotherapy for treatment of NSCLC (along with their frequency at the 250 mg recommended dose) include the following: peripheral edema (2%), amblyopia (2%), dyspnea (2%), conjunctivitis (1%), vesiculobullous rash (1%), and mouth ulceration (1%).

### Interstitial Lung Disease

Cases of interstitial lung disease (ILD) have been observed in patients receiving IRESSA at an overall incidence of about 1%. Approximately 1/3 of the cases have been fatal. The reported incidence of ILD was about 2% in the Japanese post-marketing experience, about 0.3% in approximately 23,000 patients treated with IRESSA in a US expanded access program and about 1% in the studies of first-line use in NSCLC (but with similar rates in both treatment and placebo groups). Reports have described the adverse event as interstitial pneumonia, pneumonitis and alveolitis. Patients often present with the acute onset of dyspnea, sometimes associated with cough or low-grade fever, often becoming severe within a short time and requiring hospitalization. ILD has occurred in patients who have received prior radiation therapy (31% of reported cases), prior chemotherapy (57% of reported patients), and no previous therapy (12% of reported cases). Patients with concurrent idiopathic pulmonary fibrosis whose condition worsens while receiving IRESSA have been observed to have an increased mortality compared to those without concurrent idiopathic pulmonary fibrosis.

In the event of acute onset or worsening of pulmonary symptoms (dyspnea, cough, fever), IRESSA therapy should be interrupted and a prompt investigation of these symptoms should occur. If interstitial lung disease is confirmed, IRESSA should be discontinued and the patient treated appropriately (see **WARNINGS-Pulmonary Toxicity**, **PRECAUTIONS-Information for Patients** and **DOSAGE AND ADMINISTRATION-Dosage Adjustment** sections).

In patients receiving IRESSA therapy, there were reports of eye pain and corneal erosion/ulcer, sometimes in association with aberrant eyelash growth (see **PRECAUTIONS-Information for Patients** section). Hemorrhage, such as epistaxis and hematuria have been reported in patients receiving IRESSA. There were also rare reports of pancreatitis and very rare reports of corneal membrane sloughing, ocular ischemia/hemorrhage, toxic epidermal necrolysis, erythema multiforme, and allergic reactions, including angioedema and urticaria.

International Normalized Ratio (INR) elevations and/or bleeding events have been reported in some patients taking warfarin while on IRESSA therapy. Patients taking warfarin should be monitored regularly for changes in prothrombin time or INR (see **CLINICAL PHARMACOLOGY-Drug-Drug Interactions** and **PRECAUTIONS-Drug Interactions** sections).

Data from non-clinical (*in vitro and in vivo*) studies indicate that gefitinib has the potential to inhibit the cardiac action potential repolarization process (eg, QT interval). The clinical relevance of these findings is unknown.

## OVERDOSAGE

The acute toxicity of gefitinib up to 500 mg in clinical studies has been low. In non-clinical studies, a single dose of 12,000 $mg/m^2$ (about 80 times the recommended clinical dose on a $mg/m^2$ basis) was lethal to rats. Half this dose caused no mortality in mice.

There is no specific treatment for an IRESSA overdose and possible symptoms of overdose are not established. However, in Phase 1 clinical trials, a limited number of patients were treated with daily doses of up to 1000 mg. An increase in frequency and severity of some adverse reactions was observed, mainly diarrhea and skin rash. Adverse reactions associated with overdose should be treated symptomatically; in particular, severe diarrhea should be managed appropriately.

## DOSAGE AND ADMINISTRATION

The recommended daily dose of IRESSA is one 250 mg tablet with or without food. Higher doses do not give a better response and cause increased toxicity.

### For Patients who have Difficulty Swallowing Solids

IRESSA tablets can also be dispersed in half a glass of drinking water (non-carbonated). No other liquids should be used. Drop the tablet in the water, without crushing it, stir until the tablet is dispersed (approximately 10 minutes) and drink the liquid immediately. Rinse the glass with half a glass of water and drink. The liquid can also be administered through a naso-gastric tube.

### Dosage Adjustment

Patients with poorly tolerated diarrhea (sometimes associated with dehydration) or skin adverse drug reactions may be successfully managed by providing a brief (up to 14 days) therapy interruption followed by reinstatement of the 250 mg daily dose.

In the event of acute onset or worsening of pulmonary symptoms (dyspnea, cough, fever), IRESSA therapy should be interrupted and a prompt investigation of these symptoms should occur and appropriate treatment initiated. If interstitial lung disease is confirmed, IRESSA should be discontinued and the patient treated appropriately (see **WARNINGS-Pulmonary Toxicity**, **PRECAUTIONS-Information for Patients** and **ADVERSE REACTIONS** sections).

Patients who develop onset of new eye symptoms such as pain should be medically evaluated and managed appropriately, including IRESSA therapy interruption and removal of an aberrant eyelash if present. After symptoms and eye changes have resolved, the decision should be made concerning reinstatement of the 250 mg daily dose (see **PRECAUTIONS-Information for Patients** and **ADVERSE REACTIONS** sections).

In patients receiving a potent CYP3A4 inducer such as rifampicin or phenytoin, a dose increase to 500 mg daily should be considered in the absence of severe adverse drug reaction, and clinical response and adverse events should be carefully monitored (see **CLINICAL PHARMACOLOGY-Pharmacokinetics-Drug-Drug Interactions** and **PRECAUTIONS-Drug Interactions** sections).

No dosage adjustment is required on the basis of patient age, body weight, gender, ethnicity, or renal function; or in patients with moderate to severe hepatic impairment due to liver metastases (see **CLINICAL PHARMACOLOGY-Pharmacokinetics-Special Populations** section).

HOW SUPPLIED

IRESSA tablets are supplied as round, biconvex, brown film-coated tablets intagliated with "IRESSA 250" on one side and plain on the other side, each containing 250 mg of gefitinib.

Bottles of 30 Tablets (NDC 0310-0482-30)

**Storage**

Store at controlled room temperature 20-25°C (68-77°F) [see USP].

All trademarks are the property of the AstraZeneca group
©AstraZeneca 2003, 2004

Manufactured for:
AstraZeneca Pharmaceuticals LP
Wilmington, DE 19850
By: AstraZeneca UK Limited
Macclesfield, Cheshire, England
Made in the United Kingdom

Rev 04-07-04

# EXHIBIT Z


**British Journal of Cancer (2004) 90,** 1312–1317
© 2004 Cancer Research UK All rights reserved 0007 – 0920/04 $25.00
**www.bjcancer.com**

Clinical

# Capecitabine in hormone-resistant metastatic prostatic carcinoma – a phase II trial

**R Morant*,[1], J Bernhard, D Dietrich, S Gillessen, M Bonomo, M Borner, J Bauer, T Cerny, C Rochlitz, M Wernli, A Gschwend, S Hanselmann, F Hering and H-P Schmid for the Swiss Group for Clinical Cancer Research**

[1]*Zentrum für Tumordiagnostik und Prävention (ZeTuP), Rorschacherstrasse 150, St. Gallen CH-9006, Switzerland*

The objective of the trial is to evaluate the efficacy of capecitabine in patients with metastatic hormone-resistant prostate carcinoma (HRPC), in terms of prostate-specific antigen (PSA) response and clinical benefit (decrease of pain or analgesic score) and its safety profile. In all, 25 patients with HRPC were enrolled on a phase II trial of capecitabine (Xeloda®) at a dose of 1250 mg m$^{-2}$ orally twice daily on days 1–14 every 21 days. The inclusion criteria were PSA serum levels >3× upper limit of normal, a WHO performance status 0–2, age <85 years and adequate bone marrow, liver and renal function. In patients with grade 2 or higher haematological toxicity on day 1 of the treatment cycle, therapy was first delayed, and then continued at a lower dose. Trial end points were PSA response and clinical benefit defined by quality of life (QL) data and analgesic consumption. The median age of patients was 70 years (range 54–85 years). A median of three cycles of capecitabine was administered (range 1–8). PSA response was observed in three patients (12%, 95% CI 3–31%), with times to tumour progression of 18, 21 and 35 weeks, respectively. In these patients, the response durations were 12, 17 and 32 weeks, respectively. Minor PSA regression was also seen in two further patients. The median time to tumour progression of all patients was 12 weeks (95% CI 9–15 weeks). Haematological toxicity was minor, with leukopenia grade 3 observed in one patient. There were three deaths during trial treatment, respectively, due to sepsis following mucositis and leukopenia, presumed sepsis with mucositis induced by chemotherapy and concomitant radiotherapy and cerebral dysfunction progressing to coma. Hand–foot syndrome grades 2 and 3 were observed in four patients each. Clinical benefit was observed in five patients (20%, CI 7–41%). Based on toxicity data, we recommend a lower starting dose of 1000 mg m$^{-2}$ orally twice daily. While capecitabine has some activity in HRPC, as suggested by observed PSA responses, we conclude that it is not worthwhile to investigate capecitabine monotherapy in a phase III trial. Combinations of capecitabine with other agents, such as vinorelbine or docetaxel, may prove to be more effective.
*British Journal of Cancer* (2004) **90,** 1312–1317. doi:10.1038/sj.bjc.6601673 www.bjcancer.com
Published online 9 March 2004
© 2004 Cancer Research UK

**Keywords:** prostatic carcinoma; hormone resistance; capecitabine; prostate-specific antigen (PSA); quality of life; clinical benefit

The role of chemotherapy in patients with hormone-resistant prostate cancer (HRPC) has been re-evaluated in recent years (Goodin *et al*, 2002). The median survival of patients with HRPC remains, however, at 9–12 months despite medical advances and new approaches. Chemotherapy in patients with HRPC has been shown to decrease the serum levels of prostate-specific antigen (PSA), to shrink soft tissue metastases, to improve bone scans and, most importantly, to enhance aspects of quality of life (QL), especially pain (Tannock *et al*, 1996; Fields-Jones *et al*, 1999). Prolongation of survival by chemotherapy, however, has not been demonstrated in phase III trials conducted to date (Tannock *et al*, 1996; Hudes *et al*, 1999; Kantoff *et al*, 1999), although adequately powered randomised trials are now underway comparing mitoxantrone/prednisone with newer treatments including docetaxel alone or in combination with estramustine.

Starting in 1991, the Swiss Group for Clinical Cancer Research (SAKK) conducted four consecutive phase II trials within the framework of a master protocol to evaluate carboplatin (Jungi *et al*, 1998), idarubicin (Schmid *et al*, 1997), gemcitabine (Morant *et al*, 2000) and vinorelbine (Morant *et al*, 2002b), in patients with HRPC. The goal of these studies was to find promising new drugs for further testing in phase III trials. These multicentre trials included similar end points, but during the trials requirements with respect to documentation of response, toxicity, QL and PSA measurements (Schmid *et al*, 2003) have evolved.

The fifth substance to be tested as a part of this programme was capecitabine (Xeloda®), an oral fluoropyrimidine carbamate that delivers 5-FU predominantly to tumour cells. Capecitabine is rapidly and extensively absorbed through the gut as an intact molecule, and is then metabolised to 5-FU in three steps (Budman *et al*, 1998; Miwa *et al*, 1998; Schüller *et al*, 2000). Firstly, it is converted to 5′-deoxy-5-fluorocytidine (5′-DFCR) by carboxylesterase (primarily in the liver). Secondly, it is converted to 5′-deoxy-5-fluorouridine (5′-DFUR) by cytidine deaminase (in tumour cells and in the liver). Finally, it is converted to 5-FU by thymidine phosphorylase (TP), which is significantly more active in tumour

*Correspondence: Dr R Morant; E-mail: rmorant@sg.zetup.ch
Received 9 September 2003; revised 6 January 2004; accepted 6 January 2004; published online 9 March 2004

AVENTIS EXHIBIT 2074
Mylan v. Aventis, IPR2016-00712

tissue than in adjacent healthy tissue (Ishikawa *et al*, 1998). The increasing specificity for tumour cells occurring with each successive conversion step potentially reduces systemic 5-FU exposure while increasing the 5-FU dose within tumour tissue.

Capecitabine is currently approved in over 80 countries worldwide (including Japan, the USA and EU) as monotherapy for the treatment of advanced or metastatic breast cancer patients who have failed previous anthracycline and taxane chemotherapy. In addition, the combination of capecitabine and docetaxel is approved for the treatment of patients with advanced or metastatic breast cancer after failure of cytotoxic chemotherapy including an anthracycline (or when further anthracycline therapy is not possible). Capecitabine is also approved for the first-line treatment of patients with metastatic colorectal cancer.

The objective of the present trial was to evaluate both the efficacy, in terms of PSA response and clinical benefit, and the safety profile of capecitabine in patients with HRPC. The primary end point of the trial was PSA response according to the guidelines by the PSA Working Group (Bubley *et al*, 1999). Quality of life and clinical benefit were secondary end points. In the subset of patients with measurable disease, tumour response following treatment with capecitabine was also documented according to standard WHO criteria.

## PATIENTS AND METHODS

Between March 2000 and June 2001, 25 patients with histologically or cytologically proven metastatic prostatic carcinoma, progressing after orchiectomy or medical castration, were enrolled. Eligibility criteria included an age limit of $<85$ years, a life expectancy of $>12$ weeks, a WHO performance status of 0–2 and the absence of known brain metastases. No previous cytotoxic therapy, including estramustine, was allowed. Requirements for laboratory values included a serum PSA of at least three times the upper limit of normal (ULN), leucocytes (WBC) $\geqslant 3.5\times10^{9}\,l^{-1}$ or granulocytes $\geqslant 2\times10^{9}\,l^{-1}$, platelets $\geqslant 100\times10^{9}\,l^{-1}$, haemoglobin $\geqslant 90\,g\,l^{-1}$, serum creatinine $\leqslant 1.5\times$ULN, bilirubin $\leqslant 1.5\times$ULN and SGOT $\leqslant 2.5\times$ULN. Measurable or nonmeasurable metastatic disease was allowed. Bone metastases alone were considered to be nonmeasurable.

Patients received oral capecitabine at a dose of $1250\,mg\,m^{-2}$ twice daily for 14 days, repeated every 21 days. Treatment was stopped after a maximum of eight cycles or in the event of tumour progression or severe toxicity. Toxicity was assessed according to the National Cancer Institute of Canada Common Toxicity Criteria (NCIC CTC) and a special toxicity scale for severity of skin toxicity, especially of palms and plants (hand–foot syndrome). Dose reductions and treatment delays were specified in the protocol. In an amendment dated March 2001, the initial capecitabine dose was adapted according to creatinine clearance values.

The trial had a two-stage Gehan design with a sample size of 25 patients in order to estimate the PSA response rate with a standard error of $<0.10$. If capecitabine had a PSA response rate of less than 20%, then the drug would not be considered worth to be tested in a phase III trial. The trial was designed to be stopped if there were no PSA responses among the first 14 patients. Since two PSA responses were seen, the trial continued beyond the initial 14 patients.

Treatment with antiandrogens, however, had to be stopped at least 1 month before trial enrollment in order not to falsely attribute an antiandrogen withdrawal response (Scher and Kelly, 1993) to the trial drug. Prior radiation therapy was given to 12 patients. Palliative radiation therapy was not allowed within 1 month prior to the start of the study treatment. Previously irradiated metastases were not used for response evaluation.

The trial was approved by the scientific committee of the SAKK, the local ethical committees of participating institutions and regulatory authorities. Written informed consent was obtained from each patient before entering the trial.

The primary end point of the trial was PSA response (Smith *et al*, 1998). In addition, clinical benefit, QL data and, if possible, tumour measurements were recorded.

PSA response was evaluated according to the guidelines for phase II trials in HRPC (Bubley *et al*, 1999). The first response evaluation was performed after two cycles of chemotherapy. A PSA response is defined as a decrease of serum PSA levels by at least 50% compared to baseline and confirmed by a second determination 4 weeks later. Moreover, no increase in the size of pre-existing metastases, no appearance of new lesions and no clinical signs of tumour progression are allowed. Progressive disease (PD) is defined as a confirmed increase of PSA values by at least 25% compared to baseline or nadir levels not reaching response criteria. Time to PSA progression is defined from the first treatment day until the date PSA levels had increased by 50% from the nadir levels for responders or by 25% for patients not reaching a 50% decline of PSA levels. If clinical progression occurred before PSA progression, the date of clinical progression was used. Duration of PSA response is measured from the time at which PSA had declined to $\leqslant 50\%$ to the time when PSA has risen by 50% above the nadir. Time to treatment failure was defined as the time from registration to progression, death or treatment stop due to toxicity or refusal. Confidence intervals for the Kaplan–Meier curves were computed on the log survival scale. PSA levels were determined on day 1 of each treatment cycle.

Pain treatment was not standardised but recorded and classified by the treating physician at registration, on day 8, at the start of each treatment cycle and at treatment failure. A pain treatment score was calculated according to Moore *et al* (1994) for each visit by an independent physician. Standard tablets or capsules of non-narcotic analgesics were assigned 1 point each, and standard doses of narcotic analgesics (e.g., hydromorphone 2 mg, morphine 5 mg, etc.) were assigned two points. These points were totalled for a daily score and averaged into a score assessing the week before the clinical visit.

QL was assessed by the EORTC QLQ-C30 (Aaronson *et al*, 1993) at registration, on day 8, at monthly visits and at treatment failure. This questionnaire has extensively been validated in adults, although not specifically in elderly patients. All scales and single items were transformed according to the EORTC guidelines to range from 0 to 100. A higher score for a functional scale represents a higher level of functioning, a higher score for the global health status/QL scale a better QL, and a higher score for a symptom scale or item a higher level of symptoms or problems. In addition, a global indicator for overall treatment burden (Bernhard *et al*, 2002) and another for coping effort (Hurny *et al*, 1993) were included. These two indicators were transformed accordingly (0–100), with higher scores indicating better QL. All questions referred to the experience during the previous week. Pain (QLQ-C30 items $9+19$) was prospectively defined as the primary QL end point, the other measures were used for descriptive purposes only.

Clinical benefit in terms of reduction in patient-rated pain and/or use of analgesics was defined as either a decrease of $\geqslant 2$ response categories (corresponding to $\geqslant 33\%$) in the pain scale (items $9+19$) without an increase in analgesics, or a decrease by $\geqslant 50\%$ in analgesics without an increase in pain, measured from baseline for at least two consecutive cycles (i.e. 6 weeks).

For the minority of patients who did not report pain at baseline, we prospectively defined changes in physical functioning and global health/QL (both from QLQ-C30) as benefit criterion as either an improvement of $\geqslant 2$ response categories (corresponding to $\geqslant 40\%$) in physical functioning without any worsening in global health status/QL, or an improvement of $\geqslant 3$ response categories (corresponding to $\geqslant 25\%$) in global health status/QL without any

© 2004 Cancer Research UK



worsening in physical functioning, measured from baseline, for at least two consecutive cycles (i.e., 6 weeks).

We investigated the changes in QL measures from baseline to subsequent time points. Although the transformation of the QLQ-C30 scales results in scores ranging from 0 to 100, these measures are still categorical in nature. Given the small sample, we focused on median values, instead of means. That is, changes that were present in means but not in medians (i.e. median = 0) were not considered relevant. Accordingly, we used the exact Wilcoxon signed rank test (based on Hodges–Lehmann (HL) medians), (Lehmann, 1975). All tests were two-sided. No adjustment was made for multiple testing.

## RESULTS

Patient characteristics are shown in Table 1. The 25 men entered on the trial had a median age of 70 years (range 54–85 years) and generally had a good performance status (84% having a PS of 0 or 1). All patients had documented PD (rising PSA levels and/or new or growing metastases) while on continued androgen ablation: 11 patients had undergone bilateral orchiectomy, 13 had received a luteinising hormone–releasing hormone (LH–RH) agonist, and in one patient LH–RH agonists were erroneously stopped before trial enrolment. A total of 15 patients had been treated during the course of their disease with an androgen receptor blocker either concomitantly or as a second-line hormonal therapy.

Nearly all patients suffered from bone metastases (24 out of 25). In nine patients lymph node metastases were found, in two patients liver metastases and in two lung metastases.

The median number of capecitabine cycles was 3 (range 1–8). The median dose density of capecitabine dropped from 2471 mg m$^{-2}$ during cycle 1 ($n = 25$) to 1875 mg m$^{-2}$ during cycle 4 ($n = 11$). Dose reductions were necessary in 10 patients, due to hand–foot syndrome ($n = 3$), diarrhoea ($n = 2$), and in one patient each due to haematological reasons, weight loss, moderate renal function impairment, vomiting and symptoms of vertebral fracture with spinal cord compression (the latter were signs of tumour progression).

Treatment with capecitabine was subjectively well tolerated in the vast majority of patients. The most common clinical treatment-related adverse events (grade 2, 3 or 4, see Table 2) were nausea (32%), hand–foot syndrome (32%) and diarrhoea (16%). Anaemia was the most commonly observed haematological toxicity (40%), although the majority of cases (36%) were no greater than grade 2 in severity. Other grade 2/3 haematological adverse events were granulocytopenia (12%), leukopenia (12%) and thrombocytopenia (8%), although no grade 4 haematological toxicity was noticed.

Three patients died during the trial: one patient developed mucositis during the first course of chemotherapy and underwent radiation therapy involving the already inflamed oral mucosa. The event was classified as probably related to trial treatment. The patient was admitted to a regional hospital with sepsis, suspected to be related to the injured oropharyngeal mucosa. No agranulocytosis was found. The patient's clinical condition rapidly deteriorated and he died due to a presumed septic shock. The second patient died during the second course after somnolence progressed into coma with a clinical diagnosis of brain metastases or cerebral infarction. Due to the poor clinical status at hospital admission, no further work-up had been done. The third patient died during the first course due to treatment-related toxicity. This 60-year-old obese patient with extensive osseous and hepatic metastases was treated with 5 g of capecitabine daily. He developed mucositis and diarrhoea and was then admitted to the hospital 10 days after starting chemotherapy. Administration of capecitabine was stopped. He was neutropenic and was treated with antibiotics. He succumbed to infection on the tenth day of hospitalisation.

**Table 1** Patient characteristics ($n = 25$)

| | Category | Number | % |
|---|---|---|---|
| Performance status (WHO) | 0 | 8 | 32 |
| | 1 | 13 | 52 |
| | 2 | 4 | 16 |
| Previous radiation therapy | No | 13 | 52 |
| | Yes | 12 | 48 |
| Orchiectomy | No | 14 | 56 |
| | Yes | 11 | 44 |
| LH-RH analogues | No | 12 | 48 |
| | Yes | 13 | 52 |
| Antiandrogens | No | 10 | 40 |
| | Yes | 15 | 60 |
| Measurable disease | No | 13 | 52 |
| | Yes | 12 | 48 |
| Tumor metastases[a] | Bone | 24 | 96 |
| | Lymph nodes | 9 | 36 |
| | Lung | 2 | 8 |
| | Liver | 2 | 8 |
| | Median | Range | |
| Age (years) | 70 | 54–85 | |
| Weight (kg) | 80 | 55–113 | |
| Disease duration since diagnosis (years) | 3 | 0.55–17.9 | |
| PSA ($\mu$g/l) | 258 | 15–20400 | |
| Alkaline phosphatase (IU) | 325 | 87–1580 | |
| Creatinine ($\mu$mol) | 97 | 58–155 | |

[a]Each patient may have more than one tumour localisation.

**Table 2** Grade 2, 3 and 4 adverse events following treatment with capecitabine in 25 patients and 88 treatment cycles

| Toxicity | Grade | Number of cycles (% of cycles) | Number of patients (% of patients) |
|---|---|---|---|
| Anaemia | 2 | 17 (19%) | 9 (36%) |
| | 3 | 1 (1%) | 1 (4%) |
| Leukopenia | 2 | 4 (5%) | 2 (8%) |
| | 3 | 1 (1%) | 1 (4%) |
| Granulocytopenia | 2 | 1 (1%) | 1 (4%) |
| | 3 | 2 (2%) | 2 (8%) |
| Thrombocytopenia | 2 | 2 (2%) | 2 (8%) |
| Diarrhoea | 2 | 4 (5%) | 3 (12%) |
| | 3 | 1 (1%) | 1 (4%) |
| Neurological | 2 | 4 (5%) | 3 (12%) |
| Nausea | 2 | 10 (11%) | 6 (24%) |
| | 3 | 2 (2%) | 2 (8%) |
| Stomatitis | 2 | 1 (1%) | 1 (4%) |
| | 4 | 1 (1%) | 1 (4%) |
| Hand–foot syndrome | 2 | 9 (10%) | 4 (16%) |
| | 3 | 5 (6%) | 4 (16%) |

The median time to tumour progression of the 21 patients completing at least two cycles was 12 weeks (95% CI 9–15 weeks, Figure 1) and median time to treatment failure of all the 25 patients was 9 weeks (95% CI 7–15 weeks, Figure 2). Treatment failure was recorded in 20 patients as a result of PD (clinical tumour progression in eight cases, PSA progression in 12 cases), in three patients because of death and in one patient each by patient refusal and unacceptable toxicity.

PSA levels of all trial patients before and during treatment with capecitabine are plotted in Figure 3. A PSA response according to standardised criteria was seen in three patients (12%, 95% CI 3–31%). Response durations and times to tumour progression in these patients were 12, 17 and 32 weeks and 18, 21 and 35 weeks,

© 2004 Cancer Research UK





**Figure 1** Time to first progression (prostate-specific antigen (PSA) or clinical) measured in weeks with pointwise 95% confidence intervals.

**Figure 2** Time to treatment failure (tumour progression, toxicity, death, refusal) in weeks with pointwise 95% confidence intervals.

**Figure 3** PSA values (**A**) before and (**B**) after trial registration, that is, start of chemotherapy. Each line represents the PSA profile of one patient. The slope of rising PSA levels is less steep after the start of chemotherapy. The dashed lines represent the three cases with a PSA response.

respectively. Minor reductions in PSA (38 and 41%) were seen in two additional patients. There were no objective tumour responses of measurable disease.

Of all 113 expected pre-failure QL forms, 99 (88%) were received and correctly timed, 24 (96%) at baseline and 75 (85%) during treatment; the submission rate at failure was lower (73%). The reasons for missing QL data were mainly local administrative failure (45%); in 40% of all missing data, there was no reason given. QL data were evaluated up to the beginning of cycle 4; thereafter, too few patients were left on the trial treatment.

At baseline, patients reported a considerably impaired health status/QL ($n=24$, median $=50$), role functioning ($n=23$, median $=66.7$), coping ($n=24$, median $=58.3$) and emotional functioning ($n=24$, median $=75$). Pain was the most severe symptom ($n=23$, median $=50$), followed by fatigue ($n=24$, median $=33.3$) and sleeping disorders ($n=24$, median $=33.3$).

At day 8 of the first capecitabine cycle, short-term toxicity did not result in worsening in any of the QL measures. Patients reported better emotional functioning ($n=17$, HL median change $=12.5$, $P=0.003$) and coping ($n=18$, HL median change $=8.3$, $P=0.02$), and less pain ($n=17$, HL median change $=-16.7$, $P=0.02$) and sleeping disorders ($n=18$, HL median change $=-16.7$, $P=0.05$). Besides this early improvement, there was no substantial change over the observation period (up to the beginning of cycle 4).

Physician-rated pain indicated deterioration at the beginning of cycles 3 ($n=16$, median change $=-1$, $P=0.04$) and 4 ($n=9$, median change $=-1$, $P=0.03$), when compared to baseline ($n=25$, median $=2$). The pain treatment score indicated a stable consumption of analgesics (baseline: $n=24$, median $=4.6$).

In all, 22 patients reported pain at baseline. Five of these (20%) met our criteria for clinical benefit following treatment with capecitabine, and in one case clinical benefit could not be evaluated because of missing data. For at least two consecutive cycles, these patients indicated either a decrease of $\geqslant 2$ response categories in the pain scale from baseline without an increase in analgesics, or a decrease by $\geqslant 50\%$ in analgesics without an increase in pain. One of these patients had also a PSA response. The two cases without baseline pain did not meet our criteria for palliation based on physical functioning and global health/QL.

## DISCUSSION

The SAKK has performed five consecutive phase II trials in patients with HRPC, the latest using capecitabine.

Capecitabine has demonstrated consistently high single-agent activity and a favourable safety profile in taxane and anthracycline

Clinical

© 2004 Cancer Research UK



Clinical

pretreated metastatic breast cancer (Blum *et al*, 1999, 2001; Fumoleau *et al*, 2001; Talbot *et al*, 2002) and improved overall survival when added to docetaxel in the anthracycline-failure setting (O'Shaughnessy *et al*, 2002). In addition, randomised phase III trials comparing the efficacy and tolerability of 3-weekly intermittent capecitabine with i.v. bolus 5-FU/LV as first-line treatment of advanced colorectal cancer showed that capecitabine was more active than 5-FU/LV in the induction of tumour response, and at least equivalent in terms of time to progression and overall survival (Hoff *et al*, 2001; Van Cutsem *et al*, 2001; Twelves, 2002). In addition to the extensive experience with capecitabine in patients with breast and colorectal cancer, the drug has been investigated in a variety of other cancers, such as pancreatic carcinoma (Hess *et al*, 2003), whereas there is only a single recent case report (El-Rayes *et al*, 2003) describing an impressive response to capecitabine in a patient with HRPC.

Experience with 5-FU in patients with HRPC has been mixed with no responses seen in phase II trials with 5-FU and leucovorin given as bolus injections (Singh *et al*, 1992), high dose infusions every 2 weeks (Atkins *et al*, 1996) or continuous infusion over 5 days (Kuzel *et al*, 1993). However, 5-FU given as a continuous infusion of 300 mg m$^{-2}$ (Hansen *et al*, 1991) showed a significant palliative effect. In prostatic carcinoma, there are significantly higher levels of TP (Mori *et al*, 2000), which is likely to result in higher levels of 5-FU in tumour tissue following administration of capecitabine. The previous benefit of a continuous low dose infusion of 5-FU combined with increased drug accumulation in tumour tissue provided the rationale for this phase II trial.

In this first phase II trial of capecitabine in HRPC, the drug has demonstrated a confirmed PSA response rate of 12% (three of 25 patients) and a mean response duration of 20 weeks (12, 17 and 32 weeks). In addition, two further minor PSA responses were seen. Comparison of PSA values before and after the start of chemotherapy shows that the slope of rising PSA values became less steep in the majority of patients, even if there were no responses (Figure 3). This temporary stabilisation of disease translates into a median time to progression of 12 weeks and a median time to treatment failure of 9 weeks.

Subjective toxicity of capecitabine was mild in the majority of the patients. The most common clinical treatment-related adverse events (grades 2, 3 or 4) were nausea (32%), hand–foot syndrome (32%) and diarrhoea (16%). Anaemia was the most commonly observed haematological toxicity (40%), although no grade 4 haematological toxicity was recorded. Diarrhoea and mucositis were observed in two of the three patients who died during the trial. Considering the observed toxicity and the frequent dose reduction, we recommend a lower starting dose of 1000 mg m$^{-2}$ orally twice daily and to adapt dosages in cases of decreased creatinine clearance.

These results, although not directly comparable, are not substantially different from those of many other phase II trials in HRPC, such as our previous trials with gemcitabine or vinorelbine. However, they do not match the higher response rates reported with docetaxel (Picus and Schultz, 1999) alone or in combinations with estramustine (Petrylak *et al*, 1999) or other agents targeting microtubule functions, such as vinblastine (Hudes *et al*, 1999).

Overall, the QL results indicate that capecitabine was relatively well tolerated. In particular, there was no worsening of QL by short-term toxicity. The improvement in several QL measures over the first 8 days may reflect the beneficial impact of the pain treatment and general support given by the treating physician at baseline, because we do not expect a beneficial effect of chemotherapy on tumour load at this early time point. However, considering the whole observation period, there was no overall improvement in patient- or physician-rated pain. Similarly, the QL measures did not suggest an overall improvement during capecitabine treatment. This is an indication of limited palliation as described in our previous trial of vinorelbine (Morant *et al*, 2002b), which showed a comparable rate of clinical benefit (23%).

In summary, capecitabine monotherapy has proven to be a substance with some activity in patients with HRPC and with generally good tolerability. Careful clinical supervision by an experienced oncologist is, however, necessary, because potentially life-threatening complications, such as stomatitis, leukopenia or diarrhoea may develop, necessitating treatment interruption or dose reduction.

The activity of capecitabine in this patient population is limited concerning both PSA response and clinical benefit. Hence, capecitabine cannot be recommended as a single first-line drug in patients with metastatic HRPC, and we do not think that it is worthwhile to investigate capecitabine monotherapy in a phase III trial. Whether combinations of capecitabine with noncytotoxic agents or other cytostatic drugs, such as docetaxel or vinorelbine, which are combination regimens with proven efficacy in breast carcinoma, will also be useful in this patient population, will require further investigation.

## ACKNOWLEDGEMENTS

The trial was supported by a grant from Roche Pharma Schweiz. Preliminary results of this phase II trial have been presented at ASCO 2002 (Morant *et al*, 2002a).

## REFERENCES

Aaronson NK, Ahmedzai S, Bergman B, Bullinger M, Cull A, Duez NJ, Filiberti A, Flechtner H, Fleishman SB, de Haes JC (1993) The European Organization for Research and Treatment of Cancer QLQ-C30: a quality-of-life instrument for use in international clinical trials in oncology. *J Natl Cancer Inst* **85:** 365–376

Atkins JN, Muss HB, Case LD, Richards II F, Grote T, McFarland J (1996) Leucovorin and high-dose fluorouracil in metastatic prostate cancer. A phase II trial of the Piedmont Oncology Association. *Am J Clin Oncol* **19:** 23–25

Bernhard J, Maibach R, Thurlimann B, Sessa C, Aapro MS (2002) Patients' estimation of overall treatment burden: why not ask the obvious? *J Clin Oncol* **20:** 65–72

Blum JL, Dieras V, Lo Russo PM, Horton J, Rutman O, Buzdar A, Osterwalder B (2001) Multicenter, phase II study of oral capecitabine in taxane-pretreated metastatic breast carcinoma patients. *Cancer* **92:** 1759–1768

Blum JL, Jones SE, Buzdar AU, LoRusso PM, Kuter I, Vogel C, Osterwalder B, Burger HU, Brown CS, Griffin T (1999) Multicenter phase II study of capecitabine in paclitaxel-refractory metastatic breast cancer. *J Clin Oncol* **17:** 485–493

Bubley GJ, Carducci M, Dahut W, Dawson N, Daliani D, Eisenberger M, Figg WD, Freidlin B, Halabi S, Hudes G, Hussain M, Kaplan R, Myers C, Oh W, Petrylak DP, Reed E, Roth B, Sartor O, Scher H, Simons J, Sinibaldi V, Small EJ, Smith MR, Trump DL, Wilding G (1999) Eligibility and response guidelines for phase II clinical trials in androgen-independent prostate cancer: recommendations from the Prostate-Specific Antigen Working Group. *J Clin Oncol* **17:** 3461–3467

Budman DR, Meropol NJ, Reigner B, Creaven PJ, Lichtman SM, Berghorn E, Behr J, Gordon RJ, Osterwalder B, Griffin T (1998) Preliminary studies of a novel oral fluoropyrimidine carbamate: capecitabine. *J Clin Oncol* **16:** 1795–1802

El-Rayes BF, Black CA, Ensley JF (2003) Hormone-refractory prostate cancer responding to capecitabine. *Urology* **61:** 462

Fields-Jones S, Koletsky A, Wildin G, O'Rourke M, O'Rourke T, Eckardt J, Yates B, McGuirt C, Burris III HA (1999) Improvements in clinical

© 2004 Cancer Research UK

benefit with vinorelbine in the treatment of hormone-refractory prostate cancer. *Ann Oncol* **10:** 1307–1310

Fumoleau P, Largillier R, Trillet-Lenoir V (2001) Phase II study of capecitabine (Xeloda®) in pts with advanced breast cancer (ABC), previously treated with anthracyclines and taxanes. *Breast Cancer Res Treat* **69:** 285 (abstract 435)

Goodin S, Rao K, DiPaolo R (2002) State-of-the-art treatment of metastatic hormone-refractory prostate cancer. *Oncologist* **7:** 360–370

Hansen R, Moynihan T, Beatty P, Quebbeman E, Libnoch J, Schulte W, Anderson T (1991) Continuous systemic 5-fluorouracil infusion in refractory prostatic cancer. *Urology* **37:** 358–361

Hess V, Salzberg M, Borner M, Morant R, Roth AD, Ludwig C, Herrmann R (2003) Combining capecitabine and gemcitabine in patients with advanced pancreatic carcinoma: a phase I/II trial. *J Clin Oncol* **21:** 66–68

Hoff PM, Ansari R, Batist G, Cox J, Kocha W, Kuperminc M, Maroun J, Walde D, Weaver C, Harrison E, Burger HU (2001) Comparison of oral capecitabine versus intravenous fluorouracil plus leucovorin as first-line treatment in 605 patients with metastatic colorectal cancer: results of a randomized phase III study. *J Clin Oncol* **19:** 2282–2292

Hudes G, Einhorn L, Ross E, Balsham A, Loehrer P, Ramsey H, Sprandio J, Entmacher M, Dugan W, Ansari R, Monaco F, Hanna M, Roth B (1999) Vinblastine versus vinblastine plus oral estramustine phosphate for patients with hormone-refractory prostate cancer: A Hoosier Oncology Group and Fox Chase Network phase III trial. *J Clin Oncol* **17:** 3160–3166

Hurny C, Bernhard J, Bacchi M, van Wegberg B, Tomamichel M, Spek U, Coates A, Castiglione M, Goldhirsch A, Senn HJ (1993) The Perceived Adjustment to Chronic Illness Scale (PACIS): a global indicator of coping for operable breast cancer patients in clinical trials. Swiss Group for Clinical Cancer Research (SAKK) and the International Breast Cancer Study Group (IBCSG). *Support Care Cancer* **1:** 200–208

Ishikawa T, Sekiguchi F, Fukase Y, Sawada N, Ishitsuka H (1998) Positive correlation between the efficacy of capecitabine and doxifluridine and the ratio of thymidine phosphorylase to dihydropyrimidine dehydrogenase activities in tumors in human cancer xenografts. *Cancer Res* **58:** 685–690

Jungi WF, Bernhard J, Hürny C, Hsu Schmitz S, Hanselmann S, Gusset H, Pestalozzi B, Goldhirsch A (1998) Effect of carboplatin on response and palliation in hormone-refractory prostate cancer. Swiss Group for Clinical Cancer Research (SAKK). *Support Care Cancer* **6:** 462–468

Kantoff P, Conaway M, Halabi S, Conaway M, Picus J, Kirshner J, Hars V, Trump D, Winer EP, Vogelzang NJ (1999) Hydrocortisone with or without mitoxantrone in men with hormone refractory prostate cancer. *J Clin Oncol* **17:** 2506–2513

Kuzel TM, Tallman MS, Shevrin D, Braud E, Kilton L, Johnson P, Kozlowski J, Vogelzang NJ, Blough R, Benson III AB (1993) A phase II study of continuous infusion 5-fluorouracil in advanced hormone refractory prostate cancer. An Illinois Cancer Center Study. *Cancer* **72:** 1965–1968

Lehmann EL (1975) *Nonparametrics: Statistical Methods Based on Ranks.* San Francisco: Holden-Day

Miwa M, Ura M, Nishida M, Sawada N, Ishikawa T, Mori K, Shimma N, Umeda I, Ishitsuka H (1998) Design of a novel oral fluoropyrimidine carbamate, capecitabine, which generates 5-fluorouracil selectively in tumours by enzymes concentrated in human liver and cancer tissue. *Eur J Cancer* **34:** 1274–1281

Moore MJ, Osoba D, Murphy K, Tannock IF, Armitage A, Findlay B, Coppin C, Neville A, Venner P, Wilson J (1994) Use of palliative end points to evaluate the effects of mitoxantrone and low-dose prednisone in patients with hormonally resistant prostate cancer. *J Clin Oncol* **12:** 689–694

Morant R, Bernhard J, Maibach R, Borner M, Fey MF, Thurlimann B, Jacky E, Trinkler F, Bauer J, Zulian G, Hanselmann S, Hurny C, Hering F (2000) Response and palliation in a phase II trial of gemcitabine in hormone-refractory metastatic prostatic carcinoma. Swiss Group for Clinical Cancer Research (SAKK). *Ann Oncol* **11:** 183–188

Morant R, Dietrich D, Gillessen S, Bonomo M, Borner M, Bauer J, Cerny T, Rochlitz C, Wernli M, Gschwend A, Hanselmann S, Hering F, Bernhard J, for the Swiss Group for Clinical Cancer Research (2002a) Capecitabine in hormone-refractory metastatic prostate cancer: a phase II trial of the SAKK. *Proc Am Soc Clin Oncol* **21:** A2442

Morant R, Hsu Schmitz SF, Bernhard J, Thurlimann B, Borner M, Wernli M, Egli F, Forrer P, Streit A, Jacky E, Hanselmann S, Bauer J, Hering F, Schmid HP (2002b) Vinorelbine in androgen-independent metastatic prostatic carcinoma – a phase II study. *Eur J Cancer* **38:** 1626–1632

Mori K, Hasegawa M, Nishida M, Toma H, Fukuda M, Kubota T, Nagasue N, Yamana H, Hirakawa YSCK, Ikeda T, Takasaki K, Oka M, Kameyama M, Toi M, Fujii H, Kitamura M, Murai M, Sasaki H, Ozono S, Makuuchi H, Shimada Y, Onishi Y, Aoyagi S., Mizutani K., Ogawa M, Nakao A, Kinoshita H, Tono T, Imamoto H, Nakashima Y, Manabe T (2000) Expression levels of thymidine phosphorylase and dihydropyrimidine dehydrogenase in various human tumor tissues. *Int J Oncol* **17:** 33–38

O'Shaughnessy J, Miles D, Vukelja S, Moiseyenko V, Ayoub JP, Cervantes G, Fumoleau P, Jones S, Lui WY, Mauriac L, Twelves C, Van Hazel G, Verma S, Leonard R (2002) Superior survival with capecitabine plus docetaxel combination therapy in anthracycline-pretreated patients with advanced breast cancer: phase III trial results. *J Clin Oncol* **20:** 2812–2823

Petrylak DP, Macarthur R, O'Connor J, Shelton G, Weitzman A, Judge T, England-Owen C, Zuech N, Pfaff C, Newhouse J, Bagiella E, Hetjan D, Sawczuk I, Benson M, Olsson C (1999) Phase I/II studies of docetaxel (Taxotere) combined with estramustine in men with hormone-refractory prostate cancer. *Semin Oncol* **26:** 28–33

Picus J, Schultz M (1999) Docetaxel (Taxotere) as monotherapy in the treatment of hormone-refractory prostate cancer: preliminary results. *Semin Oncol* **26:** 14–18

Scher HI, Kelly WK (1993) Flutamide withdrawal syndrome: its impact on clinical trials in hormone-refractory prostatic carcinoma. *J Clin Oncol* **11:** 1566–1572

Schmid HP, Maibach R, Bernhard J, Hering F, Hanselmann S, Gusset H, Morant R, Pestalozzi B, Castiglione M (1997) A phase II study of oral idarubicin as a treatment for metastatic hormone-refractory prostate carcinoma with special focus on prostate specific antigen doubling time. *Cancer* **79:** 1703–1709

Schmid HP, Morant R, Bernhard J, Maibach R (2003) Prostate specific antigen doubling time as auxiliary end point in hormone refractory prostatic carcinoma. *Eur Urol* **43:** 28–30

Schüller J, Cassidy J, Dumont E, Roos B, Durston S, Banken L, Utoh M, Mori K, Weidekamm E, Reigner B (2000) Preferential activation of capecitabine in tumor following oral administration to colorectal cancer patients. *Cancer Chemother Pharmacol* **45:** 291–297

Singh D, Doroshow JH, Leong L, Margolin K, Akman S, Raschko J, Somlo G, Morgan R, Harrison J, Cho J (1992) Phase II trial of 5-fluorouracil, high-dose leucovorin calcium, and dipyridamole in advanced prostate cancer. *J Cancer Res Clin Oncol* **119:** 117–120

Smith D, Dunn R, Strawderman M, Pienta K (1998) Change in serum prostate-specific antigen as a marker of response to cytotoxic therapy for hormone-refractory prostate cancer. *J Clin Oncol* **16:** 1835–1843

Talbot DC, Moiseyenko V, Van Belle S, O'Reilly SM, Alba Conejo E, Ackland S, Eisenberg P, Melnychuk D, Pienkowski T, Burger HU, Laws S, Osterwalder B (2002) Randomised, phase II trial comparing oral capecitabine (Xeloda) with paclitaxel in patients with metastatic/advanced breast cancer pretreated with anthracyclines. *Br J Cancer* **86:** 1367–1372

Tannock I, Osoba D, Stockler M, Ernst D, Neville A, Moore M, Armitage G, Wilson J, Venner P, Coppin C, Murphy K (1996) Chemotherapy with mitoxantrone plus prednisone or prednisone alone for symptomatic hormone-resistant prostate cancer: a Canadian randomized trial with palliative end points. *J Clin Oncol* **14:** 1756–1764

Twelves C, on behalf of the Xeloda Colorectal Cancer Group (2002) Capecitabine as first-line treatment in colorectal cancer. Pooled data from two large, phase III trials. *Eur J Cancer* **38**(Suppl 2): 15–20

Van Cutsem E, Twelves C, Cassidy J, Allman D, Bajetta E, Boyer M, Bugat R, Findlay M, Frings S, Jahn M, McKendrick J, Osterwalder B, Perez-Manga G, Rosso R, Rougier P, Schmiegel WH, Seitz JF, Thompson P, Vieitez JM, Weitzel C, Harper P, Xeloda Colorectal Cancer Study Group (2001) Oral capecitabine compared with intravenous fluorouracil plus leucovorin in patients with metastatic colorectal cancer: results of a large phase III study. *J Clin Oncol* **19:** 4097–4106

© 2004 Cancer Research UK

# EXHIBIT AA

Mead Johnson
ONCOLOGY PRODUCTS 2/10/00

# L Only

# TAXOL7 (paclitaxel) INJECTION

**WARNING**

TAXOL**7** (paclitaxel) should be administered under the supervision of a physician experienced in the use of cancer chemotherapeutic agents. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available.

Anaphylaxis and severe hypersensitivity reactions characterized by dyspnea and hypotension requiring treatment, angioedema, and generalized urticaria have occurred in 2-4% of patients receiving TAXOL in clinical trials. Fatal reactions have occurred in patients despite premedication. All patients should be pretreated with corticosteriods, diphenhydramine, and $H_2$ antagonists. (See **DOSAGE AND ADMINISTRATION** section.) Patients who experience severe hypersensitivity reactions to TAXOL should not be rechallenged with the drug.

TAXOL therapy should not be given to patients with solid tumors who have baseline neutrophil counts of less than 1500 cells/$mm^3$ and should not be given to patients with AIDS-related Kaposi=s sarcoma if the baseline neutrophil count is less than 1000 cells/$mm^3$. In order to monitor the occurrence of bone marrow suppression, primarily neutropenia, which may be severe and result in infection, it is recommended that frequent peripheral blood cell counts be performed on all patients receiving TAXOL.

## DESCRIPTION

TAXOL (paclitaxel) Injection is a clear colorless to slightly yellow viscous solution. It is supplied as a nonaqueous solution intended for dilution with a suitable parenteral fluid prior to intravenous infusion. TAXOL is available in 30 mg (5 mL), 100 mg (16.7 mL), and 300 mg (50 mL) multidose vials. Each mL of sterile nonpyrogenic solution contains 6 mg paclitaxel, 527 mg of purified Cremophor**7** EL* (polyoxyethylated castor oil) and 49.7% (v/v) dehydrated alcohol, USP.

Paclitaxel is a natural product with antitumor activity. TAXOL (paclitaxel) is obtained via a semi-synthetic process from *Taxus baccata*. The chemical name for paclitaxel is 5 ,20-Epoxy-1,2 ,4,7 ,10 ,13 -hexahydroxytax-11-en-9-one 4, 10-diacetate 2-benzoate 13-ester with (2*R*,3*S*)-*N*-benzoyl-3-phenylisoserine.

*Cremophor**7** EL is the registered trademark of BASF Aktiengesellschaft.
Cremophor**7** EL is further purified by a Bristol-Myers Squibb Company proprietary process before use.

AVENTIS EXHIBIT 2093
Mylan v. Aventis, IPR2016-00712

Paclitaxel has the following structural formula:

**(SEE CURRENTLY APPROVED PACKAGE INSERT)**

Paclitaxel is a white to off-white crystalline powder with the empirical formula $C_{47}H_{51}NO_{14}$ and a molecular weight of 853.9. It is highly lipophilic, insoluble in water, and melts at around 216-217$^N$C.

**CLINICAL PHARMACOLOGY**

Paclitaxel is a novel antimicrotubule agent that promotes the assembly of microtubules from tubulin dimers and stabilizes microtubules by preventing depolymerization. This stability results in the inhibition of the normal dynamic reorganization of the microtubule network that is essential for vital interphase and mitotic cellular functions. In addition, paclitaxel induces abnormal arrays or Abundles@ of microtubules throughout the cell cycle and multiple asters of microtubules during mitosis.

Following intravenous administration of TAXOL, paclitaxel plasma concentrations declined in a biphasic manner. The initial rapid decline represents distribution to the peripheral compartment and elimination of the drug. The later phase is due, in part, to a relatively slow efflux of paclitaxel from the peripheral compartment.

Pharmacokinetic parameters of paclitaxel following 3- and 24-hour infusions of TAXOL at dose levels of 135 and 175 mg/m$^2$ were determined in a Phase 3 randomized study in ovarian cancer patients and are summarized in the following table:

**TABLE 1**
SUMMARY OF PHARMACOKINETIC PARAMETERS - MEAN VALUES

| Dose (mg/m$^2$) | Infusion Duration (h) | N (patients) | $C_{MAX}$ (ng/mL) | AUC(0-4) (ng@h/mL) | T-HALF (h) | $CL_T$ (L/h/m$^2$) |
|---|---|---|---|---|---|---|
| 135 | 24 | 2 | 195 | 6300 | 52.7 | 21.7 |
| 175 | 24 | 4 | 365 | 7993 | 15.7 | 23.8 |
| 135 | 3 | 7 | 2170 | 7952 | 13.1 | 17.7 |
| 175 | 3 | 5 | 3650 | 15007 | 20.2 | 12.2 |

$C_{MAX}$=Maximum plasma concentration
AUC(0-4) = Area under the plasma concentration-time curve from time 0 to infinity
$CL_T$ = Total body clearance

It appeared that with the 24-hour infusion of TAXOL, a 30% increase in dose (135 mg/m$^2$ versus 175 mg/m$^2$) increased the $C_{MAX}$ by 87%, whereas the AUC(0-4) remained proportional. However, with a 3-hour infusion, for a 30% increase in dose, the $C_{MAX}$ and AUC(0-4) were increased by 68% and 89%, respectively. The mean apparent volume of distribution at steady state, with the 24-hour infusion of TAXOL, ranged from 227 to 688 L/m$^2$, indicating extensive extravascular distribution and/or tissue binding of paclitaxel.

The pharmacokinetics of paclitaxel were also evaluated in adult cancer patients who received single doses of 15-135 mg/m$^2$ given by 1-hour infusions (n=15), 30-275 mg/m$^2$ given by 6-hour infusions (n=36), and 200-275 mg/m$^2$ given by 24-hour infusions (n=54) in Phase 1 & 2 studies. Values for $CL_T$ and volume of

distribution were consistent with the findings in the Phase 3 study. The pharmacokinetics of TAXOL in patients with AIDS-related Kaposi=s sarcoma have not been studied.

*In vitro* studies of binding to human serum proteins, using paclitaxel concentrations ranging from 0.1 to 50 g/mL, indicate that between 89-98% of drug is bound; the presence of cimetidine, ranitidine, dexamethasone, or diphenhydramine did not affect protein binding of paclitaxel.

After intravenous administration of 15-275 mg/m$^2$ doses of TAXOL as 1-, 6-, or 24-hour infusions, mean values for cumulative urinary recovery of unchanged drug ranged from 1.3% to 12.6% of the dose, indicating extensive non-renal clearance. In five patients administered a 225 or 250 mg/m$^2$ dose of radiolabeled TAXOL as a 3-hour infusion, a mean of 71% of the radioactivity was excreted in the feces in 120 hours, and 14% was recovered in the urine. Total recovery of radioactivity ranged from 56% to 101% of the dose. Paclitaxel represented a mean of 5% of the administered radioactivity recovered in the feces, while metabolites, primarily 6 -hydroxypaclitaxel, accounted for the balance. *In vitro* studies with human liver microsomes and tissue slices showed that paclitaxel was metabolized primarily to 6 -hydroxypaclitaxel by the cytochrome P450 isozyme CYP2C8; and to two minor metabolites, 3'-*p*-hydroxypaclitaxel and 6 ,3'-*p*-dihydroxypaclitaxel, by CYP3A4. *In vitro*, the metabolism of paclitaxel to 6 -hydroxypaclitaxel was inhibited by a number of agents (ketoconazole, verapamil, diazepam, quinidine, dexamethasone, cyclosporin, teniposide, etoposide, and vincristine), but the concentrations used exceeded those found *in vivo* following normal therapeutic doses. Testosterone, 17 -ethinyl estradiol, retinoic acid, and quercetin, a specific inhibitor of CYP2C8, also inhibited the formation of 6 -hydroxypaclitaxel *in vitro*. The pharmacokinetics of paclitaxel may also be altered *in vivo* as a result of interactions with compounds that are substrates, inducers, or inhibitors of CYP2C8 and/or CYP3A4. (See **PRECAUTIONS: Drug Interactions** section.) The effect of renal or hepatic dysfunction on the disposition of paclitaxel has not been investigated.

Possible interactions of paclitaxel with concomitantly administered medications have not been formally investigated.

**CLINICAL STUDIES**
**Ovarian Carcinoma**

*First-Line Data*: The safety and efficacy of TAXOL followed by cisplatin in patients with advanced ovarian cancer and no prior chemotherapy were evaluated in two Phase 3 multicenter, randomized, controlled trials. In an Intergroup study led by the European Organization for Research and Treatment of Cancer involving the Scandinavian Group NOCOVA, the National Cancer Institute of Canada, and the Scottish Group, 680 patients with Stage $II_{B-C}$, III, or IV disease (optimally or non-optimally debulked) received either TAXOL 175 mg/m$^2$ infused over 3 hours followed by cisplatin 75 mg/m$^2$ (Tc) or cyclophosphamide 750 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ (Cc) for a median of six courses. Although the protocol allowed further therapy, only 15% received both drugs for 9 or more courses. In a study conducted by the Gynecological Oncology Group (GOG), 410 patients with Stage III or IV disease (>1 cm residual disease after staging laparotomy or distant metastases) received either

TAXOL 135 mg/m$^2$ infused over 24 hours followed by cisplatin 75 mg/m$^2$ or cyclophosphamide 750 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ for six courses.

In both studies, patients treated with TAXOL in combination with cisplatin had significantly higher response rate, longer time to progression, and longer survival time compared with standard therapy. These differences were also significant for the subset of patients in the Intergroup study with non-optimally debulked disease, although the study was not fully powered for subset analyses (Tables 2A and 2B). Kaplan-Meier survival curves for each study are shown in Figures 1 and 2.

**TABLE 2A**

EFFICACY IN THE PHASE 3 FIRST-LINE OVARIAN CARCINOMA STUDIES

| | **Intergroup (non-optimally debulked subset)** | | | **GOG-111** | | |
|---|---|---|---|---|---|---|
| | T175/3[a] c75 (n=218) | | C750[a] c75 (n=227) | T135/24[a] c75 (n=196) | | C750[a] c75 (n=214) |
| **$ Clinical Response[b]** | (n=153) | | (n=153) | (n=113) | | (n=127) |
| ---rate (percent) | 58 | | 43 | 62 | | 48 |
| ---p-value[c] | | 0.016 | | | 0.04 | |
| **$Time to Progression** | | | | | | |
| ---median (months) | 13.2 | | 9.9 | 16.6 | | 13.0 |
| ---p-value[c] | | 0.0060 | | | 0.0008 | |
| ---hazard ratio[c] | | 0.76 | | | 0.70 | |
| ---95% CI[c] | | 0.62 – 0.92 | | | 0.56 – 0.86 | |
| **$ Survival** | | | | | | |
| ---median (months) | 29.5 | | 21.9 | 35.5 | | 24.2 |
| ---p-value[c] | | 0.0057 | | | 0.0002 | |
| ---hazard ratio[c] | | 0.73 | | | 0.64 | |
| ---95% CI[c] | | 0.58 – 0.91 | | | 0.50 – 0.81 | |

[a] TAXOL dose in mg/m$^2$/infusion duration in hours; cyclophosphamide and cisplatin doses in mg/m$^2$.
[b] Among patients with measurable disease only.
[c] Unstratified for the Intergroup Study, Stratified for Study GOG-111.

**TABLE 2B**

EFFICACY IN THE PHASE 3 FIRST-LINE OVARIAN CARCINOMA INTERGROUP STUDY

| | T175/3[a] c75 (n=342) | | C750[a] c75 (n=338) |
|---|---|---|---|
| **$ Clinical Response[b]** | (n=162) | | (n=161) |
| ---rate (percent) | 59 | | 45 |
| ---p-value[c] | | 0.014 | |
| **$Time to Progression** | | | |
| ---median (months) | 15.3 | | 11.5 |
| ---p-value[c] | | 0.0005 | |
| ---hazard ratio[c] | | 0.74 | |
| ---95% CI[c] | | 0.63 – 0.88 | |
| **$ Survival** | | | |
| ---median (months) | 35.6 | | 25.9 |

| | |
|---|---|
| ---p-value[c] | 0.0016 |
| ---hazard ratio[c] | 0.73 |
| ---95% CI[c] | 0.60 – 0.89 |

[a] TAXOL dose in mg/$m^2$/infusion duration in hours; cyclophosphamide and cisplatin doses in mg/$m^2$.
[b] Among patients with measurable disease only.
[c] Unstratified.

**FIGURE 1**
**SURVIVAL: Cc VERSUS Tc (INTERGROUP)**

**FIGURE 2**
**SURVIVAL: Cc VERSUS Tc (GOG-111)**

Cc
Tc
N
214
196
No. events
152
114
HR (95% CI)
0.64 (0.50-0.81)
PROPORTION SUR
1
0.8
0.6
0.4
0.2
0
Cc
Tc
Number at Risk
Tc
168
128
73
17
Cc
162
106
52
7
0
1
2
3
4
5
YEARS

The adverse event profile for patients receiving TAXOL in combination with cisplatin in these studies was qualitatively consistent with that seen for the pooled analysis of data from 812 patients treated with single-agent TAXOL in 10 clinical studies. These adverse events and adverse events from the Phase 3 first-line ovarian carcinoma studies are described in the **ADVERSE REACTIONS** section in tabular (Tables 9 and 10) and narrative form.

*Second-Line Data*: Data from five Phase 1 & 2 clinical studies (189 patients), a multicenter randomized Phase 3 study (407 patients), as well as an interim analysis of data from more than 300 patients enrolled in a treatment referral center program were used in support of the use of TAXOL in patients who have failed initial or subsequent chemotherapy for metastatic carcinoma of the ovary. Two of the Phase 2 studies (92 patients) utilized an initial dose of 135 to 170 mg/m$^2$ in most patients (>90%) administered over 24 hours by continuous infusion. Response rates in these two studies were 22% (95% CI:11 to 37%) and 30% (95% CI: 18 to 46%) with a total of 6 complete and 18 partial responses in 92 patients. The median duration of overall response in these two studies measured from the first day of treatment was 7.2 months (range: 3.5-15.8 months) and 7.5 months (range: 5.3-17.4 months), respectively. The median survival was 8.1 months (range: 0.2-36.7 months) and 15.9 months (range: 1.8-34.5 + months).

The Phase 3 study had a bifactorial design and compared the efficacy and safety of TAXOL (paclitaxel), administered at two different doses (135 or 175 mg/m$^2$) and schedules (3- or 24-hour infusion). The overall response rate for the 407 patients was 16.2% (95% CI: 12.8 to 20.2%), with 6 complete and 60 partial responses. Duration of response, measured from the first day of treatment was 8.3 months (range: 3.2-21.6 months). Median time to progression was 3.7 months (range 0.1+ - 25.1+ months). Median survival was 11.5 months (range: 0.2-26.3 + months).

Response rates, median survival and median time to progression for the 4 arms are given in the following table.

**TABLE 3**

EFFICACY IN THE PHASE 3 SECOND-LINE OVARIAN CARCINOMA STUDY

| | 175/3 (n=96) | 175/24 (n=106) | 135/3 (n=99) | 135/24 (n=106) |
|---|---|---|---|---|
| $ **Response** | | | | |
| ---rate (percent) | 14.6 | 21.7 | 15.2 | 13.2 |
| ---95% Confidence Interval | (8.5-23.6) | (14.5-31.0) | (9.0-24.1) | (7.7-21.5) |
| $ **Time to Progression** | | | | |
| ---median (months) | 4.4 | 4.2 | 3.4 | 2.8 |
| ---95% Confidence Interval | (3.0-5.6) | (3.5-5.1) | (2.8-4.2) | (1.9-4.0) |
| $ **Survival** | | | | |
| ---median (months) | 11.5 | 11.8 | 13.1 | 10.7 |
| ---95% Confidence Interval | (8.4-14.4) | (8.9-14.6) | (9.1-14.6) | (8.1-13.6) |

Analyses were performed as planned by the bifactorial study design described in the protocol, by comparing the two doses (135 or 175 mg/m$^2$) irrespective of the schedule (3 or 24 hours) and the two schedules irrespective of dose. Patients receiving the 175 mg/m$^2$ dose had a response rate similar to that for those receiving the 135 mg/m$^2$ dose: 18% vs. 14% (p=0.28). No difference in response rate was detected when comparing the 3-hour with the 24-hour infusion: 15% vs. 17% (p=0.50). Patients receiving the 175 mg/m$^2$ dose of TAXOL had a longer time to progression than those receiving the 135 mg/m$^2$ dose: median 4.2 vs. 3.1 months (p=0.03). The median time to progression for patients receiving the 3-hour vs. the 24-hour infusion was 4.0 months vs. 3.7 months, respectively. Median survival was 11.6 months in patients receiving the 175 mg/m$^2$ dose of TAXOL and 11.0 months in patients receiving the 135 mg/m$^2$ dose (p=0.92). Median survival was 11.7 months for patients receiving the 3-hour infusion of TAXOL and 11.2 months for patients receiving the 24-hour infusion (p=0.91). These statistical analyses should be viewed with caution because of the multiple comparisons made.

TAXOL remained active in patients who had developed resistance to platinum-containing therapy (defined as tumor progression while on, or tumor relapse within 6 months from completion of, a platinum containing regimen) with response rates of 14% in the Phase 3 study and 31% in the Phase 1 & 2 clinical studies.

The adverse event profile in this Phase 3 study was consistent with that seen for the pooled analysis of data from 812 patients treated in 10 clinical studies. These adverse events and adverse events from the Phase 3 second-line ovarian carcinoma study are described in the **ADVERSE REACTIONS** section in tabular (Tables 9 and 11) and narrative form.

The results of this randomized study support the use of TAXOL at doses of 135 to 175 mg/m$^2$,

administered by a 3-hour intravenous infusion.  The same doses administered by 24-hour infusion were more toxic.  However, the study had insufficient power to determine whether a particular dose and schedule produced superior efficacy.

**Breast Carcinoma**

*Adjuvant Therapy*

A Phase 3 intergroup study  (Cancer and Leukemia Group B [CALGB], Eastern Cooperative Oncology Group [ECOG], North Central Cancer Treatment Group [NCCTG], and Southwest Oncology Group [SWOG]) randomized 3170 patients with node-positive breast carcinoma to adjuvant therapy with TAXOL or to no further chemotherapy following four courses of doxorubicin and cyclophosphamide (AC) .  This multicenter trial was conducted in women with histologically positive lymph nodes following either a mastectomy or segmental mastectomy and nodal dissections.  The 3 x 2 factorial study was designed to assess the efficacy and safety of three different dose levels of doxorubicin (A) and to evaluate the effect of the addition of TAXOL administered following the completion of AC therapy.  After stratification for the number of positive lymph nodes (1-3, 4-9, or 10+), patients were randomized to receive cyclophosphamide at a dose of 600 mg/m$^2$ and doxorubicin at doses of either 60 mg/m$^2$ (on day 1), 75 mg/m$^2$ (in two divided doses on days 1 and 2), or 90 mg/m$^2$ (in two divided doses on days 1 and 2 with prophylactic G-CSF support and ciprofloxacin) every 3 weeks for four courses and either TAXOL 175 mg/m$^2$ as a 3-hour infusion every 3 weeks for four additional courses or no additional chemotherapy.  Patients whose tumors were positive were to receive subsequent tamoxifen treatment (20 mg daily for 5 years); patients who received segmental mastectomies prior to study were to receive breast irradiation after recovery from treatment-related toxicities.

At the time of the current  analysis, median follow-up was 30.1 months.  Of the 2066 patients who were hormone receptor positive, 93% received tamoxifen.  The primary analyses of disease-free survival and overall survival used multivariate Cox models, which included TAXOL administration, doxorubicin dose, number of positive lymph nodes, tumor size, menopausal status, and estrogen receptor status as factors. Based on the model for disease-free survival, patients receiving AC followed by TAXOL had a 22% reduction in the risk of disease recurrence compared to patients randomized to AC alone (Hazard Ratio[HR] = 0.78, 95% CI 0.67-0.91, p=0.0022).  They also had a 26% reduction in the risk of death (HR=0.74, 95% CI 0.60-0.92, p=0.0065).  For disease-free survival and overall survival, p values were not adjusted for interim analyses. Kaplan-Meier curves are shown in Figures 3 and 4.  Increasing the dose of doxorubicin higher than 60 mg/m$^2$ had no effect on either disease-free survival or overall survival.



**FIGURE 3**
**DISEASE-FREE SURVIVAL: AC VERSUS AC + T**

**FIGURE 4**
**SURVIVAL: AC VERSUS AC + T**



*Subset analyses*. Subsets defined by variables of known prognostic importance in adjuvant breast carcinoma were examined, including number of positive lymph nodes, tumor size, hormone receptor status, and

| | AC | AC+T |
|---|---|---|
| N | 1551 | 1570 |
| No. events | 192 | 150 |
| HR | 0.74 | |
| (95% CI) | (0.60-0.92) | |

Number at Risk

| | | | | |
|---|---|---|---|---|
| AC+T | 1534 | 1016 | 426 | 35 |
| AC | 1496 | 962 | 410 | 25 |

menopausal status. Such analyses must be interpreted with care, as the most secure finding is the overall study result. In general, a reduction in hazard similar to the overall reduction was seen with TAXOL for both disease-free and overall survival in all of the larger subsets with one exception; patients with receptor-positive tumors had smaller reduction in hazard (HR=0.92) for disease-free survival with TAXOL than other groups. Results of subset analyses are shown in Table 4.

**TABLE 4**
**SUBSET ANALYSES -- ADJUVANT BREAST CARCINOMA STUDY**

| Patient Subset | No. of Patients | Disease-Free Survival<br>No. of Recurrences | Disease-Free Survival<br>Hazard Ratio (95% CI) | Overall Survival<br>No. of Deaths | Overall Survival<br>Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| • ***No. of Positive Nodes*** | | | | | |
| 1-3 | 1449 | 221 | 0.72<br>(0.55-0.94) | 107 | 0.76<br>(0.52-1.12) |
| 4-9 | 1310 | 274 | 0.78<br>(0.61-0.99 | 148 | 0.66<br>(0.47-0.91) |
| 10+ | 360 | 129 | 0.93<br>(0.66.1.31) | 87 | 0.90<br>(0.59-1.36) |
| - ***Tumor Size (cm)*** | | | | | |
| ≤ 2 | 1096 | 153 | 0.79<br>(0.57-1.08) | 67 | 0.73<br>(0.45-1.18) |
| > 2 and ≤ 5 | 1611 | 358 | 0.79<br>(0.64-0.97) | 201 | 0.74<br>(0.56-0.98) |
| > 5 | 397 | 111 | 0.75<br>(0.51-1.08) | 72 | 0.73<br>(0.46-1.16) |
| - ***Menopausal Status*** | | | | | |
| Pre | 1929 | 374 | 0.83<br>(0.67-1.01) | 187 | 0.72<br>(0.54-0.97) |
| Post | 1183 | 250 | 0.73<br>(0.57-0.93) | 155 | 0.77<br>(0.56-1.06) |
| - ***Receptor Status*** | | | | | |
| Positive[a] | 2066 | 293 | 0.92<br>(0.73-1.16) | 67 | 0.83<br>(0.59-1.18) |
| Negative/Unknown[b] | 1055 | 331 | 0.68<br>(0.55-0.85) | 216 | 0.71<br>(0.54-0.93) |

[a] Positive for either estrogen or progesterone receptors.
[b] Negative or missing for both estrogen and progesterone receptors (both missing: n=15).

These retrospective subgroup analyses suggest that the beneficial effect of TAXOL is clearly established in the receptor-negative subgroup, but the benefit in receptor-positive patients is not yet clear. With respect to menopausal status, the benefit of TAXOL is consistent (see Table 4 and Figures 5-8).



**FIGURE 5**
**DISEASE-FREE SURVIVAL - RECEPTOR STATUS NEGATIVE/UNKNOWN**
**AC VERSUS AC+T**

PROPORTION DISEASE FREE
1
0.8
0.6
0.4
0.2
0
AC+T
AC
AC
AC+T
N
533
522
No. events
192
139
HR
0.68
(95% CI)
(0.55-0.85)
Number at Risk
AC+T 469 259 106 4
AC 440 242 90 4
0
1
2
3
4
YEARS



**FIGURE 6**
**DISEASE-FREE SURVIVAL - RECEPTOR STATUS POSITIVE**
**AC VERSUS AC+T**

1
0.8
0.6
0.4
0.2
0
PROPORTION DISEASE FREE
AC+T
AC
AC AC+T
N 1018 1048
No. events 149 144
HR 0.92
(95% CI) (0.73-1.16)
Number at Risk
AC+T 1002 617 226 17
AC 961 577 231 6
0 1 2 3 4
YEARS



**FIGURE 7**
**DISEASE-FREE SURVIVAL - PREMENOPAUSAL**
**AC VERSUS AC+T**



**FIGURE 8**
**DISEASE-FREE SURVIVAL - POSTMENOPAUSAL**
**AC VERSUS AC+T**

The adverse event profile for the patients who received TAXOL subsequent to AC was consistent with that seen in the pooled analysis of data from 812 patients (Table 9) treated with single-agent TAXOL in 10 clinical studies. These adverse events are described in the **ADVERSE REACTIONS** section in tabular (Tables 9 and 12) and narrative form.

*After Failure of Initial Chemotherapy*

Data from 83 patients accrued in three Phase 2 open label studies and from 471 patients enrolled in a Phase 3 randomized study were available to support the use of TAXOL in patients with metastatic breast carcinoma.

*Phase 2 open label studies*: Two studies were conducted in 53 patients previously treated with a maximum of one prior chemotherapeutic regimen. TAXOL was administered in these two trials as a 24-hour infusion at initial doses of 250 $mg/m^2$ (with G-CSF support) or 200 $mg/m^2$. The response rates were 57% (95% CI: 37 to 75%) and 52% (95% CI: 32 to 72%), respectively. The third Phase 2 study was conducted in extensively pretreated patients who had failed anthracycline therapy and who had received a minimum of two chemotherapy regimens for the treatment of metastatic disease. The dose of TAXOL was 200 $mg/m^2$ as a 24-hour infusion with G-CSF support. Nine of 30 patients achieved a partial response, for a response rate of 30% (95% CI: 15 to 50%).

*Phase 3 randomized study*: This multicenter trial was conducted in patients previously treated with one or two regimens of chemotherapy. Patients were randomized to receive TAXOL (paclitaxel) at a dose of either 175 $mg/m^2$ or 135 $mg/m^2$ given as a 3-hour infusion. In the 471 patients enrolled, 60% had symptomatic disease with impaired performance status at study entry, and 73% had visceral metastases. These patients had failed prior chemotherapy either in the adjuvant setting (30%), the metastatic setting (39%), or both (31%). Sixty-seven percent of the patients had been previously exposed to anthracyclines and 23% of them had disease considered resistant to this class of agents.

The overall response rate for the 454 evaluable patients was 26% (95% CI: 22 to 30%), with 17 complete and 99 partial responses. The median duration of response, measured from the first day of treatment, was 8.1 months (range: 3.4-18.1 + months). Overall for the 471 patients, the median time to progression was 3.5 months (range: 0.03-17.1 months). Median survival was 11.7 months (range: 0-18.9 months).

Response rates, median survival and median time to progression for the 2 arms are given in the following table.

**TABLE 5**

EFFICACY IN BREAST CANCER AFTER FAILURE OF INITIAL CHEMOTHERAPY
OR WITHIN 6 MONTHS OF ADJUVANT CHEMOTHERAPY

| | 175/3 (n=235) | | 135/3 (n=236) |
|---|---|---|---|
| $ **Response** | | | |
| ---rate (percent) | 28 | | 22 |
| ---p-value | | 0.135 | |
| $ **Time to Progression** | | | |
| ---median (months) | 4.2 | | 3.0 |
| ---p-value | | 0.027 | |
| $ **Survival** | | | |
| ---median (months) | 11.7 | | 10.5 |
| ---p-value | | 0.321 | |

The adverse event profile of the patients who received single-agent TAXOL in the Phase 3 study was consistent with that seen for the pooled analysis of data from 812 patients treated in 10  clinical studies.  These adverse events and adverse events from the Phase 3 breast carcinoma study are described in the **ADVERSE REACTIONS** section in tabular (Tables 9 and 13) and narrative form.

**Non-Small Cell Lung Carcinoma (NSCLC)**

In a Phase 3 open label randomized study conducted by the ECOG, 599 patients were randomized to either TAXOL (T) 135 mg/m$^2$ as a 24-hour infusion in combination with cisplatin (c) 75 mg/m$^2$, TAXOL (T) 250 mg/m$^2$ as a 24-hour infusion in combination with cisplatin (c) 75 mg/m$^2$ with G-CSF support, or cisplatin (c) 75 mg/m$^2$ on day 1, followed by etoposide (VP) 100 mg/m$^2$ on days 1, 2, and 3 (control).

Response rates, median time to progression, median survival, and one-year survival rates are given in the following table.  The reported p-values have not been adjusted for multiple comparisons.  There were statistically significant differences favoring each of the TAXOL plus cisplatin arms for response rate and time to tumor  progression.   There was no statistically significant difference in survival between either TAXOL plus cisplatin arm and the cisplatin plus etoposide arm.

**TABLE 6**

EFFICACY PARAMETERS IN THE PHASE 3 FIRST-LINE NSCLC STUDY

| | T135/24 c75 (n=198) | T250/24 c75 (n=201) | VP100[a] c75 (n=200) |
|---|---|---|---|
| **$ Response** | | | |
| ---rate (percent) | 25 | 23 | 12 |
| ---p-value[b] | 0.001 | <0.001 | |
| **$ Time to Progression** | | | |
| ---median (months) | 4.3 | 4.9 | 2.7 |
| ---p-value[b] | 0.05 | 0.004 | |
| **$ Survival** | | | |
| ---median (months) | 9.3 | 10.0 | 7.4 |
| ---p-value[b] | 0.12 | 0.08 | |
| **$ One-Year Survival** | | | |
| ---percent of patients | 36 | 40 | 32 |

[a] Etoposide (VP) 100 mg/m$^2$ was administered IV on days 1, 2, and 3.
[b] Compared to cisplatin/etoposide.

In the ECOG study, the Functional Assessment of Cancer Therapy-Lung (FACT-L) questionnaire had seven subscales that measured subjective assessment of treatment. Of the seven, the Lung Cancer Specific Symptoms subscale favored the TAXOL 135 mg/m$^2$/24 hour plus cisplatin arm compared to the cisplatin/etoposide arm. For all other factors, there was no difference in the treatment groups.

The adverse event profile for patients who received TAXOL in combination with cisplatin in this study was generally consistent with that seen for the pooled analysis of data from 812 patients treated with single-agent TAXOL in 10 clinical studies. These adverse events and adverse events from the Phase 3 first-line NSCLC study are described in the **ADVERSE REACTIONS** section in tabular (Tables 9 and 14) and narrative form.

**AIDS-Related Kaposi's Sarcoma**

Data from two Phase 2 open label studies support the use of TAXOL as second-line therapy in patients with AIDS-related Kaposi=s sarcoma. Fifty-nine of the 85 patients enrolled in these studies had previously received systemic therapy, including interferon alpha (32%), DaunoXome**7** (31%), DOXIL**7** (2%), and doxorubicin containing chemotherapy (42%), with 64% having received prior anthracyclines. Eighty-five percent of the pretreated patients had progressed on, or could not tolerate, prior systemic therapy.

In Study CA139-174 patients received TAXOL at 135 mg/m$^2$ as a 3-hour infusion every 3 weeks (intended dose intensity 45 mg/m$^2$/week). If no dose-limiting toxicity was observed, patients were to receive 155 mg/m$^2$ and 175 mg/m$^2$ in subsequent courses. Hematopoietic growth factors were not to be used initially. In Study CA139-281 patients received TAXOL at 100 mg/m$^2$ as a 3-hour infusion every 2 weeks (intended

DaunoXome**7** is a registered trademark of NeXstar Pharmaceuticals, Incorporated.
DOXIL**7** is a registered trademark of Sequus Pharmaceuticals, Incorporated.

dose intensity 50 mg/m$^2$/week). In this study patients could be receiving hematopoietic growth factors before the start of TAXOL therapy, or this support was to be initiated as indicated; the dose of TAXOL was not increased. The dose intensity of TAXOL used in this patient population was lower than the dose intensity recommended for other solid tumors.

All patients had widespread and poor risk disease. Applying the ACTG staging criteria to patients with prior systemic therapy, 93% were poor risk for extent of disease ($T_1$), 88% had a CD4 count <200 cells/mm$^3$ ($I_1$), and 97% had poor risk considering their systemic illness ($S_1$).

All patients in Study CA139-174 had a Karnofsky performance status of 80 or 90 at baseline; in Study CA139-281, there were 26 (46%) patients with a Karnofsky performance status of 70 or worse at baseline.

**TABLE 7**

EXTENT OF DISEASE AT STUDY ENTRY

| | Percent of Patients |
|---|---|
| | Prior Systemic Therapy (n=59) |
| Visceral ± edema ± oral ± cutaneous | 42 |
| Edema or lymph nodes oral ± cutaneous | 41 |
| Oral ± cutaneous | 10 |
| Cutaneous Only | 7 |

Although the planned dose intensity in the two studies was slightly different (45 mg/m$^2$/week in Study CA139-174 and 50 mg/m$^2$/week in Study CA139-281), delivered dose intensity was 38-39 mg/m$^2$/week in both studies, with a similar range (20-24 to 51-61).

*Efficacy*: The efficacy of TAXOL was evaluated by assessing cutaneous tumor response according to the amended ACTG criteria and by seeking evidence of clinical benefit in patients in six domains of symptoms and/or conditions that are commonly related to AIDS-related Kaposi=s sarcoma.

*Cutaneous Tumor Response (Amended ACTG Criteria)*: The objective response rate was 59% (95% CI: 46% to 72%) (35 of 59 patients) in patients with prior systemic therapy. Cutaneous responses were primarily defined as flattening of more than 50% of previously raised lesions.

**TABLE 8**

OVERALL BEST RESPONSE (AMENDED ACTG CRITERIA)

| | Percent of Patients |
|---|---|
| | Prior Systemic Therapy (n=59) |
| Complete response | 3 |
| Partial response | 56 |
| Stable disease | 29 |
| Progression | 8 |
| Early death/toxicity | 3 |

The median time to response was 8.1 weeks and the median duration of response measured from the first day of treatment was 10.4 months (95% CI: 7.0 to 11.0 months) for the patients who had previously received systemic therapy. The median time to progression was 6.2 months (95% CI: 4.6 to 8.7 months).

*Additional Clinical Benefit*: Most data on patient benefit were assessed retrospectively (plans for such analyses were not included in the study protocols). Nonetheless, clinical descriptions and photographs indicated clear benefit in some patients, including instances of improved pulmonary function in patients with pulmonary involvement, improved ambulation, resolution of ulcers, and decreased analgesic requirements in patients with KS involving the feet and resolution of facial lesions and edema in patients with KS involving the face, extremities, and genitalia.

*Safety*: The adverse event profile of TAXOL administered to patients with advanced HIV disease and poor-risk AIDS-related Kaposi=s sarcoma was generally similar to that seen in the pooled analysis of data from 812 patients with solid tumors. These adverse events and adverse events from the Phase 2 second-line Kaposi=s sarcoma studies are described in the **ADVERSE REACTIONS** section in tabular (Tables 9 and 15) and narrative form. In this immunosuppressed patient population, however, a lower dose intensity of TAXOL and supportive therapy including hematopoietic growth factors in patients with severe neutropenia are recommended. Patients with AIDS-related Kaposi=s sarcoma may have more severe hematologic toxicities than patients with solid tumors.

**INDICATIONS**

TAXOL is indicated as first-line and subsequent therapy for the treatment of advanced carcinoma of the ovary. As first-line therapy, TAXOL is indicated in combination with cisplatin.

TAXOL is indicated for the adjuvant treatment of node-positive breast cancer administered sequentially to standard doxorubicin-containing combination chemotherapy. In the clinical trial, there was an overall favorable effect on disease-free and overall survival in the total population of patients with receptor-positive and receptor-negative tumors, but the benefit has been specifically demonstrated by available data (median follow-up 30 months) only in the patients with estrogen and progesterone receptor negative tumors. (See **CLINICAL STUDIES: Breast Carcinoma** section.)

TAXOL is indicated for the treatment of breast cancer after failure of combination chemotherapy for metastatic disease or relapse within 6 months of adjuvant chemotherapy. Prior therapy should have included an anthracycline unless clinically contraindicated.

TAXOL, in combination with cisplatin, is indicated for the first-line treatment of non-small cell lung cancer in patients who are not candidates for potentially curative surgery and/or radiation therapy.

TAXOL is indicated for the second-line treatment of AIDS-related Kaposi=s sarcoma.

**CONTRAINDICATIONS**

TAXOL is contraindicated in patients who have a history of hypersensitivity reactions to TAXOL or other drugs formulated in Cremophor**7** EL (polyoxyethylated castor oil).

TAXOL should not be used in patients with solid tumors who have baseline neutrophil counts of <1500 cells/mm$^3$ or in patients with AIDS-related Kaposi:s sarcoma with baseline neutrophil counts of <1000 cells/mm$^3$.

**WARNINGS**

Anaphylaxis and severe hypersensitivity reactions characterized by dyspnea and hypotension requiring treatment, angioedema, and generalized urticaria have occurred in 2-4% of patients receiving TAXOL in clinical trials. Fatal reactions have occurred in patients despite premedication. All patients should be pretreated with corticosteroids, diphenhydramine, and $H_2$ antagonists. (See **DOSAGE AND ADMINISTRATION** section.) Patients who experience severe hypersensitivity reactions to TAXOL should not be rechallenged with the drug.

Bone marrow suppression (primarily neutropenia) is dose-dependent and is the dose-limiting toxicity. Neutrophil nadirs occurred at a median of 11 days. TAXOL should not be administered to patients with baseline neutrophil counts of less than 1500 cells/mm$^3$ (<1000 cells/mm$^3$ for patients with KS). Frequent monitoring of blood counts should be instituted during TAXOL treatment. Patients should not be re-treated with subsequent cycles of TAXOL until neutrophils recover to a level >1500 cells/mm$^3$ (>1000 cells/mm$^3$ for patients with KS) and platelets recover to a level >100,000 cells/mm$^3$.

Severe conduction abnormalities have been documented in <1% of patients during TAXOL therapy and in some cases requiring pacemaker placement. If patients develop significant conduction abnormalities during TAXOL infusion, appropriate therapy should be administered and continuous cardiac monitoring should be performed during subsequent therapy with TAXOL.

**Pregnancy**

TAXOL can cause fetal harm when administered to a pregnant woman. Administration of paclitaxel during the period of organogenesis to rabbits at doses of 3.0 mg/kg/day (about 0.2 the daily maximum recommended human dose on a mg/m$^2$ basis) caused embryo- and fetotoxicity, as indicated by intrauterine mortality, increased resorptions and increased fetal deaths. Maternal toxicity was also observed at this dose. No teratogenic effects were observed at 1.0 mg/kg/day (about 1/15 the daily maximum recommended human dose on a mg/m$^2$ basis); teratogenic potential could not be assessed at higher doses due to extensive fetal mortality.

There are no adequate and well-controlled studies in pregnant women. If TAXOL is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant.

**PRECAUTIONS**

Contact of the undiluted concentrate with plasticized polyvinyl chloride (PVC) equipment or devices used to prepare solutions for infusion is not recommended. In order to minimize patient exposure to the plasticizer DEHP [di-(2-ethylhexyl)phthalate], which may be leached from PVC infusion bags or sets, diluted TAXOL solutions should preferably be stored in bottles (glass, polypropylene) or plastic bags (polypropylene, polyolefin) and administered through polyethylene-lined administration sets.

TAXOL should be administered through an in-line filter with a microporous membrane not greater than 0.22 microns. Use of filter devices such as IVEX-27 filters which incorporate short inlet and outlet PVC-coated tubing has not resulted in significant leaching of DEHP.

**Drug Interactions:** In a Phase 1 trial using escalating doses of TAXOL (110-200 mg/m$^2$) and cisplatin (50 or 75 mg/m$^2$) given as sequential infusions, myelosuppression was more profound when TAXOL was given after cisplatin than with the alternate sequence (i.e. TAXOL before cisplatin). Pharmacokinetic data from these patients demonstrated a decrease in paclitaxel clearance of approximately 33% when TAXOL was administered following cisplatin.

The metabolism of TAXOL is catalyzed by cytochrome P450 isoenzymes CYP2C8 and CYP3A4. In the absence of formal clinical drug interaction studies, caution should be exercised when administering TAXOL concomitantly with known substrates or inhibitors of the cytochrome P450 isoenzymes CYP2C8 and CYP3A4. (See **CLINICAL PHARMACOLOGY** section.)

Potential interactions between TAXOL, a substrate of CYP3A4 and protease inhibitors (ritonavir, saquinavir, indinavir, and nelfinavir), which are substrates and/or inhibitors of CYP3A4 have not been evaluated in clinical trials.

Reports in the literature suggest that plasma levels of doxorubicin (and its active metabolite doxorubicinol) may be increased when paclitaxel and doxorubicin are used in combination.

**Hematology:** TAXOL therapy should not be administered to patients with baseline neutrophil counts of less than 1500 cells/mm$^3$. In order to monitor the occurrence of myelotoxicity, it is recommended that frequent peripheral blood cell counts be performed on all patients receiving TAXOL. Patients should not be re-treated with subsequent cycles of TAXOL until neutrophils recover to a level >1500 cells/mm$^3$ and platelets recover to a level >100,000 cells/mm$^3$. In the case of severe neutropenia (<500 cells/mm$^3$ for seven days or more) during a course of TAXOL therapy, a 20% reduction in dose for subsequent courses of therapy is recommended.

For patients with advanced HIV disease and poor-risk AIDS-related Kaposi=s sarcoma, TAXOL, at the recommended dose for this disease, can be initiated and repeated if the neutrophil count is at least 1000 cells/mm$^3$.

**Hypersensitivity Reactions:** Patients with a history of severe hypersensitivity reactions to products containing Cremophor7 EL (e.g. cyclosporin for injection concentrate and teniposide for injection concentrate) should not be treated with TAXOL. In order to avoid the occurrence of severe hypersensitivity reactions, all patients treated with TAXOL should be premedicated with corticosteroids (such as dexamethasone), diphenhydramine and $H_2$ antagonists (such as cimetidine or ranitidine). Minor symptoms such as flushing, skin reactions, dyspnea, hypotension or tachycardia do not require interruption of therapy. However, severe reactions, such as hypotension requiring treatment, dyspnea requiring bronchodilators, angioedema or generalized urticaria require immediate discontinuation of TAXOL and aggressive symptomatic therapy. Patients who have developed severe

hypersensitivity reactions should not be rechallenged with TAXOL.

**Cardiovascular:** Hypotension, bradycardia, and hypertension have been observed during administration of TAXOL, but generally do not require treatment. Occasionally TAXOL infusions must be interrupted or discontinued because of initial or recurrent hypertension. Frequent vital sign monitoring, particularly during the first hour of TAXOL infusion, is recommended. Continuous cardiac monitoring is not required except for patients with serious conduction abnormalities. (See **WARNINGS** section.)

**Nervous System:** Although the occurrence of peripheral neuropathy is frequent, the development of severe symptomatology is unusual and requires a dose reduction of 20% for all subsequent courses of TAXOL.

TAXOL contains dehydrated alcohol USP, 396 mg/mL; consideration should be given to possible CNS and other effects of alcohol. (See **PRECAUTIONS: Pediatric Use** section.)

**Hepatic:** There is evidence that the toxicity of TAXOL is enhanced in patients with elevated liver enzymes. Caution should be exercised when administering TAXOL to patients with moderate to severe hepatic impairment and dose adjustments should be considered.

**Injection Site Reaction:** Injection site reactions, including reactions secondary to extravasation, were usually mild and consisted of erythema, tenderness, skin discoloration, or swelling at the injection site. These reactions have been observed more frequently with the 24-hour infusion than with the 3-hour infusion. Recurrence of skin reactions at a site of previous extravasation following administration of TAXOL at a different site, i.e., Arecall@, has been reported rarely.

Rare reports of more severe events such as phlebitis, cellulitis, induration, skin exfoliation, necrosis and fibrosis have been received as part of the continuing surveillance of TAXOL safety. In some cases the onset of the injection site reaction either occurred during a prolonged infusion or was delayed by a week to ten days.

A specific treatment for extravasation reactions is unknown at this time. Given the possibility of extravasation, it is advisable to closely monitor the infusion site for possible infiltration during drug administration.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** The carcinogenic potential of TAXOL (paclitaxel) has not been studied.

Paclitaxel has been shown to be clastogenic *in vitro* (chromosome aberrations in human lymphocytes) and *in vivo* (micronucleus test in mice). Paclitaxel was not mutagenic in the Ames test or the CHO/HGPRT gene mutation assay.

Administration of paclitaxel prior to and during mating produced impairment of fertility in male and female rats at doses equal to or greater than 1 mg/kg/day (about 0.04 the daily maximum recommended human dose on a mg/m$^2$ basis). At this dose, paclitaxel caused reduced fertility and reproductive indices, and increased embryo- and fetotoxicity. (See **WARNINGS** section.)

**Pregnancy:** Pregnancy ACategory D.@ (See **WARNINGS** section.)

**Nursing Mothers:** It is not known whether the drug is excreted in human milk. Following intravenous administration of carbon-14 labeled TAXOL to rats on days 9 to 10 postpartum, concentrations of radioactivity in milk were higher than in plasma and declined in parallel with the plasma concentrations.  Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants, it is recommended that nursing be discontinued when receiving TAXOL therapy.

**Pediatric Use:** The safety and effectiveness of TAXOL in pediatric patients have not been established.

There have been reports of central nervous system (CNS) toxicity (rarely associated with death) in a clinical trial in pediatric patients in which TAXOL was infused intravenously over 3 hours at doses ranging from 350 mg/m$^2$ to 420 mg/m$^2$.  The  toxicity is most likely attributable to the high dose of the ethanol component of the TAXOL vehicle given over a short infusion time. The use of concomitant  antihistamines may intensify this effect.  Although a direct effect of the paclitaxel itself cannot be discounted,  the high doses used in this study (over twice the recommended adult dosage) must be considered in assessing the safety of TAXOL for use in this population.

**ADVERSE REACTIONS**

**Pooled Analysis of Adverse Event Experiences from Single-Agent Studies**

Data in the following table are based on the experience of 812 patients (493 with ovarian carcinoma and 319 with breast carcinoma) enrolled in 10 studies who received single-agent TAXOL.  Two hundred and seventy-five patients were treated in eight Phase 2 studies with TAXOL doses ranging from 135 to 300 mg/m$^2$ administered over 24 hours  (in four of these studies, G-CSF was administered as hematopoietic support).  Three hundred and one patients were treated in the randomized Phase 3 ovarian carcinoma study which compared two doses (135 or 175 mg/m$^2$) and two schedules (3 or 24 hours) of TAXOL.  Two hundred and thirty-six patients with breast carcinoma received TAXOL (135 or 175 mg/m$^2$) administered over 3 hours in a controlled study.

**TABLE 9**
SUMMARY[a] OF ADVERSE EVENTS IN PATIENTS WITH SOLID TUMORS RECEIVING SINGLE-AGENT TAXOL

| | Percent of Patients (n=812) |
|---|---|
| $ **Bone Marrow** | |
| ---Neutropenia <2000/mm³ | 90 |
| < 500/mm³ | 52 |
| ---Leukopenia <4000/mm³ | 90 |
| <1000/mm³ | 17 |
| ---Thrombocytopenia <100,000/mm³ | 20 |
| < 50,000/mm³ | 7 |
| ---Anemia <11 g/dL | 78 |
| < 8 g/dL | 16 |
| ---Infections | 30 |
| ---Bleeding | 14 |
| ---Red Cell Transfusions | 25 |
| ---Platelet Transfusions | 2 |
| $ **Hypersensitivity Reaction**[b] | |
| ---All | 41 |
| ---SevereH | 2 |
| $ **Cardiovascular** | |
| ---Vital Sign Changes[c] | |
| ---Bradycardia (n=537) | 3 |
| ---Hypotension (n=532) | 12 |
| ---Significant Cardiovascular Events | 1 |
| $ **Abnormal ECG** | |
| ---All Pts | 23 |
| ---Pts with normal baseline (n=559) | 14 |
| $ **Peripheral Neuropathy** | |
| ---Any symptoms | 60 |
| ---Severe symptomsH | 3 |
| $ **Myalgia/Arthralgia** | |
| ---Any symptoms | 60 |
| ---Severe symptomsH | 8 |
| $ **Gastrointestinal** | |
| ---Nausea and vomiting | 52 |
| ---Diarrhea | 38 |
| ---Mucositis | 31 |
| $ **Alopecia** | 87 |
| $ **Hepatic** (Pts with normal baseline and on study data) | |
| ---Bilirubin elevations (n=765) | 7 |
| ---Alkaline phosphatase elevations (n=575) | 22 |
| ---AST (SGOT) elevations (n=591) | 19 |
| $ **Injection Site Reaction** | 13 |

[a] Based on worst course analysis.
[b] All patients received premedication.
[c] During the first 3 hours of infusion.
H Severe events are defined as at least Grade III toxicity.

None of the observed toxicities were clearly influenced by age.

**Disease-Specific Adverse Event Experiences**

**First-Line Ovary in Combination:** For the 1084 patients who were evaluable for safety in the Phase 3 first-line ovary combination therapy studies, Table 10 shows the incidence of important adverse events. For both studies, the analysis of safety was based on all courses of therapy (six courses for the GOG-111 study and up to nine courses for the Intergroup study).

**TABLE 10**

FREQUENCY[a] OF IMPORTANT ADVERSE EVENTS IN THE PHASE 3 FIRST-LINE OVARIAN CARCINOMA STUDIES

| | Percent of Patients | | | |
|---|---|---|---|---|
| | Intergroup | | GOG-111 | |
| | T175/3[b] c75[c] (n=339) | C750[c] c75[c] (n=336) | T135/24[b] c75[c] (n=196) | C750[c] c75[c] (n=213) |
| **$ Bone Marrow** | | | | |
| ---Neutropenia | | | | |
| <2000/mm[3] | 91[d] | 95[d] | 96 | 92 |
| <500/mm[3] | 33[d] | 43[d] | 81[d] | 58[d] |
| ---Thrombocytopenia | | | | |
| <100,000/mm[3e] | 21[d] | 33[d] | 26 | 30 |
| <50,000/mm[3] | 3[d] | 7[d] | 10 | 9 |
| ---Anemia | | | | |
| <11 g/dL[f] | 96 | 97 | 88 | 86 |
| < 8 g/dL | 3[d] | 8[d] | 13 | 9 |
| ---Infections | 25 | 27 | 21 | 15 |
| ---Febrile Neutropenia | 4 | 7 | 15[d] | 4[d] |
| **$ Hypersensitivity Reaction** | | | | |
| ---All | 11[d] | 6[d] | 8[d,g] | 1[d,g] |
| ---SevereH | 1 | 1 | 3[d,g] | ---[d,g] |
| **$ Neurotoxicity[h]** | | | | |
| ---Any symptoms | 87[d] | 52[d] | 25 | 20 |
| ---Severe symptomsH | 21[d] | 2[d] | 3[d] | ---[d] |
| **$ Nausea and Vomiting** | | | | |
| ---Any symptoms | 88 | 93 | 65 | 69 |
| ---Severe symptomsH | 18 | 24 | 10 | 11 |
| **$ Myalgia/Arthralgia** | | | | |
| ---Any symptoms | 60[d] | 27[d] | 9[d] | 2[d] |
| ---Severe symptomsH | 6[d] | 1[d] | 1 | --- |
| **$ Diarrhea** | | | | |
| ---Any symptoms | 37 | 29 | 16[d] | 8[d] |
| ---Severe symptomsH | 2 | 3 | 4 | 1 |
| **$ Asthenia** | | | | |
| ---Any symptoms | NC | NC | 17[d] | 10[d] |
| ---Severe symptomsH | NC | NC | 1 | 1 |
| **$ Alopecia** | | | | |
| ---Any symptoms | 96[d] | 89[d] | 55[d] | 37[d] |
| ---Severe symptoms | 51[d] | 21[d] | 6 | 8 |

[a] Based on worst course analysis.
[b] TAXOL (T) dose in mg/m$^2$/infusion duration in hours.
[c] Cyclophosphamide (C) or cisplatin (c) dose in mg/m$^2$.
[d] $p<0.05$ by Fisher exact test.
[e] <130,000/mm$^3$ in the intergroup study.
[f] <12 g/dL in the Intergroup study.
[g] All patients received premedication.
[h] In the GOG-111 study, neurotoxicity was collected as peripheral neuropathy and in the Intergroup study, neurotoxicity was collected as either neuromotor or neurosensory symptoms.
H Severe events are defined as at least Grade III toxicity.
NC Not Collected

**Second-Line Ovary:** For the 403 patients who received single-agent TAXOL in the Phase 3 second-line ovarian carcinoma study, the following table shows the incidence of important adverse events.

**TABLE 11**
FREQUENCY[a] OF IMPORTANT ADVERSE EVENTS IN THE PHASE 3 SECOND-LINE OVARIAN CARCINOMA STUDY

| | | Percent of Patients | | | |
|---|---|---|---|---|---|
| | | 175/3[b] (n=95) | 175/24[b] (n=105) | 135/3[b] (n=98) | 135/24[b] (n=105) |
| $ **Bone Marrow** | | | | | |
| ---Neutropenia | <2000/mm³ | 78 | 98 | 78 | 98 |
| | <500/mm³ | 27 | 75 | 14 | 67 |
| ---Thrombocytopenia | <100,000/mm³ | 4 | 18 | 8 | 6 |
| | <50,000/mm³ | 1 | 7 | 2 | 1 |
| ---Anemia | <11 g/dL | 84 | 90 | 68 | 88 |
| | <8 g/dL | 11 | 12 | 6 | 10 |
| ---Infections | | 26 | 29 | 20 | 18 |
| $ **Hypersensitivity Reaction**[c] | | | | | |
| ---All | | 41 | 45 | 38 | 45 |
| ---SevereH | | 2 | 0 | 2 | 1 |
| $ **Peripheral Neuropathy** | | | | | |
| ---Any symptoms | | 63 | 60 | 55 | 42 |
| ---Severe symptomsH | | 1 | 2 | 0 | 0 |
| $ **Mucositis** | | | | | |
| ---Any symptoms | | 17 | 35 | 21 | 25 |
| ---Severe symptomsH | | 0 | 3 | 0 | 2 |

[a]Based on worst course analysis.
[b]TAXOL dose in mg/m²/infusion duration in hours.
[C]All patients received premedication.
H Severe events are defined as at least Grade III toxicity.

Myelosuppression was dose and schedule related, with the schedule effect being more prominent. The development of severe hypersensitivity reactions (HSRs) was rare; 1% of the patients and 0.2% of the courses overall. There was no apparent dose or schedule effect seen for the HSRs. Peripheral neuropathy was clearly dose-related, but schedule did not appear to affect the incidence.

**Adjuvant Breast:** For the Phase 3 adjuvant breast carcinoma study, the following table shows the incidence of important severe adverse events for the 3121 patients (total population) who were evaluable for safety as well as for a group of 325 patients (early population) who, per the study protocol, were monitored more intensively that other patients.

**TABLE 12**

FREQUENCY[a] OF IMPORTANT SEVERE[b] ADVERSE EVENTS IN THE PHASE 3 ADJUVANT BREAST CARCINOMA STUDY

| | Percent of Patients | | | |
|---|---|---|---|---|
| | Early Population | | Total Population | |
| | AC[c] (n=166) | AC[c] followed by T[d] (n=159) | AC[c] (n=1551) | AC[c] followed by T[d] (n=1570) |
| - ***Bone Marrow***[e] | | | | |
| —Neutropenia | | | | |
| < 500/mm³ | 79 | 76 | 48 | 50 |
| —Thrombocytopenia | | | | |
| < 50,000/mm³ | 27 | 25 | 11 | 11 |
| —Anemia | | | | |
| < 8 g/dL | 17 | 21 | 8 | 8 |
| —Infections | 6 | 14 | 5 | 6 |
| —Fever Without Infection | -- | 3 | <1 | 1 |
| - ***Hypersensitivity Reaction***[f] | 1 | 4 | 1 | 2 |
| - ***Cardiovascular Events*** | 1 | 2 | 1 | 2 |
| - ***Neuromotor Toxicity*** | 1 | 1 | <1 | 1 |
| - ***Neurosensory Toxicity*** | -- | 3 | <1 | 3 |
| - ***Myalgia/Arthralgia*** | -- | 2 | <1 | 2 |
| - ***Nausea/Vomiting*** | 13 | 18 | 8 | 9 |
| - ***Mucositis*** | 13 | 4 | 6 | 5 |

a Based on worst course analysis.
b Severe events are defined as at least Grade III toxicity.
c Patients received 600 mg/m² cyclophosphamide and doxorubicin (AC) at doses of either 60 mg/m²,75 mg/m²,or 90 mg/m² (with prophylactic G-CSF support and ciprofloxacin), every 3 weeks for four courses.
d TAXOL (T) following four courses of AC at a dose of 175 mg/m²/3 hours every 3 weeks for four courses.
e The incidence of febrile neutropenia was not reported in this study.
f All patients were to receive premedication.

The incidence of an adverse event for the total population likely represents an underestimation of the actual incidence given that safety data were collected differently based on enrollment cohort. However, since safety data were collected consistently across regimens, the safety of the sequential addition of TAXOL following AC therapy may be compared with AC therapy alone. Compared to patients who received AC alone, patients who received AC followed by TAXOL experienced more Grade III/IV neurosensory toxicity, more Grade III/IV myalgia/arthralgia, more Grade III/IV neurologic pain (5% vs 1%), more Grade III/IV flu-like symptoms (5% vs 3%), and more Grade III/IV hyperglycemia (3% vs 1%). During the additional four courses of treatment with TAXOL, two deaths (0.1%) were attributed to treatment. During TAXOL treatment, Grade IV neutropenia was reported for 15% of patients, Grade II/III neurosensory toxicity for 15%, Grade II/III myalgias for 23%, and alopecia for 46%.

The incidences of severe hematologic toxicities, infections, mucositis, and cardiovascular events increased with higher doses of doxorubicin.

**Breast Cancer After Failure of Initial Chemotherapy:** For the 458 patients who received single-agent TAXOL in the Phase 3 breast carcinoma study, the following table shows the incidence of important adverse events by treatment arm (each arm was administered by a 3-hour infusion).

**TABLE 13**

FREQUENCY[a] OF IMPORTANT ADVERSE EVENTS IN THE PHASE 3 STUDY OF BREAST CANCER AFTER FAILURE OF INITIAL CHEMOTHERAPY OR WITHIN 6 MONTHS OF ADJUVANT CHEMOTHERAPY

| | | Percent of Patients | |
|---|---|---|---|
| | | 175/3[b] (n=229) | 135/3[b] (n=229) |
| $ **Bone Marrow** | | | |
| ---Neutropenia | <2000/mm³ | 90 | 81 |
| | <500/mm³ | 28 | 19 |
| ---Thrombocytopenia | <100,000/mm³ | 11 | 7 |
| | <50,000/mm³ | 3 | 2 |
| ---Anemia | <11 g/dL | 55 | 47 |
| | <8 g/dL | 4 | 2 |
| ---Infections | | 23 | 15 |
| ---Febrile Neutropenia | | 2 | 2 |
| $ **Hypersensitivity Reaction**[c] | | | |
| ---All | | 36 | 31 |
| ---SevereH | | 0 | <1 |
| $ **Peripheral Neuropathy** | | | |
| ---Any symptoms | | 70 | 46 |
| ---Severe symptomsH | | 7 | 3 |
| $ **Mucositis** | | | |
| ---Any symptoms | | 23 | 17 |
| ---Severe symptomsH | | 3 | <1 |

[a] Based on worst course analysis.
[b] TAXOL dose in mg/m²/infusion duration in hours.
[C] All patients received premedication.
H Severe events are defined as at least Grade III toxicity.

Myelosuppression and peripheral neuropathy were dose related. There was one severe hypersensitivity reaction (HSR) observed at the dose of 135 mg/m².

**First-Line NSCLC in Combination:** In the study conducted by the Eastern Cooperative Oncology Group (ECOG), patients were randomized to either TAXOL (T) 135 mg/m² as a 24-hour infusion in combination with cisplatin (c) 75 mg/m², TAXOL (T) 250 mg/m² as a 24-hour infusion in combination with cisplatin (c) 75 mg/m² with G-CSF support, or cisplatin (c) 75 mg/m² on day 1, followed by etoposide (VP) 100 mg/m² on days 1, 2, and 3 (control).

The following table shows the incidence of important adverse events.

**TABLE 14**

FREQUENCY[a] OF IMPORTANT ADVERSE EVENTS
IN THE PHASE 3 STUDY FOR FIRST-LINE NSCLC

| | Percent of Patients | | |
|---|---|---|---|
| | **T135/24[b]** **c75** (n=195) | **T250/24[c]** **c75** (n=197) | **VP100[d]** **c75** (n=196) |
| **$ Bone Marrow** | | | |
| ---Neutropenia | | | |
| <2000/mm$^3$ | 89 | 86 | 84 |
| < 500/mm$^3$ | 74[e] | 65 | 55 |
| ---Thrombocytopenia | | | |
| < normal | 48 | 68 | 62 |
| < 50,000/mm$^3$ | 6 | 12 | 16 |
| ---Anemia | | | |
| < normal | 94 | 96 | 95 |
| < 8 g/dL | 22 | 19 | 28 |
| ---Infections | 38 | 31 | 35 |
| **$ Hypersensitivity Reaction[f]** | | | |
| ---All | 16 | 27 | 13 |
| ---SevereH | 1 | 4[e] | 1 |
| **$ Arthralgia/Myalgia** | | | |
| ---Any symptoms | 21[e] | 42[e] | 9 |
| ---Severe symptomsH | 3 | 11 | 1 |
| **$ Nausea/Vomiting** | | | |
| ---Any symptoms | 85 | 87 | 81 |
| ---Severe symptomsH | 27 | 29 | 22 |
| **$ Mucositis** | | | |
| ---Any symptoms | 18 | 28 | 16 |
| ---Severe symptomsH | 1 | 4 | 2 |
| **$ Neuromotor Toxicity** | | | |
| ---Any symptoms | 37 | 47 | 44 |
| ---Severe symptomsH | 6 | 12 | 7 |
| **$ Neurosensory Toxicity** | | | |
| ---Any symptoms | 48 | 61 | 25 |
| ---Severe symptomsH | 13 | 28[e] | 8 |
| **$ Cardiovascular Events** | | | |
| ---Any symptoms | 33 | 39 | 24 |
| ---Severe symptomsH | 13 | 12 | 8 |

[a] Based on worst course analysis.
[b] TAXOL (T) dose in mg/m$^2$/infusion duration in hours; cisplatin (c) dose in mg/m$^2$.
[c] TAXOL dose in mg/m$^2$/infusion duration in hours with G-CSF support; cisplatin dose in mg/m2.
[d] Etoposide (VP) dose in mg/m$^2$ was administered IV on days 1, 2, and 3; cisplatin dose in mg/m$^2$.
[e] p<0.05.
[f] All patients received premedication.
HSevere events are defined as at least Grade III toxicity.

Toxicity was generally more severe in the high-dose TAXOL treatment arm (T250/c75) than in the low-dose TAXOL arm (T135/c75). Compared to the cisplatin/etoposide arm, patients in the low-dose TAXOL arm experienced more arthralgia/myalgia of any grade and more severe neutropenia. The incidence of febrile neutropenia was not reported in this study.

**Kaposi=s Sarcoma:** The following table shows the frequency of important adverse events in the 85 patients

with KS treated with two different single-agent TAXOL regimens.

**TABLE 15**

FREQUENCY[a] OF IMPORTANT ADVERSE EVENTS IN THE AIDS-RELATED KAPOSI!S SARCOMA STUDIES

| | Percent of Patients | |
|---|---|---|
| | Study CA139-174 TAXOL 135/3[b] q 3 wk (n=29) | Study CA139-281 TAXOL 100/3[b] q 2 wk (n=56) |
| **$ Bone Marrow** | | |
| ---Neutropenia | | |
| <2000/mm$^3$ | 100 | 95 |
| < 500/mm$^3$ | 76 | 35 |
| ---Thrombocytopenia | | |
| <100,000/mm$^3$ | 52 | 27 |
| < 50,000/mm$^3$ | 17 | 5 |
| ---Anemia | | |
| <11 g/dL | 86 | 73 |
| < 8 g/dL | 34 | 25 |
| ---Febrile Neutropenia | 55 | 9 |
| **$ Opportunistic Infection** | | |
| ---Any | 76 | 54 |
| ---Cytomegalovirus | 45 | 27 |
| ---Herpes Simplex | 38 | 11 |
| ---*Pneumocystis carinii* | 14 | 21 |
| ---*M. avium intracellulare* | 24 | 4 |
| ---Candidiasis, esophageal | 7 | 9 |
| ---Cryptosporidiosis | 7 | 7 |
| ---Cryptococcal meningitis | 3 | 2 |
| ---Leukoencephalopathy | --- | 2 |
| **$ Hypersensitivity Reaction**[c] | | |
| ---All | 14 | 9 |
| **$ Cardiovascular** | | |
| ---Hypotension | 17 | 9 |
| ---Bradycardia | 3 | --- |
| **$ Peripheral Neuropathy** | | |
| ---Any | 79 | 46 |
| ---SevereH | 10 | 2 |
| **$ Myalgia/Arthralgia** | | |
| ---Any | 93 | 48 |
| ---SevereH | 14 | 16 |
| **$ Gastrointestinal** | | |
| ---Nausea and Vomiting | 69 | 70 |
| ---Diarrhea | 90 | 73 |
| ---Mucositis | 45 | 20 |
| **$ Renal (creatinine elevation)** | | |
| ---Any | 34 | 18 |
| ---SevereH | 7 | 5 |
| **$ Discontinuation for drug toxicity** | 7 | 16 |

[a]Based on worst course analysis.
[b]TAXOL dose in mg/m$^2$/infusion duration in hours.
[C]All patients received premedication.
H Severe events are defined as at least Grade III toxicity.

As demonstrated in this table, toxicity was more pronounced in the study utilizing TAXOL at a dose of 135 mg/m$^2$ every 3 weeks than in the study utilizing TAXOL at a dose of 100 mg/m$^2$ every 2 weeks. Notably, severe neutropenia (76% versus 35%), febrile neutropenia (55% versus 9%), and opportunistic infections (76%

versus 54%) were more common with the former dose and schedule. The differences between the two studies with respect to dose escalation and use of hematopoietic growth factors, as described above, should be taken into account. (See **CLINICAL STUDIES: AIDS-Related Kaposi=s Sarcoma** section.) Note also that only 26% of the 85 patients in these studies received concomitant treatment with protease inhibitors, whose effect on paclitaxel metabolism has not yet been studied.

**Adverse Event Experiences by Body System**

Unless otherwise noted, the following discussion refers to the overall safety database of 812 patients with solid tumors treated with single-agent TAXOL in clinical studies. Toxicities that occurred with greater severity or frequency in previously untreated patients with ovarian carcinoma or NSCLC who received TAXOL in combination with cisplatin or in patients with breast cancer who received TAXOL after doxorubicin/cyclophosphamide in the adjuvant setting and that occurred with a difference that was clinically significant in these populations are also described. The frequency and severity of important adverse events for the Phase 3 ovarian carcinoma, breast carcinoma, NSCLC, and the Phase 2 Kaposi's sarcoma studies are presented above in tabular form by treatment arm. In addition, rare events have been reported from postmarketing experience or from other clinical studies. The frequency and severity of adverse events have been generally similar for patients receiving TAXOL for the treatment of ovarian, breast, or lung carcinoma or Kaposi=s sarcoma, but patients with AIDS-related Kaposi=s sarcoma may have more frequent and severe hematologic toxicity, infections, and febrile neutropenia. These patients require a lower dose intensity and supportive care. (See **CLINICAL STUDIES: AIDS-Related Kaposi=s Sarcoma** section.) Toxicities that were observed only in or were noted to have occurred with greater severity in the population with Kaposi=s sarcoma and that occurred with a difference that was clinically significant in this population are described.

**Hematologic:** Bone marrow suppression was the major dose-limiting toxicity of TAXOL. Neutropenia, the most important hematologic toxicity, was dose and schedule dependent and was generally rapidly reversible. Among patients treated in the Phase 3 second-line ovarian study with a 3-hour infusion, neutrophil counts declined below 500 cells/mm$^3$ in 14% of the patients treated with a dose of 135 mg/m$^2$ compared to 27% at a dose of 175 mg/ m$^2$ (p=0.05). In the same study, severe neutropenia (<500 cells/mm$^3$) was more frequent with the 24-hour than with the 3-hour infusion; infusion duration had a greater impact on myelosuppression than dose. Neutropenia did not appear to increase with cumulative exposure and did not appear to be more frequent nor more severe for patients previously treated with radiation therapy.

In the study where TAXOL was administered to patients with ovarian carcinoma at a dose of 135 mg/m$^2$/24 hours in combination with cisplatin versus the control arm of cyclophosphamide plus cisplatin, the incidences of grade IV neutropenia and of febrile neutropenia were significantly greater in the TAXOL plus cisplatin arm than in the control arm. Grade IV neutropenia occurred in 81% on the TAXOL plus cisplatin arm versus 58% on the cyclophosphamide plus cisplatin arm, and febrile neutropenia occurred in 15% and 4% respectively. On the TAXOL/cisplatin arm, there were 35/1074 (3%) courses with fever in which Grade IV

neutropenia was reported at some time during the course.   When TAXOL followed by  cisplatin was administered to patients with advanced NSCLC in  the ECOG study, the incidences of Grade IV neutropenia were 74%  (TAXOL 135 mg/m$^2$/24 hours followed by cisplatin) and 65% (TAXOL 250 mg/m$^2$/24 hours followed by cisplatin and G-CSF) compared with 55% in patients who received cisplatin/etoposide.

Fever was frequent (12% of all treatment courses).  Infectious episodes occurred in 30% of all patients and 9% of all courses; these episodes were fatal in 1% of all patients, and included sepsis, pneumonia and peritonitis.  In the Phase 3 second-line ovarian study, infectious episodes were reported in 20% and 26% of the patients treated with a dose of 135 mg/m$^2$ or 175 mg/m$^2$ given as 3-hour infusions, respectively. Urinary tract infections and upper respiratory tract infections were the most frequently reported infectious complications.  In the immunosuppressed patient population with advanced HIV disease and poor-risk AIDS-related Kaposi=s sarcoma, 61% of the patients reported at least one opportunistic infection.  (See **CLINICAL STUDIES: AIDS-Related Kaposi=s Sarcoma** section.)  The use of supportive therapy, including G-CSF, is recommended for patients who have experienced severe neutropenia.  (See **DOSAGE AND ADMINISTRATION** section.)

Thrombocytopenia was uncommon, and almost never severe (<50,000 cells/mm$^3$). Twenty percent of the patients experienced a drop in their platelet count below 100,000 cells/mm$^3$ at least once while on treatment; 7% had a platelet count <50,000 cells/mm$^3$ at the time of their worst nadir.  Bleeding episodes were reported in 4% of all courses and by 14% of all patients, but most of the hemorrhagic episodes were localized and the frequency of these events was unrelated to the TAXOL dose and schedule.  In the Phase 3 second-line ovarian study, bleeding episodes were reported in 10% of the patients; no patients treated with the 3-hour infusion received platelet transfusions.  In the adjuvant breast carcinoma trial, the incidence of severe thrombocytopenia and platelet transfusions increased with higher doses of doxorubicin.

Anemia (Hb<11 g/dL) was observed in 78% of all patients and was severe (Hb<8 g/dL) in 16% of the cases.  No consistent relationship between dose or schedule and the frequency of anemia was observed. Among all  patients with normal  baseline hemoglobin, 69% became anemic on study but only 7% had severe anemia.  Red cell transfusions were required in 25% of all patients and in 12% of those with normal baseline hemoglobin levels.

**Hypersensitivity Reactions (HSRs):** All patients received premedication prior to TAXOL (see **WARNINGS** and **PRECAUTIONS: Hypersensitivity Reactions** sections).  The frequency and severity of HSRs were not affected by the dose or schedule of TAXOL administration.  In the Phase 3 second-line ovarian study, the 3-hour infusion was not associated with a greater increase in HSRs when compared to the 24-hour infusion.

Hypersensitivity reactions were observed in 20% of all courses and in 41% of all patients.  These reactions were severe in less than 2% of the patients and 1% of the courses.  No severe reactions were observed after course 3 and severe symptoms occurred generally within the first hour of TAXOL infusion.  The most frequent symptoms observed during these severe reactions were dyspnea, flushing, chest pain and tachycardia.

The minor hypersensitivity reactions consisted mostly of flushing (28%), rash (12%), hypotension (4%),

dyspnea (2%), tachycardia (2%) and hypertension (1%). The frequency of hypersensitivity reactions remained relatively stable during the entire treatment period.

Rare reports of chills and reports of back pain in association with hypersensitivity reactions have been received as part of the continuing surveillance of TAXOL safety.

**Cardiovascular:** Hypotension, during the first 3 hours of infusion, occurred in 12% of all patients and 3% of all courses administered. Bradycardia, during the first 3 hours of infusion, occurred in 3% of all patients and 1% of all courses. In the Phase 3 second-line ovarian study, neither dose nor schedule had an effect on the frequency of hypotension and bradycardia. These vital sign changes most often caused no symptoms and required neither specific therapy nor treatment discontinuation. The frequency of hypotension and bradycardia were not influenced by prior anthracycline therapy.

Significant cardiovascular events possibly related to single-agent TAXOL occurred in approximately 1% of all patients. These events included syncope, rhythm abnormalities, hypertension and venous thrombosis. One of the patients with syncope treated with TAXOL at 175 $mg/m^2$ over 24 hours had progressive hypotension and died. The arrhythmias included asymptomatic ventricular tachycardia, bigeminy, and complete AV block requiring pacemaker placement. Among patients with NSCLC treated with TAXOL in combination with cisplatin in the Phase 3 study, significant cardiovascular events occurred in 12-13%. This apparent increase in cardiovascular events is possibly due to an increase in cardiovascular risk factors in patients with lung cancer.

Electrocardiogram (ECG) abnormalities were common among patients at baseline. ECG abnormalities on study did not usually result in symptoms, were not dose-limiting, and required no intervention. ECG abnormalities were noted in 23% of all patients. Among patients with a normal ECG prior to study entry, 14% of all patients developed an abnormal tracing while on study. The most frequently reported ECG modifications were non-specific repolarization abnormalities, sinus bradycardia, sinus tachycardia and premature beats. Among patients with normal ECGs at baseline, prior therapy with anthracyclines did not influence the frequency of ECG abnormalities.

Cases of myocardial infarction have been reported rarely. Congestive heart failure has been reported typically in patients who have received other chemotherapy, notably anthracyclines. (See **PRECAUTIONS: Drug Interactions** section.)

Rare reports of atrial fibrillation and supraventricular tachycardia have been received as part of the continuing surveillance of TAXOL safety.

**Respiratory:** Rare reports of interstitial pneumonia, lung fibrosis and pulmonary embolism have been received as part of the continuing surveillance of TAXOL safety. Rare reports of radiation pneumonitis have been received in patients receiving concurrent radiotherapy.

**Neurologic:** The assessment of neurologic toxicity was conducted differently among the studies as evident from the data reported in each individual study (see Tables 9 -15). Moreover, the frequency and severity of neurologic manifestations were influenced by prior and/or concomitant therapy with neurotoxic agents.

In general, the frequency and severity of neurologic manifestations were dose-dependent in patients receiving single-agent TAXOL. Peripheral neuropathy was observed in 60% of all patients (3% severe) and in 52% (2% severe) of the patients without pre-existing neuropathy. The frequency of peripheral neuropathy increased with cumulative dose. Neurologic symptoms were observed in 27% of the patients after the first course of treatment and in 34-51% from course 2 to 10. Peripheral neuropathy was the cause of TAXOL discontinuation in 1% of all patients. Sensory symptoms have usually improved or resolved within several months of TAXOL discontinuation. Pre-existing neuropathies resulting from prior therapies are not a contraindication for TAXOL therapy.

In the Intergroup first-line ovarian carcinoma study (see Table 10), neurotoxicity included reports of neuromotor and neurosensory events. The regimen with Taxol 175 mg/m$^2$ given by 3-hour infusion plus cisplatin 75 mg/m$^2$ resulted in a greater incidence of neurotoxicity and severe neurotoxicity than the regimen containing cyclophosphamide and cisplatin, 87% (21% severe) versus 52% (2% severe) respectively. The duration of grade III or IV neurotoxicity cannot be determined with precision for the Intergroup study since the resolution dates of adverse events were not collected in the case report forms for this trial and complete follow-up documentation was available only in a minority of these patients. In the GOG first-line ovarian carcinoma study, neurotoxicity was reported as peripheral neuropathy. The regimen with Taxol 135 mg/m$^2$ given by 24-hour infusion plus cisplatin 75 mg/m$^2$ resulted in an incidence of neurotoxicity that was similar to the regimen containing cyclophosphamide plus cisplatin, 25% (3% severe) versus 20% (0% severe) respectively. Cross-study comparison of neurotoxicity in the Intergroup and GOG trials suggests that when TAXOL is given in combination with cisplatin 75 mg/m$^2$, the incidence of severe neurotoxicity is more common at a TAXOL dose of 175 mg/m$^2$ given by 3-hour infusion (21%) than at a dose of 135 mg/m$^2$ given by 24-hour infusion (3%).

In patients with NSCLC, administration of TAXOL followed by cisplatin resulted in a greater incidence of severe neurotoxicity compared to the incidence in patients with ovarian or breast cancer treated with single-agent TAXOL. Severe neurosensory symptoms were noted in 13% of NSCLC patients receiving TAXOL 135 mg/m$^2$ by 24-hour infusion followed by cisplatin 75 mg/m$^2$ and 8% of NSCLC patients receiving cisplatin/etoposide (see Table 14).

Other than peripheral neuropathy, serious neurologic events following TAXOL administration have been rare (<1%) and have included grand mal seizures, syncope, ataxia and neuroencephalopathy.

Rare reports of autonomic neuropathy resulting in paralytic ileus have been received as part of the continuing surveillance of TAXOL safety. Optic nerve and/or visual disturbances (scintillating scotomata) have also been reported, particularly in patients who have received higher doses than those recommended. These effects generally have been reversible. However, rare reports in the literature of abnormal visual evoked

potentials in patients have suggested persistent optic nerve damage.

**Arthralgia/Myalgia:** There was no consistent relationship between dose or schedule of TAXOL and the frequency or severity of arthralgia/myalgia. Sixty percent of all patients treated experienced arthralgia/myalgia; 8% experienced severe symptoms. The symptoms were usually transient, occurred two or three days after TAXOL administration, and resolved within a few days. The frequency and severity of musculoskeletal symptoms remained unchanged throughout the treatment period.

**Hepatic:** No relationship was observed between liver function abnormalities and either dose or schedule of TAXOL administration. Among patients with normal baseline liver function 7%, 22% and 19% had elevations in bilirubin, alkaline phosphatase and AST (SGOT), respectively. Prolonged exposure to TAXOL was not associated with cumulative hepatic toxicity.

Rare reports of hepatic necrosis and hepatic encephalopathy leading to death have been received as part of the continuing surveillance of TAXOL safety.

**Renal:** Among the patients treated for Kaposi=s sarcoma with TAXOL, five patients had renal toxicity of grade III or IV severity. One patient with suspected HIV nephropathy of grade IV severity had to discontinue therapy. The other four patients had renal insufficiency with reversible elevations of serum creatinine.

**Gastrointestinal (GI):** Nausea/vomiting, diarrhea and mucositis were reported by 52%, 38% and 31% of all patients, respectively. These manifestations were usually mild to moderate. Mucositis was schedule dependent and occurred more frequently with the 24-hour than with the 3-hour infusion.

In patients with poor-risk AIDS-related Kaposi=s sarcoma, nausea/vomiting, diarrhea, and mucositis were reported by 69%, 79% and 28% of patients, respectively. One third of patients with Kaposi=s sarcoma complained of diarrhea prior to study start. (See **CLINICAL STUDIES: Aids-Related Kaposi=s Sarcoma** section.)

In the first-line Phase 3 ovarian carcinoma studies, the incidence of nausea and vomiting when TAXOL was administered in combination with cisplatin appeared to be greater compared with the database for single-agent TAXOL in ovarian and breast carcinoma. In addition, diarrhea of any grade was reported more frequently compared to the control arm, but there was no difference for severe diarrhea in these studies.

Rare reports of intestinal obstruction, intestinal perforation, pancreatitis, ischemic colitis, and dehydration have been received as part of the continuing surveillance of TAXOL safety. Rare reports of neutropenic enterocolitis (typhlitis), despite the coadministration of G-CSF, were observed in patients treated with TAXOL alone and in combination with other chemotherapeutic agents.

**Injection Site Reaction:** Injection site reactions, including reactions secondary to extravasation, were usually mild and consisted of erythema, tenderness, skin discoloration, or swelling at the injection site. These reactions have been observed more frequently with the 24-hour infusion than with the 3-hour infusion. Recurrence of skin reactions at a site of previous extravasation following administration of TAXOL at a different site, i.e., Arecall@, has been reported rarely.

Rare reports of more severe events such as phlebitis, cellulitis, induration, skin exfoliation, necrosis and fibrosis have been received as part of the continuing surveillance of TAXOL safety. In some cases the onset of the injection site reaction either occurred during a prolonged infusion or was delayed by a week to ten days.

A specific treatment for extravasation reactions is unknown at this time. Given the possibility of extravasation, it is advisable to closely monitor the infusion site for possible infiltration during drug administration.

**Other Clinical Events:** Alopecia was observed in almost all (87%) of the patients. Transient skin changes due to TAXOL-related hypersensitivity reactions have been observed, but no other skin toxicities were significantly associated with TAXOL administration. Nail changes (changes in pigmentation or discoloration of nail bed) were uncommon (2%). Edema was reported in 21% of all patients (17% of those without baseline edema); only 1% had severe edema and none of these patients required treatment discontinuation. Edema was most commonly focal and disease-related. Edema was observed in 5% of all courses for patients with normal baseline and did not increase with time on study.

Rare reports of skin abnormalities related to radiation recall as well as reports of maculopapular rash and pruritus have been received as part of the continuing surveillance of TAXOL safety.

Reports of asthenia and malaise have been received as part of the continuing surveillance of TAXOL safety. In the Phase 3 trial of TAXOL 135 mg/$m^2$ over 24 hours in combination with cisplatin as first-line therapy of ovarian cancer, asthenia was reported in 17% of the patients, significantly greater than the 10% incidence observed in the control arm of cyclophosphamide/cisplatin.

**Accidental Exposure**: Upon inhalation, dyspnea, chest pain, burning eyes, sore throat and nausea have been reported. Following topical exposure, events have included tingling, burning and redness.

**OVERDOSAGE**

There is no known antidote for TAXOL overdosage. The primary anticipated complications of overdosage would consist of bone marrow suppression, peripheral neurotoxicity and mucositis. Overdoses in pediatric patients may be associated with acute ethanol toxicity (see **Precautions: Pediatric Use** section).

**DOSAGE AND ADMINISTRATION**

**Note:** Contact of the undiluted concentrate with plasticized PVC equipment or devices used to prepare solutions for infusion is not recommended. In order to minimize patient exposure to the plasticizer DEHP [di-(2-ethylhexyl)phthalate], which may be leached from PVC infusion bags or sets, diluted TAXOL solutions should be stored in bottles (glass, polypropylene) or plastic bags (polypropylene, polyolefin) and administered through polyethylene-lined administration sets.

All patients should be premedicated prior to TAXOL administration in order to prevent severe hypersensitivity reactions. Such premedication may consist of dexamethasone 20 mg PO administered approximately 12 and 6 hours before TAXOL, diphenhydramine (or its equivalent) 50 mg I.V. 30 to 60 minutes prior to TAXOL, and cimetidine (300 mg) or ranitidine (50 mg) I.V. 30 to 60 minutes before TAXOL.

For patients with **carcinoma of the ovary**, the following regimens are recommended (see **CLINICAL STUDIES: Ovarian Carcinoma** section):

1) For previously untreated patients with carcinoma of the ovary, one of the following recommended regimens may be given every 3 weeks.  In selecting the appropriate regimen, differences in toxicities should be considered (see Table 10 in **ADVERSE REACTIONS:  Disease-Specific Adverse Event Experiences** section).

   a. TAXOL administered intravenously over 3 hours at a dose of 175 mg/m$^2$ followed by cisplatin at a dose of 75 mg/m$^2$; or

   b. TAXOL administered intravenously over 24 hours at a dose of 135 mg/m$^2$ followed by cisplatin at a dose of 75 mg/m$^2$.

2) In patients previously treated with chemotherapy for carcinoma of the ovary, TAXOL has been used at several doses and schedules; however, the optimal regimen is not yet clear.  The recommended regimen is TAXOL 135 mg/m$^2$ or 175 mg/m$^2$ administered intravenously over 3 hours every 3 weeks.

For patients with **carcinoma of the breast**, the following regimens are recommended (see **CLINICAL STUDIES: Breast Carcinoma** section):

1) For the adjuvant treatment of node-positive breast cancer, the recommended regimen is TAXOL, at a dose of 175 mg/m$^2$ intravenously over 3 hours every 3 weeks for four courses administered sequentially to doxorubicin-containing combination chemotherapy.  The clinical trial used four courses of doxorubicin and cyclophosphamide (see **CLINICAL STUDIES: Breast Carcinoma** section).

2) After failure of initial chemotherapy for metastatic disease or relapse within 6 months of adjuvant chemotherapy, TAXOL at a dose of 175 mg/m$^2$ administered intravenously over 3 hours every 3 weeks has been shown to be effective.

For patients with **non-small cell lung carcinoma**, the recommended regimen, given every 3 weeks, is TAXOL administered intravenously over 24 hours at a dose of 135 mg/m$^2$ followed by cisplatin, 75 mg/m$^2$.

For patients with **AIDS-related Kaposi=s sarcoma**, TAXOL administered at a dose of 135 mg/m$^2$ given intravenously over 3 hours every 3 weeks or at a dose of 100 mg/m$^2$ given intravenously over 3 hours every 2 weeks is recommended (dose intensity 45-50 mg/m$^2$/week).  In the two clinical trials evaluating these schedules (see **CLINICAL STUDIES: AIDS-related Kaposi=s Sarcoma** section), the former schedule (135 mg/m$^2$ every 3 weeks) was more toxic than the latter.  In addition, all patients with low performance status were treated with the latter schedule (100 mg/m$^2$ every 2 weeks).

Based upon the immunosuppression in patients with advanced HIV disease, the following modifications are recommended in these patients:

1) Reduce the dose of dexamethasone as one of the three premedication drugs to 10 mg PO (instead

of 20 mg PO);

2) Initiate or repeat treatment with TAXOL only if the neutrophil count is at least 1000 cells/mm$^3$;

3) Reduce the dose of subsequent courses of TAXOL by 20% for patients who experience severe neutropenia (neutrophil <500 cells/mm$^3$ for a week or longer); and

4) Initiate concomitant hematopoietic growth factor (G-CSF) as clinically indicated.

For the therapy of patients with solid tumors (ovary, breast, and NSCLC), courses of TAXOL should not be repeated until the neutrophil count is at least 1500 cells/mm$^3$ and the platelet count is at least 100,000 cells/mm$^3$. TAXOL should not be given to patients with AIDS-related Kaposi=s sarcoma if the baseline or subsequent neutrophil count is less than 1000 cells/mm$^3$. Patients who experience severe neutropenia (neutrophil <500 cells/mm$^3$ for a week or longer) or severe peripheral neuropathy during TAXOL therapy should have dosage reduced by 20% for subsequent courses of TAXOL. The incidence of neurotoxicity and the severity of neutropenia increase with dose.

**Preparation and Administration Precautions**

TAXOL is a cytotoxic anticancer drug and, as with other potentially toxic compounds, caution should be exercised in handling TAXOL. The use of gloves is recommended. If TAXOL solution contacts the skin, wash the skin immediately and thoroughly with soap and water. Following topical exposure, events have included tingling, burning and redness. If TAXOL contacts mucous membranes, the membranes should be flushed thoroughly with water. Upon inhalation, dyspnea, chest pain, burning eyes, sore throat and nausea have been reported.

Given the possibility of extravasation, it is advisable to closely monitor the infusion site for possible infiltration during drug administration (see **PRECAUTIONS: Injection Site Reaction** section).

**Preparation for Intravenous Administration**

TAXOL (paclitaxel) Injection must be diluted prior to infusion. TAXOL should be diluted in 0.9% Sodium Chloride Injection, USP, 5% Dextrose injection, USP, 5% Dextrose and 0.9% Sodium Chloride Injection, USP or 5% Dextrose in Ringer=s Injection to a final concentration of 0.3 to 1.2 mg/mL. The solutions are physically and chemically stable for up to 27 hours at ambient temperature (approximately 25E C) and room lighting conditions. Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit.

Upon preparation, solutions may show haziness, which is attributed to the formulation vehicle. No significant losses in potency have been noted following simulated delivery of the solution through I.V. tubing containing an in-line (0.22 micron) filter.

Data collected for the presence of the extractable plasticizer DEHP [di-(2-ethylhexyl)phthalate] show that levels increase with time and concentration when dilutions are prepared in PVC containers. Consequently, the use of plasticized PVC containers and administration sets is not recommended. TAXOL solutions should be prepared and stored in glass, polypropylene, or polyolefin containers. Non-PVC containing

administration sets, such as those which are polyethylene-lined, should be used.

TAXOL should be administered through an in-line filter with a microporous membrane not greater than 0.22 microns. Use of filter devices such as IVEX-2[7] filters which incorporate short inlet and outlet PVC-coated tubing has not resulted in significant leaching of DEHP.

The Chemo Dispensing Pin **J** device or similar devices with spikes should not be used with vials of TAXOL since they can cause the stopper to collapse resulting in loss of sterile integrity of the TAXOL solution.

**Stability**

Unopened vials of TAXOL (paclitaxel) Injection are stable until the date indicated on the package when stored between 20E-25EC (68E-77EF), in the original package. Neither freezing nor refrigeration adversely affects the stability of the product. Upon refrigeration components in the TAXOL vial may precipitate, but will redissolve upon reaching room temperature with little or no agitation. There is no impact on product quality under these circumstances. If the solution remains cloudy or if an insoluble precipitate is noted, the vial should be discarded. Solutions for infusion prepared as recommended are stable at ambient temperature (approximately 25EC) and lighting conditions for up to 27 hours.

**HOW SUPPLIED**

NDC 0015-3475-30 30 mg/5 mL multidose vial individually packaged in a carton.

NDC 0015-3476-30 100 mg/16.7 mL multidose vial individually packaged in a carton.

NDC 0015-3479-11 300 mg/50 mL multidose vial individually packaged in a carton.

**Storage**

Store the vials in original cartons between 20E-25EC (68E-77EF). Retain in the original package to protect from light.

**Handling and Disposal**

Procedures for proper handling and disposal of anticancer drugs should be considered. Several guidelines on this subject have been published[1-7]. There is no general agreement that all of the procedures recommended in the guidelines are necessary or appropriate.

**REFERENCES**

1 Recommendations for the safe handling of parenteral antineoplastic drugs. NIH Publication No. 83-2621. For sale by the Superintendent of Documents, US Government Printing Office, Washington, DC 20402.

2 AMA Council Report. Guidelines for handling parenteral antineoplastics. JAMA 1985; 253 (11): 1590-1592.

3 National Study Commission on Cytotoxic Exposure--Recommendations for handling cytotoxic agents. Available from Louis P. Jeffrey, Chairman, National Study Commission on Cytotoxic Exposure.

Massachusetts College of Pharmacy and Allied Health Sciences, 179 Longwood Avenue, Boston, Massachusetts 02115.

4 Clinical Oncological Society of Australia. Guidelines and recommendations for safe handling of antineoplastic agents. Med J Australia 1983; 1:426-428.

5 Jones RB, et al: Safe handling of chemotherapeutic agents: a report from the Mount Sinai Medical Center. CA-A Cancer Journal for Clinicians 1983; Sept./Oct. 258-263.

6 American Society of Hospital Pharmacists Technical Assistance Bulletin on Handling Cytotoxic and Hazardous Drugs. Am J Hosp Pharm 1990; 47:1033-1049.

7 Controlling occupational exposure to hazardous drugs. (OSHA WORK-PRACTICE GUIDELINES.) Am J Health-Syst Pharm 1996; 53:1669-1685.

---

IVEX-2[7] is the registered trademark of the Millipore Corporation.
Chemo Dispensing Pin **J** is a trademark of B. Braun Medical Incorporated.

Mead Johnson
ONCOLOGY PRODUCTS
A Bristol-Myers Squibb Co.
Princeton, New Jersey 08543
U.S.A.

# EXHIBIT BB

# Efficacy and Safety of Trastuzumab as a Single Agent in First-Line Treatment of *HER2*-Overexpressing Metastatic Breast Cancer

By Charles L. Vogel, Melody A. Cobleigh, Debu Tripathy, John C. Gutheil, Lyndsay N. Harris, Louis Fehrenbacher, Dennis J. Slamon, Maureen Murphy, William F. Novotny, Michael Burchmore, Steven Shak, Stanford J. Stewart, and Michael Press

**_Purpose:_ To evaluate the efficacy and safety of first-line, single-agent trastuzumab in women with *HER2*-overexpressing metastatic breast cancer.**

**_Patients and Methods:_ One hundred fourteen women with *HER2*-overexpressing metastatic breast cancer were randomized to receive first-line treatment with trastuzumab 4 mg/kg loading dose, followed by 2 mg/kg weekly, or a higher 8 mg/kg loading dose, followed by 4 mg/kg weekly.**

**_Results:_ The objective response rate was 26% (95% confidence interval [CI], 18.2% to 34.4%), with seven complete and 23 partial responses. Response rates in 111 assessable patients with 3+ and 2+ *HER2* overexpression by immunohistochemistry (IHC) were 35% (95% CI, 24.4% to 44.7%) and none (95% CI, 0% to 15.5%), respectively. The clinical benefit rates in assessable patients with 3+ and 2+ *HER2* overexpression were 48% and 7%, respectively. The response rates in 108 assessable patients with and without *HER2* gene amplification by fluorescence in situ hybridization (FISH) analysis were 34% (95% CI, 23.9% to 45.7%) and 7% (95% CI, 0.8% to 22.8%), respectively. Seventeen (57%) of 30 patients with an objective response and 22 (51%) of 43 patients with clinical benefit had not experienced disease progression at follow-up at 12 months or later. The most common treatment-related adverse events were chills (25% of patients), asthenia (23%), fever (22%), pain (18%), and nausea (14%). Cardiac dysfunction occurred in two patients (2%); both had histories of cardiac disease and did not require additional intervention after discontinuation of trastuzumab. There was no clear evidence of a dose-response relationship for response, survival, or adverse events.**

**_Conclusion:_ Single-agent trastuzumab is active and well tolerated as first-line treatment of women with metastatic breast cancer with *HER2* 3+ overexpression by IHC or gene amplification by FISH.**

***J Clin Oncol 20:719-726.* © *2002 by American Society of Clinical Oncology.***

THE HUMAN EPIDERMAL growth factor receptor 2 (*HER2*) gene encodes a 185-kd transmembrane glycoprotein receptor (p185$^{HER2}$) and is amplified in approximately 25% to 30% of human breast cancers.[1,2] When amplified, the gene produces high levels of *HER2* cell-surface receptor expression.[3] Patients whose tumors demonstrate *HER2* gene amplification and protein overexpression have an inferior prognosis manifested by shorter disease-free and overall survival.[2-4]

Trastuzumab is a recombinant monoclonal antibody that was developed to recognize p185$^{HER2}$. The antibody was humanized to minimize the immunogenicity associated with murine monoclonal antibodies and maximize the potential for recruiting endogenous immune effector cells.[5] The results of a large phase II trial[6] indicate that trastuzumab monotherapy is active against *HER2*-overexpressing breast cancer in women who have been previously treated with chemotherapy for metastatic disease. Additionally, the results of a phase III trial[7] indicate that trastuzumab significantly enhances the activity of first-line chemotherapy and provides a survival advantage to women with *HER2*-overexpressing breast cancer. We conducted a randomized, single-blind, multicenter study to evaluate the activity and safety of two dose levels of trastuzumab as a first-line treatment in women who did not wish to receive cytotoxic chemotherapy for metastatic breast cancer. The study was designed as a preliminary exploration of the utility of a higher dose of trastuzumab compared with the dose judged to be optimal on the basis of preclinical activity estimates and phase I pharmacokinetic data.

*From University of Miami School of Medicine, Comprehensive Cancer Research Group Inc, and Columbia Cancer Research Network of Florida, Miami, FL; Rush-Presbyterian-St Luke's Medical Center, Chicago, IL; University of California, San Francisco/Mount Zion Cancer Center, San Francisco; Sidney Kimmel Cancer Center, San Diego; Kaiser Permanente, Vallejo; University of California Los Angeles School of Medicine and University of Southern California School of Medicine, Los Angeles; Genentech, Inc, South San Francisco, CA; and Duke University Medical Center, Durham, NC.*

*Submitted November 30, 2000; accepted September 18, 2001.*

*Supported by a grant from Genentech, Inc. M.F.P. was supported by grant no. CA48780 from the National Cancer Institute, Bethesda, MD.*

*Address reprint requests to Charles L. Vogel, MD, 600 South Pine Island Rd, Suite 104, Plantation, FL 33324.*

*© 2002 by American Society of Clinical Oncology.*

*0732-183X/02/2003-719/$20.00*

Information downloaded from jco.ascopubs.org and provided by at Reprints Desk on June 17, 2016 from 72.37.250.187
Copyright © 2002 American Society of Clinical Oncology. All rights reserved.

AVENTIS EXHIBIT 2095
Mylan v. Aventis, IPR2016-00712

Case 1:20-cv-00804-RGA Document 269 Filed 04/15/22 Page 130 of 611 PageID #: 5175

## PATIENTS AND METHODS

### *Patients*

Women with progressive, bidimensionally measurable, *HER2*-overexpressing metastatic breast cancer who had not received cytotoxic chemotherapy for metastatic disease were eligible for this study. *HER2* expression was determined by a central core research laboratory (Laboratory Corporation of America, Research Triangle Park, NC) using sequential immunohistochemistry (IHC) analysis with two murine monoclonal antibodies, 4D5 and CB11. Eligibility required scores of 2+ (weak to moderate) or 3+ (strong) complete membrane staining in more than 10% of tumor cells with either antibody.

Patients were excluded if they had received radiotherapy within 2 weeks. Patients were also excluded if they had bilateral breast cancer; brain or leptomeningeal metastatic disease; bone metastases as the only disease site; metastases to more than 30% of the hepatic parenchyma; other malignancy not curatively treated; clinically significant cardiac disease, infection, bleeding disorder, abnormal pulmonary function, or other significant medical condition; Karnofsky performance status of less than 70%; life expectancy of less than 6 months; leukopenia ($\leq$ 3,500/$\mu$L), granulocytopenia ($\leq$ 1,500/$\mu$L), thrombocytopenia ($\leq$ 100,000/$\mu$L), or anemia ($\leq$ 10 g/dL); or hypercalcemia ($\geq$ 11 mg/dL). Pregnant or nursing patients were excluded. Informed consent was obtained and documented in writing before study entry. This study was performed after approval by local human investigations committees.

### *Antibody Administration*

Trastuzumab (Herceptin) was supplied by Genentech, Inc (South San Francisco, CA) and was administered intravenously in the outpatient setting. Patients were randomized to receive one of two dosing regimens by a method that balanced distribution within study centers; patients, but not investigators, were blinded to dose. Patients received a standard loading dose of 4 mg/kg followed by 2 mg/kg weekly or a higher loading dose of 8 mg/kg followed by 4 mg/kg weekly. Randomization was used to ensure that estimates of the efficacy outcomes within each dose level would not be biased by assigning patients with worse prognosis to the higher dose group.

The infusion was initially administered over 90 minutes. If it was well tolerated, subsequent infusion periods were shortened to 30 minutes. The weekly maintenance dose was continued until disease progression.

### *Assessments*

The investigators assessed the primary end point of objective tumor response at 8, 16, and 24 weeks and then every 12 weeks. No independent assessments of response or progression by an external committee were made in this study. Complete response was defined as the disappearance of all radiographically or visually apparent tumor; complete response in the skin or chest wall was confirmed by biopsy. Partial response was defined by a $\geq$ 50% decrease in the sum of the products of the perpendicular diameters of all measurable lesions. Complete and partial responses were confirmed 4 weeks after the initial response determination. Minor response was defined as a 25% to 49% decrease in the sum of the products of the perpendicular diameters of all measurable lesions. For partial and minor response, no new lesions appeared and no existing lesions progressed. Stable disease was defined as no change greater than 25% in the size of measurable lesions and no appearance of new lesions. Disease progression was defined as a 25% or greater increase in any measurable lesion or the appearance of a new lesion. Clinical benefit was defined post hoc as complete, partial, or minor response or stable disease longer than 6 months.

The secondary end points were duration of response, time to disease progression, survival, and quality of life (QOL). The duration of response was defined as the time from first response to disease progression. Time to onset of response was defined as time from randomization to the initial partial or complete response. Time to disease progression was defined as the time from randomization to documented disease progression, death, or addition of excluded therapy (eg, immunotherapy, chemotherapy, hormonal therapy, or radiotherapy) and was censored at the last date of contact for patients whose disease did not progress. Survival was defined as the time from randomization to death and was censored at the date of last contact for patients who were alive.

A complete physical examination, clinical assessment, analysis of vital signs, chest x-rays, and laboratory tests were performed at predetermined intervals and at study termination. Blood samples were collected at predetermined intervals for measurement of antibody to the Fab and Fc regions of recombinant human monoclonal antibody *HER2* by enzyme-linked immunosorbent assay (ELISA).

Adverse events were noted throughout the study and classified as mild, moderate, or severe. A mild adverse event was defined as annoying but not affecting baseline status or hindering the patient's normal functioning level. A moderate adverse event was uncomfortable and impaired normal function but was not hazardous to health. A severe adverse event caused severe discomfort, severely limited or prevented normal function, and was a definite hazard to health. The European Organization for Research and Treatment of Cancer's Quality of Life C30 questionnaire with the module for breast cancer (BR-23)[8] was used to assess QOL at baseline, every 12 weeks, and at study termination.

A retrospective analysis was performed in the subset of patients who had available tissue samples to determine gene amplification by fluorescence in situ hybridization (PathVysion fluorescence in situ hybridization [FISH] assay; Vysis, Inc, Downers Grove, IL). This laboratory analysis was conducted without access to any demographic or outcome data.

### *Statistical Analysis*

This study was designed to explore the activity and tolerability of trastuzumab at two dose levels in patients who had not previously received treatment. No formal statistical comparisons were made between the two dose groups. The total sample size was set at 100 patients. This sample size allowed estimation of the response rate to within a standard error of 5%. The final analysis of efficacy and safety was performed 18 months after enrollment of the last patient. The median duration of follow-up for all patients was 19 months (range, 1.2 to 45.9 months). Demographic and baseline characteristics were summarized by descriptive statistics. $\chi^2$ test for $2 \times 2$ or $2 \times 3$ tables was used to compare the distribution of baseline characteristics between patients receiving the 2 and 4 mg/kg doses.

Response rates were calculated in all enrolled patients (intent-to-treat analysis), in assessable patients (ie, all patients who received at least one dose of therapy and underwent tumor evaluation after baseline), and in subsets of assessable patients defined by baseline risk factors. Confidence intervals were computed using the normal approximation to the binomial distribution. Time to onset of objective response and duration of response were evaluated in patients with complete or partial responses. The median time to onset of objective response was calculated. Duration of response, time to disease progression, and survival were evaluated by Kaplan-Meier survival methodology. Adverse events were summarized by descriptive statistics in all patients who received at least one dose of trastuzumab.

Information downloaded from jco.ascopubs.org and provided by at Reprints Desk on June 17, 2016 from 72.37.250.187
Copyright © 2002 American Society of Clinical Oncology. All rights reserved.

Case 1:20-cv-00804-RGA Document 269 Filed 04/15/22 Page 131 of 611 PageID #: 5176

QOL data were evaluated in patients with baseline and at least one follow-up assessment. The primary analysis was a repeated-measures analysis of variance (ANOVA) on the global QOL score and four functioning scales (ie, fatigue and physical, emotional, and social functions). Scale scores were calculated, and missing data after the last available assessment were imputed by carrying forward the last observation to the end of the 48-week study period.[9] For the analysis of total exposure up to week 48, the worst possible score was assigned to patients who died before week 48.

## RESULTS

### *Patients*

Investigators enrolled 114 patients who had *HER2* overexpression at the 2+ or 3+ level and had not previously received cytotoxic chemotherapy for their metastatic breast cancer in this multi-institutional study, which was conducted at 18 centers in the United States (n = 17) and Canada (n = 1). The actual enrollment exceeded the planned enrollment, because several patients were undergoing review of their pathologic material at the predetermined closure date. All patients who tested positive for *HER2* overexpression were allowed to enter the study. Reasons for study discontinuation were disease progression (n = 89 [78%]), patient request (n = 11 [10%]), adverse event (n = 2 [2%]), noncompliance (n = 1 [1%]), and study closure (n = 11 [10%]). Protocol violations consisted of continuation of trastuzumab after disease progression and initiation of chemotherapy (n = 8 [7%]), bone-only metastases (n = 2 [2%]), Karnofsky performance status of 60 (n = 2 [2%]), lack of distant metastases (n = 1 [1%]), and noncompliance (n = 1 [1%]). There were also minor eligibility exceptions, such as prestudy assessment outside protocol-specified windows, lack of pulmonary function testing or abnormal results, and metastatic disease not histologically confirmed. Patients were fairly evenly distributed between the two dose groups on the basis of protocol violations and baseline demographic features (Table 1). Overall, 65 patients (57%) received previous hormonal treatment, 42 patients (37%) as adjuvant therapy and 48 patients (42%) for metastatic disease. The mean loading dose for patients randomized to receive the standard dose was 4 mg/kg (range, 3.0 to 4.2 mg/kg) followed by 2 mg/kg weekly (range, 1.8 to 2.1 mg/kg). The mean loading dose for patients randomized to receive the higher dose was 8 mg/kg (range, 7.4 to 8.4 mg/kg) followed by 4 mg/kg weekly (range, 3.5 to 4.4 mg/kg). The median number of doses received was 16 (range, one to 162 doses). The median number of missed doses was one.

### *Efficacy*

In the intent-to-treat analysis of all enrolled patients, there were seven complete and 23 partial responses, for an objective response rate of 26% (95% confidence interval [CI], 18.2% to 34.4%). An additional 13 patients had a minor response or stable disease for longer than 6 months for a clinical benefit (complete response + partial response + minor response + stable disease > 6 months) rate of 38% (95% CI, 28.8% to 46.9%). Three patients were not assessable because of lack of metastatic breast cancer (n = 1), patient-requested study removal after one dose of trastuzumab (n = 1), and patient-requested study removal after four doses and no postbaseline tumor evaluation (n = 1). In assessable patients, there were seven complete and 22 partial responses for an objective response rate of 26% (95% CI, 18.0% to 34.3%).

Responses were observed in many subsets of assessable patients (Table 2). Response rates were similar regardless of the dose of trastuzumab. Responses also occurred in patients with hormone receptor–positive and hormone receptor–negative tumors, lung or liver metastases, disease-free interval of 12 months or less and more than 12 months, and previous adjuvant doxorubicin or transplant. However, responses were seen only in patients whose tumors overexpressed *HER2* at the 3+ level and not at the 2+ level.

A significant number of censored observations, attributable to nonprogression at longer than 12 months of follow-up, preclude an accurate assessment of the median duration of response and the time to disease progression in the responding group. Seventeen (57%) of 30 patients with an objective response and 22 (51%) of 43 patients with clinical benefit had not experienced disease progression at longer than 12 months of follow-up.

The median time to disease progression was similar for patients treated with trastuzumab 4 or 2 mg/kg weekly (3.8 months [95% CI, 2.4 to 5.5 months] *v* 3.5 months [95% CI, 3.3 to 5.1 months]). The median duration of survival for all enrolled patients was 24.4 months (95% CI, 16.9 to 31.7 months), which included 49 censored observations for patients who were alive (n = 46) or lost to follow-up (n = 3). The median duration of survival was similar for patients who received trastuzumab 4 or 2 mg/kg weekly (25.8 months [95% CI, 13.3 to 34.7 months] *v* 22.9 months [95% CI, 16.0 to 37.1 months]) (Fig 1).

### *Retrospective* HER2 *Gene Amplification Analysis*

A retrospective analysis of tumor *HER2* gene amplification was performed on archived pathology slides, which were available from a total of 111 patients, including 108 who were assessable. The response rate was 34% (95% CI, 23.9% to 45.7%) in patients whose tumors amplified *HER2* compared with 7% (95% CI, 0.8% to 22.8%) in those whose tumors did not (Table 2). The median time to progression was 4.9 months (95% CI, 3.4 to 8.0 months) in patients

Information downloaded from jco.ascopubs.org and provided by at Reprints Desk on June 17, 2016 from 72.37.250.187
Copyright © 2002 American Society of Clinical Oncology. All rights reserved.

**Table 1. Patient Characteristics**

| Characteristic | Trastuzumab 2 mg/kg (n = 59) | | Trastuzumab 4 mg/kg (n = 55) | | Total (N = 114) | |
|---|---|---|---|---|---|---|
| | No. Patients/ No. Analyzed | % | No. Patients/ No. Analyzed | % | No. Patients/ No. Analyzed | % |
| Age, years | | | | | | |
| Mean ± SD | 54 ± 13.6 | | 54 ± 14.9 | | 54 ± 14.2 | |
| Range | 28-86 | | 30-83 | | 28-86 | |
| Karnofsky score | | | | | | |
| 90 to 100 | 44 | 75 | 40 | 73 | 84 | 74 |
| 80 | 8 | 14 | 9 | 16 | 17 | 15 |
| ≤ 70 | 5 | 8 | 6 | 11 | 11 | 10 |
| Not reported | 2 | 3 | 0 | | 2 | 2 |
| Estrogen receptor status | | | | | | |
| Positive | 22 | 37 | 30 | 55 | 52 | 46 |
| Negative | 33 | 56 | 24 | 44 | 57 | 50 |
| Not reported | 4 | 7 | 1 | 2 | 5 | 4 |
| Progesterone receptor status | | | | | | |
| Positive | 21 | 36 | 25 | 45 | 46 | 40 |
| Negative | 33 | 56 | 27 | 49 | 60 | 53 |
| Not reported | 5 | 8 | 3 | 5 | 8 | 7 |
| *HER2* overexpression | | | | | | |
| IHC 2+ | 13 | 22 | 14 | 25 | 27 | 24 |
| IHC 3+ | 46 | 78 | 41 | 75 | 87 | 76 |
| HER2 amplification | | | | | | |
| FISH$^+$ | 40 | 68 | 42 | 76 | 82 | 72 |
| FISH$^-$ | 17 | 29 | 12 | 22 | 29 | 25 |
| Sample not available | 2 | 3 | 1 | 2 | 3 | 3 |
| No. lymph nodes at diagnosis | | | | | | |
| None | 9 | 15 | 12 | 22 | 21 | 18 |
| 1 to 9 | 28 | 47 | 23 | 42 | 51 | 45 |
| ≥ 10 | 11 | 19 | 9 | 16 | 20 | 18 |
| Not reported | 11 | 19 | 11 | 20 | 22 | 19 |
| Disease-free interval* | | | | | | |
| ≤ 12 months | 23 | 39 | 9 | 16 | 32 | 28 |
| 12 to 24 months | 14 | 24 | 22 | 40 | 36 | 32 |
| > 24 months | 21 | 36 | 24 | 44 | 45 | 39 |
| Not reported | 1 | 2 | 0 | | 1 | 1 |
| No. metastatic sites | | | | | | |
| 1 or 2 | 40 | 68 | 38 | 69 | 78 | 68 |
| 3 or 4 | 17 | 29 | 17 | 31 | 34 | 30 |
| ≥ 5 | 1 | 2 | 0 | | 1 | 1 |
| Not reported | 1 | 2 | 0 | | 1 | 1 |
| Metastatic site† | | | | | | |
| Lung or liver | 34 | 58 | 42 | 76 | 76 | 67 |
| Other | 25 | 42 | 13 | 24 | 38 | 33 |
| Adjuvant therapy | | | | | | |
| Chemotherapy | 41 | 69 | 36 | 65 | 77 | 68 |
| Anthracycline | 31 | 53 | 26 | 47 | 57 | 50 |
| Radiotherapy | 29 | 49 | 23 | 42 | 52 | 46 |
| Hormonal therapy | 20 | 34 | 22 | 40 | 42 | 37 |
| Stem-cell transplantation | 8 | 14 | 6 | 11 | 14 | 12 |

*$P < .02$.
†$P < .05$.

whose tumors amplified *HER2* compared with 1.7 months (95% CI, 1.5 to 3.3 months) in those whose tumors did not (Fig 2).

### *QOL*

Seventy-four patients completed the QOL questionnaire at baseline and at week 12. The scores for each of the five subscales were generally unchanged between baseline and weeks 12, 24, 36, and 48. Improvements were seen in global QOL and the fatigue subscale; these changes were evaluated by repeated-measures ANOVA. When patients were stratified according to response, responders tended to show improvements in each of the five subscales at week 12, which gradually declined over the next 36 weeks. In contrast, nonresponders showed slight deterioration at week 12 and additional deterioration with each follow-up assessment.

Information downloaded from jco.ascopubs.org and provided by at Reprints Desk on June 17, 2016 from 72.37.250.187
Copyright © 2002 American Society of Clinical Oncology. All rights reserved.

Case 1:20-cv-00804-RGA Document 269 Filed 04/15/22 Page 133 of 611 PageID #: 5178

**Table 2. Tumor Response in Assessable Patients**

| Subset | Objective Response | | Clinical Benefit* | |
|---|---|---|---|---|
| | No. | % | No. | % |
| All assessable patients, n = 111 (95% CI) | 29 | 26 (18.0-34.3) | 42 | 38 |
| Trastuzumab | | | | |
| 2 mg/kg weekly, n = 58 (95% CI) | 14 | 24 (13.1-35.2) | 20 | 34 |
| 4 mg/kg weekly, n = 53 (95% CI) | 15 | 28 (16.2-40.4) | 22 | 42 |
| Estrogen receptor | | | | |
| Positive, n = 52 | 12 | 23 | 19 | 36 |
| Negative, n = 54 | 16 | 30 | 21 | 39 |
| Progesterone receptor | | | | |
| Positive, n = 46 | 10 | 22 | 16 | 35 |
| Negative, n = 57 | 18 | 32 | 24 | 42 |
| Lung or liver metastases, n = 74 | 16 | 22 | 24 | 32 |
| Disease-free interval | | | | |
| ≤ 12 months, n = 30 | 6 | 20 | 9 | 30 |
| > 12 months, n = 81 | 23 | 28 | 33 | 41 |
| Previous adjuvant doxorubicin, n = 57 | 18 | 32 | 23 | 41 |
| Previous transplant, n = 14 | 5 | 36 | 6 | 43 |
| *HER2* | | | | |
| 3+, n = 84 | 29 | 35 | 40 | 48 |
| 2+, n = 27 | 0 | 0 | 2 | 7 |
| FISH | | | | |
| Positive, n = 79 | 27 | 34 | 38 | 48 |
| Negative, n = 29 | 2 | 7 | 3 | 10 |

*Clinical benefit = complete, partial, or minor response or stable disease > 6 months.

### *Safety*

All 114 patients who received at least one dose of trastuzumab were included in the analysis of safety. Adverse events occurred in all but one patient (99%). When events were limited to those that the investigator considered to be possibly or probably related to treatment (hereafter, treatment-related events), 87 patients (76%) experienced at least one adverse event.

The most common treatment-related adverse events were chills (n = 28 [25%]), asthenia (n = 26 [23%]), fever (n = 25 [22%]), pain (n = 21 [18%]), and nausea (n = 16 [14%]). Most treatment-related adverse events were mild to moderate in intensity; only 10 patients (9%) had severe events. Infusion-related side effects were much more common with the first infusion and less likely with subsequent infusions. The only severe treatment-related adverse events that occurred in more than one patient were pain (n = 2 [2%]) and asthenia (n = 3 [3%]). There was no statistically significant association between trastuzumab dose and the occurrence of adverse events (Table 3). However, numerical increases in fever, chills, and dyspnea in the higher dose group suggest that some dose-effect relationship may exist.

Severe laboratory abnormalities were uncommon and included anemia (n = 2 [2%]), leukopenia (n = 2 [2%]), pancytopenia (n = 1 [1%]), thrombocytopenia (n = 1 [1%]), and hypercalcemia (n = 1 [1%]). No patients had detectable levels of antibodies against trastuzumab.

Reports of serious cardiac events in other trials[6,7] prompted a retrospective analysis of all cardiac events associated with any trastuzumab trial by an independent, blinded cardiac review and evaluation committee. Cardiac dysfunction was defined as congestive heart failure, cardiomyopathy, or a decrease in ejection fraction (> 10% points). Of six patients referred to the cardiac review and evaluation committee, three were considered to have cardiac dysfunction. The first patient had a history of myocardial infarction, previous anthracycline therapy, and baseline left-ventricular ejection fraction (LVEF) of 35% to 40%. After 1 year of trastuzumab therapy, her LVEF was 31% while withholding cardiac drugs. The second patient had a history of hypertension and coronary and cerebrovascular disease. After 28 weeks of trastuzumab, bilateral atrial and right ventricular enlargement and tricuspid regurgitation were noted; subsequently, intermittent pleural effusions developed. Trastuzumab was discontinued in both of these patients, and no additional intervention was required for cardiac events. The third patient had reduction in LVEF after relief of pericardial tamponade, which was attributed to breast cancer.

Information downloaded from jco.ascopubs.org and provided by at Reprints Desk on June 17, 2016 from 72.37.250.187
Copyright © 2002 American Society of Clinical Oncology. All rights reserved.

Case 1:20-cv-00804-RGA Document 269 Filed 04/15/22 Page 134 of 611 PageID #: 5179

**Fig 1. Kaplan-Meier plot of the duration of survival by trastuzumab dose in all enrolled patients. No statistically significant difference was noted between the two groups.**

## DISCUSSION

The results of this trial indicate that trastuzumab is active as a single agent and produces durable objective responses in women with *HER2*-overexpressing breast cancer who have not previously received chemotherapy for their metastatic disease. The response rate was 26%; the clinical benefit rate was 38% in all assessable patients and 48% in the subset whose tumors overexpressed *HER2* at the 3+ level by IHC. Although an accurate assessment of the median duration of response was not possible because of censoring, 57% of the responding patients were known to be free of disease progression at 12 months or more of follow-up, underscoring the durability of the responses. These findings are noteworthy in view of the poor prognosis in this population.[2-4,10] In addition, patients had lung or liver metastases (67%) because of the requirement for bidimensionally measurable disease. Furthermore, most patients had received adjuvant chemotherapy (68%), which included an anthracycline (50%) or high-dose therapy with stem-cell rescue (12%).

This trial was designed as a companion to the pivotal trials of trastuzumab in women with *HER2*-overexpressing breast cancer. In one of these pivotal trials, trastuzumab was administered as a single agent to 222 patients with previously treated metastatic breast cancer in a phase II study.[6] In that study, trastuzumab produced response rates of 15% determined by the response evaluation committee and 20% determined by investigators, median response duration of 9 months, and median survival of 13 months.[6] The collective results of these trials justify additional exploration of trastuzumab as first-line therapy to determine whether its optimal use is earlier in the course of metastatic disease.

The present trial targeted a patient population similar to that of the phase III trial in which patients were randomized to receive chemotherapy with or without trastuzumab as first-line therapy.[7] In that trial, chemotherapy consisted of an anthracycline and cyclophosphamide (AC) or, if patients had previously received adjuvant anthracycline therapy, paclitaxel. The response rate was 42% for AC alone in anthracycline-naive patients and 17% for paclitaxel in anthracycline-exposed patients; the response rate was higher when trastuzumab was added to AC (56%, $P = .02$) or paclitaxel (41%, $P = .001$). The median duration of survival was 25.1 months for trastuzumab and chemotherapy, 26.8 months for trastuzumab and AC, and 22.1 months for trastuzumab and paclitaxel. Compared with the survival findings from the present trial (24 months [95% CI, 16.9 to 31.7 months]), these results suggest that patients do not incur a major survival disadvantage if they receive trastuzumab alone as first-line therapy for metastatic disease. Of course, conclusions based on cross-study comparisons are

**Fig 2. Kaplan-Meier estimates of time to disease progression in 111 assessable patients with *HER2* overexpression by IHC, 79 with *HER2* gene amplification by FISH, and 29 without *HER2* gene amplification. Time to disease progression for FISH+ patients was significantly longer than for FISH$^-$ patients ($P < .0001$).**

Information downloaded from jco.ascopubs.org and provided by at Reprints Desk on June 17, 2016 from 72.37.250.187
Copyright © 2002 American Society of Clinical Oncology. All rights reserved.

**Table 3. Adverse Events in > 20% of 114 Patients Treated With at Least One Dose of Trastuzumab, Including Those Not Related to Treatment**

| | Trastuzumab 2 mg/kg (n = 59) | | | | Trastuzumab 4 mg/kg (n = 55) | | | |
|---|---|---|---|---|---|---|---|---|
| | Any | | Severe | | Any | | Severe | |
| Type of Response | No. | % | No. | % | No. | % | No. | % |
| Any | 58 | 98 | | | 55 | 100 | | |
| Any treatment-related | 40 | 68 | | | 47 | 85 | | |
| Pain | 35 | 59 | 5 | 8 | 32 | 58 | 5 | 9 |
| Asthenia | 31 | 53 | 4 | 7 | 32 | 58 | 4 | 7 |
| Nausea | 22 | 37 | 2 | 3 | 26 | 47 | 1 | 2 |
| Fever | 21 | 36 | 1 | 2 | 25 | 45 | 0 | |
| Headache | 17 | 29 | 2 | 3 | 21 | 38 | 1 | 2 |
| Chills | 13 | 22 | 0 | | 22 | 40 | 1 | 2 |
| Infection | 21 | 36 | 0 | | 14 | 25 | 1 | 2 |
| Diarrhea | 21 | 36 | 1 | 2 | 13 | 24 | 3 | 5 |
| Rash | 12 | 20 | 0 | | 21 | 38 | 0 | |
| Vomiting | 15 | 25 | 1 | 2 | 18 | 33 | 2 | 4 |
| Abdominal pain | 15 | 25 | 1 | 2 | 18 | 33 | 2 | 4 |
| Back pain | 12 | 20 | 3 | 5 | 19 | 35 | 4 | 7 |
| Cough | 16 | 27 | 0 | | 14 | 25 | 0 | |
| Chest pain | 15 | 25 | 2 | 3 | 11 | 20 | 1 | 2 |
| Peripheral edema | 13 | 22 | 0 | | 12 | 22 | 0 | |
| Dyspnea | 9 | 15 | 0 | | 14 | 25 | 1 | 2 |

limited by the potential for bias, regardless of the similarities of their study populations.

The higher dose of trastuzumab showed no apparent benefit over the standard dose based on the efficacy end points in this relatively small trial. Objective responses were seen in patients with different prognostic factors, such as hormone receptor status, site of metastases, duration of disease-free interval, and previous adjuvant therapy. In contrast, objective responses were not detected in the subset of patients whose tumors overexpressed *HER2* at the 2+ level. Objective responses have been detected in this subset of patients in other studies,[6,7] but the response rates were consistently lower than in those with *HER2* overexpression at the 3+ level.

A retrospective analysis was performed to explore the correlation between *HER2* gene amplification by FISH and clinical outcome.[11] The 34% response rate in the subset of assessable patients with gene amplification was noteworthy because it approached the response rate associated with first-line chemotherapy with or without trastuzumab.[7] The data from this and the trastuzumab pivotal trials[6,7] suggest that FISH is a superior method for selecting patients likely to benefit from trastuzumab therapy.

The safety profile of trastuzumab is different from that of most standard chemotherapy agents. Toxicities typically associated with chemotherapy, such as alopecia, stomatitis, and bone marrow suppression, occurred in less than 10% of patients in this trial (data not shown) and may or may not have been related to treatment. In this and previous trastuzumab trials,[6,7] most of the common, treatment-related adverse events occurred after the first infusion and became much less frequent after the second and subsequent infusions. These acute, infusion-related events were characterized by chills, fever, and nausea. There was no clear evidence of a relationship between dose and the severity or frequency of adverse events. QOL did not diminish during treatment with trastuzumab and, in fact, seemed to improve in patients who had objective responses. Similar findings were seen in patients who received single-agent trastuzumab for previously treated metastatic breast cancer.[6]

The most clinically significant adverse event attributed to trastuzumab has been cardiac dysfunction.[6,7] In a blinded, retrospective analysis of all cardiac events in the present trial, an independent committee determined that three patients had cardiac events. Two of the three patients had histories of significant cardiac disease, and one had received adjuvant anthracycline therapy. The cardiac event in the third patient was attributed to underlying breast cancer. After discontinuation of trastuzumab, none of these patients required additional intervention for cardiac events. In other trials, signs and symptoms usually responded to standard medical therapy for congestive heart failure.[6,7] An analysis of cardiac events in all trials involving trastuzumab is underway in an effort to identify risk factors.

The present results (the preliminary findings of which were originally published in abstract form[12-14]) have led to randomized clinical trials designed to additionally assess the optimal clinical use of trastuzumab as first-line treatment of patients with metastatic breast cancer. These trials will provide important information regarding the sequence of

Information downloaded from jco.ascopubs.org and provided by at Reprints Desk on June 17, 2016 from 72.37.250.187
Copyright © 2002 American Society of Clinical Oncology. All rights reserved.

Case 1:20-cv-00804-RGA Document 269 Filed 04/15/22 Page 136 of 611 PageID #: 5181

therapies that provides maximal efficacy and preserves the QOL. In conclusion, single-agent trastuzumab is an active and well tolerated option for first-line treatment of women who have metastatic breast cancer with 3+ *HER2* overexpression by IHC or with gene amplification by FISH.

## ACKNOWLEDGMENT

We thank the principal investigators (see Appendix), Ivonne Villalobos, Jian-Yuan Zhou, MD, Wen-Hsiang Wen, MD, PhD, Yongtian (Brandon) Li, MD, Jennifer Stepcic, Phillips Group Oncology Communications, and Cindy W. Hamilton.

## APPENDIX

The appendix is available online at www.jco.org.

## REFERENCES

1. Slamon DJ, Clark GM, Wong SG, et al: Human breast cancer: Correlation of relapse and survival with amplification of the HER-2/*neu* oncogene. Science 235:177-182, 1987

2. Slamon DJ, Godolphin W, Jones LA, et al: Studies of the HER-2/*neu* proto-oncogene in human breast and ovarian cancer. Science 244:707-712, 1989

3. Hynes NE, Stern DF: The biology of *erbB*-2/*neu*/*HER*-2 and its role in cancer. Biochim Biophys Acta 1198:165-184, 1994

4. Ravdin PM, Chamness GC: The c-erbB-2 proto-oncogene as a prognostic and predictive marker in breast cancer: A paradigm for the development of other macromolecular markers—A review. Gene 159:19-27, 1995

5. Carter P, Presta L, Gorman CM, et al: Humanization of an anti-p185HER2 antibody for human cancer therapy. Proc Natl Acad Sci U S A 89:4285-4289, 1992

6. Cobleigh MA, Vogel CL, Tripathy D, et al: Multinational study of the efficacy and safety of humanized anti-HER2 monoclonal antibody in women who have HER2-overexpressing metastatic breast cancer that has progressed after chemotherapy for metastatic disease. J Clin Oncol 17:2639-2648, 1999

7. Slamon DJ, Leyland-Jones B, Shak S, et al: Use of chemotherapy plus a monoclonal antibody against HER2 for metastatic breast cancer that overexpresses HER2. N Engl J Med 344:783-792, 2001

8. Aaronson NK, Ahmedzai S, Bergman B, et al: The European Organization for Research and Treatment of Cancer QLQ-C30: A quality-of-life instrument for use in international clinical trials in oncology. J Natl Cancer Inst 85:365-376, 1993

9. EORTC Study Group on Quality of Life: EORTC QLQ-C30 Scoring Manual. Brussels, Belgium, EORTC Data Center, 1995

10. Lovekin C, Ellis IO, Locker A, et al: C-erbB-2 oncoprotein expression in primary and advanced breast cancer. Br J Cancer 63:439-443, 1991

11. Mass R, Sanders C, Kasian C, et al: The concordance between the clinical trials assay (CTA) and fluorescence in situ hybridization (FISH) in Herceptin® pivotal trials. Proc Am Soc Clin Oncol 19:75a, 2000 (abstr 291)

12. Vogel CL, Cobleigh MA, Tripathy D, et al: Efficacy and safety of Herceptin® (trastuzumab) as a single agent in first-line treatment of HER2-overexpressing in Metastatic Breast Cancer (HER2+/MBC). Breast Cancer Res Treat 50:232, 1998 (abstr 23)

13. Vogel CL, Cobleigh MA, Tripathy D, et al: First-line, nonhormonal treatment of women with HER2-overexpressing metastatic breast cancer with Herceptin® (trastuzumab, humanized anti-HER2 antibody). Proc Am Soc Clin Oncol 19:71a, 2000 (abstr 275)

14. Osoba D, Burchmore MJ, Ash M, et al: Health related quality of life (HRQL) of patients treated with first-line, single agent, trastuzumab (Herceptin) for metastatic Her-2 overexpressing breast cancer (MBC). Proc Am Soc Clin Oncol 19:436a, 2000 (abstr 1710)

Information downloaded from jco.ascopubs.org and provided by at Reprints Desk on June 17, 2016 from 72.37.250.187
Copyright © 2002 American Society of Clinical Oncology. All rights reserved.

# EXHIBIT CC

Investigational New Drugs **23:** 79–84, 2005.
© 2005 Springer Science + Business Media, Inc. Manufactured in The Netherlands.

# Phase II study of oral bis (aceto) ammine dichloro (cyclohexamine) platinum (IV) (JM-216, BMS-182751) given daily x 5 in hormone refractory prostate cancer (HRPC)

Tahir Latif[1], Laura Wood[1], Cindy Connell[2], David C. Smith[3], David Vaughn[4], David Lebwohl[5] and David Peereboom[1]

[1]*Department of Hematology and Medical Oncology, Taussig Cancer Center, The Cleveland Clinic Foundation, Cleveland OH 44195;* [2]*University Hospitals of Cleveland, Cleveland OH 44106;* [3]*The University of Michigan, Ann Arbor MI 481090;* [4]*Abramson Cancer Center at the University of Pennsylvania, Philadelphia PA 19104;* [5]*Novartis Oncology, Florham Park, NJ*

*Key words:* Hormone refractory prostate cancer (HRPC), JM-216 (BMS-18751, Satraplatin), Phase II Open-label study, Prostate-specific antigen (PSA)

**Summary**

JM-216 is an orally bioavailable platinum compound with activity against many tumor models. The objective of this study was to determine the safety profile and anti-tumor activity of JM-216 in patients with hormone refractory prostate cancer (HRPC) when given orally daily × 5 days. In this open label phase II study JM-216 was administered orally at the dose of 120 mg/m$^2$/d for 5 days every 4 weeks. Patients continued on the therapy until evidence of disease progression or intolerable toxicity developed. Dose escalation and de-escalation were allowed according to patient's tolerance. Thirty-nine patients were enrolled onto the study and received a total of 155 courses (median 2, range 1–16) of JM-216. Dose delays (77% of courses) and dose reductions (31% of courses) were common and were mainly due to myelosupression. Treatment was discontinued in 5 patients due to treatment related toxicities. One patient developed myelodysplastic syndrome 11 months after the start of treatment. The most frequent grade III or higher adverse events included thrombocytopenia (54%), neutropenia (52%), anemia (24%) nausea (13%), vomiting (16%) and diarrhea (28%). PSA response was assessed in 32 patients, 10 (26%) had partial response, 14 (36%) had stable disease while PSA progression was seen in 8 (21%) patients. Of 20 (54%) patients with measurable disease two patients had a documented partial response. Although JM-216 had moderate activity in HRPC when given on daily basis for 5 days, it is associated with significant treatment related toxicities in this patient population.

## Introduction

Metastatic prostate cancer remains the second leading cause of male cancer deaths in the United States of America with estimated 28, 900 deaths in the year 2003 [1]. Although androgen deprivation is the mainstay of treatment in metastatic prostate cancer it is generally considered palliative and all patients eventually become resistant to hormonal therapy. Once prostate cancer becomes hormone refractory, the prognosis is dismal with a median overall survival generally demonstrated to be less than one year [2]. To date none of the several clinical trails evaluating experimental chemotherapeutic and or hormonal regimens in hormone refractory prostate cancer (HRPC) patients had demonstrated a definite survival benefit [2]. Due to the use of differing response and entry criteria the comparison of objective advantage obtained from the use of these cytotoxic agents is difficult to assess [3, 4]. Nonetheless objective response rate (i.e. reduction in measurable disease including complete and partial response) remains less than 10% with most of these regimens [5]. Although no evidence was available in favor of chemotherapy improving the survival in HRPC recent trials have demonstrated encouraging results in symptom palliation, response rate and quality of life [6].

JM-216, (BMS-182751, Satraplatin), {bis (aceto) ammine dichloro (cyclohexamine) platinum (IV)}, is a novel platinum analog that can be administered orally on a daily basis [7]. JM-216 has shown antitumor activity comparable to that of cisplatin or carboplatin in human ovarian

AVENTIS EXHIBIT 2110
Mylan v. Aventis, IPR2016-00712

Case 1:20-cv-00804-RGA Document 269 Filed 04/15/22 Page 139 of 611 PageID #: 5184

carcinoma xenograft and murine sarcoma models [8]. It has also shown antitumor selectivity far superior to that observed for cisplatin or carboplatin against murine plasmacytoma in the in vivo preclinical studies [9]. Although phase I studies of JM-216 as a single agent have evaluated three administration schedules, daily dose for 5 consecutive days, every three weeks was the recommended schedule for further studies due to ease of administration and best tolerability [10]. Utilizing this schedule the dose-limiting toxicities included thrombocytopenia, and diarrhea and the maximum tolerated dose (MTD) was 100–140 mg/m$^2$/d. The most frequent reasons for treatment discontinuations due to an adverse effect were hematologic and/or gastrointestinal toxicities. The recommended phase II dose using the daily times 5 days schedule was 100–120 mg/m$^2$/d every three to four weeks [10, 11]. Multiple phase I/II trials have evaluated the role of cisplatin and carboplatin, either as single agent or in combination with other cytotoxic agents, in HRPC [12–18]. The objective response rate to single agent cisplatin ranged 0 to 19% in these trials and was comparable to that seen with other chemotherapeutic agents in HRPC [14–18]. Carboplatin in combination with pactlitaxel and estramustine phosphate (TEC) has shown significant antitumor activity (45% response rate in patients with measurable disease) [12, 13]. Based on these results, ease of daily oral administration and the need for improved therapy for HRPC a phase II study of JM-216 in the treatment of HRPC was undertaken. The objectives of the study were to determine the anti-tumor activity of JM-216 in the treatment of HRPC, and to evaluate the safety profile of this unique agent in this patient population and schedule proposed.

## Patients and methods

*Patient eligibility and evaluation*

From December 1995 to October 1998 patients with histologically confirmed metastatic prostatic adenocarcinoma, who had disease progression despite one or more hormonal therapies, and after anti-androgen withdrawal were enrolled in the study. Both measurable and evaluable patients were eligible for the study provided progression of disease could be objectively established. Progression was demonstrated by worsening disease on bone scan or other objective measures including bone X-ray, CAT scan and magnetic resonance imaging (MRI). Isolated increase in Prostate Specific Antigen (PSA) was not considered sufficient evidence of disease progression. Patients were required to have ECOG performance status of 0–2, and a life expectancy of at least 6 months. No prior cytotoxic chemotherapy (including suramin) or large field radiation (greater than 30% of marrow bearing area) was allowed. Patients were required to have adequate bone marrow reserve, renal and hepatic function. Sexually active, fertile patients were required to use effective birth control methods while receiving study drug. Individuals were excluded if they were diagnosed with a serious concurrent uncontrolled medical disorder; a history of major gastrointestinal surgery or pathology likely to influence absorption; and a history or prior malignancy except appropriately treated localized epithelial skin cancer.

Pretreatment evaluation included a history and physical examination including height, weight, performance status, and symptom review. Pretreatment testing included an EKG, chest X-ray, pain assessment, and tumor assessment. Laboratory tests required within 14 days of initial treatment included the following: complete blood count (CBC), blood chemistry profile, urinalysis, PSA and creatinine clearance in case of abnormal serum creatinine. While receiving treatment, weekly CBC was obtained. History and physical examination, pain assessment, blood chemistry profile, urinalysis and PSA were required prior to each treatment cycle. Repeat creatinine clearance values were obtained if the serum creatinine rose to above the upper normal limit. Chest X-ray and EKG were repeated as clinically indicated. Toxicity assessment was performed at every clinic visit using National Cancer Institute common toxicity criteria (version 1). Tumor reassessment was required prior to every other course and as clinically indicated.

*Treatment*

JM-216 was provided by Bristol-Myers Squibb Pharmaceutical Research Institute in capsules of 10 mg, 50 mg, and 200 mg. JM-216 was initiated at 120 mg/m$^2$/d for five days, repeated every three weeks. The dose interval was amended to every four weeks after the first five patients experienced delayed hematologic recovery. Dose escalation or de-escalation was allowed according to preplanned dose adjustment schema that is shown in Table 1. Patients were allowed to continue treatment as long as clinical benefit was observed, in the absence of disease progression and/or intolerable toxicities. Reasons for termination

*Table 1.* Schema for planned dose adjustments

| Toxicity | Dose adjustment[a] |
|---|---|
| ≤Grade 1 hematological toxicity[b] | Escalate to next level |
| Equal to grade II hematological toxicity | No change |
| ≥Grade II hematological toxicity or 25–50% reduction in creatinine clearance | Reduce one level |

[a]Dose levels: $-2 = 80$ mg/m$^2$/d, $-1 = 100$ mg/m$^2$/d, $0 = 120$ mg/m$^2$/d, $+1 = 140$ mg/m$^2$/d, $+2 =$ Do not exceed 140 mg/m$^2$/d.
[b]According to CTC version 1.

included toxicity, disease progression, patient request, non-compliance, or physician decision.

*Evaluation*

Evaluation for progression of disease or response to chemotherapy was performed using physical examination, bone scans, bone X-rays, and other appropriate imaging techniques and PSA levels. Measurable disease was defined as lesions measurable in two perpendicular diameters. A complete response (CR) in patients with measurable disease consisted of complete disappearance of all tumor lesions and of all signs and symptoms of disease for at least four weeks from the date of documentation of the complete response. A partial response (PR) among patients with measurable disease consisted of a decrease by more than 50% in the sum of the products of the two largest perpendicular diameters of all measurable lesions as determined by two consecutive observations, at least four weeks apart. Stable disease was defined as failure to observe either a CR or PR, in the absence of progressive disease (PD), as determined by two consecutive observations at least four weeks apart. Progressive disease was determined by an increase in size by at least 25% of any measurable or evaluable lesion, and/or the appearance of new lesions or the occurrence of malignant pleural effusion or ascites.

A complete PSA response was defined as PSA values within institutional normal range provided there was no disease progression during or before the response period. Partial PSA response consisted of PSA values that had decreased by at least 50% of their baseline values, without disease progression during or before the response period. A stable PSA response was defined as PSA values that are less than 50% from the baseline value, provided there is no CR, PR or PD, during or before the response period. PSA progression was determined by PSA values with atleast a 50% increase from the nadir value. Assessment of PSA response required two consecutive PSA values at least 28 days apart for each of the circumstances (CR, PR, and PD)

*Statistical methods*

The original study incorporated a two-stage accrual design to allow early termination should preliminary results indicates that treatment has minimal activity or unacceptable toxicity in this population. Objective response rate was the primary endpoint of the study. However, the decision to continue the trial was based on overall evidence of response including both objective response and PSA response. Fifteen evaluable patients were to enter into the study initially; if 2–4 responses were observed, then stage two would begin with the accrual of 15 additional patients to estimate the effectiveness of JM-216 in this patient population. If more than 7 responses were observed, the regimen was concluded to be promising. Tabulations and descriptive statistics were used to analyze patient characteristics, drug efficacy, drug safety and laboratory observations.

**Results**

The pretreatment characteristics of patients entered into this trial are listed in Table 1. Thirty-nine patients were registered from December 1995 to October 1998. All patients initiated treatment at a dose of 120 mg/m$^2$/day and received a total of 155 courses of JM-216 (median 2, range 1–16). The original protocol required that the chemotherapy be given for five consecutive days every 21 days. The protocol was amended in July 1996, to reflect the discovery of late hematologic nadirs occurring at approximately day 21 of each course. The cycle length was then changed to every 28 days. Dose delays were common and occurred in 88 (77%) of 116 courses delivered subsequent to the first course and the median number of days between courses was 38 (range 21–72 days). The majority of courses were delayed due to the late recovery from hematologic toxicity. Dose reductions occurred frequently and reasons for dose reduction included cytopenia in 23 patients and an increase in creatinine in 2 patients. Of 37 patients who received a minimum of two courses, 22 (59%) patients required at least one dose reduction during their treatment. Dose reductions occurred in 36 (31%) of 116 courses administered subsequent to the first course. However, 10 (26%) patients who received a minimum of two courses, were dose escalated to 140 mg/m$^2$/day at some point in time during their therapy. Permanent dose discontinuation occurred in 5 patients. Three had elevated liver function tests and one each had leukopenia and thrombocytopenia.

Hematologic toxicities are summarized in Table 2. Median time to hematologic nadir during evaluation of all courses was day 27 for hemoglobin (range 2–154); day 22 for absolute neutrophil count (range 2–45) and day 24 for platelet count (range 2–108). Fourteen patients required transfusions for anemia or thrombocytopenia at some time during their course of treatment. Approximately 88% of patients had abnormal lymphocyte values at the initiation of the study with 95% of patients developing grade 3 lymphopenia during the treatment phase. One patient developed a latent myelodysplastic syndrome (MDS) with complex karyotype (including 7q-) on cytogenetic analysis approximately eleven months after his treatment.

Non-hematological toxicities were mostly grade I or II and included nausea (95%), asthenia (90%), diarrhea

*Table 2.* Patient characteristics

| Characteristics | $N = 39$ |
|---|---|
| Age | |
| Median (years) | 69 |
| Range | 47–82 |
| Performance status | |
| 0 | 16 (41%) |
| 1 | 22 (56%) |
| Not Reported | 1 (3%) |
| PSA | |
| Median (ng/L) | 117.7 |
| Range | 4.3–1497.8 |
| Time from diagnosis | |
| Median (months) | 55 |
| Range | <1–116 |
| Bone metastases | |
| Present | 33 (85%) |
| Absent | 6 (15%) |
| Prior therapy | |
| Radiation | 24 (61%) |
| Hormone therapy | 39 (100%) |
| Orchiectomy | 12 |
| LHRH agonist | 29 |
| Anti-androgen | 35 |
| Estrogen | 6 |

*Table 3.* Grade 3 or higher toxicities according to CTC version 1

| Toxicity | % of Patients, $N = 39$ |
|---|---|
| Hematologic | |
| Anemia | 24 |
| Leukopenia | 41 |
| Neutropenia | 52 |
| Lymphopenia | 95 |
| Thrombocytopenia | 54 |
| Gastrointestinal | |
| Diarrhea | 28 |
| Vomiting | 13 |
| Nausea | 16 |
| Elevated Liver enzymes | 10 |
| Renal | 0 |

(87%), anorexia (69%), vomiting (51%) constipation (44%), chills (38%), myalgia (36%), dysgeusia (33%), dizziness (33%), and headache (31%). As summarized in Table 2 Gastrointestinal toxicities were significant, with Grade 3 or higher nausea, vomiting and diarrhea noted in 13, 16 and 28% of the patients respectively. Approximately one-third of patients had an elevation of ALT, AST, or total bilirubin from baseline at some point during treatment. Most elevations were grade 1or II, transient, tended to occur soon after the course of treatment and recurred in some cases upon re-challenge with JM-216. Grade 3 or higher abnormalities of liver related enzymes occurred in 4 patients and treatment was discontinued in three patients. Abnormalities of liver enzymes were uniformly reversible in all cases on discontinuation of therapy. Renal toxicities were mild and infrequent with only two patients requiring dose delays and reductions secondary to renal function abnormalities. Seventeen patients reported a total of 35 hospitalizations during the course of this study. Twelve of these hospitalizations were believed related to study drug toxicity. Treatment were discontinued due to progressive disease in 19 (49%) patients, treatment related toxicity in 13 (33%) patients and upon patient's request in 5 (13%) cases.

Twenty patients (54%) had measurable disease. Two patients, one with liver metastasis had a documented partial response. The remaining 18 patients did not have any measurable response to treatment, in 7 patients the disease remained stable for the duration of treatment. PSA values were measured at the time of each chemotherapy administration. Thirty-two patients had all PSA values available for response assessment. A complete PSA response or a partial PSA response was measured in 10 (26%) patients, stable disease was noted in 14 (36%) patients while PSA progression occurred in 8 (20%) patients. PSA response could not be evaluated in 7 (18%) patients due to the missing values. Treatment was discontinued in many patients before the documentation of PSA progression due to toxicity and other reasons, 14 (35%) patients enrolled in the study had documented PSA progression during the treatment period. The median survival for the whole cohort is 16.7 months (95% confidence interval 9.3–19.2 months). The median PSA response duration was 3.8 months while median progression-free survival was 7.7 months in 32 assessable patients.

## Discussion

JM-216 (BMS-182751, Satraplatin) is a novel orally bioavalible platinum analog that had demonstrated antitumor activity comparable with parentrally administered cisplatin or carboplatin in both in vitro and in vivo studies. Although phase II studies in small cell lung cancer JM-216 has shown considerable promise as first line therapy [19], its antitumor activity in refractory cervical and non-small cell lung cancers is at best modest [20, 21]. Its role as a radiation sensitizer and in combination with other drugs has been evaluated in small studies [22, 23]. The overall response rate including objective and PSA response (excluding stable disease) was 26% in this study. Stable disease was observed in another 36% of the patients demonstrating modest anti-tumor activity of JM-216 in HRPC comparable to that observed for other cytotoxic agents in this setting.

Despite JM-216 showing modest activity within this patient group, frequent dose modification and delays secondary to treatment-related toxicity complicated management considerably. The most common and significant grade 3 or higher toxicities were myelosupression (54%) and gastrointestinal (28%) as noted in previous studies. The unexpected finding noted in this study was the unusually late recovery of neutropenia and thrombocytopenia as reflected by prolonged cycle interval (median 38 days) between subsequent courses. This result could be explained partly by older age of the patients and the fact that 61% of patients had received prior radiation therapy that can potentially damage bone marrow reserves [24]. It is more likely that the late nadir represents toxicity to stem cells, which has become evident in this patient population. Development of MDS in one patient eleven months after the therapy, the first noted case of possible treatment related leukemia following JM-216 therapy, supports the hypothesis of stem cell damage. Presence of complex karyotype (including 7q-, an abnormality typically associated with prior chemotherapy related leukemia/MDS) in our patient and existence of reports describing higher incidence of secondary leukemia following cisplatin and carboplatin therapy in ovarian cancer favors this conclusion [25, 26]. The cause and significance of lymphopenia in majority of patients during the treatment phase is also not clear even though it has been reported in other studies evaluating estrogen, corticosteroids, suramin and mitoxantrone in HRPC [27–29].

Non hematological toxicities were mainly gastrointestinal with grade 3 or higher nausea, vomiting and diarrhea occurring in 13–28% of patients. Three patients were hospitalized due to refractory gastrointestinal toxicities. Elevation of the liver enzymes and bilirubin was noted in approximately one third of the patients treated with JM-216 at some point during their treatment. Although these abnormalities were mild and transient in majority of patients, contrary to previous studies treatment had to be discontinued in three patients a finding that could also be related to older age and higher dose of JM-216 in our patients.

In conclusion although this study had demonstrated a modest antitumor activity of JM-216, comparable to other currently available chemotherapeutic agents for HRPC, we believe that toxicities associated with this dose and schedule significantly complicate the management of these patients. As evident by frequent dose delays and dose reductions starting dose in this trial seems to be too high for prostate cancer patients. Future studies should design to evaluate lower starting doses with longer cycle duration especially if used in combination with any other myelotoxic chemotherapeutic agents.

## References

1. Jemal A, Murray T, Samuels A, Ghafoor A, Ward E, Thun MJ: Cancer statistics, 2003. CA Cancer J Clin 53: 5–26, 2003
2. Cho D, Di Blasio CJ, Rhee AC, Kattan MW: Prognostic factors for survival in patients with hormone-refractory prostate cancer (HRPC) after initial androgen deprivation therapy (ADT). Urol Oncol 21: 282–291, 2003
3. Eisenberger MA, Bezerdjian L, Kalash SA: Critical assessment of the role of chemotherapy for endocrine-resistant prostatic carcinoma. Urol Clin North Am 14: 695–706, 1987
4. Tannock IF: Is there evidence that chemotherapy is of benefit to patients with carcinoma of the prostate? J Clin Oncol 3: 1013–1021, 1985.
5. Yagoda A, Petrylak D: Cytotoxic chemotherapy for advanced hormone-resistant prostate cancer. Cancer 71: 1098–1109, 1993
6. Tolcher AW: New therapeutic strategies for prostate cancer: Reasons for optimism and reflection. Invest New Drugs 20: 143–144, 2002
7. Amorino GP, Mohr PJ, Hercules SK, Pyo H, Choy H: Combined effects of the orally active cisplatin analog, JM216, and radiation in antitumor therapy. Cancer Chemother Pharmacol 46: 423–426, 2000
8. Rose WC, Crosswell AR, Schurig JE, Casazza AM: Preclinical antitumor activity of orally administered platinum (IV) complexes. Cancer Chemother Pharmacol 32: 197–203, 1993
9. Kelland LR, Abel G, McKeage MJ, Jones M, Goddard PM, Valenti M, Murrer BA, Harrap KR: Preclinical antitumor evaluation of bis-acetato-ammine-dichloro-cyclohexylamine platinum(IV): An orally active platinum drug. Cancer Res 53: 2581–2586, 1993
10. McKeage MJ, Raynaud F, Ward J, Berry C, O'Dell D, Kelland LR, Murrer B, Santabarabara P, Harrap KR, Judson IR: Phase I and pharmacokinetic study of an oral platinum complex given daily for 5 days in patients with cancer. J Clin Oncol, 15: 2691–2700, 1997
11. Kurata T, Tamura T, Sasaki Y, Fujii H, Negoro S, Fukuoka M, Saijo N: Pharmacokinetic and pharmacodynamic analysis of bis-acetato-ammine-dichloro-cyclohexylamine-platinum(IV) (JM216) administered once a day for five consecutive days: A phase I study. Jpn J Clin Oncol 30: 377–384, 2000
12. Kelly WK, Curley T, Slovin S, Heller G, McCaffrey J, Bajorin D, Ciolino A, Regan K, Schwartz M, Kantoff P, George D, Oh W, Smith M, Kaufman D, Small EJ, Schwartz L, Larson S, Tong W, Scher H: Paclitaxel, estramustine phosphate, and carboplatin in patients with advanced prostate cancer. J Clin Oncol 19: 44–53, 2001
13. Canobbio L, Guarneri D, Miglietta L, Decensi A, Oneto F, Boccardo F: Carboplatin in advanced hormone refractory prostatic cancer patients. Eur J Cancer 29A: 2094–2096, 1993
14. Rossof AH, Talley RW, Stephens R, Thigpen T, Samson MK, Groppe CJ, Eyre HJ, Fisher R: Phase II evaluation of cis-dichlorodiammineplatinum(II) in advanced malignancies of the genitourinary and gynecologic organs: A Southwest Oncology Group Study. Cancer Treat Rep 63: 1557–1564, 1979
15. Merrin CE: Treatment of previously untreated (by hormonal manipulation) stage D adenocarcinoma of prostate with combined orchiectomy, estrogen, and cis diamminedichloroplatinum. Urology 15: 123–126, 1980
16. Moore MR, Troner MB, DeSimone P, Birch R, Irwin L: Phase II evaluation of weekly cisplatin in metastatic hormone-resistant prostate cancer: A Southeastern Cancer Study Group Trial. Cancer Treat Rep 70: 541–542, 1986
17. Yogoda A: Phase II trials with cis-dichlorodiammineplatinum(II) in the treatment of urothelial cancer. Cancer Treat Rep 63: 1565–1572, 1979

18. Qazi R, Khandekar J: Phase II study of cisplatin for metastatic prostate Cancer. AM J Oncol 6: 203–205, 1983
19. Fokkema E, Groen HJ, Bauer J, Uges DR, Weil C, Smith I E: Phase II study of oral platinum drug JM216 as first-line treatment in patients with small-cell lung cancer. J Clin Oncol 17: 3822–3827, 1999
20. Judson I, Cerny T, Epelbaum R, Dunlop D, Smyth J, Schaefer B, Roelvink M, Kaplan S, Hanauske A: Phase II trial of the oral platinum complex JM216 in non-small-cell lung cancer: An EORTC early clinical studies group investigation. Ann Oncol 8: 604–606, 1997
21. Trudeau M, Stuart G, Hirte H, Drouin P, Plante M, Bessette P, Dulude H, Lebwohl D, Fisher B, Seymour L: A phase II trial of JM-216 in cervical cancer: An NCIC CTG study. Gynecol Oncol 84: 327–331, 2002
22. Jones S, Hainsworth J, Burris HA 3rd, Thompson D, Raefsky E, Johnson V, Calvert S, Bulanhagui C, Lebwohl D, Greco FA: Phase I study of JM-216 (an oral platinum analogue) in combination with paclitaxel in patients with advanced malignancies. Invest New Drugs 20: 55–61, 2002
23. George CM, Haraf DJ, Mauer AM, Krauss SA, Hoffman PC, Rudin C M, Szeto L, Vokes E: E. A phase I trial of the oral platinum analogue JM216 with concomitant radiotherapy in advanced malignancies of the chest. Invest New Drugs 19: 303–310, 2001
24. Dainiak N: Hematologic consequences of exposure to ionizing radiation. Exp Hematol 30: 513–528, 2002
25. Travis LB, Holowaty EJ, Bergfeldt K, Lynch CF, Kohler BA, Wiklund T, Curtis RE, Hall P, Andersson M, Pukkala E, Sturgeon J, Stovall M: Risk of leukemia after platinum-based chemotherapy for ovarian cancer. N Engl J Med 340: 351–357, 1999
26. Philpott NJ, Elebute MO, Powles R, Treleaven JG, Gore M, Dainton MG, Min T, Swansbury GJ, Catovsky D: Platinum agents and secondary myeloid leukaemia: Two cases treated only with platinum-based drugs. Br J Haematol 93: 884–887, 1996
27. Morales A, Kraus AS, Bruce AW: Oestrogen therapy and serum cortisol in carcinoma of the prostate. Br J Urol 47: 283–286, 1975
28. Kelly WK, Scher HI, Mazumdar M, Pfister D, Curley T, Leibertz C, Cohen L, Vlamis V, Dnistrian A, Schwartz M: Suramin and hydrocortisone: Determining drug efficacy in androgen-independent prostate cancer. J Clin Oncol 13: 2214–2222, 1995
29. Chi KN, Gleave ME, Klasa R, Murray N, Bryce C, Lopes de Menezes DE, D'Aloisio S, Tolcher AW: A phase I dose-finding study of combined treatment with an antisense Bcl-2 oligonucleotide (Genasense) and mitoxantrone in patients with metastatic hormone-refractory prostate cancer. Clin Cancer Res 7: 3920–3927, 2001

*Address for offprints:* David Peereboom, The Cleveland Clinic Foundation, 9500 Euclid Avenue, Desk R 35, Cleveland, OH 44195, USA. Office: 216 445 6068; E-mail: Peerebd@ccf.org

# EXHIBIT DD

**UNITED STATES PATENT AND TRADEMARK OFFICE**

---

**BEFORE THE PATENT TRIAL AND APPEAL BOARD**

---

**MYLAN LABORATORIES LIMITED**
**Petitioner,**
**v.**
**AVENTIS PHARMA S.A.**
**Patent Owner.**

---

Case IPR2016-00712
U.S. Patent No. 8,927,592

---

# DECLARATION OF ALTON OLIVER SARTOR, M.D.

Aventis Exhibit 2176
Mylan v. Aventis, IPR 2016-00712

# TABLE OF CONTENTS

I. QUALIFICATIONS ....................1

II. SCOPE OF ASSIGNMENT AND APPROACH ....................5

III. APPLICABLE STANDARDS AND CONTROLLING PRINCIPLES ....................6

A. Interpreting Patent Claims ....................6

B. Obviousness ....................6

C. Person of Ordinary Skill in the Art ....................8

IV. BACKGROUND ON THE DEVELOPMENT OF METASTATIC CASTRATION RESISTANT PROSTATE CANCER ....................9

V. CLAIM CONSTRUCTION ....................13

VI. NONOBVIOUSNESS ....................13

A. The Taxane Status and Preclinical Data for Cabazitaxel Did Not Indicate That It Would Be Useful to Treat Patients Who Had Already Failed Another Taxane ....................17

1. A POSA Would Not Have Shared Dr. Seth's Oversimplified View of Docetaxel Resistance ....................18

2. A POSA Would Not Have Expected Similar Pharmacological Properties in All Taxanes Based on Structural Analogy ....................21

B. Phase I Data Reported in Attard and Mita Would Not Have Provided a POSA with a Reasonable Expectation of Success ....................31

C. A POSA Would Not Have Had a Reasonable Expectation of Success Based on the Phase II Breast Cancer Data Reported in Beardsley and Pivot ....................54

1. Objective Tumor Responses in Early Non-Prostate Cancer Studies Did Not Provide a Reasonable Expectation of Success in Further Prostate Cancer Studies ....................55

2. A POSA Would Not Extrapolate from Results in Breast Cancer to Prostate Cancer ....................64

**PUBLIC VERSION**

3. A POSA Would Not Have Reasonably Expected Activity in Prostate Cancer Based on a 14% Tumor Response Rate in Breast Cancer ..... 70

D. The Mere Existence of a Phase III Trial Would Not Have Provided a POSA with a Reasonable Expectation of Success ..... 74

E. A POSA Would Not Have Been Motivated to Use a 25 mg/m$^2$ Dose of Cabazitaxel ..... 82

F. Dr. Seth Has Not Sufficiently Shown Why a POSA Would Use Prednisone ..... 83

G. A POSA Would Not Have Had a Reasonable Expectation That Cabazitaxel in Combination with a Corticoid Would Provide a Survival Benefit in Patients Worsening During or After Docetaxel Therapy ..... 87

H. Objective Indicia of Nonobviousness Support the Nonobviousness of Claims 1-5, 7-30 ..... 91

1. There Was a Long Felt but Unmet Need ..... 92

2. Failure of Others ..... 95

3. Unexpected Results ..... 97

4. Praise of Others ..... 100

5. Commercial Success ..... 101

VII. AVENTIS'S MOTION TO AMEND ..... 103

A. Claim Construction ..... 105

1. "A method for increasing survival" ..... 105

2. "antihistamine," "corticoid," and "$H_2$ Antagonist" ..... 106

B. No Prior Art Disclosed a Method for Prolonging the Life of a Patient with mCRPC that had Progressed During or After Docetaxel Treatment Comprising Administering 20-25 mg/m$^2$ of Cabazitaxel in Combination with Prednisone ..... 107

C. The Prior Art Does Not Teach the Use of a Premedication Regimen of an Antihistamine, a Corticoid, and an $H_2$ Antagonist with Cabazitaxel in Combination with Prednisone ..... 109

**PUBLIC VERSION**

1. None of the Cabazitaxel Prior Art References Suggested Using the Claimed Three Component Premedication .............................109

2. A POSA Would Not Have Used The Premedication Regimens For Docetaxel or Paclitaxel Based On The Prior Art ..........................................................................................................112

3. The Prior Art Teaches Away From Premedication with $H_2$ Antagonists ..........................................................................................115

**PUBLIC VERSION**

## I. QUALIFICATIONS

1. I am the same Dr. Sartor who submitted a declaration under 37 C.F.R. § 1.132 during the prosecution of U.S. Patent Application No. 13/456,720, which I understand issued as U.S. Patent No. 8,927,592 (the "'592 patent"). Exh. 1004 at 164-222.

2. I am a medical oncologist that has specialized in the research and treatment of prostate cancer for more than 25 years. I am the Laborde Professor of Cancer Research in the Medicine and Urology Departments and the Assistant Dean for Oncology at the Tulane University School of Medicine.

3. I received my M.D. from Tulane University in 1982. I completed an internship at the University of Pennsylvania before training in internal medicine at Tulane University School of Medicine. I then completed a fellowship at the National Cancer Institute ("NCI") in Bethesda, Maryland in 1989. From 1989-1990 I was a Senior Staff Fellow at the Laboratory of Cellular Development and Oncology, National Institutes of Dental Research before serving as a Senior Investigator at the NCI until 1993.

4. In 1993 I returned to Louisiana to serve as Associate Professor of Medicine at the Louisiana State University ("LSU") Medical School in Shreveport, L.A. and then moved to the LSU Health Sciences Center in New Orleans, L.A. in 1998 as the Patricia Powers Strong Professor of Oncology, Stanley S. Scott Cancer Center

Director, and Hematology/Oncology Section Chief. I became the Co-Director of the Louisiana Cancer Research Consortium at its origin in 2002.

5. In 2006 I left LSU and joined the Lank Center for Genitourinary Oncology at the Dana Farber Cancer Research Institute and Harvard Medical School. In 2008 I joined Tulane University where I am currently Medical Director and Associate Director for Clinical Programs of the Tulane Cancer Center. Further information regarding my academic background and work experience can be found in my curriculum vitae, a copy of which is submitted separately as Exhibit 2180.

6. During the course of my career, my interests have focused on treating prostate cancer, particularly in patients who have failed initial therapy. I have published more than 300 scholarly articles, including many on clinical trials of agents to treat prostate cancer. These publications have been cited more than 15,000 times per Google Scholar.

7. I have been appointed to numerous scientific committees. I am currently serving as Chairman of the Tulane Cancer Center Strategic Planning Committee; Medical Chair of the Genitourinary Committee of NRG Oncology (the world's largest radiation oncology research group); and served as an FDA Public Workshop Panelist in 2013 on Clinical Trial Design Issues - Drug & Device Development for Localized Prostate Cancer. I was previously chairman of the

Integration Panel for the Department of Defense's Congressional Directed Medical Research Program in Prostate Cancer.

8.    I have served on the editorial boards of scientific journals such as The Prostate, Urology, and Personalized Medicine in Oncology.  I am currently Editor-in-Chief of the Clinical Genitourinary Cancer journal.

9.    I have given hundreds of invited lectures and presentations at meetings around the world including at ASCO (American Society of Clinical Oncology), ASCO Genitourinary Cancers ("ASCO GU"), and ESMO (European Society of Medical Oncology) meetings.  I have also consulted with various pharmaceutical companies including Johnson & Johnson, Sanofi, Novartis, GlaxoSmithKline, Pfizer, Bayer, Dendron, and OncoGenex.

10.   I was a principal investigator ("PI") or co-PI on numerous prospective international clinical trials evaluating new therapies for patients with advanced prostate cancer, including five pivotal trials that have led to FDA approvals.  I have also served as Data Monitoring Committee Chair for four phase III pivotal trials for FDA approval in prostate and renal cell cancer.

11.   I was a co-PI on the TROPIC phase III study comparing cabazitaxel plus prednisone to mitoxantrone plus prednisone in patients with metastatic castration-resistant prostate cancer ("mCRPC") previously treated with a docetaxel-containing treatment, a study sponsored by Sanofi.  I was also the co-PI on another

phase III clinical trial of cabazitaxel, known as FIRSTANA, also sponsored by Sanofi.

12. I continue to treat patients at the Tulane Cancer Center and Urology Multi-Disciplinary Clinic. I see approximately 40-50 patients per week with urologic malignancies. Currently about 1000 patients are under my care, mostly with prostate cancer. From 2005-2016, I have been named one of the "Best Doctors in America" by Best Doctors, Inc.

13. I have significant experience in the clinical evaluation of cancer treatments, evaluation of novel treatments for patients with prostate cancer that have failed initial therapies, and treatment of patients with advanced prostate cancer. I have administered docetaxel therapy to my prostate cancer patients since the approval of Taxotere® in 2004. I have also administered cabazitaxel therapy to patients progressing after docetaxel therapy since the approval of Jevtana® in 2010. Therefore, I believe that I am qualified to render the opinions set forth in this declaration.

14. I am being compensated for my time spent in connection with this matter at a rate of $500.00 per hour. My compensation does not depend on the outcome of this proceeding or the conclusions in this report. I have no financial interest in the '592 patent.

## II. SCOPE OF ASSIGNMENT AND APPROACH

15. I have been retained as an expert on behalf of Patent Owner Aventis Pharma S.A. ("Aventis") to provide information and opinions to the Patent Trial and Appeal Board ("the Board") to assist in the determination of the validity of the claims of the '592 patent for which a Petition for *Inter Partes* Review ("IPR") has been filed by Mylan Laboratories Ltd. ("Mylan") and instituted.

16. Specifically, counsel for Aventis asked me to respond to arguments made by Mylan's expert Dr. Rahul Seth regarding the validity of Claims 1-5 and 7-30 in view of certain prior art references (Exh. 1002), to provide my opinions on the validity of these claims of the '592 patent as well as proposed new claims 31-34, and to provide my opinions regarding the meaning of certain terms in proposed new claims 31-34.

17. I have been informed by counsel and understand that the analysis of whether a patent is obvious is performed from the perspective of a person of ordinary skill in the art at the time of the patented invention. I understand the relevant timeframe for the patented invention of the '592 patent is October 2009, January 2010, and June 2010.[1]

[1] I understand that certain claims of the '592 patent have different filing dates. My opinions do not change whether the dates are October 2009, January 2010, or June 2010.

18.   A list of documents that I relied on in connection with the development of my opinions set forth in this declaration is attached as Appendix 1.  I have also reviewed the declaration of Dr. Seth and the documents cited therein.

19.   To the extent that I am presented with new information concerning the subject matter of this declaration or affecting any of my assumptions, I reserve the right to supplement this declaration accordingly.

## III.   APPLICABLE STANDARDS AND CONTROLLING PRINCIPLES

### A.   Interpreting Patent Claims

20.   I have been asked to provide my opinion as to the meaning of terms in Claims 1, 27, and proposed Claim 31.  I have been informed by counsel and understand that I should interpret the claims from the point of view of a person of ordinary skill in the art and that my interpretation should be consistent with the broadest reasonable construction in light of the patent.

### B.   Obviousness

21.   I have been informed by counsel and understand that an issued patent claim is invalid as obvious if it can be shown that the differences between the patented subject matter and the prior art are such that the subject matter as a whole would have been obvious, at the time the invention was made, to a person having ordinary skill in the art.  I understand that for an invention that is composed of

several elements, it is not enough to demonstrate that each was independently known in the art.

22. I have been informed by counsel and understand that when the question is whether it would have been obvious to combine elements in the prior art, the Board will determine whether there was a reason to combine the elements in the manner claimed by the patent at issue. I also understand that it must be shown that a person of ordinary skill in the art would have had a reasonable expectation of success in combining the prior art references.

23. I have been informed by counsel and understand that relevant considerations include the level of ordinary skill in the art; the scope and content of the prior art; differences between the prior art and the claims at issue; and the so-called objective secondary factors of nonobviousness. Secondary factors of nonobviousness may include, for example, evidence of unexpected results, commercial success, long felt but unmet needs, failure of others, and praise of others.

24. I have been informed by counsel and understand that, in order to evaluate the obviousness of any claim of the ’592 patent over a given prior art combination, I should analyze whether the prior art references, including collectively in combination, disclose each and every element of the allegedly invalid claim as

those references are read by the person of ordinary skill in the art at the time of the invention.

25. I have been informed by counsel and understand that in this proceeding, the burden of proving that the ’592 patent is obvious falls on the Petitioner, here Mylan. I also understand that Mylan must prove that the claims are obvious by a “preponderance of the evidence,” which I understand to mean more likely than not.

26. I understand for Aventis’s motion to amend the ’592 patent to add Claims 31-34, the burden is on Aventis to demonstrate that the claims are patentable.

### C. Person of Ordinary Skill in the Art

27. I have been informed by counsel and understand that the “person of ordinary skill in the art” or a “POSA” is a hypothetical person who is presumed to be familiar with the relevant scientific field and its literature at the time of invention. This hypothetical person is also a person of ordinary creativity capable of understanding the scientific principles applicable to the pertinent field.

28. The specification and claims of the ’592 patent relate to methods of treating and increasing the survival of a patient with prostate cancer that has progressed during or after docetaxel therapy by administering 20-25 $mg/m^2$ of cabazitaxel in combination with a corticoid, and the clinical studies of therapies for prostate cancer. It is my opinion that the person of ordinary skill in the art in the field of the ’592 patent would be an oncologist or a medical doctor specializing in

oncology with experience treating prostate cancer patients, including treating patients with metastatic prostate cancer. The skilled person would also have experience evaluating new therapies for prostate cancer. He or she would also have access to information regarding mechanisms of drug resistance and pharmacokinetics.

29. Based on my training and experience, I believe I am (and was as of October 2009, January 2010, and June 2010) a person of greater than ordinary skill in the relevant art, which permits me to give an opinion about the qualifications of one of ordinary skill at the time of the invention.

30. Dr. Seth defines the person of ordinary skill in the art differently, in that he includes specific pieces of information that such a person would have, and makes assumptions about what a person would do with cabazitaxel and a corticoid. Exh. 1002 at ¶ 40.

31. My opinions stated in this declaration would be the same if rendered from the perspective of a person of ordinary skill in the art as described by Dr. Seth.

## IV. BACKGROUND ON THE DEVELOPMENT OF METASTATIC CASTRATION RESISTANT PROSTATE CANCER

32. Cancer that has spread beyond the prostate is called “metastatic.” By October 2009, it was well known that metastatic prostate cancer is typically treated with hormone-based therapy to lower or block the hormones that promote prostate

cancer growth. Mackinnon *et al.*, *Molecular Biology Underlying the Clinical Heterogeneity of Prostate Cancer, An Update*, 133 Arch. Pathol. Lab. Med. 1033-40 (2009) (Exh. 2025) at 1034. This was commonly referred to as androgen ablation, androgen suppression, or androgen deprivation.

33. The first hormonal therapy was typically surgical or medical castration to drastically reduce the levels of testosterone. *See id*. Castration will generally provide an improvement in tumor volume and symptoms the patient may have, but it is not curative.

34. When a patient's cancer worsens despite castrate levels of testosterone, the cancer is referred to as castration resistant prostate cancer or "CRPC." "CRPC" is commonly used today, but this condition was also previously referred to in the literature as hormone-refractory, castration-recurrent, and androgen independent prostate cancer. The '592 patent uses castration resistant and hormone-refractory interchangeably. Exh. 1001 at col. 4, ll. 4-5.

35. As of October 2009, it was understood that most men with metastatic prostate cancer progressed to castration resistant prostate cancer, commonly referred to as "mCRPC." Pienta & Smith, *Advances in Prostate Cancer Chemotherapy: A New Era Begins*, 55 CA Cancer J. Clin. 300-18 (2005) ("Pienta & Smith") (Exh. 2083) at 300. mCRPC was an incurable condition; therefore, the

goals of therapy were to improve quality of life through symptom control and to attempt prolongation of life.

36. Prior to 2004, it was largely believed that mCRPC was not responsive to chemotherapy, and no therapy had been shown to prolong life in these patients. *Id.* at 302-03. Mitoxantrone in combination with a corticosteroid was approved for mCRPC based on two clinical studies showing an improvement in palliative (i.e., pain) response, one with hydrocortisone and the other with prednisone.[2] August 2008 Novantrone® Label (Exh. 2111) at 9-12. Mitoxantrone therapy has never been shown to prolong life in mCRPC patients. *See id*.

37. In 2004 the FDA approved docetaxel in combination with prednisone for mCRPC after two phase III clinical trials, one in combination with estramustine and the other in combination with prednisone, demonstrated a statistically significant increase in overall survival as compared to mitoxantrone in combination with prednisone. Exh. 2083 at 304-07; Beardsley & Chi, *Systemic Therapy After First-Line Docetaxel in Metastatic Castration-Resistant Prostate Cancer*, 2 Curr. Opin. Support. Palliat. Care 161-66 (2008) ("Beardsley") (Exh. 1022) at 161. As of October 2009, chemotherapy with docetaxel was generally reserved for patients with mCRPC. *See, e.g.*, NCCN Guidelines for Prostate Cancer V.2 2009 ("NCCN Prostate") (Exh. 2077) at CabRef0002927; Affidavit of

[2] Hydrocortisone and prednisone are both corticosteroids, also referred to as corticoids.

**PUBLIC VERSION**

Christopher Butler, Office Manager at the Internet Archive & Exhibit A (Exh. 2142) at 1-2, 126-72.[3]

38. Although the approval of docetaxel was a breakthrough therapy for mCRPC because it was the first therapy to provide a survival benefit, it was known that patients' cancers will eventually progress after docetaxel therapy because of drug resistance. Rosenberg *et al.*, *Activity of Second-Line Chemotherapy in Docetaxel-Refractory Hormone-Refractory Prostate Cancer Patients, Randomized Phase 2 Study of Ixabepilone or Mitoxantrone and Prednisone*, 110(3) Cancer 556-63 (2007) (Exh. 1027) at 557.

39. As of 2009, there were no options to prolong the life of patients with prostate cancer progressing after docetaxel. As such, despite the fact that it did not prolong the life of patients, mitoxantrone became the community standard for a patient that progressed during or after docetaxel because of its palliative benefits. *See id.* Docetaxel retreatment was occasionally tried for prostate cancer patients who had responded well to docetaxel the first time they received it. Exh. 1022 at

[3] The National Comprehensive Cancer Network or NCCN is "an alliance of 27 of the world's leading cancer centers" that develops guidelines "detailing the sequential management decisions and interventions that currently apply to 97 percent of cancers affecting patients in the United States." *About the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®)*, National Comprehensive Cancer Network, https://www.nccn.org/professionals/default.aspx (last visited Nov. 10, 2016) (Exh. 2138). The NCCN Guidelines are a resource that physicians rely on because it presents recommendations "based on the best evidence available at the time they are derived." *Id*.

162. Such docetaxel retreatment had not been shown to prolong life, especially for patients who progressed during or shortly after first-line docetaxel.[4] Thus, the need for a new therapy that prolonged life was "urgent." *Id.* at 161.

## V. CLAIM CONSTRUCTION

40. I understand that the Board has construed the following terms that are applicable to my analysis of the '592 patent (Paper 9 at 10):

- In Claim 1, "A method for treating a patient" is not a limitation of the claim, but if it is, it means "a method intended to benefit a patient."
- In Claim 27, "A method of increasing the survival of a patient" is not a limitation of the claim, but if it is, it means "a method intended to increase the survival of a patient."

41. My opinions set forth below in Section VI on Nonobviousness apply the Board's claim construction assuming the above language of Claims 1 and 27 is not a limitation.

## VI. NONOBVIOUSNESS

42. Dr. Seth's opinion that Claims 1-5 and 7-30 were obvious to the POSA in 2009 relies on four principle bases: the fact that cabazitaxel was a taxane like

[4] "First-line" refers to docetaxel being the first therapy given to the patient after developing mCRPC. Second-line therapy refers to a therapy that is given after the patient has worsened on the first-line therapy.

docetaxel with preclinical activity; partial responses in two prostate cancer patients in phase I clinical testing; phase II data in breast cancer; and the existence of the phase III TROPIC study. Exh. 1002 at ¶¶ 66-77, 121-22, 133, 171-72, 184.

43. I disagree with Dr. Seth's assertions as to each of these bases, whether considered alone or in combination. Dr. Seth's assertions are often unsupported and rely on hindsight and selective information, and furthermore in my opinion are not shared by the POSA.

44. When the full scope of the art is considered, including the clinical development of other taxanes, the relatively limited data available for cabazitaxel, the unpredictability of phase III oncology trials, the wide variety of failed attempts at treating advanced prostate cancer, and the uncertainty surrounding the use of corticoids, a POSA in October 2009 would not have been motivated to treat patients with prostate cancer worsening during or after docetaxel with cabazitaxel with a reasonable expectation of success, particularly not in terms of prolonging survival.

45. Most importantly, a POSA would not select a therapy for a patient in a clinical setting without expecting the therapeutic benefits of the regimen to outweigh the risks. These patients had already been given docetaxel, a therapy known to cause side effects in many patients, and a previous chemotherapy regimen can lead to issues in tolerability of future chemotherapies. This is

especially true for a chemotherapy for which side effects have been observed. Docetaxel is a cytotoxic chemotherapy that is known to cause, for example, diarrhea, nausea, hair loss, fatigue, neutropenia,[5] febrile neutropenia, and sensory neuropathy. Tannock, *et al.*, *Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer*, 351 New Eng. J. Med. 1502-12 (2004) (Exh. 1013) at Table 4. Some of these side effects can be life-threatening. Diarrhea, for instance, can lead to the need for parenteral support for dehydration, hemodynamic collapse, and death; febrile neutropenia can cause life-threatening sepsis and death; and sensory neuropathy can lead to permanent sensory loss that interferes with function, and death. Common Toxicity Criteria (CTC) Version 2.0 (Apr. 30, 1999) (Exh. 2181) at 11, 16, 20; National Cancer Institute, Common Toxicity Criteria Manual Version 2.0 (June 1, 1999) (Exh. 2229) at 2 (defining Grade 4 as "[l]ife-threatening or disabling adverse event" and grade 5 as "[d]eath related to adverse event"). In a phase III study of docetaxel in patients with advanced, hormone-refractory prostate cancer, a patient in the docetaxel group died from sepsis. Exh. 1013 at 1509. Cabazitaxel was also known to have caused side effects, including neutropenia, diarrhea, fatigue, nausea, and vomiting. Mita *et al.*, *Phase I and Pharmacokinetic Study of XRP6258 (RPR 116258A), a Novel Taxane, Administered as a 1-Hour Infusion Every 3 Weeks in Patients with*

[5] Neutropenia is a low level of neutrophils, a type of white blood cell that is used to fight infection in the body.

*Advanced Solid Tumors*, 15(2) Clin. Cancer Res. 723-30 (2009) ("Mita") (Exh. 1012) at Table 4; Pivot *et al.*, *A Multicenter Phase II Study of XRP6258 Administered as a 1-H I.V. Infusion Every 3 Weeks in Taxane-Resistant Metastatic Breast Cancer Patients*, 19 Annals of Oncol. 1547-52 (2008) ("Pivot") (Exh. 1010) at Table 2. Thus, a person of ordinary skill would not choose another potentially toxic medication for a patient previously treated with docetaxel without knowing that the medicine provides therapeutic benefits outweighing these risks. In other words, a person of ordinary skill would need clinical data showing that the medicine provides a specific clinical benefit to the patient, such as those described in the specification of the '592 patent, because otherwise the patient would be unnecessarily exposed to potential harm, especially in the case where the administration of a drug can lead to death. Exh. 1001 at col. 3, ll. 24-29.

46. Claim 1 recites treating a patient, not performing a study to determine if the regimen will be useful. A clinical study of a new agent requires informed consent from the patient because it is not known yet whether the medicine is likely to benefit the patient. Joffe *et al.*, *Quality of Informed Consent in Cancer Clinical Trials: A Cross Sectional Survey*, 358 The Lancet 1772-77 (2001) (Exh. 2113) at 1772. In a study examining informed consent in clinical studies, providers were asked whether they agreed, disagreed, or were unsure about the statement, "There

may not be a direct medical benefit to [the patient] from [his/her] participation in this clinical trial." *Id.* at 1775. 95% of providers agreed with this statement. *Id.*

47. Informed consent, therefore typically includes explaining that a purpose of the clinical trial is to benefit future patients. *See id.* at 1776. The informed consent form provided by Sanofi to the investigators of the TROPIC study, for example, [REDACTED] *Minimum Information Required for Written Subject Information*, XRP6258/EFC6193, 1-8 (Oct. 16, 2006) (Exh. 2182) at 6. [REDACTED] *Id.* When a person of ordinary skill is treating his or her patients, formal informed consent is not required because the regimen is selected based on clinical data.

### A. **The Taxane Status and Preclinical Data for Cabazitaxel Did Not Indicate That It Would Be Useful to Treat Patients Who Had Already Failed Another Taxane**

48. Dr. Seth's reliance on the fact that cabazitaxel is a taxane coupled with preclinical activity against cell lines resistant to other taxanes to support his

obviousness assertions is hindsight-driven and not representative of a POSA's understanding at the time. *See* Exh. 1002 at ¶¶ 64, 68, 73, 77, 95, 121, 123.

49. A POSA would simply not have had a sufficient basis to expect that cabazitaxel would provide a clinical benefit to patients who were not responsive or no longer responding to another taxane, docetaxel, based on preclinical data and structural similarity, especially considering the complexity of docetaxel resistance.

### 1. A POSA Would Not Have Shared Dr. Seth's Oversimplified View of Docetaxel Resistance

50. Dr. Seth ignores the complexity of docetaxel resistance by suggesting that a POSA would assume cabazitaxel could overcome docetaxel resistance in prostate cancer patients by overcoming resistance caused by the p-glycoprotein efflux pump ("PGP").[6] *See* Exh. 1002 at ¶¶ 63, 77, 95, 121, 171. But, by October 2009, it was understood that taxane resistance is a complicated phenomenon involving different possible mechanisms including overexpression of multidrug efflux pumps such as PGP, alterations in tubulin, alterations in various signaling pathways, alterations in the cell cycle, and alterations in the control of apoptosis.[7] Galletti *et al.*, *Paclitaxel and Docetaxel Resistance: Molecular Mechanisms and*

[6] PGP is a protein that pumps drugs out of cells, preventing drug accumulation and activity. PGP is associated with multidrug resistance ("MDR"), "a term used to describe the ability of drug-resistant tumors to exhibit simultaneous resistance to a number of structurally and functionally unrelated chemotherapeutic agents." Exh. 1020 at 921.

[7] Apoptosis is programmed cell death.

*Development of New Generation Taxanes*, 2 ChemMedChem 920-42 (2007) ("Galletti") (Exh. 1020) at 939. Accordingly, a POSA would not have been solely focused on PGP as a means to overcome docetaxel resistance.

51. First, a POSA would recognize that PGP had been identified by *in vitro* studies, but its clinical importance had not been established, and even to this day that is the case. *See* Exh. 1020 at 923, 939; Attard *et al.*, *Update on Tubulin-Binding Agents*, 54 Pathologie Biologie 72-84 (2006) ("Attard") (Exh. 1021) at 73. In fact, it was well known that cell cultures are typically not representative of the clinical situation. *See* Exh. 1020 at 939; Exh. 1021 at 73; Cabral, *Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs*, 4 Drug Resistance Updates 3-8 (2001) ("Cabral") (Exh. 2009) at 3. Cabral reports that the ways in which cell culture models of resistance are developed can change the resultant resistance mechanisms observed. Exh. 2009 at 3. This calls into question data reported in different cell line studies. Even in 2013, Vrignaud *et al*. stated that resistance to taxanes in humans had not been fully elucidated and that clinical data suggested different resistance mechanisms than those seen in cell lines. Vrignaud *et al.*, *Preclinical Antitumor Activity of Cabazitaxel, a Semisynthetic Taxane Active in Taxane-Resistant Tumors*, 19(11) Clin. Cancer Res. 2973-83 (2013) (Exh. 2096) at 2974.

52. Second, Cabral reports that in his studies using single-step selections for paclitaxel resistance, which he states "should reveal resistance mechanisms that are most clinically relevant," most cell lines developed altered microtubule stability, and less than 10% were multidrug resistant, i.e., most cell lines were not overexpressing the PGP pump. Exh. 2009 at 3-4. This is in contrast to multiple step procedures to develop drug-resistant cell lines that tended to overexpress PGP. *Id*. at 3. Cabral also reports that drugs affected by multidrug resistance are not all the same; "one cannot *a priori* assume that a resistance mechanism identified for a particular drug will apply equally to all drugs within the same class." *Id.* at 5. Cabral concludes that for paclitaxel and other drugs that promote microtubule assembly, "tubulin mutations should be seen most frequently." *Id*. This means a POSA would have expected tubulin mutations to have a larger role in clinical docetaxel resistance as compared to PGP.

53. Third, Galletti *et al*. also reported in 2007 that the contribution of distinct resistance phenotypes and their role in the clinical setting had not been fully evaluated, but it was becoming increasingly clear that "resistance can often be mediated by more than one mechanism in a single cell at the same time." Exh. 1020 at 939; *see also* Exh. 2096 at 2980 ("[R]esistance appears not to be mediated by a single mechanism."). Thus, a POSA would have understood that multiple mechanisms of resistance to docetaxel could be present in a single cell, and

certainly within a single patient. Accordingly, a POSA would have believed that even if a compound overcame PGP-mediated docetaxel resistance in preclinical studies, it would not be expected to overcome clinical docetaxel resistance because other mechanisms of resistance would still exist.

54. Lastly, to the extent a POSA was focused on PGP, it was also known that cabazitaxel is a substrate for this efflux pump. *See* Exh. 1012 at 723. Mita reported that cabazitaxel did not retain activity against the Calc18/TXT and P388/VCR tumors that had higher expression of the RNA coding for PGP (ABCB1 mRNA). *Id*. at 724. Thus, a POSA focused on PGP would not have expected cabazitaxel to be able to overcome PGP-mediated docetaxel resistance.

### 2. <u>A POSA Would Not Have Expected Similar Pharmacological Properties in All Taxanes Based on Structural Analogy</u>

55. Dr. Seth lumps all taxanes together "as a class" that he claims is "effective against both breast and prostate cancer." Exh. 1002 at ¶ 73. Dr. Seth provides no support for that assertion other than the fact that docetaxel was ultimately approved in breast and prostate cancer. Dr. Seth also states that the positive phase III results of docetaxel plus prednisone in mCRPC would suggest that cabazitaxel, "a taxane very structurally similar to docetaxel," would also benefit mCRPC patients and increase survival. Exh. 1002 at ¶¶ 121, 133, 184. This assertion is irrelevant here because the phase III study of docetaxel plus prednisone was in patients with a

different type of prostate cancer (docetaxel-naïve) than that to which the claims of the '592 patent are directed.

56. The sheer number of taxane compounds made and tested in the art that were never successful in the clinic, or never even reached the clinical research stage, informed a POSA that all taxanes cannot be grouped together as active in the same cancer types. For example, Sanofi alone synthesized and screened 450 taxane compounds, yet only cabazitaxel became a commercial product. Vrignaud *et al.*, *Preclinical Profile of Cabazitaxel*, 8 Drug Des. Devel. & Ther. 1851-67 (2014) (Exh. 2183) at 1852. It was also known that at least Bristol Myers Squibb, Bayer, Wyeth, and Daiichi Sankyo were working with new taxane compounds, yet none of these other new taxanes were clinically successful despite having activity against taxane resistant cell lines. *See* Kingston, *Tubulin-Interactive Natural Products as Anticancer Agents*, 72 J. Nat. Prod. 507-15 (2009) ("Kingston") (Exh. 2184) at 511; Exh. 1020 at 934.

57. Simply put, different taxanes were understood to be unique compounds with different properties, and a POSA would not have assumed they were all the same. A POSA understood that the taxane status of cabazitaxel was not sufficient to expect efficacy in prostate cancer worsening during or after docetaxel because it was known that there had been a large number of taxanes tested preclinically and

clinically that were never successful therapies for any cancer, let alone taxane-resistant cancers.

58. Dr. Kingston published a review of natural anticancer agents that interact with assembly of tubulin into microtubules that were in clinical trials. Exh. 2184 at 507. Kingston identifies four taxanes in phase III clinical studies, and five new compounds in phase II clinical studies, but none of these drugs apart from cabazitaxel has ever been approved in any indication. *See id.* at 511. Kingston also identifies four compounds that had been in phase I-II trials that were no longer in clinical development. *Id*. Similarly, the Galletti paper discusses over sixty taxanes, with nine identified in clinical development, but only cabazitaxel was ultimately clinically successful. *See generally* Exh. 1020 and at Table 1. Two important examples discussed by Kingston are particularly illustrative: larotaxel and milataxel.

59. Larotaxel was another taxane developed by Sanofi that had similar preclinical test results as cabazitaxel with respect to docetaxel-resistant cell lines. Exh. 1021 at 75; Sessa *et al., Phase I Clinical and Pharmacokinetic Studies of the Taxoid Derivative RPR 109881A Administered as a 1-Hour or 3-Hour Infusion in Patients with Advanced Solid Tumors*, 13 Annals of Oncol. 1140-50 (2002) (Exh. 2185) at 1140; Diéras *et al., Phase II Multicenter Study of Larotaxel (XRP9881), a Novel Taxoid, in Patients with Metastatic Breast Cancer Who Previously Received*

*Taxane-Based Therapy*, 19 Annals of Oncol. 1255-60 (2008) ("Diéras I") (Exh. 2015) at 1255. Both compounds "were selected on the basis of their minimal affinity for P-gp and greater penetration of the blood-brain barrier." Exh. 1021 at 75. Both drugs were reported to have "activity in MDR+ [multidrug resistant] cells and greater in vitro potency than docetaxel." *Id*. Pivot reports that both cabazitaxel and larotaxel "showed an *in vivo* spectrum of antitumor efficacy on most docetaxel-sensitive, –refractory or –resistant models, such as B16/TXT melanoma." Exh. 1010 at 1547-48.

60. This preclinical data was not sufficient to give a POSA a reasonable expectation of either larotaxel's or cabazitaxel's success in clinical trials, though. While, as Dr. Seth states, Attard does describe cabazitaxel, larotaxel, DJ-927, and BMS-275183 as "show[ing] improvements on the limitations of these two currently approved taxanes as evidenced, to a varying degree, by higher therapeutic indices, activity against resistant tumors, improved penetration across the blood-brain barrier and greater water solubility," it is not clear which of these improvements apply to which compound and to what degree. Exh. 1021 at 74; *see* Exh. 1002 at ¶ 66.

61. Attard also concludes that despite these preclinical results, "the fundamental mechanism of the anticancer activity of these new taxanes remains unchanged and they are unlikely to make a dramatic impact on patient outcome,"

and that "[o]ne may question the value of developing novel tubulin-binding drugs since major improvements on currently approved drugs are unlikely."  Exh. 1021 at 76, 81.  Thus, contrary to Dr. Seth's assertions, Attard would have discouraged a POSA from using another taxane like larotaxel or cabazitaxel to treat patients who had already failed another taxane.

62.   Similarly, Carlson wrote in 2008 that Sanofi "reports advantages of these new taxanes [cabazitaxel and larotaxel] that include activity against taxane-, doxorubicin- and vinblastine-resistant tumor cell lines, decreased multi-drug resistance (MDR) sensitivity and brain penetration, but there is very little published data to support these claims."  Carlson, *New Tubulin Targeting Agents Currently in Clinical Development*, 17(5) Expert Opin. Investig. Drugs 707-22 (2008) ("Carlson") (Exh. 2186) at 708.  These notes of caution on drawing conclusions based on larotaxel's preclinical data were well-reasoned since this preclinical data failed to predict efficacy and a manageable side effect profile in larger patient populations.  *See* discussion below in ¶¶ 63-65.  Carlson also notes the existence of the phase III TROPIC study, but reports that larotaxel was "undergoing a more extensive clinical development campaign than [cabazitaxel]." Exh. 2186 at 708.  The mere existence of this phase III study with cabazitaxel would not have provided a reasonable expectation to a POSA that cabazitaxel would be effective and tolerable in patients with mCRPC previously treated with

docetaxel. *See* discussion below at Section D.

63. In a phase III study of larotaxel versus 5-FU in patients with pancreatic cancer, larotaxel did not prolong overall survival. Van Cutsem *et al*., *A Phase III Study Comparing Larotaxel to 5-FU (Continuous Intravenous 5-FU or Capecitabine) in Patients with Advanced Pancreatic Cancer (APC) Previously Treated with a Gemcitabine Containing Regimen*, 21(6S) Annals of Oncol. Oral Presentations O-0007 (July 2010) (Exh. 2123). Patients treated with larotaxel had a higher incidence of toxicities, including diarrhea, alopecia, sensory neuropathy, myalgia, and neutropenia than patients treated with 5-FU. *Id.* The main hematological toxicities in patients treated with larotaxel were grade 3-4 neutropenia and complicated neutropenia. *Id.*

64. Larotaxel also failed to show superiority to capecitabine in a phase III study in metastatic breast cancer patients progressing after taxane and anthracycline therapy. Sanofi-Aventis SEC Form 20-F (Dec. 31, 2006), *available at* http://www.sec.gov/Archives/edgar/data/1121404/000119312507072848/d20f.htm (Exh. 2134) at 45/305. The progression free survival was longer in the capecitabine group, but overall survival was not statistically different between the study arms. *A Randomized, Open-Label, Phase 3 Study of Larotaxel IV Every 3 Weeks Versus Capecitabine (Xeloda®) Tablets Twice Daily for 2 Weeks in 3-Week*

*Cycles in Patients with Metastatic Breast Cancer (MBC) Progressing After Taxanes and Anthracycline Therapy (EFC6089), available at* http://en.sanofi.com/img/content/study/EFC6089_summary.pdf (last visited Nov. 17, 2016) ("EFC6089 Summary") (Exh. 2003) at 3. Larotaxel had higher incidence of neutropenia and more permanent withdrawals from treatment due to an adverse event. *Id.* at 4-5.

65. During the conduct of a phase III study of larotaxel in combination with cisplatin in patients with locally advanced/metastatic bladder cancer, the data monitoring committee recommended reducing the dose of larotaxel and cisplatin in part due to the incidence of toxicity, mainly infections. Sternberg *et al.*, *Larotaxel with Cisplatin in the First-Line Treatment of Locally Advanced/Metastatic Urothelial Tract or Bladder Cancer: A Randomized, Active-Controlled, Phase III Trial (CILAB)*, 85 Oncology 208-15 (2013) (Exh. 2036) at 210-11. In light of the necessary dose adjustment and the lack of larotaxel efficacy versus comparators in the phase III trials in pancreatic cancer and breast cancer, "it was deemed unlikely that the [bladder cancer] trial would meet its primary efficacy endpoint." *Id.* at 211. The study was terminated early. The collected data indicated that treatment with the larotaxel arm was associated with worse progression free survival than the comparator; there was no difference in overall survival. *Id.* at 213.

66. Milataxel is another example of a taxane with the reported ability to overcome PGP- based resistance to paclitaxel and docetaxel that, despite favorable preclinical and early clinical data, ultimately proved disappointing and was never approved in any indication. *See* Ramanathan *et al*., *A Phase II Study of Milataxel: A Novel Taxane Analogue in Previously Treated Patients with Advanced Colorectal Cancer*, 61 Cancer Chemother. Pharmacol. 453-58 (2008) ("Ramanathan") (Exh. 2084) at 454. Despite "excellent" preclinical activity in models for colon cancer and objective responses in phase I-II studies in both breast cancer and non-small cell lung cancer patients, a phase II study of patients with chemotherapy treated metastatic colorectal cancer showed no objective responses coupled with life threatening side effects (six patients developed neutropenic sepsis, with two dying as a result). *Id.* at 453-54, 457. The authors noted that the mechanisms for taxane resistance remain unclear and suggested that preclinical and xenograft models "are poor predictors of clinical activity in colon cancer." *Id*. at 457.

67. Epothilone D (KOS-862) is another interesting example. Like taxanes, the mechanism of anticancer activity for epothilones is microtubule stabilization. Exh. 1022 at 163. Epothilone D was shown to be more potent than paclitaxel in PGP-overexpressing cell lines that demonstrated multidrug resistant activity, to be active in androgen independent human prostate cancer cell lines, and to have antitumor

activity in xenograft models that were resistant to paclitaxel.  Beer *et al., Phase II Study of KOS-862 in Patients with Metastatic Androgen Independent Prostate Cancer Previously Treated with Docetaxel*, 25 Invest. New Drugs 565-70 (2007) (Exh. 2187) at 566.  A phase I study reported "signs of antitumor activity" including a bladder cancer patient with shrinkage of primary nodal disease and a prostate cancer patient with a 25% decrease in PSA.  Holen *et al., Phase I Study Using Continuous Intravenous (CI) KOS-862 (Epothilone D) in Patients with Solid Tumors*, 22(14S) J. Clin. Oncol. Abstr. 2024 (2004) (Exh. 2188).  Yet in a phase II study of mCRPC patients that had progressed after docetaxel therapy, only 5.3% (2 patients) had a PSA decline, and no patient with measurable disease had a partial response.  Exh. 2187 at 565-66.  Further, more than 70% of patients had an adverse event that led to dose delay, reduction, or discontinuation.  *Id*. at 565.  The authors questioned the value of targeting microtubules in docetaxel-treated mCRPC patients, particularly for epothilones.  *See id*. at 569.  Development of Epothilone-D was discontinued after failing to meet efficacy endpoint in the prostate cancer study as well as a non-small cell lung cancer study.  Williams, *Discontinued Drugs in 2007: Oncology Drugs*, 17(12) Expert Opin. Invest. Drugs 1791-816 (2008) (Exh. 2195) at 1815.

68.   These clinical results demonstrate that preclinical models with taxanes are poor indicators of clinical success and that a taxane can show some activity in one

type of cancer, but not in others. The failed clinical development of larotaxel, milataxel, and epothilone D in addition to the compounds disclosed by Galletti and Kingston, would have indicated to a POSA that of the various taxanes that may enter clinical development, very few will be successful. As described in a 2004 FDA report, a new compound entering clinical development was only estimated to have an 8% chance of reaching the market. U.S. FDA, *Challenge and Opportunity on the Critical Path to New Medical Products*, 1-31 (Mar. 2004) (Exh. 2189) at 8. And many other compounds never even made it to clinical development. Therefore, in my opinion, a POSA clearly would not have formed expectations regarding future clinical efficacy based on the preclinical data reported for cabazitaxel or the fact that cabazitaxel was a taxane.

69. The surprising clinical activity of cabazitaxel in combination with prednisone in patients who had already failed docetaxel further demonstrates that all taxanes cannot be grouped together as similarly effective in the same conditions. If, as Dr. Seth suggests, cabazitaxel was expected to act similarly to docetaxel because it had the same microtubule binding mechanism of action, a POSA would not have expected the claimed cabazitaxel regimen to provide a meaningful clinical benefit to patients post-docetaxel. *See e.g.*, Exh. 1021 at 76 (cabazitaxel was "unlikely to make a dramatic impact on patient outcome" because "the fundamental mechanism of the anticancer activity . . . remains unchanged").

Therefore, Dr. Seth's reliance on the survival benefit that docetaxel was shown to provide in docetaxel-naïve mCRPC patents to suggest that cabazitaxel therapy would also increase overall survival (Exh. 1002 at ¶¶ 121, 133, 184) is misleading and incorrect because the claims require treating or increasing the survival of different patients: patients that had already progressed during or after docetaxel therapy.

### B. Phase I Data Reported in Attard and Mita Would Not Have Provided a POSA with a Reasonable Expectation of Success

70. In October 2009, the only data on the use of cabazitaxel in patients with prostate cancer that had progressed during or after treatment with docetaxel was the phase I study reported in Mita in which two prostate cancer patients had a partial response to cabazitaxel without a corticoid, but ***only a single patient was refractory to docetaxel***. Exh. 1012 at 727. Attard's discussion of phase I studies with cabazitaxel cites to Mita. Exh. 1021 at 75. A POSA would not have viewed the partial response in this single docetaxel-refractory patient sufficient to reasonably expect that cabazitaxel would provide a clinical benefit to patients that had progressed during or after treatment with docetaxel, especially prolonging the life of these patients. Attard and Mita provided little to no support for such an expectation as Dr. Seth suggests.

71. The primary purpose of phase I clinical studies is to evaluate drug toxicity and dosing schedules by determining the maximum tolerated dose and the

recommended schedule for phase II studies, which are the studies directed to evaluating efficacy in specific tumor types. Mokbel, Concise Notes in Oncology for MRCP and MRCS (3d ed. 2005) ("Mokbel") (Exh. 2073) at 7. The objectives of the Mita study were, for example, to characterize the toxicities of cabazitaxel without premedication, determine the maximum tolerated dose and recommended dose for phase II studies, characterize the pharmacokinetic profile of cabazitaxel, and document preliminary evidence of antitumor activity. Exh. 1012 at 724.

72. Phase I studies therefore are not designed, nor expected to provide evidence of efficacy in any particular type of cancer. That is especially the case where, as in Mita, patients with a variety of tumor types are included.

73. In Mita, evidence of anti-cancer activity due to cabazitaxel was reported in only two prostate cancer patients with confirmed partial responses. Exh. 1012 at 727. The first patient was an 80-year-old male with prostate cancer metastatic to the liver and bones whose disease had progressed through castration, bicalutamide, diethylstilbestrol, and mitoxantrone and prednisone. *Id*. He declined further treatment after his sixth course, presumably because of tolerance issues. *Id.* I note that he had not been previously treated with docetaxel. *See id*.

74. The second patient was a 50-year-old male with hormone- and docetaxel-refractory prostate cancer metastatic to bone and iliac lymph nodes. *Id*. Progressive disease was noted after eight courses. *Id.*

75. I note that both of these patients had objectively measurable tumors, which is relatively uncommon in mCRPC patients. Exh. 1012 at 727; Exh. 2083 at 303. Most patients with metastatic prostate cancer have bone metastases that are not objectively measurable. Exh. 2083 at 303. This means that it is not possible in most metastatic prostate cancer patients to track disease improvement or progression by measuring the size of the tumor over time. The osteoblastic reaction in prostate cancer bone metastases is "unmatched by any other type of cancer." *Id.* at 300. Pienta & Smith noted that "[c]ontroversy existed as to whether these patients with soft tissue disease were representative of advanced prostate cancer patients in general who only had metastases to bone." *Id.* at 303.

76. The single docetaxel-refractory patient with a partial response is essentially a case study with cabazitaxel. The response could reflect certain qualities in the patient's particular cancer that would not extend to other docetaxel-refractory prostate cancer patients. In fact, Mita acknowledges that the "preliminary antitumor activity reported" still "needs to be confirmed." Exh. 1012 at 729. Similarly, Attard comments that Mita indicates only that cabazitaxel "may overcome some forms of paclitaxel tumour resistance." Exh. 1021 at 75.

77. A principle reason why results from a single patient with docetaxel-refractory mCRPC cannot be extrapolated to other patients with that condition is that mCRPC is a particularly heterogeneous disease. *See* Exh. 2025 at 1033; Exh.

2083 at 316.  This means that within a patient there are a variety of different types of cancer cells and that there are differences between patients.  *See* Exh. 2025 at 1033; Exh. 2083 at 315-16; *see also* Exh. 2009 at 3 ("Tumor cells from patients are frequently very heterogeneous . . . .").  The heterogeneity of advanced prostate cancer makes it difficult to generalize from one patient to another or from one patient to a population of patients, particularly without a large clinical study expected to contain a spectrum of diverse cancer types.  Further, in my opinion, it is generally accepted that single cases cannot be generalized to broad populations of patients with solid tumors.

78.   Additionally, there were various proposed mechanisms by which prostate cancer could become castration resistant.  Exh. 2083 at 300-02; Exh. 2025 at 1034-35.  Potential mutations included production of more androgen receptors, increased sensitivity of androgen receptors, androgen receptors becoming less specific, and development of parallel survival pathways relying on proteins other than androgens and androgen receptors.  *Id.*

79.   It was also well known that cancer involved heterogeneous cancer cells and multiple normal cell types interacting with the tumor cells.  Exh. 2083 at 316.  As noted by Pienta & Smith, "[t]he pliability of cancer cells to mutate into several different phenotypes in an attempt to find one that will survive and colonize at the metastatic site is a tremendous hurdle to overcome in the pursuit of better cancer

therapies." *Id*. This heterogeneity would have prevented a POSA from generalizing from Attard and Mita to expect that cabazitaxel would be beneficial in a broader class of patients with prostate cancer progressing during or after docetaxel therapy.

80. Also, while both patients in Mita with a partial response had reported reductions in prostate-specific antigen ("PSA") levels (Exh. 1012 at 727), it was well known, as discussed below, that PSA reductions were of questionable value, not necessarily indicative of the efficacy of a treatment, and may not reflect disease progression with certain agents.[8] Kaur *et al*. noted that PSA concentration can fluctuate by various factors independent of antitumor effect. Kaur *et al., Suramin's Development: What Did We Learn?*, 20 Investig. New Drugs 209-19 (2002) (Exh. 2020) at 217. And, Beardsley noted that PSA may not reflect disease progression with vascular endothelial growth factor receptor targeting agents. Exh. 1022 at 164.

81. Beer *et al*. stated that "it is worthwhile to consider the limitations of the PSA response as a predictor of a survival benefit." Beer *et al., Double-Blinded Randomized Study of High-Dose Calcitriol Plus Docetaxel Compared with Placebo Plus Docetaxel in Androgen-Independent Prostate Cancer: A Report from*

[8] PSA is a protein produced by cells of the prostate gland that is often elevated in men with prostate cancer. A number of benign conditions can also cause a man's PSA levels to rise, such as benign prostatic hyperplasia (enlargement of the prostate).

*the ASCENT Investigators*, 25(6) J. Clin. Oncol. 669-74 (2007) (Exh. 2006) at 673. For example, statistically significant improvements in PSA responses in mCRPC patients receiving weekly docetaxel did not translate to improvements in overall survival. Tannock *et al.*, *Docetaxel plus Prednisone or Mitoxantrone plus Prednisone for Advanced Prostate Cancer*, 351 N. Eng. J. Med. 1502-12 (2004) ("Tannock 2004") (Exh. 1013) at 1507, Table 3.

82. The mitoxantrone label accordingly stated that "the clinical significance of a fall in prostate-specific antigen (PSA) concentrations after chemotherapy is unclear." Exh. 2111 at 11; *see also* September 2007 Taxotere® Label (Exh. 1024) at 45-46 (no PSA data reported). Likewise, the more than 50% PSA reductions reported in 33% of patients in a Phase II study receiving mitoxantrone plus prednisone as compared to the 9% of patients receiving only prednisone did not translate to a difference in overall survival in a Phase III trial. Exh. 2111 at 10-11.

83. In fact, Susan Halabi, myself and others analyzed PSA levels in the phase III trial of cabazitaxel in combination with prednisone in men with mCRPC who previously received docetaxel, and reported in a peer-reviewed manuscript that "surrogacy for any PSA-based endpoint could not be demonstrated." Halabi *et al*., *Prostate-Specific Antigen Changes as Surrogate for Overall Survival in Men with Metastatic Castration-Resistant Prostate Cancer Treated with Second-Line Chemotherapy*, 31(31) J. Clin. Oncol. 3944-50 (2013) (Exh. 2126) at 3944.

84. Ramiah *et al.* in 2008 discussed the "challenge to select the ideal intermediate endpoint to gauge the efficacy of novel agents." Ramiah *et al.*, *Clinical Endpoints for Drug Development in Prostate Cancer*, 18 Curr. Opin. Urol. 303-08 (2008) ("Ramiah") (Exh. 2030) at 307. Ramiah *et al.* noted the "lack of proven surrogates, the heterogeneity of PFS [progression free survival] definitions, the unknown effects of novel agents on PSA production, and the variability in patient-reported outcomes make many of these endpoints problematic." *Id.*

85. Since the approval of docetaxel, the primary endpoint for most regulatory approvals for mCRPC in the United States has been overall survival. D'Amico, *US Food and Drug Administration Approval of Drugs for the Treatment of Prostate Cancer: A New Era Has Begun*, 32(4) J. Clin. Oncol. 362-64 (2014) (Exh. 2125) at 362-63, Table 1.[9]

86. By October 2009, overall survival had been generally accepted as the established, objective, and most important way to determine that drugs for mCRPC were meaningfully benefiting patients. As Ramiah *et al*. stated in 2008, "the only validated phase III endpoint in advanced prostate cancer, particularly CRPC, is overall survival." Exh. 2030 at 307. Thus, tumor responses in the minority of

[9] The exception is denosumab, also approved for osteoporosis, which is used to decrease the rate of skeletal-related events in bone-metastatic CRPC patients. This is a palliative benefit and does not influence survival.

patients that had measurable disease and changes in PSA levels were, and are still, not surrogates for overall survival. *See id*.

87. For an incurable condition, a chemotherapy drug that temporarily shrinks the tumor or causes a decline in PSA was of questionable value if it did not prolong the lives of patients, especially considering that cancer therapies were expected to have side effects that were often serious. There were already options for purely palliative care such as mitoxantrone. Thus, a POSA was looking for a therapy to prolong life.

88. A POSA would also understand that a single partial response is not sufficient to determine whether cabazitaxel would have had a risk-benefit ratio such that it would have been considered a treatment for prostate cancer that has worsened during or after docetaxel therapy, let alone provide an expectation of increased survival. Although the docetaxel-refractory partial responder received a 25 $mg/m^2$ dose of cabazitaxel, Mita reported that three out of seven subjects experienced dose limiting toxicities at this dose. Exh. 1012 at 726-27. In light of these hematological toxicities, Mita recommended proceeding with a lower dose in phase II studies.[10] *Id*. at 726. Thus, Mita would have raised questions about the risk-benefit ratio of a 25 $mg/m^2$ dose. In fact, another phase I study of cabazitaxel

[10] I note, however, that Mita provides no data on the activity of a 20 $mg/m^2$ dose of cabazitaxel in patients with prostate cancer that had progressed during or after docetaxel therapy. Mita also does not disclose discontinuing cabazitaxel therapy when neutrophils reach 1,500 $cells/mm^3$ or lower.

PUBLIC VERSION

reported a toxic death from septic shock with grade 4 neutropenia despite use of G-CSF[11] after 3 cycles at 30 mg/m$^2$. Lortholary *et al.*, *Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as a 1-Hour Infusion in Patients (Pts) with Advanced Solid Tumors*, 6 (Suppl) Clin. Cancer Res. 4579s-80s (abstr. 569) (Nov. 2000) ("Lortholary") (Exh. 2147) at CabRef0002896. And, Attard noted that with respect to both cabazitaxel and larotaxel, the anticancer activity is limited by myelosuppression. Exh. 1021 at 75.[12]

89. In my opinion, occasional phase I responses clearly cannot be used to reasonably expect phase III success. Most drugs fail between phase I and phase III. *See*, *e.g*., Kola & Landis, *Can the Pharmaceutical Industry Reduce Attrition Rates?*, 3 Nature Revs. Drug Discovery 711-15 (2004) ("Kola & Landis") (Exh. 2021) at 712 (more than 70% of oncology drugs fail at phase II); Booth *et al*, *From the Analyst's Couch: Oncology's Trials*, 2 Nature Revs. Drug Discovery 609-10 (2003) ("Booth") (Exh. 1015) at 610 (less than 40% of oncology drugs from top fifteen pharmaceutical companies survive phase II).

90. For example, phase I studies of larotaxel reported objective responses in several tumor types, including three in lung cancer. Zatloukal *et al.*, *Randomized*

---

[11] G-CSF or granulocyte-colony stimulating factor is a protein used to help the body make more white blood cells to fight infection.

[12] Myelosuppression is a reduction in bone marrow. Bone marrow is responsible for the production of certain blood cells, including white blood cells responsible for providing immunity. Myelosuppression presents an increased risk of infection.

*Multicenter Phase II Study of Larotaxel (XRP9881) in Combination with Cisplatin or Gemcitabine as First-Line Chemotherapy in Nonirradiable Stage IIIB or Stage IV Non-Small Cell Lung Cancer*, 3(8) J. Thorac. Oncol. 894-901 (2008) (Exh. 2045) at 895. Following early clinical data demonstrating "good activity" and "manageable toxicity," three phase III studies involving larotaxel were initiated. *See* Diéras *et al.*, *Larotaxel (L) in Combination with Trastuzumab in Patients with HER2 + Metastatic Breast Cancer (MBC): Interim Analysis of an Open Phase II Label Study*, 26(15S) J. Clin. Oncol. (Meeting Abstracts) Suppl. 1070 (May 2008) ("Diéras II") (Exh. 2101). Yet, as noted above, larotaxel failed in three phase III studies and was never approved by the FDA.

91. A POSA would have understood that even phase II data in prostate cancer was not sufficient to reasonably expect success in a phase III prostate cancer study. As discussed below, many drugs tested in phase II clinical studies with multiple prostate cancer patients responding as measured by a reduction in tumor size or decrease in PSA levels failed in randomized phase III clinical studies to prolong survival and were considered failures to people of skill in the art.

92. A POSA in 2009 would have understood that phase III mCRPC clinical studies were unpredictable and generally should not be conducted prior to the conduct of at least one phase II study that had met a prespecified rationally selected primary endpoint and a predefined metric of success. *See, e.g.*,

Antonarakis & Eisenberger, *Phase III Trials with Docetaxel-Based Combinations for Metastatic Castration-Resistant Prostate Cancer: Time to Learn from Past Experiences*, 31(14) J. Clin. Oncol. 1709-12 (2013) (Exh. 2004) at 1711. In fact, in a retrospective paper discussing eight failed phase III clinical studies in patients with mCRPC, Antonarakis & Eisenberger stated in 2013 that predicting a positive phase III study was an "impossible endeavor." *Id*.

93. I was one of the principal investigators along with Johann de Bono of the phase III TROPIC study. In light of the minimal clinical data on the use of cabazitaxel for prostate cancer, it was a challenge to get the study off the ground at the Lank Center for Genitourinary Oncology when I was on the faculty at Harvard. I received pushback because some thought there was insufficient data with cabazitaxel in prostate cancer to safely move forward with a phase III study.

94. By 2006, more than 200 compounds had entered clinical development for use in advanced prostate cancer, but no therapy other than docetaxel had been shown to extend overall survival. Armstrong & Carducci, *New Drugs in Prostate Cancer*, 16 Curr. Opin. Urol. 138-45 (2006) (Exh. 2148) at 138. I discuss a select list of failed candidates below.

95. Suramin is a polysulphonated napthylurea that was evaluated in numerous prostate cancer studies. Exh. 2020 at 209-10. In a phase I prostate cancer study, 77% of patients had a 50% or more decline in PSA. *Id*. at 210. In a phase II study

of 38 patients with androgen-independent prostate cancer, three exhibited complete responses, three exhibited partial responses for a response rate[13] of 15%, and thirteen patients had PSA declines of 75% or more. *Id*. Suramin in combination with hydrocortisone was compared in a phase III trial to hydrocortisone plus placebo in patients with androgen independent prostate cancer. *Id*. at 210. There were statistically significant pain relief and PSA advantages, but no prolongation of survival and some problems with toxicity. *Id*. Ultimately, suramin was not recommended for approval by the FDA. *Id*.

96. Atrasentan is a selective endothelin-receptor antagonist that decreased PSA ranging from 4% to 47% in 5 of 11 prostate cancer patients who had at least two observations in a phase I study. Carducci *et al., Atrasentan, an Endothelin-Receptor Antagonist for Refractory Adenocarcinomas: Safety and Pharmacokinetics*, 20(8) J. Clin. Oncol. 2171-80 (2002) (Exh. 2190) at 2172, 2176. Another phase I study in patients with hormone refractory prostate cancer reported one patient with a 50% decrease in PSA. Fujisaka *et al., Phase 1 Study of Atrasentan (ABT627), Novel Endothelin Receptor-A Antagonist, in Japanese Patients with Hormone Refractory Prostate Cancer*, 24(18S) J. Clin. Oncol. (Abstr. 14602) (2006) (Exh. 2191). In a phase II mCRPC study, atrasentan

---

[13] Response rate, tumor response rate, and objective response rate are used interchangeably in clinical studies to describe the percentage of patients whose cancer shrinks or disappears during the study.

demonstrated a significant effect on PSA, bone alkaline phosphatase, and other markers of bone remodeling. Carducci *et al.*, *A Phase 3 Randomized Controlled Trial of the Efficacy and Safety of Atrasentan in Men with Metastatic Hormone-Refractory Prostate Cancer*, 110(9) Cancer 1959-66 (2007) (Exh. 2010) at 1960. The phase II trial also reported a nonsignificant trend in delaying disease progression. *Id*. A phase III trial of atrasentan compared to placebo in mCRPC reported no effect on the time to disease progression and no increase in overall survival. *Id*. at 1962-63. Atrasentan in combination with docetaxel was later evaluated in a phase III clinical trial in mCRPC patients versus docetaxel plus placebo, which did not show an increase in overall survival or progression free survival, despite "reasonable activity" in a phase I/II study of the combination. Quinn *et al.*, *Docetaxel and Atrasentan Versus Docetaxel and Placebo for Men with Advanced Castration-Resistant Prostate Cancer (SWOG S0421): A Randomized Phase 3 Trial*, 14 Lancet 893-900 (2013) (Exh. 2192) at 893-94.

97. A phase I study of satraplatin reported a partial response in a patient with recurrent ovarian cancer and significant falls in plasma tumor markers in two other patients. McKeage *et al.*, *A Phase I and Pharmacology Study of an Oral Platinum Complex, JM216: Dose-Dependent Pharmacokinetics with Single-Dose Administration*, 36 Cancer Chemother. Pharmacol. 451-8 (1995) (Exh. 2193) at 451. Another phase I study reported a hormone-resistant metastatic prostate cancer

patient that had failed anthracyclines, etoposide and 5-FU infusion with "complete relief of tumour pain due to retroperitoneal nodes with no further need of analgesics after the first two cycles." Sessa *et al.*, *Phase I Clinical and Pharmacokinetic Study of the Oral Platinum Analogue JM216 Given Daily for 14 Days*, 9 Annals of Oncol. 1315-22 (1998) (Exh. 2194) at 1319. A phase II mCRPC study of satraplatin "demonstrated activity and an acceptable toxicity profile in patients with CRPC." Exh. 1022 at 162; *see also* Latif *et al.*, *Phase II Study of Oral Bis(Aceto) Ammine Dichloro (Cyclohexamine) Platinum (IV) (JM-216, BMS-1892751) Given Daily X5 in Hormone Refractory Prostate Cancer (HRPC)*, 23 Investig. New Drugs 79-84 (2005) (Exh. 2110) at 79, 82 (reporting a 26% PSA response rate and a 10% tumor response rate in patients with measurable disease). Yet, the phase III SPARC trial of satraplatin plus prednisone compared to placebo plus prednisone in men with CRPC progressing after treatment with one prior cytotoxic chemotherapy failed to increase overall survival, despite a significantly better PSA response rate. Exh. 1022 at 162-63. Beardsley reports that there was a statistically significant increase in progression free survival ("PFS"), but "the clinical significance of this difference in PFS is open to interpretation." *Id*. Satraplatin did not receive regulatory approval for prostate cancer.

98. DN-101 is a high dose oral formulation of calcitriol that was studied in combination with docetaxel as compared to docetaxel plus placebo in a

**PUBLIC VERSION**

randomized phase II mCRPC trial. Exh. 2006 at 669-70. The phase II trial reported a "promising improvement" in overall survival and overall no increase in toxicity. *Id*. at 672. The DN-101 arm had PSA response rates of 63% and tumor response rates of 29% in patients with measurable disease, which the publication authors found "compelling." *Id*. at 671-73. However, in a subsequent phase III trial in mCRPC comparing DN-101 plus docetaxel to the standard docetaxel regimen (ASCENT-2), the DN-101 arm did not produce increased overall survival versus docetaxel alone, and in fact there were more deaths in the DN-101 arm. Williams, *Discontinued Drugs in 2008: Oncology Drugs*, 18(11) Expert Opin. Investig. Drugs 1581-94 (2009) (Exh. 2043) at 1593; Novacea, Inc. SEC Form 8-K (April 4, 2008), *available at* http://www.sec.gov/Archives/edgar/data/1178711/000119312508077953/d8k.htm (Exh. 2127) at 2 ("In November 2007, Novacea and Schering terminated the ASCENT-2 trial of Asentar™ due to an unexplained imbalance of deaths between the treatment and control arms of the trial.").

99. At the 2010 annual meeting of ASCO, Ian Tannock, M.D., Ph.D. was quoted as saying, "[w]hat we can learn from ASCENT-2 is that even large randomized phase II trials may be poor predictors of results in phase III." Susman, *ASCO: Calcitriol Fails in ASCENT-2 Prostate CA Trial*, MedPage Today (June 9, 2010), http://www.medpagetoday.com/MeetingCoverage/ASCO/20575 (Exh.

2037). A POSA considering the results of ASCENT-2 would have reached the same conclusion by October 2009.

100. GVAX is a platform using two prostate cancer cell lines, PC-3 and LNCaP, designed to induce the immune system to kill prostate cancer cells. Small *et al.*, *Granulocyte Macrophage Colony-Stimulating Factor-Secreting Allogeneic Cellular Immunotherapy for Hormone-Refractory Prostate Cancer*, 13(13) Clin. Cancer Res. 3883-91 (2007) (Exh. 2034) at 3884, 3888. A phase I/II trial of GVAX in mCRPC reported one complete response, 11% of patients (6 patients) with PSA decreases of more than 25%, and an increase in overall survival as compared to the predicted survival, which the publication authors described as "potential for efficacy with only minor toxicity." *Id*. at 3885, 3888, 3890. Another phase I/II study of GVAX in mCRPC reported an increase in overall survival as compared to the predicted survival leading to the initiation of two phase III trials, both of which were terminated prematurely. Higano *et al.*, *Phase 1/2 Dose-Escalation Study of a GM-CSF-Secreting, Allogeneic, Cellular Immunotherapy for Metastatic Hormone-Refractory Prostate Cancer*, 113(5) Cancer 975-84 (2008) (Exh. 2018) at 983; Mulcahy, *Phase 3 Trial of Immunotherapy for Metastatic Prostate Cancer Terminated*, Medscape (Oct. 17, 2008), http://www.medscape.com/viewarticle/582220_print (Exh. 2027) at 1. The VITAL-1 study comparing GVAX in asymptomatic mCRPC patients to docetaxel

plus prednisone was terminated after a futility analysis indicated it was unlikely that the primary endpoint of an improvement in survival would be met. Exh. 2027 at 1. The VITAL-2 study comparing GVAX plus docetaxel to docetaxel plus prednisone in symptomatic mCRPC was also terminated after a reported imbalance of deaths, meaning that more deaths occurred in the GVAX arm of the study. *Id*.

* * *

101. The multiple failed phase III studies discussed above that were based on more data than was available for cabazitaxel in prostate cancer prior to the TROPIC study demonstrate the unpredictability in the art and that a POSA would ***not*** have had a reasonable expectation of success that cabazitaxel in combination with a corticoid could treat prostate cancer that had progressed during or after docetaxel therapy based on the limited disclosure of Mita and Attard.

102. The success rate for CRPC studies between the approval of docetaxel and October 2009 was abysmal. The only medication shown to prolong overall survival in advanced prostate cancer patients between the approval of docetaxel in 2004 and the filing date of the ’592 patent was Provenge® (sipuleucel), which was an entirely different approach to therapy than cabazitaxel. Provenge® is an immunotherapy that manipulates a patient’s cells to fight the prostate cancer. Provenge® Label (Exh. 2196) at 10. Interestingly, with respect to phase II studies in CRPC, Provenge® was reported to have “minimal activity,” and two phase II/III

studies failed to show a statistically significant time to progression, the primary endpoints. Antonarakis *et al.*, *Novel Targeted Therapeutics for Metastatic Castration-Resistant Prostate Cancer*, 291(1) Cancer Lett. 1-13 (2010), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4029098/ (published online August 29, 2009) at 13 (Exh. 2232). Provenge® was approved only for asymptomatic or minimally symptomatic mCRPC and the pivotal study was limited to asymptomatic or minimally symptomatic mCRPC. Exh. 2196 at 1, 12. Provenge® was not approved for patients progressing during or after docetaxel, who as a group would have been more symptomatic than docetaxel-naïve patients.

103. Unfortunately, the disappointing failures in phase III prostate cancer studies continued well after the filing date of the ’592 patent.

104. Avastin® (bevacizumab) is a humanized antibody targeting vascular endothelial growth factor (“VEGF”) that was evaluated in a phase II study in combination with docetaxel in mCRPC patients previously treated with docetaxel. Di Lorenzo *et al.*, *Combination of Bevacizumab and Docetaxel in Docetaxel-Pretreated Hormone-Refractory Prostate Cancer: A Phase 2 Study*, 54 Eur. Urol. 1089-96 (2008) (Exh. 2014) at 1090. The phase II study reported three objective responses out of eight patients with measurable disease (objective response rate of 37.5%) and eleven major PSA responses (55%); the authors concluded that the combination was “active and well tolerated.” *Id*. at 1089, 1092-93. The authors of

the phase II study also noted the continuing need for a second line treatment after docetaxel and the testing of several regimens in that setting with no approvals. *See id*. at 1092-93. A phase III trial of Avastin® in combination with docetaxel and prednisone compared to docetaxel in combination with prednisone in CRPC failed to meet the primary endpoint of improving overall survival. *Genentech Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer* (March 12, 2010), Business Wire, http://www.businesswire.com/news/home/20100311007023/en/Genentech-Update-Phase-III-Study-Avastin-Men (Exh. 2114) at 1.[14]

105. Sunitinib is an inhibitor of vascular endothelial growth factor receptors, platelet-derived growth factor receptors, and other receptor tyrosine kinases that was evaluated in multiple phase II trials in progressive mCRPC, including after treatment with docetaxel. Michaelson *et al.*, *Randomized, Placebo-Controlled, Phase III Trial of Sunitinib Plus Prednisone Versus Prednisone Alone in Progressive, Metastatic, Castration-Resistant Prostate Cancer*, 32(2) J. Clin. Oncol. 76-83 (2014) (Exh. 2026) at 76-77. A phase II mCRPC post-docetaxel study of sunitinib reported 12.1% of patients with PSA declines of 50% or more and 11.1% of measurable disease patients with a tumor response. Sonpavde *et al.*,

[14] Avastin® was already approved at the time for colorectal cancer, breast cancer, non-small cell lung cancer, kidney cancer, and advanced brain cancer. Exh. 2019 at 3-4.

*Sunitinib Malate for Metastatic Castration-Resistant Prostate Cancer Following Docetaxel-Based Chemotherapy*, 21 Annals of Oncol. 319-24 (2010) (Exh. 2107) at 319. The phase II trials reporting PSA responses, tumor shrinkage, and an acceptable safety profile led to a phase III trial of sunitinib plus prednisone compared to placebo plus prednisone in patients with mCRPC progressing after docetaxel therapy. Exh. 2026 at 77.[15] No differences in overall survival in the phase III study were observed. *Id*. at 79. Patients on the sunitinib arm had a greater number of treatment related adverse events and more stopped therapy due to side effects. *Id*. at 78-80.

106. Yervoy® (ipilimumab) is a human antibody targeting cytotoxic T-lymphocyte antigen-4 ("CTLA-4") that was evaluated in phase II studies in mCRPC. Slovin *et al.*, *Ipilimumab Alone or in Combination with Radiotherapy in Metastatic Castration-Resistant Prostate Cancer: Results from an Open-Label, Multicenter Phase I/II Study*, 24 Annals of Oncol. 1813-21 (2013) (Exh. 2033) at 1813. A phase I/II study of Yervoy® alone or in combination with radiotherapy in mCRPC reported one complete response and 16% of patients with a PSA decline of at least 50%. *Id*. at 1813, 1816. Another phase II study comparing Yervoy® as a single agent to combination therapy with docetaxel in CRPC patients reported

---

[15] At the time, Sutent® (sunitinib) was already approved for advanced renal cell carcinoma, gastrointestinal stromal tumor, and pancreatic neuroendocrine tumors. Exh. 2067 at 76-77.

three patients in each arm with a PSA decrease of more than 50% and concluded that further studies in prostate cancer were warranted. Small *et al.*, *Randomized Phase II Study Comparing 4 Monthly Doses of Ipilimumab (MDX-010) as a Single Agent or in Combination with a Single Dose of Docetaxel in Patients with Hormone-Refractory Prostate Cancer*, 24(18S) J. Clin. Oncol. (Meeting Abstracts) S4609 (June 2006) (Exh. 2122). A phase III study comparing Yervoy® to placebo following radiation in patients with advanced mCRPC who had previously received treatment with docetaxel failed to meet the primary endpoint of an increase in overall survival. *Bristol-Myers Squibb Reports Results for Phase 3 Trial of Yervoy® (Ipilimumab) in Previously-Treated Castration Resistant Prostate Cancer*, Business Wire NewsHQ Press Release (Sept. 12, 2013), http://news.bms.com/press-release/rd-news/bristol-myers-squibb-reports-results-phase-3-trial-yervoy-ipilimumab-previousl (2008) (Exh. 2008) at 1.[16]

107. Custirsen is an antisense oligonucleotide targeting expression of the clusterin gene that was evaluated in mCRPC studies. Zielinski & Chi, *Custirsen (OGX-011): A Second-Generation Antisense Inhibitor of Clusterin in Development for the Treatment of Prostate Cancer*, 8(10) Future Oncol. 1239-51 (2012) (Exh. 2046) at 1239. A phase I study in various tumor types in combination with docetaxel reported two patients (6%) with a partial tumor response and 40% of

[16] Yervoy® was already approved for unresectable or metastatic melanoma. Exh. 2008 at 1.

prostate cancer patients with a PSA response. *Id*. at 1244. A phase II study of custirsen in combination with docetaxel and prednisone compared to docetaxel plus prednisone "demonstrated a survival advantage for patients receiving the combination." *Id*. at 1239, 1245. Another phase II mCRPC study of custirsen in combination with docetaxel or mitoxantrone reported a 15% partial response rate for the docetaxel arm and a PSA response rate of 40%. *Id*. at 1246, Table 4. Yet a phase III study of custirsen in combination with docetaxel and prednisone compared to docetaxel and prednisone alone for patients with mCRPC did not show an increase in overall survival. *OncoGenex Announces Top-Line Survival Results of Phase 3 SYNERGY Trial Evaluating Custirsen for Metastatic Castrate-Resistant Prostate Cancer*, Acquire Media Press Release (Apr. 28, 2014), http://ir.oncogenex.com/releasedetail.cfm?ReleaseID=842949 (Exh. 2029).

108. Orteronel is a hormonal therapy that inhibits an enzyme important for androgen synthesis. Van Hook *et al.*, *Orteronel for the Treatment of Prostate Cancer*, 10(5) Future Oncol. 803-11 (2014) (Exh. 2041) at 803. A phase I/II mCRPC study of orteronel at various doses, some with prednisone, reported PSA declines of at least 50% in 41-63% of patients depending on dose and inclusion of prednisone. *Id*. at 806-07, Table 1. A phase II study of orteronel plus docetaxel and prednisone in mCRPC reported an objective response rate of 56% and a PSA decline of at least 50% in 72% of patients, while a phase II non-metastatic CRPC

study of orteronel alone reported PSA declines of at least 50% in 76% of patients. *Id*. at 806.  Despite these results, a phase III trial of orteronel plus prednisone versus placebo plus prednisone in mCRPC progressing after docetaxel did not show an improvement in overall survival.  *Id*. at 808.  A second phase III study in chemotherapy naïve mCRPC also failed to show a statistically significant improvement in overall survival for orteronel.  *Takeda Announces Termination of Orteronel (TAK-700) Development for Prostate Cancer in Japan, U.S.A. and Europe*, Takeda News Release (June 19, 2014), http://www.takeda.com/news/2014/20140619_6615.html (Exh. 2038) at 1.

109. Antonarakis and Eisenberger discuss eight failed phase III clinical trials in patients with mCRPC of different combination therapies with docetaxel, including trials involving four drugs that were not already discussed above: aflibercept, zibotentan, dasatinib, and lenalidomide.  Exh. 2004 at 1709-10.

110. In summary, a POSA would have been familiar with the heterogeneity of this advanced prostate cancer, the complexity of resistance to hormone and docetaxel therapy, and the difficulty in measuring treatment response that led to a wide variety of drugs failing in expensive phase III clinical studies despite showing responses in tumor size and PSA reduction in phase II studies in the same indication.  In the context of initiating a phase III study, it is remarkable and unusual to go forward when the only clinical data in the population of interest is a

single partial response.  A POSA reviewing Attard and Mita, alone or in combination with the other references cited by Dr. Seth, would have been left with great uncertainty as to whether cabazitaxel in combination with a corticoid would be a successful treatment for prostate cancer patients worsening during or after docetaxel.  Indeed, despite the phase I data reported in Attard, the authors concluded that cabazitaxel was unlikely to make a dramatic impact on patient outcome.  Exh. 1021 at 76.

### C.   A POSA Would Not Have Had a Reasonable Expectation of Success Based on the Phase II Breast Cancer Data Reported in Beardsley and Pivot

111. Because there was no phase II data for cabazitaxel in prostate cancer of any kind, let alone prostate cancer progressing during or after docetaxel therapy, Dr. Seth relies on the phase II study of cabazitaxel in breast cancer described in Beardsley and Pivot to support his assertion that the asserted claims were obvious. *See, e.g.*, Exh. 1002 at ¶¶ 71-77, 133, 165-67.  In my opinion, Beardsley and Pivot would not have provided a reasonable expectation of success with cabazitaxel in the treatment of patients with prostate cancer worsening during or after docetaxel for several reasons discussed below.

112. By 2009, it was well understood that a phase II study evaluates the efficacy of a drug for a particular indication.  EMA, ICH Topic E8 General Considerations for Clinical Trials (1998) (Exh. 2056) at 9.  Accordingly patients are selected with

specific tumor types. Exh. 2073 at 7. Even the Ratain & Sargent reference cited by Dr. Seth notes that a negative phase II trial should lead to discontinuation of that agent for the "specific indication" that failed. Ratain & Sargent, *Optimising the Design of Phase II Oncology Trials: The Importance of Randomization*, 45 Eur. J. Cancer 275-280 (2009) (Exh. 1029) at 277. Thus, a phase II study is generally required to determine whether an agent is effective in a particular type of patient, and a person of ordinary skill would not generalize from activity in one type of cancer in a phase II trial to activity in a different type of cancer.

113. Even in the context of docetaxel, it was known that docetaxel was active in preclinical models against some tumors but not others, showing that it is not possible to generalize on its activity. Bissery *et al., Experimental Antitumor Activity of Taxotere (RP 56976, NSC 628503), a Taxol Analogue*, 51 Cancer Research 4845-52 (1991) (Exh. 2050) at 4851. "These results underline the well-known fact that each independently arising tumor is a unique biological entity with its own pattern of chemosensitivity." *Id*.

**1. Objective Tumor Responses in Early Non-Prostate Cancer Studies Did Not Provide a Reasonable Expectation of Success in Further Prostate Cancer Studies**

114. Dr. Seth uses the El-Maraghi reference to assert that a 10% objective response rate in any cancer is predictive of phase III success and regulatory approval, and therefore the 14% response rate reported in Beardsley and Pivot

"would have been understood by a person of ordinary skill as a significant indicator of likely success" in the TROPIC study. Exh. 1002 at ¶ 71. I disagree with his analysis because it is not supported by the El-Maraghi paper and is contradicted by the conspicuous lack of phase III successes in prostate cancer.

115. El-Maraghi & Eisenhauer, *Review of Phase II Trial Designs Used in Studies of Molecular Targeted Agents: Outcomes and Predictors of Success in Phase III*, 26(8) J. Clin. Oncol. 1346-54 (2008) ("El-Maraghi") (Exh. 1023) examines phase II studies of 19 targeted agents, not cytotoxic drugs. Targeted agents act on a particular target in a cancer cell that tends to distinguish the cancer cell from noncancer cells. Cytotoxic agents (traditional chemotherapy) are generally toxic to cells that are dividing. Cabazitaxel and docetaxel are cytotoxic chemotherapy, not targeted agents.

116. El-Maraghi differentiates objective response (in a tumor) from PSA changes, so it is not clear whether PSA responses are included in the analysis, and if so how. Exh. 1023 at 1349. As previously noted, most patients with metastatic prostate cancer do not have measurable disease, and therefore objective tumor response cannot be measured. *See* Exh. 2083 at 303.

117. I also note that El-Maraghi was unable to determine tumor-specific patterns in response rates and regulatory approval because the numbers were too small to apply statistics. Exh. 1023 at 1350. Therefore El-Maraghi does not provide

information specific to breast or prostate cancer, and certainly not whether a certain response rate in breast cancer can be used to reasonably expect clinical success in prostate cancer.

118. Dr. Seth says that El-Maraghi shows that agents with response rates at 10% or higher received regulatory approval.  Exh. 1002 at ¶ 71.  None of the agents from Table 5 that received regulatory approval were for prostate cancer.  Exh. 1023 at 1351-52; January 2008 Herceptin® Label (Exh. 2063) at 2; April 2009 Tarceva® Label (Exh. 2092) at 2; April 2004 Iressa® Label (Exh. 2065) at 7; April 2008 Sutent® Label (Exh. 2090) at 2; July 2009 Avastin® Label (Exh. 2019) at 3-4; November 2007 Nexavar® Label (Exh. 2197) at 2; May 2009 Gleevec® Label (Exh. 2198) at 3; July 2009 Erbitux® Label (Exh. 2199) at 2-3; May 2007 Torisel® Label (Exh. 2200) at 2.

119. Although El-Maraghi describes sunitinib as having an overall response rate of more than 20%, as noted above, sunitinib failed in a phase III study in comparison to prednisone in mCRPC patients post-docetaxel with "poor" patient tolerability.  Exh. 1004 at 176.

120. Trasutuzmab is reported in El-Maraghi as having a response rate over 10% and was approved as a single agent for HER2-overexpressing metastatic breast cancer patients who have received chemotherapy.  Exh. 2063 at 2.  But, a phase II single agent study in hormone refractory prostate cancer reported "poor efficacy."

Ziada *et al.*, *The Use of Trastuzumab in the Treatment of Hormone Refractory Prostate cancer; Phase II Trial*, 60 The Prostate 332-37 (2004) (Exh. 2099) at 332.

121. Similarly gefitinib was reported in El-Maraghi as having a response rate of 10% or higher and received regulatory approval for non-small cell lung cancer. Exh. 2065 at 7. Yet gefitinib was found inactive in prostate cancer. Canil *et al.*, *Randomized Phase II Study of Two Doses of Gefitnib in Hormone-Refractory Prostate Cancer: A Trial of the National Cancer Institute of Canada –Clinical Trials Group*, 23(3) J. Clin. Oncol. 455-60 (2005) (Exh. 2104) at 455; Small *et al.*, *A Phase II Trial of Gefitinib in Patients with Non-Metastatic Hormone-Refractory Prostate Cancer*, 100 BJU Int'l 765-69 (2007) (Exh. 2112) at 765.

122. Also as noted above, despite FDA approval in other indications, bevacizumab proved to be disappointing in CRPC after a phase III study in combination with docetaxel and prednisone as compared to docetaxel with prednisone failed to demonstrate an improvement in overall survival. Exh. 2114.

123. Similarly, imatinib, also included in Table 5 of El-Maraghi was approved for use in adult patients with unresectable, recurrent and/or metastatic dermatofibrosarcoma protuberans at a dose of 400 mg orally twice daily, yet a phase II study of imatinib at the same dose in prostate cancer with nonmetastatic recurrent disease found a "lack of significant efficacy as measured by changes in PSA" and "pronounced toxicities leading to early closure of [the] trial." Exh. 2198

at 3; Lin *et al.*, *A Phase II Trial of Imatinib Mesylate in Patients with Biochemical Relapse of Prostate Cancer After Definitive Local Therapy*, 98 BJU Int'l 763-69 (2006) (Exh. 2201) at 767. The prostate cancer study authors concluded that "further study of single-agent imatinib at [400 mg] cannot be recommended" in this patient population. *Id.* at 767.

124. Therefore, El-Maraghi does not show that a 10% response rate in a phase II study can be used to reasonably expect regulatory approval or efficacy in phase III prostate cancer studies, or that a 10% response rate in a phase II study for non-prostate cancer patients leads to a reasonable expectation of phase III success in prostate cancer.

125. When the focus is narrowed to cytotoxic agents, the story is similar. Many cytotoxic therapies were approved in other indications, but had disappointing results in prostate cancer, making it unlikely that a POSA would reasonably expect activity in prostate cancer based on phase II results in another cancer.

126. For example, capecitabine, which was approved by the FDA as a monotherapy in metastatic breast cancer resistant to both paclitaxel and an anthracycline-containing regimen, showed only "limited" activity as a single agent in a phase II mCRPC study, and researchers concluded that it was "not worthwhile to investigate capecitabine monotherapy in a phase III trial." February 2003 Xeloda® Label (Exh. 2098) at 14; Morant *et al.*, *Capecitabine in Hormone-*

*Resistant Metastatic Prostatic Carcinoma – a Phase II Trial*, 90 Brit. J. Cancer 1312-17 (2004) (Exh. 2074) at 1312, 1316.

127. Irinotecan likewise did not show "significant activity" in a phase II trial in patients with hormone-refractory prostate cancer at a dose of 125 mg/$m^2$ weekly, despite irinotecan having been approved by the FDA at the same dose and schedule for treatment of metastatic colon or rectum cancer both in combination with 5-fluorouracil and leucovorin and as a single agent following fluorouracil-based therapy. July 2006 Camptosar® Label (Exh. 2202) at 16, 31; Reese *et al.*, *A Phase II Trial of Irinotecan in Hormone-Refractory Prostate Cancer*, 16 Investig. New Drugs 353-59 (1998) (Exh. 2203) at 353-54.

128. Similarly, pemetrexed (LY231514), which was approved by the FDA as a single agent in locally advanced or metastatic nonsquamous non-small cell lung cancer after prior chemotherapy, showed "discouraging" results as a single agent in terms of activity and toxicity in hormone-refractory prostate cancer in a phase II study, and it was recommended that "[n]o further studies of this drug should be performed in CRPC patients." September 2008 Alimta® Label (Exh. 2204) at 2; Caffo *et al.*, *Pemetrexed as Second-Line Chemotherapy For Castration-Resistant Prostate Cancer After Docetaxel Failure: Results from a Phase II Study*, 31 Urol. Oncol. 180-86 (2013) (Exh. 2205) at 180.

129. Topotecan was approved in combination with cisplatin for advanced cervical cancer, and as a monotherapy for second-line treatment of small cell lung cancer and metastatic carcinoma of the ovary after chemotherapy, yet was found in a phase II study to be "ineffective in the management of hormone-refractory prostate cancer." June 2006 Hycamtin® Label (Exh. 2206) at 8; Klein *et al.*, *SWOG-9510: Evaluation of Topotecan in Hormone Refractory Prostate Cancer: A Southwest Oncology Group Study*, 52(4) The Prostate 264-68 (2002) (Exh. 2207) at 264.

130. And gemcitabine, which was approved by the FDA in combination with paclitaxel for first-line treatment of metastatic breast cancer after failure of prior anthracyclines, failed to show efficacy in prostate cancer in combination with docetaxel. April 2006 Gemzar® Label (Exh. 2208) at 9; Garcia *et al.*, *Gemcitabine and Docetaxel in Metastatic, Castrate-Resistant Prostate Cancer*, 117 Cancer 752-57 (2011) (Exh. 2209) at 756-57. A phase II study in metastatic castration resistant prostate cancer concluded that the combination of gemcitabine and docetaxel failed to yield clinical benefits beyond those achieved by use of docetaxel as a single agent, at the cost of significant toxicities, leading the researchers to recommend against further development of this combination. *Id.*

131. These phase II-III failures in prostate cancer studies clearly demonstrate that objective responses in early non-prostate cancer clinical trials do not provide a reasonable expectation of success in further studies in prostate cancer.

132. Ratain analyzed the usefulness of phase II results to predict drug approval in 2005, and concluded that oncology trials have "a relatively low positive predictive value." Ratain, *Phase II Oncology Trials: Let's Be Positive*, 11(16) Clin. Cancer Res. 5661-62 (2005) (Exh. 2145) at 5661. Ratain looked at 26 breast cancer studies and found that for those studies that had an overall response rate greater than 10%, the positive predictive value was only 25%, and that for studies with an overall response rate of greater than 20%, the positive predictive value was still less than 50%. *Id.* at 5662. The overall response rate in Pivot, which evaluated metastatic breast cancer patients, was 14%. According to Ratain, this suggested to a POSA that the positive predictive value of a phase III study in breast cancer based on this overall response rate was around 25%. Indeed, the only conclusion Pivot draws from the 14% response rate is that the results of the study "justify further clinical testing." Exh. 1010 at 1551. Pivot does not make any predictions of future study results and does not set forth any expectations of success in further studies. There is simply no reason that a POSA would read more into the results in Pivot beyond those results justifying further studies, especially

when considering the potential efficacy of cabazitaxel in a different type of tumor than metastatic breast cancer.

133. Ratain and Sargent also urge that single-arm, non-randomized trials like Pivot "should be the exception, not the rule" in oncology trials. Exh. 1029 at 277. According to the authors, single-arm phase II trials "generate 'false' hope [due to] inter-trial variability in end-point success rates," and the choice of a different endpoint in a phase II trial compared to a phase III trial is "problematic, as response rate has been repeatedly shown to be a poor surrogate for . . . time-to-event end-points [like overall survival]." *Id.* at 278. Single-arm trials also "hinder[ ] the ability to judge the toxicity relative to control, to consider alternate end-points that may be more sensitive to the treatment effect, and to estimate the effect size relative to control," which impacts later determination of sample size and endpoint selection in any subsequent phase III trials. *Id.* at 276. In addition, Ratain and Sargent advise that non-randomized trials "should never be used if there is uncertainty regarding the optimal dose." *Id.* at 277. Given these concerns, Pivot, an open-label, single-arm study, with no data from previous phase II studies, and with differing recommendations regarding dose from phase I studies, would not provide a POSA with a reasonable expectation of success in a phase III trial in a different cancer type. *See* Exh. 2037 and above at ¶ 99 (noting that "even large randomized phase II trials may be poor predictors of results in phase III").

### 2. A POSA Would Not Extrapolate from Results in Breast Cancer to Prostate Cancer

134. Contrary to Dr. Seth's assertions, a POSA would not rely on results in breast cancer studies to reasonably expect activity in prostate cancer. Breast cancer and prostate cancer are different conditions involving different tissue types. And, like prostate cancer, breast cancer was reported to be "a very heterogeneous malignancy, expressing a considerable variation in genomic aberrations." Wiechec & Hansen, *The Effect of Genetic Variability on Drug Response in Conventional Breast Cancer Treatment*, 625 Eur. J. Pharmacol. 122-30 (2009) (Exh. 2042) at 122. The heterogeneity within prostate and breast cancers is complicated further when examining patients that have progressed on hormone-based therapy and further progressed during or after taxane therapy because the cancer has evolved multiple times. *See, e.g.*, Exh. 2083 at 316 ("[C]ancer has developed multiple methods centering on genetic mutation to promote self-survival and perpetuation.").

135. A review of the NCCN Guidelines for breast and prostate cancer also show that they are analyzed differently. Breast cancer is broken down into categories including ductal, lobular, mixed, metaplastic, tubular, and colloid. *See, e.g.*, NCCN Guidelines Breast Cancer V.1.2009 (Exh. 2076) at 13; Exh. 2142 at 1-125. Prostate cancer is not similarly analyzed. Breast cancer also has particular subgroups with molecular signatures that determine which medications should be

prescribed. *See, e.g.*, *id*. For example, breast cancer patients are broken down into estrogen receptor and/or progesterone receptor status as well as HER2 status before determining systemic treatment. *Id.* Prostate cancer patients are not divided in a similar way.

136. Unfortunately as of October 2009 there were no molecular signatures by which to select appropriate medications for prostate cancer. As noted by Taylor *et al.* in 2010, large-scale projects into other cancers, including breast, had provided insights into molecular classification, but prostate cancer had presented "special challenges" and "robust subtypes of prostate cancer with different prognoses" had not been identified. Taylor *et al.*, *Integrative Genomic Profiling of Human Prostate Cancer*, 18(1) Cancer Cell 11-22 (2010) (Exh. 2124) at 11-12.

137. By October 2009, a POSA also clearly understood that breast and prostate cancers are treated differently. Systemic chemotherapy was only recommended for patients with castration resistant or hormone refractory, metastatic prostate cancer. *See, e.g.*, Exh. 2077 at 6-11, 36-37. For breast cancer, however, the 2009 NCCN Guidelines recommended chemotherapy with or without endocrine therapy in the adjuvant and preoperative setting even where the cancer may not be metastatic. Exh. 2076 at 14-17, 20, 23. Where chemotherapy and endocrine therapy are used in the adjuvant setting for breast cancer, it was recommended to administer chemotherapy before the endocrine therapy. *Id*. at 14 n.S, 15 n.S. For metastatic

disease, the 2009 NCCN Guidelines for breast cancer suggested chemotherapy instead of endocrine therapy for certain patients. *Id*. at 26-28.

138. A POSA also understood that different systemic therapies were used to treat prostate and breast cancer. The 2009 NCCN Guidelines for prostate cancer recommended docetaxel in combination with prednisone or estramustine, mitoxantrone with prednisone, cisplatin/etoposide, and carboplatin/etoposide. Exh. 2077 at 11, 18. For breast cancer, the 2009 NCCN Guidelines recommended a number of chemotherapy regimens, including docetaxel alone or in combination with doxorubicin and cyclophosphamide, and agents not recommended for prostate cancer: paclitaxel, doxorubicin, epirubicin, capecitabine, gemcitabine, cyclophosphamide, vinblastine, fluorouracil, ixabepilone, vinorelbine, and combinations thereof. Exh. 2076 at 39-43, 46-49.

139. A breast cancer patient and a prostate cancer patient that have both progressed during or after treatment with docetaxel therapy are also likely to have received different medications previously. For example, the breast cancer patient may not have received a hormonal therapy depending on their hormone receptor status, but may have received an anthracycline or capecitabine. Exh. 2076 at 46, 49 (anthracyclines and capecitabine are preferred single agents). These differences can affect how a patient responds to and tolerates subsequent treatments.

140. Ixabepilone is interesting because it is an epothilone, which like cabazitaxel is a tubulin binding agent, which was shown to be effective in breast cancer patients resistant or refractory to taxane therapy. October 2007 Ixempra® Label (Exh. 2066) at 1, 19. Despite two phase II studies in prostate cancer with PSA response rates of 17% and 22%, ixabepilone resulted in "significant toxicity and a low level of activity" in chemotherapy-pretreated prostate cancer populations. Exh. 1022 at 163. Ixabepilone has not been approved for prostate cancer or entered into a phase III prostate cancer study.

141. Capecitabine was approved as a single agent for metastatic breast cancer resistant to both paclitaxel and anthracycline chemotherapy, but a phase II study in mCRPC concluded that single agent capecitabine activity was "limited" and did not merit additional investigation. Exh. 2098 at 14; Exh. 2074 at 1312, 1316.

142. Trastuzumab was approved as a single agent for HER2-overexpressing metastatic breast cancer patients who have received chemotherapy, but a single agent trial in hormone refractory prostate cancer reported "poor efficacy." Exh. 2063 at 2; Exh. 2099 at 332.

143. Pertuzumab is approved for metastatic breast cancer in combination with trastuzumab and docetaxel, yet failed to produce responses in hormone-refractory prostate cancer patients in a phase II study. June 2012 Perjeta® Label (Exh. 2082) at 1; de Bono *et al.*, *Open-Label Phase II Study Evaluating the Efficacy and Safety*

*of Two Doses of Pertuzumab in Castrate Chemotherapy-Naïve Patients with Hormone-Refractory Prostate Cancer*, 25(3) J. Clin. Oncol. 257-62 (2007) ("de Bono 2007") (Exh. 2054) at 257. The authors of the prostate cancer study noted that pertuzumab had previously demonstrated activity as a single agent in refractory or recurrent ovarian cancer. Exh. 2054 at 260. They also reported that the serum concentrations of drug were in excess of levels at which anticancer activity was reported in preclinical androgen-depleted prostate cancer models, yet no clinically significant antitumor activity occurred in the 68 mCRPC patients. *Id*. de Bono 2007 therefore further demonstrates the failure of preclinical models to allow a POSA to reasonably expect meaningful activity in mCRPC patients.

144. The references Dr. Seth cites to suggest similarities between breast and prostate cancer would not have been understood by a POSA to overcome or diminish the well understood differences discussed above. *See* Exh. 1002 at ¶¶ 75-76.

145. The Gayther reference cited by Dr. Seth studies whether mutations in BRCA1 and BRCA2 contribute to familial prostate cancer. Gayther *et al.*, *The Frequency of Germ-Line Mutations in the Breast Cancer Predisposition Genes BRCA1 and BRCA2 in Familial Prostate Cancer*, 60 Cancer Res. 4513-18 (2000) ("Gayther") (Exh. 1028). But only a small percentage of prostate cancer is considered familial or inherited. Mononen *et al.*, *Two Percent of Finnish Prostate*

*Cancer Patients Have a Germ-Line Mutation in the Hormone-Binding Domain of the Androgen Receptor Gene*, 60 Cancer Research 6479-81 (2000) (Exh. 2105) at 6479 ("[u]p to 5-10%"). Gayther reports that mutations in BRCA1 do not contribute significantly, but that some prostate cancer families harbor germ-line mutations in the BRCA2 gene. Exh. 1028 at 4517. Gayther does not discuss therapies for breast or prostate cancer.

146. Similarly, the Zhu reference discusses whether some prostate cancer cases could be caused by disruption of the circadian cycle, but does not discuss therapies for breast or prostate cancer. Zhu *et al.*, *Does "Clock" Matter in Prostate Cancer*, 15(1) Cancer Epidemiol. Biomarkers Prev. 3-5 (2006) (Exh. 1034).

147. The Hospers reference cited by Dr. Seth is a review paper on the use of positron emission tomography to detect hormone receptor expression. Hospers *et al.*, *PET Imaging of Steroid Receptor Expression in Breast and Prostate Cancer*, 14 Current Pharm. Des. 3020-32 (2008) ("Hospers") (Exh. 1033). Hospers notes that breast and prostate cancer are examples of hormone dependent tumors and describes development of hormone resistance for each. Exh. 1033 at 3020-22. Hospers does not discuss whether the same therapies could be used for both breast and prostate cancer, and more importantly, cabazitaxel is not a hormonal therapy.

### 3. A POSA Would Not Have Reasonably Expected Activity in Prostate Cancer Based on a 14% Tumor Response Rate in Breast Cancer

148. Dr. Seth refers to the 14% objective tumor response rate reported in Pivot and Beardsley as "positive" (Exh. 1002 at ¶¶ 70-71), but a POSA would have been aware of many other studies with similar or higher response rates that failed to predict whether a drug would prolong survival. *See* Exh. 2145 at 5661 (noting "low positive predictive value" of phase II oncology studies), Table 1 (positive predictive value for phase II breast cancer studies less than 50% even when ORR>20%).

149. Larotaxel is an informative example of where seemingly positive phase II studies were not predictive of phase III success in the same indication or any indication. Larotaxel was evaluated in a phase II metastatic breast cancer study in patients previously treated with a taxane in which patients were stratified by their resistance to the prior taxane therapy. Exh. 2015 at 1255-56. In the non-resistant group, the overall tumor response rate was 42%, and in the resistant group the overall response rate was 19%. *Id.* at 1257. One taxane-resistant patient (of 67 treated, 43 per protocol) exhibited a complete response, and 12 resistant patients exhibited a partial response. *Id.* at 1257, Table 3. The safety profile was reported as "similar to that of the taxanes." *Id.* at 1259. Neutropenia and diarrhea were some of the most significant toxicities. *Id.* at 1258-59.

150. At the 2008 ASCO annual meeting, an interim analysis of a phase II trial evaluating larotaxel in combination with trastuzumab in patients with metastatic breast cancer reported "good activity in pretreated [patients] with high tumor burden" and "manageable toxicity." Exh. 2101.

151. Yet larotaxel failed to provide a benefit in overall survival as compared to capecitabine in metastatic breast cancer patients previously treated with a taxane in Sanofi's phase III study. Exh. 2003 at 3. A higher tumor response rate in phase II studies than that reported by Pivot, 19% versus 14%, failed to translate to an overall survival benefit.

152. In a phase II study of larotaxel in combination with cisplatin or gemcitabine as a first line therapy in non-small cell lung cancer, the response rates were 26.7% and 18.2% respectively. Exh. 2045 at 894, 897. The authors concluded that both "combinations were effective and manageable, however all measured efficacy parameters (response rate, progression free survival, and survival) seemed to favor the combination with cisplatin." *Id.* at 894. Yet as noted above, larotaxel failed to produce a survival benefit in pancreatic or bladder cancer, indicating that these phase II response rates in breast and lung cancer were not predictive of success in any type of cancer.

153. Contrary to Dr. Seth's assertions (Exh. 1002 at ¶ 77), the fact that the breast cancer patients in Pivot were taxane-resistant does not provide enough

information to a person of ordinary skill to expect similar activity in taxane-resistant prostate cancer patients. Takeda *et al.* developed two paclitaxel-resistant prostate cancer cell lines and studied the mechanisms of resistance. Takeda *et al.*, *The Establishment of Two Paclitaxel-Resistant Prostate Cancer Cell Lines and the Mechanisms of Paclitaxel Resistance with Two Cell Lines*, 67 The Prostate 955-67 (2007) (Exh. 2091) at 956. The PC-3-TxR cell line had many genes with altered expression patterns that were different from those seen in paclitaxel-resistant breast cancer cells, "suggesting that different mechanisms are involved in becoming paclitaxel-resistance in different cancers." *Id*. at 965. Thus, it was not clear that a drug that could overcome docetaxel resistance in breast cancer would similarly overcome docetaxel resistance in prostate cancer.

154. Pivot was not a randomized controlled study, and therefore could not have analyzed overall survival of the breast cancer patients. And, although Pivot states that cabazitaxel "appears to be active in docetaxel- or paclitaxel-resistant breast cancer," Pivot does not state that cabazitaxel is expected to be active in other types of taxane-resistant cancers. Exh. 1010 at 1551. Pivot merely states that the results "justify further clinical testing." *Id*. Thus, a POSA could not have used Pivot to reasonably expect cabazitaxel to prolong the lives of prostate cancer patients. Even if a POSA were to consider objective tumor responses in breast cancer patients that were required to have measurable disease (Exh. 1010 at 1548) to be

indicative of objective tumor responses in prostate cancer, which a POSA would not, tumor responses were not validated surrogates for overall survival in CRPC. Exh. 2030 at 307.

155. Furthermore, I note that even in phase II prostate cancer studies, many agents produced response rates greater than 14% either by objective tumor responses or by PSA responses, yet failed to produce an overall survival benefit. For example, a phase II study with suramin reported a tumor response rate of 15% and a PSA response rate of 34%; a phase II study with DN-101 in combination with docetaxel reported 29% of patients with a tumor response and a PSA response rate of 63%; a phase II study with satraplatin reported 10% of patients with a tumor response and 26% of patients with a PSA response; a phase II study of bevacizumab in combination with docetaxel reported a tumor response rate of 37.5% and 55% of patients with a major PSA response; a phase II study of custirsen in combination with docetaxel reported a 15% tumor response rate and a PSA response rate of 40%; and a phase II study of orteronel plus docetaxel reported a tumor response rate of 56% and PSA responses in 72% of patients. Above at ¶¶ 95, 97-99, 104, 107-08. Yet, in phase III prostate cancer studies, none of these drugs increased overall survival. These failures demonstrate that a POSA would have given little to no weight to Pivot's 14% tumor response rate. *See* Exh. 2145 at 5661-62; discussion above at ¶ 132.

### D. The Mere Existence of a Phase III Trial Would Not Have Provided a POSA with a Reasonable Expectation of Success

156. Dr. Seth relies heavily on the existence of the phase III TROPIC study in Winquist, Beardsley, and the TROPIC Listing to support his argument that a POSA would have been motivated to perform the methods of the asserted claims with a reasonable expectation of success. *See, e.g.*, Exh. 1002 at ¶¶ 70, 72, 120, 122, 172. One of Dr. Seth's primary arguments is that phase III clinical trials are only conducted because of a reasonable expectation of success, because otherwise the costs would not be justifiable. *Id*. at ¶ 224. I strongly disagree.

157. Phase III studies are typically performed after a phase II trial in the same patient type that showed activity. But, people of skill in the art knew that Sanofi had not performed a phase II study in prostate cancer. *See, e.g.*, Exh. 1022 at 163 (noting that no phase II CRPC study was performed).

158. A POSA would have viewed the initiation of a phase III study without phase II results in those patients as a relatively risky endeavor because of the multiple failed phase III CRPC studies discussed above with phase II prostate cancer data.[17] In light of the single phase I response in a docetaxel-refractory

[17] Beardsley stated that "given its activity in the docetaxel refractory setting" of the phase II study in breast cancer, cabazitaxel was being investigated in a phase III trial "comparing 3-weekly XRP6258 with prednisone to mitoxantrone with prednisone in patients with castrate resistant metastatic prostate cancer previously treated with docetaxel-containing treatment." Exh. 1022 at 163. Beardsley is a review article by Dr. Kim N. Chi and Dr. Emma K. Beardsley, both from the BC

prostate cancer patient reported in Mita and no phase II study in prostate cancer, a POSA would not have viewed the TROPIC trial as more promising than other phase III trials that had failed.

159. As of 2009, it was known that patients with mCRPC are a generally difficult population of patients to treat due to their age, their performance status, and the presence of comorbidities. A publication by Greene *et al.* in 2005 describes the average prostate cancer patient as 65 years old, overweight, and with an average of 1-2 comorbidities, and this is consistent with my experience with this group of patients. Greene *et al., Who is the Average Patient Presenting with Prostate Cancer?*, 66(5 Suppl.) Urology 76-82 (2005) (Exh. 2210) at 81. In treating patients with prostate cancer, I have found the advanced age, low performance status, and presence of comorbidities to lead to toxicity and tolerability issues and, in some cases, to discontinuation of a therapy. Through conversations with colleagues and attendance at meetings and conferences, I

---

Cancer Agency in Vancouver, describing research developments on a wide variety of different approaches to treating mCRPC. A POSA would recognize that Drs. Chi and Beardsley are speculating as to why a phase III trial was initiated in prostate cancer. Further, the art cited by Dr. Seth does not indicate that the TROPIC study had completed enrollment or analysis was complete, only that the study was still recruiting and ongoing. Recruitment issues can affect the design and outcomes of a study. For example, low recruitment in the Phase II study of cabazitaxel in metastatic breast cancer led to a protocol amendment which stopped two out of the three planned arms of the study. Exh. 1010 at 1548-49.

believe other doctors have faced the same difficulties with their prostate cancer patients.

160. It was also well known by October 2009 that oncology drugs have a lower than average success rate in phase III trials as compared to other therapeutic areas. Exh. 1015 at 609. It had been reported that "[p]hase II trials in oncology do not show significant predictability for Phase III outcomes." *Id*. at 610.

161. The inordinate number of phase III failures in CRPC discussed above in ¶¶ 94-100, 149, 151 demonstrates that the existence of a phase III study in advanced castration resistant prostate cancer was ***not*** indicative of success because they all failed to produce the desired outcome, an increase in overall survival.

162. The desired increase in overall survival these studies failed to show was imperative because mCRPC was an incurable condition. The hope was to have these patients live longer or live better, i.e., more comfortably. With respect to quality of life, most if not all cytotoxic therapies like cabazitaxel were known to and/or were expected to cause toxicities.

163. Docetaxel for example, was known to cause nausea, diarrhea, peripheral edema, hair loss, fatigue, neutropenia, and sensory neuropathy among other adverse events. Exh. 1013 at Table 4. Cabazitaxel was reported in Mita to cause grade 4 neutropenia in 42% of courses and diarrhea in 52% of patients. Exh. 1012 at 726. Mita does not report an improvement in pain or quality of life for the

single docetaxel-refractory prostate cancer patient with a partial response. *Id*. at 727. Lortholary reported a death due to sepsis, but no information regarding an improvement in pain or quality of life. Exh. 2147 at CabRef0002896. Pivot reported grade 3-4 neutropenia in 73% of patients, but again no information regarding reduction in pain or improvement in quality of life. Exh. 1010 at 1550.[18] Neutropenia can be a serious condition, and even "life-threatening," as the decrease in a patient's neutrophil levels makes them susceptible to infection with a diminished ability to fight the infection off. Exh. 2229 at 2. To justify giving patients previously on docetaxel another therapy that will have its own toxicities in a clinical setting potentially leading to death, a POSA would have to expect either a substantial improvement in quality of life or pain, or a survival benefit from the therapy. Otherwise a POSA would not have been motivated to use the therapy. For a therapy that was not expected to provide a substantial palliative benefit in quality of life where the benefits were expected to outweigh the risks, a statistically significant increase in overall survival could justify the risk of side effects with the benefit of prolonging life.

164. In light of the side effects reported for cabazitaxel in phase I and II studies, a POSA would not have been motivated to administer cabazitaxel to provide a palliative benefit to help patients to live more comfortably. *See* Exh. 1012 at 726-

[18] Pivot does not disclose discontinuing cabazitaxel therapy when neutrophil levels fell to 1,500 cells/mm$^3$.

27; Exh. 1010 at 1550; Exh. 2147 at CabRef0002896. It was also known that the primary endpoint of the TROPIC study was overall survival, not pain response or another symptom-based endpoint. *See, e.g.*, Winquist *et al.*, *Open Clinical Uro-oncology Trials in Canada*, Canadian J. Oncol. 15(1), 3942-49 (2008) ("Winquist") (Exh. 1009) at 3948. [REDACTED] 2006-06-29 Email, Ann Staten, FDA to Linda Gustavson, Sanofi (enclosing signed meeting minutes from End of Phase II Meeting of 2006-06-28) (Exh. 2211) at 3.

165. Additionally, a POSA could not have had a reasonable expectation with respect to cabazitaxel prolonging overall survival because there was no data in any type of cancer relating to survival, and the only data in prostate cancer progressing during or after docetaxel therapy was a single partial response from Mita, where responses in tumor size and PSA were not validated surrogates for overall survival. *See* Exh. 2030 at 307. Because there was no expectation that cabazitaxel would increase overall survival, a POSA would not have been motivated to administer cabazitaxel in combination with a corticoid to the claimed patients with a reasonable expectation of success.

166. Dr. Seth speculates that a company would not perform a phase III study without an expectation of success. Exh. 1002 at ¶ 224. But, the failed clinical studies in prostate cancer discussed above at ¶¶ 94-100 demonstrate that the existence of a phase III study was not indicative of success.

167. For example, as discussed above Sanofi was faced with three failed phase III studies with the compound larotaxel. I also note that another phase III study of cabazitaxel on which I was a principal investigator failed to meet its primary endpoint. The FIRSTANA study compared 20 and 25 mg/m$^2$ of cabazitaxel to 75 mg/m$^2$ of docetaxel every three weeks, all in combination with prednisone in patients with mCRPC. Sartor *et al., Cabazitaxel vs. Docetaxel in Chemotherapy-Naïve (CN) Patients with Metastatic Castration-Resistant Prostate Cancer (mCRPC): A Three Arm Phase III Study (FIRSTANA)*, 34 J. Clin. Oncol. Abstr. 5006 (2016) (Exh. 2212). The study failed to meet its primary endpoint because the cabazitaxel arms did not demonstrate superior overall survival as compared to docetaxel. *Id*. Simply having a company run a phase III clinical trial does not provide a reasonable expectation of success.

168. Furthermore, atrasentan was developed by Abbot, Sutent® (sunitinib) was developed by Pfizer, Avastin® (bevacizumab) was developed by Genentech, Yervoy® (ipilimumab) was developed by Bristol Myers Squibb, and orteronel was developed by Takeda. These were all large companies initiating phase III studies

in CRPC that failed. In light of these failures it cannot be said that phase III success rates for prostate cancer studies were anywhere near the 60% for oncology generally that Dr. Seth relies on from Booth. *Contra* Exh. 1002 at ¶ 221. Moreover, this 60% success rate from Booth is based on studies conducted between 1991 and 2001. Exh. 1015 at 610. Booth notes that even in 2003, "with better available treatments," the FDA had moved "aggressively towards clinical endpoints such as survival, which are exceedingly tough to prove in populations with refractory, progressive tumours." *Id.* at 609. Hard clinical endpoints like survival are "higher regulatory hurdles," and "increase the likelihood of clinical attrition." *Id.* Thus, these data are not representative of success rates in 2009, especially in a clinical study like TROPIC, which evaluated patients with refractory, progressive tumors with a primary endpoint of overall survival. *See also* Exh. 2037 and above at ¶ 99 (noting that "even large randomized phase II trials may be poor predictors of results in phase III").

169. I have acted as a principal investigator in numerous clinical trials. The decision whether or not to conduct a phase III clinical trial is unique for each company and for each drug. While it is unlikely that the FDA would allow a phase III trial to proceed if there were serious safety concerns that could not be addressed by a planned interim analysis, the existence of a phase III trial does not indicate whether the regimen being studied will be effective, particularly in a situation such

as advanced prostate cancer where the phase II endpoints of tumor response and PSA reduction were not validated surrogates for overall survival.

170. Dr. Seth also indicates that the fact that the TROPIC Listing shows the study as recruiting patients in 2008 despite starting in 2006 provides a reasonable expectation that the study would be successful. Exh. 1002 at ¶ 122. But this only shows that the study had not been prematurely terminated by August 2008. A person of ordinary skill could not infer that the study was positive.

171. What Dr. Seth does not consider is that pharmaceutical companies run phase III studies in oncology because of the great need for new therapies to treat dying patients. Pharmaceutical companies take the risk of running a phase III study with the understanding that if the study is successful, they will provide hope for these patients. Thus, they are willing to conduct phase III studies even though the outcome is anything but predictable and the likelihood of success is low. This is particularly true for the treatment of prostate cancer patients that had progressed during or after docetaxel therapy where there was no option available. These circumstances explain why so many companies took the risk of running a phase III study in advanced prostate cancer (although ultimately unsuccessful), and why a POSA would not have reasonably expected success for cabazitaxel in prostate cancer simply based on the fact that Sanofi was performing the TROPIC study.

### E. A POSA Would Not Have Been Motivated to Use a 25 mg/m$^2$ Dose of Cabazitaxel

172. Although Winquist identifies a 25 mg/m$^2$ dose of cabazitaxel, the dose Mita recommended for further study was 20 mg/m$^2$ because three of seven subjects experienced dose limiting toxicities at 25 mg/m$^2$ including febrile neutropenia and protracted grade 4 neutropenia. Exh. 1009 at 3948; Exh. 1012 at 726. This would have raised questions to a POSA about the risk for toxicities of a 25 mg/m$^2$ dose of cabazitaxel.

173. Similarly, in Pivot only 28% of patients were able to have dose escalation to 25 mg/m$^2$ because they did not experience a significant adverse event during cycle 1 at 20 mg/m$^2$. Exh. 1010 at 1548, 1550. These results indicate that the majority of patients in Pivot experienced a significant adverse event at cycle 1 with a 20 mg/m$^2$ dose. This would have given a POSA some toxicity concerns about using cabazitaxel clinically, especially at a higher dose of 25 mg/m$^2$. A therapy that shrinks tumors but is unacceptably toxic would not have been a therapy at all.

174. I also note that the FDA recommended dose of docetaxel for breast cancer was 60-100 mg/m$^2$ in the non-adjuvant setting, yet the recommended dose for prostate cancer was 75 mg/m$^2$. September 2007 Taxotere® Label (Exh. 1024) at 3-4. The Taxotere® labeling reported two randomized clinical trials comparing docetaxel to another therapy in locally advanced or metastatic breast cancer at a 100 mg/m$^2$ dose every three weeks, yet the two phase III clinical studies of

docetaxel in prostate cancer evaluated a 60 $mg/m^2$ and 75 $mg/m^2$ dose. *Id.* at 37-39, 45; Exh. 2083 at 305, Table 1. This disparity suggests that a POSA would scale the dose of cabazitaxel down from the breast cancer study to prostate cancer, not up to 25 $mg/m^2$.

### F. <u>Dr. Seth Has Not Sufficiently Shown Why a POSA Would Use Prednisone</u>

175. Dr. Seth asserts that administration of a taxane in combination with prednisone for treating prostate cancer was well established by 2009. Exh. 1002 at ¶ 129. Yet, the only example he discusses is the combination of docetaxel and prednisone. *Id*. Paclitaxel was not indicated for prostate cancer or in combination with prednisone. Exh. 2077 at 18; Taxol® Label (Exh. 2093) at 22. Dr. Seth is also incorrect that there was a report of successful treatment with cabazitaxel in combination with prednisone in Attard. Exh. 1002 at ¶ 129. The phase I study reported in Attard and Mita was of cabazitaxel alone. Exh. 1012 at 724.

176. As noted above, the only data on the use of cabazitaxel in prostate cancer was of cabazitaxel alone, not in combination with a corticoid. A POSA would have been aware that docetaxel was also shown to provide an overall survival benefit in a phase III mCRPC study in combination with estramustine and without prednisone. Exh. 2083 at 304-05. The NCCN Guidelines in 2009 also recommended docetaxel in combination with estramustine. Exh. 2077 at 18. There was no study comparing docetaxel therapy in mCRPC with and without

prednisone; thus it was not clear whether prednisone would provide a benefit when used in combination with cabazitaxel.

177. A POSA would have been aware that mitoxantrone was also prescribed in combination with hydrocortisone. Exh. 2111 at 11-12, 14. A phase III study of mitoxantrone in combination with 40 mg per day of oral hydrocortisone demonstrated palliative benefits. *Id*. at 11-12. Hydrocortisone had also been used as a control in prostate cancer clinical studies. For example, the phase III clinical study of suramin in androgen independent prostate cancer was in combination with hydrocortisone as compared to placebo plus hydrocortisone. Exh. 2020 at 210.

178. Dr. Seth focuses on the palliative role of prednisone in the Tannock 2004 paper to suggest a motivation to use prednisone in combination with cabazitaxel. Exh. 1002 at ¶¶ 153, 210. Although Tannock *et al*. in 1989 reported on a phase II study of low-dose prednisone (7.5 to 10 mg daily) in mCRPC patients with symptomatic bone metastases and reported pain relief in some patients, the relief of symptoms seen in 32% of patients was described as transient. Tannock *et al.*, *Treatment of Metastatic Prostate Cancer with Low-Dose Prednisone: Evaluation of Pain and Quality of Life as Pragmatic Indices of Response*, 7(5) J. Clin. Oncol. 590-97 (1989) ("Tannock 1989") (Exh. 2214) at 590, 594-95. Tannock 1989 suggested that the pain responses were due in part to suppression of adrenal

androgens, but notes that "all patients ultimately progress to a state of hormone nonresponsiveness." *Id*. at 596.

179. The transient palliative response is noteworthy because the claimed patient who has progressed during or after treatment with docetaxel had already been taking prednisone with the prior docetaxel regimen. Furthermore, like any medication, long term use of corticosteroids was known to have the risk of detrimental side effect such as osteoporosis, muscle weakness, hypertension, and increased requirements for insulin in diabetics. April 2008 Prednisone Label (Exh. 2146) at 5. Osteoporosis is a concern because long-term androgen deprivation therapy for prostate cancer was also associated with osteoporosis and increased risk of clinical fractures. *See* Exh. 2077 at 29. It was understood that androgen deprivation continued throughout therapy with docetaxel and would be continued with cabazitaxel therapy. See *id.* at 36.

180. Steroid use was also associated with an increased risk of infection; the prednisone label states that infections with any type of pathogen "may be associated with the use of corticosteroids alone or in combination with other immunosuppressive agents that affect cellular immunity, humoral immunity, or neutrophil function." Exh. 2146 at 3. The potential impact on immunity is an important consideration because cabazitaxel use was reported to cause neutropenia,

a drop in neutrophil levels that increased the risk of infection.  *See* Exh. 1012 at 726; Exh. 1010 at 1550.

181. Adverse reactions for prednisone also included gastrointestinal problems such as ulcers with possible perforation and hemorrhage.  Exh. 2146 at 5. The prednisone label also instructed caution when using the drug in patients with ulcerative colitis.  *Id*.  Cabazitaxel was reported to cause nausea, diarrhea, and vomiting in the phase I-II studies.  Exh. 1010 at 1550; Exh. 1012 at 728.  Mita noted that gastrointestinal toxicities were more common for cabazitaxel as compared to other taxanes in preclinical use.  Exh. 1012 at 728.  Accordingly, a POSA might have had some concern about combining prednisone with cabazitaxel with respect to gastrointestinal toxicities.  That concern would have been exacerbated for patients that were taking non-steroidal anti-inflammatory drugs ("NSAIDs") such as ibuprofen for pain relief.  Esper & Redman, *Supportive Care, Pain Management, and Quality of Life in Advanced Prostate Cancer*, 26(2) Urologic Clinics of N. Am. 375-89 (1999) (Exh. 2215) at 383 (noting that steroids should not be used in addition to NSAIDs because of risk of increased gastrointestinal toxicities).  NSAIDs are commonly used for management of cancer bone pain, which is common amongst mCRPC patients.  *Id*. at 380-81.

182. Therefore, a POSA would have considered the possibility that combining prednisone with cabazitaxel would only add prednisone's adverse effects without providing an additional palliative benefit.

183. Furthermore, it was known that prednisone could be prescribed at doses other than 10 mg/day. For example the Tannock 1989 paper also included a 7.5 mg/day dose. Exh. 2214 at 590. The label for prednisone stated that the initial dose can vary from 5 mg to 60 mg per day. Exh. 2146 at 5. The label also discussed alternate day therapy, where twice the usual daily dose is administered every other day. *Id*. at 6. This model is specifically described for patients requiring long-term therapy to minimize undesirable effects. *Id.*

### G. A POSA Would Not Have Had a Reasonable Expectation That Cabazitaxel in Combination with a Corticoid Would Provide a Survival Benefit in Patients Worsening During or After Docetaxel Therapy

184. I disagree with Dr. Seth's opinion (Exh. 1002 at ¶¶ 121, 133) that a POSA would have had a reasonable expectation of success in improving the survival of a docetaxel-refractory prostate cancer patient by administering cabazitaxel in combination with a corticoid. As discussed above, by October 2009 prostate cancer progressing during or after docetaxel therapy was known to be a particularly challenging and unpredictable indication. The disease was understood to be heterogeneous, with multiple possible avenues for progressing on hormone

and docetaxel therapy. Above at ¶¶ 79, 134. The field was also littered with multiple phase III studies that failed to show an improvement in overall survival despite PSA and/or tumor responses in phase II prostate cancer studies, leading physicians to call for more thorough screening of drugs before phase III studies were initiated and identification of new biomarkers. *See* Exh. 2030 at 306-07. At the time, no therapy had been shown to prolong survival in patients with prostate cancer worsening during or after docetaxel therapy.

185. The results of the TROPIC study were therefore surprising and unexpected, even to me when I first reviewed the data. There was virtually no data on the use of cabazitaxel in prostate cancer after docetaxel and no data on the combination of cabazitaxel and prednisone. And, it was particularly unexpected that cabazitaxel would prolong life in patients that had already failed another drug in the same taxane class: docetaxel.

186. In the TROPIC study, cabazitaxel in combination with prednisone provided a statistically significant increase in overall survival in patients with mCRPC that had progressed during or after treatment with docetaxel as compared to palliative mitoxantrone therapy, as well as statistically significantly longer progression-free survival, and higher tumor response rates and PSA response rates. *See, e.g.*, Exh. 1001 at Table 1.

187. I presented the results of the TROPIC study at the ASCO genitourinary symposium in March 2010. I have been attending ASCO meetings and ASCO GU meetings for years. These meetings draw a variety of experts and practitioners who perform research in and treat genitourinary cancers. The typical reaction to the TROPIC results was one of surprise and praise. Cabazitaxel in combination with prednisone was the first regimen shown to prolong the lives of prostate cancer patients who had progressed during or after docetaxel therapy. Practitioners who had been aware of the existence of the study were surprised by the results. As noted above, there was some difficulty even initiating the TROPIC study when I was on the faculty at Harvard in 2007 because the evidence was considered too preliminary by certain individuals at the institution.

188. The positive TROPIC results were particularly unexpected given the lack of phase II data for cabazitaxel in prostate cancer. As can be seen from the failed phase III studies discussed above, it was extremely difficult to reasonably expect a compound to provide an increase in overall survival or other clinically meaningful benefit without unreasonable toxicities even after positive phase II results in the same indication. *See* above at ¶¶ 63-67, 94-100, 107-08, 149-50. Thus, a POSA would not have reasonably expected phase II tumor responses in breast cancer, such as reported in Pivot or referred to in Beardsley, to translate into a survival benefit in prostate cancer progressing after docetaxel. As discussed in more detail

above, a POSA understood that there were important differences between breast and prostate cancer such that one could not jump from small amounts of data in one cancer to reasonably expect survival benefits in the other. Above at Section VI.C. Thus, at the time of the invention of the ’592 patent, there was no phase II data that could have led to a reasonable expectation of increased survival associated with cabazitaxel treatment in patients with prostate cancer that had progressed during or after docetaxel therapy.

189. Kola & Landis reported that oncology drugs have a failure rate in phase II clinical trials of more than 70%. Exh. 2021 at 712. This is important to consider in light of the fact that there was no phase II study for cabazitaxel in prostate cancer.

190. Thus, a POSA had no reasonable expectation that cabazitaxel in combination with a corticoid would prolong overall survival in prostate cancer patients that had failed docetaxel therapy. Therefore, in light of the fact that, as noted above, a POSA would not have been motivated to give cabazitaxel in combination with a corticoid for palliative care because of potential toxicities, there was ***no motivation*** to give 20-25 mg/m$^2$ of cabazitaxel in combination with a corticoid to prostate cancer patients, or mCRPC patients, that had progressed during or after docetaxel with a reasonable expectation of success. *See* above at ¶¶ 172-84.

### H. Objective Indicia of Nonobviousness Support the Nonobviousness of Claims 1-5, 7-30

191. My opinion about the nonobviousness of the asserted claims of the ’592 patent is further supported by objective evidence on secondary considerations as discussed below.

192. The clinical use of Jevtana®, as described in the FDA-approved labeling, is an embodiment of at least claims 1-3, 5, and 7-30 of the ’592 patent. The clinical use of Jevtana® falls within independent claims 1 and 27 and dependent claims 2, 5, 12-26, and 28-30, because Jevtana® is indicated for patients with hormone-refractory metastatic prostate cancer previously treated with a docetaxel-containing regimen, and the label instructs that 25 mg/m$^2$ of Jevtana® should be given every three weeks in combination with 10 mg of oral prednisone daily. Jevtana® September 2016 Label (Exh. 2150) at 1. The label also describes the results of the TROPIC study, which evaluated 755 patients with hormone-refractory metastatic prostate cancer previously treated with docetaxel. *Id*. at 19-20. Patients were randomized to receive either 25 mg/m$^2$ Jevtana® every three weeks with 10 mg/day oral prednisone, or 12 mg/m$^2$ mitoxantrone every three weeks with 10 mg/day oral prednisone. *Id*. at 19. The results of the study as described in the label showed statistically significant increases in overall survival, progression free survival, prostate specific antigen response rates, and tumor response rates in the Jevtana® plus prednisone arm as compared to the

mitoxantrone plus prednisone arm. *Id*. at 19-20; de Bono *et al*., *Prednisone Plus Cabazitaxel or Mitoxantrone for Metastatic Castration-Resistant Prostate Cancer Progressing After Docetaxel Treatment: A Randomised Open-Label Trial*, 376 Lancet 1147-54 (2010) (Exh. 2055) at 1152.

193. With respect to Claims, 15, 21, 26, and 30, the Jevtana® label also recommends reducing the dose of Jevtana® to 20 $mg/m^2$ if certain adverse reactions occur and reports that dose reductions to 20 $mg/m^2$ occurred in 12% of Jevtana®-treated patients in the TROPIC study. Exh. 2150 at 4, 10.

194. The clinical use of Jevtana® falls within claims 10 and 11 as well, because the label tells doctors to perform frequent blood cell counts to monitor neutropenia, and states that Jevtana® is contraindicated where neutrophil counts are less than or equal to 1,500 $cells/mm^3$. *Id*. at 3-4. Finally, the clinical use of Jevtana® is an embodiment of Claims 7-9, because the label reports that administering 25 $mg/m^2$ of Jevtana® over one hour every three weeks results in a mean AUC of 991 ng·h/mL (CV 34%), a mean $C_{max}$ of 226 ng·h/mL (CV 107%), and a plasma clearance of 48.5 L/h (CV 39%). *Id*. at 16-17.

195. Claim 3 also covers the clinical use of Jevtana® as the label shows that the active pharmaceutical ingredient of Jevtana® is an acetone solvate. *Id*. at 15.

### 1. There Was a Long Felt but Unmet Need

196. I have been informed by counsel and I understand that a long-felt but

unsolved need demonstrates that an invention is not obvious if there is objective evidence that the art recognized the problem for a long period of time without solution, the long-felt need was not satisfied by another earlier invention, and the claimed invention satisfies the long-felt need.

197. Prostate cancer is the second leading cause of male cancer deaths in the United States. American Cancer Society, *Cancer Facts & Figures 2009* (Exh. 2047) at 19; Exh. 2025 at 1033.

198. A POSA recognized the need for a treatment option that would increase overall survival for patients with prostate cancer that had progressed during or after treatment with docetaxel. In 2004, docetaxel and prednisone received FDA approval for the treatment of metastatic, hormone-refractory prostate cancer, providing the first chemotherapeutic treatment to prolong the lives of these patients. Dagher *et al.*, *Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer*, 10 Clinical Cancer Research 8147-51 (2004) (Exh. 2216) at 8147, 8150-51. However, for reasons that are to this day not well understood, it had long been known that patients will become resistant to and progress during or after docetaxel. *See, e.g.*, Exh. 2216 at 8150; Exh. 1021 at 73; Exh. 1020 at 921-22. It was well recognized that prior to the approval of Jevtana® there were no accepted systematic treatment options for this patient population beyond putatively

palliative care. Exh. 1022 at 165; Berthold *et al.*, *Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the TAX 327 Study*, 26(2) J. Clin. Oncology 242-45 (2008) (Exh. 2217) at 245.

199. By 2008 Beardsley described the need for treatment options for patients with CRPC that had progressed during or after treatment with docetaxel as "urgent." Exh. 1022 at 161. As acknowledged in a press release following the approval of Jevtana® by the FDA, "[f]or many years, treatment of advanced hormone refractory prostate cancer after docetaxel-containing therapy has remained an unmet medical need." July 19, 2010 Sanofi-aventis Press Release (Exh. 2218) at 1 (quoting Debasish Roychowdhury, M.D., Senior Vice President, Global Oncology, sanofi-aventis).

200. Jevtana® met this long-felt need because it was "the first to show a survival benefit to patients with metastatic hormone refractory prostate cancer after failure of docetaxel (taxotere) based therapy." Malhotra *et al.*, *Cabazitaxel: A Novel Drug for Hormone-Refractory Prostate Cancer*, 13(2) Mini Rev. Med. Chem. 1-6 (2013) ("Malhotra") (Exh. 2071) at 1. Richard Pazdur, M.D., director of the Office of Oncology Drug Products, part of the FDA's Center for Drug Evaluation and Research, stated in a press release about the approval of Jevtana® that "[p]atients have few therapeutic options in this disease setting," and that the FDA was able to

"expedit[e] the availability of this drug to men with prostate cancer." June 17, 2010 FDA News Release (Exh. 2059) at 1.

201. The FDA's review of Jevtana® under the priority review program, which provides for expedited review "for drugs that may offer major advances in treatment, or provide a treatment when no adequate therapy exists," confirms the failure of others to meet this need. *Id.* Despite an expected expedited review time of six months, Jevtana® was approved in only 11 weeks. *Id.*

202. To this day, Jevtana® is the only chemotherapy that prolongs overall survival of prostate cancer patients progressing during or after therapy with docetaxel.

### 2. <u>Failure of Others</u>

203. I have been informed by counsel and I understand that the failure of others to fulfill an unmet need that the patent in question purports to meet can weigh in favor of non-obviousness.

204. Given the long-felt need discussed above in Section VI.H.1, a number of companies tried to develop a treatment for patients with advanced prostate cancer, but none of them showed a survival benefit. For instance, between 2002 and 2014 a considerable number of drugs, including suramin, satraplatin, atrasentan, DN-101, GVAX, bevacizumab, sunitinib, ipilimumab, custirsen, orteronel, aflibercept, zibotentan, dasatinib, and lenalidomide failed to show an improvement in overall

survival, despite producing objective responses in tumor size or PSA reduction in phase II prostate cancer studies. *See* above at ¶¶ 94-100, 107-09. Sunitinib, ipilimumab, satraplatin, and orteronel all failed in prostate cancer specifically previously treated with chemotherapy. *Id*.

205. Galletti described a multitude of compounds aimed at overcoming taxane resistance, but none of those compounds proved successful prior to October 2009.

206. Beardsley similarly described drugs in development for CRPC progressing after docetaxel, but none of those approaches were successful prior to October 2009. With respect to the tubulin binding compounds epothilones, Beardsley states that "[d]espite much initial enthusiasm . . . in this chemotherapy-pretreated population both ixabepilone and KOS-862 have resulted in significant toxicity and a low level of activity." Exh. 1022 at 163.

207. Prior to the approval of Jevtana®, scientists had worked for years to develop new drugs that could overcome resistance to docetaxel. Exh. 2096 at 2973 ("During the last 2 decades, considerable efforts have been made to understand, and develop new agents to overcome, taxane resistance."). As discussed above, the taxane larotaxel, which was also selected for development to overcome taxane resistance (Exh. 1021 at 75), showed promise in phase I-II studies in several tumor types, but was found ineffective in phase III trials in three different indications. *See* above at ¶¶ 63-65, 149-51. Milataxel and epothilone D were other microtubule

stabilizing compounds aimed at overcoming docetaxel resistance that faltered in the clinic and have not been approved. *See* Exh. 2084 at 453-54; above at ¶¶ 66-67.

### 3. Unexpected Results

208. I have been informed by counsel and I understand that an unexpected result such as a superior property that a POSA would find surprising or unexpected suggests that patent claims are non-obvious.

#### a. It Was Unexpected That Cabazitaxel Would Provide a Statistically Significant Survival Benefit

209. As discussed above in Section VI.G, it was unexpected that cabazitaxel in combination with a corticoid would provide a statistically significant increase in overall survival as compared to palliative mitoxantrone therapy.

210. It was particularly surprising that patients who progressed during docetaxel therapy received a statistically significant increase in overall survival with cabazitaxel as compared to mitoxantrone therapy. Exh. 1001 at Table 2, col. 11, ll. 39-41 ("Benefit was also seen in the third of patients who were docetaxel-refractory and had progressed during docetaxel therapy."). None of the literature discussed by Dr. Seth indicated that patients who failed to respond to docetaxel would live longer when given another taxane therapy.

### b. It Was Unexpected That Cabazitaxel Therapy Would Produce Less Peripheral Neuropathy and Other Side Effects Than Docetaxel Therapy

211. It was further unexpected that cabazitaxel therapy would exhibit lower incidence of peripheral neuropathies and other side effects than docetaxel therapy.

212. Peripheral neuropathies are a well-known side effect of taxanes, including docetaxel. *See, e.g.*, Malik *et al.*, *Cabazitaxel (Cbz) + Prednisone (P) in Patients (pts) with Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated with Docetaxel (D): Interim Results from Compassionate Use-Programme (CUP) and Early Access Programme*, Poster at ESMO Vienna (Sept. 28, 2012-Oct. 2, 2012) (Exh. 2219). Analysis of the interim results of a study of cabazitaxel plus prednisone in patients with mCRPC previously treated with docetaxel reported that "peripheral neuropathy was reported less frequently in this study (sensory 3.0%; motor 5.0%) than reported with other taxanes, and Cbz did not appear to worsen pre-existing neuropathy." *Id.* In contrast, Tannock 2004 reported that 30% of patients receiving docetaxel every three weeks developed sensory neuropathy. Exh. 1013 at 1509, Table 4.

213. In addition, a study comparing the side effects experienced by patients taking cabazitaxel in the TROPIC study to those taking docetaxel in two phase III docetaxel studies found cabazitaxel to have significantly lower rates of neuropathy (40.8% v. 27.8%), alopecia (52.2% v. 10.0%), nail changes (27.0% v. 3.5%), and

dysgeusia (19.5% v. 11.1%).[19] Omlin *et al.*, *Analysis of Side Effect Profile of Alopecia, Nail Changes, Peripheral Neuropathy, and Dysgeusia in Prostate Cancer Patients Treated With Docetaxel and Cabazitaxel*, 13(4) Clin. Genitourin. Cancer, 1-4 (2015) (Exh. 2220) at 2. Although the authors noted that these side effects are not life-threatening, they can be a major burden on patients, potentially leading to dose reductions or early termination of treatment. *Id*. at 1. It was unexpected that cabazitaxel would produce a lower incidence of neuropathy and other side effects.

214. Because of the different side effect profiles, it has been reported that some patients prefer cabazitaxel in combination with prednisone to docetaxel in combination with prednisone in regards to general tolerance, specifically peripheral neuropathy, nail changes, and asthenia.[20] An on-going clinical study on patient preference between cabazitaxel and docetaxel in the first-line setting states:

> Taxotere and Jevtana have different toxicity profiles. Many patients who are receiving Jevtana for second-line treatment indicate they prefer this agent over Taxotere with regards to the general tolerance (namely peripheral neuropathy, nail changes, asthenia). This was not expected since Jevtana in post-Taxotere setting was associated with more grade 3-4 adverse events such as febrile neutropenia and diarrhea than Taxotere in first-line setting.

[19] Dysgeusia is a condition that alters a patient's taste, wherein the patient will have a persistent foul, rancid, or metallic taste.

[20] Asthenia is a loss of strength or weakness.

Clinicaltrials.gov, Patient Preference Between Cabazitaxel and Docetaxel in Metastatic Castrate-resistant Prostate Cancer (CABA-DOC), https://clinicaltrials.gov/ct2/show/study/NCT02044354 (last visited Dec. 21, 2016) (Exh. 2221). Thus, it was further unexpected that some patients would prefer cabazitaxel and prednisone to docetaxel and prednisone in regards to general tolerance.

**4. Praise of Others**

215. I have been informed by counsel and I understand that evidence of industry praise or appreciation by contemporaries skilled in the field of the invention can weigh in favor of a finding of non-obviousness.

216. Jevtana® was positively received by physicians as the first therapy to prolong life in patients worsening after docetaxel. The quick approval by the FDA demonstrates how well this new method of treatment was received. Dr. Richard Pazdur of the FDA stated that the "FDA was able to review and approve the application for Jevtana® in 11 weeks, expediting the availability of this drug to men with prostate cancer." Exh. 2059 at 1.

217. Articles and press releases also praise Jevtana® for finally filling an unmet medical need. For example, an article described the development of cabazitaxel as a "major success in second line chemotherapy for advanced prostate cancer"

because treatment with cabazitaxel showed an increase in overall survival. Exh. 2071 at 1.

218. Others praised Jevtana® for giving men with prostate cancer more time to live and for allowing these men to "carry on doing the things they enjoy despite their cancer." Hope, *'Last Hope' Drug for Prostate Cancer Patients Is Axed from the NHS, in a Move Doctors Call a 'Travesty'*, Daily Mail (Jan. 9, 2015), http://www.dailymail.co.uk/health/article-2903235/Last-hope-drug-prostate-cancer-patients-axed-NHS-doctors-call-travesty.html (Exh. 2115) at 2. Similarly, others praised Jevtana® for "provid[ing] patients with a better chance of survival when dealing with such a difficult illness." *New Hope in Advanced Prostate Cancer: Alberta, Saskatchewan and Ontario Fund Coverage for Jevtana® [Cabazitaxel]*, CNW Press Release (Oct. 4, 2012), http://www.newswire.ca/news-releases/new-hope-in-advanced-prostate-cancer-alberta-saskatchewan-and-ontario-fund-coverage-for-jevtana-cabazitaxel-510872201.html (Exh. 2222) (quoting Bob Shiell, Executive Director, Prostate Cancer Canada Network (PCCN) Calgary).

**5. <u>Commercial Success</u>**

219. I understand that commercial success and acceptance in the industry are also factors that suggest an invention is not obvious. I understand that the December 23, 2016 Declaration of Michael E. Tate (Exh. 2149) concludes that Jevtana®'s total U.S. sales and share of the post-docetaxel mCRPC market are

evidence of its commercial success and market acceptance. In my opinion, Jevtana®'s success is attributable to the inventions claimed in the '592 patent, which reflect the results of the TROPIC study that led to FDA approval.

220. I also understand from counsel that nine other companies, the defendants in the co-pending district court litigation, are seeking approval to market a version of Jevtana®.

221. I have been prescribing Jevtana® since its approval in 2010 to patients with prostate cancer that has progressed during or after treatment with docetaxel. I prescribe Jevtana® therapy for the clinical benefits that it provides to these patients, most importantly for prolonging life as demonstrated in the TROPIC study as compared to palliative mitoxantrone therapy. Through my participation in advisory boards, conferences, and discussions with colleagues, I believe that other physicians prescribe Jevtana® for the same reason.

222. Since the approval of Jevtana®, two new therapies that act on hormones have been approved for the treatment of mCRPC, Zytiga® (abiraterone) and Xtandi® (enzalutamide). These are oral therapies that are prescribed by oncologists and urologists.[21] They are more convenient and have less toxicity than chemotherapy. Although abiraterone and enzalutamide act on the hormone-axis, they are reserved for patients who have worsened after initial hormone therapy.

---

[21] In general, chemotherapy agents such as Jevtana® and Taxotere® (docetaxel) are prescribed by oncologists. Urologists generally do not prescribe chemotherapy.

These two compounds are sometimes referred to as advanced or targeted hormone therapies.

223. Jevtana® remains the only chemotherapy approved for patients after docetaxel that prolongs life.

## VII. AVENTIS'S MOTION TO AMEND

224. I understand that Aventis is proposing the following substitute claims if the Board finds claims 27-30 of the '592 patent invalid:

225. Claim 31. (substitute for Claim 27, if found unpatentable) A method of increasing survival comprising administering to a patient in need thereof (i) an antihistamine, (ii) a corticoid, (iii) an $H_2$ antagonist, and (iv) a dose of 20 to 25 $mg/m^2$ of cabazitaxel, or a hydrate or solvate thereof, wherein said antihistamine, said corticoid, and said $H_2$ antagonist are administered prior to said dose of 20 to 25 $mg/m^2$ of cabazitaxel, or hydrate or solvate thereof, in combination with prednisone or prednisolone, wherein said patient has castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel.

226. Claim 32. (substitute for Claim 28, if found unpatentable) The method according to claim 31, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 $mg/m^2$.

227. Claim 33. (substitute for Claim 29, if found unpatentable) The method according to claim 31, comprising repeating the administration of said antihistamine, said corticoid, said $H_2$ antagonist, and said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

228. Claim 34. (substitute for Claim 30, if found unpatentable) The method according to claim 31, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 $mg/m^2$.

229. For all the reasons discussed above in Section VI describing why original independent Claim 27 is nonobvious, and for the additional reasons discussed below, it is my opinion that proposed Claims 31-34 are not obvious. None of the literature that I am aware of disclosed or indicated that 20-25 $mg/m^2$ of cabazitaxel in combination with prednisone would prolong survival of mCRPC patients that had progressed during or after docetaxel. A POSA also would not have been motivated to utilize a premedication regimen comprising an antihistamine, a corticoid, and an $H_2$ antagonist because (i) no prior art disclosed using this premedication regimen with cabazitaxel, (ii) it was concluded from a phase I study (Mita) that cabazitazel does not require a premedication, (iii) cabazitaxel was reported to cause less hypersensitivity reactions and fluid retention than docetaxel and paclitaxel, (iv) cabazitaxel could be formulated in polysorbate 80, (v)

cabazitaxel was given in lower doses than docetaxel, (vi) and the prior art taught away from using $H_2$ antagonists as premedication.[22]

### A. Claim Construction

#### 1. "A method for increasing survival"

230. One of the primary goals of treating prostate cancer is prolonging life. A therapy is accepted by a POSA as prolonging life if it has been shown to provide a statistically significant increase in overall survival as compared to no therapy or a palliative therapy.

231. Overall survival is the key endpoint for clinical studies of new prostate cancer drugs, particularly in the second-line post-docetaxel setting. *See* Exh. 2030 at 306. Overall survival is measured by a large, randomized and controlled clinical study. *See, e.g.*, Armstrong & George, *New Drug Development in Metastatic Prostate Cancer*, 26 Urologic Oncology: Seminars & Original Investigations 430-37 (2008) (Exh. 2005) at 431 (discussing power necessary to detect an overall survival advantage); Pazdur, *Endpoints for Assessing Drug Activity in Clinical Trials*, 13 (suppl. 2) The Oncologist 19-21 (2008) (Exh. 2080) at 19-20.

232. Example 1 of the '592 patent describes a clinical trial in which cabazitaxel plus prednisone was shown to provide a statistically significant increase in overall

---

[22] My opinions do not change if the time frame is October 2009, January 2010, or June 2010.

survival compared to palliative mitoxantrone therapy in mCRPC patients that had progressed during or after docetaxel therapy. Exh. 1001 at Example 1.

233. Thus, based on my reading of the claims, the specification of the '592 patent including Example 1, and my knowledge in the field, a POSA would understand "a method of increasing survival" in claim 31 to mean "a method for prolonging the life of a patient as compared to no therapy or to a palliative therapy."

### 2. "antihistamine," "corticoid," and "$H_2$ Antagonist"

234. By October 2009, antihistamines, corticoids, and $H_2$ antagonists were well-understood classes of drugs to people of ordinary skill in the art. The patent does not define these terms in a way other than would be commonly recognized by a POSA.

235. While "antihistamine" can include an agent that blocks any histamine receptor, it is common to use this term to describe only the drugs that block the $H_1$ histamine receptors, which are used in the treatment of allergy symptoms. *See* PDR Medial Dictionary (2d ed. 2000) (Exh. 2223) at 3. The '592 patent, for example, uses "antihistamine" to describe $H_1$ antihistamines such as diphenhydramine and dexcholorpheniramine, but uses "$H_2$ antagonists" to describe drugs that specifically target the $H_2$ histamine receptor. *See e.g.*, Exh. 1001 at col. 6, ll. 56-59, col. 7, ll. 19-22; Ruitenbeek *et al.*, *Histamine $H_1$-Receptor Blockages*

*in Humans Affects Psychomotor Performance But Not Memory*, 22(6) J. Psychopharmacol. 663-72 (2008) (Exh. 2213) at 664; Passalacqua et al., *The Clinical Safety of $H_1$-Receptor Antagonists, An EAACI Position Paper*, 51 Allergy 666-75 (1996) (Exh. 2144) at 667.

236. $H_2$ antagonists are a class of drugs that block the $H_2$ histamine receptor. Ranitidine is an example of an $H_2$ antagonist.

237. Corticoids, also referred to as corticosteroids, are steroids produced in the adrenal cortex, as well as the synthetic analogues of these steroids. *See* Exh. 2223 at 4. Examples include dexamethasone, prednisone, prednisolone, and hydrocortisone.

### B. No Prior Art Disclosed a Method for Prolonging the Life of a Patient with mCRPC that had Progressed During or After Docetaxel Treatment Comprising Administering 20-25 mg/m$^2$ of Cabazitaxel in Combination with Prednisone

238. I am not aware of any literature disclosing whether cabazitaxel in combination with prednisone would prolong the life of mCRPC patients that had worsened during or after docetaxel therapy. As discussed above in Section VI.D, Winquist and the TROPIC Listing merely disclosed the existence of a phase III study designed to determine whether or not the cabazitaxel arm of the study provided an overall survival benefit as compared to palliative mitoxantrone therapy.

239. Also, as discussed above in Section VI.D, the existence of the study itself did not allow a POSA to reasonably expect the outcome in view of the limited data available for cabazitaxel in prostate cancer, the lack of a phase II study in prostate cancer, the unpredictability of treating advanced prostate cancer, and the multitudes of failed phase III studies to show an overall survival benefit. With respect to the 25 $mg/m^2$ dose of cabazitaxel required by Claim 32, a POSA would have had concerns about toxicity at that dose in light of the neutropenia reported in Mita and Pivot, discussed above in Section VI.E. For all the reasons discussed above in Section VI, a POSA would not have reasonably expected that cabazitaxel in combination with prednisone would increase survival in the claimed patients by January 2010.

240. I further note that the clinical use of Jevtana® is an embodiment of Claims 31-34 for the reasons noted above in paragraphs 192-95 and because the label for Jevtana® includes a premedication regimen before each dose of cabazitaxel of an antihistamine, a corticoid, and an $H_2$ antagonist. Exh. 2150 at 1. Therefore the objective indicia of nonobviousness described in Section VI.H above apply equally to Claims 31-34. It was unexpected that the claimed methods would provide an increase in overall survival, Jevtana® met a long-felt need in the art where others had failed, there has been praise for Jevtana®, and the product has been

commercially successful because of the benefits provided by the claimed methods, notably increasing overall survival. *See* above at Section VI.H.

### C. <u>The Prior Art Does Not Teach the Use of a Premedication Regimen of an Antihistamine, a Corticoid, and an $H_2$ Antagonist with Cabazitaxel in Combination with Prednisone</u>

241. I am not aware of any literature disclosing the use of a three component premedication of an antihistamine, a corticoid, and an $H_2$ antagonist for cabazitaxel in combination with prednisone. While premedications were known in the art to prevent or lessen the incidence of hypersensitivity reactions and fluid retention for other intravenous drugs, Mita touted the convenience of administering cabazitaxel with no premedication being necessary. Exh. 1012 at 729. For the reasons discussed below, a POSA would not have been motivated by the prior art as a whole to use an antihistamine, a corticoid, and $H_2$ antagonist with cabazitaxel therapy.

#### 1. <u>None of the Cabazitaxel Prior Art References Suggested Using the Claimed Three Component Premedication</u>

242. Typically, the aim of premedication regimens is to prevent or lessen the incidence of hypersensitivity reactions, or allergic reactions, that a patient may have to the intravenous administration of a drug. Corticoids are also known in the art for their use in the prevention of fluid retention in patients.

Exh. 1024 at 5, 13. $H_2$ antagonists inhibit the production of gastric acid, and prevent gastric acid-related side effects including stomach ulcers and acid reflux.

Exh. 2223 at 3; Deakin & Williams, *Histamine $H_2$-Receptor Antagonists in Peptic Ulcer Disease, Efficacy in Healing Peptic Ulcers*, 44(5) Drugs 709-19 (1992) (Exh. 2228) at 710.

243. In Mita, no prophylactic, premedication treatment to prevent hypersensitivity or nausea and vomiting was administered for the first course of cabazitaxel, and corticosteroids were not permitted as a prophylactic for nausea or vomiting. Exh. 1012 at 724.

244. Only two patients "experienced grade 1 hypersensitivity reactions, characterized by flushing, dizziness, and chest tightness, which did not reoccur on retreatment in the absence of premedication." *Id*. at 727.[23] This indicates that the reactions were transient and that no patients received premedication to prevent or counteract hypersensitivity reactions. Eight patients in Mita had prostate cancer. *Id*. at 725.

245. Mita further notes that no severe hypersensitivity reactions or fluid retention was observed. *Id*. at 728. Mita concludes that the low incidence of fluid retention "favors" cabazitaxel. *Id*. at 729.

246. Most significantly, Mita states, "Based on the results of this study, [cabazitaxel] administration does not require premedication, thus resulting in significant administration and convenience advantages." *Id.*

[23] A grade 1 hypersensitivity reaction means a transient rash with a fever less than 100.4º F. Exh. 2181 at 1.

247. Another phase I study of cabazitaxel (Lortholary) used only a 5 mg IV dose of dexchloropheniramine (an antihistamine) for premedication and did not report hypersensitivity reactions. Exh. 2147 at CabRef0002895-896.

248. Another phase I study examining administration of cabazitaxel every week for four weeks of a five week cycle (Fumoleau) did not utilize a premedication, yet reported that "[o]nly 3 cases of mild hypersensitivity reaction (gr 1) were observed." Fumoleau *et al.*, *Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as a Weekly 1-Hour Infusion at Day 1, Day 8, Day 15, Day 22 Every 5 Weeks in Patients (pts) with Advanced Solid Tumors*, 7(11) Clin. Cancer Res. 3710s (2001) (Exh. 2224) at 2.

249. The phase II study of cabazitaxel in metastatic breast cancer patients utilized an IV antihistamine anti-$H_1$ premedication. Exh. 1010 at 1548. Corticoid premedication was not required. Hypersensitivity reactions were reported in 1% of treatment cycles, with grade 3-5 hypersensitivity reactions occurring in 4% of patients. *Id*. at 1550.

250. Fluid retention was reported in 9% of patients (8% peripheral edema, 1% pleural effusion),[24] but no severe adverse event occurred for fluid retention. *Id*. Pivot does not discuss utilizing a three component premedication for cabazitaxel or expanding on the antihistamine premedication used in the study.

[24] Peripheral edema is an accumulation of fluid that causes swelling, typically in the lower limbs. Pleural effusion is an abnormal amount of fluid around the lungs.

251. Thus, the prior art concerning the clinical data on the use of cabazitaxel, as a whole, does not suggest that premedication was necessary for the safe administration of cabazitaxel.

### 2. A POSA Would Not Have Used The Premedication Regimens For Docetaxel or Paclitaxel Based On The Prior Art

252. A POSA in October 2009 would have understood that the levels of hypersensitivity reactions seen with cabazitaxel with no premedication or only an antihistamine were lower than reported for docetaxel with three doses of oral dexamethasone. A POSA at the time would also have understood that cabazitaxel without steroids produced far less fluid retention than docetaxel with a dexamethasone premedication.

253. The Taxotere® (docetaxel) label describes a premedication of only oral dexamethasone given at 12, 3, and 1 hours before docetaxel, but not an antihistamine or $H_2$ antagonist. Exh. 1024 at 1. This premedication was given to prevent hypersensitivity reactions and fluid retention. Exh. 1024 at 5, 13. The Taxotere® label reported that despite a multiple day premedication with corticosteroids, fluid retention occurred in 64% of breast cancer patients, with severe fluid retention occurring in 6.5%. Exh. 1024 at 15. Without premedication, fluid retention was observed in 59.7% of patients, and was severe in 8.9%. *Id.* The label also reported that with a 3-day premedication, 15.2% of breast cancer

patients reported hypersensitivity reactions, with 2.2% of reactions being severe. *Id*. Without premedication, 17.6% of breast cancer patients experienced hypersensitivity reactions, and 2.6% of these were severe. *Id.*

254. As discussed above, the phase I trials of cabazitaxel observed little or no hypersensitivity reactions and fluid retention. Mita reported no severe hypersensitivity reactions or fluid retention using no premedication, Lortholary reported no hypersensitivity reactions with only an antihistamine as premedication, and Fumoleau reported only 3 cases of mild hypersensitivity reactions with no premedication. Exh. 1012 at 729; Exh. 2147 at CabRef0002895-96; Exh. 2244 at 2. In phase II, only 4% of patients observed in Pivot experienced Grades 3-5 hypersensitivity reactions following an antihistamine premedication, and no severe incidences of fluid retention were observed. Based on a comparison to Taxotere®, a POSA would not have been motivated to use a corticoid premedication with cabazitaxel. This is especially true given the apparent lack of prevention of hypersensitivity and fluid retention afforded by the 3-day premedication regimen for the patients in the docetaxel breast cancer study. Exh. 1024 at 15. Such premedication regimens can be inconvenient, cumbersome, and potentially expensive to a patient.

255. In addition, the Taxotere® label had a black box warning that it was contraindicated in patients with a history of severe hypersensitivity reactions to

drugs formulated with polysorbate 80. Exh. 1024 at 1. However, docetaxel was indicated at a much higher dose (75 $mg/m^2$) than doses of cabazitaxel being studied at the time (20-25 $mg/m^2$). Exh. 1024 at 1; Exh. 1010 at 1548. Therefore, since it was known that the ratio of drug to polysorbate 80 is the same for the two drugs (40 mg/mL), a POSA would have understood that patients administered 20-25 $mg/m^2$ cabazitaxel would receive roughly one third the amount of polysorbate 80 as compared to a cycle of docetaxel administration. Exh. 1024 at 53; Exh. 1012 at 724. Thus, a POSA would have been less concerned about administering cabazitaxel in a polysorbate 80 formulation than administering docetaxel in a polysorbate 80 formulation in terms of hypersensitivity from the intravenous formulation.

256. The Taxol® label describes a premedication regimen of 20 mg of dexamethasone (a corticoid) administered orally 12 and 6 hours before Taxol® administration, the antihistamine diphenhydramine 50 mg by IV 30 to 60 minutes before Taxol®, and an $H_2$ antagonist (either cimetidine 300 mg or ranitidine 50 mg) by IV 30 to 60 minutes prior to Taxol®. Exh. 2093 at 39. The label also reports that 41% of patients with solid tumors receiving single-agent Taxol® had hypersensitivity reactions despite receiving premedication. *Id*. at 27. This high rate of observed hypersensitivity reactions was commonly attributed to the surfactant used to dissolve paclitaxel, Cremophor EL. Straub *et al.*, *Intravenous*

*Hydrophobic Drug Delivery: A Porous Particle Formulation of Paclitaxel (AI-850)*, 22(3) Pharm. Res. 347-55 (2005) (Exh. 2089) at 347. As noted in Mita, however, cabazitaxel does not require Cremophor and "therefore, results in reduced incidence of hypersensivity reaction[s]." Exh. 1012 at 729. Therefore, the POSA would not have had the specific concern over hypersensitivity reactions with paclitaxel due to Cremophor for cabazitaxel administration.

### 3. The Prior Art Teaches Away From Premedication with $H_2$ Antagonists

257. $H_2$ antagonists have been long known in the art to inhibit histamine-stimulated gastric acid secretion. Exh. 2223 at 3; Exh. 2228 at 710. They are used in the treatment of duodenal and gastric ulcerations and reflux oesophagitis.[25] *Id.* Even as early as 1992, $H_2$ antagonists were reported to heal between 77 and 92% of duodenal ulcers at four weeks, and to heal between 75 and 88% of gastric ulcers at eight weeks. Exh. 2228 at 709. The phase I and phase II studies of cabazitaxel, however, did not report adverse events relating to gastric acidity, such as ulcers or perforation. *See* Exh. 1010 at 1550; Exh 1012 at 727; Exh. 2147 at CabRef0002896; Exh. 2224 at 2.

258. $H_2$ antagonists, however, were also known to potentially result in "problems with drug interactions." Exh. 2228 at 715. For example, a study

[25] Reflux oesophagitis is an inflammation of the esophagus due to reflux of stomach acid.

reported in 2009 suggested that premedicating patients with $H_2$ antagonists before docetaxel therapy increases the risk of a potential side effect of docetaxel, palmar plantar erythrodysethesia, or hand-foot syndrome. *$H_2$ Blockers Increase Risk of Docetaxel-Induced Skin Toxicity*, 4 Reactions 1257 (June 20, 2009) (Exh. 2227). Kawaguchi *et al.* surveyed physicians from 22 institutions who reported on 989 breast cancer patients, and found that the use of $H_2$ antagonists as premedication for docetaxel statistically significantly increased the incidence of hand-foot syndrome. *Id.* 19.6% of patients given an $H_2$ antagonist experienced hand-foot syndrome, while only 8.8% of patients that did not receive an $H_2$ antagonist experienced this side effect. *Id.*

259. Hand-foot syndrome can progress to a "burning pain in conjunction with well-defined swelling" and reddening of the skin on the palms of the hands and the soles of the feet. Nagore *et al.*, *Antineoplastic Therapy-Induced Palmar Plantar Erythrodysesthesia ('Hand-Foot') Syndrome, Incidence, Recognition and Management*, 1(4) Am. J Clin. Dermatol. 225-34 (2000) (Exh. 2226) at 226-27. Patients may experience restriction of fine movements, due to swelling and tenderness. *Id.* at 227. In some cases, the effects of hand-foot syndrome can continue even after the patient has ceased chemotherapy. *Id.* There is no proven effective treatment for this side effect, and for some patients the only option is a reduction in dosage of their current chemotherapy or a complete discontinuation of

the regimen. *Id.* at 231. For this reason, hand-foot syndrome is considered to be a "dose-limiting factor." *Id.* at 228.

260. By 2009, skin toxicities such as hand-foot syndrome, were known in the art to be adverse events related to treatment with docetaxel. In some reports, as many as 50-75% of patients receiving docetaxel had been reported to experience skin toxicities. *Id.* at 231.

261. The Taxotere® label states that "[s]evere hand and foot syndrome has been reported," and instructs physicians to reduce the dose of docetaxel from 75 $mg/m^2$ to 60 $mg/m^2$ if severe or cumulative cutaneous reactions are observed in prostate cancer patients. Exh. 1024 at 6, 31. The Patient Counseling Information tells patients that a rash "occurs commonly but is severe in about 5%" of patients, usually on the hands and feet. *Id.* at 56. I note that $H_2$ antagonists are not included in the premedication regimen in the Taxotere® label. *See* Exh. 1024 at 1, 5.

262. In light of the potential increase in skin toxicity with $H_2$ antagonists, a POSA would not have sought to add such agents to a premedication regimen without an identified need that would outweigh those risks. Because there was no such identified need in the cabazitaxel prior art, a POSA would not have employed the claimed premedication regimen in Claim 31, which includes an $H_2$ antagonist.

## VIII. Declaration

I declare that all statements made herein on my own knowledge are true and that all statements made on information and belief are believed to be true, and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Section 1001 of Title 18 of the United States Code.

Dated: December 22, 2016

By:______________________
Alton Oliver Sartor, M.D.

## APPENDIX 1 LIST OF EXHIBITS

| Aventis Exhibit No. | Description |
|---|---|
| 2003 | A Randomized, Open Label, Phase 3 Study of Larotaxel IV every 3 Weeks Versus Capecitabine (Xeloda) Tablets Twice Daily for 2 Weeks in 3-Week Cycles in Patients with Metastatic Cancer (MBC) Progressing After Taxanes and Anthracycline Therapy (EFC6089), available at EFC6089_summary.pdf. |
| 2004 | Antonarakis & Eisenberger, *Phase III Trials with Docetaxel-Based Combinations for Metastatic Castration-Resistant Prostate Cancer: Time to Learn From Past Experiences*, 31(14) J. Clin. Oncol. 1709-12 (2013). |
| 2005 | Armstrong & George, *New Drug Development in Metastatic Prostate Cancer*, 26(4) Urologic Oncol.: Seminars & Original Investigations 430-37 (2008). |
| 2006 | Beer *et al.*, *Double-Blinded Randomized Study of High-Dose Calcitriol plus Docetaxel Compared with Placebo plus Docetaxel in Androgen-Independent Prostate Cancer: A Report from the ASCENT Investigators*, 25(6) J. Clin. Oncol. 669-74 (2007). |

| | |
|---|---|
| 2008 | *Bristol-Myers Squibb Reports Results for Phase 3 Trial of Yervoy® (Ipilimumab) in Previously-Treated Castration Resistant Prostate Cancer*, Business Wire News HQ Press Release (September 12, 2013), available at http://news.bms.com/press-release/rd-news/Bristol-myers-squibb-reports-results-Phase-3- trial-yervoy-ipilimumab-previousl. |
| 2009 | Cabral, *Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs*, 4(1) Drug Resistance Updates 3-8 (2001). |
| 2010 | Carducci *et al.*, *A Phase 3 Randomized Controlled Trial of the Efficacy and Safety of Atrasentan in Men with Metastatic Hormone-Refractory Prostate Cancer*, 110(9) Cancer 1959-66 (2007). |
| 2014 | Di Lorenzo *et al.*, *Combination of Bevacizumab and Docetaxel in Docetaxel-Pretreated Hormone-Refractory Prostate Cancer: A Phase 2 Study*, 54(5) Eur. Urol. 1089-96 (2008). |
| 2015 | Dieras *et al.*, *Phase II Multicenter Study of Larotaxel (XRP9881), a Novel Taxoid, in Patients with Metastatic Breast Cancer Who Previously Received Taxane-Based Therapy*, 19(7) Annals of Oncol. 1255-60 (2008). |
| 2018 | Higano *et al.*, *Phase 1/2 Dose-Escalation Study of a GM-CSF-* |

| | |
|---|---|
| | *Secreting, Allogeneic, Cellular Immunotherapy for Metastatic Hormone-Refractory Prostate Cancer*, 113(5) Cancer 975-84 (2008). |
| 2019 | July 2009 Avastin® Label. |
| 2020 | Kaur *et al.*, *Suramin 's Development: What Did We Learn*?, 20(2) Investigational New Drugs 209-19 (2002). |
| 2021 | Kola & Landis, *Can the Pharmaceutical Industry Reduce Attrition Rates*?, 3(8) Nature Revs. Drug Discovery 711-15 (2004). |
| 2025 | Mackinnon *et al.*, *Molecular Biology Underlying the Clinical Heterogeneity of Prostate Cancer: An Update*, 133(7) Arch. Pathol. Lab. Med. 1033-40 (2009). |
| 2026 | Michaelson *et al.*, *Randomized, Placebo-Controlled, Phase III Trial of Sunitinib plus Prednisone Versus Prednisone Alone in Progressive Metastatic, Castration-Resistant Prostate Cancer*, 32(2) J. Clin. Oncol. 76-83 (2014). |
| 2027 | Mulcahy, *Phase 3 Trial of Immunotherapy for Metastatic Prostate Cancer Terminated*, Medscape (October 17, 2008), available at http://www.medscape.com/viewarticle/582220_print. |
| 2029 | *OncoGenex Announces Top-Line Survival Results of Phase 3* |

| | |
|---|---|
| | *SYNERGY Trial Evaluating Custirsen for Metastatic Castrate-Resistant Prostate Cancer*, Acquire Media Press Release (April 28, 2014), available at http://ir.oncogenex.com/releasedetail.cfm ?ReleaseID=842949. |
| 2030 | Ramiah *et al.*, *Clinical Endpoints for Drug Development in Prostate Cancer*, 18(3) Curr. Opin. Urol. 303-08 (2008). |
| 2033 | Slovin *et al.*, *Ipilimumab Alone or in Combination with Radiotherapy in Metastatic Castration-Resistant Prostate Cancer: Results from an Open-Label, Multicenter Phase I/II Study*, 24(7) Annals of Oncol. 1813-21 (2013). |
| 2034 | Small *et al.*, *Granulocyte Macrophage Colony-Stimulating Factor Secreting Allogeneic Cellular Immunotherapy for Hormone-Refractory Prostate Cancer*, 13(13) Clin. Cancer Res. 3883-91 (2007). |
| 2036 | Sternberg *et al.*, *Larotaxel with Cisplatin in the First-Line Treatment of Locally Advanced/Metastatic Urothelial Tract or Bladder Cancer: A Randomized, Active-Controlled, Phase III Trial (CILAB)*, 85(4) Oncology 208-15 (2013). |
| 2037 | Susman, *ASCO: Calcitriol Fails in ASCENT-2 Prostate CA Trial,* |

| | |
|---|---|
| | MedPage Today (June 9, 2010), available at http://www.medpagetoday.com/MeetingCoverage/ASCO/20575. |
| 2038 | *Takeda Announces Termination of Orteronel (TAK-700) Development for Prostate Cancer in Japan, U.S.A. and Europe*, Takeda Latest News Release (June 19, 2014), available at http://www.takeda.com/news/2014/20140619_6615.html. |
| 2039 | Gupta, US Patent Application Publication No. 2012/0301425. |
| 2040 | Van Cutsem *et al.*, *A Phase III Study Comparing Larotaxel to 5-FU (Continuous Intravenous 5-FU or Capecitabine) in Patients with Advanced Pancreatic Cancer (APC) Previously Treated with a Gemcitabine Containing Regimen*, 21(6S) Annals of Oncol. Oral Presentations 0-007 (July 2010). |
| 2043 | Williams, *Discontinued Drugs in 2008: Oncology Drugs*, 18(11) Expert Opin. Investig. Drugs 1581-94 (2009). |
| 2045 | Zatloukal *et al.*, *Randomized Multicenter Phase II Study of Larotaxel (XRP9881) in Combination with Cisplatin or Gemcitabine as First-Line Chemotherapy in Nonirradiable Stage IIIB or Stage IV Non-Small Cell Lung Cancer*, 3(8) J. Thorac. Oncol. 894-901 (2008). |

| | |
|---|---|
| 2046 | Zielinski & Chi, *Custirsen (OGX-01 I): A Second-Generation Antisense Inhibitor of Clusterin in Development for the Treatment of Prostate Cancer*, 8(10) Future Oncol. 1239-51 (2012). |
| 2047 | American Cancer Society, Cancer Facts & Figures 2009. |
| 2050 | Bissery *et al.*, *Experimental Antitumor Activity of Taxotere (RP 56976, NSC 628503), a Taxol Analogue*, 51(18) Cancer Res. 4845-52 (1991). |
| 2054 | De Bono *et al.*, *Open-Label Phase II Study Evaluating the Efficacy and Safety of Two Doses of Pertuzumab in Castrate Chemotherapy-Naive Patients with Hormone-Refractory Prostate Cancer*, 25(3) J. Clin. Oncol. 257-62 (2007). |
| 2055 | De Bono *et al.*, *Prednisone plus Cabazitaxel or Mitoxantrone for Metastatic Castration-Resistant Prostate Cancer Progressing after Docetaxel Treatment: a Randomized Open-Label Trial*, 376(9747) Lancet 1147-54 (2010). |
| 2056 | European Medicine Agency, ICH Topic E8 General Considerations for Clinical Trials (March 1998). |
| 2059 | FDA News Release, *FDA Approves New Treatment for Advanced Prostate Cancer* (June 17, 2010). |

| | |
|---|---|
| 2063 | January 2008 Herceptin® Label. |
| 2065 | July 2004 Iressa® Label. |
| 2066 | October 2007 Ixempra® Label. |
| 2067 | June 2015 Jevtana® Label. |
| 2071 | Malhotra *et al.*, *Cabazitaxel: a Novel Drug for Hormone-Refractory Prostate Cancer*, 13(2) Mini Revs. Med. Chem. 1-6 (2013). |
| 2073 | Mokbel, Concise Notes in Oncology for MRCP and MRCS, 6-7 (2005). |
| 2074 | Morant *et al.*, *Capecitabine in Hormone-Resistant Metastatic Prostatic Carcinoma – a Phase II Trial*, 90(7) Br. J. Cancer 1312–17 (2004). |
| 2076 | NCCN Clinical Practice Guidelines in Oncology: Breast Cancer V.1.2009. |
| 2077 | NCCN Clinical Practice Guidelines in Oncology: Prostate Cancer V.2.2009. |
| 2080 | Pazdur, *Endpoints for Assessing Drug Activity in Clinical Trials*, 13(suppl 2) The Oncologist 19-21 (2008). |
| 2082 | June 2012 Perjeta® Label. |

| | |
|---|---|
| 2083 | Pienta & Smith, *Advances in Prostate Cancer Chemotherapy: A New Era Begins*, 55(5) CA Cancer J. Clin. 300-18 (2005). |
| 2084 | Ramanathan *et al.*, *A Phase II Study of Milataxel: a Novel Taxane Analogue in Previously Treated Patients with Advanced Colorectal Cancer*, 61(3) Cancer Chemother. Pharmacol. 453-58 (2008). |
| 2089 | Straub *et al.*, *Intravenous Hydrophobic Drug Delivery: A Porous Particle Formulation of Paclitaxel (AI-850)*, 22(3) Pharm Res. 347-55 (2005). |
| 2090 | April 2008 Sutent® Label. |
| 2091 | Takeda *et al.*, *The Establishment of Two Paclitaxel-Resistant Prostate Cancer Cell Lines and the Mechanisms of Paclitaxel Resistance with Two Cell Lines*, 67(9) The Prostate 955-67 (2007). |
| 2092 | April 2009 Tarceva® Label. |
| 2093 | February 2000 Taxol® Label. |
| 2096 | Vrignaud *et al.*, *Preclinical Antitumor Activity of Cabazitaxel, a Semisynthetic Taxane Active in Taxane-Resistant Tumors*, 19(11) Clin. Cancer Res. 2973-83 (2013). |
| 2098 | February 2003 Xeloda® Label. |
| 2099 | Ziada *et al.*, *The Use of Trastuzumab in the Treatment of Hormone* |

| | |
|---|---|
| | *Refractory Prostate Cancer; Phase II Trial*, 60(4) The Prostate 332-37 (2004). |
| 2101 | Dieras *et al.*, *Larotaxel (L) in Combination with Trastuzumab in Patients with Her2+ Metastatic Breast Cancer (MBC): Interim Analysis of an Open Phase II Label Study*, 26(15S) J. Clin. Oncol. 1070 (2008). |
| 2104 | *Canil et al.*, *Randomized Phase II Study of Two Doses of Gefitinib in Hormone-Refractory Prostate Cancer: A Trial of the National Cancer Institute of Canada –Clinical Trials Group*, 23(3) J. Clin. Oncol. 455-60 (2005). |
| 2105 | Mononen *et al.*, *Two Percent of Finnish Prostate Cancer Patients Have a Germ-Line Mutation in the Hormone-Binding Domain of the Androgen Receptor Gene*, 60(22) Cancer Research 6471-81 (2000). |
| 2107 | Sonpavde *et al.*, *Sunitinib Malate for Metastatic Castration-Resistant Prostate Cancer Following Docetaxel-Based Chemotherapy*, 21(2) Ann. Oncol. 319-24 (2010). |
| 2110 | Latif *et al.*, *Phase II Study of Oral Bis (Aceto) Ammine Dichloro (Cyclohexamine) Platinum (IV) (JM-216, BMS-182751) Given* |

| | |
|---|---|
| | *Daily x 5 in Hormone Refractory Prostate Cancer (HRPC)*, 23(1) Invest. New Drugs. 79-84 (2005). |
| 2111 | August 2008 Novantrone® Label. |
| 2112 | Small *et al.*, *A Phase II Trial of Gefitinib in Patients with Non-Metastatic Hormone-Refractory Prostate Cancer*, 100 BJU Int'l 765-69 (2007). |
| 2113 | Joffe *et al.*, *Quality of Informed Consent in Cancer Clinical Trials: A Cross-Sectional Survey*, 358 The Lancet 1772-77 (2001). |
| 2114 | *Genentech Provides Update on Phase III Study of Avastin in Men with Late Stage Prostate Cancer* (March 12, 2010), Business Wire, available at http://www.businesswire.com/news/home/20100311007023/en/Genentech-Update-Phase-III-Study-Avastin-Men. |
| 2115 | *Hope, 'Last Hope' Drug for Prostate Cancer Patients Is Axed from the NHS, in a Move Doctors Call a Travesty*, DailMail.com (January 9, 2015), available at http://www.dailymail.co.uk/health/article-2903235/Last-hope-drug-prostate-cancer-patients-axed-NHS-doctors-call-travesty.html?printingPage=true. |

| | |
|---|---|
| 2122 | Small *et al.*, *Randomized Phase II Study Comparing 4 Monthly Doses of Ipilimumab (MDX-010) as a Single Agent or in Combination with a Single Dose of Docetaxel in Patients with Hormone-Refractory Prostate Cancer*, 24(18S) J. Clin. Oncol. (Meeting Abstracts) S4609 (June 2006). |
| 2123 | Van Cutsem *et al.*, *A Phase III Study Comparing Larotaxel to 5-FU (Continuous Intravenous 5-FU or Capecitabine) in Patients with Advanced Pancreatic Cancer (APC) Previously Treated with a Gemcitabine Containing Regimen*, 21(6S) Annals of Oncol. Oral Presentations O-0007 (July 2010). |
| 2124 | Taylor *et al.*, *Integrative Genomic Profiling of Human Prostate Cancer*, 18(1) Cancer Cell 11-22 (2010). |
| 2125 | D'Amico, *US Food and Drug Administration Approval of Drugs for the Treatment of Prostate Cancer: A New Era Has Begun*, 32(4) J. Clin. Oncol. 362-64 (2014). |
| 2126 | Halabi *et al.*, *Prostate-Specific Antigen Changes as Surrogate for Overall Survival in Men with Metastatic Castration-Resistant Prostate Cancer Treated with Second-Line Chemotherapy*, 31(31) J. Clin. Oncol. 3944-50 (2013). |

| | |
|---|---|
| 2127 | Novacea, Inc. SEC Form 8-K (April 4, 2008), available at http://www.sec.gov/Archives/edgar/data/1178711/000119312508077953/d8k.htm. |
| 2134 | Sanofi-Aventis SEC Form 20-F (2006), https://www.sec.gov/Archives/edgar/data/1121404/000119312507072848/d20f.htm. |
| 2138 | *About the NCCN Clinical Practice Guidelines in Oncology*, National Comprehensive Cancer Network, available at https://www.nccn.org/professionals/default.aspx. |
| 2142 | Affidavit of Christopher Butler, Office Manager at the Internet Archive & Exhibit A (URLs) |
| 2144 | Passalacqua et al., *The Clinical Safety of $H_1$-Receptor Antagonists, An EAACI Position Paper*, 51 Allergy 666-75 (1996). |
| 2145 | Ratain, *Phase II Oncology Trials: Let's Be Positive*, 11(16) Clin. Cancer Res. 5661-62 (2005). |
| 2146 | April 2008 Prednisone Label by Watson Pharma, Inc. |
| 2147 | Lortholary *et al.*, *Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as 1-Hour Infusion in Patient (pts) with Advanced Solid Tumor*, 4579s Supplement to Clin. Cancer Res. 569 |

| | |
|---|---|
| | (November 2000). |
| 2148 | Armstrong & Carducci, *New drugs in prostate cancer*, 16 Current Opinion in Urology 138-45 (2006). |
| 2149 | December 23, 2016 Expert Declaration of Michael E. Tate. |
| 2150 | September 2016 Jevtana® Label. |
| 2180 | Updated Curriculum Vitae of Dr. Oliver Sartor. |
| 2181 | Common Toxicity Criteria for Adverse Events v2.0 (Apr. 1999). |
| 2182 | *Minimum Information Required for Written Subject Information*, XRP6258/EFC6193, 1-8 (Oct. 16, 2006). PROTECTIVE ORDER MATERIAL. |
| 2183 | Vrignaud *et al.*, *Preclinical Profile of Cabazitaxel*, 8 Drug Des. Devel. & Ther. 1851-67 (2014). |
| 2184 | Kingston, *Tubulin-Interactive Natural Products as Anticancer Agents*, 72 J. Nat. Prod. 507-15 (2009). |
| 2185 | Sessa *et al.*, *Phase I Clinical and Pharmacokinetic Studies of the Taxoid Derivative RPR 109881A Administered as a 1-Hour or 3-Hour Infusion in Patients with Advanced Solid Tumors*, 13 Annals of Oncol. 1140-50 (2002). |
| 2186 | Carlson, *New Tubulin Targeting Agents Currently in Clinical* |

| | |
|---|---|
| | *Development*, 17(5) Expert Opin. Investig. Drugs 707-22 (2008) |
| 2187 | Beer *et al.*, *Phase II Study of KOS-862 in Patients with Metastatic Androgen Independent Prostate Cancer Previously Treated with Docetaxel*, 25 Invest. New Drugs 565-70 (2007). |
| 2188 | Holen *et al.*, *Phase I Study Using Continuous Intravenous (CI) KOS-862 (Epothilone D) in Patients with Solid Tumors*, 22(14S) J. Clin. Oncol. Abstr. 2024 (2004). |
| 2189 | U.S. FDA, *Challenge and Opportunity on the Critical Path to New Medical Products*, 1-31 (Mar. 2004). |
| 2190 | Carducci *et al.*, *Atrasentan, an Endothelin-Receptor Antagonist for Refractory Adenocarcinomas: Safety and Pharmacokinetics*, 20(8) J. Clin. Oncol. 2171-80 (2002). |
| 2191 | Fujisaka *et al.*, *Phase 1 Study of Atrasentan (ABT627), Novel Endothelin Receptor-A Antagonist, in Japanese Patients with Hormone Refractory Prostate Cancer*, 24(18S) J. Clin. Oncol. (Abstr. 14602) (2006). |
| 2192 | Quinn *et al.*, *Docetaxel and Atrasentan Versus Docetaxel and Placebo for Men with Advanced Castration-Resistant Prostate Cancer (SWOG S0421): A Randomized Phase 3 Trial*, 15 Lancet |

| | |
|---|---|
| | 893-900 (2013). |
| 2193 | McKeage et *al.*, *A Phase I and Pharmacology Study of an Oral Platinum Complex, JM216: Dose-Dependent Pharmacokinetics with Single-Dose Administration*, 36 Cancer Chemother. Pharmacol. 451-8 (1995). |
| 2194 | Sessa *et al.*, *Phase I Clinical and Pharmacokinetic Study of the Oral Platinum Analogue JM216 Given Daily for 14 Days*, 9 Annals of Oncol. 1315-22 (1998). |
| 2195 | Williams, *Discontinued Drugs in 2007: Oncology Drugs*, 17(12) Expert Opin. Invest. Drugs 1791-816 (2008). |
| 2196 | Provenge® Label. |
| 2197 | November 2007 Nexavar® Label. |
| 2198 | May 2009 Gleevec® Label. |
| 2199 | July 2009 Erbitux® Label. |
| 2200 | May 2007 Torisel® Label. |
| 2201 | Lin *et al.*, *A Phase II Trial of Imatinib Mesylate in Patients with Biochemical Relapse of Prostate Cancer After Definitive Local Therapy*, 98 BJU Int'l 763-69 (2006). |
| 2202 | July 2005 Camptosar® Label. |

| | |
|---|---|
| 2203 | Reese *et al.*, *A Phase II Trial of Irinotecan in Hormone-Refractory Prostate Cancer*, 16 Investig. New Drugs 353-59 (1998). |
| 2204 | September 2008 Alimta® Label. |
| 2205 | Caffo *et al.*, *Pemetrexed as Second-Line Chemotherapy For Castration-Resistant Prostate Cancer After Docetaxel Failure: Results from a Phase II Study*, 31 Urol. Oncol. 180-86 (2013). |
| 2206 | June 2006 Hycamtin® Label. |
| 2207 | Klein *et al.*, *SWOG-9510: Evaluation of Topotecan in Hormone Refractory Prostate Cancer: A Southwest Oncology Group Study*, 52(4) The Prostate 264-68 (2002). |
| 2208 | April 2006 Gemzar® Label. |
| 2209 | Garcia *et al.*, *Gemcitabine and Docetaxel in Metastatic, Castrate-Resistant Prostate Cancer*, 117 Cancer 752-57 (2011). |
| 2210 | Greene et al., *Who is the Average Patient Presenting with Prostate Cancer?*, 66(5 Suppl.) Urology 76-82 (2005). |
| 2211 | 2006-06-29 Email, Ann Staten, FDA to Linda Gustavson, Sanofi. PROTECTIVE ORDER MATERIAL. |
| 2212 | Sartor *et al.*, *Cabazitaxel vs. Docetaxel in Chemotherapy-Naïve (CN) Patients with Metastatic Castration-Resistant Prostate* |

| | |
|---|---|
| | *Cancer (mCRPC): A Three Arm Phase III Study (FIRSTANA)*, 34 J. Clin. Oncol. Abstr. 5006 (2016). |
| 2213 | Ruitenbeek et al., *Histamine $H_1$-Receptor Blockages in Humans Affects Psychomotor Performance But Not Memory*, 22(6) J. Psychopharmacol. 663-72 (2008). |
| 2214 | Tannock *et al.*, *Treatment of Metastatic Prostate Cancer with Low-Dose Prednisone: Evaluation of Pain and Quality of Life as Pragmatic Indices of Response*, 7(5) J. Clin. Oncol. 590-97 (1989). |
| 2215 | Esper & Redman, *Supportive Care, Pain Management, and Quality of Life in Advanced Prostate Cancer*, 26(2) Urologic Clinics of North America 375-89 (1999). |
| 2216 | Dagher *et al.*, *Approval Summary: Docetaxel in Combination with Prednisone for the Treatment of Androgen-Independent Hormone-Refractory Prostate Cancer*, 10 Clinical Cancer Research 8147-51 (2004). |
| 2217 | Berthold *et al.*, *Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the TAX 327 Study*, 26(2) J. Clin. Oncology 242-45 (2008). |
| 2218 | July 19, 2010 Sanofi-aventis Press Release. |

| | |
|---|---|
| 2219 | Malik *et al.*, *Cabazitaxel (Cbz) + Prednisone (P) in Patients (pts) with Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated with Docetaxel (D): Interim Results from Compassionate Use-Programme (CUP) and Early Access Programme*, Poster at ESMO Vienna (Sept. 28, 2012-Oct. 2, 2012). |
| 2220 | Omlin *et al.*, *Analysis of Side Effect Profile of Alopecia, Nail Changes, Peripheral Neuropathy, and Dysgeusia in Prostate Cancer Patients Treated With Docetaxel and Cabazitaxel*, 13(4) Clin. Genitourin. Cancer, 1-4 (2015). |
| 2221 | Clinicaltrials.gov, Patient Preference Between Cabazitaxel and Docetaxel in Metastatic Castrate-resistant Prostate Cancer (CABA-DOC), https://clinicaltrials.gov/ct2/show/study/NCT02044354 |
| 2222 | *New Hope in Advanced Prostate Cancer: Alberta, Saskatchewan and Ontario Fund Coverage for Jevtana® [Cabazitaxel]*, CNW Press Release (Oct. 4, 2012), http://www.newswire.ca/news-releases/new-hope-in-advanced-prostate-cancer-alberta-saskatchewan-and-ontario-fund-coverage-for-jevtana-cabazitaxel-510872201.html. |
| 2223 | PDR Medial Dictionary (2d ed. 2000). |

| | |
|---|---|
| 2224 | Fumoleau *et al.*, *Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as a Weekly 1-Hour Infusion at Day 1, Day 8, Day 15, Day 22 Every 5 Weeks in Patients (pts) with Advanced Solid Tumors*, 7(11) Clin. Cancer Res. 3710s (2001) |
| 2226 | Nagore *et al.*, *Antineoplastic Therapy-Induced Palmar Plantar Crythrodysesthesia ('Hand-Foot') Syndrome, Incidence, Recognition and Management*, 1(4) Am. J Clin. Dermatol 225-34 (2000). |
| 2227 | *$H_2$ Blockers Increase Risk of Docetaxel-Induced Skin Toxicity*, 4 Reactions 1257 (June 20, 2009). |
| 2228 | Deakin & Williams, *Histamine $H_2$-Receptor Antagonists in Peptic Ulcer Disease, Efficacy in Healing Peptic Ulcers*, 44(5) Drugs 709-19 (1992). |
| 2229 | National Cancer Institute, Common Toxicity Criteria Manual Version 2.0 (June 1, 1999). |
| 2232 | Antonarakis *et al.*, *Novel Targeted Therapeutics for Metastatic Castration-Resistant Prostate Cancer*, 291(1) Cancer Lett. 1-13 (2010), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4029098/ (published online August 29, 2009). |

# EXHIBIT EE

Drug Design, Development and Therapy

Dovepress
open access to scientific and medical research

Open Access Full Text Article

REVIEW

# Preclinical profile of cabazitaxel

This article was published in the following Dove Press journal:
Drug Design, Development and Therapy
13 October 2014
Number of times this article has been viewed

Patricia Vrignaud[1]
Dorothée Semiond[2]
Veronique Benning[2]
Eric Beys[2]
Hervé Bouchard[3]
Sunil Gupta[4]

[1]Sanofi Oncology, Vitry-sur-Seine, France; [2]Sanofi DSAR, Alfortville, France; [3]Sanofi LGCR, Vitry-sur-Seine, France; [4]Sanofi Oncology, Cambridge, MA, USA

**Abstract:** First-generation taxanes have changed the treatment paradigm for a wide variety of cancers, but innate or acquired resistance frequently limits their use. Cabazitaxel is a novel second-generation taxane developed to overcome such resistance. In vitro, cabazitaxel showed similar antiproliferative activity to docetaxel in taxane-sensitive cell lines and markedly greater activity in cell lines resistant to taxanes. In vivo, cabazitaxel demonstrated excellent antitumor activity in a broad spectrum of docetaxel-sensitive tumor xenografts, including a castration-resistant prostate tumor xenograft, HID28, where cabazitaxel exhibited greater efficacy than docetaxel. Importantly, cabazitaxel was also active against tumors with innate or acquired resistance to docetaxel, suggesting therapeutic potential for patients progressing following taxane treatment and those with docetaxel-refractory tumors. In patients with tumors of the central nervous system (CNS), and in patients with pediatric tumors, therapeutic success with first-generation taxanes has been limited. Cabazitaxel demonstrated greater antitumor activity than docetaxel in xenograft models of CNS disease and pediatric tumors, suggesting potential clinical utility in these special patient populations. Based on therapeutic synergism observed in an in vivo tumor model, cabazitaxel is also being investigated clinically in combination with cisplatin. Nonclinical evaluation of the safety of cabazitaxel in a range of animal species showed largely reversible changes in the bone marrow, lymphoid system, gastrointestinal tract, and male reproductive system. Preclinical safety signals of cabazitaxel were consistent with the previously reported safety profiles of paclitaxel and docetaxel. Clinical observations with cabazitaxel were consistent with preclinical results, and cabazitaxel is indicated, in combination with prednisone, for the treatment of patients with hormone-refractory metastatic prostate cancer previously treated with docetaxel. In conclusion, the demonstrated activity of cabazitaxel in tumors with innate or acquired resistance to docetaxel, CNS tumors, and pediatric tumors made this agent a candidate for further clinical evaluation in a broader range of patient populations compared with first-generation taxanes.

**Keywords:** XRP6258, CNS tumors, mCRPC, pediatric tumor, taxane resistance, xenograft

## Introduction

Since the initial approval of paclitaxel (Taxol®; Bristol-Myers Squibb, New York City, NY, USA) in 1992,[1,2] the first-generation taxanes paclitaxel and docetaxel (Taxotere®; Sanofi, Paris, France) have altered the treatment paradigm for a wide variety of solid tumors, including breast, lung, prostate, gastric, and ovarian cancers.[3,4] Despite demonstrating significant antitumor activity as monotherapy or in combination regimens, clinical use of first-generation taxanes is frequently limited by innate or acquired resistance.[5–7] In prostate cancer, the majority of patients will eventually acquire resistance to docetaxel therapy.[8]

Correspondence: Patricia Vrignaud
Sanofi Oncology, 13 quai Jules Guesde, Vitry-sur-Seine, 94403 Cedex, France
Tel +33 1 58 93 36 29
Fax +33 1 58 93 34 71
Email patricia.vrignaud77@gmail.com

http://dx.doi.org/10.2147/DDDT.S64940

© 2014 Vrignaud et al. This work is published by Dove Medical Press Limited, and licensed under Creative Commons Attribution – Non Commercial (unported, v3.0) License. The full terms of the License are available at http://creativecommons.org/licenses/by-nc/3.0/. Non-commercial uses of the work are permitted without any further permission from Dove Medical Press Limited, provided the work is properly attributed. Permissions beyond the scope of the License are administered by Dove Medical Press Limited. Information on how to request permission may be found at: http://www.dovepress.com/permissions.php

AVENTIS EXHIBIT 2183
Mylan v. Aventis IPR2016-00712

Cabazitaxel (Jevtana®, Sanofi) is a novel second-generation semisynthetic taxane that was identified through a preclinical screen of 450 molecules derived from 10-deacetylbaccatin-III, with the aim of identifying a compound with activity in both taxane-sensitive and taxane-resistant tumors.[9] In the pivotal Phase III TROPIC study (NCT00417079), cabazitaxel combined with prednisone significantly extended overall survival compared with mitoxantrone plus prednisone in patients with metastatic castration-resistant prostate cancer (mCRPC) previously treated with a docetaxel-containing regimen.[10] This led to cabazitaxel's approval in 2010, in combination with prednisone, for the treatment of patients with hormone-refractory metastatic prostate cancer who have previously received docetaxel-based therapy.[11,12]

This review article presents an overview of the preclinical properties of cabazitaxel, including its development, mechanism of action, antitumor activity in a range of in vitro and in vivo tumor models, pharmacokinetics (PK), and metabolic and toxicity profiles, as well as a summary of its clinical development.

## Taxanes' mechanism of action and resistance mechanisms
### Mechanism of action

Taxanes are microtubule inhibitors that induce cellular apoptosis through the stabilization of microtubules.[7] Microtubules are major components of the cytoskeleton, with critical roles in a variety of cellular processes including maintenance of cell shape, intracellular transport, cell signaling, and cell division.[7,13–15] It is this pivotal role in mitosis that makes microtubules a key cellular target for anticancer therapeutics.[7]

Microtubules are highly dynamic polymers of tubulin, continually undergoing assembly and disassembly within the cell. Taxanes inhibit microtubule function by binding to tubulin molecules, promoting their polymerization, and stabilizing microtubules. Suppression of microtubule dynamics leads to a block in mitosis and, ultimately, tumor cell death.[7,13,14]

### Resistance mechanisms

Innate or acquired resistance to first-generation taxanes is frequently observed in different tumor types, resulting in treatment failure. Multiple potential mechanisms of taxane resistance have been identified in preclinical studies, and it is likely that several of these contribute to a resistant phenotype.[6,7,16–19]

Two mechanisms in particular have frequently been associated with the development of resistance to taxanes;

however, it is worth noting that these are yet to be validated in patient samples, and their clinical relevance is not fully understood.[6,7] In preclinical studies, resistance commonly results from overexpression of members of the ATP-binding cassette family of transporters, of which P-glycoprotein, encoded by the multidrug resistance gene (ATP-binding cassette, sub-family B [MDR/TAP], member 1; *ABCB1*), is the best known.[20] Docetaxel and paclitaxel are substrates of P-glycoprotein, which acts as a drug efflux pump, decreasing intracellular drug levels and limiting cytotoxicity.[6,7,21,22] Resistance may also arise from spontaneously acquired mutations in tubulin, the cellular target of taxanes, resulting in changes to the tubulin binding site or altered microtubule dynamics.[6,7,23]

Clinical data suggest that additional mechanisms may contribute to taxane resistance in patients, including the altered expression of specific tubulin isotypes,[17] and expression or binding of microtubule-regulatory proteins,[18] loss of functional p53,[16] dysfunctional regulation of apoptotic and intracellular signaling (eg, HER2 overexpression),[19] and decreased tumor cell permeability.[24]

A number of potential predictive markers for taxane resistance have been identified, including the mitotic spindle checkpoint proteins Aurora A, BUBR1, MAD2, and synuclein-γ, and cell cycle proteins such as BRCA1;[18] however, conflicting results have been reported clinically.[24]

The development of alternative therapies able to overcome taxane resistance has been the focus of considerable attention.

## Cabazitaxel development

Paclitaxel and docetaxel are semisynthetic derivatives of 10-deacetylbaccatin-III,[25,26] a natural paclitaxel precursor molecule that can be extracted easily and sustainably from the needles of the European yew tree (Figure 1).[26] In light of the clinical limitations that result from taxane resistance, a large-scale preclinical screening process was undertaken that aimed to identify a taxane derivative with equivalent efficacy to docetaxel in docetaxel-sensitive tumors, but greater activity than docetaxel in tumors that are docetaxel-resistant.[9]

In total, 450 candidate molecules were designed and generated for preclinical assessment, based on preclinical comparative structure–activity relationships of paclitaxel and docetaxel. Structural modifications initially focused on the side chain, as this was considered critical for potency, with subsequent modifications to other functional groups within the baccatin moiety.[9] The antitumor potential of the taxane derivatives was assessed over three stages: in vitro

**A**

Side chain attachment at C-13

**B**

**C**

**Figure 1** Chemical structure of 10-deacetylbaccatin III, docetaxel, and cabazitaxel.
**Notes:** (**A**) 10-deacetylbaccatin III. (**B**) Docetaxel. (**C**) Cabazitaxel.

activity against microtubules; in vitro activity in resistant cell lines; and in vivo activity in a tumor model.[24] The in vivo assessments included evaluation in a B16/TXT melanoma resistance model, which was developed through repeat exposure to docetaxel in mice bearing the docetaxel-sensitive B16 tumor, to allow evaluation of the taxane derivatives in a clinically relevant setting. This model mimics the clinical development of docetaxel resistance, where tumors initially respond to treatment, but develop resistance progressively over time.[24]

Initial attempts to modify the C-3′N–Boc and C-3′ phenyl groups within the side chain of docetaxel resulted in derivatives demonstrating either reduced in vitro potency or failure to improve activity in docetaxel-resistant cell lines (Figure S1).[9,27] Alterations to the C-2/C-4 and oxetane ring regions of the baccatin moiety were also evaluated, but failed to increase activity in the in vitro and/or in vivo resistance models.[9]

Cabazitaxel is a dimethyl derivative of docetaxel, bearing methoxy groups in place of hydroxyl groups at positions C-7 and C-10 (Figure 1).[9] In both docetaxel-sensitive and docetaxel-resistant cell lines, these structural alterations resulted in the greatest increase in in vitro potency, without significantly increasing toxicity at the maximum tolerated dose, in contrast to other C-7/C-10 modifications (Figure S1).[9] These modifications confer two advantages on cabazitaxel over docetaxel. Firstly, cabazitaxel, which is a P-glycoprotein substrate, has a higher lipophilicity than docetaxel (logP 3.9 versus 3.2),[9,28] resulting from the conversion of two secondary alcohols to more lipophilic ethers. This may result in increased cell penetration through passive influx, consequently leading to better activity in resistant cell lines where permeability of the plasma membrane may be altered.[24,28–30] This hypothesis was recently confirmed in an experiment in which drug uptake into MCF7 breast adenocarcinoma cells, which do not overexpress P-glycoprotein, was faster for cabazitaxel than for docetaxel.[31] Secondly, cabazitaxel has an improved ability to cross the blood–brain barrier (BBB) compared with docetaxel, offering potential benefit in patients with tumors of the central nervous system (CNS).[9,29,32,33]

Accordingly, during the screening of taxane derivatives and subsequent preclinical evaluation, cabazitaxel has demonstrated equivalent efficacy to docetaxel for stabilizing microtubules in vitro, greater potency than docetaxel in cell lines resistant to taxanes and other chemotherapeutics, activity superior to docetaxel in in vivo CNS disease models, broad-spectrum antitumor activity against a range of murine and human tumors, and in vivo activity in tumor models that are not sensitive, or are poorly sensitive, to docetaxel.[9,24,33]

# In vitro activity

## Microtubule stabilization

Cabazitaxel has shown equivalent potency to docetaxel for stabilization of microtubules in vitro. Both cabazitaxel and docetaxel induced a similar reduction in lag time for tubulin assembly (lag time to 50% aggregation 0–0.1 µmol/L) and stabilization of microtubules against cold-induced depolymerization (concentration producing 50% cell killing 0.1–0.25 µmol/L), indicating that cabazitaxel has a cytotoxic mechanism of action similar to that of docetaxel.[24]

## Antiproliferative activity

In cell lines sensitive to chemotherapy, cabazitaxel had similar antiproliferative activity to docetaxel, achieving comparable 50% inhibitory concentration ($IC_{50}$) values across a range of murine and human cell types (0.004–0.041 µmol/L for cabazitaxel versus 0.008–0.079 µmol/L for docetaxel) (Table 1).[24]

In a panel of cell lines bearing acquired resistance to taxanes or to the chemotherapeutic agents doxorubicin, vincristine, or vinblastine, cabazitaxel showed markedly greater antiproliferative activity than docetaxel ($IC_{50}$ ranged from 0.016–0.414 µmol/L for cabazitaxel versus 0.17–4.01 µmol/L for docetaxel).[24] Resistance factors, an indication of the difference in drug concentrations needed to inhibit resistant versus sensitive/parental cell lines, ranged from 2–10 for cabazitaxel and 5–59 for docetaxel in these P-glycoprotein-expressing cell lines (Table 1).[24]

In murine and human cell lines with resistance mechanisms other than P-glycoprotein overexpression, no cross-resistance to cabazitaxel was observed.[24]

# In vivo activity

## Plasma pharmacokinetics

The PK profile of cabazitaxel was evaluated in healthy and tumor-bearing mice, and healthy rats and dogs (Table 2) (Sanofi, data on file, 2010).

### Absorption

Exposure to cabazitaxel increased with dose after single or repeated intravenous (IV) administration in all species. The increase in exposure was approximately dose-proportional in mice and more than dose-proportional in rats and dogs. No plasma accumulation was observed in mice, rats, or dogs after administration every 5 days, weekly, or every 3 weeks. No sex effect was observed in rats and dogs (Sanofi, data on file, 2010).

### Distribution

Plasma protein binding of cabazitaxel was very high in mice (99.3%) and high in rats (95.5%), rabbits (91.4%), dogs (97.1%), and humans (91.9%) (Sanofi, data on file, 2010). Following a single IV administration, cabazitaxel exhibited a very large volume of distribution at steady state in both healthy (2.5–3.7 L/kg) and tumor-bearing mice (8.8 L/kg), in rats (22.7 L/kg), and in dogs (3.3–14.5 L/kg) (Sanofi, data on file, 2010).

**Table 1** In vitro antiproliferative effects of cabazitaxel and docetaxel against sensitive and P-glycoprotein-expressing resistant cell lines

| Cell line | Mean $IC_{50}$, µmol/L ± SD | | Resistance factor[a] | | *ABCB1* mRNA level[b] |
|---|---|---|---|---|---|
| | Docetaxel | Cabazitaxel | Docetaxel | Cabazitaxel | |
| P388 murine leukemia | 0.079±0.004 | 0.041±0.017 | – | – | – |
| P388/DOX | 4.01±0.280 | 0.414±0.036 | 51 | 10 | +++ |
| P388 murine leukemia | 0.039±0.012 | 0.013±0.005 | – | – | – |
| P388/TXT | 0.188±0.022 | 0.024±0.015 | 5 | 2 | ++ |
| P388 murine leukemia | 0.039±0.012 | 0.013±0.005 | – | – | – |
| P388/VCR | 0.227±0.038 | 0.024±0.003 | 6 | 2 | ++ |
| HL60 human leukemia | 0.031±0.004 | 0.022±0.010 | – | – | – |
| HL60/TAX | 0.250±0.110 | 0.060±0.029 | 8 | 3 | ++ |
| Calc18 human breast adenocarcinoma | 0.008±0.002 | 0.004±0.002 | – | – | – |
| Calc18/TXT | 0.170±0.040 | 0.016±0.004 | 21 | 4 | ++ |
| KB human epidermoid carcinoma | 0.042±0.021 | 0.035±0.026 | – | – | – |
| KBV1 | 2.480±0.120 | 0.270±0.013 | 59 | 8 | ++++ |

**Notes:** Cells were incubated for 96 hours at 37°C in liquid medium with drugs at different concentrations. Viability was assessed by neutral red, with the mean of at least three results obtained. [a]Resistance factor = $IC_{50}$ (resistant)/$IC_{50}$ (parental) from the same experiment; [b]relative expression obtained from Northern blot experiments using the human *ABCB1* gene as probe. Reprinted by permission from the American Association for Cancer Research: Vrignaud P, Sémiond D, Lejeune P, et al. Preclinical antitumor activity of cabazitaxel, a semi-synthetic taxane active in taxane-resistant tumors. *Clin Cancer Res*. 2013;19:2973–2983, doi: 10.1158/1078-0432.CCR-12-3146.[24]
**Abbreviations:** *ABCB1*, *ATP-binding cassette, sub-family B, member 1*; Calc18/TXT, Calc18 human breast adenocarcinoma resistant to docetaxel; HL60/TAX, HL60 human leukemia resistant to paclitaxel; $IC_{50}$, 50% inhibitory concentration; KBV1, KB human epidermoid carcinoma resistant to vinblastine; P388/DOX, P388 murine leukemia resistant to doxorubicin; P388/TXT, P388 murine leukemia resistant to docetaxel; P388/VCR, P388 murine leukemia resistant to vincristine; SD, standard deviation.

The PK of cabazitaxel was also evaluated in mice bearing advanced-stage (>400 $mm^3$) mammary MA16/C adenocarcinomas.[24] Cabazitaxel was administered at the highest nontoxic dose (HNTD) of 40 mg/kg. Drug uptake into the tumor was both rapid and sustained, with maximum drug concentrations in tumor tissue reached within 15 minutes, and a 40-fold greater concentration of cabazitaxel within the tumor versus plasma after 48 hours (Figure 2).[24]

In this model, exposure to cabazitaxel was 1.6-times greater in the tumor compared with plasma during the 48 hours following treatment administration, and 2.9-times greater over the entire experimental period (168 hours). Concentrations of cabazitaxel above the cellular antiproliferative $IC_{50}$ were sustained for 24 hours in the plasma and for 96 hours in tumor tissue.[24]

Brain distribution of cabazitaxel was assessed in mice, rats, and dogs. Cabazitaxel penetrated rapidly in the brain, with similar relative exposure between brain and blood across the different species.[33]

## Metabolism

Cabazitaxel metabolism has been compared across multiple species. In vivo, cabazitaxel was the major circulating

**Table 2** Pharmacokinetic parameters of cabazitaxel in normal and tumor-bearing mice, rats, and dogs

| Species | Sex (M/F) | Dose (mg/kg) | Number of administrations | Infusion duration | $C_{max}$ (ng/mL) | AUC (ng·h/mL) | CL (L/hr/kg) | Vss (L/kg) | $t_{1/2}$ (hr) |
|---|---|---|---|---|---|---|---|---|---|
| Normal mice | F | 5 | 1 | 1 h | 2,728 | 4,468 | 1.1 | 2.5 | 5.1 |
| | | 10 | 1 | 1 h | 4,805 | 11,211 | 0.9 | 2.7 | 7.4 |
| | | 15 | 1 | 1 h | 6,072 | 13,460 | 1.1 | 3.7 | 7.6 |
| | F | 5 | 5[a] | 1 h | 4,421 | 6,881 | 0.7 | 2.1 | 4.9 |
| | | 10 | 5[a] | 1 h | 6,478 | 17,497 | 0.6 | 1.1 | 5.5 |
| | | 15 | 5[a] | 1 h | 6,504 | 13,489 | 1.1 | 2.8 | 7.5 |
| Tumor-bearing mouse | F | 40 | 1 | 45 s | 23,784 | 24,113 | 1.7 | 8.8 | 26.0 |
| Rat | M | 2.5 | 1 | 1 h | 477 | 522 | 4.8 | 22.7 | 10.1 |
| Dog | M | 0.5 | 1 | 72–91 m | 65 | 95 | 5.3 | 14.5 | 4.3 |
| | F | 0.5 | 1 | 72–91 m | 97 | 101 | 5.2 | 12.8 | 3.2 |
| | M | 1 | 1 | 72–91 m | 164 | 230 | 4.4 | 9.5 | 3.8 |
| | F | 1 | 1 | 72–91 m | 360 | 417 | 2.5 | 3.3 | 3.0 |

**Notes:** [a]Every 3 weeks. Sanofi, data on file, 2013.
**Abbreviations:** AUC, area under the concentration–time curve; CL, clearance; $C_{max}$, maximum plasma concentration; F, female; M, male; $t_{1/2}$, half-life; Vss, steady-state volume of distribution.

**Figure 2** Pharmacokinetics of 40 mg/kg cabazitaxel (highest nontoxic dose) in plasma and tumor tissues in mice.
**Note:** Reprinted by permission from the American Association for Cancer Research: Vrignaud P, Sémiond D, Lejeune P, et al. Preclinical antitumor activity of cabazitaxel, a semi-synthetic taxane active in taxane-resistant tumors. *Clin Cancer Res*. 2013;19:2973–2983, doi: 10.1158/1078-0432.CCR-12-3146.[24]

compound in all species including humans (≥65% of the total radioactivity area under the curve). Cabazitaxel undergoes extensive biotransformation, with less than 2.5% of the administered dose excreted unchanged in studies of mice, rats, dogs, and humans. The two main metabolic pathways, accounting for 40%, 54%, and 45% of the dose excreted in humans, dogs, and mice, respectively, corresponded to two O-demethylations at the C-7 and C-10 positions, one leading to 7-O-demethyl-cabazitaxel (pathway B) and the other to 10-O-demethyl-cabazitaxel (pathway A) (Figure 3; Table 3). In male and female rats, the main pathway corresponded to t-butyl-hydroxylation on the lateral chain (pathway C), accounting for 49%–55% of the dose excreted. This pathway was also abundant in mice, representing 41% of the dose, and was found in humans (21% of the dose). Another pathway consisting of the cleavage of the parent drug (pathway D) was very minor in all species, including humans (<0.3% of the dose). In contrast, unchanged cabazitaxel was the major circulating compound in plasma in all species, including humans, accounting for ≥65% of the total radioactivity area under the curve.[34]

## Excretion

The PK of cabazitaxel following a single IV infusion in normal mice, tumor-bearing mice, and in dogs is generally characterized by a biphasic elimination (Sanofi, data on file, 2010). Plasma clearance was high in rats (4.8 L/h/kg) and dogs (2.5–5.3 L/h/kg) and moderate in normal (0.9–1.1 L/h/kg) and tumor-bearing mice (1.7 L/h/kg), compared with respective hepatic blood flow. The terminal half-life was moderately long in dogs (3.0 to 4.3 hours), long in normal mice (5.1–7.6 hours) and rats (10 hours), and extremely long in tumor-bearing mice (26 hours). It should be noted that a higher dose was given to tumor-bearing mice, which was reflected in quantifiable levels occurring at later sampling times than in normal mice (Sanofi, data on file, 2010).

Cabazitaxel excretion was nearly complete (91%–95% of the administered dose) in mice, rats, and dogs, and radioactivity was largely excreted in the feces in all three species (87%–91% of the administered dose), with minimal excretion via the urinary route (1%–4%). In bile-duct-cannulated male rats, radioactivity was mainly excreted via the biliary route, accounting for 65% of the administered dose within 48 hours. Similarly, in humans the majority of the radioactivity was recovered in feces (around 76% of the administered dose), with 4% of the dose found in urine.[34]

In summary, the disposition of cabazitaxel was assessed in a range of animal species, and the distribution, metabolic pathways, and elimination processes documented in animals are consistent with those observed in humans (Sanofi,

**Figure 3** Proposed schematic of the principal metabolic pathways of cabazitaxel.

**Table 3** Relative contribution of different metabolic pathways to cabazitaxel metabolism across species

| Pathway | % of administered dose | | | | |
|---|---|---|---|---|---|
| | Mouse | Rat | Rat | Dog | Human |
| | Female | Male | Female | Male | Male and female |
| Pathway A (10-O-demethylation) | 16.4 | 9.8 | 5.7 | 19.7 | 16.2 |
| Pathway B (7-O-demethylation) | 28.4 | 15.1 | 12.7 | 34.7 | 24.2 |
| Pathway C (hydroxylation on lateral chain) | 40.5 | 49.3 | 54.8 | 12.6 | 20.9 |
| Pathway D (cleavage) | 0.1 | 0.1 | 0.3 | 0.3 | Trace |

**Note:** Sanofi, data on file, 2010.

data on file, 2010). Thus, the animals studied are likely to represent good models for the disposition of cabazitaxel in humans. The finding that unchanged cabazitaxel is the main circulating compound in plasma indicates that analysis of the parent drug is appropriate for PK and pharmacodynamics studies of cabazitaxel.

# Antitumor activity

## Prostate cancer models

The efficacy of taxanes in prostate cancer, in addition to their impact on cell division, may in part relate to inhibitory effects on androgen receptor signaling.[35–37] In mice bearing a docetaxel-sensitive cell line-derived castrate-resistant prostate cancer xenograft (DU145), cabazitaxel was found to be highly active, inducing 100% complete tumor regressions (complete response [CR]) and 83% long-term tumor-free survival (TFS).[24]

Cabazitaxel was compared with docetaxel and abiraterone acetate (a specific inhibitor of CYP17) in a patient-derived prostate tumor xenograft with induced resistance to castration (HID28). At equivalent dose levels (20 mg/kg), cabazitaxel demonstrated greater antitumor efficacy than docetaxel.[38] Cabazitaxel inhibited tumor growth with a percentage tumor volume change (calculated as the percentage ratio between the mean tumor volume of a treated and a control group) of 1.4% at Day 35 compared with 16.7% for docetaxel (Figure 4).[38] Complete and partial remissions, respectively, were achieved in six out of ten and four out of ten mice receiving cabazitaxel, and in one out of ten and two out of ten mice treated with docetaxel.[38] No antitumor activity was demonstrated with abiraterone acetate (50 mg/kg orally administered daily for 21 days).[38] These data provide support for the clinical development of cabazitaxel for the first-line treatment of mCRPC.

## Docetaxel-sensitive models

Cabazitaxel demonstrated broad-spectrum activity in murine and human xenograft models (Table 4). Excellent antitumor activity was observed in murine B16 melanoma, colon adenocarcinoma C51, and mammary adenocarcinoma MA16/C and MA17/A tumors.[24] In a range of advanced disease models, including human colon HCT 116 and HT-29, lung A549 and NCI-H460, pancreas MIA PaCa-2, head and neck SR475, and kidney Caki-1 xenografts, administration of cabazitaxel

**Figure 4** Antitumor activity of cabazitaxel, docetaxel, and abiraterone in a docetaxel-sensitive hormone-refractory prostate cancer xenograft model.
**Note:** Sanofi, data on file, 2012.
**Abbreviation:** SEM, standard error of the mean.

**Table 4** Dose–response antitumor activity of cabazitaxel and docetaxel in mice bearing murine and human docetaxel-sensitive and -resistant tumors

| Tumor type | Cabazitaxel | | | | Docetaxel | | | |
|---|---|---|---|---|---|---|---|---|
| | Total HNTD, mg/kg | Log cell kill[a] | CR | TFS | Total HNTD, mg/kg | Log cell kill[a] | CR | TFS |
| Murine tumors | | | | | | | | |
| B16 melanoma | 60 | 2.1 | NA | 0/5 | 60 | 1.7 | NA | 0/5 |
| B16/TXT melanoma | 60 | 1.3 | NA | 0/5 | 60 | 0.6 | NA | 0/5 |
| Colon C38 | 60 | – | 5/5 | 5/5 | 60 | 3.1 | 0/5 | 0/5 |
| Colon C51 | 45 | 2.6 | NA | 0/5 | 45 | 3.1 | NA | 0/5 |
| Pancreas P03 | 60 | – | 5/5 | 4/5 | ND | ND | ND | ND |
| Pancreas P02 | 60 | 0.8 | NA | 0/5 | ND | ND | ND | ND |
| Mammary MA16/C | 40 | 3.7 | 4/5 | 0/5 | ND | ND | ND | ND |
| Mammary MA17/A | 36 | 3.9 | NA | 0/5 | ND | ND | ND | ND |
| Lung 3LL | 58.5 | 1.2 | NA | 0/5 | ND | ND | ND | ND |
| Human tumors | | | | | | | | |
| Prostate DU 145 | 48.0 | – | 6/6 | 5/6 | ND | ND | ND | ND |
| Colon HCT 116 | 36.0 | 3.4 | 7/7 | 2/7 | ND | ND | ND | ND |
| Colon HT-29 | 22.2 | 2.0 | 6/6 | 0/6 | 96.6[b] | 3.4 | 6/6 | 0/6 |
| Colon HCT-8 | 28.0 | 1.9 | 0/5 | 0/5 | 50[b] | 0.8 | 0/5 | 0/5 |
| Pancreas MIA PaCa-2 | 48.0 | – | 6/6 | 6/6 | 75[b] | – | 6/6 | 6/6 |
| Breast Calc18 | 61.5 | 3.4 | NA | 5/8 | ND | ND | ND | ND |
| Breast Calc18/TXT | 38.1 | 0.5 | NA | 0/8 | ND | ND | ND | ND |
| Breast UISO BCA-1 | 45.0 | >6 | NA | 0/5 | 45 | 0.6 | NA | 0/5 |
| Lung NCI-H460 | 24.0 | 2.7 | 2/6 | 0/6 | ND | ND | ND | ND |
| Lung A549 | 36.0 | 2.2 | 2/6 | 0/6 | 96.6[b] | 1.9 | 0/5 | 0/5 |
| Gastric N87 | 73.2 | >6 | NA | 1/8 | 73.2 | 4.5 | NA | 1/8 |
| Gastric GXF-209 | 37.2 | 1.4 | 0/8 | 0/8 | 23.1 | 0.5 | 0/8 | 0/8 |
| Head and neck SR475 | 42.0 | – | 6/6 | 6/6 | 45[b] | 2.5 | 1/6 | 0/6 |
| Kidney Caki-1 | 24.0 | 1.7 | 5/6 | 0/6 | 64.4[b] | 1.4 | 2/5 | 0/5 |

**Notes:** Murine tumors were originally obtained and then maintained in the same syngenic mouse strain for MA17/A (C3H/HeN) and C51 (BALB/c), and in B6D2F$_1$ mice for the C57BL/6 syngenic tumors. Human tumors were grafted in immunocompromised mice. [a]Definition of antitumor activity (log cell kill = tumor growth delay/3.32 × tumor doubling time): log cell kill total <0.7= inactive, >2.8= highly active; [b]the dose–response pattern for docetaxel was different from that of cabazitaxel in the following studies: HT-29, A549, and Caki-1 studies – 51.9, 32.2, 20, and 12.4 mg/kg per injection; HCT-8, MIA PaCa-2, and SR475 studies – 41.7, 25, and 15 mg/kg per injection. Adapted by permission from the American Association for Cancer Research: Vrignaud P, Sémiond D, Lejeune P, et al. Preclinical antitumor activity of cabazitaxel, a semi-synthetic taxane active in taxane-resistant tumors. *Clin Cancer Res*. 2013;19:2973–2983, doi: 10.1158/1078-0432.CCR-12-3146.[24]
**Abbreviations:** CR, complete regression; HNTD, highest nontoxic dose; NA, not available as treatment conducted on early-stage disease; ND, not determined in the same study; TFS, long-term tumor-free survivors.

achieved CR. In seven of eleven such models, CR levels were 100%. In seven models, CR resulted in TFS at study completion, with 80 to 100% TFS in five of them.[24]

In most cases, the antitumor activity of cabazitaxel was similar to that of docetaxel, as assessed by log cell kill values derived from measurements of tumor growth (log cell kill = tumor growth delay/3.32× tumor doubling time).[24] Despite this, docetaxel induced CR in just four of seven evaluable xenograft models (human colon HCT-29, pancreas MIA PaCa-2, head and neck SR475, and kidney Caki-1), and TFS at study completion was only observed in mice bearing human pancreas MIA PaCa-2 xenografts.

## Models resistant or poorly sensitive to docetaxel

Cabazitaxel was evaluated in the B16/TXT acquired-resistance model, which was developed by repeatedly exposing mice bearing the docetaxel-sensitive murine B16 melanoma to docetaxel at the HNTD (60 mg/kg per passage), with a total of 27 passages over 17 months required to obtain a fully docetaxel-resistant tumor. Cabazitaxel demonstrated antitumor activity against B16/TXT, which does not over-express P-glycoprotein, but was not active against the P-glycoprotein-overexpressing tumor Calc18/TXT in which docetaxel resistance was induced in vitro.[24]

Interestingly, cabazitaxel showed activity against a number of murine and human xenograft models bearing innate resistance to docetaxel, including the human breast tumor UISO BCA-1. In this early-stage model, cabazitaxel achieved a log cell kill value of greater than 6, compared with 0.6 with docetaxel. Moreover, docetaxel did not delay tumor growth at its HNTD (15 mg/kg per injection; log cell kill 0.6, $P>0.5$), whereas cabazitaxel was highly active both at its HNTD (15 mg/kg per injection; log cell kill >6, $P=0.0016$) and at the dose level below (9.3 mg/kg per injection; log cell kill 4.4, $P=0.0016$).[24]

Taken together, these findings made cabazitaxel a candidate for further clinical evaluation in patients who have relapsed following taxane treatment, as well as in those with innately docetaxel-refractory tumors.[24]

## Special populations

### CNS tumors

The activity of first-generation taxanes in patients with tumors of the CNS is limited,[39–43] due to poor penetration of these drugs across the BBB under normal physiologic conditions.[44,45] This is a result of both the physical barrier formed by brain endothelial cell tight junctions at the BBB[44] and the expression of a range of efflux transporters, including P-glycoprotein and other members of the multidrug resistance protein family, that limit uptake of transporter substrates into the brain to protect brain tissue from toxic insult.[44–46]

Preclinical data suggest that uptake of cabazitaxel into the brain is greater than that observed with first-generation taxanes, potentially resulting from saturation of an efflux process at the BBB.[33,47] Cabazitaxel uptake across the BBB was threefold higher in P-glycoprotein-deficient mice compared with control mice, suggesting that efflux from the brain may be mediated by P-glycoprotein, amongst other transporters.[47] Further evidence of saturation of an efflux process at the BBB was provided by the observation that brain exposure increased nonproportionally at doses of cabazitaxel greater than 10 μg/mL.[47]

PK analyses of the CNS have shown that cabazitaxel is able to rapidly penetrate the brains of mice, rats, and dogs following IV infusion. In mice bearing advanced MA16/C tumors grafted subcutaneously, the maximum drug concentration reached within the brain was considerably lower than in subcutaneous tumor tissue or plasma. However, due to the more sustained presence of cabazitaxel in the brain, overall exposure was 2.3-fold and 3.7-fold greater than in tumor tissue and plasma, respectively, at 0–48 hours.[33] The relationship between blood and brain exposure was highly consistent across the three animal species, suggesting that a similar relationship may also be seen in humans.[33]

Studies using in vivo CNS disease models demonstrated greater activity for cabazitaxel than docetaxel. Cabazitaxel had enhanced antitumor activity compared with docetaxel in two human intracranial glioblastoma xenograft models when compared at their respective HNTDs, as shown by greater increases in life span.[33] Superior activity with cabazitaxel was observed both at early stages of tumor growth, before the BBB is disrupted, and during advanced stages, consistent with an inherently enhanced ability to penetrate the brain.[33]

In situ brain perfusion using wild-type mice also demonstrated a two- to threefold greater brain penetration with cabazitaxel than with paclitaxel or docetaxel (unpublished data).[47]

Based on these results, the potential of cabazitaxel to be an effective agent against CNS tumors should be evaluated further in clinical trials.

### Pediatric patients

First-generation taxanes, despite showing activity in preclinical pediatric sarcoma models,[48] have achieved limited success in clinical trials in pediatric tumors,[49–52] and their efficacy has never been fully established. The potential utility of cabazitaxel in pediatric patients has been investigated using cell-line derived and patient-derived pediatric sarcoma xenograft models. In five of six such models, cabazitaxel induced significantly greater tumor growth inhibition and tumor regression compared with equivalent doses of docetaxel.[33] A Phase I dose-escalation study evaluating cabazitaxel in pediatric patients with refractory solid tumors, including tumors of the CNS, is currently ongoing (NCT01751308).[53]

## Combination chemotherapy

Docetaxel or paclitaxel in combination with cisplatin have shown improved efficacy compared with cisplatin-based therapy alone, or with alternative cisplatin- or taxane-based combination regimens. Improved outcomes with such approaches have been documented in multiple tumor types.[54–57] Both docetaxel and paclitaxel are indicated, in combination with cisplatin, for the treatment of a variety of solid tumors.[4,58]

To evaluate preclinically whether cabazitaxel in combination with cisplatin may offer enhanced antitumor activity over monotherapy, this combination was assessed in a murine C51 colon adenocarcinoma xenograft model, which was selected based on its platinum sensitivity.[33,59] The combination of cabazitaxel and cisplatin showed greater antitumor activity than either agent alone, although the combination toxicity index of this preclinical combination is low, requiring a reduction in dose of 50%–65% versus the single agent dose to avoid additional toxicity.[33] This indicates that reduced dosages could be administered in future if required. Therapeutic synergism was observed regardless of the sequence of administration, with the two agents given simultaneously or sequentially, of either cabazitaxel followed by cisplatin or cisplatin followed by cabazitaxel.[33]

The preclinical assessment of cabazitaxel with other potentially synergistic chemotherapeutics is also warranted.

Cabazitaxel in combination with cisplatin has been investigated in a Phase I clinical trial in patients with advanced solid tumors (NCT00925743). Stable disease was observed in a high proportion of patients, and the combination had a manageable safety profile consistent with that of a platinum/taxane combination.[60] A Phase I/II study that aimed to determine the maximum tolerated dose, safety, and PK of cabazitaxel in combination with gemcitabine, however, was terminated following extensive dose-limiting toxicities (NCT01001221).[61]

## Safety

The safety of cabazitaxel was investigated in a series of nonclinical studies that included general toxicology assessments with a wide variety of administration schedules in mice, rats, and dogs, as well as genotoxicity evaluation using in vitro and in vivo tests, in vivo fertility and embryofetal toxicity studies in rats and/or rabbits, and a comprehensive range of safety pharmacology assays (Sanofi, data on file, 2010).

General toxicology evaluation comprised single-dose and 5-day studies, single-cycle (weekly administration) and 4-week (daily administration) studies, and 5-, 10-, and 13-cycle studies entailing one administration every 3 weeks (Sanofi, data on file, 2010). The main toxicity parameters of cabazitaxel in general toxicology studies are summarized in Table 5 (Sanofi, data on file, 2010).

As expected for an antimitotic agent, cabazitaxel predominantly affected tissues with a high cell turnover in rats and dogs. The no observable effect levels for the main target organs are presented in Table 6. Microscopic alterations were observed in the bone marrow (resulting in decreased circulating white blood cell count), lymphoid system, gastrointestinal tract, and male reproductive system. In multiple cycle assessments in rats, alopecia correlating with cell degeneration was also seen. Most of these changes were reversible and were considered compatible with 3-weekly administration (Sanofi, data on file, 2010). The findings are consistent with cabazitaxel's clinical adverse event profile, which is characterized primarily by hematologic disorders such as neutropenia and gastrointestinal disorders such as diarrhea, nausea, and vomiting.[11] Organs with lower epithelial tissue turnover were affected in a few instances. In particular, an increased incidence of mitotic figures or single cell necrosis was observed in the liver, adrenal gland, uterus, and eyes (Sanofi, data on file, 2010). The effects observed with cabazitaxel on tissues with high and low cell turnover resembled those reported for other taxane anticancer drugs (Sanofi, data on file, 2010).

Adverse reactions with possible clinical relevance included arteriolar/periarteriolar necrosis in the liver, bile duct hyperplasia, and hepatocellular necrosis (Sanofi, data on file, 2010). In clinical studies with cabazitaxel, transient increases in bilirubin and transaminase levels as well as liver injuries have been occasionally reported (Sanofi, data on file, 2010). In the light of these observations, a potential impact on the liver is being investigated further in an ongoing Phase I trial of cabazitaxel in patients with advanced solid tumors and varying degrees of hepatic impairment (NCT01140607). (Sanofi, data on file, 2013).

Similar to what has been reported with other taxanes,[25,62,63] peripheral neurotoxicity was observed in rodent models following treatment with cabazitaxel (Table 7). Sciatic nerve degeneration occurred in mice following treatment with a variety of dosing regimens ranging from single-dose to five-cycle administration, and in rats in the single-dose and ten-cycle studies. In mice, these changes were not reversible at 10 or 20 weeks after single administration (Sanofi, data on file, 2010). In the clinical setting, cases of peripheral neuropathy, peripheral sensory neuropathy (eg, paraesthesias, dysesthesias), and peripheral motor neuropathy have been observed in patients receiving cabazitaxel.[11] Cross-study comparisons suggest, however, that the incidence and severity of peripheral neuropathy may be lower with cabazitaxel compared with other taxanes.[10,64–69]

Central neurotoxicity characterized by degenerative changes to the brain and cervical spinal cord has also been reported in mice following cabazitaxel treatment (Table 7), but was not observed in rats or dogs (Sanofi, data on file,

**Table 5** Cabazitaxel preclinical toxicology data summary: main toxicity parameters (mg/kg/day) in mice, rats, and dogs

| Dosing regimen | Single-dose | | | 5-day | | | Weekly | | Five-cycle | Ten-cycle | 13-cycle |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parameters | Mice | Rats | Dogs | Mice | Rats | Dogs | Mice | Dogs | Mice | Rats | Dogs |
| LD | 40 | 5 | 1 | 3 | 1 | 0.2 | 30 | 0.325 | >30 | 5 | >0.5 |
| HNLD | 30 | 2.5 | 0.5 | 1 | 0.5 | 0.1 | 15 | 0.225 | >30 | 1 | >0.5 |
| HNSTD | NA | 2.5 | 0.5 | NA | 0.5 | 0.1 | NA | 0.225 | NA | 1 | 0.5 |
| $STD_{10}$ | 40 | NA | NA | 3 | NA | NA | 5–15 | NA | NA | NA | NA |

**Notes:** A cycle consisted of one administration every 3 weeks. Sanofi, data on file, 2010.
**Abbreviations:** HNLD, highest non-lethal dose; HNSTD, highest non-severely toxic dose; LD, lethal dose; NA, not available; $STD_{10}$, severely toxic dose for 10% of animals.

**Table 6** Cabazitaxel preclinical toxicology data summary: NOEL (mg/kg/day) for main target organs in rat and dog toxicity studies

| Dosing regimen | Single-dose | | 5-day | | Weekly | Ten-cycle | 13-cycle |
|---|---|---|---|---|---|---|---|
| **Tissues affected** | **Rats** | **Dogs** | **Rats** | **Dogs** | **Dogs** | **Rats** | **Dogs** |
| Hematology | <2.5 | 0.25 | 0.25 | <0.025 | 0.125 | <1 | 0.25 |
| Bone marrow | <2.5 | 0.5 | 0.25 | >0.1 | 0.225 | <1 | 0.25 |
| Lymphoid system | 2.5 | 0.5 | 0.5 | >0.1 | 0.225 | <1 | 0.25 |
| Gastro intestinal tract | 2.5 | 0.5 | 0.5 | 0.05 | 0.225 | <1 | 0.1 |
| Male reproductive system | 5 | 0.5 | <0.25 | 0.05 | 0.125 | <1 | 0.25 |
| Liver | NA | <0.25 | NA | 0.1 | 0.225 | 5 | >0.5 |

**Notes:** A cycle consisted of one administration every 3 weeks. Sanofi, data on file, 2010.
**Abbreviations:** NA, not available; NOEL, no-observable effect level.

2010). In radiolabeling studies, a good correlation between the localization of brain lesions (vacuoles) and radioactivity levels was observed, with both concentrated around the ventricles (Figure 5), suggesting that these effects were related to cabazitaxel treatment (Sanofi, data on file, 2010). Similar degenerative changes were observed in the brains of mice treated with IV paclitaxel.[70]

Partially reversible eye disorders, characterized by mild subcapsular lens fiber swelling or degeneration, were observed in rats following administration of the highest dose level of 20/10 mg/kg in the ten-cycle toxicity study, but not at lower doses. Such adverse events have not been noted in clinical trials, but may have some relevance to clinical use and are under active surveillance (Sanofi, data on file, 2010).[11]

In investigations of genotoxicity, cabazitaxel did not induce mutations in the bacterial reverse mutation (Ames) test. Other genotoxicity observations included an increased number of polyploid cells in the in vitro chromosome aberration test, and an increase in micronuclei in the in vivo rat bone marrow micronucleus test. These were consistent with the pharmacologic activity of a microtubule depolymerization inhibitor, and have been observed previously with paclitaxel (Sanofi, data on file, 2010).[71]

Cabazitaxel did not affect the mating performance or fertility of male or female rats, but did result in degeneration of the male reproductive system after repeated dosing. Administration during early gestation in pregnant rats led to fetal death and low fetal weight associated with a delay in skeletal ossification. Drug exposures in these studies were lower than those in humans receiving clinically relevant doses of cabazitaxel. Thus, cabazitaxel is not recommended for use in pregnant women or those of childbearing age who are not using contraception (Sanofi, data on file, 2010).[11]

In a series of safety pharmacology assays, no physiologically relevant effects were observed in the CNS, respiratory, gastrointestinal, renal, and cardiovascular systems after IV administration of cabazitaxel (Sanofi, data on file, 2010). Overall, preclinical safety signals of cabazitaxel were consistent with the previously reported safety profiles of paclitaxel and docetaxel.[25,62,63] In terms of dose levels, the highest non-lethal doses observed in the single-dose toxicity studies conducted in mice, rats, and dogs with cabazitaxel and docetaxel were approximately 3- to 4-times lower with cabazitaxel than with docetaxel (Table 8) (Sanofi, data on file, 2013). This aligns perfectly with the recommended clinical dose of cabazitaxel (25 mg/m$^2$), which is approximately 3- to 4-times lower than that of docetaxel (75–100 mg/m$^2$).

## Clinical development

The safety and efficacy of cabazitaxel have been evaluated in a number of clinical studies,[10,72–76] including the pivotal randomized Phase III TROPIC study that led to the approval

**Table 7** Cabazitaxel preclinical toxicology data summary: NOEL (mg/kg/day) for central and peripheral neurotoxicity in mice and rats

| Dosing regimen | Mice | | | | | Rats | |
|---|---|---|---|---|---|---|---|
| **Parameters** | **Single-dose** | | **5-day** | **Weekly** | **Five-cycle** | **Single-dose** | **Ten-cycle** |
| **Duration of infusion** | **1 min** | **1 hr** | **1 min** | **1 min** | **1 hr** | **1 min** | **1 hr** |
| NOEL for peripheral neurotoxicity | 10 | 15 | 3 | 5 | 5 | <2.5 | <1 |
| NOEL for central neurotoxicity | 10 | 10 | >7 | 5 | 10 | >10 | >10/20 |

**Notes:** A cycle consisted of one administration every 3 weeks. Sanofi, data on file, 2010.
**Abbreviation:** NOEL, no-observable effect level.

**A**

Brain
Ventricle
Vacuoles
Control
Cabazitaxel

**B**

Cerebellum
Cerebrum
Fourth ventricle
Lateral ventricle
1023
0

**Figure 5** Mouse brain histopathology and autoradiography.
**Notes:** (**A**) Brain histopathology of control mouse and treated mouse following a single intravenous infusion of cabazitaxel at 30 mg/kg. (**B**) Autoradioluminography at 0.25 hours in female CD2F1/CrIBR mouse brain following a single 45-second intravenous infusion of $^{14}$C-cabazitaxel at 15 mg/m$^2$. Sanofi, data on file, 1999.

of cabazitaxel for the treatment of patients with mCRPC who had previously received docetaxel therapy.[10–12]

Several Phase I/II clinical studies were conducted in patients with advanced solid tumors who had previously received chemotherapy and in patients with metastatic breast cancer previously treated with taxane therapy.[10,72–75,77] Results indicated that cabazitaxel had an acceptable safety profile and possible antitumor activity in patients with prior exposure to taxanes. These clinical observations were consistent with preclinical studies that showed the marked antiproliferative activity of cabazitaxel in a wide range of docetaxel-resistant cell lines and tumor xenografts.[24]

**Table 8** Comparison of HNLDs (mg/kg) in single-dose toxicity studies in mice, rats, and dogs with cabazitaxel and docetaxel

| | HNLD as single dose (mg/kg) | | |
|---|---|---|---|
| | **Mice** | **Rats** | **Dogs** |
| Cabazitaxel | 30 | 2.5 | 0.5 |
| Docetaxel | 95 | 10 | 1.5 |

**Note:** Sanofi, data on file, 2013.
**Abbreviation:** HNLD, highest non-lethal dose.

In two Phase I dose-finding studies, cabazitaxel was administered to patients with advanced solid tumors as a 1-hour infusion every 3 weeks.[72,74] In both of these studies, the dose-limiting toxicities were hematologic toxicity (primarily neutropenia) and diarrhea, and similar cabazitaxel dosing was recommended for subsequent clinical investigations (20 mg/m$^2$ and 25 mg/m$^2$).

The clinical PK profile of cabazitaxel is similar to that of docetaxel, displaying linear PK over tested dose ranges and a triphasic elimination profile.[9,62,72,74] A population PK model for cabazitaxel was developed using pooled data from 170 patients who participated in five Phase I–III clinical trials,[78] which revealed a PK profile comprising rapid initial and intermediate phases (population half-lives of 4.4 minutes and 1.6 hours, respectively) followed by a long terminal phase (population half-life = 95.1 hours).[9,10,72–75] Compared with docetaxel, cabazitaxel demonstrated a longer terminal half-life, higher plasma clearance (population PK estimate 48.5 L/h; 26.4 L/h/m$^2$ for a median body surface area [BSA] of 1.84 m$^2$), and greater mean volume of distribution at steady state (population PK estimate 4,870 L; 2,640 L/m$^2$ for a median BSA of 1.84 m$^2$).[9,78]

Population PK modeling has shown that a three-compartment structural kinetic model with first-order elimination from the central compartment best fits the concentration–time profile of both cabazitaxel[78] and docetaxel.[79] However, PK modeling (using estimates of population intercompartmental constants) showed the presence of a deeper peripheral compartment for cabazitaxel than for docetaxel. This deeper compartment is in slow equilibrium with the central compartment and was the main contributor to the very large steady-state volume of distribution and very long elimination half-life of cabazitaxel. These data suggest that cabazitaxel is eliminated more slowly than docetaxel. Mass balance studies in humans suggested that excretion is slightly slower for cabazitaxel (76% of the administered dose of $^{14}$C was recovered in feces, with only approximately 4% recovered in the urine over 2 weeks)[34] than for docetaxel (80% of the administered dose of $^{14}$C was excreted in the feces, with approximately 5% recovered in the urine over 7 days).[80] However, the reported slower elimination/excretion profile observed for cabazitaxel has no appreciable impact on observed adverse events, as there is no evidence of delayed or cumulative toxicity with cabazitaxel administration.

The population data showed that BSA was the only evaluated factor that impacted cabazitaxel PK, with no need for

dose alteration in special populations (based on age, sex, race, and mild-to-moderate renal impairment).[9,78] Furthermore, concurrent administration of cabazitaxel with prednisone or prednisolone (unpublished data), or with capecitabine, did not impact its PK profile.[9,76]

## Phase III TROPIC study

Based on the promising results reported from early-phase clinical studies, including antitumor activity in docetaxel-refractory mCRPC, cabazitaxel was compared with mitoxantrone in a randomized open-label Phase III trial (TROPIC; NCT00417079) in 755 patients with mCRPC that had progressed on previous docetaxel-based therapy.[10,74,75] Patients were randomized to cabazitaxel IV 25 mg/m$^2$ (n=378) or mitoxantrone 12 mg/m$^2$ (n=377) administered every 3 weeks, both in combination with oral prednisone (or prednisolone) 10 mg daily.[10]

Patients receiving cabazitaxel plus prednisone/prednisolone had a significantly longer median overall survival compared with mitoxantrone (15.1 months versus 12.7 months), corresponding to a 30% reduction in the risk of death (hazard ratio 0.70, 95% confidence interval 0.59–0.83; $P<0.0001$);[10] this was the first demonstration of a survival advantage for any agent in the second-line setting. The cabazitaxel arm also experienced longer median progression-free survival (2.8 months versus 1.4 months; hazard ratio 0.74, 95% confidence interval 0.64–0.86; $P<0.0001$) and a higher rate of objective tumor response (14.4% versus 4.4%; $P=0.0005$) and prostate-specific antigen response (39.2% versus 17.8%; $P=0.0002$).

The most common adverse events associated with cabazitaxel were hematologic, with grade ≥3 neutropenia, leukopenia, and anemia occurring in 82%, 68%, and 11% of patients, respectively. Diarrhea (6%) was the most frequent nonhematologic grade ≥3 adverse event.[10] Peripheral neuropathy, an adverse event observed in preclinical studies of taxanes in rodents as well as in clinical studies of other taxanes (Sanofi, data on file, 2010),[25,62,63] occurred in 14% of patients receiving cabazitaxel; however, grade 3 peripheral neuropathy was rare, occurring in just three patients (1%).[10] This compares favorably with first-generation taxanes, with reported incidence of grade 3/4 sensory neuropathy of 0%–7% for docetaxel and 2%–33% for paclitaxel in Phase III clinical studies in a number of tumor types.[64–69] If neuropathy develops, treatment should be delayed until the improvement of symptoms, and dose reduction is recommended for persistent cases of grade ≥2 severity.[11] More patients receiving cabazitaxel died within 30 days of the last infusion compared with mitoxantrone (5% versus 2%), and patients in this arm

were more likely to have a dose reduction (12% versus 4%) or treatment delay (28% versus 15%).[10] The most frequent cause of treatment-related death in the cabazitaxel arm was neutropenia and associated complications,[10] and, as such, proactive management of hematologic adverse events is recommended.[9,11,12] Prophylactic use of granulocyte colony-stimulating factor (G-CSF) was not permitted in the TROPIC study, but may also be beneficial for the management of neutropenia.[9,11,12] Indeed, in global compassionate-use and early-access programs for cabazitaxel, in which G-CSF use was recommended as per American Society of Clinical Oncology (ASCO) guidelines,[81] a similar incidence of neutropenic complications in patients with prophylactic G-CSF use and in patients without G-CSF use at baseline suggests that adequate risk mitigation of such hematological adverse events can be achieved with G-CSF in patients at risk of developing neutropenia.[82]

Based on the positive results from this study, cabazitaxel was approved for use in combination with prednisone by the US Food and Drugs Administration, European Medicines Agency, and other national health authorities for the treatment of patients with metastatic hormone-refractory prostate cancer previously treated with a docetaxel-containing treatment regimen.[11,12]

## Conclusion

Cabazitaxel may have clinical potential in a broader range of patient populations compared with first-generation taxanes, as shown by demonstrated in vivo antitumor activity in tumors with innate or acquired resistance to docetaxel, CNS tumors, and pediatric tumors. In clinical studies to date, cabazitaxel confirmed its antitumor activity and demonstrated a safety profile that can be managed well with appropriate therapy, and this has been confirmed in real-world safety studies. Results from the Phase III TROPIC trial led to the approval of cabazitaxel in patients with mCRPC who have received prior docetaxel-based therapy. As such, cabazitaxel is one of the increasing number of agents available for the treatment of mCRPC. While the optimal sequence of agents is yet to be definitively determined, given the favorable efficacy and tolerability profile of cabazitaxel, it is likely to continue to play a considerable role in the mCRPC treatment paradigm.

Cabazitaxel is also under clinical investigation in a number of studies and indications, including in the Phase III PROSELICA trial, which is evaluating a reduced dose of cabazitaxel (20 mg/m$^2$) compared with the standard dose 25 mg/m$^2$ (NCT01308580), and the Phase III FIRSTANA

trial comparing cabazitaxel with docetaxel as first-line therapy for patients with mCRPC (NCT01308567).

## Acknowledgments

The authors gratefully acknowledge Drs M-C Bissery, L Calvet, C Combeau, A Commerçon, F Lavelle, P Lejeune, JF Riou, M-L Risse, SS Sidhu, P Detilleux, G Sanderink, and D Weitz for their contribution to the preclinical development and analysis of cabazitaxel, and Drs L Bourre, D Nicolle, M-E Legrier, V Yvonnet, J Charpentier, M-F Poupon, C Geffriaud-Ricouard, S Oudard, and JG Judde for their contribution to the HID28 prostate cancer xenograft study. The authors received editorial support from Ben Caldwell of MediTech Media, funded by Sanofi.

## Disclosure

All authors are employees of Sanofi and hold Sanofi stock. The authors report no other conflicts of interest in this work.

## References

1. No authors listed. FDA approves treatment IND protocol for taxol. *Clin Pharm*. 1992;11:912.
2. Label and Approval History – Taxol [webpage on the Internet]. Silver Spring: US Food and Drug Administration; 2011. Available from: http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Set_Current_Drug&ApplNo=020262&DrugName=TAXOL&ActiveIngred=PACLITAXEL&SponsorApplicant=HQ%20SPCLT%20PHARMA&ProductMktStatus=1&goto=Search.Label_ApprovalHistory. Accessed July 29, 2014.
3. Sanofi U.S.LLC. *TAXOTERE® (Docetaxel) Injection Concentrate, Intravenous Infusion (IV) Prescribing Information 2013; USA*. Bridgewater: Sanofi U.S.LLC; 2013. Available from: http://www.accessdata.fda.gov/drugsatfda_docs/label/2013/020449s071lbl.pdf. Accessed July 29, 2014.
4. Mead Johnson Oncology Products. *TAXOL® (Paclitaxel) Injection*. Princeton: Bristol-Meyers Squibb Company; 2011. Available from: http://www.accessdata.fda.gov/drugsatfda_docs/label/2011/020262s049lbl.pdf. Accessed July 29, 2014.
5. Chien AJ, Moasser MM. Cellular mechanisms of resistance to anthracyclines and taxanes in cancer: intrinsic and acquired. *Semin Oncol*. 2008;35:S1–S14.
6. Fojo AT, Menefee M. Microtubule targeting agents: basic mechanisms of multidrug resistance (MDR). *Semin Oncol*. 2005;32:S3–S8.
7. Perez EA. Microtubule inhibitors: Differentiating tubulin-inhibiting agents based on mechanisms of action, clinical activity, and resistance. *Mol Cancer Ther*. 2009;8:2086–2095.
8. O'Neill AJ, Prencipe M, Dowling C, et al. Characterisation and manipulation of docetaxel resistant prostate cancer cell lines. *Mol Cancer*. 2011;10:126.
9. Bouchard H, Semiond D, Risse ML, Vrignaud P. Novel taxanes: Cabazitaxel case study. In: Fischer J, Ganellin CR, Rotella DP, editors. *Analogue-Based Drug Discovery III*, first edition.Weinheim, Germany. Wiley-VCH Verlag GmbH & Co. KGaA, 2013;13:319–341.
10. de Bono JS, Oudard S, Ozguroglu M, et al. Prednisone plus cabazitaxel or mitoxantrone for metastatic castration-resistant prostate cancer progressing after docetaxel treatment: a randomised open-label trial. *Lancet.* 2010;376:1147–1154.
11. Sanofi. *JEVTANA® (Cabazitaxel) Injection, Summary of Product Characteristics*. Bridgewater: Sanofi; 2012. Available from: http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Product_Information/human/002018/WC500104764.pdf. Accessed July 29, 2014.
12. Sanofi U.S.LLC. *JEVTANA® (Cabazitaxel) Injection, Prescribing Information, FDA*. Bridgewater: Sanofi U.S.LLC; 2013. Available from: http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/201023s003lbl.pdf. Accessed July 29, 2014.
13. Jordan MA. Mechanism of action of antitumor drugs that interact with microtubules and tubulin. *Curr Med Chem Anticancer Agents*. 2002;2:1–17.
14. Jordan MA, Wilson L. Microtubules as a target for anticancer drugs. *Nat Rev Cancer*. 2004;4:253–265.
15. Nogales E. Structural insight into microtubule function. *Annu Rev Biophys Biomol Struct*. 2001;30:397–420.
16. Giannakakou P, Poy G, Zhan Z, et al. Paclitaxel selects for mutant or pseudo-null p53 in drug resistance associated with tubulin mutations in human cancer. *Oncogene*. 2000;19:3078–3085.
17. Kavallaris M, Kuo DY, Burkhart CA, et al. Taxol-resistant epithelial ovarian tumors are associated with altered expression of specific beta-tubulin isotypes. *J Clin Invest*. 1997;100:1282–1293.
18. McGrogan BT, Gilmartin B, Carney DN, McCann A. Taxanes, microtubules and chemoresistant breast cancer. *Biochim Biophys Acta*. 2008;1785:96–132.
19. Modi S, DiGiovanna MP, Lu Z, et al. Phosphorylated/activated HER2 as a marker of clinical resistance to single agent taxane chemotherapy for metastatic breast cancer. *Cancer Invest*. 2005;23:483–487.
20. ABCB1 ATP-binding cassette, sub-family B (MDR/TAP), member 1 [webpage on the Internet]. Bethesda: NCBI; 2014. Available from: http://www.ncbi.nlm.nih.gov/gene/5243.
21. Nightingale G, Ryu J. Cabazitaxel (jevtana): a novel agent for metastatic castration-resistant prostate cancer. *P T*. 2012;37:440–448.
22. Horwitz SB, Cohen D, Rao S, Ringel I, Shen HJ, Yang CP. Taxol: mechanisms of action and resistance. *J Natl Cancer Inst Monogr*. 1993;(15):55–61.
23. Yin S, Bhattacharya R, Cabral F. Human mutations that confer paclitaxel resistance. *Mol Cancer Ther*. 2010;9:327–335.
24. Vrignaud P, Sémiond D, Lejeune P, et al. Preclinical antitumor activity of cabazitaxel, a semi-synthetic taxane active in taxane-resistant tumors. *Clin Cancer Res*. 2013;19:2973–2983.
25. Lavelle F, Bissery MC, Combeau C, Riou JF, Vrignaud P, André S. Preclinical evaluation of docetaxel (Taxotere). *Semin Oncol*. 1995;22:3–16.
26. Denis JN, Greene AE, Guenard D, Gueritte-Voegelein F, Mangatal L, Potier P. Highly efficient, practical approach to natural taxol. *J Am Chem Soc*. 1988;110:5917–5919.
27. Holton RA, Somoza C, Kim H-B, et al. First total synthesis of Taxol. 1. Functionalization of the B ring. *J Am Chem Soc*. 1994;116:1597–1598.
28. Sanofi U.S.LLC. *Taxotere® Material Safety Data Sheet*. Bridgewater: Sanofi U.S.LLC; 2010. Available from: http://bdipharma.com/MSDS/Sanofi-Aventis/Taxotere%208-10.pdf. Accessed July 29, 2014.
29. Roche VF. Cancer and chemotherapy. In: Lemke TL, Williams DA, Roche VF, Zito SW, editors. *Foye's Principles of Medicinal Chemistry*, seventh edition. Baltimore, MD: Lippincott Williams, Wilkins, 2013;37:1199–1266.
30. Montaudon D, Vrignaud P, Londos-Gagliardi D, Robert J. Fluorescence anisotropy of cell membranes of doxorubicin-sensitive and -resistant rodent tumoral cells. *Cancer Res*. 1986;46:5602–5605.
31. Azarenko O, Smiyun G, Mah J, Wilson L, Jordan MA. Antiproliferative mechanism of action of the novel taxane cabazitaxel as compared with the parent compound docetaxel in MCF7 breast cancer cells. *Mol Cancer Ther*. 2014;13:2092–2103.
32. Paller CJ, Antonarakis ES. Cabazitaxel: a novel second-line treatment for metastatic castration-resistant prostate cancer. *Drug Des Devel Ther*. 2011;5:117–124.

33. Semiond D, Sidhu SS, Bissery M-C, Vrignaud P. Can taxanes provide benefit in patients with CNS tumors and in pediatric patients with tumors? An update on the preclinical development of cabazitaxel. *Cancer Chemother Pharmacol*. 2013;72:515–528.
34. Ridoux L, Semiond D, Vincent C, et al. A Phase I open-label study investigating the disposition of [$^{14}$C]-cabazitaxel in patients with advanced solid tumors. *Anticancer Drugs.* Submitted March 2014.
35. Darshan MS, Loftus MS, Thadani-Mulero M, et al. Taxane-induced blockade to nuclear accumulation of the androgen receptor predicts clinical responses in metastatic prostate cancer. *Cancer Res*. 2011;71: 6019–6029.
36. Gan L, Chen S, Wang Y, et al. Inhibition of the androgen receptor as a novel mechanism of taxol chemotherapy in prostate cancer. *Cancer Res*. 2009;69:8386–8394.
37. Zhu ML, Horbinski CM, Garzotto M, Qian DZ, Beer TM, Kyprianou N. Tubulin-targeting chemotherapy impairs androgen receptor activity in prostate cancer. *Cancer Res*. 2010;70:7992–8002.
38. Bourre L, Nicolle D, Legrier M-E, et al. Evaluation of the response to cabazitaxel of a docetaxel-responsive hormone-refractory prostate tumor xenograft model (HID28). In: American Society of Clinical Oncology Annual Meeting; June 1–5, 2012; Chicago, Illinois. Abstract e15161.
39. Chamberlain MC, Kormanik P. Salvage chemotherapy with paclitaxel for recurrent primary brain tumors. *J Clin Oncol*. 1995;13:2066–2071.
40. Chamberlain MC, Kormanik P. Salvage chemotherapy with taxol for recurrent anaplastic astrocytomas. *J Neurooncol*. 1999;43: 71–78.
41. Forsyth P, Cairncross G, Stewart D, Goodyear M, Wainman N, Eisenhauer E. Phase II trial of docetaxel in patients with recurrent malignant glioma: a study of the National Cancer Institute of Canada Clinical Trials Group. *Invest New Drugs*. 1996;14:203–206.
42. Hurwitz CA, Strauss LC, Kepner J, et al. Paclitaxel for the treatment of progressive or recurrent childhood brain tumors: a pediatric oncology phase II study. *J Pediatr Hematol Oncol*. 2001;23:277–281.
43. Prados MD, Schold SC, Spence AM, et al. Phase II study of paclitaxel in patients with recurrent malignant glioma. *J Clin Oncol*. 1996;14: 2316–2321.
44. Deeken JF, Loscher W. The blood-brain barrier and cancer: transporters, treatment, and Trojan horses. *Clin Cancer Res*. 2007;13:1663–1674.
45. Fellner S, Bauer B, Miller DS, et al. Transport of paclitaxel (Taxol) across the blood-brain barrier in vitro and in vivo. *J Clin Invest*. 2002;110:1309–1318.
46. Kemper EM, Verheij M, Boogerd W, Beijnen JH, van Tellingen O. Improved penetration of docetaxel into the brain by co-administration of inhibitors of P-glycoprotein. *Eur J Cancer*. 2004;40:1269–1274.
47. Cisternino S, Bourasset F, Archimbaud Y, Sémiond D, Sanderink G, Scherrmann JM. Nonlinear accumulation in the brain of the new taxoid TXD258 following saturation of P-glycoprotein at the blood-brain barrier in mice and rats. *Br J Pharmacol*. 2003;138:1367–1375.
48. Izbicka E, Campos D, Marty J, Carrizales G, Mangold G, Tolcher A. Molecular determinants of differential sensitivity to docetaxel and paclitaxel in human pediatric cancer models. *Anticancer Res*. 2006;26: 1983–1988.
49. Blaney SM, Seibel NL, O'Brien M, et al. Phase I trial of docetaxel administered as a 1-hour infusion in children with refractory solid tumors: a collaborative pediatric branch, National Cancer Institute and Children's Cancer Group trial. *J Clin Oncol*. 1997;15:1538–1543.
50. Hurwitz CA, Relling MV, Weitman SD, et al. Phase I trial of paclitaxel in children with refractory solid tumors: a Pediatric Oncology Group Study. *J Clin Oncol*. 1993;11:2324–2329.
51. Mora J, Cruz CO, Parareda A, de Torres C. Treatment of relapsed/refractory pediatric sarcomas with gemcitabine and docetaxel. *J Pediatr Hematol Oncol*. 2009;31:723–729.
52. Zwerdling T, Krailo M, Monteleone P, et al. Phase II investigation of docetaxel in pediatric patients with recurrent solid tumors: a report from the Children's Oncology Group. *Cancer*. 2006;106: 1821–1828.
53. Clinicaltrials.gov [webpage on the Internet]. Cabazitaxel in pediatric and central nervous system tumors. Bethesda: National Institutes of Health; 2014. Available from: http://www.clinicaltrials.gov/ct2/show/NCT01751308. Accessed July 29, 2014.
54. Lorch JH, Goloubeva O, Haddad RI, et al. Induction chemotherapy with cisplatin and fluorouracil alone or in combination with docetaxel in locally advanced squamous-cell cancer of the head and neck: long-term results of the TAX 324 randomised phase 3 trial. *Lancet Oncol*. 2011;12:153–159.
55. Van Cutsem E, Moiseyenko VM, Tjulandin S, et al. Phase III study of docetaxel and cisplatin plus fluorouracil compared with cisplatin and fluorouracil as first-line therapy for advanced gastric cancer: a report of the V325 Study Group. *J Clin Oncol*. 2006;24:4991–4997.
56. Piccart MJ, Bertelsen K, James K, et al. Randomized intergroup trial of cisplatin-paclitaxel versus cisplatin-cyclophosphamide in women with advanced epithelial ovarian cancer: three-year results. *J Natl Cancer Inst*. 2000;92:699–708.
57. Rosell R, Gatzemeier U, Betticher DC, et al. Phase III randomised trial comparing paclitaxel/carboplatin with paclitaxel/cisplatin in patients with advanced non-small-cell lung cancer: a cooperative multinational trial. *Ann Oncol*. 2002;13:1539–1549.
58. Sanofi U.S.LLC. *TAXOTERE® (Docetaxel) Injection Concentrate, Intravenous Infusion (IV) Prescribing Information*. Bridgewater: Sanofi U.S.LLC; 2010. Available from: http://www.accessdata.fda.gov/drugsatfda_docs/label/2010/020449s059lbl.pdf. Accessed May 2014.
59. Vrignaud P. Therapeutic synergism of cabazitaxel in combination with cisplatin in tumor-bearing mice. In: American Association for Cancer Research Annual Meeting; April 2–6, 2011; Orlando, Florida. Abstract 2522.
60. Lockhart AC, Sundaram S, Sarantopoulos J, et al. Phase I trial of cabazitaxel plus cisplatin in patients with advanced solid tumors. Poster 162 presented at: Genitourinary Cancers Symposium; February 2–4, 2012; San Francisco, California.
61. Rixe O, Puzanov I, LoRusso PM, et al. Dose-escalation Phase I study of cabazitaxel (Cbz) + gemcitabine (Gem) in patients (pts) with metastatic or unresectable advanced solid malignancy. Poster 497P presented at: European Society of Medical Oncology Congress; Sept 28 – Oct 2, 2012; Vienna.
62. Bissery MC, Nohynek G, Sanderink GJ, Lavelle F. Docetaxel (Taxotere): a review of preclinical and clinical experience. Part I: Preclinical experience. *Anticancer Drugs*. 1995;6:339–8.
63. Rowinsky EK, Cazenave LA, Donehower RC. Taxol: a novel investigational antimicrotubule agent. *J Natl Cancer Inst*. 1990;82: 1247–1259.
64. Kudoh S, Takeda K, Nakagawa K, et al. Phase III study of docetaxel compared with vinorelbine in elderly patients with advanced non-small-cell lung cancer: results of the West Japan Thoracic Oncology Group Trial (WJTOG 9904). *J Clin Oncol*. 2006;24:3657–3663.
65. Jones SE, Erban J, Overmoyer B, et al. Randomized phase III study of docetaxel compared with paclitaxel in metastatic breast cancer. *J Clin Oncol*. 2005;23:5542–5551.
66. Fossella FV, DeVore R, Kerr RN, et al. Randomized phase III trial of docetaxel versus vinorelbine or ifosfamide in patients with advanced non-small-cell lung cancer previously treated with platinum-containing chemotherapy regimens. The TAX 320 Non-Small Cell Lung Cancer Study Group. *J Clin Oncol*. 2000;18:2354–2362.
67. Gradishar WJ, Tjulandin S, Davidson N, et al. Phase III trial of nanoparticle albumin-bound paclitaxel compared with polyethylated castor oil-based paclitaxel in women with breast cancer. *J Clin Oncol*. 2005;23: 7794–7803.
68. Miller K, Wang M, Gralow J, et al. Paclitaxel plus bevacizumab versus paclitaxel alone for metastatic breast cancer. *N Engl J Med*. 2007;357: 2666–2676.
69. Winer EP, Berry DA, Woolf S, et al. Failure of higher-dose paclitaxel to improve outcome in patients with metastatic breast cancer: cancer and leukemia group B trial 9342. *J Clin Oncol*. 2004;22: 2061–2068.

70. Gokhale PC, Newsome JT, Dritschilo A, et al. Toxicity, histopathologic and pharmacokinetic evaluation of liposome-encapsulated paclitaxel and Taxol in mice and rabbits. Poster 2759 presented at: American Association for Cancer Research Annual Meeting; April 10–14, 1999; Philadelphia, Pennsylvania.
71. Tinwell H, Ashby J. Genetic toxicity and potential carcinogenicity of taxol. *Carcinogenesis*. 1994;15:1499–1501.
72. Diéras V, Lortholary A, Laurence V, et al. Cabazitaxel in patients with advanced solid tumours: Results of a Phase I and pharmacokinetic study. *Eur J Cancer*. 2013;49:25–34.
73. Fumoleau P, Trigo JM, Isambert N, Sémiond D, Gupta S, Campone M. Phase I dose-finding study of cabazitaxel administered weekly in patients with advanced solid tumours. *BMC Cancer*. 2013;13:460.
74. Mita AC, Denis LJ, Rowinsky EK, et al. Phase I and pharmacokinetic study of XRP6258 (RPR 116258A), a novel taxane, administered as a 1-hour infusion every 3 weeks in patients with advanced solid tumors. *Clin Cancer Res*. 2009;15:723–730.
75. Pivot X, Koralewski P, Hidalgo JL, et al. A multicenter phase II study of XRP6258 administered as a 1-h iv infusion every 3 weeks in taxane-resistant metastatic breast cancer patients. *Ann Oncol*. 2008;19: 1547–1552.
76. Villanueva C, Awada A, Campone M, et al. A multicentre dose-escalating study of cabazitaxel (XRP6258) in combination with capecitabine in patients with metastatic breast cancer progressing after anthracycline and taxane treatment: a phase I/II study. *Eur J Cancer*. 2011;47:1037–1045.
77. Villanueva C, Awada A, Campone M, et al. A multicentre dose-escalating study of cabazitaxel (XRP6258) in combination with capecitabine in patients with metastatic breast cancer progressing after anthracycline and taxane treatment: a phase I/II study. *Eur J Cancer*. 2011;47(7):1037–1045.
78. Ferron GM, Dai Y, Semiond D. Population pharmacokinetics of cabazitaxel in patients with advanced solid tumors. *Cancer Chemother Pharmacol*. 2013;71:681–692.
79. Bruno R, Vivier N, Vergniol JC, De Phillips SL, Montay G, Sheiner LB. A population pharmacokinetic model for docetaxel (Taxotere): model building and validation. *J Pharmacokinet Biopharm*. 1996;24:153–172.
80. Clarke SJ, Rivory LP. Clinical pharmacokinetics of docetaxel. *Clin Pharmacokinet*. 1999;36:99–114.
81. Smith TJ, Khatcheressian J, Lyman GH, et al. 2006 update of recommendations for the use of white blood cell growth factors: an evidence-based clinical practice guideline. *J Clin Oncol*. 2006;24:3187–3205.
82. Malik Z, Di Lorenzo G, Ardavanis A, et al. Updated safety results from a cohort compassionate-use programme (CUP) and early access programme (EAP) with cabazitaxel (Cbz) plus prednisone (P; Cbz + P) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D). *Eur J Cancer.* 2013;49(Supplement 2):S1–S1028:abstract 2902.

# Supplementary material

**Figure S1** Structure–activity relationships for cabazitaxel.

**Note:** Adapted by permission from John Wiley and Sons © 2013 Wiley-VCH Verlag GmbH & Co. KGaA: Bouchard H, Semiond D, Risse ML, Vrignaud P. Novel taxanes: Cabazitaxel case study. In: Fischer J, Ganellin CR, Rotella DP, editors. Analogue-Based Drug Discovery III, first edition.Weinheim, Germany. Wiley-VCH Verlag GmbH & Co. KGaA, 2013;13:319–341.[9]

**Abbreviation:** RCL, resistant cell line.

**Drug Design, Development and Therapy**

Dovepress

**Publish your work in this journal**

Drug Design, Development and Therapy is an international, peer-reviewed open-access journal that spans the spectrum of drug design and development through to clinical applications. Clinical outcomes, patient safety, and programs for the development and effective, safe, and sustained use of medicines are a feature of the journal, which has also been accepted for indexing on PubMed Central. The manuscript management system is completely online and includes a very quick and fair peer-review system, which is all easy to use. Visit http://www.dovepress.com/testimonials.php to read real quotes from published authors.

**Submit your manuscript here:** http://www.dovepress.com/drug-design-development-and-therapy-journal

# EXHIBIT FF

**HY:LXX**
**PRESCRIBING INFORMATION**

# HYCAMTIN®

**(topotecan hydrochloride)**
**For Injection**
**FOR INTRAVENOUS USE**

**WARNING**

HYCAMTIN (topotecan hydrochloride) for Injection should be administered under the supervision of a physician experienced in the use of cancer chemotherapeutic agents. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available.

Therapy with HYCAMTIN should not be given to patients with baseline neutrophil counts of less than 1,500 cells/$mm^3$. In order to monitor the occurrence of bone marrow suppression, primarily neutropenia, which may be severe and result in infection and death, frequent peripheral blood cell counts should be performed on all patients receiving HYCAMTIN.

## DESCRIPTION

HYCAMTIN (topotecan hydrochloride) is a semi-synthetic derivative of camptothecin and is an anti-tumor drug with topoisomerase I-inhibitory activity.

HYCAMTIN for Injection is supplied as a sterile lyophilized, buffered, light yellow to greenish powder available in single-dose vials. Each vial contains topotecan hydrochloride equivalent to 4 mg of topotecan as free base. The reconstituted solution ranges in color from yellow to yellow-green and is intended for administration by intravenous infusion.

Inactive ingredients are mannitol, 48 mg, and tartaric acid, 20 mg. Hydrochloric acid and sodium hydroxide may be used to adjust the pH. The solution pH ranges from 2.5 to 3.5.

The chemical name for topotecan hydrochloride is (*S*)-10-[(dimethylamino)methyl]-4-ethyl-4,9-dihydroxy-1*H*-pyrano[3',4':6,7] indolizino [1,2-*b*]quinoline-3,14-(4*H*,12*H*)-dione monohydrochloride. It has the molecular formula $C_{23}H_{23}N_3O_5 \cdot HCl$ and a molecular weight of 457.9.

Topotecan hydrochloride has the following structural formula:

It is soluble in water and melts with decomposition at 213° to 218°C.

AVENTIS EXHIBIT 2206
Mylan v. Aventis IPR2016-00712

## CLINICAL PHARMACOLOGY

**Mechanism of Action:** Topoisomerase I relieves torsional strain in DNA by inducing reversible single strand breaks. Topotecan binds to the topoisomerase I-DNA complex and prevents religation of these single strand breaks. The cytotoxicity of topotecan is thought to be due to double strand DNA damage produced during DNA synthesis, when replication enzymes interact with the ternary complex formed by topotecan, topoisomerase I, and DNA. Mammalian cells cannot efficiently repair these double strand breaks.

**Pharmacokinetics:** The pharmacokinetics of topotecan have been evaluated in cancer patients following doses of 0.5 to 1.5 mg/$m^2$ administered as a 30-minute infusion. Topotecan exhibits multiexponential pharmacokinetics with a terminal half-life of 2 to 3 hours. Total exposure (AUC) is approximately dose-proportional. Binding of topotecan to plasma proteins is about 35%.

***Metabolism and Elimination:*** Topotecan undergoes a reversible pH dependent hydrolysis of its lactone moiety; it is the lactone form that is pharmacologically active. At pH ≤4, the lactone is exclusively present, whereas the ring-opened hydroxy-acid form predominates at physiologic pH. In vitro studies in human liver microsomes indicate topotecan is metabolized to an N-demethylated metabolite. The mean metabolite:parent AUC ratio was about 3% for total topotecan and topotecan lactone following IV administration.

Renal clearance is an important determinant of topotecan elimination (see Special Populations: Renal Impairment).

In a mass balance/excretion study in 4 patients with solid tumors, the overall recovery of total topotecan and its N-desmethyl metabolite in urine and feces over 9 days averaged 73.4 ± 2.3% of the administered IV dose. Mean values of 50.8 ± 2.9% as total topotecan and 3.1 ± 1.0% as N-desmethyl topotecan were excreted in the urine following IV administration. Fecal elimination of total topotecan accounted for 17.9 ± 3.6% while fecal elimination of N-desmethyl topotecan was 1.7 ±0.6%. An O-glucuronidation metabolite of topotecan and N-desmethyl topotecan has been identified in the urine. These metabolites, topotecan-O-glucuronide and N-desmethyl topotecan-O-glucuronide, were less than 2% of the administered dose.

**Special Populations: *Gender:*** The overall mean topotecan plasma clearance in male patients was approximately 24% higher than that in female patients, largely reflecting difference in body size.

***Geriatrics:*** Topotecan pharmacokinetics have not been specifically studied in an elderly population, but population pharmacokinetic analysis in female patients did not identify age as a significant factor. Decreased renal clearance, which is common in the elderly, is a more important determinant of topotecan clearance (see PRECAUTIONS and DOSAGE AND ADMINISTRATION).

***Race:*** The effect of race on topotecan pharmacokinetics has not been studied.

***Renal Impairment:*** In patients with mild renal impairment (creatinine clearance of 40 to 60 mL/min.), topotecan plasma clearance was decreased to about 67% of the value in patients with normal renal function. In patients with moderate renal impairment ($Cl_{cr}$ of 20 to

39 mL/min.), topotecan plasma clearance was reduced to about 34% of the value in control patients, with an increase in half-life. Mean half-life, estimated in 3 renally impaired patients, was about 5.0 hours. Dosage adjustment is recommended for these patients (see DOSAGE AND ADMINISTRATION).

***Hepatic Impairment:*** Plasma clearance in patients with hepatic impairment (serum bilirubin levels between 1.7 and 15.0 mg/dL) was decreased to about 67% of the value in patients without hepatic impairment. Topotecan half-life increased slightly, from 2.0 hours to 2.5 hours, but these hepatically impaired patients tolerated the usual recommended topotecan dosage regimen (see DOSAGE AND ADMINISTRATION).

**Drug Interactions:** Pharmacokinetic studies of the interaction of topotecan with concomitantly administered medications have not been formally investigated. In vitro inhibition studies using marker substrates known to be metabolized by human P450 CYP1A2, CYP2A6, CYP2C8/9, CYP2C19, CYP2D6, CYP2E, CYP3A, or CYP4A or dihydropyrimidine dehydrogenase indicate that the activities of these enzymes were not altered by topotecan. Enzyme inhibition by topotecan has not been evaluated in vivo.

Administration of cisplatin (60 or 75 mg/$m^2$ on Day 1) before topotecan (0.75 mg/$m^2$/day on Days 1-5 in 9 patients with ovarian cancer had no significant effect on the $C_{max}$ and AUC of total topotecan.

Topotecan had no effect on the pharmacokinetics of free platinum in 15 patients with ovarian cancer who were administered cisplatin 50 mg/$m^2$ (n = 9) or 75 mg/$m^2$ (n = 6) on day 2 after paclitaxel 110 mg/$m^2$ on day 1 before topotecan 0.3 mg/$m^2$ IV daily on days 2-6. Topotecan had no effect on dose-normalized (60 mg/$m^2$) $C_{max}$ values of free platimun in 13 patients with ovarian cancer who were administered 60 mg/$m^2$ (n = 10) or 75 mg/$m^2$ (n = 3) cisplatin on day 1 before topotecan 0.75 mg/$m^2$ IV daily on days 1-5.

No pharmacokinetic data are available following topotecan (0.75 mg/$m^2$/day for 3 consecutive days) and cisplatin (50 mg/$m^2$/day on day 1) in patients with cervical cancer.

**Pharmacodynamics:** The dose-limiting toxicity of topotecan is leukopenia. White blood cell count decreases with increasing topotecan dose or topotecan AUC. When topotecan is administered at a dose of 1.5 mg/$m^2$/day for 5 days, an 80% to 90% decrease in white blood cell count at nadir is typically observed after the first cycle of therapy.

## CLINICAL STUDIES

**Ovarian Cancer:** HYCAMTIN was studied in 2 clinical trials of 223 patients given topotecan with metastatic ovarian carcinoma. All patients had disease that had recurred on, or was unresponsive to, a platinum-containing regimen. Patients in these 2 studies received an initial dose of 1.5 mg/$m^2$ given by intravenous infusion over 30 minutes for 5 consecutive days, starting on day 1 of a 21-day course.

One study was a randomized trial of 112 patients treated with HYCAMTIN (1.5 mg/$m^2$/day × 5 days starting on day 1 of a 21-day course) and 114 patients treated with paclitaxel (175 mg/$m^2$ over 3 hours on day 1 of a 21-day course). All patients had recurrent ovarian cancer after a

platinum-containing regimen or had not responded to at least 1 prior platinum-containing regimen. Patients who did not respond to the study therapy, or who progressed, could be given the alternative treatment.

Response rates, response duration, and time to progression are shown in Table 1.

**Table 1. Efficacy of HYCAMTIN Versus Paclitaxel in Ovarian Cancer**

| Parameter | HYCAMTIN (n = 112) | Paclitaxel (n = 114) |
|---|---|---|
| Complete response rate | 5% | 3% |
| Partial response rate | 16% | 11% |
| Overall response rate | 21% | 14% |
| 95% Confidence interval | 13 to 28% | 8 to 20% |
| (p-value) | (0.20) | |
| Response duration* (weeks) | n = 23 | n = 16 |
| Median | 25.9 | 21.6 |
| 95% Confidence interval | 22.1 to 32.9 | 16.0 to 34.0 |
| hazard-ratio (HYCAMTIN:paclitaxel) | 0.78 | |
| (p-value) | (0.48) | |
| Time to progression (weeks) | | |
| Median | 18.9 | 14.7 |
| 95% Confidence interval | 12.1 to 23.6 | 11.9 to 18.3 |
| hazard-ratio (HYCAMTIN:paclitaxel) | 0.76 | |
| (p-value) | (0.07) | |
| Survival (weeks) | | |
| Median | 63.0 | 53.0 |
| 95% Confidence interval | 46.6 to 71.9 | 42.3 to 68.7 |
| hazard-ratio (HYCAMTIN:paclitaxel) | 0.97 | |
| (p-value) | (0.87) | |

* The calculation for duration of response was based on the interval between first response and time to progression.

The median time to response was 7.6 weeks (range 3.1 to 21.7) with HYCAMTIN compared to 6.0 weeks (range 2.4 to 18.1) with paclitaxel. Consequently, the efficacy of HYCAMTIN may not be achieved if patients are withdrawn from treatment prematurely.

In the crossover phase, 8 of 61 (13%) patients who received HYCAMTIN after paclitaxel had a partial response and 5 of 49 (10%) patients who received paclitaxel after HYCAMTIN had a response (2 complete responses).

HYCAMTIN was active in ovarian cancer patients who had developed resistance to platinum-containing therapy, defined as tumor progression while on, or tumor relapse within 6 months after completion of, a platinum-containing regimen. One complete and 6 partial responses were seen in 60 patients, for a response rate of 12%. In the same study, there were no complete responders and 4 partial responders on the paclitaxel arm, for a response rate of 7%.

HYCAMTIN was also studied in an open-label, non-comparative trial in 111 patients with recurrent ovarian cancer after treatment with a platinum-containing regimen, or who had not responded to 1 prior platinum-containing regimen. The response rate was 14% (95% CI = 7% to 20%). The median duration of response was 22 weeks (range 4.6 to 41.9 weeks). The time to progression was 11.3 weeks (range 0.7 to 72.1 weeks). The median survival was 67.9 weeks (range 1.4 to 112.9 weeks).

**Small Cell Lung Cancer:** HYCAMTIN was studied in 426 patients with recurrent or progressive small cell lung cancer in 1 randomized, comparative study and in 3 single-arm studies.

***Randomized Comparative Study:*** In a randomized, comparative, Phase 3 trial, 107 patients were treated with HYCAMTIN (1.5 $mg/m^2$/day × 5 days starting on day 1 of a 21-day course) and 104 patients were treated with CAV (1,000 $mg/m^2$ cyclophosphamide, 45 $mg/m^2$ doxorubicin, 2 mg vincristine administered sequentially on day 1 of a 21-day course). All patients were considered sensitive to first-line chemotherapy (responders who then subsequently progressed ≥60 days after completion of first-line therapy). A total of 77% of patients treated with HYCAMTIN and 79% of patients treated with CAV received platinum/etoposide with or without other agents as first-line chemotherapy.

Response rates, response duration, time to progression, and survival are shown in Table 2.

**Table 2. Efficacy of HYCAMTIN Versus CAV (cyclophosphamide-doxorubicin-vincristine) in Small Cell Lung Cancer Patients Sensitive to First-Line Chemotherapy**

| Parameter | HYCAMTIN (n = 107) | CAV (n = 104) |
|---|---|---|
| Complete response rate | 0% | 1% |
| Partial response rate | 24% | 17% |
| Overall response rate | 24% | 18% |
| Difference in overall response rates | 6% | |
| 95% Confidence interval of the difference | (–6 to 18%) | |
| Response duration* (weeks) | n = 26 | n = 19 |
| Median | 14.4 | 15.3 |
| 95% Confidence interval | 13.1 to 18.0 | 13.1 to 23.1 |
| hazard-ratio (HYCAMTIN:CAV) (95% CI) | 1.42 (0.73 to 2.76) | |
| (p-value) | (0.30) | |
| Time to progression (weeks) | | |
| Median | 13.3 | 12.3 |
| 95% Confidence interval | 11.4 to 16.4 | 11.0 to 14.1 |
| hazard-ratio (HYCAMTIN:CAV) (95% CI) | 0.92 (0.69 to 1.22) | |
| (p-value) | (0.55) | |
| Survival (weeks) | | |
| Median | 25.0 | 24.7 |
| 95% Confidence interval | 20.6 to 29.6 | 21.7 to 30.3 |
| hazard-ratio (HYCAMTIN:CAV) (95% CI) | 1.04 (0.78 to 1.39) | |
| (p-value) | (0.80) | |

* The calculation for duration of response was based on the interval between first response and time to progression.

The time to response was similar in both arms: HYCAMTIN median of 6 weeks (range 2.4 to 15.7) versus CAV median 6 weeks (range 5.1 to 18.1).

Changes on a disease-related symptom scale in patients who received HYCAMTIN or who received CAV are presented in Table 3. It should be noted that not all patients had all symptoms, nor did all patients respond to all questions. Each symptom was rated on a 4-category scale with an improvement defined as a change in 1 category from baseline sustained over 2 courses. Limitations in interpretation of the rating scale and responses preclude formal statistical analysis.

**Table 3. Percentage of Patients With Symptom Improvement*: HYCAMTIN Versus CAV in Patients With Small Cell Lung Cancer**

| | HYCAMTIN (n = 107) | | CAV (n = 104) | |
|---|---|---|---|---|
| **Symptom** | **n†** | **(%)** | **n†** | **(%)** |
| Shortness of breath | 68 | (28) | 61 | (7) |
| Interference with daily activity | 67 | (27) | 63 | (11) |
| Fatigue | 70 | (23) | 65 | (9) |
| Hoarseness | 40 | (33) | 38 | (13) |
| Cough | 69 | (25) | 61 | (15) |
| Insomnia | 57 | (33) | 53 | (19) |
| Anorexia | 56 | (32) | 57 | (16) |
| Chest pain | 44 | (25) | 41 | (17) |
| Hemoptysis | 15 | (27) | 12 | (33) |

* Defined as improvement sustained over at least 2 courses compared to baseline.

† Number of patients with baseline and at least 1 post-baseline assessment.

***Single-Arm Studies:*** HYCAMTIN was also studied in 3 open-label, non-comparative trials in a total of 319 patients with recurrent or progressive small cell lung cancer after treatment with first-line chemotherapy. In all 3 studies, patients were stratified as either sensitive (responders who then subsequently progressed ≥90 days after completion of first-line therapy) or refractory (no response to first-line chemotherapy or who responded to first-line therapy and then progressed within 90 days of completing first-line therapy). Response rates ranged from 11% to 31% for sensitive patients and 2% to 7% for refractory patients. Median time to progression and median survival were similar in all 3 studies and the comparative study.

**Cervical Cancer:** In a comparative trial, 147 eligible women were randomized to HYCAMTIN (0.75 $mg/m^2$/day IV over 30 minutes × 3 consecutive days starting on day 1 of a 21-day course) plus cisplatin (50 $mg/m^2$ on day 1) and 146 eligible women were randomized to cisplatin (50 $mg/m^2$ IV on day 1 of a 21-day course). All patients had histologically confirmed Stage IV-B, recurrent, or persistent carcinoma of the cervix considered not amenable to curative treatment with surgery and/or radiation. Fifty six percent (56%) of patients treated with HYCAMTIN plus cisplatin and 56% of patients treated with cisplatin had received prior cisplatin with or without other agents as first-line chemotherapy.

Median survival of eligible patients in the HYCAMTIN plus cisplatin treatment arm was 9.4 months (95% CI: 7.9 to 11.9) compared to 6.5 months (95% CI: 5.8 to 8.8) among patients randomized to cisplatin alone with a log rank p-value of 0.033 (significance level was 0.044 after adjusting for the interim analysis). The unadjusted hazard ratio for overall survival was 0.76 (95% CI: 0.59 to 0.98).

**Figure 1. Overall Survival Curves Comparing HYCAMTIN plus Cisplatin versus Cisplatin Monotherapy in Cervical Cancer Patients**

| Number at Risk | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HYCAMTIN plus Cisplatin | 147 | 104 | 69 | 32 | 10 | 8 | 2 | 0 | 0 |
| Cisplatin Monotherapy | 146 | 93 | 52 | 17 | 8 | 6 | 2 | 1 | 0 |

## INDICATIONS AND USAGE

HYCAMTIN is indicated for the treatment of:

- metastatic carcinoma of the ovary after failure of initial or subsequent chemotherapy.
- small cell lung cancer sensitive disease after failure of first-line chemotherapy. In clinical studies submitted to support approval, sensitive disease was defined as disease responding to chemotherapy but subsequently progressing at least 60 days (in the Phase 3 study) or at least 90 days (in the Phase 2 studies) after chemotherapy (see CLINICAL STUDIES).

HYCAMTIN in combination with cisplatin is indicated for the treatment of:

- stage IV-B, recurrent, or persistent carcinoma of the cervix which is not amenable to curative treatment with surgery and/or radiation therapy.

## CONTRAINDICATIONS

HYCAMTIN is contraindicated in patients who have a history of hypersensitivity reactions to topotecan or to any of its ingredients. HYCAMTIN should not be used in patients who are

pregnant or breast-feeding, or those with severe bone marrow depression.

## WARNINGS

**Bone marrow suppression (primarily neutropenia) is the dose-limiting toxicity of HYCAMTIN.** Neutropenia is not cumulative over time. The following data on myelosuppression is based on:

- the combined experience of 879 patients with metastatic ovarian cancer or small cell lung cancer treated with HYCAMTIN monotherapy at a dose of 1.5 mg/m$^2$/day x 5 days.
- the experience of 140 patients with cervical cancer randomized to receive HYCAMTIN 0.75 mg/m$^2$/day on days 1, 2, and 3 plus cisplatin 50 mg/m$^2$ on day 1.

**Neutropenia:**

- Ovarian and small cell lung cancer experience: Grade 4 neutropenia (<500 cells/mm$^3$) was most common during course 1 of treatment (60% of patients) and occurred in 39% of all courses, with a median duration of 7 days. The nadir neutrophil count occurred at a median of 12 days. Therapy-related sepsis or febrile neutropenia occurred in 23% of patients, and sepsis was fatal in 1%.
- Cervical cancer experience: Grade 3 and grade 4 neutropenia affected 26% and 48% of patients, respectively.

**Thrombocytopenia:**

- Ovarian and small cell lung cancer experience: Grade 4 thrombocytopenia (<25,000/mm$^3$) occurred in 27% of patients and in 9% of courses, with a median duration of 5 days and platelet nadir at a median of 15 days. Platelet transfusions were given to 15% of patients in 4% of courses.
- Cervical cancer experience: Grade 3 and grade 4 thrombocytopenia affected 26% and 7% of patients, respectively.

**Anemia:**

- Ovarian and small cell lung cancer experience: Grade 3/4 anemia (<8 g/dL) occurred in 37% of patients and in 14% of courses. Median nadir was at day 15. Transfusions were needed in 52% of patients in 22% of courses.
- Cervical cancer experience: Grade 3 and grade 4 anemia affected 34% and 6% of patients, respectively.

In ovarian cancer, the overall treatment-related death rate was 1%. In the comparative study in small cell lung cancer, however, the treatment-related death rates were 5% for HYCAMTIN and 4% for CAV.

**Monitoring of Bone Marrow Function:** HYCAMTIN should be administered only in patients with adequate bone marrow reserves, including baseline neutrophil count of at least 1,500 cells/mm$^3$ and platelet count at least 100,000/mm$^3$. Frequent monitoring of peripheral blood cell counts should be instituted during treatment with HYCAMTIN. Patients should not be treated with subsequent courses of HYCAMTIN until neutrophils recover to >1,000 cells/mm$^3$, platelets recover to >100,000 cells/mm$^3$, and hemoglobin levels recover to 9.0 g/dL (with

transfusion if necessary). Severe myelotoxicity has been reported when HYCAMTIN is used in combination with cisplatin (see Drug Interactions).

**Pregnancy:** HYCAMTIN may cause fetal harm when administered to a pregnant woman. The effects of topotecan on pregnant women have not been studied. If topotecan is used during a patient's pregnancy, or if a patient becomes pregnant while taking topotecan, she should be warned of the potential hazard to the fetus. Fecund women should be warned to avoid becoming pregnant. In rabbits, a dose of 0.10 mg/kg/day (about equal to the clinical dose on a $mg/m^2$ basis) given on days 6 through 20 of gestation caused maternal toxicity, embryolethality, and reduced fetal body weight. In the rat, a dose of 0.23 mg/kg/day (about equal to the clinical dose on a $mg/m^2$ basis) given for 14 days before mating through gestation day 6 caused fetal resorption, microphthalmia, pre-implant loss, and mild maternal toxicity. A dose of 0.10 mg/kg/day (about half the clinical dose on a $mg/m^2$ basis) given to rats on days 6 through 17 of gestation caused an increase in post-implantation mortality. This dose also caused an increase in total fetal malformations. The most frequent malformations were of the eye (microphthalmia, anophthalmia, rosette formation of the retina, coloboma of the retina, ectopic orbit), brain (dilated lateral and third ventricles), skull, and vertebrae.

## PRECAUTIONS

**General:** Inadvertent extravasation with HYCAMTIN has been associated only with mild local reactions such as erythema and bruising.

**Information for Patients:** As with other chemotherapeutic agents, HYCAMTIN may cause asthenia or fatigue; if these symptoms occur, caution should be observed when driving or operating machinery.

**Hematology:** Monitoring of bone marrow function is essential (see WARNINGS and DOSAGE AND ADMINISTRATION).

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** Carcinogenicity testing of topotecan has not been performed. Topotecan, however, is known to be genotoxic to mammalian cells and is a probable carcinogen. Topotecan was mutagenic to L5178Y mouse lymphoma cells and clastogenic to cultured human lymphocytes with and without metabolic activation. It was also clastogenic to mouse bone marrow. Topotecan did not cause mutations in bacterial cells.

**Drug Interactions:** Concomitant administration of G-CSF can prolong the duration of neutropenia, so if G-CSF is to be used, it should not be initiated until day 6 of the course of therapy, 24 hours after completion of treatment with HYCAMTIN.

Myelosuppression was more severe when HYCAMTIN, at a dose of 1.25 $mg/m^2/day \times$ 5 days, was given in combination with cisplatin at a dose of 50 $mg/m^2$ in Phase 1 studies. In one study, 1 of 3 patients had severe neutropenia for 12 days and a second patient died with neutropenic sepsis.

Greater myelosuppression is also likely to be seen when HYCAMTIN is used in combination with other cytotoxic agents, thereby necessitating a dose reduction. However, when combining HYCAMTIN with platinum agents (e.g., cisplatin or carboplatin), a distinct sequence-dependent

interaction on myelosuppression has been reported. Coadministration of a platinum agent on day 1 of HYCAMTIN dosing required lower doses of each agent compared to coadministration on day 5 of the HYCAMTIN dosing schedule.

For information on the pharmacokinetics, efficacy, safety, and dosing of HYCAMTIN at a dose of 0.75 mg/m$^2$/day days 1, 2, and 3 in combination with cisplatin 50 mg/m$^2$ on day 1 for cervical cancer, see CLINICAL PHARMACOLOGY, CLINICAL STUDIES, ADVERSE REACTIONS, and DOSAGE AND ADMINISTRATION.

**Pregnancy:** Pregnancy Category D. (See WARNINGS.)

**Nursing Mothers:** It is not known whether the drug is excreted in human milk. Breast-feeding should be discontinued when women are receiving HYCAMTIN (see CONTRAINDICATIONS).

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use:** Of the 879 patients with metastatic ovarian cancer or small cell lung cancer in clinical studies of HYCAMTIN, 32% (n = 281) were 65 years of age and older, while 3.8% (n = 33) were 75 years of age and older. Of the 140 patients with stage IVB, relapsed, or refractory cervical cancer in clinical studies of HYCAMTIN who received HYCAMTIN plus cisplatin in the randomized clinical trial, 6% (n = 9) were 65 years of age and older, while 3% (n = 4) were 75 years of age and older. No overall differences in effectiveness or safety were observed between these patients and younger adult patients, and other reported clinical experience has not identified differences in responses between the elderly and younger adult patients, but greater sensitivity of some older individuals cannot be ruled out.

There were no apparent differences in the pharmacokinetics of topotecan in elderly patients, once the age-related decrease in renal function was considered (see CLINICAL PHARMACOLOGY).

This drug is known to be substantially excreted by the kidney, and the risk of toxic reactions to this drug may be greater in patients with impaired renal function. Because elderly patients are more likely to have decreased renal function, care should be taken in dose selection, and it may be useful to monitor renal function (see DOSAGE AND ADMINISTRATION).

## ADVERSE REACTIONS

**Ovarian Cancer and Small Cell Lung Cancer:** Data in the following section are based on the combined experience of 453 patients with metastatic ovarian carcinoma, and 426 patients with small cell lung cancer treated with HYCAMTIN. Table 5 lists the principal hematologic toxicities, and Table 6 lists non-hematologic toxicities occurring in at least 15% of patients.

**Table 5. Summary of Hematologic Adverse Events in Patients Receiving HYCAMTIN**

| Hematologic Adverse Event | Patients<br>n = 879<br>% Incidence | Courses<br>n = 4124<br>% Incidence |
|---|---|---|
| Neutropenia | | |
| <1,500 cells/$mm^3$ | 97 | 81 |
| <500 cells/$mm^3$ | 78 | 39 |
| Leukopenia | | |
| <3,000 cells/$mm^3$ | 97 | 80 |
| <1,000 cells/$mm^3$ | 32 | 11 |
| Thrombocytopenia | | |
| <75,000/$mm^3$ | 69 | 42 |
| <25,000/$mm^3$ | 27 | 9 |
| Anemia | | |
| <10 g/dL | 89 | 71 |
| <8 g/dL | 37 | 14 |
| Platelet transfusions | 15 | 4 |
| RBC transfusions | 52 | 22 |

**Table 6. Summary of Non-hematologic Adverse Events in Patients Receiving HYCAMTIN**

| Non-hematologic Adverse Event | All Grades % Incidence | | Grade 3 % Incidence | | Grade 4 % Incidence | |
|---|---|---|---|---|---|---|
| | n = 879 Patients | n = 4124 Courses | n = 879 Patients | n = 4124 Courses | n = 879 Patients | n = 4124 Courses |
| **Infections and infestations** | | | | | | |
| Sepsis or pyrexia/infection with neutropenia* | 43 | 15 | NR | NR | 23 | 7 |
| **Metabolism and nutrition disorders** | | | | | | |
| Anorexia | 19 | 9 | 2 | 1 | <1 | <1 |
| **Nervous system disorders** | | | | | | |
| Headache | 18 | 7 | 1 | <1 | <1 | 0 |
| **Respiratory, thoracic, and mediastinal disorders** | | | | | | |
| Dyspnea | 22 | 11 | 5 | 2 | 3 | 1 |
| Coughing | 15 | 7 | 1 | <1 | 0 | 0 |
| **Gastrointestinal disorders** | | | | | | |
| Nausea | 64 | 42 | 7 | 2 | 1 | <1 |
| Vomiting | 45 | 22 | 4 | 1 | 1 | <1 |
| Diarrhea | 32 | 14 | 3 | 1 | 1 | <1 |
| Constipation | 29 | 15 | 2 | 1 | 1 | <1 |
| Abdominal pain | 22 | 10 | 2 | 1 | 2 | <1 |
| Stomatitis | 18 | 8 | 1 | <1 | <1 | <1 |
| **Skin and subcutaneous tissue disorders** | | | | | | |
| Alopecia | 49 | 54 | NA | NA | NA | NA |
| Rash† | 16 | 6 | 1 | <1 | 0 | 0 |
| **General disorders and administrative site conditions** | | | | | | |
| Fatigue | 29 | 22 | 5 | 2 | 0 | 0 |
| Pyrexia | 28 | 11 | 1 | <1 | <1 | <1 |
| Pain‡ | 23 | 11 | 2 | 1 | 1 | <1 |
| Asthenia | 25 | 13 | 4 | 1 | 2 | <1 |

NA = Not applicable
NR = Not reported separately
* Does not include Grade 1 sepsis or pyrexia.
† Rash also includes pruritus, rash erythematous, urticaria, dermatitis, bullous eruption, and maculopapular rash.
‡ Pain includes body pain, back pain, and skeletal pain.

Premedications were not routinely used in these clinical studies.

**Hematologic:** (See WARNINGS.)

**Nervous System Disorders:** Headache (18% of patients) was the most frequently reported neurologic toxicity. Paresthesia occurred in 7% of patients but was generally grade 1.

**Respiratory, Thoracic, and Mediastinal Disorders:** The incidence of grade 3/4 dyspnea was 4% in ovarian cancer patients and 12% in small cell lung cancer patients.

**Gastrointestinal Disorders:** The incidence of nausea was 64% (8% grade 3/4), and vomiting occurred in 45% (6% grade 3/4) of patients (see Table 5). The prophylactic use of antiemetics was not routine in patients treated with HYCAMTIN. Thirty-two percent of patients had diarrhea (4% grade 3/4), 29% constipation (2% grade 3/4), and 22% had abdominal pain (4% grade 3/4).

Grade 3/4 abdominal pain was 6% in ovarian cancer patients and 2% in small cell lung cancer patients.

**Skin and Subcutaneous Tissue Disorders:** Total alopecia (grade 2) occurred in 31% of patients.

**Hepatobiliary Disorders:** Grade 1 transient elevations in hepatic enzymes occurred in 8% of patients. Greater elevations, grade 3/4, occurred in 4%. Grade 3/4 elevated bilirubin occurred in <2% of patients.

Table 7 shows the grade 3/4 hematologic and major non-hematologic adverse events in the topotecan/paclitaxel comparator trial in ovarian cancer.

**Table 7. Comparative Toxicity Profiles for Ovarian Cancer Patients Randomized to Receive HYCAMTIN or Paclitaxel**

| | HYCAMTIN | | Paclitaxel | |
|---|---|---|---|---|
| **Adverse Event** | **Patients n = 112** | **Courses n = 597** | **Patients n = 114** | **Courses n = 589** |
| **Hematologic Grade 3/4** | **%** | **%** | **%** | **%** |
| Grade 4 neutropenia (<500 cells/mm$^3$) | 80 | 36 | 21 | 9 |
| Grade 3/4 anemia (Hgb <8 g/dL) | 41 | 16 | 6 | 2 |
| Grade 4 thrombocytopenia (<25,000 plts/mm$^3$) | 27 | 10 | 3 | <1 |
| Pyrexia/Grade 4 neutropenia | 23 | 6 | 4 | 1 |
| **Non-hematologic Grade 3/4** | **%** | **%** | **%** | **%** |
| **Infections and infestations** | | | | |
| Documented sepsis | 5 | 1 | 2 | <1 |
| Death related to sepsis | 2 | NA | 0 | NA |
| **Metabolism and nutrition disorders** | | | | |
| Anorexia | 4 | 1 | 0 | 0 |
| **Nervous system disorders** | | | | |
| Headache | 1 | <1 | 2 | 1 |
| **Respiratory, thoracic, and mediastinal disorders** | | | | |
| Dyspnea | 6 | 2 | 5 | 1 |
| **Gastrointestinal disorders** | | | | |
| Abdominal pain | 5 | 1 | 4 | 1 |
| Constipation | 5 | 1 | 0 | 0 |
| Diarrhea | 6 | 2 | 1 | <1 |
| Intestinal obstruction | 5 | 1 | 4 | 1 |
| Nausea | 10 | 3 | 2 | <1 |
| Stomatitis | 1 | <1 | 1 | <1 |
| Vomiting | 10 | 2 | 3 | <1 |
| **Hepatobiliary Disorders** | | | | |
| Hepatic enzymes increased[*] | 1 | <1 | 1 | <1 |
| **Skin and subcutaneous tissue disorders** | | | | |
| Rash[†] | 0 | 0 | 1 | <1 |
| **Musculoskeletal, connective tissue, and bone disorders** | | | | |
| Arthralgia | 1 | <1 | 3 | <1 |
| **General disorders and administrative site conditions** | | | | |
| Fatigue | 7 | 2 | 6 | 2 |
| Malaise | 2 | <1 | 2 | <1 |

| | | | | |
|---|---|---|---|---|
| Asthenia | 5 | 2 | 3 | 1 |
| Chest pain | 2 | <1 | 1 | <1 |
| Myalgia | 0 | 0 | 3 | 2 |
| Pain‡ | 5 | 1 | 7 | 2 |

* Increased hepatic enzymes includes increased SGOT/AST, increased SGPT/ALT, and increased hepatic enzymes.

† Rash also includes pruritus, rash erythematous, urticaria, dermatitis, bullous eruption, and maculopapular rash.

‡ Pain includes body pain, skeletal pain, and back pain.

Premedications were not routinely used in patients randomized to HYCAMTIN, whereas patients receiving paclitaxel received routine pretreatment with corticosteroids, diphenhydramine, and histamine receptor type 2 blockers.

Table 8 shows the grade 3/4 hematologic and major non-hematologic adverse events in the topotecan/CAV comparator trial in small cell lung cancer.

**Table 8. Comparative Toxicity Profiles for Small Cell Lung Cancer Patients Randomized to Receive HYCAMTIN or CAV**

| | **HYCAMTIN** | | **CAV** | |
|---|---|---|---|---|
| **Adverse Event** | **Patients n = 107** | **Courses n = 446** | **Patients n = 104** | **Courses n = 359** |
| **Hematologic Grade 3/4** | **%** | **%** | **%** | **%** |
| Grade 4 neutropenia (<500 cells/mm$^3$) | 70 | 38 | 72 | 51 |
| Grade 3/4 anemia (Hgb <8 g/dL) | 42 | 18 | 20 | 7 |
| Grade 4 thrombocytopenia (<25,000 plts/mm$^3$) | 29 | 10 | 5 | 1 |
| Pyrexia/Grade 4 neutropenia | 28 | 9 | 26 | 13 |
| **Non-hematologic Grade 3/4** | **%** | **%** | **%** | **%** |
| **Infections and infestations** | | | | |
| Documented sepsis | 5 | 1 | 5 | 1 |
| Death related to sepsis | 3 | NA | 1 | NA |
| **Metabolism and nutrition disorders** | | | | |
| Anorexia | 3 | 1 | 4 | 2 |
| **Nervous system disorders** | | | | |
| Headache | 0 | 0 | 2 | <1 |
| **Respiratory, thoracic, and mediastinal disorders** | | | | |
| Dyspnea | 9 | 5 | 14 | 7 |
| Coughing | 2 | 1 | 0 | 0 |
| Pneumonia | 8 | 2 | 6 | 2 |
| **Gastrointestinal disorders** | | | | |
| Abdominal pain | 6 | 1 | 4 | 2 |

| | | | | |
|---|---|---|---|---|
| Constipation | 1 | <1 | 0 | 0 |
| Diarrhea | 1 | <1 | 0 | 0 |
| Nausea | 8 | 2 | 6 | 2 |
| Stomatitis | 2 | <1 | 1 | <1 |
| Vomiting | 3 | <1 | 3 | 1 |
| **Hepatobiliary Disorders** | | | | |
| Increased hepatic enzymes* | 1 | <1 | 0 | 0 |
| **Skin and subcutaneous tissue disorders** | | | | |
| Rash† | 1 | <1 | 1 | <1 |
| **General disorders and administrative site conditions** | | | | |
| Fatigue | 6 | 4 | 10 | 3 |
| Asthenia | 9 | 4 | 7 | 2 |
| Pain‡ | 5 | 2 | 7 | 4 |

* Increased hepatic enzymes includes increased SGOT/AST, increased SGPT/ALT, and increased hepatic enzymes.

† Rash also includes pruritus, rash erythematous, urticaria, dermatitis, bullous eruption, and maculopapular rash.

‡ Pain includes body pain, skeletal pain, and back pain.

Premedications were not routinely used in patients randomized to HYCAMTIN, whereas patients receiving CAV received routine pretreatment with corticosteroids, diphenhydramine, and histamine receptor type 2 blockers.

**Cervical Cancer:** In the HYCAMTIN plus cisplatin versus cisplatin comparative trial in cervical cancer patients, the most common dose-limiting toxicity was myelosuppression. Table 9 shows the hematologic adverse events and Table 10 shows the non-hematologic adverse events in cervical cancer patients.

**Table 9. Hematologic Adverse Events in Cervical Cancer Patients Treated with HYCAMTIN Plus Cisplatin or Cisplatin Monotherapy[*]**

| Hematologic Adverse Event | HYCAMTIN Plus Cisplatin (n = 140) | Cisplatin (n = 144) |
|---|---|---|
| Anemia | | |
| All grades (Hgb <12 g/dL) | 131 (94%) | 130 (90%) |
| Grade 3 (Hgb <8-6.5 g/dL) | 47 (34%) | 28 (19%) |
| Grade 4 (Hgb <6.5 g/dL) | 9 (6% ) | 5 (3%) |
| Leukopenia | | |
| All grades (<3,800 cells/$mm^3$) | 128 (91%) | 43 (30%) |
| Grade 3 (<2,000-1,000 cells/$mm^3$) | 58 (41%) | 1 (1%) |
| Grade 4 (<1,000 cells/$mm^3$) | 35 (25%) | 0 (0%) |
| Neutropenia | | |
| All-grades (<2,000 cells/$mm^3$) | 125 (89%) | 28 (19%) |
| Grade 3 (<1,000-500 cells/$mm^3$) | 36 (26%) | 1 (1%) |
| Grade 4 (<500 cells/$mm^3$) | 67 (48%) | 1 (1%) |
| Thrombocytopenia | | |
| All grades (<130,000 cells/$mm^3$) | 104 (74%) | 21 (15%) |
| Grade 3 (<50,000-10,000 cells/$mm^3$) | 36 (26%) | 5 (3%) |
| Grade 4 (<10,000 cells/$mm^3$) | 10 (7%) | 0 (0%) |

[*] Includes patients who were eligible and treated.

**Table 10. Non-hematologic Adverse Events Experienced by ≥5% of Cervical Cancer Patients Treated with HYCAMTIN Plus Cisplatin or Cisplatin Monotherapy[*]**

| | HYCAMTIN Plus Cisplatin n = 140 | | | Cisplatin n = 144 | | |
|---|---|---|---|---|---|---|
| **Adverse Event** | **All Grades[†]** | **Grade 3** | **Grade 4** | **All Grades[†]** | **Grade 3** | **Grade 4** |
| **General disorders and administrative site conditions** | | | | | | |
| Constitutional[‡] | 96 (69%) | 11 (8%) | 0 | 89 (62%) | 17 (12%) | 0 |
| Pain[§] | 82 (59%) | 28 (20%) | 3 (2%) | 72 (50%) | 18 (13%) | 5 (3%) |
| **Gastrointestinal disorders** | | | | | | |
| Vomiting | 56 (40%) | 20 (14%) | 2 (1%) | 53 (37%) | 13 (9%) | 0 |
| Nausea | 77 (55%) | 18 (13%) | 2 (1%) | 79 (55%) | 13 (9%) | 0 |
| Stomatitis-pharyngitis | 8 (6%) | 1 (<1%) | 0 | 0 | 0 | 0 |
| Other | 88 (63%) | 16 (11%) | 4 (3%) | 80 (56%) | 12 (8%) | 3 (2%) |
| **Dermatology** | 67 (48%) | 1 (<1%) | 0 | 29 (20%) | 0 | 0 |
| **Metabolic-Laboratory** | 55 (39%) | 13 (9%) | 7 (5%) | 44 (31%) | 14 (10%) | 1 (<1%) |
| **Genitourinary** | 51 (36%) | 9 (6%) | 9 (6%) | 49 (34%) | 7 (5%) | 7 (5%) |
| **Nervous system disorders** | | | | | | |
| Neuropathy | 4 (3%) | 1 (<1%) | 0 | 3 (2%) | 1 (<1%) | 0 |
| Other | 49 (35%) | 3 (2%) | 1 (<1%) | 43 (30%) | 7 (5%) | 2 (1%) |
| **Infection-febrile neutropenia** | 39 (28%) | 21 (15%) | 5 (4%) | 26 (18%) | 11 (8%) | 0 |
| **Cardiovascular** | 35 (25%) | 7 (5%) | 6 (4%) | 22 (15%) | 8 (6%) | 3 (2%) |
| **Hepatic** | 34 (24%) | 5 (4%) | 2 (1%) | 23 (16%) | 2 (1%) | 0 |
| **Pulmonary** | 24 (17%) | 4 (3%) | 0 | 23 (16%) | 5 (3%) | 3 (2%) |
| **Vascular disorders** | | | | | | |
| Hemorrhage | 21 (15%) | 8 (6%) | 1 (<1%) | 20 (14%) | 3 (2%) | 1 (<1%) |
| Coagulation | 8 (6%) | 4 (3%) | 3 (2%) | 10 (7%) | 7 (5%) | 0 |
| **Musculoskeletal** | 19 (14%) | 3 (2%) | 0 | 7 (5%) | 1 (<1%) | 1 (<1%) |
| **Allergy-Immunology** | 8 (6%) | 2 (1%) | 1 (<1%) | 4 (3%) | 0 | 1 (<1%) |
| **Endocrine** | 8 (6%) | 0 | 0 | 4 (3%) | 2 (1%) | 0 |
| **Sexual reproduction function** | 7 (5%) | 0 | 0 | 10 (7%) | 1 (<1%) | 0 |
| **Ocular-visual** | 7 (5%) | 0 | 0 | 7 (5%) | 1 (<1%) | 0 |

Data were collected using NCI Common Toxicity Criteria, v. 2.0.

[*] Includes patients who were eligible and treated.

[†] Grades 1 through 4 only. There were 3 patients who experienced grade 5 deaths with investigator-designated attribution. One was a grade 5 hemorrhage in which the drug-related thrombocytopenia aggravated the event. A second patient experienced bowel obstruction, cardiac arrest, pleural effusion and respiratory failure which were not treatment related but probably aggravated by treatment. A third patient experienced a pulmonary embolism and adult respiratory distress syndrome, the latter was indirectly treatment-related.

‡ Constitutional includes fatigue (lethargy, malaise, asthenia), fever (in the absence of neutropenia), rigors, chills sweating, and weight gain or loss.

§ Pain includes abdominal pain or cramping, arthralgia, bone pain, chest pain (non-cardiac and non-pleuritic), dysmenorrhea, dyspareunia, earache, headache, hepatic pain, myalgia, neuropathic pain, pain due to radiation, pelvic pain, pleuritic pain, rectal or perirectal pain, and tumor pain.

**Postmarketing Reports of Adverse Events:** Reports of adverse events in patients taking HYCAMTIN received after market introduction, which are not listed above, include the following:

***Blood and Lymphatic System Disorders:*** *Rare*: Severe bleeding (in association with thrombocytopenia).

***Immune System Disorders:*** *Infrequent:* Allergic manifestations; *rare:* Anaphylactoid reactions.

***Skin and Subcutaneous Tissue Disorders:*** *Rare:* Angioedema, severe dermatitis, severe pruritus.

## OVERDOSAGE

There is no known antidote for overdosage with HYCAMTIN. The primary anticipated complication of overdosage would consist of bone marrow suppression.

One patient on a single-dose regimen of 17.5 mg/m$^2$ given on day 1 of a 21-day cycle had received a single dose of 35 mg/m$^2$. This patient experienced severe neutropenia (nadir of 320/mm$^3$) 14 days later but recovered without incident.

The $LD_{10}$ in mice receiving single intravenous infusions of HYCAMTIN was 75 mg/m$^2$ (CI 95%: 47 to 97).

## DOSAGE AND ADMINISTRATION

**Ovarian Cancer and Small Cell Lung Cancer:** Prior to administration of the first course of HYCAMTIN, patients must have a baseline neutrophil count of >1,500 cells/mm$^3$ and a platelet count of >100,000 cells/mm$^3$ The recommended dose of HYCAMTIN is 1.5 mg/m$^2$ by intravenous infusion over 30 minutes daily for 5 consecutive days, starting on day 1 of a 21-day course.

In the absence of tumor progression, a minimum of 4 courses is recommended because tumor response may be delayed. The median time to response in 3 ovarian clinical trials was 9 to 12 weeks, and median time to response in 4 small cell lung cancer trials was 5 to 7 weeks.

In the event of severe neutropenia during any course, the dose should be reduced by 0.25 mg/m$^2$ (to 1.25 mg/m$^2$) for subsequent courses. Doses should be similarly reduced if the platelet count falls below 25,000 cells/mm$^3$. Alternatively, in the event of severe neutropenia, G-CSF may be administered following the subsequent course (before resorting to dose reduction) starting from day 6 of the course (24 hours after completion of topotecan administration).

**Cervical Cancer:** Prior to administration of the first course of HYCAMTIN, patients must have a baseline absolute neutrophil count of >1,500 cells/mm$^3$ and a platelet count of >100,000 cells/mm$^3$. The recommended dose of HYCAMTIN is 0.75 mg/m$^2$ by intravenous infusion over

30 minutes daily on days 1, 2, and 3; followed by cisplatin 50 mg/$m^2$ by intravenous infusion on day 1 repeated every 21 days (a 21-day course).

Dosage adjustments for subsequent courses of HYCAMTIN in combination with cisplatin are specific for each drug.

- In the event of severe febrile neutropenia (defined as <1,000 cells/$mm^3$ with temperature of 38.0°C or 100.4°F), the dose of HYCAMTIN should be reduced by 20% to 0.60 mg/$m^2$ for subsequent courses. Doses of HYCAMTIN should be similarly reduced (by 20% to 0.60 mg/$m^2$) if the platelet count falls below 10,000 cells/$mm^3$. Alternatively, in the event of severe febrile neutropenia, G-CSF may be administered following the subsequent course (before resorting to dose reduction) starting from day 4 of the course (24 hours after completion of administration of HYCAMTIN). If febrile neutropenia occurs despite the use of G-CSF, the dose of HYCAMTIN should be reduced by another 20% to 0.45 mg/$m^2$ for subsequent courses.
- See manufacturer's prescribing information for cisplatin administration and hydration guidelines and for cisplatin dosage adjustment in the event of hematologic toxicity.

**Adjustment of Dose in Special Populations:** ***Hepatic Impairment:*** No dosage adjustment appears to be required for treating patients with impaired hepatic function (plasma bilirubin >1.5 to <10 mg/dL).

***Renal Functional Impairment:*** No dosage adjustment of HYCAMTIN appears to be required for treating patients with mild renal impairment ($Cl_{cr}$ 40 to 60 mL/min.). Dosage adjustment of HYCAMTIN to 0.75 mg/$m^2$ is recommended for patients with moderate renal impairment (20 to 39 mL/min.). Insufficient data are available in patients with severe renal impairment to provide a dosage recommendation for HYCAMTIN.

HYCAMTIN in combination with cisplatin for the treatment of cervical cancer should only be initiated in patients with serum creatinine ≤1.5 mg/dL. In the clinical trial, cisplatin was discontinued for a serum creatinine >1.5 mg/dL. Insufficient data are available regarding continuing monotherapy with HYCAMTIN after cisplatin discontinuation in patients with cervical cancer.

***Elderly Patients:*** No dosage adjustment appears to be needed in the elderly other than adjustments related to renal function (see CLINICAL PHARMACOLOGY and PRECAUTIONS).

## PREPARATION FOR ADMINISTRATION

**Precautions:** HYCAMTIN is a cytotoxic anticancer drug. As with other potentially toxic compounds, HYCAMTIN should be prepared under a vertical laminar flow hood while wearing gloves and protective clothing. If HYCAMTIN solution contacts the skin, wash the skin immediately and thoroughly with soap and water. If HYCAMTIN contacts mucous membranes, flush thoroughly with water.

**Preparation for Intravenous Administration:** Each HYCAMTIN 4-mg vial is reconstituted with 4 mL Sterile Water for Injection. Then the appropriate volume of the

reconstituted solution is diluted in either 0.9% Sodium Chloride Intravenous Infusion or 5% Dextrose Intravenous Infusion prior to administration.

Because the lyophilized dosage form contains no antibacterial preservative, the reconstituted product should be used immediately.

## STABILITY

Unopened vials of HYCAMTIN are stable until the date indicated on the package when stored between 20° and 25°C (68° and 77°F) [see USP] and protected from light in the original package. Because the vials contain no preservative, contents should be used immediately after reconstitution.

Reconstituted vials of HYCAMTIN diluted for infusion are stable at approximately 20° to 25°C (68° to 77°F) and ambient lighting conditions for 24 hours.

## HOW SUPPLIED

HYCAMTIN for Injection is supplied in 4-mg (free base) single-dose vials.

NDC 0007-4201-01 (package of 1)

NDC 0007-4201-05 (package of 5)

**Storage:** Store the vials protected from light in the original cartons at controlled room temperature between 20° and 25°C (68° and 77°F) [see USP].

**Handling and Disposal:** Procedures for proper handling and disposal of anticancer drugs should be used. Several guidelines on this subject have been published.[1-8] There is no general agreement that all of the procedures recommended in the guidelines are necessary or appropriate.

## REFERENCES

1. Brown KA, Esper P, Kelleher LO, Brace O'Neill JE, Polovich M, White JM, eds. In: *Chemotherapy and Biotherapy Guidelines and Recommendations for Practice*. Pittsburgh, PA: Oncology Nursing Society:2001:55-73.
2. National Institutes of Health Web site. Recommendations for the safe handling of cytotoxic drugs. NIH Publication 92-2621. Available at http://www.nih.gov/od/ors/ds/pubs/cyto/index.htm. Accessed August 21, 2002.
3. AMA Council on Scientific Affairs. Guidelines for handling parenteral antineoplastics. *JAMA* 1985;253(11):1590-1591.
4. National Study Commission on Cytotoxic Exposure — Recommendations for handling cytotoxic agents. 1987. Available from Louis P. Jeffrey, Sc.D., Chairman, National Study Commission on Cytotoxic Exposure. Massachusetts College of Pharmacy and Allied Health Sciences, 179 Longwood Avenue, Boston, MA 02115.
5. Clinical Oncological Society of Australia. Guidelines and recommendations for safe handling of antineoplastic agents. *Med J Austr* 1983;1:426-428.
6. Jones RB, Frank R, Mass T. Safe handling of chemotherapeutic agents: A report from the Mount Sinai Medical Center. *CA-A Cancer J for Clin* 1983;33:258-263.

7. American Society of Hospital Pharmacists. ASHP Technical Assistance Bulletin on Handling Cytotoxic and Hazardous Drugs. *Am J Hosp Pharm* 1990;47:1033-1049.
8. Controlling Occupational Exposure to Hazardous Drugs. (OSHA Work-Practice Guidelines), *Am J Health-Syst Pharm* 1996;53:1669-1685.

gsk GlaxoSmithKline

GlaxoSmithKline
Research Triangle Park, NC 27709

HYCAMTIN is a registered trademark of GlaxoSmithKline.
©YEAR, GlaxoSmithKline. All rights reserved.

Month YEAR HY:LXX

# EXHIBIT GG

The Prostate 52:264–268 (2002)

# SWOG-9510: Evaluation of Topotecan in Hormone Refractory Prostate Cancer: A Southwest Oncology Group Study

Catherine E. Klein,[1]* Catherine M. Tangen,[2] Thomas J. Braun,[1] Maha H.A. Hussain,[3] David M. Peereboom,[4] Craig R. Nichols,[5] Saul E. Rivkin,[6] Shaker R. Dakhil,[7] and E. David Crawford[1]

[1]*University of Colorado, Denver, Colorado*
[2]*Southwest Oncology Group Statistical Center, Seattle, Washington*
[3]*Wayne State University Medical Center, Detroit, Michigan*
[4]*Cleveland Clinic Foundation, Cleveland, Ohio*
[5]*Oregon Health Sciences University, Portland, Oregon*
[6]*Puget Sound Oncology Consortium, Seattle, Washington*
[7]*Wichita Community Clinical Oncology Program, Wichita, Kansas*

**BACKGROUND.** Prostate cancer is the most common malignancy in American men, and as many as 70% of those initially treated for localized disease will ultimately progress and be considered candidates to receive therapy for metastatic cancer [1,2]. Although most will respond initially to hormone manipulation, essentially all will fail and require additional therapy. No standard chemotherapy approach has been shown to prolong survival significantly, and new agents are desperately needed. Topotecan is a new topoisomerase-1 inhibitor whose early investigation suggested possible activity in hormone-refractory prostate cancer.
**METHODS.** In this phase II trial, patients having failed one or two prior androgen ablative therapies were treated with 21-day continuous intravenous infusions of topotecan at a dose of 0.5 mg/m$^2$ per day every 28 days.
**RESULTS.** Twenty-six eligible patients were entered on the study. There were no confirmed tumor responses. Median survival was 9 months. The most common toxicities were hematologic, with 8 of 24 assessable patients experiencing grade 4 toxicity.
**CONCLUSION.** Topotecan infusions at this dose are ineffective in the management of hormone-refractory prostate cancer. *Prostate 52: 264–268, 2002.* © 2002 Wiley-Liss, Inc.

*KEY WORDS:* **hormone refractory prostate cancer; topotecan; clinical trial**

## INTRODUCTION

Prostate cancer is the most common malignancy in American men and kills approximately 40,000 patients each year. Although many men with this tumor will have an indolent course and succumb to other processes, a large percentage will present with or develop metastatic disease after initial therapy and would benefit from effective therapy to control metastatic disease and its debilitating symptoms [1,2]. In the vast

Grant sponsor: National Cancer Institute; Grant numbers: DHHS: CA38926, CA32102, CA04919, CA46113, CA20319, CA35431, CA63844, CA35281, CA58861, CA37981, CA45807, CA96429, CA12213, CA45560, CA14028, CA76462.

*Correspondence to: Catherine E. Klein, Denver VAMC, Medical Oncology 11B, 1055 Clermont Street, Denver, CO 80220-3808.
E-mail: catherine.klein@med.va.gov

Received 15 August 2001; Accepted 29 March 2002
DOI 10.1002/pros.10118

© 2002 Wiley-Liss, Inc.

AVENTIS EXHIBIT 2207
Mylan v. Aventis IPR2016-00712

majority of such patients, androgen deprivation dramatically improves symptoms and lowers prostate specific antigen (PSA), but unequivocal evidence that endocrine therapy prolongs survival is lacking, and cure is not a reasonable expectation. The median duration of response to androgen ablation is 12–18 months, at which time essentially all responders relapse. Second-line hormonal therapy benefits the minority of patients. PSA decline or symptom improvement is documented in 20–25% of men after withdrawal of antiandrogens, administration of megestrol acetate, glucocorticoids, bicalutamide, and ketoconazole, but no survival increase has been documented after any second-line endocrine therapy [3–5].

Clinical trials of conventional cytotoxic chemotherapeutic agents in the treatment of hormone-refractory prostate cancer have been disappointing. Yagoda and Petrylak [6] reviewed 26 studies completed between 1988 and 1991 and found an overall response rate of only approximately 9%, and no indication of any prolongation in average survival. More recent studies have combined the most promising of the single agents, including mitoxantrone, estramustine, and taxanes. Although these reports suggest that combination chemotherapy may increase the response rate among hormone-refractory prostate cancer patients, no current treatment clearly improves survival to any meaningful extent [7,8].

Topotecan is a semisynthetic analogue of camptothecin, a plant alkaloid derived from the stem wood of the Chinese tree *Camptotheca acuminata*. Its mechanism of action is the inhibition of the enzyme topoisomerase I, important in DNA replication where it produces reversible single-strand breaks to relieve the torsional strain ahead of the replication fork, allowing the free replicating DNA strand to proceed.

In preclinical studies, topotecan demonstrated activity in chemorefractory murine colon carcinomas, in B16 melanoma, Lewis lung carcinoma and L1210 leukemia [9,10]. In human tumor cloning assays, it has activity against ovary, breast, renal, gastric, and lung carcinoma cells [11,12]. Early data suggest that the drug activity is more related to target enzyme level rather than to cell proliferative rate, an indication that slower-growing prostate cancer might be susceptible to topotecan administration [13]. Phase I studies have indicated that topotecan has activity in ovarian, non-small cell lung cancer, colorectal, renal cancer, and acute leukemia, other tumors often regarded as chemorefractory [14,15]. Consistent with its known S-phase–specific mechanism of action, drug delivery by continuous infusion in these models is more effective than short-term administration [16]. Consequently the Southwest Oncology Group initiated a phase II trial to assess the activity of continuous intravenous infusion of topotecan in the treatment of hormone-refractory prostate cancer.

## PATIENTS AND METHODS

### Patient Population

Patients with a SWOG criteria performance status of 0–2 and a histologic diagnosis of metastatic adenocarcinoma of the prostate unresponsive or refractory to hormone therapy were eligible for the study. They must have failed at least one, but not more than two, prior androgen ablative therapies, and PSA must have risen after 1 month after cessation of all hormone therapy other than maintenance leuprolide. Patients were required to have bidimensionally measurable or evaluable disease. Baseline PSA $\geq 20$ was considered evaluable disease. No prior chemotherapeutic agents or biologic response modifiers and no concomitant radiotherapy were permitted. Eligible patients were required to have adequate organ function as defined by a granulocyte count $> 1{,}500$ mm$^3$ and platelet count of $> 100{,}000$ mm$^3$, normal hepatic function, and a serum creatinine $< 1.6$ mg/dl. Prior radiation was allowed if it encompassed less than 25% of the bone marrow volume and had to be completed at least 3 weeks before entry on the study. Patients with prior nonskin malignancies were excluded. All patients gave written, informed consent.

### Treatment Plan

After insertion of a semipermanent venous access device, topotecan was administered as a continuous intravenous infusion of 0.5 mg/m$^2$ per day for 21 days, followed by a 7-day rest period. Treatment cycles were continued at 28-day intervals until disease progression (after a minimum of two cycles), unacceptable toxicity, or patient decision to withdraw. All patients were followed until death.

### Toxicity

Toxicity was evaluated according to the standard Southwest Oncology Group criteria.

### Dose Modifications

Infusions were suspended for the rest of the cycle for ANC $< 1{,}000$ mm$^3$, platelet count of $< 50{,}000$ mm$^3$, unresolvable Grade 3 toxicity or any Grade 4 toxicity. Routine, prophylactic use of colony stimulating factors was prohibited. Dose reduction to 0.4 mg/m$^2$ per day was undertaken for nadir ANC $< 500$/mm$^3$, platelet count $< 50{,}000$/mm$^3$ or any Grade 3 or greater toxicity. If, after dose reduction, nadir ANC was again $< 500$/mm$^3$ or platelet count was $<50{,}000$/mm$^3$, the

patient was withdrawn from the protocol therapy. No dose escalation was permitted.

### Study Design

Initially 20 patients were to be accrued. If at least one of the first 20 patients responded, then an additional 20 patients would be accrued. Five or more responses out of 40 patients would be considered evidence warranting further study of the regimen, provided other factors such as toxicity and survival also appeared favorable. This design has a significance level of 5% and a power of 92%.

### Response Criteria

Response to treatment was assessed after every cycle with PSA level and after every second cycle with radiologic evaluation. Standard solid tumor response criteria were used. Complete response was defined as the total disappearance of all measurable and evaluable disease, with no new disease, no disease-related symptoms and no evidence of nonevaluable disease, including the resolution of all abnormal serum markers and lab values. PSA must have declined to $< 4.0$ ng/ml.

Partial response was defined only in those with measurable disease and required a 50% or greater decrease from baseline in the sum of products of perpendicular diameters of all measurable disease, no progression of evaluable disease, and no appearance of new disease.

Progression was defined as a 50% increase or an increase of 10 $cm^2$ (whichever was smaller) in the sum of products of all measurable lesions over the smallest sum obtained, clear worsening of evaluable disease, reappearance of any lesion which had disappeared, the appearance of any new lesion or a 50% increase over minimum PSA obtained. PSA $\geq$ 4ng/ml after previous normalization was also considered to be progression.

## RESULTS

### Demographic Data

A total of 31 patients were entered on the trial between November 1, 1996, and January 1, 1998. Of these patients, five were ineligible and one was not analyzable because no protocol treatment was ever received, for a total of 25 patients to be included in the analysis of this study (Table I). Patients were ineligible for the following reasons: rising PSA in the 42 days before registration was not documented in two patients; PSA level was obtained over 42 days before registration in one patient; in one patient, no prestudy chest radiograph was obtained; and one patient did not have a testosterone level obtained within 28 days of registration.

**TABLE I. Baseline Demographics for 25 Evaluable Patients***

| | | |
|---|---|---|
| Median age (range) years | 68 | (54–83) |
| Median PSA (range) ng/ml | 135 | (20–3724) |
| Mean hematocrit (range) | 35.2 | (25.2–46.5) |
| Mean Gleason score (range) | 7.2 | (6–10) |
| Gleason score 8–10 (%) | 11 | (44) |
| Visceral involvement (%) | 6 | (24) |
| Performance status 0–1(%) | 21 | (84) |
| Prior orchiectomy (%) | 15 | (60) |
| >1 prior hormone (%) | 8 | (32) |
| Prior radiation (%) | 16 | (64) |

*PSA, prostate specific antigen.

The median age was 68.0 years (range, 54–83 years). Eighteen patients were white, 4 were African American, 2 were Hispanic, and 1 was Asian. Twenty-one patients had a performance status of 0–1, 4 had performance status of 2. Six patients had visceral involvement. Median PSA was 135 ng/ml (range, 20–3724 ng/ml).

### Treatment

Fifteen patients were removed from treatment for progressive disease, 7 because of unacceptable toxicity, 1 patient refused to continue therapy, and 2 patients died while on study from causes not believed to be treatment-related. (One died of heart failure 1 day after starting therapy. He had triple vessel coronary disease. The other died of progressive disease.) Of the 15 patients removed from treatment for progression, 3 had rise in PSA as the only indication of worsening disease. Thirteen patients completed at least two cycles of therapy (range, 1–6).

### Toxicity

Twenty-four patients could be assessed for toxicity. The one patient not assessable for toxicity is the eligible and evaluable patient who died of heart failure 1 day after initiating therapy, hence no toxicity notation was done. There were no treatment-related deaths. Eight patients experienced grade 4 toxicity (1 epistaxis, 6 granulocytopenia, and 1 leukopenia without granulocytopenia). Eleven patients experienced grade 3 toxicity as their worst grade: most commonly anemia (9 patients), thrombocytopenia (8 patients), leukopenia (7 patients), and 1 each experienced hematuria, confusion, infection, and nausea (Table II).

**TABLE II. Number of Patients and Degree of Toxicity**

| | Grade | | |
|---|---|---|---|
| Toxicity | 1/2 | 3 | 4 |
| Alopecia | 3 | 0 | 0 |
| Anemia | 14 | 9 | 0 |
| Confusion | 23 | 1 | 0 |
| Diarrhea | 32 | 0 | 0 |
| Epistaxis | 2 | 0 | 1 |
| Fatigue | 13 | 0 | 0 |
| Fever | 5 | 0 | 0 |
| Hematuria | 1 | 1 | 0 |
| Leukopenia | 10 | 7 | 5 |
| Nausea | 13 | 1 | 0 |
| Neutropenia | 4 | 3 | 6 |
| Stomatitis | 4 | 0 | 0 |
| Thrombocytopenia | 9 | 8 | 0 |
| Vomiting | 7 | 0 | 0 |
| Weakness | 3 | 0 | 0 |
| Max grade any toxicity | 5 | 11 | 8 |

### Response

Nine patients had inadequate tumor-response assessment and are considered nonresponders. Five patients had stable disease, no patient had a documented complete or partial response. Four patients (16%) had a decline of PSA by 50% from baseline. Only one of these patients had stable disease by standard response criteria. At the time of reporting, all but one patient have died. The median survival for the group was 9 months.

## DISCUSSION

Effective therapy for hormone-refractory prostate cancer has been elusive; progress in this area has been hampered by a dearth of effective agents and by the inherent difficulty in measuring tumor response in the majority of prostate cancer patients whose evident metastatic disease is limited to bony structures. Recently, however, reports have indicated that change in serum PSA is a reliable indicator of tumor response in patients with hormone refractory prostate cancer [17]. In addition, a variety of new agents have been evaluated in these patients, and response rates have been encouraging [18,19].

Our study allowed evaluation of PSA change from baseline for tumor response measurement in patients without traditional bidimensionally measurable disease. Change in PSA could be used to define a complete response, but no ''partial PSA response'' was defined. By using these criteria, our study has demonstrated that topotecan administered as a 21-day infusion of 0.5 mg/m$^2$ per day to men with hormone-refractory prostate cancer is of no therapeutic benefit and is associated with significant, largely hematologic toxicity. The median survival of 9 months in this group, somewhat less than seen in similar contemporary series, further indicates that topotecan offered no significant benefit. A review of the demographic features of our patient population at study entry does not reveal an obvious explanation for the poor response rate seen in this study. Median age, Gleason score, and intensity of prior therapy are in line with prior SWOG trials. However, ours is not the first study failing to demonstrate topotecan activity in the treatment of hormone refractory prostate cancer. Hudes et al. evaluated 30-min infusions daily for 5 consecutive days in 37 patients. One response was seen in the first 14 patients treated, allowing continued accrual, but the final reported response rate was only 2.9% [13].

As anticipated, the major toxicity from topotecan infusion in our study was hematologic. Nearly two thirds of assessable patients experienced grade 3 or 4 hematologic toxicity. Six of 40 administered cycles (16%) required dose modification or delay in treatment. Whether growth factor support would allow better adherence to treatment dose and schedule is unknown. One published report of a Phase I study allowing granulocyte colony stimulating factors support in conjunction with 5-daily 30-min topotecan infusions, suggests it would not [14]. The relatively young age of our population (median, 68 years) and their overall good performance status would indicate that patient selection was not an important variable in our inability to demonstrate activity of topotecan in this setting. The large number of patients whose response was not adequately assessed is troubling and not readily explained. The baseline demographic features of this group are not significantly different from the others. Several were removed from the study for early toxicity before tumor assessment was required. It is also possible that the logistics of the study treatment and evaluation with an unfamiliar drug may have been overly burdensome for either the treating physicians or the patients themselves.

Based on our results, we conclude that topotecan administered as a 21-day continuous infusion every 28 days is an ineffective and moderately toxic treatment for patients with hormone refractory prostate cancer.

## REFERENCES

1. Fuks Z, Leibel SA, Wallner KE, Begg CB, Fair WR, Anderson LL, Hilaris BS, Whitmore WF. The effect of local control on metastatic dissemination in carcinoma of the prostate: Long-term results in patients treated with $^{125}$I implantation. Int J Radiat Oncol Biol Phys 1991;21:537–547.

2. Chodak GW, Thisted RA, Gerber GS, Johansson JE, Adolfsson J, Jones GW, Chisholm GD, Moskovitz B, Livne PM, Warner J. Results of conservative management of clinically localized prostate cancer. N Engl J Med 1994;330:246–248.

3. Joyce R, Fenton MA, Rode P. High dose bicalutamide for androgen independent prostate cancer: effect of prior hormonal therapy. J Urol 1998;159:149–153.

4. Osborn JL, Smith DC, Trump DL. Megestrol acetate in the treatment of hormone refractory prostate cancer. Am J Clin Oncol 1997;20:308–310.

5. Small EJ, Baron AD, Fippin L. Ketoconazole retains activity in advanced prostate cancer patients with progression despite flutamide withdrawal. J Urol 1997;157:1204–1207.

6. Yagoda A, Petrylak D. Cytotoxic chemotherapy for advanced hormone-resistant prostate cancer. Cancer 1993;71:1098–1109.

7. Tannock IF, Osoba D, Stockler MR. Chemotherapy with mitoxantrone plus prednisone or prednisone alone for symptomatic hormone-resistant prostate cancer. A Canadian randomized trial with palliative end-points. J Clin Oncol 1996;14: 1756–1764.

8. Hudes GR, Nathan F, Khater C. Phase II trial of 96-hour paclitaxel plus oral estramustine phosphate in metastatic hormone-refractory prostate cancer. J Clin Oncol 1997;15: 3156–3163.

9. Giovanella BC, Stahlin JS, Wall ME, Wani MC, Nicholas AW, Liu LF, Silber XX, Potmesil M. DNA topoisomerase I targeted chemotherapy of human colon cancer in xenografts. Science 1984;246:1046–1048.

10. Houghton PJ, Cheshire PJ, Meyers L, Stewart CFR, Synold TW, Houghton JA. Evaluation of 9-dimethylaminomethyl-10-hydroxycamptothecin (Topotecan) against xenografts derived from adult and childhood tumors. Cancer Chemother Pharmacol 1992;31:229–239.

11. Zhang H, D'Arpa P, Lui L. A model for tumor cell killing by topoisomerase poisons. Cancer Cells 1990;2:23–27.

12. Li LH, Fraser TJ, Olin EJ, Bhuyan BK. Action of camptothecin on mammalian cells in culture. Cancer Res 1972;32:2643–2650.

13. Hudes GR, Klsierowski R, Greenberg R, Ramsey HE, Fos SC, Ozols RF, McAleer CA, Giantonio BJ. Phase II study of topotecan in metastatic hormone-refractory prostate cancer. Invest New Drugs 1995;13:235–240.

14. Saltz L, Sirott M, Young C. Phase I clinical and pharmacologic study of topotecan given daily for 5 consecutive days to patients with advanced solid tumors, with attempts at dose intensification using recombinant granulocyte colony stimulating factors. J Natl Cancer Inst 1993;85:1499–1507.

15. Rowinsky E, Growchow LB, Hendricks CB, Ettinger DS, Forastiere AA, Hurowitz L, McGuire WP, Sartorius SE, Lubejko BG, Kaufmann SH, Donehower RC. Phase I and pharmacologic studies of topotecan, a novel topoisomerase inhibitor. J Clin Oncol 1992;10:647–656.

16. Hochster H, Liebes L, Speyer J, Sorich J, Taubes B, Oratz R, Wernz J, Chachoua A, Raphael B, Vinci RZ, Blum RH. Phase I trial of low-dose continuous topotecan infusion in patients with cancer: an active and well-tolerated regimen. J Clin Oncol 1994; 12:553–559.

17. Kelly WK, Scher HI, Mazumdar M, Valmis V, Schwartz M, Fossa S. Prostate-specific antigen as a measure of disease outcome in metastatic hormone refractory prostate cancer. J Clin Oncol 1993;11:607–615.

18. Picus J, Schulz M. Docetaxel (Taxotere) as monotherapy in the treatment of hormone-refractory prostate cancer. Semin Oncol 1999; 26(Suppl 17):14–18.

19. Smith DC, Esper P, Strawderman M. Phase II trial of estramustine, oral etoposide, and intravenous paclitaxel in hormone-refractory prostate cancer. J Clin Oncol 1999;17:1664–1671.

# EXHIBIT HH

B1.0 NL 4063 AMP

# GEMZAR®
# (GEMCITABINE HCl)
# FOR INJECTION

## DESCRIPTION

Gemzar® (gemcitabine HCl) is a nucleoside analogue that exhibits antitumor activity. Gemcitabine HCl is 2´-deoxy-2´,2´-difluorocytidine monohydrochloride (β-isomer).

The structural formula is as follows:

The empirical formula for gemcitabine HCl is $C_9H_{11}F_2N_3O_4 \cdot HCl$. It has a molecular weight of 299.66.

Gemcitabine HCl is a white to off-white solid. It is soluble in water, slightly soluble in methanol, and practically insoluble in ethanol and polar organic solvents.

The clinical formulation is supplied in a sterile form for intravenous use only. Vials of Gemzar contain either 200 mg or 1 g of gemcitabine HCl (expressed as free base) formulated with mannitol (200 mg or 1 g, respectively) and sodium acetate (12.5 mg or 62.5 mg, respectively) as a sterile lyophilized powder. Hydrochloric acid and/or sodium hydroxide may have been added for pH adjustment.

## CLINICAL PHARMACOLOGY

Gemcitabine exhibits cell phase specificity, primarily killing cells undergoing DNA synthesis (S-phase) and also blocking the progression of cells through the G1/S-phase boundary. Gemcitabine is metabolized intracellularly by nucleoside kinases to the active diphosphate (dFdCDP) and triphosphate (dFdCTP) nucleosides. The cytotoxic effect of gemcitabine is attributed to a combination of two actions of the diphosphate and the triphosphate nucleosides, which leads to inhibition of DNA synthesis. First, gemcitabine diphosphate inhibits ribonucleotide reductase, which is responsible for catalyzing the reactions that generate the deoxynucleoside triphosphates for DNA synthesis. Inhibition of this enzyme by the diphosphate nucleoside causes a reduction in the concentrations of deoxynucleotides, including dCTP. Second, gemcitabine triphosphate competes with dCTP for incorporation into DNA. The reduction in the intracellular concentration of dCTP (by the action of the diphosphate) enhances the incorporation of gemcitabine triphosphate into DNA (self-potentiation). After the gemcitabine nucleotide is incorporated into DNA, only one additional nucleotide is added to the growing DNA strands. After this addition, there is inhibition of further DNA synthesis. DNA polymerase epsilon is unable to remove the gemcitabine nucleotide and repair the growing DNA strands (masked chain termination). In CEM T lymphoblastoid cells, gemcitabine induces internucleosomal DNA fragmentation, one of the characteristics of programmed cell death.

AVENTIS EXHIBIT 2208
Mylan v. Aventis IPR2016-00712

Gemcitabine demonstrated dose-dependent synergistic activity with cisplatin *in vitro*. No effect of cisplatin on gemcitabine triphosphate accumulation or DNA double-strand breaks was observed. *In vivo*, gemcitabine showed activity in combination with cisplatin against the LX-1 and CALU-6 human lung xenografts, but minimal activity was seen with the NCI-H460 or NCI-H520 xenografts. Gemcitabine was synergistic with cisplatin in the Lewis lung murine xenograft. Sequential exposure to gemcitabine 4 hours before cisplatin produced the greatest interaction.

*Human Pharmacokinetics* — Gemcitabine disposition was studied in 5 patients who received a single 1000 mg/m$^2$/30 minute infusion of radiolabeled drug. Within one (1) week, 92% to 98% of the dose was recovered, almost entirely in the urine. Gemcitabine (<10%) and the inactive uracil metabolite, 2′-deoxy-2′,2′-difluorouridine (dFdU), accounted for 99% of the excreted dose. The metabolite dFdU is also found in plasma. Gemcitabine plasma protein binding is negligible.

The pharmacokinetics of gemcitabine were examined in 353 patients, about 2/3 men, with various solid tumors. Pharmacokinetic parameters were derived using data from patients treated for varying durations of therapy given weekly with periodic rest weeks and using both short infusions (<70 minutes) and long infusions (70 to 285 minutes). The total Gemzar dose varied from 500 to 3600 mg/m$^2$.

Gemcitabine pharmacokinetics are linear and are described by a 2-compartment model. Population pharmacokinetic analyses of combined single and multiple dose studies showed that the volume of distribution of gemcitabine was significantly influenced by duration of infusion and gender. Clearance was affected by age and gender. Differences in either clearance or volume of distribution based on patient characteristics or the duration of infusion result in changes in half-life and plasma concentrations. Table 1 shows plasma clearance and half-life of gemcitabine following short infusions for typical patients by age and gender.

**Table 1: Gemcitabine Clearance and Half-Life for the "Typical" Patient**

| Age | Clearance Men (L/hr/m$^2$) | Clearance Women (L/hr/m$^2$) | Half-Life[a] Men (min) | Half-Life[a] Women (min) |
|---|---|---|---|---|
| 29 | 92.2 | 69.4 | 42 | 49 |
| 45 | 75.7 | 57.0 | 48 | 57 |
| 65 | 55.1 | 41.5 | 61 | 73 |
| 79 | 40.7 | 30.7 | 79 | 94 |

[a] Half-life for patients receiving a short infusion (<70 min).

Gemcitabine half-life for short infusions ranged from 32 to 94 minutes, and the value for long infusions varied from 245 to 638 minutes, depending on age and gender, reflecting a greatly increased volume of distribution with longer infusions. The lower clearance in women and the elderly results in higher concentrations of gemcitabine for any given dose.

The volume of distribution was increased with infusion length. Volume of distribution of gemcitabine was 50 L/m$^2$ following infusions lasting <70 minutes, indicating that gemcitabine, after short infusions, is not extensively distributed into tissues. For long infusions, the volume of distribution rose to 370 L/m$^2$, reflecting slow equilibration of gemcitabine within the tissue compartment.

The maximum plasma concentrations of dFdU (inactive metabolite) were achieved up to 30 minutes after discontinuation of the infusions and the metabolite is excreted in urine without undergoing further biotransformation. The metabolite did not accumulate with weekly dosing,

but its elimination is dependent on renal excretion, and could accumulate with decreased renal function.

The effects of significant renal or hepatic insufficiency on the disposition of gemcitabine have not been assessed.

The active metabolite, gemcitabine triphosphate, can be extracted from peripheral blood mononuclear cells. The half-life of the terminal phase for gemcitabine triphosphate from mononuclear cells ranges from 1.7 to 19.4 hours.

*Drug Interactions* — When Gemzar (1250 mg/m$^2$ on Days 1 and 8) and cisplatin (75 mg/m$^2$ on Day 1) were administered in NSCLC patients, the clearance of gemcitabine on Day 1 was 128 L/hr/m$^2$ and on Day 8 was 107 L/hr/m$^2$. The clearance of cisplatin in the same study was reported to be 3.94 mL/min/m$^2$ with a corresponding half-life of 134 hours (*see Drug Interactions under* **PRECAUTIONS**).

## CLINICAL STUDIES

*Breast Cancer* — Data from a multi-national, randomized Phase 3 study (529 patients) support the use of Gemzar in combination with paclitaxel for treatment of breast cancer patients who have received prior adjuvant/neoadjuvant anthracycline chemotherapy unless clinically contraindicated. Gemzar 1250 mg/m$^2$ was administered on Days 1 and 8 of a 21-day cycle with paclitaxel 175 mg/m$^2$ administered prior to Gemzar on Day 1 of each cycle. Single-agent paclitaxel 175 mg/m$^2$ was administered on Day 1 of each 21-day cycle as the control arm.

The addition of Gemzar to paclitaxel resulted in statistically significant improvement in time to documented disease progression and overall response rate compared to monotherapy with paclitaxel as shown in Table 2 and Figure 1. Further, there was a strong trend toward improved survival for the group given Gemzar based on an interim survival analysis.

**Table 2: Gemzar Plus Paclitaxel Versus Paclitaxel in Breast Cancer**

| | Gemzar/Paclitaxel | Paclitaxel | |
|---|---|---|---|
| Number of patients | 267 | 262 | |
| Median age, years<br>Range | 53<br>26 to 83 | 52<br>26 to 75 | |
| Metastatic disease | 97.0% | 96.9% | |
| Baseline KPS[a] ≥90 | 70.4% | 74.4% | |
| Number of tumor sites<br>1-2<br>≥3 | <br>56.6%<br>43.4% | <br>58.8%<br>41.2% | |
| Visceral disease | 73.4% | 72.9% | |
| Prior anthracycline | 96.6% | 95.8% | |
| Time to Documented Disease Progression[b]<br>Median (95%, C.I.), months | <br>5.2 (4.2, 5.6) | <br>2.9 (2.6, 3.7) | p<0.0001 |
| Hazard Ratio (95% C.I.) | 0.650 (0.524, 0.805) | | p<0.0001 |
| Overall Response Rate[b]<br>(95%, C.I.) | <br>40.8% (34.9, 46.7) | <br>22.1% (17.1, 27.2) | p<0.0001 |

[a] Karnofsky Performance Status.
[b] These represent reconciliation of investigator and Independent Review Committee assessments according to a predefined algorithm.

**Figure 1: Kaplan-Meier Curve of Time to Documented Disease Progression in Gemzar plus Paclitaxel versus Paclitaxel Breast Cancer Study (N=529).**

*Non-Small Cell Lung Cancer (NSCLC)* — Data from 2 randomized clinical studies (657 patients) support the use of Gemzar in combination with cisplatin for the first-line treatment of patients with locally advanced or metastatic NSCLC.

Gemzar plus cisplatin versus cisplatin: This study was conducted in Europe, the US, and Canada in 522 patients with inoperable Stage IIIA, IIIB, or IV NSCLC who had not received prior chemotherapy. Gemzar 1000 mg/m$^2$ was administered on Days 1, 8, and 15 of a 28-day cycle with cisplatin 100 mg/m$^2$ administered on Day 1 of each cycle. Single-agent cisplatin 100 mg/m$^2$ was administered on Day 1 of each 28-day cycle. The primary endpoint was survival. Patient demographics are shown in Table 3. An imbalance with regard to histology was observed with 48% of patients on the cisplatin arm and 37% of patients on the Gemzar plus cisplatin arm having adenocarcinoma.

The Kaplan-Meier survival curve is shown in Figure 2. Median survival time on the Gemzar plus cisplatin arm was 9.0 months compared to 7.6 months on the single-agent cisplatin arm (Logrank p=0.008, two-sided). Median time to disease progression was 5.2 months on the Gemzar plus cisplatin arm compared to 3.7 months on the cisplatin arm (Logrank p=0.009, two-sided). The objective response rate on the Gemzar plus cisplatin arm was 26% compared to 10% with cisplatin (Fisher's Exact p<0.0001, two-sided). No difference between treatment arms with regard to duration of response was observed.

Gemzar plus cisplatin versus etoposide plus cisplatin: A second, multi-center, study in Stage IIIB or IV NSCLC randomized 135 patients to Gemzar 1250 mg/m$^2$ on Days 1 and 8, and cisplatin 100 mg/m$^2$ on Day 1 of a 21-day cycle or to etoposide 100 mg/m$^2$ I.V. on Days 1, 2, and 3 and cisplatin 100 mg/m$^2$ on Day 1 on a 21-day cycle (Table 3).

There was no significant difference in survival between the two treatment arms (Logrank p=0.18, two-sided). The median survival was 8.7 months for the Gemzar plus cisplatin arm

versus 7.0 months for the etoposide plus cisplatin arm. Median time to disease progression for the Gemzar plus cisplatin arm was 5.0 months compared to 4.1 months on the etoposide plus cisplatin arm (Logrank p=0.015, two-sided). The objective response rate for the Gemzar plus cisplatin arm was 33% compared to 14% on the etoposide plus cisplatin arm (Fisher's Exact p=0.01, two-sided).

Quality of Life (QOL): QOL was a secondary endpoint in both randomized studies. In the Gemzar plus cisplatin versus cisplatin study, QOL was measured using the FACT-L, which assessed physical, social, emotional and functional well-being, and lung cancer symptoms. In the study of Gemzar plus cisplatin versus etoposide plus cisplatin, QOL was measured using the EORTC QLQ-C30 and LC13, which assessed physical and psychological functioning and symptoms related to both lung cancer and its treatment. In both studies no significant differences were observed in QOL between the Gemzar plus cisplatin arm and the comparator arm.

**Figure 2: Kaplan-Meier Survival Curve in Gemzar plus Cisplatin versus Cisplatin NSCLC Study (N=522).**

**Table 3: Randomized Trials of Combination Therapy with Gemzar plus Cisplatin in NSCLC**

| Trial | 28-day Schedule[a] | | | 21-day Schedule[b] | | |
|---|---|---|---|---|---|---|
| Treatment Arm | Gemzar/ Cisplatin | Cisplatin | | Gemzar/ Cisplatin | Cisplatin/ Etoposide | |
| Number of patients | 260 | 262 | | 69 | 66 | |
| Male | 182 | 186 | | 64 | 61 | |
| Female | 78 | 76 | | 5 | 5 | |
| Median age, years | 62 | 63 | | 58 | 60 | |
| Range | 36 to 88 | 35 to 79 | | 33 to 76 | 35 to 75 | |
| Stage IIIA | 7% | 7% | | N/A | N/A | |
| Stage IIIB | 26% | 23% | | 48% | 52% | |
| Stage IV | 67% | 70% | | 52% | 49% | |
| Baseline KPS[c] 70 to 80 | 41% | 44% | | 45% | 52% | |
| Baseline KPS[c] 90 to 100 | 57% | 55% | | 55% | 49% | |
| Survival | | | P=0.008 | | | p=0.18 |
| Median, months | 9.0 | 7.6 | | 8.7 | 7.0 | |
| (95%, C.I.) months | 8.2, 11.0 | 6.6, 8.8 | | 7.8, 10.1 | 6.0, 9.7 | |
| Time to Disease Progression | | | P=0.009 | | | p=0.015 |
| Median, months | 5.2 | 3.7 | | 5.0 | 4.1 | |
| (95%, C.I.) months | 4.2, 5.7 | 3.0, 4.3 | | 4.2, 6.4 | 2.4, 4.5 | |
| Tumor Response | 26% | 10% | p<0.0001[d] | 33% | 14% | p=0.01[d] |

[a] 28-day schedule — Gemzar plus cisplatin: Gemzar 1000 mg/m$^2$ on Days 1, 8, and 15 and cisplatin 100 mg/m$^2$ on Day 1 every 28 days; Single-agent cisplatin: cisplatin 100 mg/m$^2$ on Day 1 every 28 days.

[b] 21-day schedule — Gemzar plus cisplatin: Gemzar 1250 mg/m$^2$ on Days 1 and 8 and cisplatin 100 mg/m$^2$ on Day 1 every 21 days; Etoposide plus Cisplatin: cisplatin 100 mg/m$^2$ on Day 1 and I.V. etoposide 100 mg/m$^2$ on Days 1, 2, and 3 every 21 days.

[c] Karnofsky Performance Status.

[d] p-value for tumor response was calculated using the two-sided Fisher's exact test for difference in binomial proportions. All other p-values were calculated using the Logrank test for difference in overall time to an event.

N/A Not applicable.

*Pancreatic Cancer* — Data from 2 clinical trials evaluated the use of Gemzar in patients with locally advanced or metastatic pancreatic cancer. The first trial compared Gemzar to 5-Fluorouracil (5-FU) in patients who had received no prior chemotherapy. A second trial studied the use of Gemzar in pancreatic cancer patients previously treated with 5-FU or a 5-FU-containing regimen. In both studies, the first cycle of Gemzar was administered intravenously at a dose of 1000 mg/m$^2$ over 30 minutes once weekly for up to 7 weeks (or until toxicity necessitated holding a dose) followed by a week of rest from treatment with Gemzar. Subsequent cycles consisted of injections once weekly for 3 consecutive weeks out of every 4 weeks.

The primary efficacy parameter in these studies was "clinical benefit response," which is a measure of clinical improvement based on analgesic consumption, pain intensity, performance status, and weight change. Definitions for improvement in these variables were formulated prospectively during the design of the 2 trials. A patient was considered a clinical benefit responder if either:

i) the patient showed a ≥50% reduction in pain intensity (Memorial Pain Assessment Card) or analgesic consumption, or a 20-point or greater improvement in performance status (Karnofsky Performance Scale) for a period of at least 4 consecutive weeks, without showing any sustained worsening in any of the other parameters. Sustained worsening was defined as 4 consecutive weeks with either any increase in pain intensity or analgesic consumption or a 20-point decrease in performance status occurring during the first 12 weeks of therapy.

OR:

ii) the patient was stable on all of the aforementioned parameters, and showed a marked, sustained weight gain (≥7% increase maintained for ≥4 weeks) not due to fluid accumulation.

The first study was a multi-center (17 sites in US and Canada), prospective, single-blinded, two-arm, randomized, comparison of Gemzar and 5-FU in patients with locally advanced or metastatic pancreatic cancer who had received no prior treatment with chemotherapy. 5-FU was administered intravenously at a weekly dose of 600 mg/m$^2$ for 30 minutes. The results from this randomized trial are shown in Table 4. Patients treated with Gemzar had statistically significant increases in clinical benefit response, survival, and time to disease progression compared to 5-FU. The Kaplan-Meier curve for survival is shown in Figure 3. No confirmed objective tumor responses were observed with either treatment.

**Table 4: Gemzar Versus 5-FU in Pancreatic Cancer**

| | Gemzar | 5-FU | |
|---|---|---|---|
| Number of patients | 63 | 63 | |
| Male | 34 | 34 | |
| Female | 29 | 29 | |
| Median age | 62 years | 61 years | |
| Range | 37 to 79 | 36 to 77 | |
| Stage IV disease | 71.4% | 76.2% | |
| Baseline KPS[a] ≤70 | 69.8% | 68.3% | |

| Clinical benefit response | 22.2% (N[c]=14) | 4.8% (N=3) | p=0.004 |
|---|---|---|---|
| Survival | | | p=0.0009 |
| Median | 5.7 months | 4.2 months | |
| 6-month probability[b] | (N=30) 46% | (N=19) 29% | |
| 9-month probability[b] | (N=14) 24% | (N=4) 5% | |
| 1-year probability[b] | (N=9) 18% | (N=2) 2% | |
| Range | 0.2 to 18.6 months | 0.4 to 15.1+ months | |
| 95% C.I. of the median | 4.7 to 6.9 months | 3.1 to 5.1 months | |
| Time to Disease Progression | | | p=0.0013 |
| Median | 2.1 months | 0.9 months | |
| Range | 0.1+ to 9.4 months | 0.1 to 12.0+ months | |
| 95% C.I. of the median | 1.9 to 3.4 months | 0.9 to 1.1 months | |

[a] Karnofsky Performance Status.
[b] Kaplan-Meier estimates.
[c] N=number of patients.
+ No progression at last visit; remains alive.
The p-value for clinical benefit response was calculated using the two-sided test for difference in binomial proportions. All other p-values were calculated using the Logrank test for difference in overall time to an event.

Clinical benefit response was achieved by 14 patients treated with Gemzar and 3 patients treated with 5-FU. One patient on the Gemzar arm showed improvement in all 3 primary parameters (pain intensity, analgesic consumption, and performance status). Eleven patients on the Gemzar arm and 2 patients on the 5-FU arm showed improvement in analgesic consumption and/or pain intensity with stable performance status. Two patients on the Gemzar arm showed improvement in analgesic consumption or pain intensity with improvement in performance status. One patient on the 5-FU arm was stable with regard to pain intensity and analgesic consumption with improvement in performance status. No patient on either arm achieved a clinical benefit response based on weight gain.

**Figure 3: Kaplan-Meier Survival Curve.**

The second trial was a multi-center (17 US and Canadian centers), open-label study of Gemzar in 63 patients with advanced pancreatic cancer previously treated with 5-FU or a 5-FU-containing regimen. The study showed a clinical benefit response rate of 27% and median survival of 3.9 months.

*Other Clinical Studies* — When Gemzar was administered more frequently than once weekly or with infusions longer than 60 minutes, increased toxicity was observed. Results of a Phase 1 study of Gemzar to assess the maximum tolerated dose (MTD) on a daily x 5 schedule showed that patients developed significant hypotension and severe flu-like symptoms that were intolerable at doses above 10 mg/m$^2$. The incidence and severity of these events were dose-related. Other Phase 1 studies using a twice-weekly schedule reached MTDs of only 65 mg/m$^2$ (30-minute infusion) and 150 mg/m$^2$ (5-minute bolus). The dose-limiting toxicities were thrombocytopenia and flu-like symptoms, particularly asthenia. In a Phase 1 study to assess the maximum tolerated infusion time, clinically significant toxicity, defined as myelosuppression, was seen with weekly doses of 300 mg/m$^2$ at or above a 270-minute infusion time. The half-life of gemcitabine is influenced by the length of the infusion (*see* **CLINICAL PHARMACOLOGY**) and the toxicity appears to be increased if Gemzar is administered more frequently than once weekly or with infusions longer than 60 minutes (*see* **WARNINGS**).

## INDICATIONS AND USAGE

### Therapeutic Indications

*Breast Cancer* — Gemzar in combination with paclitaxel is indicated for the first-line treatment of patients with metastatic breast cancer after failure of prior anthracycline-containing adjuvant chemotherapy, unless anthracyclines were clinically contraindicated.

*Non-Small Cell Lung Cancer* — Gemzar is indicated in combination with cisplatin for the first-line treatment of patients with inoperable, locally advanced (Stage IIIA or IIIB), or metastatic (Stage IV) non-small cell lung cancer.

*Pancreatic Cancer* — Gemzar is indicated as first-line treatment for patients with locally advanced (nonresectable Stage II or Stage III) or metastatic (Stage IV) adenocarcinoma of the pancreas. Gemzar is indicated for patients previously treated with 5-FU.

## CONTRAINDICATION

Gemzar is contraindicated in those patients with a known hypersensitivity to the drug (*see Allergic under* **ADVERSE REACTIONS**).

## WARNINGS

Caution — Prolongation of the infusion time beyond 60 minutes and more frequent than weekly dosing have been shown to increase toxicity (*see* **CLINICAL STUDIES**).

*Hematology* — Gemzar can suppress bone marrow function as manifested by leukopenia, thrombocytopenia, and anemia (*see* **ADVERSE REACTIONS**), and myelosuppression is usually the dose-limiting toxicity. Patients should be monitored for myelosuppression during therapy. *See* **DOSAGE AND ADMINISTRATION** for recommended dose adjustments.

*Pulmonary* — Pulmonary toxicity has been reported with the use of Gemzar. In cases of severe lung toxicity, Gemzar therapy should be discontinued immediately and appropriate supportive care measures instituted (*see Pulmonary under* **Single-Agent Use** *and under* **Post-marketing experience** in **ADVERSE REACTIONS** section).

*Renal* — Hemolytic Uremic Syndrome (HUS) and/or renal failure have been reported following one or more doses of Gemzar. Renal failure leading to death or requiring dialysis, despite discontinuation of therapy, has been rarely reported. The majority of the cases of renal

failure leading to death were due to HUS (*see Renal under* **Single-Agent Use** *and under* **Post-marketing experience** in **ADVERSE REACTIONS** section).

*Hepatic* — Serious hepatotoxicity, including liver failure and death, has been reported very rarely in patients receiving Gemzar alone or in combination with other potentially hepatotoxic drugs (*see Hepatic under* **Single-Agent Use** *and under* **Post-marketing experience** in **ADVERSE REACTIONS** section).

*Pregnancy* — Pregnancy Category D. Gemzar can cause fetal harm when administered to a pregnant woman. Gemcitabine is embryotoxic causing fetal malformations (cleft palate, incomplete ossification) at doses of 1.5 mg/kg/day in mice (about 1/200 the recommended human dose on a mg/$m^2$ basis). Gemcitabine is fetotoxic causing fetal malformations (fused pulmonary artery, absence of gall bladder) at doses of 0.1 mg/kg/day in rabbits (about 1/600 the recommended human dose on a mg/$m^2$ basis). Embryotoxicity was characterized by decreased fetal viability, reduced live litter sizes, and developmental delays. There are no studies of Gemzar in pregnant women. If Gemzar is used during pregnancy, or if the patient becomes pregnant while taking Gemzar, the patient should be apprised of the potential hazard to the fetus.

## PRECAUTIONS

*General* — Patients receiving therapy with Gemzar should be monitored closely by a physician experienced in the use of cancer chemotherapeutic agents. Most adverse events are reversible and do not need to result in discontinuation, although doses may need to be withheld or reduced. There was a greater tendency in women, especially older women, not to proceed to the next cycle.

*Laboratory Tests* — Patients receiving Gemzar should be monitored prior to each dose with a complete blood count (CBC), including differential and platelet count. Suspension or modification of therapy should be considered when marrow suppression is detected (*see* **DOSAGE AND ADMINISTRATION**).

Laboratory evaluation of renal and hepatic function should be performed prior to initiation of therapy and periodically thereafter (*see* **WARNINGS**).

*Carcinogenesis, Mutagenesis, Impairment of Fertility* — Long-term animal studies to evaluate the carcinogenic potential of Gemzar have not been conducted. Gemcitabine induced forward mutations *in vitro* in a mouse lymphoma (L5178Y) assay and was clastogenic in an *in vivo* mouse micronucleus assay. Gemcitabine was negative when tested using the Ames, *in vivo* sister chromatid exchange, and *in vitro* chromosomal aberration assays, and did not cause unscheduled DNA synthesis *in vitro*. Gemcitabine I.P. doses of 0.5 mg/kg/day (about 1/700 the human dose on a mg/$m^2$ basis) in male mice had an effect on fertility with moderate to severe hypospermatogenesis, decreased fertility, and decreased implantations. In female mice, fertility was not affected but maternal toxicities were observed at 1.5 mg/kg/day I.V. (about 1/200 the human dose on a mg/$m^2$ basis) and fetotoxicity or embryolethality was observed at 0.25 mg/kg/day I.V. (about 1/1300 the human dose on a mg/$m^2$ basis).

*Pregnancy* — Category D. *See* **WARNINGS**.

*Nursing Mothers* — It is not known whether Gemzar or its metabolites are excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions from Gemzar in nursing infants, the mother should be warned and a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother and the potential risk to the infant.

*Elderly Patients* — Gemzar clearance is affected by age (*see* **CLINICAL PHARMACOLOGY**). There is no evidence, however, that unusual dose adjustments, (i.e., other than those already recommended in the **DOSAGE AND ADMINISTRATION** section) are necessary in patients over 65, and in general, adverse reaction rates in the single-agent safety database of 979 patients were similar in patients above and below 65. Grade 3/4 thrombocytopenia was more common in the elderly.

*Gender* — Gemzar clearance is affected by gender (*see* **CLINICAL PHARMACOLOGY**). In the single-agent safety database (N=979 patients), however, there is no evidence that unusual dose adjustments (i.e., other than those already recommended in the **DOSAGE AND ADMINISTRATION** section) are necessary in women. In general, in single-agent studies of Gemzar, adverse reaction rates were similar in men and women, but women, especially older women, were more likely not to proceed to a subsequent cycle and to experience Grade 3/4 neutropenia and thrombocytopenia.

*Pediatric Patients* — The effectiveness of Gemzar in pediatric patients has not been demonstrated. Gemzar was evaluated in a Phase 1 trial in pediatric patients with refractory leukemia and determined that the maximum tolerated dose was 10 $mg/m^2$/min for 360 minutes three times weekly followed by a one week rest period. Gemzar was also evaluated in a Phase 2 trial in patients with relapsed acute lymphoblastic leukemia (22 patients) and acute myelogenous leukemia (10 patients) using 10 $mg/m^2$/min for 360 minutes three times weekly followed by a one week rest period. Toxicities observed included bone marrow suppression, febrile neutropenia, elevation of serum transaminases, nausea, and rash/desquamation, which were similar to those reported in adults. No meaningful clinical activity was observed in this Phase 2 trial.

*Patients with Renal or Hepatic Impairment* — Gemzar should be used with caution in patients with preexisting renal impairment or hepatic insufficiency. Gemzar has not been studied in patients with significant renal or hepatic impairment.

*Drug Interactions* — No specific drug interaction studies have been conducted. For information on the pharmacokinetics of Gemzar and cisplatin in combination, *see Drug Interactions under* **CLINICAL PHARMACOLOGY** section.

*Radiation Therapy* — Safe and effective regimens for the administration of Gemzar with therapeutic doses of radiation have not yet been determined.

## ADVERSE REACTIONS

Gemzar has been used in a wide variety of malignancies, both as a single-agent and in combination with other cytotoxic drugs.

**Single-Agent Use:** Myelosuppression is the principal dose-limiting toxicity with Gemzar therapy. Dosage adjustments for hematologic toxicity are frequently needed and are described in the **DOSAGE AND ADMINISTRATION** section.

The data in Table 5 are based on 979 patients receiving Gemzar as a single-agent administered weekly as a 30-minute infusion for treatment of a wide variety of malignancies. The Gemzar starting doses ranged from 800 to 1250 $mg/m^2$. Data are also shown for the subset of patients with pancreatic cancer treated in 5 clinical studies. The frequency of all grades and severe (WHO Grade 3 or 4) adverse events were generally similar in the single-agent safety database of 979 patients and the subset of patients with pancreatic cancer. Adverse reactions reported in the single-agent safety database resulted in discontinuation of Gemzar therapy in about 10% of patients. In the comparative trial in pancreatic cancer, the discontinuation rate for adverse reactions was 14.3% for the gemcitabine arm and 4.8% for the 5-FU arm.

All WHO-graded laboratory events are listed in Table 5, regardless of causality. Non-laboratory adverse events listed in Table 5 or discussed below were those reported, regardless of causality, for at least 10% of all patients, except the categories of Extravasation, Allergic, and Cardiovascular and certain specific events under the Renal, Pulmonary, and Infection categories. Table 6 presents the data from the comparative trial of Gemzar and 5-FU in pancreatic cancer for the same adverse events as those in Table 5, regardless of incidence.

**Table 5: Selected WHO-Graded Adverse Events in Patients Receiving Single-Agent Gemzar**
**WHO Grades (% incidence)**

| | All Patients[a] | | | Pancreatic Cancer Patients[b] | | | Discontinuations (%)[c] |
|---|---|---|---|---|---|---|---|
| | All Grades | Grade 3 | Grade 4 | All Grades | Grade 3 | Grade 4 | All Patients |
| **Laboratory[d]** | | | | | | | |
| Hematologic | | | | | | | |
| Anemia | 68 | 7 | 1 | 73 | 8 | 2 | <1 |
| Leukopenia | 62 | 9 | <1 | 64 | 8 | 1 | <1 |
| Neutropenia | 63 | 19 | 6 | 61 | 17 | 7 | - |
| Thrombocytopenia | 24 | 4 | 1 | 36 | 7 | <1 | <1 |
| Hepatic | | | | | | | <1 |
| ALT | 68 | 8 | 2 | 72 | 10 | 1 | |
| AST | 67 | 6 | 2 | 78 | 12 | 5 | |
| Alkaline Phosphatase | 55 | 7 | 2 | 77 | 16 | 4 | |
| Bilirubin | 13 | 2 | <1 | 26 | 6 | 2 | |
| Renal | | | | | | | <1 |
| Proteinuria | 45 | <1 | 0 | 32 | <1 | 0 | |
| Hematuria | 35 | <1 | 0 | 23 | 0 | 0 | |
| BUN | 16 | 0 | 0 | 15 | 0 | 0 | |
| Creatinine | 8 | <1 | 0 | 6 | 0 | 0 | |
| **Non-laboratory[e]** | | | | | | | |
| Nausea and Vomiting | 69 | 13 | 1 | 71 | 10 | 2 | <1 |
| Pain | 48 | 9 | <1 | 42 | 6 | <1 | <1 |
| Fever | 41 | 2 | 0 | 38 | 2 | 0 | <1 |
| Rash | 30 | <1 | 0 | 28 | <1 | 0 | <1 |
| Dyspnea | 23 | 3 | <1 | 10 | 0 | <1 | <1 |
| Constipation | 23 | 1 | <1 | 31 | 3 | <1 | 0 |
| Diarrhea | 19 | 1 | 0 | 30 | 3 | 0 | 0 |
| Hemorrhage | 17 | <1 | <1 | 4 | 2 | <1 | <1 |
| Infection | 16 | 1 | <1 | 10 | 2 | <1 | <1 |
| Alopecia | 15 | <1 | 0 | 16 | 0 | 0 | 0 |
| Stomatitis | 11 | <1 | 0 | 10 | <1 | 0 | <1 |
| Somnolence | 11 | <1 | <1 | 11 | 2 | <1 | <1 |
| Paresthesias | 10 | <1 | 0 | 10 | <1 | 0 | 0 |

Grade based on criteria from the World Health Organization (WHO).
[a] N=699-974; all patients with laboratory or non-laboratory data.
[b] N=161-241; all pancreatic cancer patients with laboratory or non-laboratory data.
[c] N=979.
[d] Regardless of causality.
[e] Table includes non-laboratory data with incidence for all patients ≥10%. For approximately 60% of the patients, non-laboratory events were graded only if assessed to be possibly drug-related.

**Table 6: Selected WHO-Graded Adverse Events from Comparative Trial of Gemzar and 5-FU in Pancreatic Cancer**

**WHO Grades (% incidence)**

| | **Gemzar[a]** | | | **5-FU[b]** | | |
|---|---|---|---|---|---|---|
| | All Grades | Grade 3 | Grade 4 | All Grades | Grade 3 | Grade 4 |
| **Laboratory[c]** | | | | | | |
| Hematologic | | | | | | |
| Anemia | 65 | 7 | 3 | 45 | 0 | 0 |
| Leukopenia | 71 | 10 | 0 | 15 | 2 | 0 |
| Neutropenia | 62 | 19 | 7 | 18 | 2 | 3 |
| Thrombocytopenia | 47 | 10 | 0 | 15 | 2 | 0 |
| Hepatic | | | | | | |
| ALT | 72 | 8 | 2 | 38 | 0 | 0 |
| AST | 72 | 10 | 2 | 52 | 2 | 0 |
| Alkaline Phosphatase | 71 | 16 | 0 | 64 | 10 | 3 |
| Bilirubin | 16 | 2 | 2 | 25 | 6 | 3 |
| Renal | | | | | | |
| Proteinuria | 10 | 0 | 0 | 2 | 0 | 0 |
| Hematuria | 13 | 0 | 0 | 0 | 0 | 0 |
| BUN | 8 | 0 | 0 | 10 | 0 | 0 |
| Creatinine | 2 | 0 | 0 | 0 | 0 | 0 |
| **Non-laboratory[d]** | | | | | | |
| Nausea and Vomiting | 64 | 10 | 3 | 58 | 5 | 0 |
| Pain | 10 | 2 | 0 | 7 | 0 | 0 |
| Fever | 30 | 0 | 0 | 16 | 0 | 0 |
| Rash | 24 | 0 | 0 | 13 | 0 | 0 |
| Dyspnea | 6 | 0 | 0 | 3 | 0 | 0 |
| Constipation | 10 | 3 | 0 | 11 | 2 | 0 |
| Diarrhea | 24 | 2 | 0 | 31 | 5 | 0 |
| Hemorrhage | 0 | 0 | 0 | 2 | 0 | 0 |
| Infection | 8 | 0 | 0 | 3 | 2 | 0 |
| Alopecia | 18 | 0 | 0 | 16 | 0 | 0 |
| Stomatitis | 14 | 0 | 0 | 15 | 0 | 0 |
| Somnolence | 5 | 2 | 0 | 7 | 2 | 0 |
| Paresthesias | 2 | 0 | 0 | 2 | 0 | 0 |

Grade based on criteria from the World Health Organization (WHO).
[a] N=58-63; all Gemzar patients with laboratory or non-laboratory data.
[b] N=61-63; all 5-FU patients with laboratory or non-laboratory data.
[c] Regardless of causality.
[d] Non-laboratory events were graded only if assessed to be possibly drug-related.

*Hematologic* — In studies in pancreatic cancer myelosuppression is the dose-limiting toxicity with Gemzar, but <1% of patients discontinued therapy for either anemia, leukopenia, or thrombocytopenia. Red blood cell transfusions were required by 19% of patients. The incidence of sepsis was less than 1%. Petechiae or mild blood loss (hemorrhage), from any cause, was reported in 16% of patients; less than 1% of patients required platelet transfusions. Patients

should be monitored for myelosuppression during Gemzar therapy and dosage modified or suspended according to the degree of hematologic toxicity (*see* **DOSAGE AND ADMINISTRATION**).

*Gastrointestinal* — Nausea and vomiting were commonly reported (69%) but were usually of mild to moderate severity. Severe nausea and vomiting (WHO Grade 3/4) occurred in <15% of patients. Diarrhea was reported by 19% of patients, and stomatitis by 11% of patients.

*Hepatic* — In clinical trials, Gemzar was associated with transient elevations of one or both serum transaminases in approximately 70% of patients, but there was no evidence of increasing hepatic toxicity with either longer duration of exposure to Gemzar or with greater total cumulative dose. Serious hepatotoxicity, including liver failure and death, has been reported very rarely in patients receiving Gemzar alone or in combination with other potentially hepatotoxic drugs (*see Hepatic under* **Post-marketing experience**).

*Renal* — In clinical trials, mild proteinuria and hematuria were commonly reported. Clinical findings consistent with the Hemolytic Uremic Syndrome (HUS) were reported in 6 of 2429 patients (0.25%) receiving Gemzar in clinical trials. Four patients developed HUS on Gemzar therapy, 2 immediately post-therapy. The diagnosis of HUS should be considered if the patient develops anemia with evidence of microangiopathic hemolysis, elevation of bilirubin or LDH, reticulocytosis, severe thrombocytopenia, and/or evidence of renal failure (elevation of serum creatinine or BUN). Gemzar therapy should be discontinued immediately. Renal failure may not be reversible even with discontinuation of therapy and dialysis may be required (*see Renal under* **Post-marketing experience**).

*Fever* — The overall incidence of fever was 41%. This is in contrast to the incidence of infection (16%) and indicates that Gemzar may cause fever in the absence of clinical infection. Fever was frequently associated with other flu-like symptoms and was usually mild and clinically manageable.

*Rash* — Rash was reported in 30% of patients. The rash was typically a macular or finely granular maculopapular pruritic eruption of mild to moderate severity involving the trunk and extremities. Pruritus was reported for 13% of patients.

*Pulmonary* — In clinical trials, dyspnea, unrelated to underlying disease, has been reported in association with Gemzar therapy. Dyspnea was occasionally accompanied by bronchospasm. Pulmonary toxicity has been reported with the use of Gemzar (*see Pulmonary under* **Post-marketing experience**). The etiology of these effects is unknown. If such effects develop, Gemzar should be discontinued. Early use of supportive care measures may help ameliorate these conditions.

*Edema* — Edema (13%), peripheral edema (20%), and generalized edema (<1%) were reported. Less than 1% of patients discontinued due to edema.

*Flu-like Symptoms* — "Flu syndrome" was reported for 19% of patients. Individual symptoms of fever, asthenia, anorexia, headache, cough, chills, and myalgia were commonly reported. Fever and asthenia were also reported frequently as isolated symptoms. Insomnia, rhinitis, sweating, and malaise were reported infrequently. Less than 1% of patients discontinued due to flu-like symptoms.

*Infection* — Infections were reported for 16% of patients. Sepsis was rarely reported (<1%).

*Alopecia* — Hair loss, usually minimal, was reported by 15% of patients.

*Neurotoxicity* — There was a 10% incidence of mild paresthesias and a <1% rate of severe paresthesias.

*Extravasation* — Injection-site related events were reported for 4% of patients. There were no reports of injection site necrosis. Gemzar is not a vesicant.

*Allergic* — Bronchospasm was reported for less than 2% of patients. Anaphylactoid reaction has been reported rarely. Gemzar should not be administered to patients with a known hypersensitivity to this drug (*see* **CONTRAINDICATION**).

*Cardiovascular* — During clinical trials, 2% of patients discontinued therapy with Gemzar due to cardiovascular events such as myocardial infarction, cerebrovascular accident, arrhythmia, and hypertension. Many of these patients had a prior history of cardiovascular disease (*see Cardiovascular under* **Post-marketing experience**).

**Combination Use in Non-Small Cell Lung Cancer:** In the Gemzar plus cisplatin vs. cisplatin study, dose adjustments occurred with 35% of Gemzar injections and 17% of cisplatin injections on the combination arm, versus 6% on the cisplatin-only arm. Dose adjustments were required in greater than 90% of patients on the combination, versus 16% on cisplatin. Study discontinuations for possibly drug-related adverse events occurred in 15% of patients on the combination arm and 8% of patients on the cisplatin arm. With a median of 4 cycles of Gemzar plus cisplatin treatment, 94 of 262 patients (36%) experienced a total of 149 hospitalizations due to possibly treatment-related adverse events. With a median of 2 cycles of cisplatin treatment, 61 of 260 patients (23%) experienced 78 hospitalizations due to possibly treatment-related adverse events.

In the Gemzar plus cisplatin vs. etoposide plus cisplatin study, dose adjustments occurred with 20% of Gemzar injections and 16% of cisplatin injections in the Gemzar plus cisplatin arm compared with 20% of etoposide injections and 15% of cisplatin injections in the etoposide plus cisplatin arm. With a median of 5 cycles of Gemzar plus cisplatin treatment, 15 of 69 patients (22%) experienced 15 hospitalizations due to possibly treatment-related adverse events. With a median of 4 cycles of etoposide plus cisplatin treatment, 18 of 66 patients (27%) experienced 22 hospitalizations due to possibly treatment-related adverse events. In patients who completed more than one cycle, dose adjustments were reported in 81% of the Gemzar plus cisplatin patients, compared with 68% on the etoposide plus cisplatin arm. Study discontinuations for possibly drug-related adverse events occurred in 14% of patients on the Gemzar plus cisplatin arm and in 8% of patients on the etoposide plus cisplatin arm. The incidence of myelosuppression was increased in frequency with Gemzar plus cisplatin treatment (~90%) compared to that with the Gemzar monotherapy (~60%). With combination therapy Gemzar dosage adjustments for hematologic toxicity were required more often while cisplatin dose adjustments were less frequently required.

Table 7 presents the safety data from the Gemzar plus cisplatin vs. cisplatin study in non-small cell lung cancer. The NCI Common Toxicity Criteria (CTC) were used. The two-drug combination was more myelosuppressive with 4 (1.5%) possibly treatment-related deaths, including 3 resulting from myelosuppression with infection and 1 case of renal failure associated with pancytopenia and infection. No deaths due to treatment were reported on the cisplatin arm. Nine cases of febrile neutropenia were reported on the combination therapy arm compared to 2 on the cisplatin arm. More patients required RBC and platelet transfusions on the Gemzar plus cisplatin arm.

Myelosuppression occurred more frequently on the combination arm, and in 4 possibly treatment-related deaths myelosuppression was observed. Sepsis was reported in 4% of patients on the Gemzar plus cisplatin arm compared to 1% on the cisplatin arm. Platelet transfusions were required in 21% of patients on the combination arm and <1% of patients on the cisplatin arm. Hemorrhagic events occurred in 14% of patients on the combination arm and 4% on the cisplatin arm. However, severe hemorrhagic events were rare. Red blood cell transfusions were required in 39% of the patients on the Gemzar plus cisplatin arm, versus 13% on the cisplatin arm. The data suggest cumulative anemia with continued Gemzar plus cisplatin use.

Nausea and vomiting despite the use of antiemetics occurred slightly more often with Gemzar plus cisplatin therapy (78%) than with cisplatin alone (71%). In studies with single-agent

Gemzar, a lower incidence of nausea and vomiting (58% to 69%) was reported. Renal function abnormalities, hypomagnesemia, neuromotor, neurocortical, and neurocerebellar toxicity occurred more often with Gemzar plus cisplatin than with cisplatin monotherapy. Neurohearing toxicity was similar on both arms.

Cardiac dysrrhythmias of Grade 3 or greater were reported in 7 (3%) patients treated with Gemzar plus cisplatin compared to one (<1%) Grade 3 dysrrhythmia reported with cisplatin therapy. Hypomagnesemia and hypokalemia were associated with one Grade 4 arrhythmia on the Gemzar plus cisplatin combination arm.

Table 8 presents data from the randomized study of Gemzar plus cisplatin versus etoposide plus cisplatin in 135 patients with NSCLC for the same WHO-graded adverse events as those in Table 6. One death (1.5%) was reported on the Gemzar plus cisplatin arm due to febrile neutropenia associated with renal failure which was possibly treatment-related. No deaths related to treatment occurred on the etoposide plus cisplatin arm. The overall incidence of Grade 4 neutropenia on the Gemzar plus cisplatin arm was less than on the etoposide plus cisplatin arm (28% vs. 56%). Sepsis was experienced by 2% of patients on both treatment arms. Grade 3 anemia and Grade 3/4 thrombocytopenia were more common on the Gemzar plus cisplatin arm. RBC transfusions were given to 29% of the patients who received Gemzar plus cisplatin vs. 21% of patients who received etoposide plus cisplatin. Platelet transfusions were given to 3% of the patients who received Gemzar plus cisplatin vs. 8% of patients who received etoposide plus cisplatin. Grade 3/4 nausea and vomiting were also more common on the Gemzar plus cisplatin arm. On the Gemzar plus cisplatin arm, 7% of participants were hospitalized due to febrile neutropenia compared to 12% on the etoposide plus cisplatin arm. More than twice as many patients had dose reductions or omissions of a scheduled dose of Gemzar as compared to etoposide, which may explain the differences in the incidence of neutropenia and febrile neutropenia between treatment arms. Flu syndrome was reported by 3% of patients on the Gemzar plus cisplatin arm with none reported on the comparator arm. Eight patients (12%) on the Gemzar plus cisplatin arm reported edema compared to 1 patient (2%) on the etoposide plus cisplatin arm.

**Table 7: Selected CTC-Graded Adverse Events from Comparative Trial of Gemzar plus Cisplatin versus Single-Agent Cisplatin in NSCLC**

**CTC Grades (% incidence)**

| | **Gemzar plus Cisplatin[a]** | | | **Cisplatin[b]** | | |
|---|---|---|---|---|---|---|
| | All Grades | Grade 3 | Grade 4 | All Grades | Grade 3 | Grade 4 |
| **Laboratory[c]** | | | | | | |
| Hematologic | | | | | | |
| Anemia | 89 | 22 | 3 | 67 | 6 | 1 |
| RBC Transfusion[d] | 39 | | | 13 | | |
| Leukopenia | 82 | 35 | 11 | 25 | 2 | 1 |
| Neutropenia | 79 | 22 | 35 | 20 | 3 | 1 |
| Thrombocytopenia | 85 | 25 | 25 | 13 | 3 | 1 |
| Platelet Transfusions[d] | 21 | | | <1 | | |
| Lymphocytes | 75 | 25 | 18 | 51 | 12 | 5 |
| Hepatic | | | | | | |
| Transaminase | 22 | 2 | 1 | 10 | 1 | 0 |
| Alkaline Phosphatase | 19 | 1 | 0 | 13 | 0 | 0 |
| Renal | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Proteinuria | 23 | 0 | 0 | 18 | 0 | 0 |
| Hematuria | 15 | 0 | 0 | 13 | 0 | 0 |
| Creatinine | 38 | 4 | <1 | 31 | 2 | <1 |
| Other Laboratory | | | | | | |
| Hyperglycemia | 30 | 4 | 0 | 23 | 3 | 0 |
| Hypomagnesemia | 30 | 4 | 3 | 17 | 2 | 0 |
| Hypocalcemia | 18 | 2 | 0 | 7 | 0 | <1 |
| **Non-laboratory**[e] | | | | | | |
| Nausea | 93 | 25 | 2 | 87 | 20 | <1 |
| Vomiting | 78 | 11 | 12 | 71 | 10 | 9 |
| Alopecia | 53 | 1 | 0 | 33 | 0 | 0 |
| Neuro Motor | 35 | 12 | 0 | 15 | 3 | 0 |
| Constipation | 28 | 3 | 0 | 21 | 0 | 0 |
| Neuro Hearing | 25 | 6 | 0 | 21 | 6 | 0 |
| Diarrhea | 24 | 2 | 2 | 13 | 0 | 0 |
| Neuro Sensory | 23 | 1 | 0 | 18 | 1 | 0 |
| Infection | 18 | 3 | 2 | 12 | 1 | 0 |
| Fever | 16 | 0 | 0 | 5 | 0 | 0 |
| Neuro Cortical | 16 | 3 | 1 | 9 | 1 | 0 |
| Neuro Mood | 16 | 1 | 0 | 10 | 1 | 0 |
| Local | 15 | 0 | 0 | 6 | 0 | 0 |
| Neuro Headache | 14 | 0 | 0 | 7 | 0 | 0 |
| Stomatitis | 14 | 1 | 0 | 5 | 0 | 0 |
| Hemorrhage | 14 | 1 | 0 | 4 | 0 | 0 |
| Dyspnea | 12 | 4 | 3 | 11 | 3 | 2 |
| Hypotension | 12 | 1 | 0 | 7 | 1 | 0 |
| Rash | 11 | 0 | 0 | 3 | 0 | 0 |

Grade based on Common Toxicity Criteria (CTC). Table includes data for adverse events with incidence ≥10% in either arm.

[a] N=217-253; all Gemzar plus cisplatin patients with laboratory or non-laboratory data. Gemzar at 1000 mg/m$^2$ on Days 1, 8, and 15 and cisplatin at 100 mg/m$^2$ on Day 1 every 28 days.

[b] N=213-248; all cisplatin patients with laboratory or non-laboratory data. Cisplatin at 100 mg/m$^2$ on Day 1 every 28 days.

[c] Regardless of causality.

[d] Percent of patients receiving transfusions. Percent transfusions are not CTC-graded events.

[e] Non-laboratory events were graded only if assessed to be possibly drug-related.

**Table 8: Selected WHO-Graded Adverse Events from Comparative Trial of Gemzar plus Cisplatin versus Etoposide plus Cisplatin in NSCLC**
**WHO Grades (% incidence)**

| | Gemzar plus Cisplatin[a] | | | Etoposide plus Cisplatin[b] | | |
|---|---|---|---|---|---|---|
| | All Grades | Grade 3 | Grade 4 | All Grades | Grade 3 | Grade 4 |
| **Laboratory[c]** | | | | | | |
| Hematologic | | | | | | |
| Anemia | 88 | 22 | 0 | 77 | 13 | 2 |
| RBC Transfusions[d] | 29 | | | 21 | | |
| Leukopenia | 86 | 26 | 3 | 87 | 36 | 7 |
| Neutropenia | 88 | 36 | 28 | 87 | 20 | 56 |
| Thrombocytopenia | 81 | 39 | 16 | 45 | 8 | 5 |
| Platelet Transfusions[d] | 3 | | | 8 | | |
| Hepatic | | | | | | |
| ALT | 6 | 0 | 0 | 12 | 0 | 0 |
| AST | 3 | 0 | 0 | 11 | 0 | 0 |
| Alkaline Phosphatase | 16 | 0 | 0 | 11 | 0 | 0 |
| Bilirubin | 0 | 0 | 0 | 0 | 0 | 0 |
| Renal | | | | | | |
| Proteinuria | 12 | 0 | 0 | 5 | 0 | 0 |
| Hematuria | 22 | 0 | 0 | 10 | 0 | 0 |
| BUN | 6 | 0 | 0 | 4 | 0 | 0 |
| Creatinine | 2 | 0 | 0 | 2 | 0 | 0 |
| **Non-laboratory[e,f]** | | | | | | |
| Nausea and Vomiting | 96 | 35 | 4 | 86 | 19 | 7 |
| Fever | 6 | 0 | 0 | 3 | 0 | 0 |
| Rash | 10 | 0 | 0 | 3 | 0 | 0 |
| Dyspnea | 1 | 0 | 1 | 3 | 0 | 0 |
| Constipation | 17 | 0 | 0 | 15 | 0 | 0 |
| Diarrhea | 14 | 1 | 1 | 13 | 0 | 2 |
| Hemorrhage | 9 | 0 | 3 | 3 | 0 | 3 |
| Infection | 28 | 3 | 1 | 21 | 8 | 0 |
| Alopecia | 77 | 13 | 0 | 92 | 51 | 0 |
| Stomatitis | 20 | 4 | 0 | 18 | 2 | 0 |
| Somnolence | 3 | 0 | 0 | 3 | 2 | 0 |
| Paresthesias | 38 | 0 | 0 | 16 | 2 | 0 |

Grade based on criteria from the World Health Organization (WHO).

[a] N=67-69; all Gemzar plus cisplatin patients with laboratory or non-laboratory data. Gemzar at 1250 mg/m$^2$ on Days 1 and 8 and cisplatin at 100 mg/m$^2$ on Day 1 every 21 days.

[b] N=57-63; all cisplatin plus etoposide patients with laboratory or non-laboratory data. Cisplatin at 100 mg/m$^2$ on Day 1 and I.V. etoposide at 100 mg/m$^2$ on Days 1, 2, and 3 every 21 days.

[c] Regardless of causality.

[d] Percent of patients receiving transfusions. Percent transfusions are not WHO-graded events.

[e] Non-laboratory events were graded only if assessed to be possibly drug-related.

[f] Pain data were not collected.

**Combination Use in Breast Cancer:** In the Gemzar plus paclitaxel versus paclitaxel study, dose reductions occurred with 8% of Gemzar injections and 5% of paclitaxel injections on the combination arm, versus 2% on the paclitaxel arm. On the combination arm, 7% of Gemzar doses were omitted and <1% of paclitaxel doses were omitted, compared to <1% of paclitaxel doses on the paclitaxel arm. A total of 18 patients (7%) on the Gemzar plus paclitaxel arm and 12 (5%) on the paclitaxel arm discontinued the study because of adverse events. There were two deaths on study or within 30 days after study drug discontinuation that were possibly drug-related, one on each arm.

Table 9 presents the safety data occurrences of ≥10% (all grades) from the Gemzar plus paclitaxel versus paclitaxel study in breast cancer.

**Table 9: Adverse Events from Comparative Trial of Gemzar plus Paclitaxel versus Single-Agent Paclitaxel in Breast Cancer[a]**

**CTC Grades (% incidence)**

| | **Gemzar plus Paclitaxel (N=262)** | | | **Paclitaxel (N=259)** | | |
|---|---|---|---|---|---|---|
| | All Grades | Grade 3 | Grade 4 | All Grades | Grade 3 | Grade 4 |
| **Laboratory[b]** | | | | | | |
| Hematologic | | | | | | |
| Anemia | 69 | 6 | 1 | 51 | 3 | <1 |
| Neutropenia | 69 | 31 | 17 | 31 | 4 | 7 |
| Thrombocytopenia | 26 | 5 | <1 | 7 | <1 | <1 |
| Leukopenia | 21 | 10 | 1 | 12 | 2 | 0 |
| Hepatobiliary | | | | | | |
| ALT | 18 | 5 | <1 | 6 | <1 | 0 |
| AST | 16 | 2 | 0 | 5 | <1 | 0 |
| **Non-laboratory[c]** | | | | | | |
| Alopecia | 90 | 14 | 4 | 92 | 19 | 3 |
| Neuropathy-sensory | 64 | 5 | <1 | 58 | 3 | 0 |
| Nausea | 50 | 1 | 0 | 31 | 2 | 0 |
| Fatigue | 40 | 6 | <1 | 28 | 1 | <1 |
| Myalgia | 33 | 4 | 0 | 33 | 3 | <1 |
| Vomiting | 29 | 2 | 0 | 15 | 2 | 0 |
| Arthralgia | 24 | 3 | 0 | 22 | 2 | <1 |
| Diarrhea | 20 | 3 | 0 | 13 | 2 | 0 |
| Anorexia | 17 | 0 | 0 | 12 | <1 | 0 |
| Neuropathy-motor | 15 | 2 | <1 | 10 | <1 | 0 |
| Stomatitis/pharyngitis | 13 | 1 | <1 | 8 | <1 | 0 |
| Fever | 13 | <1 | 0 | 3 | 0 | 0 |
| Constipation | 11 | <1 | 0 | 12 | 0 | 0 |
| Bone pain | 11 | 2 | 0 | 10 | <1 | 0 |
| Pain-other | 11 | <1 | 0 | 8 | <1 | 0 |
| Rash/desquamation | 11 | <1 | <1 | 5 | 0 | 0 |

[a] Grade based on Common Toxicity Criteria (CTC) Version 2.0 (all grades ≥10%).
[b] Regardless of causality.
[c] Non-laboratory events were graded only if assessed to be possibly drug-related.

The following are the clinically relevant adverse events that occurred in >1% and <10% (all grades) of patients on either arm. In parentheses are the incidences of Grade 3 and 4 adverse events (Gemzar plus paclitaxel versus paclitaxel): febrile neutropenia (5.0% versus 1.2%), infection (0.8% versus 0.8%), dyspnea (1.9% versus 0), and allergic reaction/hypersensitivity (0 versus 0.8%).

No differences in the incidence of laboratory and non-laboratory events were observed in patients 65 years or older, as compared to patients younger than 65.

**Post-marketing experience:** The following adverse events have been identified during post-approval use of Gemzar. These events have occurred after Gemzar single-agent use and Gemzar in combination with other cytotoxic agents. Decisions to include these events are based on the seriousness of the event, frequency of reporting, or potential causal connection to Gemzar.

*Cardiovascular* — Congestive heart failure and myocardial infarction have been reported very rarely with the use of Gemzar. Arrhythmias, predominantly supraventricular in nature, have been reported very rarely.

*Vascular Disorders* — Vascular toxicity reported with Gemzar includes clinical signs of vasculitis, which has been reported very rarely. Gangrene has also been reported very rarely.

*Skin* — Cellulitis and non-serious injection site reactions in the absence of extravasation have been rarely reported.

*Hepatic* — Serious hepatotoxicity including liver failure and death has been reported very rarely in patients receiving Gemzar alone or in combination with other potentially hepatotoxic drugs.

*Pulmonary* — Parenchymal toxicity, including interstitial pneumonitis, pulmonary fibrosis, pulmonary edema, and adult respiratory distress syndrome (ARDS), has been reported rarely following one or more doses of Gemzar administered to patients with various malignancies. Some patients experienced the onset of pulmonary symptoms up to 2 weeks after the last Gemzar dose. Respiratory failure and death occurred very rarely in some patients despite discontinuation of therapy.

*Renal* — Hemolytic-Uremic Syndrome (HUS) and/or renal failure have been reported following one or more doses of Gemzar. Renal failure leading to death or requiring dialysis, despite discontinuation of therapy, has been rarely reported. The majority of the cases of renal failure leading to death were due to HUS.

## OVERDOSAGE

There is no known antidote for overdoses of Gemzar. Myelosuppression, paresthesias, and severe rash were the principal toxicities seen when a single dose as high as 5700 mg/m$^2$ was administered by I.V. infusion over 30 minutes every 2 weeks to several patients in a Phase 1 study. In the event of suspected overdose, the patient should be monitored with appropriate blood counts and should receive supportive therapy, as necessary.

## DOSAGE AND ADMINISTRATION

*Gemzar is for intravenous use only.*

### Adults

Single-Agent Use:

*Pancreatic Cancer* — Gemzar should be administered by intravenous infusion at a dose of 1000 mg/m$^2$ over 30 minutes once weekly for up to 7 weeks (or until toxicity necessitates

reducing or holding a dose), followed by a week of rest from treatment. Subsequent cycles should consist of infusions once weekly for 3 consecutive weeks out of every 4 weeks.

*Dose Modifications* — Dosage adjustment is based upon the degree of hematologic toxicity experienced by the patient (*see* **WARNINGS**). Clearance in women and the elderly is reduced and women were somewhat less able to progress to subsequent cycles (*see Human Pharmacokinetics under* **CLINICAL PHARMACOLOGY** *and* **PRECAUTIONS**).

Patients receiving Gemzar should be monitored prior to each dose with a complete blood count (CBC), including differential and platelet count. If marrow suppression is detected, therapy should be modified or suspended according to the guidelines in Table 10.

**Table 10: Dosage Reduction Guidelines**

| Absolute granulocyte count (x $10^6$/L) | | Platelet count (x $10^6$/L) | % of full dose |
|---|---|---|---|
| ≥1000 | and | ≥100,000 | 100 |
| 500-999 | or | 50,000-99,000 | 75 |
| <500 | or | <50,000 | Hold |

Laboratory evaluation of renal and hepatic function, including transaminases and serum creatinine, should be performed prior to initiation of therapy and periodically thereafter. Gemzar should be administered with caution in patients with evidence of significant renal or hepatic impairment.

Patients treated with Gemzar who complete an entire cycle of therapy may have the dose for subsequent cycles increased by 25%, provided that the absolute granulocyte count (AGC) and platelet nadirs exceed 1500 x $10^6$/L and 100,000 x $10^6$/L, respectively, and if non-hematologic toxicity has not been greater than WHO Grade 1. If patients tolerate the subsequent course of Gemzar at the increased dose, the dose for the next cycle can be further increased by 20%, provided again that the AGC and platelet nadirs exceed 1500 x $10^6$/L and 100,000 x $10^6$/L, respectively, and that non-hematologic toxicity has not been greater than WHO Grade 1.

Combination Use:

*Non-Small Cell Lung Cancer* — Two schedules have been investigated and the optimum schedule has not been determined (*see* **CLINICAL STUDIES**). With the 4-week schedule, Gemzar should be administered intravenously at 1000 mg/m$^2$ over 30 minutes on Days 1, 8, and 15 of each 28-day cycle. Cisplatin should be administered intravenously at 100 mg/m$^2$ on Day 1 after the infusion of Gemzar. With the 3-week schedule, Gemzar should be administered intravenously at 1250 mg/m$^2$ over 30 minutes on Days 1 and 8 of each 21-day cycle. Cisplatin at a dose of 100 mg/m$^2$ should be administered intravenously after the infusion of Gemzar on Day 1. See prescribing information for cisplatin administration and hydration guidelines.

*Dose Modifications* — Dosage adjustments for hematologic toxicity may be required for Gemzar and for cisplatin. Gemzar dosage adjustment for hematological toxicity is based on the granulocyte and platelet counts taken on the day of therapy. Patients receiving Gemzar should be monitored prior to each dose with a complete blood count (CBC), including differential and platelet counts. If marrow suppression is detected, therapy should be modified or suspended according to the guidelines in Table 10. For cisplatin dosage adjustment, see manufacturer's prescribing information.

In general, for severe (Grade 3 or 4) non-hematological toxicity, except alopecia and nausea/vomiting, therapy with Gemzar plus cisplatin should be held or decreased by 50% depending on the judgment of the treating physician. During combination therapy with cisplatin, serum creatinine, serum potassium, serum calcium, and serum magnesium should be carefully

monitored (Grade 3/4 serum creatinine toxicity for Gemzar plus cisplatin was 5% versus 2% for cisplatin alone).

*Breast Cancer* — Gemzar should be administered intravenously at a dose of 1250 mg/m$^2$ over 30 minutes on Days 1 and 8 of each 21-day cycle. Paclitaxel should be administered at 175 mg/m$^2$ on Day 1 as a 3-hour intravenous infusion before Gemzar administration. Patients should be monitored prior to each dose with a complete blood count, including differential counts. Patients should have an absolute granulocyte count ≥1500 x 10$^6$/L and a platelet count ≥100,000 x 10$^6$/L prior to each cycle.

*Dose Modifications* — Gemzar dosage adjustments for hematological toxicity is based on the granulocyte and platelet counts taken on Day 8 of therapy. If marrow suppression is detected, Gemzar dosage should be modified according to the guidelines in Table 11.

**Table 11: Day 8 Dosage Reduction Guidelines for Gemzar in Combination with Paclitaxel**

| Absolute granulocyte count (x 10$^6$/L) | | Platelet count (x 10$^6$/L) | % of full dose |
|---|---|---|---|
| ≥1200 | and | >75,000 | 100 |
| 1000-1199 | or | 50,000-75,000 | 75 |
| 700-999 | and | ≥50,000 | 50 |
| <700 | or | <50,000 | Hold |

In general, for severe (Grade 3 or 4) non-hematological toxicity, except alopecia and nausea/vomiting, therapy with Gemzar should be held or decreased by 50% depending on the judgment of the treating physician. For paclitaxel dosage adjustment, see manufacturer's prescribing information.

Gemzar may be administered on an outpatient basis.

*Instructions for Use/Handling* — The recommended diluent for reconstitution of Gemzar is 0.9% Sodium Chloride Injection without preservatives. Due to solubility considerations, the maximum concentration for Gemzar upon reconstitution is 40 mg/mL. Reconstitution at concentrations greater than 40 mg/mL may result in incomplete dissolution, and should be avoided.

To reconstitute, add 5 mL of 0.9% Sodium Chloride Injection to the 200-mg vial or 25 mL of 0.9% Sodium Chloride Injection to the 1-g vial. Shake to dissolve. These dilutions each yield a gemcitabine concentration of 38 mg/mL which includes accounting for the displacement volume of the lyophilized powder (0.26 mL for the 200-mg vial or 1.3 mL for the 1-g vial). The total volume upon reconstitution will be 5.26 mL or 26.3 mL, respectively. Complete withdrawal of the vial contents will provide 200 mg or 1 g of gemcitabine, respectively. The appropriate amount of drug may be administered as prepared or further diluted with 0.9% Sodium Chloride Injection to concentrations as low as 0.1 mg/mL.

Reconstituted Gemzar is a clear, colorless to light straw-colored solution. After reconstitution with 0.9% Sodium Chloride Injection, the pH of the resulting solution lies in the range of 2.7 to 3.3. The solution should be inspected visually for particulate matter and discoloration, prior to administration, whenever solution or container permit. If particulate matter or discoloration is found, do not administer.

When prepared as directed, Gemzar solutions are stable for 24 hours at controlled room temperature 20° to 25°C (68° to 77°F) [*See* USP]. Discard unused portion. Solutions of reconstituted Gemzar should not be refrigerated, as crystallization may occur.

The compatibility of Gemzar with other drugs has not been studied. No incompatibilities have been observed with infusion bottles or polyvinyl chloride bags and administration sets.

Unopened vials of Gemzar are stable until the expiration date indicated on the package when stored at controlled room temperature 20° to 25°C (68° to 77°F) [*See* USP].

Caution should be exercised in handling and preparing Gemzar solutions. The use of gloves is recommended. If Gemzar solution contacts the skin or mucosa, immediately wash the skin thoroughly with soap and water or rinse the mucosa with copious amounts of water. Although acute dermal irritation has not been observed in animal studies, 2 of 3 rabbits exhibited drug-related systemic toxicities (death, hypoactivity, nasal discharge, shallow breathing) due to dermal absorption.

Procedures for proper handling and disposal of anti-cancer drugs should be considered. Several guidelines on this subject have been published.[1-8] There is no general agreement that all of the procedures recommended in the guidelines are necessary or appropriate.

## HOW SUPPLIED

**Vials:**
200 mg white, lyophilized powder in a 10-mL size sterile single use vial (No. 7501)
　　NDC 0002-7501-01
1 g white, lyophilized powder in a 50-mL size sterile single use vial (No. 7502)
　　NDC 0002-7502-01

Store at controlled room temperature (20° to 25°C) (68° to 77°F). The USP has defined controlled room temperature as "A temperature maintained thermostatically that encompasses the usual and customary working environment of 20° to 25°C (68° to 77°F); that results in a mean kinetic temperature calculated to be not more than 25°C; and that allows for excursions between 15° and 30°C (59° and 86°F) that are experienced in pharmacies, hospitals, and warehouses."

## REFERENCES

1. Recommendations for the safe handling of parenteral antineoplastic drugs. NIH publication No. 83-2621. US Government Printing Office, Washington, DC 20402.
2. Council on Scientific Affairs: Guidelines for handling parenteral antineoplastics. *JAMA* 1985;253:1590.
3. National Study Commission on Cytotoxic Exposure — Recommendations for handling cytotoxic agents, 1987. Available from Louis P Jeffrey, ScD, Director of Pharmacy Services, Rhode Island Hospital, 593 Eddy Street, Providence, Rhode Island 02902.
4. Clinical Oncological Society of Australia: Guidelines and recommendations for safe handling of antineoplastic agents. *Med J Aust* 1983;1:426.
5. Jones RB, et al. Safe handling of chemotherapeutic agents: A report from the Mount Sinai Medical Center. *CA* 1983;33(Sept/Oct):258.
6. American Society of Hospital Pharmacists: Technical assistance bulletin on handling cytotoxic drugs in hospitals. *Am J Hosp Pharm* 1990;47:1033.
7. Controlling Occupational Exposure to Hazardous Drugs, OSHA Work Practice Guidelines. *Am J Health-Sys Pharm* 1996;53:1669-1685.
8. ONS Clinical Practice Committee. Cancer Chemotherapy Guidelines and Recommendations for Practice. Pittsburg, PA: Oncology Nursing Society; 1999:32-41.

Literature revised Month,dd,yyyy

**Eli Lilly and Company**
**Indianapolis, IN 46285, USA**
B1.0 NL 4063 AMP                                                    PRINTED IN USA
Copyright © 1996, yyyy, Eli Lilly and Company. All rights reserved.

# EXHIBIT II



AVENTIS EXHIBIT 2211
Mylan v. Aventis IPR2016-00712

# TELECON MEETING MINUTES

**MEETING DATE: June 28, 2006**

**IND/NDA: 50,139; 56,999**
**Meeting Request Submission Date:** May 1, 2006 (N215); May 5, 2006 (N085)
**Briefing Document Submission Date:** May 23, 2006(N219); May 25, 2006 (N086)

**DRUG: RPR9881A and XRP6258**

**SPONSOR/APPLICANT: Sanofi-Aventis Pharmaceuticals**

**TYPE of MEETING/TELECON:**

1. End of phase 2
2. Proposed Indication: Treatment of HRPC previously treated with a Taxotere containing regimen; [redacted]

**FDA PARTICIPANTS:**
Robert Justice, MD, Director, Division of Drug Oncology Products
Ann Farrell, MD, Acting Deputy Director
John Johnson, M.D., Medical Team Leader
Martin Cohen, M.D., Medical Reviewer
Adrian Senderowicz, MD, Medical Reviewer
Raji Sridhara, PhD, Statistics Team Leader
Hun Ke, PhD, Statistician
Brian Booth, PhD, Acting Clinical Pharmacology Reviewer (internal meeting only)
Gene Williams, PhD, Clinical Pharmacology Reviewer
Laurie Burke, Study Endpoints and Labeling Development
Bill Pierce, Study Endpoints and Labeling Development (internal meeting only)
Sharon Hertz, MD, Deputy Director, Division of Analgesia, Anesthesia and Rheumatology (internal meeting only)
Ann Staten, RD, Project Manager
Patricia DeLaney, Office of Special Health Issues
Joann Minor, Office of Special Health Issues
Eugene Kazmierczak, PhD, HRPC Patient Representative
Jennifer Wells, Pancreatic Cancer Patient Representative

**INDUSTRY PARTICIPANTS:**

Hichem Chakroun, Ph.D., Director, Project Direction
Avinash Desai, M.D., Director, Clinical Development
Sunil Gupta, M.D., Senior Director, Clinical Oncology
Linda Gustavson, Ph.D., Associate Director Regulatory Development, Oncology
Mark Moyer, Vice President, Regulatory Development
Martin Roessner, U.S. Head of Biostatistics, Acting Head Statistics Oncology
Dorothee Semiond, Ph.D, Pharm. D., Director, Global Metabolism and Pharmacokinetics
Zhenming Shun, Ph.D., Director, Biostatistics, Oncology
Sophie Jourdan, Pharm. D., Senior Manager, Global Health Outcomes and Market Access, Oncology

**BACKGROUND:** Following the FDA internal meetings, responses to the sponsor's questions were sent via e-mail (see attachments). On June 26, 2006, the sponsor requested that both meetings be combined into one and requested a teleconference. The discussion points are identified in italics below.

**MEETING/TELECON OBJECTIVES:**

To discuss the development plan for the treatment of HRPC previously treated with a Taxotere containing regimen

**QUESTIONS for DISCUSSION with FDA RESPONSE and DECISIONS REACHED:**

Sanofi-Aventis: We agree to have overall survival as the single, primary endpoint for both Phase III registration trials, for XRP9881 and for XRP6258. We seek clarification from FDA on the following issues:

1. We appreciate the FDA's detailed guidance on

   *Discussion: If the study fails on survival, there will be no approval. If you win on survival, any secondary endpoints would have to be convincing to be included in the label. Given the unblinded nature of the trial, these secondary endpoints are unlikely to be included in the label.*

2. We appreciate the FDA's comments on the pain endpoint in the XRP6258 response #5. We wish to gain any additional recommendations FDA has that would help maximize the potential for labeling statements for our secondary clinical endpoint of pain response

endpoint using a similar approach as used for approval of mitoxantrone for treatment of HRPC?

*Discussion: See our response to question #1.*

3. In reference to XRP6258 response #4 on PFS, what advice can the FDA provide to strengthen the PFS endpoint that would allow this endpoint to be considered a secondary endpoint supportive of labeling statements versus an exploratory endpoint?

   *Discussion: See our response to question #1 and there are two problems with PFS as an endpoint: PSA inclusion and measuring progression in bone only disease.*

4. We acknowledge the FDA comments on XRP6258 response #7 and propose to request a separate meeting with FDA to discuss the adequacy of the overall planned PK program and address the questions raised by the FDA. However, at this time, we wish to obtain FDA agreement with our proposed pharmacokinetic strategy for our Phase III clinical protocol in HRPC patients. We propose to implement sparse sampling in as many patients as possible at cycle 1 in the Phase III protocol, EFC6193, in order to assess the PK profile in this population, assuming no effect of the first dose of prednisone on PK, of XRP6258 and to investigate PK/PD relationships for safety and efficacy. In addition, 25 patients will be sampled at cycle 2 in order to assess the effect of repeated administrations of prednisone on the PK of XRP6258. Does the FDA agree with this proposal for our Phase III HRPC protocol?

   *FDA Response: Yes*

## ACTION ITEMS:

Sanofi-Aventis will respond in writing to the FDA responses sent June 22, 2006.

________________________ Concurrence Chair:____________________

Ann Staten, Project Manager

John Johnson, MD
Medical Team Leader Team

Attachment: FDA responses to sponsor's questions
Regulatory Bullets









**Questions**

1. Does the FDA agree that the proposed patient population for study EFC6193 is adequately defined and suitable for a comparator-controlled Phase III study with marketing approval intent?

   FDA Response: Yes. However, please clarify the following inclusion criteria found on page 2/11 of the briefing book "Previously irradiated lesions, primary prostate lesion and bone lesions are excluded".

2. Does the FDA agree that mitoxantrone in combination with prednisone is an appropriate comparator for this Phase III, randomized, comparator controlled trial?

   FDA Response: Yes. However, M/P therapy can be administered for 12 cycles (cumulative dose ~ 140 mg/m$^2$). The dose proposed for the pivotal study (6 cycles of 12 mg/m2, total 72 mg/m2) represents half the total dose permitted for mitoxantrone.

3. Does the FDA agree that one Phase III trial, EFC6193, is adequate to support a marketing application for full approval provided this trial demonstrates a clear benefit in survival for XRP6258 in combination with prednisone compared to mitoxantrone in combination with prednisone?

   FDA Response: Possibly depending on the results. For a single randomized trial to support an NDA, the trial should be well designed, well conducted, internally consistent and provide statistically persuasive efficacy findings so that a second trial would be ethically or practically impossible to perform. If an improvement in survival is demonstrated, a single trial may be adequate. However, if the regulatory endpoint is pain improvement then a second controlled study would be required.

4. Does the FDA agree with the definition of the composite secondary endpoint, PFS, defined as meeting at least one of the criteria below?
   - Tumor progression as defined by RECIST
   - PSA Progression that is 25% increased over baseline or over nadir
   - Death due to any cause

   FDA Response: We consider this endpoint to be exploratory and will not be considered supportive for an approval or for labeling.

5. Does the FDA agree that the protocol defined pain response provides supportive evidence of clinical benefit and supportive evidence for potential labeling?

   FDA Response: No.

   1. We recommend that you submit the final version of the PPI and the AS in the exact format it is administered in your protocol with instructions on how the instrument will be administered, directions explaining how scores will be derived, and how the statistical analyses will be applied.
   2. Open-label data are only appropriate for labeling if results are convincing and conclusive.
   3. Pain intensity should be assessed at screening, and then continued eligibility by pain score should be verified at baseline (i.e. before randomization/dosing).
   4. Pain intensity should then be recorded daily, over the duration of the trial. There should also be evidence of efficacy over the entire duration of treatment.
   5. Pain relief and "rate of pain relief" are not accepted efficacy endpoints in analgesic trials intended to support marketing of a product.
   6. Assessment of the "worst pain" will provide more reliable results than "average pain" over 24 hours.
   7. Use of a known analgesic for rescue is acceptable (and recommended to reduce the number of placebo dropouts). The maximum amount of rescue should be pre-specified. The statistical analysis plan should describe how the use of rescue medication will be incorporated into the primary analysis.
   8. Evidence that a palliative pain response defined as > 2 point reduction from baseline with no increase in analgesic score or a reduction of at least 50% in the analgesic score with no increase in the pain score must be provided to use this endpoint to support labeling or promotional claims.
   9. Additional documentation of the development and validity of the PRO instrument designed for HRMPC (e.g., for a "TTSW" or "improvement in tumor related symptoms" claim) will be required for this type of claim to be included in labeling. *(See Draft Guidance for Industry- Patient-Reported Outcome Measures: Use in Medical Product Development to Support Labeling Claims).*

6. If XRP6258 does not demonstrate a survival benefit but demonstrates superior clinical benefit in pain response defined as a two point or greater reduction from baseline median PPI with no concomitant increase in analgesic score OR a reduction of at least 50% in analgesic use from baseline mean AS with no concomitant increase in pain, does the FDA agree that demonstration of superior pain response could support the potential marketing approval of XRP6258? (If FDA agrees, sponsor will consider power calculation and sample size accordingly)

   FDA Response: No. If you want to claim benefit based on pain relief then you have to design the study with pain intensity as a co-primary endpoint with survival and adequate allocation of alpha. In addition, a second study would be required to support a pain intensity claim. Any improvement in pain will be weighed against toxicity. We

discourage you from attempting to salvage a failed survival study based on pain intensity in an open label study and for reasons listed in our response to question #5.

7. Does the FDA agree that the completed pharmacokinetics and the proposed population pharmacokinetic analysis are adequate to support a marketing application for the proposed indication: treatment of hormone refractory prostate cancer patients who have relapsed during or following Taxotere based therapy?

FDA Response: In order to maximize the ability to discern exposure-response relationships, we recommend that you perform pharmacokinetics sampling in all patients, rather than the planned subset of patients, in the efficacy and safety studies.

We cannot comment on the overall adequacy of the planned program, as we lack answers to the numbered questions, below. These questions assume that FDA review of the preliminary data presented in the submission would agree with the conclusions of the Sponsor.

1. For pathways that contribute more than 25% of the clearance, we recommend that studies of the ability of inhibitors and inducers (if applicable) to alter the pharmacokinetics of the new drug be performed. Do you plan to perform *in vivo* drug interaction studies of the ability of a CYP3A4 inhibitor, a CYP3A4 inducer, and a CYP2C8 inhibitor to alter XPR6258 concentrations?

2. Based on *in vitro* data, are CYPs 1A2, 2C9, 2C19, and 2D6 likely each responsible for less than 25% of the *in vivo* elimination of XPR6258? If no, do you plan to perform *in vivo* drug interaction studies of the ability of inhibitors and inducers to alter XPR6258 concentrations? If yes, what are the designs of the planned studies?

3. Given that I/Ki for *in vitro* inhibition of CYP3A4 by XPR6258 exceeds 0.1, do you plan to perform an *in vivo* drug interaction study of the ability of XPR6258 to change concentrations of a reference CYP3A4 substrate? If yes, what is the design of the planned study?

4. Is I/Ki for *in vitro* inhibition of CYPs 1A2, 2C8 and 2C19 by XPR6258 less than 0.1? If no, do you plan to perform one or more *in vivo* studies of the ability of XPR6258 to alter concentrations of the relevant reference CYP substrates? If yes, what are the designs of the planned studies?

5. Does XPR6258 act as a CYP inducer *in vitro*? If yes, do you plan to perform one or more *in vivo* studies of the ability of XPR6258 to alter concentrations of reference CYP substrates? If yes, what are the designs of the planned studies?

6. Does XPR6258 act as a substrate or inhibitor of transporters *in vitro*? If yes, do you plan to perform *in vivo* studies with inhibitors or substrates? If yes, what are the designs of the planned studies?

7. If the results of the mass balance study show that 25% or more of elimination is renal, we recommend that a pharmacokinetic study in patients with renal impairment be performed. If the mass balance study shows that 25% or more of elimination is renal, do you plan to perform a pharmacokinetic study in patients with renal impairment? If yes, what will the design of the study be?

8. What is the design of the planned study in patients with hepatic impairment?

We recommend that you submit a summary that addresses the above questions and schedule a meeting to answer the question of the adequacy of the overall planned program.

**Additional FDA comments:**

1. Please provide information regarding the responses observed in patients with prostate cancer using this compound.

2. We remind you that you cannot claim efficacy based on the interim futility analysis. If you do conduct an efficacy overall survival interim analysis then you must adjust for alpha.

3. We recommend that you consider stratifying by measurable vs. non-measurable disease at randomization.

**FINAL PROTOCOLS**

Please refer to the December 1999 DRAFT "*Guidance for Industry - Special Protocol Assessment*" (posted on the Internet 2/8/2000) and submit final protocol(s) to the IND for FDA review as a **REQUEST FOR SPECIAL PROTOCOL ASSESSMENT** (SPA) in bolded block letters at the top of your cover letter. Also, the cover letter should clearly state the type of protocol being submitted (i.e., clinical) and include a reference to this EOP2 meeting. A sample case report form (CRF) should be included. 10 desk copies of this SPA should be submitted directly to the project manager.

Since we would like to use our ODAC consultant for this protocol review, and their clearance takes several weeks, we would appreciate any lead-in time you could give us as to when the SPA will be submitted. You should also be aware that our using a consultant extends the due date on these SPAs till 45 days after we receive the consultant's written comments.

**SUBMISSION OF CLINICAL TRIALS TO NIH PUBLIC ACCESS DATA BASE**

Section 113 of the Food and Drug Modernization Act (Modernization Act) amends 42 U.S.C. 282 and requires the establishment of a public resource for information on studies of drugs for serious or life-threatening diseases conducted under FDA's Investigational New Drug (IND) regulations (21 CFR part 312). The National Institutes of Health (NIH) through its National Library of Medicine (NLM), and with input from the FDA and others, developed the Clinical Trials Data Bank, as required by the Modernization Act.

FDA has made available a final guidance to implement Section 113 of the Modernization Act. The guidance describes the type of information to submit and how to submit information to the Clinical Trials Data Bank. The guidance entitled "Information Program on Clinical Trials for Serious or Life-Threatening Diseases and Conditions" was made available on March 18, 2002. It is accessible through the Internet at http://www.fda.gov/cder/guidance/4856fnl.htm

The clinical trial information for the Clinical Trials Data Bank should include the purpose of the trial, the patient eligibility criteria, the location of the trial sites and, a contact for patients wanting to enroll in the trial. The data fields and their definitions are available in the Protocol Registration System at http://prsinfo.clinicaltrials.gov/. Protocols listed in this system by will be made available to the public on the Internet at http://clinicaltrials.gov.

If you have any questions, contact Theresa Toigo at (301) 827-4460 or 113trials@oc.fda.gov.

## FINANCIAL DISCLOSURE FINAL RULE

We remind you of the requirement to collect the information on all studies that the FDA relies on to establish that the product is effective and any study in which a single investigator makes a significant contribution to demonstration of safety.

Please refer to the March 20, 2001 "*Guidance for Industry: Financial Disclosure By Clinical Investigators*" (posted on the Internet 3/27/2001) at http://www.fda.gov/oc/guidance/financialdis.html.

## PEDIATRIC RESEARCH EQUITY ACT (PREA)

All applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred. We encourage you to submit a pediatric plan that describes development of your product in the pediatric population where it may be used. In any event, we hope you will decide to submit a pediatric plan and conduct the appropriate pediatric studies to provide important information on the safe and effective use of this drug in the relevant pediatric populations.

## PEDIATRIC EXCLUSIVITY

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products. You should refer to the Guidance for Industry on Qualifying for Pediatric Exclusivity (available on our web site at www.fda.gov/cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request". FDA generally does not consider studies submitted to an NDA before issuance of a Written Request as responsive to the Written Request. Applicants should obtain a Written Request before submitting pediatric studies to an NDA.

## DEMOGRAPHICS

In response to a final rule published 2-11-98, the regulations 21 CFR 314.50(d)(5)(v) and 314.50(d)(5)(vi)(a) were amended to require sponsors to present safety and effectiveness data "by gender, age, and racial subgroups" in an NDA. Therefore, as you are gathering your data and compiling your NDA, we request that you include this analysis. To assist you in this regard, the following table is a suggestion for presentation of the numeric patient demographic information. This data, as well as the pertinent analyses, should be provided in the NDA.

Please provide information for each category listed below from the primary safety database excluding PK studies.

| CATEGORY | | NUMBER EXPOSED TO STUDY DRUG | | NUMBER EXPOSED TO STUDY DRUG | | NUMBER EXPOSED TO STUDY DRUG |
|---|---|---|---|---|---|---|
| Gender | Males | | All Females | | Females >50 | |
| | | | | | | |
| Age: | 0-≤1 Mo. | | >1 Mo.-≤ 2Year | | >2-<12 | |
| | 12-16 | | 17-64 | | ≥65 | |
| Race: | White | | Black | | Asian | |
| | Other | | | | | |

**CHEMISTRY**

Prior to initiating pivotal clinical studies, we request a complete, updated submission of chemistry, manufacturing and controls (CMC). Please refer to the appropriate CDER guidelines for assistance in preparing this submission. At the time of this submission, we strongly urge you to request a meeting to discuss CMC issues, e.g., impurity profile, stability protocols, approaches to specifications, and attributes, packages, etc.

**QT Evaluation**

In your clinical development program, you will need to address the clinical evaluation of the potential for QT/QTc interval prolongation (see ICH E14). In oncology, alternative proposals to the "TQT" study may be appropriate. Please plan to address this issue early in development.

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/

----------------------

John Johnson
6/29/2006 02:13:57 PM

# EXHIBIT JJ

VOLUME 26 · NUMBER 2 · JANUARY 10 2008

JOURNAL OF CLINICAL ONCOLOGY ORIGINAL REPORT

# Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the TAX 327 Study

*Dominik R. Berthold, Gregory R. Pond, Freidele Soban, Ronald de Wit, Mario Eisenberger, and Ian F. Tannock*

From the Princess Margaret Hospital and University of Toronto, Toronto, Ontario, Canada; Erasmus University Medical Center, Rotterdam, the Netherlands; and Sydney Kimmel Comprehensive Cancer Center, Johns Hopkins University, Baltimore, MD.

Submitted May 1, 2007; accepted October 3, 2007.

Authors' disclosures of potential conflicts of interest and author contributions are found at the end of this article.

Corresponding author: Ian F. Tannock, MD, PhD, FRCPC, Princess Margaret Hospital, 610 University Ave, Toronto, ON, M5G 2M9, Canada; e-mail: ian.tannock@uhn.on.ca.

© 2008 by American Society of Clinical Oncology

0732-183X/08/2602-242/$20.00

DOI: 10.1200/JCO.2007.12.4008

## A B S T R A C T

**Purpose**
The TAX 327 study compared docetaxel administered every 3 weeks (D3), weekly docetaxel (D1), and mitoxantrone (M), each with prednisone (P), in 1,006 men with metastatic hormone-resistant prostate cancer (HRPC). The original analysis, undertaken in August 2003 when 557 deaths had occurred, showed significantly better survival and response rates for pain, prostate-specific antigen (PSA), and quality of life for D3P when compared with MP. Here, we report an updated analysis of survival.

**Methods**
Investigators were asked to provide the date of death or last follow-up for all participants who were alive in August 2003.

**Results**
By March 2007, data on 310 additional deaths were obtained (total = 867 deaths). The survival benefit of D3P compared with MP has persisted with extended follow-up ($P$ = .004). Median survival time was 19.2 months (95% CI, 17.5 to 21.3 months) in the D3P arm, 17.8 months (95% CI, 16.2 to 19.2 months) in the D1P arm, and 16.3 months (95% CI, 14.3 to 17.9 months) in the MP arm. More patients survived ≥ 3 years in the D3P and D1P arms (18.6% and 16.6%, respectively) compared with the MP arm (13.5%). Similar trends in survival between treatment arms were seen for men greater than and less than 65 years of age, for those with and without pain at baseline, and for those with baseline PSA greater than and less than the median value of 115 ng/mL.

**Conclusion**
The present analysis confirms that survival of men with metastatic HRPC is significantly longer after treatment with D3P than with MP. Consistent results are observed across subgroups of patients.

*J Clin Oncol 26:242-245. © 2008 by American Society of Clinical Oncology*

## INTRODUCTION

Men with advanced prostate cancer are usually treated with androgen ablation therapies. Most men respond initially to hormonal treatment, but their disease evolves and becomes resistant to further hormonal therapy. Metastases, particularly to bone and lymph nodes, are frequent in men with hormone-refractory prostate cancer (HRPC). Men with HRPC frequently have pain and other symptoms leading to impairment of quality of life (QOL).

Prostate cancer was considered resistant to chemotherapy until the mid-1990s, when mitoxantrone with prednisone (MP) was shown in a Canadian study to have a role in the palliative treatment of metastatic HRPC.[1] Men with HRPC experienced an improvement in pain and QOL if treated with MP compared with prednisone alone. No survival benefit was detected in trials comparing mitoxantrone plus corticosteroids with corticosteroids alone, although the studies were not powered to detect small differences in survival.[1,2]

In 2004, reports of the TAX 327 and Southwest Oncology Group 99-16 studies showed significant survival benefit when docetaxel-based treatment was compared with mitoxantrone for men with metastatic HRPC.[3,4] The TAX 327 study randomly assigned 1,006 men with metastatic HRPC to receive docetaxel 75 mg/m$^2$ administered every 3 weeks (D3P), docetaxel 30 mg/m$^2$ administered weekly for 5 of 6 weeks (D1P), or mitoxantrone 12 mg/m$^2$ every 3 weeks (MP), each with prednisone 5 mg twice daily. The study showed significantly longer survival for the D3P arm compared with MP,

Downloaded from jco.ascopubs.org on March 13, 2015. For personal use only. No other uses without permission.
Copyright © 2008 American Society of Clinical Oncology. All rights reserved.

AVENTIS EXHIBIT 2217
Mylan v. Aventis IPR2016-00712

although significant differences were not found for the D1P arm. The D3P arm also showed better palliation, with a higher probability of pain and QOL response (and prostate-specific antigen [PSA] response) compared with MP. At the time of the initial analysis in August 2003, 557 of 1,006 participants in the trial had died.[3] Here, we report an updated survival analysis of the TAX 327 study. We also provide results for patient subgroups that were defined according to baseline characteristics.

## METHODS

Details of eligibility and exclusion criteria are provided in the initial report.[3] In brief, men with metastatic prostate cancer were eligible if there was clinical or radiologic evidence of progressive disease or three increasing values of serum PSA, despite primary androgen deprivation. No previous therapy with cytotoxic agents except estramustine was permitted. Patients were required not to have other major medical conditions and were stratified by presence or absence of significant baseline pain and by Karnofsky performance status (KPS; required to be ≥ 70%).

Physical examination and radiologic investigations, including computed tomography and bone scanning, were performed at baseline, along with blood tests, including serum PSA. Pain was self-reported using the Present Pain Intensity (PPI) scale from the McGill-Melzack questionnaire.[5] Participants kept a pain diary, and the daily analgesic intake was summed to give an Analgesic Score (AS) by assigning 4 points for a standard dose of narcotic analgesics and 1 point for a standard dose of non-narcotic analgesics; patients were regarded as having substantial pain if the baseline PPI was ≥ 2 or AS ≥ 10. QOL was assessed with the Functional Assessment of Cancer Therapy–Prostate (FACT-P) questionnaire.[6] The maximum score is 156 points, indicating excellent QOL. Minimally symptomatic patients were defined by a near normal level of QOL (FACT-P score > 128), minimal pain (PPI < 2), and low analgesic consumption (AS < 10). Treatment was planned for up to 10 cycles of 3 weeks for the D3P arm and up to five cycles of 6 weeks for the D1P arm. Patients were evaluated for pain, QOL, and serum PSA every 3 weeks. They were observed until progression of disease, severe adverse event, or withdrawal of consent. Investigators were required to observe patients until death.

The present update of survival has been undertaken by contacting investigators and requesting the last date of follow-up or date of death of their patients. Ethics board approval was reactivated in centers where the approval for the TAX 327 study had expired.

Overall survival was analyzed using the Kaplan-Meier method, and comparisons between treatment arms were performed using the log-rank test; the D1P and D3P arms were compared individually with the MP arm. Exploratory subgroup analyses were also performed for patients separated on the basis of age, PSA at baseline, presence or absence of visceral disease, KPS, and levels of pain and QOL at baseline. For continuous outcomes (eg, age, PSA, and FACT-P), patients were grouped by the median value. All randomly assigned patients were included in the analysis of survival, and all randomly assigned patients with available baseline data were included in the subgroup analyses. All statistical tests were two-sided.

## RESULTS

### Overall Survival

The study included 1,006 patients from 24 countries, and the initial survival analysis was performed in August 2003 when 557 deaths had occurred. By March 2007, 310 additional deaths were recorded, resulting in a total of 867 deaths; 111 patients have been lost to follow-up, and 28 patients were alive with a last follow-up date within the previous year. Updated survival curves are shown in Figure 1, and details are listed in Table 1. The median survival time was 19.2 months in the D3P arm, 17.8 months in the D1P arm, and 16.3 months in the MP arm. When compared with the previous analysis, the difference in median survival between the D3P and MP arms has increased slightly to 2.9 months, the hazard ratio (HR) has changed minimally, and the *P* value is slightly stronger ($P = .004$). The difference in survival between the D1P and MP arms remains nonsignificant ($P = .09$). The percentages of patients who survived for more than 3 years in the D3P, D1P, and MP arms were 18.6%, 16.8%, and 13.5%, respectively (Table 1).

**Fig 1.** Overall survival data from March 2007, with 867 deaths among 1,006 randomly assigned patients.

### Subgroup Analyses

Median survival times and 95% CIs for the defined subgroups as a function of treatment arm are shown as a Forrest plot in Figure 2.

**Table 1.** Survival of Men Treated With D3P, D1P, or MP: Initial and Updated Data

| Data | D3P (n = 335) | D1P (n = 334) | MP (n = 337) |
|---|---|---|---|
| Original data, 2003 | | | |
| Patients who died | | | |
| No. | 166 | 190 | 201 |
| % | 50 | 57 | 60 |
| Survival time, months | | | |
| Median | 18.9 | 17.4 | 16.5 |
| Range | 17.0-21.2 | 15.7-19.0 | 14.4-18.6 |
| Hazard ratio | 0.76 | 0.91 | |
| 95% CI | 0.62 to 0.94 | 0.75 to 1.11 | |
| *P* | .009 | .36 | |
| Updated data, 2006-2007 | | | |
| Patients who died | | | |
| No. | 285 | 285 | 297 |
| % | 85.1 | 85.3 | 88.1 |
| Survival time, months | | | |
| Median | 19.2 | 17.8 | 16.3 |
| Range | 17.5-21.3 | 16.2-19.2 | 14.3-17.9 |
| Hazard ratio | 0.79 | 0.87 | |
| 95% CI | 0.67 to 0.93 | 0.74 to 1.02 | |
| *P* | .004 | .086 | |
| Survival > 3 years | | | |
| 3-year survival rate, % | 18.6 | 16.8 | 13.5 |

Abbreviations: D3P, docetaxel administered every 3 weeks plus prednisone; D1P, weekly docetaxel plus prednisone; MP, mitoxantrone plus prednisone.

Downloaded from jco.ascopubs.org on March 13, 2015. For personal use only. No other uses without permission.
Copyright © 2008 American Society of Clinical Oncology. All rights reserved.

**Fig 2.** Survival among various subgroups treated on the TAX 327 trial. At left are the subgroups defined in this exploratory analysis, the number of patients in each subgroup, and their median survival time in months, independent of treatment. At right is a Forrest plot showing the median hazard ratios and their 95% CIs for survival on the docetaxel arms compared with the mitoxantrone arm. OS, overall survival; KPS, Karnofsky performance status; FACT-P, Functional Assessment of Cancer Therapy–Prostate; Dz, disease; PSA, prostate-specific antigen.

Similar trends in survival between treatment arms were seen for patients greater than and less than the median age of 68 years. The HRs for younger and older patients were 0.81 and 0.77, respectively, for D3P compared with MP. Similar results were found when using a more extreme age cutoff of 75 years (HR = 0.80 for older patients).

In the TAX 327 study, the median serum PSA at baseline was 115 ng/mL. Among patients with lower and higher PSA levels at baseline, the HRs were 0.83 and 0.73, respectively, indicating similar benefits of D3P compared with MP for patients with a greater or lesser burden of disease.

The presence of visceral involvement is a known adverse prognostic factor for men with metastatic prostate cancer when compared with patients with only bone and/or nodal disease. In the present study, the 22% of patients with visceral disease died on average 6 months earlier than those without visceral metastases. The HR was 0.87 for the subgroup of men with visceral metastases when comparing D3P with MP.

Patients with a KPS ≥ 90% lived approximately 8 months longer than patients with a KPS ≤ 80%; however, the HRs for these groups were similar at 0.75 and 0.82, respectively, for D3P compared with MP.

There were 456 patients with substantial pain at baseline (defined by PPI ≥ 2 and/or AS ≥ 10), and survival time was shorter for those with pain. The HRs for patients without and with pain were 0.73 and 0.85, respectively, for D3P compared with MP.

Men with better or worse QOL, as indicated by their FACT-P score at baseline, had HRs of 0.92 and 0.66, respectively, when treated with D3P compared with MP. For minimally symptomatic patients (FACT-P score > 128, PPI < 2, and AS < 10), the trend for survival benefit was maintained for D3P compared with MP.

## DISCUSSION

This updated survival analysis of the TAX 327 study is consistent with the previously reported results. The difference in median survival time for D3P compared with MP is now 2.9 months ($P = .004$, HR = 0.79). Treatment with D1P did not lead to a significant survival benefit compared with MP. Although differences in median survival are relatively small, they are accompanied by improvement in pain control and QOL and are clinically meaningful.

As expected, patients with visceral disease, pain, poorer performance status, and higher values of baseline PSA had shorter survival times. In general, the survival benefit for patients randomly assigned to the D3P arm compared with the MP arm was consistent across subgroups, adding support to the primary result. Therefore, the earlier mentioned factors are indicators of poor prognosis but not predictors of response.

As described previously, men treated with weekly docetaxel were more likely to experience early deterioration of QOL.[7] This result, either because of progression of disease or toxicity as a result of treatment, and the continuing evidence that this treatment does not lead to a significant improvement in survival compared with treatment with mitoxantrone indicate that the weekly docetaxel schedule should not be adopted, with the possible exception of patients who are at high risk of neutropenic fever.

In contrast to the earlier Canadian study[1] that evaluated mitoxantrone, the TAX 327 trial has included patients with and without symptoms. In general, the chances of prolonging survival with D3P seemed similar among patients with higher and lower disease burden as indicated by level of serum PSA, the presence or absence of substantial pain, and the QOL or performance score. This analysis does not address whether docetaxel should be used in patients with minimal symptoms or whether it is appropriate to defer treatment until more symptoms occur. However, considering the similar benefit among subgroups and the potential for QOL to deteriorate as a result of disease progression, it seems reasonable to offer treatment to patients with symptoms and to those who are likely to develop symptoms in the near future, based on the burden of disease and the PSA doubling

Downloaded from jco.ascopubs.org on March 13, 2015. For personal use only. No other uses without permission.
Copyright © 2008 American Society of Clinical Oncology. All rights reserved.

Case 1:20-cv-00804-RGA Document 269 Filed 04/15/22 Page 380 of 611 PageID #: 5425

time. There is no established second-line therapy for men with HRPC who experience progression after docetaxel therapy, but several trials are evaluating new agents. The number of patients fit enough for second-line therapy is likely to increase if first-line therapy with docetaxel is initiated earlier in the course of disease, but potential benefits of early treatment must be counterbalanced by the potential toxicity of treatment. Also, future studies should evaluate the cost effectiveness of docetaxel and other new treatments for men with prostate cancer.

In conclusion, docetaxel administered every 3 weeks with prednisone remains the preferred treatment option for most patients with metastatic HRPC. The consistency of results among subgroups indicates rigorous data.

## AUTHORS' DISCLOSURES OF POTENTIAL CONFLICTS OF INTEREST

*Although all authors completed the disclosure declaration, the following author(s) indicated a financial or other interest that is relevant to the subject matter under consideration in this article. Certain relationships marked with a "U" are those for which no compensation was received; those relationships marked with a "C" were compensated. For a detailed description of the disclosure categories, or for more information about ASCO's conflict of interest policy, please refer to the Author Disclosure Declaration and the Disclosures of Potential Conflicts of Interest section in Information for Contributors.*

**Employment or Leadership Position:** None **Consultant or Advisory Role:** Mario Eisenberger, Sanofi-Aventis (C), Saphire (C), Ipsen (C) **Stock Ownership:** None **Honoraria:** None **Research Funding:** Mario Eisenberger, Sanonfi-Aventis, Celgene, Centocor, Cytogen, Novartis; Ian F. Tannock, Sanofi-Aventis **Expert Testimony:** None **Other Remuneration:** None

## AUTHOR CONTRIBUTIONS

**Conception and design:** Dominik R. Berthold, Ronald de Wit, Mario Eisenberger, Ian F. Tannock
**Financial support:** Ian F. Tannock
**Provision of study materials or patients:** Dominik R. Berthold, Freidele Soban, Ronald de Wit, Mario Eisenberger, Ian F. Tannock
**Collection and assembly of data:** Freidele Soban, Ronald de Wit, Mario Eisenberger, Ian F. Tannock
**Data analysis and interpretation:** Dominik R. Berthold, Gregory R. Pond, Ian F. Tannock
**Manuscript writing:** Dominik R. Berthold, Ian F. Tannock
**Final approval of manuscript:** Dominik R. Berthold, Gregory R. Pond, Freidele Soban, Ronald de Wit, Mario Eisenberger, Ian F. Tannock

## REFERENCES

**1.** Tannock IF, Osoba D, Stockler MR, et al: Chemotherapy with mitoxantrone plus prednisone or prednisone alone for symptomatic hormone-resistant prostate cancer: A Canadian randomized trial with palliative end points. J Clin Oncol 14:1756-1764, 1996

**2.** Kantoff PW, Halabi S, Conaway M, et al: Hydrocortisone with or without mitoxantrone in men with hormone-refractory prostate cancer: Results of the Cancer and Leukemia Group B 9182 study. J Clin Oncol 17:2506-2513, 1999

**3.** Tannock IF, de Wit R, Berry WR, et al: Docetaxel plus prednisone or mitoxantrone plus prednisone for advanced prostate cancer. N Engl J Med 351:1502-1512, 2004

**4.** Petrylak DP, Tangen CM, Hussain MH, et al: Docetaxel and estramustine compared with mitoxantrone and prednisone for advanced refractory prostate cancer. N Engl J Med 351:1513-1520, 2004

**5.** Melzack R: The McGill Pain Questionnaire: Major properties and scoring methods. Pain 1:277-299, 1975

**6.** Esper P, Mo F, Chodak G, et al: Measuring quality of life in men with prostate cancer using the functional assessment of cancer therapy-prostate instrument. Urology 50:920-928, 1997

**7.** Berthold DR, Pond G, De Wit R, et al: Treatment of hormone-refractory prostate cancer with docetaxel or mitoxantrone: Relationships between PSA, pain, quality of life response and survival in the TAX327 study. Clin Cancer Res (in press)

### Acknowledgment

The Acknowledgment is included in the full-text version of this article, available online at www.jco.org. It is not included in the PDF version (via Adobe® Reader®).

Downloaded from jco.ascopubs.org on March 13, 2015. For personal use only. No other uses without permission.
Copyright © 2008 American Society of Clinical Oncology. All rights reserved.

# EXHIBIT KK

931P

Presented at:
European Society for Medical Oncology
Vienna, Austria
28 September – 2 October 2012

# Cabazitaxel (Cbz) + prednisone (P) in patients (pts) with metastatic castration-resistant prostate cancer (mCRPC) previously treated with docetaxel (D): interim results from compassionate-use programme (CUP) and early-access programme (EAP)

Z.I. Malik,[1] G. Di Lorenzo,[2] M. Basaran,[3] P. Parente,[4] W. de Schultz,[5] W. Gerritsen,[6] A. Aparicio,[7] S. Hitier,[8] A. Heidenreich,[9] A. Bahl[10]

[1]Clatterbridge Cancer Centre, Merseyside, UK; [2]Department of Endocrinology and Molecular and Clinical Oncology, University of Naples Federico II, Italy; [3]Institute of Oncology, Istanbul University, Turkey; [4]Eastern Health Clinical School, Box Hill Hospital, Monash University, Melbourne, Australia; [5]Urologische Praxis Am Adler, Leipzig, Germany; [6]Radboud University, Nijmegen Medical Centre, Nijmegen, the Netherlands; [7]Oncology Department, Hospital Juan Canalejo, Spain; [8]Sanofi, Chilly-Mazarin, France; [9]Universitätsklinikum Aachen, Aachen, Germany; [10]Bristol Haematology and Oncology Centre, University Hospitals Bristol NHS Foundation Trust, UK

## Introduction

- Cabazitaxel (Cbz) is a next-generation taxane. It has been approved in combination with prednisone (CbzP) by multiple health authorities, based on data from the Phase III TROPIC trial (NCT00417079) (Figure 1),[1] for the treatment of men with hormone-refractory metastatic prostate cancer whose disease has progressed after receiving a docetaxel-containing regimen.[2,3]
  - The most frequent adverse events (AEs) of any grade associated with CbzP use were neutropenia, leukopenia and anaemia.

*Figure 1* Kaplan–Meier estimate of the probability of survival of patients in TROPIC[1]

- In an updated survival analysis (cut off: 10 March 2010), the probability of survival to ≥ 24 months was 28% for CbzP compared with 17% for mitoxantrone + prednisone (MP).[4]
  - Results from the TROPIC trial supported initiation of a Sanofi-funded compassionate-use programme (CUP) and an early-access programme (EAP; NCT01254279).
- Enrolment in the CUP and EAP opened in 2010 and is ongoing.
- This poster presents interim results from patients who received their first treatment in the CUP and EAP programmes on or before 31 August 2011.

## Objectives

- Primary: to allow patients with mCRPC whose disease has progressed during or after docetaxel treatment, and who have similar disease and baseline characteristics to those evaluated in the TROPIC trial, access to Cbz before it is commercially available.
- Secondary: to document the overall safety of Cbz in these patients.

## Methods

### Study design

- Cbz 25 mg/m² IV every 3 weeks + prednisone/prednisolone 10 mg oral, daily.
  - Use of granulocyte colony-stimulating factor (G-CSF) administered as per ASCO guidance.[5]
- Patients are treated until disease progression, death, unacceptable toxicity, physician's decision or patient's refusal of further treatment. In Germany, patients could switch to commercially available Cbz once available, as per local regulations.
- Key eligibility criteria are presented in Table 1.

*Table 1*. Key eligibility criteria

| |
|---|
| mCRPC that has progressed during or after treatment with a docetaxel-containing regimen |
| ECOG PS 0–2 |
| Life expectancy ≥ 3 months |
| Surgical or medical castration |
| Adequate bone marrow, liver and renal function |
| No prior surgery, radiation, chemotherapy or other anticancer therapy within 4 weeks prior to enrolment |
| No history of severe hypersensitivity reaction (≥ Grade 3) to docetaxel, polysorbate 80-containing drugs or intolerance to prednisone/prednisolone |
| Active Grade ≥ 2 peripheral neuropathy or stomatitis |

ECOG PS = Eastern Cooperative Oncology Group performance status; mCRPC = metastatic castration-resistant prostate cancer.

## Results

- Baseline and safety data from the first 919 patients treated are presented here.
  - Patients from 30 countries were included in the analysis (Figure 2).

*Figure 2*. Enrolment by country

- Patient baseline and disease characteristics are shown in Table 2.
  - Median patient age was 68 years, with 195 (21.2 ) patients ≥ 75 years.
- Patients in this study appeared to have a significant disease burden (Table 2).
- The most common sites of metastases were bone (n = 843 [91.7 ]), lymph nodes (regional n = 274 [29.9 ] and distant n = 257 [28.0 ]), lung (n = 103 [11.2 ]), pelvis (n = 102 [11.1 ]) and liver (n = 91 [9.9 ]).

*Table 2*. Patient baseline and disease characteristics for patients enrolled in the CUP/EAP

| | CUP/EAP N = 919 | TROPIC (CbzP arm)[1]* N = 378 |
|---|---|---|
| **Median age, years (range)** | 68.0 (43–89) | 68.0 (46–92) |
| **Age group, years, n ( )** | | |
| < 65 | 283 (30.8) | 133 (35.5) |
| 65–75 | 441 (48.0) | 176 (46.6) |
| ≥ 75 | 195 (21.2) | 69 (18.3) |
| **ECOG PS, n ( )†** | | |
| 0–1 | 826 (90.0) | 350 (92.6) |
| 2 | 92 (10.0) | 28 (7.4) |
| **Median time since initial diagnosis to inclusion, months (range)‡** | 58.5 (5.3–236.8) | NA |
| **Median time since mCRPC diagnosis to inclusion, months (range)§** | 21.0 (0.3–166.1) | NA |
| **Sites involved, n ( ) ††** | | |
| Bone | 843 (91.7) | 303 (80.8) |
| Regional lymph nodes | 274 (29.9) | 73 (19.5) |
| Distant lymph nodes | 257 (28.0) | 133 (35.5) |
| Prostate | 116 (12.7) | 26 (6.9) |
| Lungs | 103 (11.2) | 58 (15.5) |
| Pelvis | 102 (11.1) | 28 (7.5) |
| Liver | 91 (9.9) | 41 (10.9) |
| **Number of metastatic sites, n ( )††°** | | |
| 1 | 370 (40.3) | 146 (38.9) |
| ≥ 2 | 547 (59.5) | 229 (61.1) |

*** Baseline and disease characteristics are also presented for patients in the CbzP arm of the TROPIC trial, for reference only**
† 1 patient missing (CUP/EAP); ‡ 70 patients missing (CUP/EAP); § 35 patients missing (CUP/EAP);
** More than 1 metastatic site could be reported per patient; †† 3 patients missing (TROPIC);
° 2 patients in the CUP/EAP had no metastatic sites.
CbzP = cabazitaxel plus prednisone; CUP = compassionate-use programme; EAP = early-access programme; ECOG PS = Eastern Cooperative Oncology Group performance status; mCRPC = metastatic castration-resistant prostate cancer; NA = not applicable.

- Patients received a high median cumulative dose of prior docetaxel (600 mg/m²) (Table 3).
- For patients whose disease progressed after their last docetaxel dose (n = 759), median time from the last docetaxel dose to progression was 4.17 months (range: 0–68.2).
- A total of 16.8 of patients experienced disease progression during their last docetaxel dose, 33.1 of patients experienced disease progression within 3 months of their last docetaxel dose and 50.1 of patients experienced disease progression 3 months or more after their last docetaxel dose (Table 3).
- For the 502 patients who had discontinued treatment at the time of the analysis, the median number of treatment cycles was 4 (range 1–16); median relative dose intensity was 99.1 (mean: 97.8 ; SD: 4.5).

*Table 3*. Patient treatment history for patients enrolled in the CUP/EAP

| | CUP/EAP N = 919 | TROPIC (CbzP arm)[1]* N = 378 |
|---|---|---|
| **Median cumulative dose of last docetaxel administration,† mg/m² (range)** | 600.0 (70.0–5145.0) | 576.6 (22.0–3089.0) |
| **Median time from last docetaxel dose to first CbzP dose,‡§ months (range)** | 5.5 (0.50–69.9) | 4.1 |
| **Time from last docetaxel dose to progression by time interval, n ( )**** | | |
| Progression during last docetaxel regimen | 153 (16.8) | 115 (30.4) |
| < 3 months since last docetaxel dose | 302 (33.1) | 158 (41.8) |
| 3–6 months since last docetaxel dose | 153 (16.8) | 58 (15.3) |
| ≥ 6 months since last docetaxel dose | 304 (33.3) | 44 (11.6) |

*** Patient treatment history is also presented for patients in the CbzP arm of the TROPIC trial, for reference only**
† 33 patients missing (CUP/EAP); ‡ 6 patients missing (CUP/EAP), 1 patient missing (TROPIC);
§ For TROPIC, time from last dose of docetaxel to randomisation; ** 7 patients missing (CUP/EAP), 3 patients missing (TROPIC).
CbzP = cabazitaxel plus prednisone; CUP = compassionate-use programme;
EAP = early-access programme.

- During the first treatment cycle, around half the patients received G-CSF, the majority as prophylactic use (Table 4). A similar pattern was observed across all cycles.
- In patients receiving prophylactic G-CSF at Cycle 1, the incidence of febrile neutropenia was 2.3 (9/383 patients), compared with 2.7 (12/383 patients) in patients without prophylactic G-CSF at Cycle 1.

*Table 4*. G-CSF use

| G-CSF administration, n ( ) | Cycle 1 | All cycles |
|---|---|---|
| Patients who received G-CSF | 466 (50.7) | 556 (60.5) |
| Prophylactic* | 383 (41.7) | 496 (54.0) |
| Therapeutic† | 54 (5.9) | 77 (8.4) |
| Prophylactic and therapeutic | 29 (3.2) | 53 (5.8) |

* Defined as administration to patients judged by the investigator to be at high risk of febrile neutropenia.
† Defined as administration to patients with febrile neutropenia prior to treatment.
G-CSF = granulocyte colony-stimulating factor.

- Overall, 502 patients had discontinued treatment with CbzP at the time of the analysis (Table 5).
  - The most common reasons for treatment discontinuation were disease progression and AE. Commercial availability of Cbz was the most common reason in Germany (almost two-thirds of the patients; 79/121).

*Table 5*. Main reasons for treatment discontinuation

| Reason for discontinuation, n ( )* | Patients n = 502 |
|---|---|
| Disease progression | 205 (40.9) |
| AE | 135 (26.9) |
| Physician's/investigator's decision | 40 (8.0) |
| Switch to commercial product† | 79 (15.8) |
| Other reason | 42 (8.4) |

* 1 patient missing; † In German patients only (n = 121), in line with local regulations.
AE = adverse event.

- In total, 822 patients (89.4 ) experienced an AE (Table 6); of these, 50.5 were Grade ≥ 3 and 24.3% were Grade ≥ 4.
- Overall, 41 patients (4.5 ) experienced AEs leading to death (Table 6), 21 (2.3 ) of whom died due to an AE that the investigator believed to be related to CbzP treatment (the most common being neutropenic sepsis, pneumonia, sepsis, septic shock, pancytopenia and multi-organ failure, all occurring in 2 patients each).
  - A total of 10 patients (1.1 ) died due to disease progression.

*Table 6*. Adverse events

| AE, n ( ) | Patients N = 919 |
|---|---|
| **Any AE (all grade)** | 822 (89.4) |
| Any Grade ≥ 3 AE | 464 (50.5) |
| **Any possibly treatment-related* AE** | 749 (81.5) |
| **Any serious AE** | 294 (32.0) |
| **Any AE leading to death** | 41 (4.5) |
| Possibly related to study drug* | 21 (2.3) |
| **Any AE leading to Cbz discontinuation** | 142 (15.5) |

* As judged by the primary investigator.
AE = adverse event; Cbz = cabazitaxel

- The most commonly reported AEs were diarrhoea, fatigue and nausea (Table 7).
- Overall, 40.4% of patients (n = 371) had Grade 3–4 AEs that investigators considered to be related to CbzP treatment.
  - The most common related Grade 3–4 AEs were neutropenia (17.3 ), leukopenia (7.1 ), and febrile neutropenia (6.2 ).
  - Febrile neutropenia was reported in 6.2 of patients.

*Table 7*. All-cause AEs occurring in ≥ 10% of patients

| Classification | All-grade AEs, n ( ) | Grade 3–4 AEs, n ( ) |
|---|---|---|
| Diarrhoea | 344 (37.4) | 32 (3.5) |
| Fatigue | 249 (27.1) | 36 (3.9) |
| Nausea | 219 (23.8) | 9 (1.0) |
| Anaemia | 214 (23.3) | 47 (5.1) |
| Neutropenia | 187 (20.3) | 159 (17.3) |
| Vomiting | 145 (15.8) | 12 (1.3) |
| Decreased appetite | 137 (14.9) | 9 (1.0) |
| Constipation | 135 (14.7) | 2 (0.2) |
| Asthenia | 134 (14.6) | 22 (2.4) |
| Leukopenia | 92 (10.0) | 66 (7.2) |

- Grade 1 or 2 peripheral sensory or motor neuropathy were present in 0.5 and 0.2 of patients at baseline, respectively (Table 8). No worsening of neuropathy was seen in any of these patients.
  - Grade 1 or 2 peripheral sensory neuropathy or motor neuropathy developed in 3.0 and 4.9 of patients, respectively. One Grade 3 peripheral motor neuropathy event occurred (0.1 of patients).
- In the CbzP arm of the TROPIC trial (n = 371), in 351 patients with no peripheral motor neuropathy (Grade 0) at baseline, one Grade 3 and one Grade 4 event occurred (both 0.3 ). In 18 patients with Grade 1 peripheral sensory neuropathy at baseline, one Grade 3 event occurred (5.6 ).

*Table 8* Shift table for peripheral sensory neuropathy and peripheral motor neuropathy/neuropathy peripheral (safety population)

| Peripheral sensory neuropathy | | | Peripheral motor neuropathy/ neuropathy peripheral | | |
|---|---|---|---|---|---|
| Baseline status* N = 919 | Post-baseline status†, n ( ) | | Baseline status* N = 919 | Post-baseline status†, n ( ) | |
| Grade 0, n = 914 | Grade 0 | 887 (97.0) | Grade 0, n = 917 | Grade 0 | 871 (95.0) |
| | Grade 1 | 23 (2.5) | | Grade 1 | 33 (3.6) |
| | Grade 2 | 4 (0.4) | | Grade 2 | 12 (1.3) |
| | | | | Grade 3 | 1 (0.1) |
| Grade 1, n = 5 | Grade 1 | 5 (100) | Grade 1, n = 1 | Grade 1 | 1 (100) |
| | | | Grade 2, n = 1 | Grade 2 | 1 (100) |

* Baseline events were those reported prior to treatment (Visit = 0); † Post-baseline events were treatment-emergent AEs or pre-treatment AEs still ongoing during treatment (Visit > 0); patients with ≥ Grade 1 AEs at baseline but no AEs during treatment were assigned the same grade as baseline grade.

## Discussion and conclusions

- Here we present safety data from the use of CbzP in routine clinical practice settings across the globe, which complements existing published data on the safety of Cbz.
- AEs associated with CbzP treatment were clinically manageable. The rate of febrile neutropenia in the CUP/EAP was lower than observed in the TROPIC study (CUP/EAP: 6.2 ; TROPIC: 8 ),[1] possibly due to the use of G-CSF as prophylaxis (per ASCO guidance).
- A similarly low rate of febrile neutropenia in patients with and without prophylactic G-CSF use in Cycle 1 (2.3 and 2.7 , respectively) indicates appropriate G-CSF prophylaxis and that risk stratification for febrile neutropenia was effective.
- Peripheral neuropathy was reported less frequently in this study (sensory: 3.0 ; motor: 5.0 ) than reported with other taxanes[6] and Cbz did not appear to worsen pre-existing neuropathy.

## Acknowledgements

- The authors would like to thank and acknowledge the following people:
  - participating patients and their families
  - study co-investigators and research coordinators.
- This study is sponsored by Sanofi. The authors received editorial and production support from MediTech Media, funded by Sanofi.

## References

1. de Bono JS, *et al*. *Lancet* 2010; **376**:1147–1154.
2. JEVTANA® (cabazitaxel) Injection, Summary of Product Characteristics, EMA 2011.
3. JEVTANA® (cabazitaxel) Injection, Prescribing Information, FDA 2010.
4. Oudard S. *Future Oncol* 2011; **7**:497–506.
5. ASCO. *J Oncol Pract* 2006; **2**:196–201.
6. Lee JL, Swain SM. *J lin Oncol* 2006; **24**:1633–1642.

Corresponding author: Z. Malik (Zafar.Malik@clatterbridgecc.nhs.uk)

AVENTIS EXHIBIT 2219
Mylan v. Aventis IPR2016-00712

# EXHIBIT LL

Case: 18-1203 Document: 19 Page: 1 Filed: 03/15/2018

**2018-1203**

# United States Court of Appeals for the Federal Circuit

AVENTIS PHARMA S.A.,

*Appellant,*

– v. –

MYLAN LABORATORIES LIMITED,

*Appellee.*

*On Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Inter Partes Review No. IPR2016-00712*

## BRIEF FOR APPELLANT

WILLIAM E. SOLANDER
DANIEL J. MINION
DOMINICK A. CONDE
WHITNEY L. MEIER
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

*Counsel for Appellant*

MARCH 15, 2018

Case: 18-1203 Document: 19 Page: 2 Filed: 03/15/2018

**CERTIFICATE OF INTEREST**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Aventis Pharma S.A., *Appellant* *v.* Mylan Laboratories Limited, *Appellee*

Case No. 2018-1203

Counsel for Appellant Aventis Pharma S.A. certifies the following:

1. The full name of the party represented by me is:

Aventis Pharma S.A.

2. The name of the real party in interest (only including any real party in interest not identified in Question 3) represented by me is:

Aventis Pharma S.A.

Sanofi-Aventis U.S. LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

sanofi-aventis Amérique du Nord

Aventis, Inc.

Sanofi

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Jason A. Leonard, Fitzpatrick, Cella, Harper & Scinto
Joshua I. Rothman, Fitzpatrick, Cella, Harper & Scinto

Case: 18-1203 Document: 19 Page: 3 Filed: 03/15/2018

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47.4(a)(5) and 47.5(b).

*Sanofi-Aventis U.S. LLC et al. v. Fresenius Kabi USA, LLC*, Consolidated C.A. No. 14-07869 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Mylan Laboratories Limited*, C.A. No. 15-03392 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Fresenius Kabi USA, LLC*, C.A. No. 15-02631 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Accord Healthcare, Inc.*, C.A. No. 15-02520 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. BPI Labs, LLC et al.*, C.A. No. 15-02521 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Apotex Corp. et al.*, C.A. No. 15-01835 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Breckenridge Pharmaceutical, Inc.*, C.A. No. 15-01836 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Actavis LLC et al.*, C.A. No. 15-03107 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Dr. Reddy's Laboratories, Inc. et al.*, C.A. No. 15-02522 (MAS)(LHG); and *Sanofi-Aventis U.S. LLC et al. v. Glenmark Pharmaceuticals, Inc., USA et al.*, C.A. No. 15-02523 (MAS)(LHG)

Date: March 15, 2018

/s/ William E. Solander
Signature of counsel

Cc: Opposing Counsel of Record

William E. Solander
Printed name of counsel

# TABLE OF CONTENTS

CERTIFICATE OF INTEREST .......... i

TABLE OF AUTHORITIES .......... vi

TABLE OF ABBREVIATIONS .......... ix

STATEMENT OF RELATED CASES .......... xii

STATEMENT OF JURISDICTION .......... 1

STATEMENT OF THE ISSUES .......... 2

STATEMENT OF THE CASE .......... 3

STATEMENT OF FACTS .......... 4

I. The ’592 Patent Invention .......... 4

II. The Proposed Substitute Claims .......... 5

III. The Prior Art Did Not Teach or Suggest That 20 to 25 mg/m$^2$ of Cabazitaxel in Combination with Prednisone Would Increase Survival in Patients with DRmCRPC .......... 7

A. There Is No Cabazitaxel Survival Data in the Prior Art .......... 8

B. A POSA Would Not Have Expected Increased Survival Based on Tumor or PSA Reductions .......... 10

C. A POSA Would Not Have Expected Increased Survival in Men with Prostate Cancer Based on Data from the Uncontrolled Pivot Study in Women with Breast Cancer .......... 12

D. A POSA Would Not Have Expected Increased Survival Based on the Mere Existence of the TROPIC Study .......... 14

IV. A POSA Would Not Have Been Motivated to Employ the Claimed Premedication Regimen Prior to Cabazitaxel Administration .......... 16

A. The Cabazitaxel Prior Art Did Not Suggest a Need for Premedication with Cabazitaxel .......... 17

B. The Taxol® Label Would Not Have Motivated a POSA to Employ the Claimed Premedication ....... 18

C. Outdated Docetaxel Studies Would Not Have Motivated a POSA to Employ the Claimed Premedication Regimen over the Single-Component FDA-Approved Regimen for Docetaxel ....... 19

D. The Prior Art Did Not Teach or Suggest the Use of $H_2$ Antagonists with Cabazitaxel ....... 22

SUMMARY OF THE ARGUMENT ....... 24

STANDARD OF REVIEW AND RELEVANT LAW ....... 27

ARGUMENT ....... 29

I. By Rejecting the Limiting Effect of the Preamble, the Board Misconstrued the Proposed Substitute Claims ....... 29

A. *Jansen* and *Rapoport* Are Controlling ....... 31

B. The Board Impermissibly Ignored Aventis's Clear Reliance on the Preamble to Overcome the Prior Art ....... 36

C. The Phrase "to a patient in need thereof" Adds an Intent Limitation to the Proposed Substitute Claims ....... 38

D. The Board's Alternative Construction Is Unreasonable ....... 39

II. When Properly Construed, the Substitute Claims Are Patentable ....... 42

A. There Is No Record Evidence Establishing a Reasonable Expectation of Success of Increased Survival ....... 42

B. The Board Improperly Ignored Dr. Seth's Admissions That a POSA Would Not Have Been Motivated to Administer a 20 $mg/m^2$ Dose of Cabazitaxel ....... 47

III. The Board's Finding That a POSA Would Have Been Motivated to Use the Claimed Premedication Regimen with Cabazitaxel Is Not Supported by Substantial Evidence ....... 48

Case: 18-1203 Document: 19 Page: 6 Filed: 03/15/2018

A. The Board Erred by Mischaracterizing the Testimony of Dr. Sartor and Ignoring the Improved Safety of Cabazitaxel over Docetaxel in Terms of HSRs....49

B. The Board's Finding That the Claimed Premedication Regimen Was "Well Known" Is Insufficient to Prove Obviousness....52

C. The Board's Finding That the Claimed Premedication Regimen Was Obvious Is Based on Hindsight....56

D. A POSA Would Not Have Been Motivated to Administer an $H_2$ Antagonist....59

E. The Board's Finding of Obviousness of Claim 34 Is Not Supported by Substantial Evidence....61

IV. Aventis Is Entitled to the Benefit of *Aqua Products*....62

CONCLUSION AND RELIEF SOUGHT....64

ADDENDUM

PROOF OF SERVICE

CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME, TYPE-FACE, AND TYPE-STYLE REQUIREMENTS

# TABLE OF AUTHORITIES

**Cases**

*Amgen Inc. v. F. Hoffman-La Roche Ltd.*,
580 F.3d 1340 (Fed. Cir. 2009) ....................43

*Aqua Prods., Inc. v. Matal*,
872 F.3d 1290 (Fed. Cir. 2017) .................... 28, 63

*Bicon, Inc. v. Straumann Co.*,
441 F.3d 945 (Fed. Cir. 2006) ....................40

*Bosch Auto. Serv. Solutions, LLC v. Matal*,
878 F.3d 1027 (Fed. Cir. 2017) ....................63

*Bristol-Myers Squibb Co. v. Ben Venue Labs., Inc.*,
246 F.3d 1368 (Fed. Cir. 2001) .................... 29, 41, 42

*Davis v. Loesch*,
998 F.2d 963 (Fed. Cir. 1993) ....................34

*Fenner Invs., Ltd. v. Cellco P'ship*,
778 F.3d 1320 (Fed. Cir. 2015) ....................38

*Genzyme Corp. v. Dr. Reddy's Labs., Ltd.*,
No. 13-1506-(GMS), 2016 U.S. Dist. LEXIS 62056 (D. Del. May 11, 2016), *aff'd*, Nos. 2016-2206, 2016-2207, 2017 U.S. App. LEXIS 25454 (Fed. Cir. Dec. 18, 2017) ....................46

*GlaxoSmithKline LLC v. Glenmark Pharms., Inc.*,
No. 14-877-LPS-CJB, 2017 U.S. Dist. LEXIS 22903 (D. Del. Feb. 17, 2017) ....................36

*In re CSB-System Int'l, Inc.*,
832 F.3d 1335 (Fed. Cir. 2016) ....................34

*In re Lee*,
277 F.3d 1338 (Fed. Cir. 2002) ....................27

*In re NuVasive, Inc.*,
842 F.3d 1376 (Fed. Cir. 2016) ....................27

*In re Van Os*,
844 F.3d 1359 (Fed. Cir. 2017) ....................................................................27

*In re Zurko*,
258 F.3d 1379 (Fed. Cir. 2001) ...................................................... 27, 28, 51

*Jansen v. Rexall Sundown Inc.*,
342 F.3d 1329 (Fed. Cir. 2003) ........................................................... passim

*Kropa v. Robie*,
187 F.2d 150 (C.C.P.A. 1951).......................................................................33

*KSR Int'l Co. v. Teleflex Inc.*,
550 U.S. 398 (2007)........................................................................................53

*MBO Labs., Inc. v. Becton Dickinson & Co.*,
474 F.3d 1323 (Fed. Cir. 2007) ....................................................................37

*Microsoft Corp. v. Proxyconn, Inc.*,
789 F.3d 1292 (Fed. Cir. 2015) ....................................................................34

*Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*,
463 U.S. 29 (1983)..........................................................................................27

*Palmetto Pharms., LLC v. AstraZeneca Pharms., LP*,
No. 2:11-807-SB, 2015 U.S. Dist. LEXIS 161710
(D.S.C. Nov. 30, 2015), *aff'd*, 671 F. App'x 788 (Fed.
Cir. Dec. 9, 2016) ...........................................................................................36

*PersonalWeb Techs., LLC v. Apple, Inc.*,
848 F.3d 987 (Fed. Cir. 2017) ........................................................ 28, 48, 55

*Pfizer Inc. v. Teva Pharms. USA, Inc.*,
803 F. Supp. 2d 397 (E.D. Va. 2011)...........................................................36

*Phillips v. AWH Corp.*,
415 F.3d 1303 (Fed. Cir. 2005) ............................................................ 30, 32

*Rapoport v. Dement*,
254 F.3d 1053 (Fed. Cir. 2001) ........................................................... passim

*Sanofi v. Glenmark Pharms. Inc.*,
204 F. Supp. 3d 665 (D. Del. 2016) ............................................................45

*Sanofi v. Glenmark Pharms. Inc.*,
No. 14-264, 2015 U.S. Dist. LEXIS 114406 (D. Del. Aug. 28, 2015) .......... 35, 39

*Sanofi v. Lupin Atlantis Holdings S.A.*,
No. 15-415-RGA, 2016 U.S. Dist. LEXIS 136770 (D. Del. Oct. 3, 2016) .......... 36

*Sanofi v. Watson Labs. Inc.*,
875 F.3d 636 (Fed. Cir. 2017) .......... 43, 46

*SAS Inst., Inc. v. ComplementSoft, LLC*,
825 F.3d 1341 (Fed. Cir. 2016) .......... 33

*Schering Corp. v. Glenmark Pharms., Inc.*,
No. 07-1334 (JLL), 2008 U.S. Dist. LEXIS 69880 (D.N.J. Sep. 15, 2008) .......... 36, 39

*SEC v. Chenery Corp.*,
318 U.S. 80 (1943) .......... 28

*Tempo Lighting, Inc. v. Tivoli, LLC*,
742 F.3d 973 (Fed. Cir. 2014) .......... 37, 38

*Wyeth v. Mylan Pharms., Inc.*,
No. 1:07CV91, 2009 U.S. Dist. LEXIS 43800 (N.D.W. Va. May 22, 2009) .......... 36

**Statutes**

28 U.S.C. § 1295 .......... 1

35 U.S.C. § 141 .......... 1

35 U.S.C. § 142 .......... 1

35 U.S.C. § 318 .......... 1

35 U.S.C. § 319 .......... 1

Case: 18-1203 Document: 19 Page: 10 Filed: 03/15/2018

## TABLE OF ABBREVIATIONS

**Parties:**

| | |
|---|---|
| Mylan | Mylan Laboratories Limited ("Petitioner" in IPR2016-00712) |
| Aventis | Aventis Pharma S.A. ("Patent Owner" in IPR2016-00712) |

**Citations:**

| | |
|---|---|
| Appx___ | Joint Appendix at page(s) __ |

**Terms:**

| | |
|---|---|
| Board | Patent Trial and Appeal Board |
| DRmCRPC | docetaxel-resistant metastatic castration-resistant prostate cancer |
| FDA | United States Food and Drug Administration |
| HSR | hypersensitivity reaction |
| IPR | *inter partes* review |
| POSA | person of ordinary skill in the art |
| PSA | prostate specific antigen |
| SOF | Statement of Facts |

**References:**

| | |
|---|---|
| '592 Patent | U.S. Patent No. 8,927,592 B2 (Appx182-202) |
| Fumoleau | P. Fumoleau *et al.*, *Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as a Weekly 1-Hour Infusion at Day 1, Day 8, Day 15, Day 22 Every 5 Weeks in Patients (pts) with Advanced Solid Tumors*, CLIN. CANCER RES. 7(Suppl.), 3710s (Abstract #282) (Nov. 2001) (Appx15913-15915) |
| Hudis | Clifford Hudis *et al.*, *Phase II and Pharmacologic Study of Docetaxel as Initial Chemotherapy for Metastatic Breast Cancer*, 14(1), 58-65 (Jan. 1996) (Appx5625-5632) |
| Lortholary | A. Lortholary *et al.*, *Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as 1-Hour Infusion in Patient (pts) with Advanced Solid Tumor*, CLIN. CANCER RES. 6(Suppl.), 4579s (Abstract #569) (Nov. 2000) (Appx14665-14667) |
| Mita | Alain C. Mita *et al.*, *Phase I and Pharmacokinetic Study of XRP6258 (RPR116258A), a Novel Taxane, Administered as a* |

| | |
|---|---|
| | *1-Hour Infusion Every 3 Weeks in Patients with Advanced Solid Tumors*, CLINICAL CANCER RESEARCH 2009:15(2), 723-730 (Jan. 15, 2009) (Appx4224-4231) |
| Motion | Aventis's Contingent Motion to Amend (Appx651-683) |
| NCCN Guidelines | National Comprehensive Cancer Network Antiemesis Guidelines, NCCN PRACTICE GUIDELINES IN ONCOLOGY, V.3.2008 (Appx5583-5613) |
| Pivot | X. Pivot *et al.*, *A Multicenter Phase II Study of XRP6258 Administered as a 1-H I.V. Infusion Every 3 Weeks in Taxane-Resistant Metastatic Breast Cancer Patients*, ANNALS OF ONCOLOGY, 19, 1547–1552 (Apr. 23, 2008) (Appx4214-4219) |
| Takenaka | Atsushi Takenaka *et al.*, *Combination Chemotherapy with Weekly Docetaxel and Estramustine for Hormone Refractory Prostate Cancer in Japanese Patients*, INTERNATIONAL JOURNAL OF UROLOGY, 15, 106-109 (2008) (Appx5614-5617) |
| Tannock | Ian F. Tannock *et al.*, *Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer*, NEW ENGLAND JOURNAL OF MEDICINE, 351(15), 1502-12 (Oct. 2004) (Appx4232-4242) |
| Taxol® Label | Taxol® (paclitaxel) Injection Label (Feb. 10, 2000) (Appx11588-11630) |
| Taxotere® Label | Taxotere® (docetaxel) Injection Label (Sept. 28, 2007) (Appx4347-4402) |
| TROPIC Listing | Sanofi-Aventis, *XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC)*, CLINICALTRIALS.GOV (Oct. 23, 2008) (Appx4203-4205) |
| Trudeau | Maureen Trudeau *et al.*, *Docetaxel in Patients with Metastatic Breast Cancer: A Phase II Study of the National Cancer Institute of Canada-Clinical Trials Group*, JOURNAL OF |

Case: 18-1203 Document: 19 Page: 12 Filed: 03/15/2018

CLINICAL ONCOLOGY, 14(2), 422-428 (February 1996) (Appx5618-5624)

Winquist — Eric Winquist *et al*., *Open Clinical Uro-Oncology Trials in Canada*, THE CANADIAN JOURNAL OF UROLOGY, 15(1), 3942–49 (Feb. 2008) (Appx4206-4213)

**STATEMENT OF RELATED CASES**

The undersigned counsel for Appellant states that the following proceedings in the United States District Court for the District of New Jersey involved the patent at issue in this appeal, U.S. Patent No. 8,927,592:

*Sanofi-Aventis U.S. LLC et al. v. Fresenius Kabi USA, LLC*, Consolidated C.A. No. 14-07869 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Mylan Laboratories Limited*, C.A. No. 15-03392 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Fresenius Kabi USA, LLC*, C.A. No. 15-02631 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Accord Healthcare, Inc.*, C.A. No. 15-02520 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. BPI Labs, LLC et al.*, C.A. No. 15-02521 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Apotex Corp. et al.*, C.A. No. 15-01835 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Breckenridge Pharmaceutical, Inc.*, C.A. No. 15-01836 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Actavis LLC et al.*, C.A. No. 15-03107 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Dr. Reddy's Laboratories, Inc. et al.*, C.A. No. 15-02522 (MAS)(LHG); and *Sanofi-Aventis U.S. LLC et al. v. Glenmark Pharmaceuticals, Inc., USA et al.*, C.A. No. 15-02523 (MAS)(LHG)

Counsel for Appellant certifies that no other appeal in or from IPR2016-00712 was previously before this or any other Appellate Court.

Dated: March 15, 2018

*/s/ William E. Solander*

WILLIAM E. SOLANDER
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
(212) 218-2200
*wsolander@fchs.com*

*Attorney for Appellant*

## STATEMENT OF JURISDICTION

On September 21, 2017, the Patent Trial and Appeal Board ("Board") issued a Final Written Decision pursuant to 35 U.S.C. § 318(a) in IPR2016-00712. Appx1-84. Aventis timely noticed appeal of the Final Written Decision on November 17, 2017. Appx1597-1601; 35 U.S.C. §§ 142, 319. This Court has jurisdiction pursuant to 28 U.S.C. § 1295(a)(4)(A) and 35 U.S.C. § 141(c).

Case: 18-1203 Document: 19 Page: 15 Filed: 03/15/2018

**STATEMENT OF THE ISSUES**

1. Whether the Board erred in construing the preamble of proposed substitute claims 31-34 as non-limiting, where the preamble provides antecedent basis for the claim term "to a patient in need thereof" and was expressly relied on for patentability over the prior art.

2. Whether the Board erred in denying Aventis's Contingent Motion to Amend by holding proposed substitute claims 31-34 obvious over the prior art where the record evidence demonstrates that a person of ordinary skill in the art:

(a) would not have had a reasonable expectation of success of increasing patient survival with the claimed methods and, therefore, would not have been motivated to practice the claimed methods with an intent to prolong the lives of the claimed patients; and

(b) would not have been motivated to practice the claimed three-component premedication regimen when administering cabazitaxel in combination with prednisone.

3. Whether the Board erred in denying Aventis's Contingent Motion to Amend by placing the burden of proving patentability of the proposed substitute claims on Aventis.

**STATEMENT OF THE CASE**

Appellant Aventis owns U.S. Patent No. 8,927,592, which covers an FDA-approved method of using cabazitaxel to treat prostate cancer patients whose disease has progressed during or after treatment with docetaxel.

On petition by Mylan, the Board instituted an *inter partes* review ("IPR") of claims 1–5 and 7–30 of the '592 patent. Thereafter, Aventis filed a Contingent Motion to Amend claims 27–30 ("Motion"), supported in part by the Declaration of its expert, Dr. A. Oliver Sartor. Mylan filed an Opposition, supported in part by the Declaration of its expert, Dr. Rahul Seth. An oral hearing was held on June 13, 2017.

On September 21, 2017, the Board issued a Final Written Decision finding that Mylan had shown by a preponderance of the evidence that claims 1–5 and 7–30 of the '592 patent are unpatentable and denying Aventis's Motion. Appx1-84. Aventis now appeals the Board's denial of its Motion.

## STATEMENT OF FACTS

### I. The ’592 Patent Invention

Prostate cancer that has become metastatic and castration-resistant (i.e., worsens despite hormone therapy) is considered incurable. Appx10539-10540. By 2006, more than 200 compounds had entered clinical development for treatment of advanced prostate cancer, but only docetaxel had been shown to prolong survival. Appx14668. Unfortunately, over time, nearly all patients with metastatic castration-resistant prostate cancer (“mCRPC”) develop resistance to docetaxel. Appx4458. Prior to January 2010,[1] the prognosis for a patient with mCRPC that became docetaxel-resistant (“DRmCRPC”) was poor, since there were no available treatments to prolong life. Appx4458, Appx14942-14943. At that time, prostate cancer was the second leading cause of male cancer deaths in the United States, with thousands of men dying every year despite receiving docetaxel therapy. Appx10799, Appx10952. Thus, the need for treatment options for these patients was considered “urgent.” Appx4332.

The ’592 patent is directed to treatment of these same patients with DRmCRPC. The inventions disclosed the ’592 patent came after Aventis

[1] January 2010 corresponds to the earliest effective filing date for the proposed substitute claims. Appx656, Appx968. As noted by the Board, whether the proposed substitute claims are entitled to this date should have no bearing on the questions presented. Appx4.

extensively analyzed the results of its large-scale TROPIC clinical trial, the first study ever to show that a chemotherapy, specifically cabazitaxel in combination with prednisone, could prolong the lives of patients with DRmCRPC. As detailed below, the proposed substitute claims of the ’592 patent cover the use of cabazitaxel at specific doses in combination with prednisone and with a premedication regimen to treat patients with DRmCRPC with the intent of prolonging those patients’ lives.

## II. The Proposed Substitute Claims

Aventis proposed substitute claims 31-34 in the Motion. Appx681-682. Claim 31, proposed as a substitute for original claim 27, is reproduced below, with strikethroughs showing the subject matter deleted from claim 27, and underlining showing the subject matter added.

> 31. A method of increasing [~~the~~] survival [~~of a patient~~] comprising administering to a patient in need thereof (i) an antihistamine, (ii) a corticoid, (iii) an $H_2$ antagonist, and (iv) a dose of 20 to 25 mg/m$^2$ of cabazitaxel, or a hydrate or solvate thereof, wherein said antihistamine, said corticoid, and said $H_2$ antagonist are administered prior to said dose of 20 to 25 mg/m$^2$ of cabazitaxel, or hydrate or solvate thereof, in combination with prednisone or prednisolone, wherein said patient has [~~with a~~] castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel [~~, comprising administering a dose of 20 to 25 mg/m$^2$ of cabazitaxel, or a hydrate or solvate thereof, to the patient in combination with prednisone or prednisolone~~].

Case: 18-1203 Document: 19 Page: 19 Filed: 03/15/2018

The proposed substitute claims include two important narrowing amendments. First, the claims require the administration of a premedication regimen, namely an antihistamine, a corticoid, and an $H_2$ antagonist prior to the administration of cabazitaxel. Second, the claims require that those drugs, in addition to cabazitaxel and prednisone, be administered to a "patient in need" of a method of increasing survival. Claim 32 is further narrowed to a 25 $mg/m^2$ dose of cabazitaxel, while claim 34 is directed to a 20 $mg/m^2$ dose of cabazitaxel. Appx681-682. Claim 33 recites repeating the administration of the antihistamine, corticoid, $H_2$ antagonist, and cabazitaxel as a new cycle every three weeks. Appx681-682.

The Board determined that the only claim language requiring construction was "[a] method of increasing survival comprising administering to a patient in need thereof." Appx69. Aventis proposed that the preamble "[a] method of increasing survival" is limiting claim language because it is a statement of intentional purpose for performing the claimed method in accordance with precedent of this Court. Appx661. Thus, Aventis proposed that the disputed claim language means "a method that prolongs the life of a patient as compared to no treatment or palliative treatment" (i.e., the method must be performed with the intention of prolonging the life of a patient). Appx661-662. Aventis also noted that "Aventis is expressly amending the language of claim 27 to add the preamble

as a limitation of the claim . . . ." Appx662. Aventis thereby clearly disavowed from the scope of the proposed claims, any administration of the claimed method with an intent other than prolonging the lives of the claimed patients.

The Board rejected Aventis's proposed construction and held that "[t]o the extent the preamble in substitute claim 31 may be considered limiting at all, it refers only to a patient in need of increased survival." Appx72-73. Based in part on that erroneous construction, the Board found the proposed substitute claims obvious and denied Aventis's motion. Appx73-74, Appx80.

## III. <u>The Prior Art Did Not Teach or Suggest That 20 to 25 mg/m$^2$ of Cabazitaxel in Combination with Prednisone Would Increase Survival in Patients with DRmCRPC</u>

Under Aventis's proposed construction of substitute claims 31-34, a person of ordinary skill in the art ("POSA") as of January 2010 would not have had a reasonable expectation that the claimed methods would prolong the lives of patients with DRmCRPC as compared to no treatment or palliative treatment. In particular, as detailed below, there was no evidence in the prior art suggesting that cabazitaxel could prolong survival, and there were numerous other therapies that shrunk prostate cancer tumors or reduced prostate specific antigen ("PSA") levels (a blood marker for prostate cancer), but did not extend patients' lives.

The Board principally based its decision on a study of cabazitaxel in ***breast cancer*** (the Pivot study); however, that study would not have informed a POSA

Case: 18-1203 Document: 19 Page: 21 Filed: 03/15/2018

about cabazitaxel's efficacy in increasing survival in patients with prostate cancer. Nor would knowledge that the TROPIC study was being carried out inform a POSA whether that study ultimately would demonstrate cabazitaxel's efficacy in increasing survival.

**A. There Is No Cabazitaxel Survival Data in the Prior Art**

As of January 2010, little was known about the use of cabazitaxel in patients with DRmCRPC. Cabazitaxel had been tested in three phase I clinical studies in patients having a variety of cancer types (Mita, Lortholary, and Fumoleau), and in a small phase II study in patients with metastatic breast cancer (Pivot). Appx4214-4215, Appx4224, Appx14666-14667, Appx15914. The three phase I studies were uncontrolled studies, meaning cabazitaxel was not compared to a placebo or another chemotherapy. Appx4224-4226, Appx14666-14667, Appx15914. Also, like phase I studies generally, these studies were not designed to evaluate the efficacy of cabazitaxel in any particular indication, or its effect on patient survival, which can only be measured in a comparative study. Appx4224-4226, Appx14666-14667, Appx15914, Appx11466-11467, Appx14962-14963, Appx15036, Appx15220 (152:6-12, Mylan's expert Dr. Seth agreeing that the phase I Mita study was not designed to determine the efficacy of cabazitaxel in a specific patient population).

The only data in patients with DRmCRPC is in the Mita study, wherein a

Case: 18-1203 Document: 19 Page: 22 Filed: 03/15/2018

***single patient*** with DRmCRPC received cabazitaxel at a 25 mg/m$^2$ dose and experienced a partial tumor response (a shrinkage of the tumor observable by a scan) and PSA reduction.[2] Appx4228, Appx14962. However, a POSA would not have considered tumor responses and PSA reductions to be validated surrogates for overall survival in mCRPC (i.e., it was known at the time that tumor responses and PSA reductions do not consistently correlate with increased survival). Appx10635 ("[O]verall survival remains the necessary primary endpoint in phase III clinical trials in men with CRPC, given the uncertain validity of other surrogate measures for clinical benefit."), Appx10824, Appx15162 (94:7-16, Dr. Seth agreeing that there are no surrogates for overall survival). This lack of correlation compounded the uncertainty stemming from the fact that antitumor activity was observed in only a single patient.

The phase II Pivot study, conducted in patients with metastatic breast cancer, also was uncontrolled and, therefore, contained no comparative survival data. Appx4214-4215. Pivot reports that median patient survival on cabazitaxel was 12.3 months but does not conclude that cabazitaxel had any positive impact on

[2] Mita reported a partial response in a second patient. Appx4228. However, because this patient was not docetaxel-resistant, his partial response would have been of limited relevance to a POSA considering whether cabazitaxel could increase survival in a patient with DRmCRPC. Appx14962. No confirmed partial responses were reported in the remaining twenty-three patients, six of whom also had prostate cancer. Appx4226, Appx4228.

Case: 18-1203 Document: 19 Page: 23 Filed: 03/15/2018

patient survival as compared to other therapies, nor could it have without a comparative arm. Appx4218, Appx11466. Similarly, as discussed below, the 14% response rate (partial tumor shrinkage) reported in Pivot (Appx4218) provides little information as to whether the studied treatment improved survival in the treated breast cancer population, let alone for patients with DRmCRPC.

### B. <u>A POSA Would Not Have Expected Increased Survival Based on Tumor or PSA Reductions</u>

By 2010, a large number of potential prostate cancer therapies that were reported to reduce tumor size and PSA levels in phase I/II studies nonetheless failed to prolong overall survival in subsequent phase III studies. Knowledge of these failed studies would have confirmed in a POSA's mind that the tumor shrinkage and reduction in PSA levels seen in Mita and Pivot would not have taught a POSA that cabazitaxel therapy prolongs the life of patients with DRmCRPC. These therapies, which failed to improve survival of patients with mCRPC in phase III studies, included:

- Suramin, which reduced PSA levels in phase I/II studies and led to six patients having partial or complete tumor responses. Appx10774-10775.

- Satraplatin, for which an mCRPC patient in a phase I study experienced complete relief of tumor pain. Appx15542. In a subsequent phase II CRPC study, 10 patients had a PSA response to satraplatin, and 2 patients had tumor reductions. Appx11838, Appx4333-4334.

- Atrasentan, which reduced PSA levels in six patients in phase I/II mCRPC studies. Appx15510, Appx15515, Appx15520, Appx10666-10667, Appx10670.

- DN-101 plus docetaxel, which increased PSA response rate as compared to docetaxel plus placebo with a "promising improvement" in survival and no increase in toxicity. Appx10642, Appx10645-10646, Appx10919, Appx11961.

- GVAX, which resulted in a reported complete response in one patient and PSA decreases in six other patients in phase I/II mCRPC studies. Appx10846, Appx10850, Appx10852, Appx10739, Appx10747, Appx10815.

Tellingly, many of these studies had more patients with tumor or PSA responses than were reported in the prior art for cabazitaxel in prostate cancer, yet none of the studied therapies were later shown to increase survival in patients with mCRPC. Indeed, as Dr. Seth candidly admitted, "tumor response rates do not translate into overall survival." Appx16253 (52:14-16).

Given the disconnect between overall survival and measures of efficacy like tumor shrinkage and PSA response, it was well understood by 2010 that a large-scale, controlled clinical study was necessary to determine whether a therapy prolonged survival. *See* Appx11466-11467, Appx10635, Appx15036. As Dr. Seth testified, "Every man's prostate cancer is not the same. That's why we have to do

Case: 18-1203 Document: 19 Page: 25 Filed: 03/15/2018

large studies to see if there's an overall response survival for a large group of people." Appx16311 (110:17-19).

### C. A POSA Would Not Have Expected Increased Survival in Men with Prostate Cancer Based on Data from the Uncontrolled Pivot Study in Women with Breast Cancer

As Dr. Seth acknowledged, the Pivot breast cancer study was not designed to evaluate the efficacy of cabazitaxel in patients with DRmCRPC. Appx15220-15221 (152:20-153:4). Phase II studies provide efficacy information only for the particular patients tested. Appx11093, Appx11271, Appx14985-14986. As such, a POSA would not have relied on phase II data in breast cancer patients to reasonably predict benefits to prostate cancer patients. Appx14985-14986.

Prostate and breast tissues are distinct tissue types that respond to therapy differently. Appx14995-14997. As of January 2010, numerous therapies recommended for breast cancer had been tested and found ineffective in men with prostate cancer. Appx11325-11328, Appx11332-11335, Appx11419, Appx11426, Appx4334, Appx11169, Appx11692, Appx11272-11276, Appx11144, Appx11718, Appx11479, Appx11071, Appx14996-14997. And, even though the Pivot patients had a taxane-resistant form of breast cancer, a POSA would have known that prostate cancer and breast cancer may develop taxane resistance through different biological mechanisms. Appx11565, Appx15002-15003. For these reasons, a POSA would not have formed an expectation of increased survival in patients with

DRmCRPC based on the antitumor activity observed in patients with taxane-resistant breast cancer in Pivot. This is consistent with the testimony of Dr. Seth regarding the tumor response rate for larotaxel, another taxane, in taxane-resistant breast cancer that was higher than the rate observed in Pivot. Appx10714. Dr. Seth acknowledged that a POSA who was aware of larotaxel's breast cancer data would still not have been able to predict whether larotaxel would increase survival in patients with DRmCRPC: "I can only say that if a POSA read this in 2009 and said, oh, well, this worked in breast cancer pretty well, could this work in prostate cancer? Yeah, it could. Its ***likelihood it's going to be successful or not, we have no idea***." Appx16310-16311 (109:9-110:1) (emphasis added). This lack of predictability would have been even greater for cabazitaxel, which had a lower breast cancer response rate (14% v. 19%). Appx4217-4218, Appx10714.

Furthermore, according to a 2005 analysis, there is only a 25% "positive predictive value" for a breast cancer study with an objective response rate higher than 10%, as was reported for cabazitaxel in Pivot (14%). Appx4214, Appx14653-14654. A POSA would have understood this to mean that a phase III breast cancer study investigating whether a method increases survival would have only a 25% chance of success. Appx14654, Appx15152 (84:6-18), Appx15155 (87:10-18), Appx14993-14994. Significantly, these three-to-one odds of ***failure*** for the ***same*** tumor type (breast) undermine any assertion that success would have been

Case: 18-1203 Document: 19 Page: 27 Filed: 03/15/2018

predictable for a ***different*** tumor type (prostate).

**D. <u>A POSA Would Not Have Expected Increased Survival Based on the Mere Existence of the TROPIC Study</u>**

Against the backdrop of the numerous phase III studies in which drugs failed to prolong survival of patients with mCRPC (despite seemingly positive phase I/II studies that necessarily preceded permission to engage in those larger phase III studies), a POSA would have required a controlled study of cabazitaxel in DRmCRPC to reasonably expect that cabazitaxel would prolong survival in those patients. As Dr. Seth testified, a POSA who was aware of the data from Mita and Pivot would have looked for a larger study on the use of cabazitaxel to characterize the benefits versus risks of cabazitaxel in DRmCRPC patients. Appx15221 (153:12-25).

The mere fact that such a study (TROPIC) was ongoing as of January 2010 (as disclosed in the Winquist and TROPIC Listing publications) would not have informed a POSA as to whether cabazitaxel therapy would increase survival. Appx15010-15012. Winquist and the TROPIC Listing state only that the primary endpoint of the TROPIC study was overall survival, i.e., that the study was designed to determine whether cabazitaxel in combination with prednisone prolongs the lives of patients with DRmCRPC as compared to mitoxantrone therapy, and did not report any results. Appx4203, Appx4212, Appx15253-15255 (185:24-187:4) (Dr. Seth testifying that the TROPIC study was to "determine

Case: 18-1203 Document: 19 Page: 28 Filed: 03/15/2018

ultimately what is better" between cabazitaxel and palliative mitoxantrone therapy).

Importantly, developing treatments for mCRPC was and is particularly difficult and unpredictable, as evidenced by the numerous phase III failures described above. Appx15018-15019; *supra* Statement of Facts ("SOF") Section III.B. As Dr. Seth agreed, even today, mCRPC is "a very difficult disease to treat." Appx15085 (17:17-24); *see also* Appx16311-16312 (110:20-111:7) (Dr. Seth testifying that "[w]e have no . . . clue" why two of his patients in GVAX studies responded well, while the drug did not work for other patients). As noted above, by 2006, more than 200 compounds had entered clinical development for use in advanced prostate cancer, but none other than docetaxel was shown to increase overall survival. Appx14668. Even after the '592 patent was filed, the graveyard of mCRPC therapies continued to grow as study after study failed to show a survival benefit. Appx14979-14984. The evidence is therefore overwhelming that mere knowledge of an ongoing study to determine overall survival would not have provided a POSA with a reasonable expectation of success with respect to that outcome.

Many relevant real-world facts here, including that the TROPIC study was met with skepticism before it was initiated and that experts found the TROPIC results surprising after they were released, provide objective evidence that the

TROPIC results were unexpected.  For instance, Dr. Sartor, a principal investigator on TROPIC, experienced difficulties initiating that study because there was so little data on the use, let alone the efficacy, of cabazitaxel in prostate cancer. Appx14972, Appx15020.  Tellingly, Dr. Sartor was surprised when he reviewed the TROPIC data for the first time and learned when he presented the results publicly that "[p]ractitioners who had been aware of the existence of the study were surprised by the results."  Appx15019-15020.  This initial skepticism and subsequent surprise at the TROPIC results makes sense given that even in 2013, predicting a positive phase III study was "an impossible endeavor."  Appx10632.

As the Board acknowledged, the unexpected outcome of TROPIC and the significance of its results is also evidenced by the FDA's grant of fast-track review and approval of Jevtana®, the drug product containing cabazitaxel.  Appx49.  As the first therapy to show a survival benefit in patients previously treated with docetaxel, cabazitaxel in combination with prednisone thereby met a long-felt need which others had failed to meet.  Appx15888 (need known by 2004), Appx4332-4337 (discussing variety of approaches for "urgent" need), Appx11257, Appx15023-15028, Appx47-48.

## IV.  A POSA Would Not Have Been Motivated to Employ the Claimed Premedication Regimen Prior to Cabazitaxel Administration

Proposed substitute claims 31-34 require the administration of a

premedication regimen prior to administration of cabazitaxel comprising (i) an antihistamine, (ii) a corticosteroid, and (iii) an $H_2$ antagonist. Premedication regimens are employed to either reduce or lessen the incidence of side effects associated with intravenous administration of certain drugs (e.g., allergic responses referred to in the art as hypersensitivity reactions ("HSRs")). Appx15040-15041.

### A. <u>The Cabazitaxel Prior Art Did Not Suggest a Need for Premedication with Cabazitaxel</u>

In light of the available clinical data on cabazitaxel, a POSA in January 2010 would not have been motivated to premedicate patients prior to cabazitaxel administration. In Mita and Fumoleau, no premedication was given and no severe HSRs occurred. Appx4225, Appx4228-4229, Appx15914, Appx15041-15042. In fact, Mita was specifically designed to "characterize the toxicities of [cabazitaxel] administered without premedication," among other objectives. Appx4225. And Mita concluded that, "[b]ased on the results of this study, ***[cabazitaxel] administration does not require premedication, thus resulting in significant administration and convenience advantages***." Appx4230 (emphasis added). Mita further notes that the "low incidence of fluid retention . . . also favors [cabazitaxel]."[3] Appx4230.

---

[3] Fluid retention is another side effect associated with some chemotherapies and part of the reason for the use of premedication with docetaxel. Appx4351, Appx15043.

In the phase I Lortholary study, where cabazitaxel was given following an antihistamine premedication, no HSRs or fluid retention were reported. Appx14666-14667. Similarly, an antihistamine premedication was used in the phase II Pivot breast cancer study (Appx4215) where HSRs occurred in only 1% of treatment cycles, and grade 3-5 adverse events were "rare." [4] Appx4217. Pivot reported no severe fluid retention adverse events (Appx4217) and does not discuss additional premedications. Appx4218; *see also* Appx15042.

Thus, because nothing in the cabazitaxel art suggested a need for additional premedication, a POSA would not have been motivated to utilize the three-component premedication of the proposed substitute claims prior to cabazitaxel administration. If anything, the prior art suggested that no premedication, or a different regimen than is recited in the proposed claims, would have been desired. Appx4230.

### B. The Taxol® Label Would Not Have Motivated a POSA to Employ the Claimed Premedication

The FDA-approved label for Taxol® (paclitaxel) states that patients should be given the three-component premedication regimen of the substitute claims prior to administration. Appx11588. However, the Taxol® premedication regimen is

[4] The National Cancer Institute has common toxicity criteria for adverse events, with Grade 1 being the mildest and Grade 5 the most severe. Appx4226, Appx4216-4217.

Case: 18-1203 Document: 19 Page: 32 Filed: 03/15/2018

necessitated by the extremely high levels of HSRs reported with paclitaxel administration (41%, even with premedication), which were attributable to the presence of the surfactant Cremophor in the Taxol® formulation. Appx11588, Appx11614, Appx11537, Appx15916, Appx15933 (no premedication required for paclitaxel formulated without Cremophor). In contrast, as Mita noted, cabazitaxel formulations "do[] not require Cremophor and, therefore, result[] in reduced incidence of hypersensitivity reaction." Appx4230. For this reason, and given that HSR incidents for cabazitaxel either without a premedication or with only an antihistamine premedication were far lower (between 0-6% of patients) than the 41% HSR rate for Taxol® with a three-component premedication (Appx11614), a POSA would not have been motivated to use that same three-component premedication regimen for cabazitaxel. Appx15045-15046.

### C. Outdated Docetaxel Studies Would Not Have Motivated a POSA to Employ the Claimed Premedication Regimen over the Single-Component FDA-Approved Regimen for Docetaxel

Even assuming a POSA would have considered using a premedication regimen for cabazitaxel, that POSA would have looked to the regimen used for the FDA-approved drug Taxotere® (docetaxel), which unlike Taxol®, was formulated using the same polysorbate surfactant used in cabazitaxel formulations. Appx4230, Appx4356. However, a POSA turning to docetaxel would not have looked at the outdated docetaxel studies relied upon by the Board. Rather, the

Case: 18-1203 Document: 19 Page: 33 Filed: 03/15/2018

POSA would have looked to the FDA-approved premedication regimen for docetaxel, which would have led away from use of the premedication regimen of the substitute claims with cabazitaxel.

For administration of docetaxel, premedication with a single-drug, the corticoid dexamethasone, is required by the FDA to reduce HSRs and fluid retention. Appx4351. However, a POSA would have understood as of January 2010 that the levels of HSRs and fluid retention associated with docetaxel were far greater than those observed with cabazitaxel. Appx15043-15044. For example, HSRs were reported in 15.2% of patients with breast cancer in a phase III docetaxel study even after receiving a ***three-day*** premedication regimen. Appx4360-4361. In contrast, after a single injection of an antihistamine premedication, only 6% of patients experienced any grade of HSRs in the Pivot metastatic breast cancer study of cabazitaxel. Appx4217. Also, in the docetaxel breast cancer study, the overall incidence of fluid retention was 64.1%, with 6.5% characterized as severe. Appx4361. In Pivot, only 9% of patients experienced fluid retention, with no severe cases reported. Appx4217; *see also* Appx15042.

A POSA also would have understood that the lower incidence of HSRs and fluid retention associated with cabazitaxel as compared to docetaxel was due in part to the relative potency of the drugs. According to the FDA-approved Taxotere® label, HSRs from docetaxel administration were due in part to the

presence of polysorbate in the formulation. Appx4347, Appx4356, Appx4381. A POSA would have known that although cabazitaxel was also formulated with polysorbate in the same concentration, cabazitaxel was studied at the time at doses of 20-25 $mg/m^2$, much less than the FDA-approved docetaxel doses of 75 $mg/m^2$. Appx4347, Appx4381, Appx4225. Accordingly, a POSA would have understood that a patient would receive only approximately one-third of the amount of polysorbate with cabazitaxel as compared to the amount of polysorbate a patient would have received with docetaxel. Appx15044-15045. If anything, a POSA would have concluded from the foregoing that either no premedication was needed for cabazitaxel, consistent with the teaching of Mita or, if premedication was needed, a corticoid alone would suffice.

Moreover, by definition, all patients being given cabazitaxel according to the proposed substitute claims have previously been treated with docetaxel, which likely would have been administered with the FDA-approved premedication regimen of dexamethasone alone. Therefore, a POSA would not have been motivated to administer additional drugs such as an antihistamine or $H_2$ antagonist prior to cabazitaxel in view of the lessened risk of HSRs from cabazitaxel as compared to the docetaxel they were previously taking. Appx4217, Appx4230, Appx4360-4361, Appx15183 (115:18-19). Indeed, Dr. Seth testified that a POSA

would have instead used dexamethasone alone. Appx15181 (113:2-15), Appx15186-15187 (118:13-119:5).

### D. The Prior Art Did Not Teach or Suggest the Use of $H_2$ Antagonists with Cabazitaxel

The three-component regimen of the proposed substitute claims includes an $H_2$ antagonist, which is typically used to prevent conditions associated with increased stomach acid, such as reflux or stomach ulcers, which sometimes occur in chemotherapy patients. Appx15911, Appx15955, Appx15046. However, these conditions were not reported to be associated with cabazitaxel. Appx15046, Appx16332 (131:12-22). Therefore, a POSA would not have perceived a need for an $H_2$ antagonist with cabazitaxel to prevent adverse events associated with high levels of stomach acid. Appx15046, Appx15048.

Furthermore, a POSA would have known that the Taxotere® (docetaxel) label did not recommend $H_2$ antagonists as a premedication. Appx4347. To the contrary, a 2009 report suggested that premedication with $H_2$ antagonists before docetaxel treatment was associated with an increased risk of hand and foot syndrome, a painful condition sometimes caused by chemotherapy for which there is no proven effective treatment. Appx15943, Appx15949, Appx15953, Appx15047-15048.

Thus, a POSA would not have increased the risk of hand and foot syndrome by administering an $H_2$ antagonist to cabazitaxel patients absent a specific reason

Case: 18-1203 Document: 19 Page: 36 Filed: 03/15/2018

to do so. Appx15048. Yet, as discussed above, there was no suggestion in the prior art to administer an $H_2$ antagonist prior to cabazitaxel.

## SUMMARY OF THE ARGUMENT

The Board committed multiple legal errors, and several of its critical factual findings were not supported by substantial evidence.

*First*, the Board improperly found the preamble of the proposed substitute claims non-limiting in contravention of longstanding case law from this Court. There are two reasons why the preamble of the proposed substitute claims is a claim limitation:

(1) the preamble reference to "increasing survival" forms the antecedent basis for "a patient in need thereof" in the body of the claim.   This Court and numerous district courts have found a preamble to be limiting where the phrase "in need thereof" was used in claims nearly identical to the proposed substitute claims here;

(2)  Aventis unambiguously relied on the preamble to overcome prior art, a circumstance which this Court has repeatedly held renders a preamble limiting.

Significantly here, for the proposed substitute claims to be found obvious, the properly construed preamble limitation requires that the prior art teach a POSA that the claimed therapy would increase the survival of patients with DRmCRPC such that a POSA would practice the claimed method with the intent of prolonging those patients' lives.  And, Mylan essentially conceded that there was no evidence that cabazitaxel could achieve this benefit.  Thus, the proposed substitute claims

Case: 18-1203 Document: 19 Page: 38 Filed: 03/15/2018

are nonobvious and should be allowed.

*Second*, the Board relied on improper hindsight in selecting the references it used to find obvious the premedication limitations of the amended claims. At the time of the invention, two taxane drugs had been used to treat prostate cancer. Taxol® (paclitaxel), the first FDA-approved taxane, was administered using a three-drug premedication regimen to counteract adverse reactions caused by an inactive excipient (Cremophor) in the formulation. Taxotere® (docetaxel), the other taxane used as of January 2010, was administered at that time according to its FDA-approved label. That label specified a single premedication consisting of the corticoid dexamethasone, because docetaxel formulations did not contain the Cremophor found in Taxol®. Noting that the three-drug premedication regimen of the amended claims is the same as for Taxol®, and had been used with docetaxel in three older studies, the Board found that a POSA would have been motivated by mere ***knowledge*** of that regimen to use it with cabazitaxel. But knowledge alone cannot provide motivation, especially in the circumstances here where: (1) cabazitaxel is not formulated with Cremophor; (2) the three-drug premedication of the older docetaxel studies had long been superseded by the single-drug regimen found in the FDA label for docetaxel; and (3) prior art studies of cabazitaxel itself taught that ***no premedication*** would be needed. The Board's finding that the premedication limitations were obvious should be reversed and the amended

claims should be allowed.

*Third*, the Board's obviousness finding for claim 34, which is limited to a dose of 20 $mg/m^2$, is not supported by substantial evidence. The Board so held despite the admission of Mylan's expert Dr. Seth that a POSA would not have considered using a 20 $mg/m^2$ dose even after publication of the TROPIC study, during which 20 $mg/m^2$ was safely administered to some patients. If a POSA who had the TROPIC results would not have considered using a 20 $mg/m^2$ dose, that POSA clearly would not have done so in January 2010 before the TROPIC results were available.

*Lastly*, the Board erred in placing the burden on Aventis to show that the amended claims were patentable. While Aventis submits that each of the Board's three errors described above compel reversal of its decision and allowance of one or all of the amended claims, at minimum, this Court should remand for further proceedings using the proper burden of proof.

**STANDARD OF REVIEW AND RELEVANT LAW**

This Court reviews the Board's factual determinations for substantial evidence, and its legal determinations, such as claim construction, de novo. *In re Van Os*, 844 F.3d 1359, 1360 (Fed. Cir. 2017). "Substantial evidence is something less than the weight of the evidence but more than a mere scintilla of evidence," meaning that "[i]t is such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *In re NuVasive, Inc.*, 842 F.3d 1376, 1379-80 (Fed. Cir. 2016) (internal quotation marks and citations omitted). The substantial evidence standard requires "an examination of the record as a whole, taking into consideration evidence that both justifies and detracts from the agency's decision." *In re Zurko*, 258 F.3d 1379, 1384 (Fed. Cir. 2001) (internal quotation marks and citations omitted).

The Board must also provide an adequate "'evidentiary basis for its findings,'" *In re NuVasive*, 842 F.3d at 1382 (quoting *In re Lee*, 277 F.3d 1338, 1344 (Fed. Cir. 2002)), and must "articulate a satisfactory explanation for its action including a rational connection between the facts found and the choice made." *Id.* (quoting *Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983)). These requirements are meant to ensure that this Court can exercise effective judicial review of the Board's decision under the Administrative Procedure Act. *PersonalWeb Techs., LLC v. Apple, Inc.*, 848 F.3d 987, 992 (Fed.

Case: 18-1203 Document: 19 Page: 41 Filed: 03/15/2018

Cir. 2017). "[T]he orderly functioning of the process of review requires that the grounds upon which the administrative agency acted be clearly disclosed and adequately sustained." *SEC v. Chenery Corp.*, 318 U.S. 80, 94 (1943). Thus, for core factual findings in determining patentability, "the Board cannot simply reach conclusions based on its own understanding or experience." *In re Zurko*, 258 F.3d at 1386. "Rather, the Board must point to some concrete evidence in the record in support of these findings. To hold otherwise would render the process of appellate review for substantial evidence on the record a meaningless exercise." *Id.*

In *Aqua Products, Inc. v. Matal*, this Court ruled that the patent owner in an IPR does not bear the burden of proof on the patentability of its proposed substitute claims. 872 F.3d 1290, 1327 (Fed. Cir. 2017) ("[T]he PTO may not place [the] burden [of persuasion] on the patentee."). Rather, the petitioner bears the burden of proving that the proposed substitute claims are unpatentable "by a preponderance of the evidence." *Id.* at 1306 (internal quotation marks and citations omitted).

Case: 18-1203 Document: 19 Page: 42 Filed: 03/15/2018

# ARGUMENT

## I. By Rejecting the Limiting Effect of the Preamble, the Board Misconstrued the Proposed Substitute Claims

The preamble of original claim 27 recites: "A method of increasing the survival of a patient with a castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel." Appx202. Aventis argued that this entire preamble should limit the claim because, among other reasons, (1) the preamble provided an antecedent basis for a term in body of the claim, (2) the specification demonstrated that the preamble recited an essential aspect of the invention, and (3) to overcome prior art during prosecution, Aventis relied multiple times on the unexpected finding of increased survival in TROPIC in light of the lack of survival data in the prior art. Appx316-319.

However, the Board held that the preamble language that described the patients' disease state was limiting, but that "a method of increasing the survival" was not. Appx395-397. The Board based its determination to split the effect of the preamble in this manner largely on its assertion that the survival component of the preamble "does not result in a manipulative difference in the claimed method steps." Appx395-397 (quoting *Bristol-Myers Squibb Co. v. Ben Venue Labs., Inc.*, 246 F.3d 1368, 1375-76 (Fed. Cir. 2001)). Also, although the Board acknowledged that "Patent Applicants relied on evidence of therapeutic efficacy to argue that the claims were not obvious," the Board found that Aventis did not

explicitly rely on the preamble language itself, which thus was not a limitation. Appx396-397.

Partly in response to the Board's claim construction, Aventis drafted proposed substitute claims 31-34 relying on this Court's controlling decisions in *Jansen* and *Rapoport* (discussed below). Pursuant to those cases, "increasing survival" in the amended preamble was limiting because the body of the claim referred to a patient "in need" of the claimed method of increased survival. Appx661. Aventis also expressly noted in its Motion that it was amending and relying on the preamble to overcome prior art cited by Mylan and the Board. Appx662. Nonetheless, the Board found yet again that "increasing survival" was non-limiting and distinguished *Jansen* as decided under the *Phillips* claim construction standard instead of the "broadest reasonable claim interpretation" IPR standard. Appx70-73. The Board similarly rejected Aventis's disclaimer. Appx72. In the alternative, the Board held that if the preamble of proposed substitute claim 31 was limiting, it referred simply to a patient who needs increased survival. Appx72-73.

As set forth below, the Board erred by (1) failing to properly apply *Jansen* and *Rapoport*, (2) ignoring Aventis's clear and unmistakable reliance on "increasing survival" to overcome prior art, and (3) proffering an alternative construction that is not reasonable in light of the specification.

Case: 18-1203 Document: 19 Page: 44 Filed: 03/15/2018

### A. ***Jansen* and *Rapoport* Are Controlling**

This Court long-ago held that where a method preamble sets forth the method's objective, and the claim body directs the method be performed on a human "in need," the preamble is a statement of intentional purpose for how the method is to be performed, and is therefore limiting. *Jansen v. Rexall Sundown Inc*., 342 F.3d 1329, 1333 (Fed. Cir. 2003). In *Jansen*, the claimed "method of treating or preventing macrocytic-megaloblastic anemia" was performed on a human "in need thereof." *Id.* at 1330. As this Court explained, "thereof" referred to the antecedent treatment or prevention of macrocytic-megaloblastic anemia recited in the preamble, such that the preamble was a limitation. *Id*. at 1333. Consequently, any use of the method without intending such treatment or prevention was outside the scope of the claim. *Id.* at 1333-34; *see also Rapoport v. Dement*, 254 F.3d 1053, 1059-60 (Fed. Cir. 2001) ("Moreover, without treating the phrase 'treatment of sleep apneas' as a claim limitation, the phrase 'to a patient in need of such treatment' would not have a proper antecedent basis.").

This holding of *Jansen* squarely applies here. The body of proposed substitute claim 31 refers to administering a treatment "to a patient in need thereof." "Thereof" in the body of the claim refers to the antecedent "[a] method of increasing survival" in the preamble, indicating that that the preamble is required to give "life and meaning" to the claim. *Jansen*, 342 F.3d at 1333-1334.

Case: 18-1203 Document: 19 Page: 45 Filed: 03/15/2018

Therefore, the preamble is a limitation, and any use of the claimed method with any intention other than to increase the survival of the specified patients falls outside the scope of the proposed substitute claims.

The Board erred by distinguishing *Jansen* on grounds that "it was an infringement case that required the court to construe the subject claim 'so as to sustain [its] validity, if possible.'" Appx70. The *Jansen* Court never mentioned an interest in sustaining validity in reaching its claim construction, and that principle is a legal proposition of "limited utility." *Phillips v. AWH Corp.*, 415 F.3d 1303, 1328 (Fed. Cir. 2005) (*en banc*). To the contrary, this Court based its holding on the preamble language together with the claim language "to a human in need thereof" which "compel[led] the claim construction arrived at by both the district court and this court." *Jansen*, 342 F.3d at 1333.

The Board's opinion that *Jansen* is distinguishable based on prosecution history estoppel issues present in that case is likewise misplaced. Appx70. Like this case, the language at issue in *Jansen* was in the claim itself, i.e., a person "in need." 342 F.3d at 1333. Although the prosecution history "bolstered" *Jansen*'s conclusion that the preamble was limiting, that was not the determining factor. *See id*.

Because the language of the *Jansen* claim "compelled" a limiting construction, the rule requiring that a claim in IPR proceedings be given its

broadest reasonable interpretation does not change the analysis of the issue here. Neither here, nor in *Jansen*, did the patentee seek a particular construction that is narrower than the preamble's meaning in light of the specification.[5] Rather, as the *Jansen* Court noted, treating a preamble "as a limitation if it gives 'life and meaning' to the claim" is a "rule." 342 F.3d at 1333 (quoting *Kropa v. Robie*, 187 F.2d 150, 152 (C.C.P.A. 1951)).

Moreover, under the guise of the broadest reasonable interpretation standard, the Board appears to preclude a limiting preamble no matter how clearly an applicant relied on that preamble for patentability, or how necessary the preamble is to give life and meaning to the claim. Such a blanket rule of claim construction is unreasonable as it is inconsistent with this Court's long-standing precedent that clear statements limiting claims create a disavowal of scope (discussed below) and that preambles are limiting when necessary to give life to the claims. *See SAS Inst., Inc.*, 825 F.3d at 1348 ("While we have endorsed the Board's use of the broadest reasonable interpretation standard in IPR proceedings, we also take care to not read 'reasonable' out of the standard. This is to say that '[e]ven under the broadest reasonable interpretation, the Board's construction cannot be divorced from the specification and the record evidence and must be consistent with the one

[5] The full standard calls for the "broadest reasonable interpretation ***in light of the specification***." *SAS Inst., Inc. v. ComplementSoft, LLC*, 825 F.3d 1341, 1348 (Fed. Cir. 2016) (emphasis added).

that those skilled in the art would reach.'" (quoting *Microsoft Corp. v. Proxyconn, Inc.*, 789 F.3d 1292, 1298 (Fed. Cir. 2015))); *see also In re CSB-System Int'l, Inc.*, 832 F.3d 1335, 1340 (Fed. Cir. 2016) ("In many cases, the claim construction will be the same under the *Phillips* and BRI [broadest reasonable interpretation] standards.").

The Board's decision is also contrary to *Rapoport*, which involved a patent interference proceeding and, therefore, used a broadest reasonable interpretation standard for claim construction. *Rapoport*, 254 F.3d at 1059 (citing *Davis v. Loesch*, 998 F.2d 963, 968 (Fed. Cir. 1993)). *Rapoport* nonetheless found the claim preamble limiting. *Id.* However, the Board distinguished *Rapoport* on grounds that "there was no dispute [in *Rapoport*] that the preamble was a limitation." Appx71. But the Board did not explain how this circumstance alters the teaching of that case, as application of the broadest reasonable interpretation standard according to the Board would have resulted in the preamble being non-limiting despite the parties' agreement. In fact, despite the absence of a dispute, the Court conducted a thorough claim construction analysis and held that "without treating the phrase 'treatment of sleep apneas' as a claim limitation, the phrase 'to a patient in need of such treatment' would not have a proper antecedent basis." *Rapoport*, 254 F.3d at 1059.

The Board also sought to distinguish *Rapoport* based on differences in the

language of the relevant claim terms in that case and here.  Appx71-72.  However, the Board did not explain the purported significance of the subtle differences involved.  In any event, as this Court noted in *Jansen*, the critical phrase in both *Rapoport* and *Jansen*—which also is present in claim 31 here—is the phrase "in need," which compels the conclusion that the objective method of the preamble is limiting:

> In both *Rapoport* and this case, the claim preamble sets forth the objective of the method, and the body of the claim directs that the method be performed on someone "in need." In both cases, the claims' recitation of a patient or a human "in need" gives life and meaning to the preambles' statement of purpose. The preamble is therefore not merely a statement of effect that may or may not be desired or appreciated. Rather, it is a statement of the intentional purpose for which the method must be performed.

*Jansen*, 342 F.3d at 1333 (internal citation omitted).

The Board also misread *Sanofi v. Glenmark Pharms. Inc.*, No. 14-264, 2015 U.S. Dist. LEXIS 114406 (D. Del. Aug. 28, 2015).  While *Sanofi v. Glenmark* found that the preamble at issue there served as an antecedent basis for the term "said atrial fibrillation or atrial flutter" in the body of the claim, the court's primary finding was that because the preamble "gives life and meaning 'to a patient in need thereof' in the body of the claim" it was limiting under *Jansen* and *Rapoport*. 2015 U.S. Dist. LEXIS 114406, at *6-7, 14-15.  Thus, contrary to the Board's analysis, *Sanofi v. Glenmark* supports that the preamble of proposed claim 31 in

this case is limiting. Indeed, district courts that have considered whether a method claim preamble was limiting in light of language in the body of the claim directing the method be used for a subject "in need of" or "in need thereof," have strictly followed *Jansen* and found such preambles limiting. *See, e.g.*, *GlaxoSmithKline LLC v. Glenmark Pharms., Inc.*, No. 14-877-LPS-CJB, 2017 U.S. Dist. LEXIS 22903, at *9 (D. Del. Feb. 17, 2017); *Sanofi v. Lupin Atlantis Holdings S.A.*, No. 15-415-RGA, 2016 U.S. Dist. LEXIS 136770, at *8-9 (D. Del. Oct. 3, 2016); *Palmetto Pharms., LLC v. AstraZeneca Pharms., LP*, No. 2:11-807-SB, 2015 U.S. Dist. LEXIS 161710, at *10-13 (D.S.C. Nov. 30, 2015), *aff'd*, 671 F. App'x 788, 789 (Fed. Cir. 2016); *Pfizer Inc. v. Teva Pharms. USA, Inc.*, 803 F. Supp. 2d 397, 408-409 (E.D. Va. 2011); *Wyeth v. Mylan Pharms., Inc.*, No. 1:07CV91, 2009 U.S. Dist. LEXIS 43800, at *27-30 (N.D.W. Va. May 22, 2009); *Schering Corp. v. Glenmark Pharms., Inc.*, No. 07-1334 (JLL), 2008 U.S. Dist. LEXIS 69880, at *27-30 (D.N.J. Sep. 15, 2008).

### B. The Board Impermissibly Ignored Aventis's Clear Reliance on the Preamble to Overcome the Prior Art

Even if *Jansen* did not compel construction of the preamble here as limiting, the preamble nonetheless is limiting because Aventis unequivocally relied on the preamble limitation for purposes of patentability. The Motion states that: "Aventis is ***expressly amending*** the language of claim 27 to add the preamble ***as a limitation*** of the claim contingent upon a potential future finding by the Board that

the original claims are unpatentable." Appx662 (emphasis added). Well-settled law of this Court holds that where an applicant relies on the preamble language for patentability, the preamble is limiting. *MBO Labs., Inc. v. Becton Dickinson & Co.*, 474 F.3d 1323, 1330 (Fed. Cir. 2007).

Here, the evidence shows that Aventis relied on the preamble language to establish patentability. In particular, to distinguish prior art cited by the Board in its Institution Decision, Aventis relied on the unexpected finding of increased survival with 20-25 $mg/m^2$ of cabazitaxel in combination with prednisone administered in the TROPIC study to patients with DRmCRPC.[6] Appx655, Appx661-662, Appx664-665, Appx678-79, Appx48-49. This was a clear and unmistakable disclaimer of any use of the claimed method that was not performed with the intent to increase survival, which the Board cannot simply choose to ignore.

The Board quotes language from *Tempo Lighting* that does not support the Board's discretion to ignore Aventis's disclaimer here. Appx72 (citing *Tempo Lighting, Inc. v. Tivoli, LLC*, 742 F.3d 973, 978 (Fed. Cir. 2014)). That language merely concerns the unremarkable proposition that an examiner need not adopt an applicant's proposed claim construction when that construction may be

[6] In fact, a significant portion of the prosecution history and the arguments in the IPR were directed to this unexpected finding in light of the lack of survival data in the prior art. *See, e.g.*, Appx321-324, Appx347-348, Appx665-672, Appx678-679.

inconsistent with or unsupported by the patent specification. *Tempo Lighting*, 742 F.3d at 978. But that is not the case here. Aventis made an unambiguous disclaimer as to the scope of the proposed claims; and the preamble finds express support in the patent specification. Appx657-658 (citing written description support for claim 31, which the Board did not challenge). In such cases, the patentee is held to the narrower claim scope even when the examiner did not rely on the patentee's statements in his or her patentability determination. *See Fenner Invs., Ltd. v. Cellco P'ship*, 778 F.3d 1320, 1325 (Fed. Cir. 2015) ("[T]he interested public has the right to rely on the inventor's statements made during prosecution, without attempting to decipher whether the examiner relied on them, or how much weight they were given.").

### C. The Phrase "to a patient in need thereof" Adds an Intent Limitation to the Proposed Substitute Claims

The Board overstates Aventis's position, describing Aventis's purported "implicit proposal that the preamble imposes a claim requirement that the method must result in an increase in 'overall survival' in a population of patients." Appx71. But that is not Aventis's position. Rather, Aventis asserts that the claims are limited to administering the claimed premedication and chemotherapy with the intent of prolonging the life of the patient. As explained above, under *Jansen*, claim language that directs the method to be performed on a "patient in need thereof" adds an intent limitation to the claim.

Case: 18-1203 Document: 19 Page: 32 Filed: 03/15/2018

In *Jansen*, this Court held that the phrase "to a person in need thereof" means that the practitioner of the claim must have recognized a need to achieve the objective stated in the preamble, and intended to achieve that objective. *Jansen*, 342 F.3d at 1333-34. Following *Jansen*, *Sanofi v. Glenmark* held that "the combination of a limiting preamble and the recitation of a patient "in need thereof" adds an intent limitation to the claim such the claimed method must be administered "with the intent of decreasing the risk of hospitalization." 2015 U.S. Dist. LEXIS 114406, at *16-17; *see also Schering*, 2008 U.S. Dist. LEXIS 69880, at *29-30 (holding the term "in need of such treatment . . . has intent written into it").

Like those cases, the proposed substitute claims here direct that the claimed methods be administered to a patient in need thereof and, therefore, to practice the claims, the physician administering the claimed premedication and chemotherapy must do so with intent to increase survival.

**D. <u>The Board's Alternative Construction Is Unreasonable</u>**

The Board incorrectly found in the alternative that "[t]o the extent the preamble in substitute claim 31 may be considered limiting at all, it refers only to a patient in need of increased survival." Appx72. The Board's reasoning here seems to mistakenly imply that the intentional purpose of treating patients with DRmCRPC at the relevant time was solely to increase survival. As the Board

noted, however, prolonging survival was just "one of the purposes" of administering treatment. Appx73. In fact, prior to the invention of the method of the proposed claims, patients with DRmCRPC were not treated with the intent to increase survival, because no therapy had been found capable of doing so. Appx4332, Appx14943-14944. Instead, the standard of care was palliative treatment with mitoxantrone in combination with a corticoid. Appx4458, Appx49 (n.16). There was no evidence that that combination of drugs would prolong the lives of patients with DRmCRPC; therefore, those patients were treated not with the intent to increase survival, but to alleviate symptoms. Appx14942-14944.

Such mitoxantrone therapy was administered despite the fact that it did not prolong patients' lives. Rather, it was the best therapy available at the time.[7] Appx4458, Appx49 (n.16). In testimony omitted by the Board by ellipsis (Appx73), Dr. Sartor testified that: "the goals of therapy were to ***improve quality of life through symptom control*** and to attempt prolongation of life." (emphasis

---

[7] The fact that "virtually all" patients with DRmCRPC are in need of a method of increasing survival is unremarkable; all humans are mortal. Those diagnosed with a terminal disease in particular are in need of methods to prolong their lives, but that is not the only need they have. Moreover, adopting a construction for the preamble that simply describes patients in a manner in which they are "already defined in the body of the claim" would unreasonably render the claim limitation meaningless. *Bicon, Inc. v. Straumann Co.*, 441 F.3d 945, 950 (Fed. Cir. 2006) ("[C]laims are interpreted with an eye toward giving effect to all terms in the claim.").

added). Appx14941-14942; *see also* Appx15007 ("The hope was to have these patients live longer ***or live better, i.e., more comfortably***." (emphasis added)).

The Board's reliance on *Bristol-Myers* is misplaced for several reasons. Appx15-16, Appx73. *First*, in *Bristol-Myers*, this Court found the preamble non-limiting because there was no prosecution history to support a limiting construction. 246 F.3d at 1375. However, here, Aventis expressly stated that the phrase "to a patient in need thereof" was added by proposed amendment to make the preamble limiting. Appx655.

*Second*, the *Bristol-Myers* Court found that the "language of the claim itself strongly suggests the independence of the preamble from the body of the claim," and the body of the claim lacked terms that necessarily derived antecedent basis from the preamble. 246 F.3d at 1375. The claims at issue in *Bristol-Myers* were directed to administration of an antineoplastically effective amount of about 135 to 175 mg/m$^2$ Taxol® over a period of about three hours. *Id*. at 1371-72. Notably, unlike here, and unlike in the *Jansen* and *Rapoport* line of cases, the claims in *Bristol-Myers* did not recite a patient "in need." *Id*. As the *Bristol-Myers* Court discussed, the patentee in that case found that if the claimed amount of Taxol® was administered over the claimed period of time, the associated toxicity reported in the prior art with such doses could be reduced while maintaining anticancer activity. *See id*. at 1373-74. Thus, the preamble in *Bristol-Myers* did not add

anything to the claim; "reducing hematologic toxicity" was simply a consequence of the specific dosing method already described in the claims. In other words, a POSA could understand what the effective amount was from the body of the claim and, therefore, the preamble did not explain a claim limitation. *Id*. at 1375. Here, however, the preamble is required to give life and meaning to the phrase "to a patient in need thereof."

*Third*, the *Bristol-Myers* court took issue with the fact that the plaintiffs in that case were proposing non-limiting constructions for purposes of infringement but limiting constructions for purposes of validity. *Id*. Such is not the case here; in a subsequent infringement action Aventis would prove infringement of the preamble limitation.

Thus, *Bristol-Myers* does not support the Board's conclusion that Aventis's proposed construction is "contrary to Federal Circuit precedent" and does not outweigh the controlling *Jansen* line of cases. Appx73. Therefore, the Board's construction should be reversed.

## II. When Properly Construed, the Substitute Claims Are Patentable

### A. There Is No Record Evidence Establishing a Reasonable Expectation of Success of Increased Survival

As explained above, the proposed substitute claims require that a POSA intend to increase survival by administering cabazitaxel, prednisone, and the premedication regimen "to a patient in need thereof." A POSA cannot intend for a

drug to increase survival without evidence that it is expected to do so. Appx16378-16379. In other words, a POSA would not treat patients with a chemotherapy having uncertain efficacy with the intent of prolonging life. Therefore, to establish that a POSA would have been motivated by the prior art to practice the claimed methods, it must be shown that a POSA would have had a reasonable expectation of increased survival. *See Amgen Inc. v. F. Hoffman-La Roche Ltd.*, 580 F.3d 1340, 1362 (Fed. Cir. 2009) (obviousness requires showing that a POSA had a reasonable expectation that the claimed methods would work for their intended purpose). This is consistent with the holding in *Sanofi* where the patent challenger was required to show that a POSA at the time of the invention "would have had a reasonable expectation that dronedarone would succeed in reducing cardiovascular hospitalization in the ATHENA patient population." *Sanofi v. Watson Labs. Inc.*, 875 F.3d 636, 647 (Fed. Cir. 2017).

Mylan nowhere addressed the issue of a reasonable expectation of success for the proposed amended claims. Instead, Mylan first argued that increased survival need not be taught in the prior art because it is "inherent." Appx955-956. This argument, however, presumes that the claimed methods were already in the prior art, which Mylan's expert acknowledged were not. Appx955, Appx16339-16340 (138:20-139:6, Dr. Seth: "I cannot recall any piece of paper that have [a method comprising administering to a patient an antihistamine, a corticoid, an H2

antagonist and a dose of 20 to 25 milligrams per meter squared of cabazitaxel in combination with prednisone or prednisolone] before 2009"). Thus, it is not relevant to patentability here whether increasing survival is inherent to the methods of the proposed amended claims.

Mylan also relied on the primary objective of the TROPIC study—to assess overall survival—and argued in essence that, in light of the prior art, the mere fact that a POSA would know that cabazitaxel in combination with prednisone was being studied in TROPIC provided a POSA a reasonable expectation that that combination would increase survival as compared to mitoxantrone and prednisone. Appx956-957. As discussed above, however, the fact that the TROPIC study was ongoing would not have provided a reasonable expectation that the study would succeed, particularly in light of the minimal data regarding cabazitaxel (none regarding survival) and the numerous failures of other prostate cancer therapies to increase survival in clinical studies. *Supra* SOF Sections III.A, B, D. As Dr. Seth acknowledged, the TROPIC study was conducted to determine "ultimately what is better [as between cabazitaxel and mitoxantrone]" (Appx15254-15255 (186:7-187:4)), because at the time the answer to that question was unknown.

As to a POSA's expectation at the time of the TROPIC study, Dr. Seth testified, "I have a Phase III trial. I'm ***hoping*** that trial is going to work. That is always the gut feeling you have when you have a Phase III trial. ***Will it work or***

Case: 18-1203 Document: 19 Page: 58 Filed: 03/15/2018

***not? I do not know*** because there's so many factors that go into that success." Appx16313 (112:21-25, emphasis added). Indeed, Dr. Seth was unwilling to conclude, based on the prior art, that a POSA would have expected cabazitaxel in combination with prednisone to increase overall survival in patients with DRmCRPC prior to knowing the results of TROPIC. Rather, he repeatedly testified that a POSA would merely "hope" that cabazitaxel would increase survival. For example, Dr. Seth testified, "I think a POSA in 2008 or 9 ***would just hope*** that cabazitaxel . . . would give them an overall benefit in controlling their disease which would increase their overall survival." Appx16242-16243 (41:8-42:6, emphasis added), Appx16229 (28:21-25, "[a] POSA would always be ***hoping*** that the usage of cabazitaxel . . . would ***hopefully*** give patients – give most patients an overall increase in survival by controlling their disease"); *see also* Appx16230-16231 (29:2-30:3, "most of us were ***hoping*** cabazitaxel . . .," "a POSA would ***hope*** using cabazitaxel . . .").

The mere "hope" that a claimed method will work falls far short of reasonably expecting that it will succeed and cannot support obviousness of a claimed invention. *Sanofi v. Glenmark Pharms. Inc*., 204 F. Supp. 3d 665, 691-92 (D. Del. 2016) (hypothesis that dronedarone would reduce cardiovascular hospitalizations versus placebo in an ongoing phase III trial did not give rise to a reasonable expectation that the claimed methods of administering dronedarone

would actually reduce such hospitalizations), *aff'd*, *Sanofi v. Watson Labs. Inc.*, 875 F.3d 636; *see also Genzyme Corp. v. Dr. Reddy's Labs., Ltd.*, No. 13-1506-(GMS), 2016 U.S. Dist. LEXIS 62056, at *38 (D. Del. May 11, 2016) (no reasonable expectation of success where inventor explained he had a "'hope,' but not an expectation" that a clinical trial would succeed in light of the history of failure in the field), *aff'd*, Nos. 2016-2206, 2016-2207, 2017 U.S. App. LEXIS 25454 (Fed. Cir. Dec. 18, 2017).

The evidence showed that it was unexpected (as first shown in the TROPIC study) that 20-25 mg/m$^2$ of cabazitaxel in combination with prednisone would prolong overall survival in patients with DRmCRPC. Appx15018-15021, Appx15028, Appx15038-15039. In particular, the undisputed facts showed that (1) there was no comparative survival data reported for cabazitaxel in any of the prior art studies, (2) reductions in PSA levels and tumor size observed in those studies were not validated surrogates for overall survival, and (3) numerous other therapies failed to provide a survival benefit in phase III studies despite demonstrated antitumor efficacy in earlier studies. *Supra* SOF Sections III.A, B, D. As the Board correctly found, "the results of the TROPIC Study were unexpected enough to result in FDA fast-track approval of the first therapy for docetaxel-refractory mCRPC patients." Appx49.

Finally, the real-world evidence from the FDA and other experts in the field

(explained *supra* SOF Section III.D) confirms that a POSA would not have had a reasonable expectation that the claimed cabazitaxel therapy would increase survival in patients with DRmCRPC, and, therefore, that a POSA would not have been motivated to practice the claimed methods with an intent to prolong the lives of the claimed patients.

Since Mylan did not present evidence to rebut Aventis's compelling evidence that a POSA would not have had a reasonable expectation of success of increased survival with 20-25 mg/m$^2$ cabazitaxel in combination with prednisone, this Court should hold claims 31-34 nonobvious and reverse the Board's denial of the Motion without need for proceedings on remand.

### B. The Board Improperly Ignored Dr. Seth's Admissions That a POSA Would Not Have Been Motivated to Administer a 20 mg/m$^2$ Dose of Cabazitaxel

Claim 34 is directed to the administration of a 20 mg/m$^2$ dose of cabazitaxel to patients with DRmCRPC. There was no prior art data showing the effect of a 20 mg/m$^2$ cabazitaxel dose in patients with DRmCRPC. As such, a POSA could not have had a reasonable expectation that such a dose would increase survival in those patients, and claim 34 should be found patentable even under the Board's erroneous claim construction.

The Board failed to provide any explanation to support a conclusion to the contrary. In fact, Mylan's Dr. Seth admitted that even ***after*** the TROPIC study

Case: 18-1203 Document: 19 Page: 61 Filed: 03/15/2018

results were available, a POSA "most likely would not be able to think of giving a dose of 20 milligrams per meter squared," and "I don't think most oncologists would think 20 milligrams would work." Appx15140-15141 (72:17-73:2, 73:14-23). There is no evidence contrary to these critical admissions.

Obviousness requires showing that a POSA ***would have*** been motivated to practice the claimed treatment; it is insufficient to show that a POSA ***could have*** practiced the methods. *PersonalWeb Techs.*, 848 F.3d at 993-94. Dr. Seth's admission that a POSA "would not be able to think of giving a dose of 20 milligrams per meter squared" shows that the Board erred in finding that a POSA would have been motivated to administer 20 mg/m$^2$ cabazitaxel to patients with DRmCRPC based on results in the Pivot breast cancer study (Appx54), let alone that a POSA would have done so with the specific intention of increasing survival. That finding is not supported by substantial evidence and should be reversed.

## III. The Board's Finding That a POSA Would Have Been Motivated to Use the Claimed Premedication Regimen with Cabazitaxel Is Not Supported by Substantial Evidence

The premedication limitations of the proposed claims render those claims patentable over the prior art by a preponderance of the evidence regardless of whether the claim preambles are limiting. The Board's finding to the contrary – that, when administering cabazitaxel and prednisone for treating patients with DRmCRPC, the administration of the claimed premedication regimen would have

been obvious to a POSA – is not supported by substantial evidence.

### A. The Board Erred by Mischaracterizing the Testimony of Dr. Sartor and Ignoring the Improved Safety of Cabazitaxel over Docetaxel in Terms of HSRs

None of the prior art references relied upon by Mylan or the Board that disclose the administration of cabazitaxel to prostate cancer patients (Winquist, the TROPIC Listing, and Mita) further disclose the use of the three-component premedication regimen of claim 31. Appx4203-4205, Appx4212, Appx4230. Moreover, a POSA would not have been motivated to combine any of those references with a three-component premedication regimen. If anything, the prior art suggested that such a combination would be unnecessary, or that a different combination should be used. For example, Mita, the only prior art publication containing data for cabazitaxel in prostate cancer patients, was explicitly designed in part to determine whether premedication was required. *See* Appx4225 ("The principal objectives . . . were to (*a*) characterize the toxicities of [cabazitaxel] administered without premedication . . . ."). Yet, premedication was not needed for any of the 25 patients in the Mita study, and the authors concluded that cabazitaxel "administration does not require premedication." Appx4228, Appx4230, Appx16381-16382. No physician would prescribe additional drugs to a patient unless it was required.

The evidence cited by the Board is not sufficient to overcome Mita's clear

Case: 18-1203 Document: 19 Page: 63 Filed: 03/15/2018

teaching away from the claimed premedication regimen. Relying heavily on Mylan's mischaracterization of Dr. Sartor's testimony, the Board (1) cited to Dr. Sartor's testimony that "4 percent of people with a bad hypersensitivity is a crazy high number, scares the hell out of me," (2) noted the 4% of grade 3 or higher HSRs observed in the Pivot breast cancer study of cabazitaxel, and (3) found that, contrary to the conclusion in Mita, Pivot would have motivated a POSA to use premedication for cabazitaxel. Appx75, Appx78-80. But, a proper review of Dr. Sartor's full testimony tells a different story.

When asked whether, in his opinion, a "4 percent incidence of hypersensitivity reaction is an insubstantial risk," Dr. Sartor responded, "[i]t depends on how bad it is. If 4 percent of my patients ***are about to die***, I'm freaked out." Appx5086 (216:8-17, emphasis added). Thus, in his testimony, Dr. Sartor clearly was referring to ***grade 4 life-threatening*** HSRs consistent with testimony he gave elsewhere that he would interpret "severe" to include grade 4 HSRs and not necessarily grade 3 HSRs. Appx10437-10438 (466:10-467:3). This is important because only a single patient in Pivot had a grade 4 or higher HSR, and therefore only about 1% of the patients in Pivot had "severe" HSRs as Dr. Sartor used the term, not 4% as the Board found. Appx4217, Appx10514 (543:11-20). Thus, the purported 4% rate of severe HSRs relied upon by the Board did not occur in Pivot, and the Board accordingly was incorrect that Pivot would have provided a

strong motivation to use premedication with cabazitaxel despite Mita.

Indeed, as Dr. Seth acknowledged, Pivot discloses a "'very favorable' safety profile compared to docetaxel," and Pivot reports that grade 3-5 adverse events, including HSRs, were "rare." Appx5433-5434, Appx16270-16271 (69:17-70:7), Appx16274 (73:2-15), Appx4217. Pivot must also be considered in the context of the other prior art cabazitaxel studies (Mita, Lortholary, Fumoleau), which reported ***no severe HSRs*** despite patients receiving no premedication, or at most receiving only a single-drug (antihistamine) premedication. Appx4228, Appx14666-14667, Appx15914, Appx10467 (496:1-19), Appx10507 (536:4-22), Appx10509-10510 (538:1-539:10). In view of that undisputed prior art evidence, if it had occurred to a POSA to use a premedication regimen with cabazitaxel, he or she would not think to use a more complicated and costly three-drug regimen than what was used with docetaxel.

The Board also erred by failing to address the improved safety shown in Pivot of cabazitaxel over docetaxel with respect to HSRs, focusing instead on the fact that some HSRs were observed in Pivot. *In re Zurko*, 258 F.3d at 1384 (substantial evidence standard requires "an examination of the record as a whole, taking into consideration evidence that both justifies and detracts from the agency's decision." (internal quotation marks and citations omitted)). Indeed, although the Board seemed to doubt whether a POSA would have understood the

Case: 18-1203 Document: 19 Page: 65 Filed: 03/15/2018

rate of cabazitaxel HSRs to have been lower than for paclitaxel and docetaxel therapy, this fact was not in dispute. *Compare* Appx75 ("although the rate of HSRs ***may*** have been lower" (emphasis added)) *with* Appx15183 (115:18-19, Dr. Seth admitting that "cabazitaxel was thought to be . . . from the Mita paper to be less hypersensitivity [sic]."). In any event, especially in light of the conclusion in Mita that no premedication was required, a single severe grade 4 cabazitaxel HSR in a single patient across four studies does not support the Board's finding that a POSA would have employed the more demanding claimed premedication regimen, which can exacerbate the side effects of chemotherapy. *Supra* SOF Sections IV.A, D.

The Board also relied on Winquist and the TROPIC Listing, which both include a partial description of the protocol for the TROPIC study, the results of which led to the claimed invention. Appx80, Appx4212, Appx4203-4205. But neither reference provides a motivation to practice the claimed methods because neither reference discloses the use of premedication. Appx4212, Appx4203-4205. In fact, if anything, a POSA would have considered the absence of premedication use in the disclosures of the TROPIC study to be consistent with the teaching in Mita that premedication is not required.

### B. The Board's Finding That the Claimed Premedication Regimen Was "Well Known" Is Insufficient to Prove Obviousness

The Board's denial of the Motion rests largely on its findings that the

claimed premedication regimen was "well known" at the time of the invention because that regimen was used previously with other chemotherapy drugs. Appx75-77. Such findings are insufficient to prove obviousness. *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 418 (2007) ("[A] patent composed of several elements is not proved obvious merely by demonstrating that each of its elements was, independently, known in the prior art.").

The Board relied on *KSR* in finding that the claimed premedication regimen was a known solution to a known problem. Appx75-76. But hypersensitivity, fluid retention, and nausea were not "known problems" with the administration of cabazitaxel. Rather, the prior art specifically states that these were not problems associated with cabazitaxel or, at minimum, were less of a problem as compared to docetaxel. Appx4228, Appx4218. Therefore, a POSA would not have been motivated to employ a more complicated premedication regimen for cabazitaxel (three drugs) as compared to docetaxel (dexamethasone alone), and thereby forego the "significant administration and convenience advantages" noted in Mita. Appx4230. Thus, even if a POSA associated cabazitaxel with such problems, the claimed premedication regimen would still not have been an "obvious solution."

The Board also found that Dr. Sartor gave testimony that "weighs against Patent Owner's teaching away argument," namely that "when we administer an agent known to be associated with [HSRs], if there's a method to help control

those, then we use that." Appx80. Putting aside the evidence that premedication was not required with cabazitaxel to prevent HSRs, the Board did not explain why the single-component FDA-approved docetaxel premedication would not have been adequate, particularly given that prescribed docetaxel doses were known to contain a significantly higher amount of HSR-causing polysorbate than cabazitaxel patients would receive. *See supra* SOF Section IV.C. In fact, Dr. Seth unequivocally stated that a POSA "err[ing] on the side of preventing a hypersensitivity reaction" as a result of cabazitaxel administration would use dexamethasone alone, not the claimed three-component premedication regimen, as postulated by the Board:

> Q. Okay. The -- so the -- you would expect a POSA in 2009 would have expected the administration of cabazitaxel to result in hypersensitivity reactions?
>
> A. I would expect the POSA to be prepared in case a hypersensitivity reaction happens. I do not know if they were always anticipating -- there's no guarantee that you're going to get hypersensitivity reaction with every drug you gave but I think any POSA would err on the side of preventing a hypersensitivity reaction.
>
> Q. And err on the side how?
>
> A. By giving premedications.
>
> Q. Specifically what premedications?
>
> A. The specific premedication we use for the docetaxel chemotherapy is dexamethasone.

Appx15181 (113:2-15); *see also* Appx15186-15187 (118:13-119:5, Dr. Seth: "I believe POSAs would use the same premedication on docetaxel in cabazitaxel before TROPIC came out and the product information of cabazitaxel came out.").

Dr. Seth's testimony on this subject makes sense. The claimed methods are directed to patients whose prostate cancer has progressed during or after treatment with docetaxel. Thus, by definition, these patients were recently on docetaxel therapy, receiving dexamethasone alone as premedication. Notably, these patients had no history of severe HSRs with docetaxel or other drugs formulated with polysorbate because otherwise docetaxel would have been contraindicated. Appx4347-4348. Thus, the claimed patients could tolerate docetaxel administration with higher amounts of polysorbate after taking only dexamethasone.

Accordingly, if a POSA in January 2010 were to consider administering cabazitaxel to such a patient (i.e, one previously treated with docetaxel, as called for by the claims), it would make little sense to add two additional premedication drugs when it was understood that the risk of hypersensitivity reactions is lower for cabazitaxel than for docetaxel. Neither Mylan nor the Board provided any credible rationale for why a POSA would be so motivated. That motivation cannot be the mere fact that the claimed premedication regimen was "well known." *PersonalWeb Techs.*, 848 F.3d at 993-94 ("Obviousness concerns whether a skilled

artisan not only could have made but would have been motivated to make the combinations or modifications of prior art to arrive at the claimed invention." (internal quotation marks and citations omitted)). And as discussed below, prior art references disclosing use of the claimed premedication for other taxanes do not provide this motivation.

### C. <u>The Board's Finding That the Claimed Premedication Regimen Was Obvious Is Based on Hindsight</u>

The Board relied on Dr. Seth's unsupportable conclusion that a POSA would have been motivated to use the Taxol® three-drug premedication regimen "to obtain a similar reduction in HSRs" with cabazitaxel. Appx76. Dr. Seth's and the Board's reliance on the premedication described in the Taxol® label is misplaced because the extremely high levels of Taxol® HSRs were caused by the specific surfactant (Cremophor) used to formulate Taxol®, and not by the drug itself. Appx11588, Appx11614, Appx11537, Appx15916, Appx15933. The Board attempted to sidestep this undisputed fact by pointing to early docetaxel studies that used the Taxol® premedication regimen. Appx76-77. But, a POSA investigating whether and what premedication to use for cabazitaxel therapy would not have looked to those older studies to determine the need for premedication for docetaxel when a single premedication had been approved by the FDA for docetaxel. Appx16384-16385.

The first of these studies, Takenaka, was a small, experimental study

designed to evaluate the efficacy and toxicity in Japanese men of weekly docetaxel at a dose of 30 $mg/m^2$ in combination with an additional chemotherapy drug, estramustine. Appx5614. However, Takenaka did not recommend use of this chemotherapy regimen, and there is no evidence that it was used again. Appx5614.

By January 2010, a POSA would have known that the FDA had determined that dexamethasone alone was safe to use as a single premedication with higher docetaxel doses than those used in Takenaka. Appx4347, Appx5614. Therefore, to the extent a POSA would look to a regimen for docetaxel administration in a search for a premedication for cabazitaxel, he or she would have selected the FDA-approved regimen of dexamethasone alone, not the one-off use of the Taxol® premedication in Takenaka.[8] Appx4347, Appx16384-16385, Appx15181 (113:2-15), Appx15186-15187 (118:13-119:5, Dr. Seth: "POSAs would use the same premedication [dexamethasone] on docetaxel in cabazitaxel before TROPIC came out . . . .").

Trudeau and Hudis are even older (1996) docetaxel studies in breast cancer employing a variety of premedications. Appx5619-5620, Appx5625, Appx5627-

[8] Demonstrating the hindsight nature of the Board's analysis, when considering the separate question of whether a POSA would have been motivated to coadminister 10 mg prednisone with cabazitaxel, the Board looked not to Takenaka, in which docetaxel was given in combination with estramustine, but to the Tannock study that formed the basis of FDA-approval of docetaxel. Appx64.

5629. Both studies reported HSRs in more than 50% of patients. Appx5620, Appx5628. These levels are far higher than the 6% of patients having any HSR for cabazitaxel in Pivot, a fact which would have taught a POSA that less and not more premedication was necessary for cabazitaxel than docetaxel. Appx4217, Appx16386-16387. Again, this is consistent with the conclusion in Pivot that cabazitaxel was "well tolerated," with a safety profile that is more favorable than Taxol® and docetaxel, thereby suggesting the need for less premedication with cabazitaxel. Appx4214, Appx4218, Appx16382-16383, Appx16386-16387, Appx15183 (115:11-19).

At bottom, the Board's selection of the Taxol® premedication regimen over the FDA-approved docetaxel regimen employs impermissible hindsight. Without knowledge of the full TROPIC study protocol and results, which are found nowhere in the prior art, a POSA would not have employed the Taxol® three-drug premedication regimen as opposed to no premedication at all or the single-drug premedication regimen used for docetaxel. Significantly, this was corroborated by Dr. Seth. Appx15186-15187 (118:13-119:5, "***I feel as a POSA in 2009, before TROPIC***, . . . most of my colleagues would premedicate before administration of cabazitaxel, similar to how we would premedicate before docetaxel . . . . ***I believe POSAs would use the same premedication on docetaxel before TROPIC came out***. . . ." (emphasis added)).

## D. A POSA Would Not Have Been Motivated to Administer an $H_2$ Antagonist

Even if a POSA would have been motivated to include additional premedication beyond what patients were administered while on docetaxel therapy, there would have been no reason to administer an $H_2$ antagonist. The Board cites no basis for using an $H_2$ antagonist premedication other than its use in the Taxol® premedication regimen.

Aside from being "known," Mylan's only alleged basis for use of an $H_2$ antagonist is found in statements in the 2008 National Comprehensive Cancer Network ("NCCN") Antiemesis Guidelines. Appx960, Appx5583. Those statements were properly not credited by the Board. The only reference to $H_2$ antagonists in these guidelines is in the "breakthrough emesis" section, which refers to circumstances where premedication was given for nausea and vomiting, and, after administration of chemotherapy, the patient still experienced nausea and vomiting. Appx5597, Appx5604-5605. One suggestion in the NCCN Guidelines for physicians treating such patients is, if a patient also has dyspepsia, to "consider" administering antacid therapy, an $H_2$ antagonist, or a proton pump inhibitor. Appx5597. But there are two reasons why that suggestion could not serve as a motivation for a POSA to add $H_2$ antagonists as premedication for cabazitaxel. *First*, the "breakthrough emesis" section does not discuss premedication, but rather concerns giving medications ***following*** chemotherapy.

Appx5597.  *Second*, as Dr. Seth admitted, dyspepsia was not a problem associated in the prior art with either cabazitaxel or docetaxel therapy.  Appx16332 (131:12-22).

Also, as explained by Dr. Seth, in light of the results of Pivot, a POSA would have expected nausea and vomiting to be less of a problem for cabazitaxel than docetaxel for patients with mCRPC:

> A POSA simply would take the Pivot data even if it's in breast cancer patients, and you saw that ***they had better nausea [and] vomiting*** . . . in breast cancer.  That's what Pivot studied.  You're going to extrapolate that and you're going to say that hopefully the prostate cancer patients will have that same benefit versus a docetaxel [sic].

Appx16274 (73:2-15, emphasis added).

The Board took Dr. Sartor's testimony regarding the safety of premedication drugs out of context.  Appx79-80.  Dr. Sartor was not specifically asked whether there were risks associated with the use of $H_2$ antagonists with taxane chemotherapy, only whether such drugs were considered "extremely risky."  Appx5087 (217:20-22).   While $H_2$ antagonists may not be dangerous to the general, healthy patient population, such patients are not at risk of developing hand and foot disease, which can occur in patients taking cytotoxic chemotherapy.  Appx15944; *supra* SOF Section IV.D.

And, even if $H_2$ antagonists were not considered "extremely risky," that does

not mean they are without risks, or would be administered absent a good reason for doing so. As Dr. Sartor explained in testimony cited by the Board, "it's all about the risk/benefit." Appx79-80. Indeed, a POSA would have considered the avoidance of additional premedication associated with Taxol® to have "significant administration and convenience advantages." Appx4230.

Even more damaging to Mylan's assertions regarding the obviousness of including an $H_2$ antagonist is the testimony of Dr. Seth. In particular, Dr. Seth admitted that a POSA who believed nausea and vomiting to be problems associated with cabazitaxel would not choose to administer an $H_2$ antagonist, but rather would use one among a number of newer, more effective antiemetic compounds that were known in January 2010. Appx15195 (127:17-23), Appx16322-16323 (121:8-121:3); *see also* Appx5602. The Board failed even to address this testimony. Thus, even if there was evidence that nausea and vomiting were known problems associated with cabazitaxel, Mylan's expert conceded that premedication with an $H_2$ antagonist would not have been the obvious solution.

### E.    The Board's Finding of Obviousness of Claim 34 Is Not Supported by Substantial Evidence

The Board failed in any way to address claim 34 (directed to the administration of a 20 mg/m$^2$ dose of cabazitaxel). Nor did the Board provide a rationale as to why a POSA in January 2010 would have been motivated to employ the claimed three-component premedication regimen prior to the administration of

a 20 mg/m$^2$ dose of cabazitaxel.

In particular, the Board cited no evidence in the prior art of HSRs following the administration of the lower 20 mg/m$^2$ dose of cabazitaxel. Moreover, the Board did not explain why a POSA would use the premedication regimen in the Takenaka 30 mg/m$^2$ docetaxel weekly study for a 20 mg/m$^2$ dose of cabazitaxel. Although the dose in Takenaka is lower than the FDA-approved docetaxel dose of 75 mg/m$^2$, this lower dose still contains a 50% higher concentration of polysorbate than does a 20 mg/m$^2$ dose of cabazitaxel and, thus, presumably presents a much higher risk of HSRs. Appx4225, Appx4347, Appx4381, Appx5614. Again, the Board's obviousness finding also ignores that docetaxel was approved by the FDA at the higher 75 mg/m$^2$ dose without need for the three-component premedication, which supports Aventis's arguments that a POSA would not have believed the three-drug premedication was needed for cabazitaxel. Appx4347, Appx16384.

* * *

Accordingly, proposed claims 31-34 are not unpatentable in view of the Winquist, the TROPIC Listing, Pivot and any one of Takenaka, Hudis, Trudeau, and the Taxol® label.

## IV. <u>Aventis Is Entitled to the Benefit of *Aqua Products*</u>

In denying the Motion, the Board held that "Patent Owner bears the burden of proving patentability of each proposed substitute claim" and that "Patent Owner

has the burden of proving that the substitute claims are patentably distinct over the prior art of record in the proceeding." Appx66. Ultimately, the Board concluded "that Patent Owner has not met its burden with respect to the proposed substitute claims." Appx66, Appx80 ("[W]e determine Patent Owner has not proved by a preponderance of the evidence that proposed substitute claims 31-34 are patentable.").

Under this Court's recent *en banc* decision in *Aqua Products, Inc. v. Matal*, 872 F.3d 1290 (Fed. Cir. 2017), the Board legally erred by improperly allocating the burden of proof here on Aventis. In *Aqua Products*, this Court held that Patent Owner does not bear the burden of showing that proposed new or amended claims are unpatentable over the prior art. 872 F.3d at 1296, 1306, 1327.

Aventis submits that the evidence in this case supports a finding of patentability of proposed claims 31-34. However, since allocation of burden of proof is fundamental to an obviousness analysis and cannot be separated from that analysis, at minimum, this Court should remand this matter to the Board for further proceedings in which petitioner Mylan bears the burden of proof. *Bosch Auto. Serv. Solutions, LLC v. Matal*, 878 F.3d 1027, 1040-41 (Fed. Cir. 2017).

**CONCLUSION AND RELIEF SOUGHT**

For the foregoing reasons, this Court should vacate the Board's claim construction and construe the preamble of claims 31-34 as limiting such that the claims require that the methods be performed with the intent of prolonging the life of a patient as compared to no treatment or palliative treatment. This Court should also reverse the Board's denial of Aventis's Motion because the prior art does not contain data sufficient to provide a POSA with a reasonable expectation that the claimed methods would increase overall survival in the claimed patients such that a POSA would have been motivated to practice the claimed methods with the intent of prolonging those patients' lives.

Even if the Board's claim construction is upheld, this Court should either (1) reverse the Board's denial of Aventis's Motion because its findings as to the premedication limitations of the claims were not supported by substantial evidence or (2) remand to the Board for further proceedings applying the proper burden of proof.

Case: 18-1203 Document: 19 Page: 78 Filed: 03/15/2018

Respectfully submitted,

Date: March 15, 2018

*<u>/s/ William E. Solander</u>*

WILLIAM E. SOLANDER
DANIEL J. MINION
DOMINICK A. CONDE
WHITNEY L. MEIER
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

*Attorneys for Appellant*

Case: 18-1203 Document: 19 Page: 79 Filed: 03/15/2018

# ADDENDUM

Trials@uspto.gov
Tel: 571-272-7822

Paper 99
Entered: September 21, 2017

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

MYLAN LABORATORIES LIMITED,
Petitioner,

v.

AVENTIS PHARMA S.A.,
Patent Owner.

---

Case IPR2016-00712
Patent 8,927,592 B2

---

Before BRIAN P. MURPHY, TINA E. HULSE, and
CHRISTOPHER M. KAISER, *Administrative Patent Judges.*

MURPHY, *Administrative Patent Judge*.

FINAL WRITTEN DECISION
*35 U.S.C. § 318(a); 37 C.F.R. § 42.73(a)*

Case: 18-1203 Document: 19 Page: 81 Filed: 03/15/2018

## I. INTRODUCTION

Mylan Laboratories Limited ("Petitioner") filed a Petition requesting an *inter partes* review of claims 1–5 and 7–30 of U.S. Patent No. 8,927,592 (Ex. 1001, "the '592 patent"). Paper 3 ("Petition" or "Pet."). Petitioner supported its challenge with the Declaration of Dr. Rahul Seth. Ex. 1002. Aventis Pharma S.A. ("Patent Owner") filed a Preliminary Response to the Petition. Paper 7 ("Prelim. Resp."). On September 22, 2016, we instituted an *inter partes* review of claims 1–5 and 7–30 of the '592 patent. Paper 9 ("Institution Decision").

After institution, Patent Owner filed a Response (Paper 21, "PO Resp.") and a Contingent Motion to Amend claims 27–30 of the '592 patent (Paper 22, "MTA"). Patent Owner supported its Response and MTA with the Declaration of Dr. Alton Oliver Sartor (Ex. 2176), the Declaration of Mr. Michael Tate (Ex. 2149), and the Declaration of Mr. Art Lathers (Ex. 2231).

Petitioner filed a Reply (Paper 42, "Reply") and Opposition to Patent Owner's MTA (Paper 43, "MTA Opp."[1]). Petitioner supported its Reply and MTA Opposition with the Reply Declaration of Dr. Seth (Ex. 1043), and the Declaration of Mr. Robert McSorley (Ex. 1044).[2]

---

[1] Petitioner filed the MTA Opposition under seal, subject to the Board's ruling on Petitioner's Motion to Seal (Paper 45). Petitioner filed a redacted public version of the MTA Opposition as Paper 44.

[2] Petitioner filed Dr. Seth's Reply Declaration and Mr. McSorley's Declaration under seal, subject to the Board's ruling on Petitioner's Motion to Seal (Paper 45). Petitioner filed redacted public versions of the declarations using the same respective exhibit numbers.

Case: 18-1203 Document: 19 Page: 82 Filed: 03/15/2018

Patent Owner filed a Reply to Petitioner's Opposition to Patent Owner's MTA. Paper 53 ("MTA Reply").[3] Patent Owner supported its MTA Reply with the Reply Declaration of Dr. Sartor (Ex. 2259) and the Declaration of Patricia Matthews, RN, BSN (Ex. 2234).

Patent Owner filed a Motion to Exclude Exhibits 1089–1090 (Paper 61), Petitioner filed an Opposition (Paper 77 (under seal), Paper 78 (public version)), and Patent Owner filed a Reply (Paper 86).

Petitioner filed a Motion to Exclude Exhibits 2170, 2171, and 2179 and certain paragraphs in Exhibits 2001, 2176, and 2149 (Paper 64 (under seal), Paper 68 (public version)), Patent Owner filed an Opposition (Paper 72 (under seal), Paper 73 (public version)), and Petitioner filed a Reply (Paper 89 (under seal), Paper 95 (public version)).

Patent Owner filed Observations (Paper 80) on the cross-examination testimony of Dr. Seth (Ex. 2258) regarding Petitioner's Reply (Paper 42), and Petitioner filed a response to Patent Owner's Observations (Paper 93). Patent Owner also filed Observations (Paper 81 (under seal), Paper 82 (public version)) on the cross-examination testimony of Mr. McSorley (Ex. 2261) regarding Petitioner's Reply (Paper 42), and Petitioner filed a response to Patent Owner's Observations (Paper 92 (under seal), Paper 94 (public version)).

Petitioner filed Observations (Paper 84) on the cross-examination testimony of Dr. Sartor (Ex. 1098) with respect to Patent Owner's MTA, and Patent Owner filed a Response (Paper 90).

---

[3] Patent Owner filed the MTA Reply under seal, subject to the Board's ruling on Patent Owner's Motion to Seal (Paper 54). Patent Owner filed a redacted public version of the MTA Reply as Paper 52.

Case: 18-1203 Document: 19 Page: 83 Filed: 03/15/2018

An oral hearing was held on June 13, 2017, and a transcript of the oral hearing is of record. Paper 98 ("Tr.").

We have jurisdiction under 35 U.S.C. § 6. This is a Final Written Decision under 35 U.S.C. § 318(a) and 37 C.F.R. § 42.73(a) regarding the patentability of the challenged claims. In this case, the claimed treatment method, administering a 20 to 25 mg/m$^2$ dose of cabazitaxel in combination with prednisone to docetaxel-refractory metastatic prostate cancer patients, was disclosed more than one year before the earliest effective filing date to which the '592 patent might be entitled.[4] Therefore, for the reasons that follow and based on our review of the complete trial record, we determine Petitioner has shown by a preponderance of the evidence that claims 1–5 and 7–30 of the '592 patent are unpatentable. We further determine that Patent Owner's Contingent Motion to Amend claims 27–30 is *denied.*

*A. Real Parties in Interest and Related Proceedings*

Petitioner identifies (i) Mylan Laboratories Limited, the Petitioner and a wholly-owned subsidiary of Mylan Inc., (ii) Mylan Pharmaceuticals Inc., which is a wholly-owned subsidiary of Mylan Inc., (iii) Mylan Inc., which is an indirectly wholly owned subsidiary of Mylan N.V., and (iv) Mylan N.V. as real parties in interest. Pet. 11.

Patent Owner identifies Patent Owner, Aventis Pharma S.A., Sanofi, the ultimate parent company of Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, an affiliate of Aventis Pharma S.A., as real parties in interest. Paper 6, 2.

[4] We do not make a determination of the earliest effective filing date, because the references qualify as prior art regardless of that date.

Petitioner and Patent Owner identify the following as related district court proceedings in the District of New Jersey regarding the ’592 patent: *Sanofi-Aventis U.S. LLC v. Mylan Laboratories Limited*, No. 15-03392; *Sanofi-Aventis U.S. LLC v. Apotex Corp*, C. A. No. 15-01835; *Sanofi-Aventis U.S. LLC v. Breckenridge Pharmaceutical, Inc.*, C. A. No. 15-01836; *Sanofi-Aventis U.S. LLC v. Accord Healthcare, Inc.*, C. A. No. 15-02520; *Sanofi-Aventis U.S. LLC v. BPI Labs, LLC*, C. A. No. 15-02521; *Sanofi-Aventis U.S. LLC v. Dr. Reddy Laboratories, Inc.*, C. A. No. 15-02522; *Sanofi-Aventis U.S. LLC v. Glenmark Generics Inc.*, C. A. No. 15-02523; *Sanofi-Aventis U.S. LLC v. Fresenius Kabi USA, LLC*, C. A. No. 15-02631; *Sanofi-Aventis U.S. LLC v. Actavis LLC*, C. A. No. 15-03107; *Sanofi-Aventis U.S. LLC v. BPI Labs, LLC*, C. A. No. 15-02521. Pet. 12; Paper 6, 2–3.

Petitioner further identifies IPR2016-00627 as an earlier challenge to U.S. Patent No. 5,847,170 directed to the compound cabazitaxel. Pet. 12. We denied institution in IPR2016-00627 (Paper 10) and Petitioner’s request for rehearing (Paper 12).

*B. Grounds of Unpatentability*

We instituted an *inter partes* review of claims 1–5 and 7–30 of the ’592 patent on the following grounds of unpatentability under 35 U.S.C. § 103:

| **Reference[s]** | **Statutory Basis** | **Challenged Claims** |
|---|---|---|
| Winquist (Ex. 1009)[5] and TROPIC Listing (Ex. 1008)[6] in view of Attard (Ex. 1021)[7] and Beardsley (Ex. 1022)[8] | § 103 | 1, 2, 5, 12, 13, 17–20, 22–25, 27–29 |
| Winquist, TROPIC Listing, and Didier (Ex. 1011)[9] | § 103 | 3, 4 |
| Winquist, TROPIC Listing, and Mita (Ex. 1012)[10] | § 103 | 7–9 |
| Winquist, TROPIC Listing, and Tannock (Ex. 1013)[11] | § 103 | 10, 11, 14, 16 |

---

[5] Eric Winquist et al., *Open clinical uro-oncology trials in Canada*, THE CANADIAN JOURNAL OF UROLOGY, 15(1), 3942–49 (February 2008) ("Winquist"). Ex. 1009.

[6] Sanofi-Aventis, *XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC)*, CLINICALTRIALS.GOV (October 23, 2008) ("TROPIC Listing"). Ex. 1008.

[7] Gerhardt Attard et al., *Update on tubulin-binding agents*, PATHOLOGIE BIOLOGIE 54, 72–84 (Elsevier 2006) ("Attard"). Ex. 1021.

[8] Emma K. Beardsley and Kim N. Chi, *Systemic therapy after first-line docetaxel in metastatic castration-resistant prostate cancer*, Curr. Op. SUPPORT PALLIAT. CARE 2, 161–66 (Wolters Kluwer Health 2008) ("Beardsley"). Ex. 1022.

[9] U.S. Patent No. 7,241,907 B2, issued July 10, 2007 to Didier et al. ("Didier"). Ex. 1011.

[10] Alain C. Mita et al., *Phase I and Pharmacokinetic Study of XRP6258 (RPR116258A), a Novel Taxane, Administered as a 1-Hour Infusion Every 3 Weeks in Patients with Advanced Solid Tumors*, CLIN. CANCER RES. 2009:15(2), 723–730 (January 15, 2009) ("Mita"). Ex. 1012.

[11] Ian F. Tannock et al., *Docetaxel plus Prednisone or Mitoxantrone plus Prednisone for Advanced Prostate Cancer*, N. ENGL. J. MED., 351:15, 1502–1512 (October 7, 2004) ("Tannock"). Ex. 1013.

Case: 18-1203 Document: 19 Page: 86 Filed: 03/15/2018

| Reference[s] | Statutory Basis | Challenged Claims |
|---|---|---|
| Winquist, TROPIC Listing, and Pivot (Ex. 1010)[12] | § 103 | 21, 26, 30 |
| Winquist, TROPIC Listing, Pivot, and Tannock | § 103 | 15 |

Paper 9, 22–23.

*C. The ’592 Patent*

The ’592 patent, titled “Antitumoral Use of Cabazitaxel,” issued January 6, 2015, from an application filed April 26, 2012. Ex. 1001. The ’592 patent claims priority through an international application to a series of provisional applications, the earliest of which is dated October 29, 2009. Ex. 1001, (60), (63). The ’592 patent is directed to the use of cabazitaxel in the treatment of prostate cancer, particularly metastatic castration resistant prostate cancer (“mCRPC”). *Id.* at 1:19–26. Because cancer cells may develop resistance to docetaxel (“Taxotere®”[13]), administering cabazitaxel is intended to treat prostate cancer in patients with advanced metastatic disease that has progressed despite previous treatment with a docetaxel-based regimen. *Id.* at 2:61–67. Cabazitaxel is preferably administered in combination with a corticoid, such as prednisone or prednisolone, at a daily dose of 10 mg orally. *Id.* at 3:2–5.

---

[12] X. Pivot et al., *A multicenter phase II study of XRP6258 administered as a 1-h i.v. infusion every 3 weeks in taxane-resistant metastatic breast cancer patients*, ANNALS OF ONCOLOGY, 19, 1547–1552 (April 23, 2008) (“Pivot”). Ex. 1010.

[13] Taxotere® is the brand name for docetaxel. We also refer to “Taxotere” in this Decision.

The chemical name for cabazitaxel is 4α-acetoxy-2α-benzoyloxy-5β, 20-epoxy-lβ-hydroxy-7β, 10β-dimethoxy-9-oxo-ll-taxen-13α-yl(2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate. *Id.* at 4:28–31. Cabazitaxel is a taxane compound, the chemical structure of which is shown below:

*Id.* at 4:8–26. Example 1 of the ’592 patent describes a large-scale (phase III) comparative clinical trial of mCRPC patients whose disease had progressed during or after docetaxel treatment, the docetaxel-refractory patients being treated with either 25 mg/$m^2$ of cabazitaxel or 12 mg/$m^2$ mitoxantrone, and 10 mg/day of prednisone. *Id.* at 10:30–48. Patients receiving cabazitaxel and prednisone demonstrated a median overall survival that was 2.4 months longer than those receiving mitoxantrone and prednisone. *Id.* at 11:28–37, 11:45–54. The claimed method is directed to administering cabazitaxel and a corticoid to prostate cancer patients whose disease has progressed in spite of previous docetaxel treatment. *Id.* at 5:33–67, 18:54–58, 20:25–30.

Case: 18-1203 Document: 19 Page: 88 Filed: 03/15/2018

*D. Challenged Claims*

Petitioner challenges claims 1–5 and 7–30 of the '592 patent. Independent claims 1 and 27 are illustrative and are reproduced below:

> 1. A method for treating a patient with prostate cancer that has progressed during or after treatment with docetaxel, comprising administering to said patient a dose of 20 to 25 mg/m$^2$ of cabazitaxel, or a hydrate or solvate thereof, in combination with a corticoid.

> 27. A method of increasing the survival of a patient with a castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel, comprising administering a dose of 20 to 25 mg/m2 of cabazitaxel, or hydrate or solvate thereof, to the patient in combination with prednisone or prednisolone.

## II. ANALYSIS OF THE '592 PATENT CLAIMS

*A. Claim Construction*

We determine that only the following claim terms require express construction for purposes of this Decision. *See, e.g., Wellman, Inc. v. Eastman Chem. Co.*, 642 F.3d 1355, 1361 (Fed. Cir. 2011) ("[C]laim terms need only be construed 'to the extent necessary to resolve the controversy.'" (citation omitted)).

*1. Claim 1: "A method for treating a patient"*

Petitioner argues that the preamble phrase in claim 1, "a method for treating," is a non-limiting statement of the purpose of the claimed method, or, at most, should be construed as "a method intended to benefit a patient." Pet. 17–19. In its Preliminary Response, Patent Owner opposed Petitioner's

proposed construction, arguing that the preamble is limiting and should be construed to mean "a method that produces a therapeutic effect in a patient." Prelim. Resp. 15–18. In our Institution Decision, we construed "a method for treating a patient" in claim 1 as a non-limiting statement of the purpose of the claimed method. Paper 9, 7–10. At most, the phrase would be construed as "a method intended to benefit a patient." *Id.* (citing *Bristol-Myers Squibb Co. v. Ben Venue Laboratories, Inc.*, 246 F.3d 1368, 1375–76 (Fed. Cir. 2001) (The preamble language "a method of treating a patient," "does not result in a manipulative difference in the steps of the claim," and the recited method steps "are performed the same way regardless [of] whether or not the patient experiences a [therapeutic effect].")).

Patent Owner's Response applies the Board's construction from the Institution Decision and does not argue for a different construction. PO Resp. 14; Reply 1. Therefore, we maintain our construction of the preamble as non-limiting for the reasons given in our Institution Decision. Paper 9, 7–10.

2. *Claim 27: "A method of increasing the survival of a patient"*

Petitioner argues that the preamble phrase in claim 27, "[a] method of increasing the survival of [a patient]," is a non-limiting statement of the purpose of the claimed method or, at most, should be construed as "a method intended to increase the survival of a patient." Pet. 19–20. In its Preliminary Response, Patent Owner opposed Petitioner's proposed construction, arguing that the preamble is limiting and should be construed to mean "a method that prolongs the life of a patient as compared to no treatment or palliative treatment, where that method has been demonstrated

Case: 18-1203 Document: 19 Page: 30 Filed: 03/15/2018

to provide a statistically significant increase in overall survival." Prelim. Resp. 19. In our Institution Decision, we construed the preamble in claim 27 as a non-limiting statement of the purpose of the claimed method for the same reasons expressed above regarding "a method for treating a patient" in claim 1. Paper 9, 10. At most, the phrase would be construed as "a method intended to increase the survival of a patient." *Id.*

Patent Owner's Response applies the Board's construction from the Institution Decision and does not argue for a different construction. PO Resp. 14; Reply 1. Therefore, we maintain our construction of the preamble as non-limiting for the reasons given in our Institution Decision. Paper 9, 10.

*3. Prosecution History of Independent Claims 1 and 27*

A review of the amendments made to independent claims 1 and 27 during prosecution of the '592 patent application provides further context for considering the parties' dispute, discussed in Section II.B., below, over whether a POSA would have had a reasonable expectation of success in achieving the treatment method claimed in the '592 patent.

On April 26, 2012, patent applicant filed proposed independent method of treatment claims 1 and 24 (later amended and issued as claim 27). Ex. 1004 (Part 13), 2397–2402. Claim 1 as originally filed recited:

> 1. A method for treating prostate cancer in a patient in need thereof comprising administering to said patient a compound of formula [cabazitaxel chemical structure] which may be in base form or in the form of a hydrate or a solvate, in combination with prednisone or prednisolone.

*Id.* at 2397. Dependent claims 8 and 9, which depended directly or indirectly from claim 1, recited administering cabazitaxel at "a dose of

Case: 18-1203 Document: 19 Page: 31 Filed: 03/15/2018

between 15 and 25 mg/m$^2$" and "a dose of 25 mg/m$^2$, respectively. *Id.* at 2398. Claim 24 as originally filed recited:

> 24. A method of increasing the survival of a patient with hormone refractory metastatic prostate cancer, comprising administering a *clinically proven effective amount* of a compound as defined in claim 1 to the patient in combination with prednisone or prednisolone.

*Id.* at 2399 (emphasis added). The '592 patent uses lexicography to define "clinically proven" to mean "clinical efficacy results that are sufficient to meet FDA approval standards." Ex. 1001, 4:1–3. The '592 patent further defines "effective amount" to mean "an amount of a pharmaceutical compound, such as cabazitaxel, that produces an effect on the cancer to be treated." *Id.* at 3:65–67.

On March 17, 2014, following an earlier amendment, claim 1 was amended as follows:

> 1. (Currently amended) A method for treating prostate cancer in a patient in need thereof comprising administering to said patient an effective amount of a compound of formula [cabazitaxel chemical structure] which may be in base form or in the form of a hydrate or a solvate, in combination with a corticoid . . . .

Ex. 1004 (Part 2), 280. Patent applicant also added new claims 34, 37, 40, and 43 depending directly or indirectly from claim 1, which recited administering cabazitaxel at "a dose of 25 mg/m$^2$." *Id.* at 282–83. Claim 24 remained in its original, un-amended form. *Id.* at 282. Patent applicant argued that the claims were patentable over Mita and Tannock, *inter alia*, because the phase III clinical trial results presented in the application (*see* Ex. 1001, Example 1, 10:28–17:33) showed "a statistically significant longer

overall survival compared to patients receiving . . . mitoxantrone plus prednisone." Ex. 1004, 285. Patent applicant further argued that Mita's disclosure of a phase I safety and dosing study for cabazitaxel, which showed evidence of anticancer activity at a dose of 25 mg/m$^2$ in one docetaxel-refractory mCRPC patient, was insufficient to establish a reasonable expectation of "successfully treat[ing]" such patients. *Id.* at 285–86.

The Examiner continued to reject the claims over Beardsley (anticipation under § 102(b)) and Mita, Tannock, and Beardsley (obviousness § 103). *Id.* at 252–268.

On July 10, 2014, applicant's representatives conducted a personal interview with the Examiner. *Id.* at 230. Applicant's representatives presented a draft Rule 132 Declaration by Dr. Sartor, who also attended the interview, to demonstrate "the unpredictability and failure of other taxanes in Phase III clinical trials despite demonstrating efficacy in Phase I and Phase II clinical trials." *Id.* The Examiner agreed that submission of the Rule 132 Declaration and amendments to independent claims 1 and 24 to recite "1) treatment of prostate cancer in patients who had progressed during or after docetaxel treatment and 2) administering a dose of 20 to 25 mg/m$^2$ cabazitaxel . . . in combination with a corticoid" would render the claims allowable. *Id.*

On July 16, 2014, patent applicant filed another amendment to application claim 1 (issued claim 1) and claim 24 (issued claim 27) as follows:

> 1. (Currently Amended) A method for treating ~~prostate cancer in~~ a patient <u>with prostate cancer that has progressed</u>

> during or after treatment with docetaxel, ~~in need thereof~~ comprising administering to said patient a dose of 20 to 25 mg/m$^2$ of cabazitaxel, or a hydrate or solvate thereof, ~~an effective amount of a compound of formula [cabazitaxel chemical structure] which may be in base form or in the form of a hydrate or a solvate,~~ in combination with a corticoid.
>
> 24. (Currently Amended) A method of increasing the survival of a patient with a castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel, comprising administering a ~~clinically proven effective amount~~ dose of 20 to 25 mg/m$^2$ of cabazitaxel, or hydrate or solvate thereof, ~~a compound as defined in claim 1~~ to the patient in combination with prednisone or prednisolone.

Ex. 1004 (Part 1), 138, 140.

In claim 1, patent applicant deleted "in need thereof" in the preamble (*id.* at 138), a phrase Patent Owner adds to the body of proposed substitute claim 31 in the MTA (MTA, 27). Patent applicant also deleted "an effective amount" from the body of claim 1 and replaced it with "a dose of 20 to 25 mg/m$^2$" of cabazitaxel. Ex. 1004 (Part 1), 138. Similarly, in claim 24, patent applicant deleted "clinically proven effective amount" and replaced it with a "dose of 20 to 25 mg/m$^2$" of cabazitaxel**.** *Id.* at 140. The deletions removed the lexicographically-defined limitations of producing "an effect on the cancer to be treated" ("effective amount" in clam 1) and achieving "clinical efficacy results that are sufficient to meet FDA approval standards" ("clinically proven effective amount" in claim 24), respectively, and replaced them with a 20 to 25 mg/m$^2$ dosage range. Ex. 1001, 3:65–4:3, 10:47–48, 11:1–13:66, 17:31–18:29, Figs. 1–7.

In remarks, patent applicant argued that the absence of the 20 to 25 $mg/m^2$ dosage range in the prior art was important evidence rebutting the Examiner's rejections. Ex. 1004 (Part 1), 145 ("Importantly, the doses of cabazitaxel and prednisone are not disclosed in Beardsley. . . . Beardsley does not describe *any* dose of cabazitaxel, let alone an *effective* amount of cabazitaxel."); *id.* at 148 ("the doses of cabazitaxel and prednisone are not disclosed [in Beardsley]"). Patent applicant further argued that the cited art was insufficient to justify a reasonable expectation that the claimed method "would successfully treat prostate cancer." *Id.* at 147. A Notice of Allowance ensued. *Id*. at 91–94. The Examiner was persuaded by patent applicant's arguments and evidence, particularly Dr. Sartor's Rule 132 Declaration statements that the prior art, while disclosing "promising early clinical results, . . . failed to predict whether therapies would ultimately provide a clinically meaningful benefit to the desired patient populations and that mCRPC was known to be a particularly challenging and unpredictable indication." *Id.* at 93.

As indicated by patent applicant's final claim language, achieving a clinically effective treatment is not a limitation of the '592 method claims. *See Bristol-Myers Squibb Co.*, 246 F.3d at 1375 ("The express dosage amounts are material claim limitations; the statement of the intended result of administering those amounts [an antineoplastically effective amount] does not change those amounts or otherwise limit the claim."); *see also id.* at 1376 ("We therefore affirm the district court's interpretation of claims 5 and 8 as limited only to the actual steps of those claims, without regard to the result of performing the claimed steps" [to effect regression of a taxol-

sensitive tumor]). In sum, the independent method claims of the ’592 patent are limited to the step(s) of:

- administering a 20–25 mg/$m^2$ dose of cabazitaxel (or its hydrate or solvate);
- in combination with a corticoid (claim 1), such as prednisone or prednisolone (claim 27);
- to a docetaxel-refractory prostate cancer patient (claim 1); or
- to a docetaxel-refractory mCRPC patient (claim 27).

The recited method steps, although they must have utility, are performed without regard to whether the claimed method results in a clinically effective treatment.

*B. Ground 1: Asserted Obviousness of Claims 1, 2, 5, 12, 13, 17–20, 22–25, and 27–29 over Winquist and the TROPIC Listing in View of Attard and Beardsley*

Petitioner asserts that the subject matter of claims 1, 2, 5, 12, 13, 17–20, 22–25, and 27–29 of the ’592 patent would have been obvious to a person of ordinary skill in the art (hereafter “POSA”) based on the combined teachings of Winquist and the TROPIC Listing in view of the knowledge of a POSA.[14] Pet. 25–38. Winquist and the TROPIC Listing together disclose

[14] The parties provide largely similar descriptions of a POSA. *Compare* Pet. 9–10 *with* PO Resp. 14. Patent Owner acknowledges that any differences should not affect the outcome of this case. PO Resp. 14; Reply 1. We agree. For purposes of this decision, we adopt and apply Patent Owner’s description of a POSA as an oncologist or medical doctor specializing in oncology who would have had experience in the treatment of prostate cancer, including metastatic prostate cancer, in evaluating therapies for prostate cancer, and who would have had access to information regarding pharmacokinetics and mechanisms of drug resistance. PO Resp. 14 (citing

the same treatment protocol described in Example 1 of the ’592 patent (“the TROPIC Study”), more than one year before the earliest effective priority date to which the ’592 patent may be entitled (October 29, 2009). Pet. 1–2, 6–7 (citing Ex. 1008; Ex. 1009), 25–27 (citing Ex. 1002 ¶¶ 115–121); Ex. 1001, (60), 10:30–48. In our Institution Decision, we amended the ground to add “in view of Attard and Beardsley,” two prior art references cited and discussed by Petitioner that reflect the knowledge of a POSA. Paper 9, 16 (citing *SightSound Techs., LLC v. Apple Inc.*, 809 F.3d 1307, 1312–13 (Fed. Cir. 2015) (noting that governing statutory provisions do not limit the Board’s authority to proceed with AIA trial proceedings only on the specific statutory grounds alleged in the petition)).

Patent Owner does not dispute that Winquist and the TROPIC Listing are prior art under 35 U.S.C. § 102(b) (pre-AIA). PO Resp. 37–41. Patent Owner’s Response to the Petition asserts that a POSA would not have had a reasonable expectation of successfully treating docetaxel-refractory prostate cancer patients with cabazitaxel. PO Resp. 16–43. Patent Owner further asserts that evidence of secondary considerations supports the non-obviousness of the challenged ’592 patent claims. *Id.* at 50–56. We address the parties’ arguments below.

*1. Winquist*

Winquist is a February 2008 disclosure of open, uro-oncology clinical trials in Canada that qualifies as prior art under 35 U.S.C. § 102(b) (pre-AIA). Ex. 1009, 3942. The format of each entry is the same; a descriptive

---

Ex. 2176 ¶ 28). We also rely on the cited references as reflecting the level of ordinary skill in the art at the time of the claimed invention. *Okajima v. Bourdeau*, 261 F.3d 1350, 1355 (Fed. Cir. 2001).

Case: 18-1203 Document: 19 Page: 37 Filed: 03/15/2018

title of the clinical trial followed by an identification of the trial and the entity coordinating it, the trial design, patient population, sample size, and primary endpoint. *Id.* Winquist discloses a randomized phase III clinical trial coordinated by Sanofi-Aventis involving treatment of mCRPC patients previously treated with docetaxel (the TROPIC Study). *Id.* at 3948.

Significantly, and unlike the prior art considered by the Examiner during prosecution, Winquist discloses the administration of a 25 mg/m$^2$ dose of cabazitaxel to mCRPC patients: "A randomized, open-label multicentre study of XRP-6258 [cabazitaxel] at 25 mg/m$^2$ in combination with prednisone every 3 weeks compared to mitoxantrone in combination with prednisone for the treatment of hormone-refractory metastatic prostate cancer previously treated with a Taxotere [docetaxel]-containing regimen." *Id.* The primary endpoint is overall survival. *Id.*

With regard to independent claims 1 and 27 of the '592 patent, Winquist does not disclose expressly that the prostate cancer "has progressed during or after treatment with docetaxel" (*id.*; Pet. 25–26), but Petitioner contends that progression after treatment with docetaxel was implicit and would have been understood by a POSA. Pet. 25–26 (citing Ex. 1002 ¶¶ 65, 94 (95), 117).

*2. The TROPIC Listing*

The TROPIC Listing was published in the ClinicalTrials.gov database of the National Library of Medicine, and it was archived by The Internet Archive on October 23, 2008. Ex. 1026, Ex. A. The TROPIC Listing also qualifies as prior art under 35 U.S.C. § 102(b). The TROPIC Listing discloses the same phase III clinical trial reported in Winquist (the Sanofi-Aventis TROPIC Study), a "randomized, open-label, multi-center study

Case: 18-1203 Document: 19 Page: 38 Filed: 03/15/2018

comparing the safety and efficacy of XRP6258 [cabazitaxel] plus prednisone to mitoxantrone plus prednisone in the treatment of hormone refractory metastatic prostate cancer previously treated with a Taxotere [docetaxel]-containing regimen." Ex. 1008, 1; Ex. 1002 ¶¶ 118–120. The TROPIC Listing, like Winquist, discloses that cabazitaxel is to be administered every three weeks and that expected patient enrollment is 720 patients. Ex. 1008, 1–2; Ex. 1009, 3948. The TROPIC Listing expressly states that patients must have a "[d]ocumented progression of disease (demonstrating at least one visceral or soft tissue metastatic lesion, including a new lesion) . . . [or] rising PSA levels or appearance of [a] new lesion," after previous treatment with docetaxel. Ex. 1008, 2. The primary outcome, as also reported in Winquist, is overall survival. *Id*. at 1; Ex. 1009. The TROPIC Listing notes the start date of the clinical trial was December 2006. Ex. 1008, 2.

With regard to independent claims 1 and 27 in the '592 patent, the TROPIC Listing, unlike Winquist, does not disclose an administration dose of cabazitaxel. *Id*.; Pet. 7.

*3. Attard and Beardsley*

Attard is a review article reporting, *inter alia*, on a phase I dosing study for cabazitaxel, which was originally reported in Mita (Ex. 1012). Ex. 1021, 75 (Col. 1 ¶ 2 n.23). Mita discloses administration of a 15 mg/m$^2$ dose to one prostate cancer patient and a 25 mg/m$^2$ dose to a docetaxel-refractory metastatic prostate cancer patient. Ex. 1012, 727 (Col. 1 ¶ 2). Attard reports that Mita's phase I cabazitaxel study showed two objective responses in CRPC patients, and noted that one of the patients was docetaxel refractory (25 mg/m$^2$ dose). Ex. 1021, 75 (Col. 1 ¶ 2 n.23). Attard also describes

cabazitaxel (XRP6258) as showing improvement over paclitaxel and docetaxel with "higher therapeutic indices" and "activity against resistant tumours." *Id.* at 74.

Beardsley reports on a phase II clinical trial of cabazitaxel administered to docetaxel-resistant metastatic breast cancer patients, which was originally reported in Pivot (Ex. 1010). Ex. 1022, 163 (Col. 2 ¶¶ 4–5). Pivot administered an initial cabazitaxel dose of 20 mg/m$^2$, then escalated the dose to 25 mg/m$^2$ in patients who did not experience a significant adverse event during the first treatment cycle. Ex. 1010, 1548 (Col. 2 ¶ 3). Beardsley reports that the objective response rate to cabazitaxel treatment in docetaxel-refractory metastatic breast cancer patients was 14% in the Pivot study. Ex. 1022, 163 (Col. 2 ¶ 4). Beardsley further reports that while a phase II clinical trial with cabazitaxel had not been performed in CRPC patients, "given its activity in the docetaxel refractory setting described above, this agent is currently being investigated in a phase III multi-center, randomized superiority trial comparing 3-weekly XRP6258 with prednisone to mitoxantrone with prednisone in patients with castrat[ion] resistant metastatic prostate cancer previously treated with docetaxel-containing treatment." *Id.* (Col. 2 ¶ 5).

*4. Analysis of Independent Claims 1 and 27*

A claimed invention is unpatentable if the differences between the claimed subject matter and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which the subject matter pertains. 35 U.S.C. § 103(a). Obviousness under 35 U.S.C. § 103 requires an assessment of (1) the "level of ordinary skill in the pertinent art," (2) the

Case: 18-1203 Document: 19 Page: 100 Filed: 03/15/2018

"scope and content of the prior art," (3) the "differences between the prior art and the claims at issue," and (4) "secondary considerations" of nonobviousness such as "commercial success, long-felt but unsolved needs, failure of others, etc." *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. 398, 406 (2007) (quoting *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966)). A party who petitions the Board for a determination of obviousness must show that "a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention, and that the skilled artisan would have had a reasonable expectation of success in doing so." *Procter & Gamble Co. v. Teva Pharms. USA, Inc.*, 566 F.3d 989, 994 (Fed. Cir. 2009) (quoting *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1361 (Fed. Cir. 2007)). We assess Petitioner's evidence and argument, weighed against Patent Owner's evidence and argument, according to the standard articulated above.

*a. Winquist and the TROPIC Listing disclose all method step limitations*

As stated previously, the independent method claims of the '592 patent are limited to the step(s) of:

- administering a 20–25 mg/m$^2$ dose of cabazitaxel (or its hydrate or solvate);
- in combination with a corticoid (claim 1), such as prednisone or prednisolone (claim 27);
- to a docetaxel-refractory prostate cancer patient (claim 1) or a docetaxel-refractory mCRPC patient (claim 27).

Winquist discloses the same treatment protocol as the Sanofi-Aventis TROPIC Study, also described in Example 1 of the '592 patent, namely

administering a 25 mg/m$^2$ dose of cabazitaxel in combination with prednisone every three weeks to mCRPC patients previously treated with docetaxel. Ex. 1009; Ex. 1001, 10:30–48. The TROPIC Listing describes the same TROPIC Study protocol and discloses the only limitation of claims 1 and 27 arguably not expressly disclosed in Winquist, that a patient's prostate cancer "has progressed during or after treatment with docetaxel." Ex. 1008, 2 ("Documented progression of disease" after previous treatment with a docetaxel-containing regimen); Pet. 26–27 (citing Ex. 1002 ¶¶ 118–121). We also credit Dr. Seth's testimony that a POSA, an oncologist experienced in treating mCRPC, would have understood Winquist as disclosing treatment of mCRPC patients who experienced disease progression during or after docetaxel treatment, because if the previous docetaxel treatment had stopped the cancer from progressing, second-line treatment with cabazitaxel would be unnecessary. Ex. 1002 ¶ 117.

Dr. Sartor testified that Winquist and TROPIC Listing expressly teach administration of the recited 25 mg/m$^2$ dose of cabazitaxel in docetaxel-resistant mCRPC patients as a new cycle every three weeks, in combination with prednisone. Ex. 1041, 62:8–18, 73:10–15, 96:17–22, 150:6–152:6. Dr. Sartor also testified that Winquist and the TROPIC Listing disclosed a treatment regimen for mCRPC patients that had progressed during or after treatment with docetaxel. Ex. 1041, 59:7–20, 65:2–18, 67:23–68:6, 83:10–15, 87:13–88:4, 93:9–17. Patent Owner does not contend otherwise. PO Resp. 37–41. Petitioner also provides a claim chart identifying where each recited limitation is disclosed in Winquist and the TROPIC Listing. Pet. 35–38.

Therefore, we find Petitioner has established by a preponderance of the evidence that Winquist and the TROPIC Listing disclose all of the method steps recited in independent claims 1 and 27 of the ’592 patent.

*b. Motivation to combine*

A preponderance of the evidence establishes that a POSA would have had good reason to combine the teachings of Winquist and the TROPIC Listing and would have read the two references together. Pet. 26–27 (citing Ex. 1002 ¶¶ 118–120). Winquist and the TROPIC Listing disclose the same treatment method being used in the same clinical trial for treating the same patient population – the Sanofi-Aventis TROPIC Study. *Id.* Petitioner relies on Attard and Dr. Seth’s Declaration testimony for the proposition that “it was known in the art that anticancer activity against docetaxel-resistant, castration-resistant prostate cancer was observed in patients treated with cabazitaxel,” further reinforcing a POSA’s understanding that Winquist and the TROPIC Listing should be read together as administering 25 mg/m$^2$ cabazitaxel (and prednisone) to treat the same docetaxel-refractory mCRPC patient population. Pet. 27 (citing Ex. 1002 ¶¶ 66–69; Ex. 1021, 74–75 (Table 3)). Beardsley also makes reference to Pivot’s phase II clinical study of cabazitaxel among docetaxel-refractory metastatic breast cancer patients as providing motivation for the TROPIC Study, further reinforcing the point. *Id.* at 28 (citing Ex. 1002 ¶¶ 70–72; Ex. 1022, 163). As Dr. Seth testifies:

> By 2008, cabazitaxel had been validated by both Phase I and Phase II clinical studies as a drug to treat metastatic cancers, including docetaxel-resistant cancers. It was known that a Phase III trial was underway administering cabazitaxel with prednisone for treating castration-resistant metastatic prostate cancer that had previously been treated with docetaxel.

Ex. 1002 ¶ 70. Petitioner's cited evidence is highly persuasive that a POSA in 2008 would have known that Winquist and the TROPIC Listing disclosed the same ongoing phase III clinical trial – the TROPIC Study – and would have read the two references together.

Dr. Sartor, Patent Owner's expert, confirmed that Winquist and the TROPIC Listing describe the same treatment regimen actually being used in the TROPIC Study and that a POSA would have read the two references together. Ex. 1041, 57:2–8, 94:14–95:4, 97:5–100:4. Patent Owner implicitly acknowledges the sufficiency of Petitioner's evidence establishing a motivation to combine the teachings of Winquist and the TROPIC Listing. *Compare* PO Resp. 16–46, *with* PO Resp. 47–49. Therefore, we are satisfied that Petitioner has established by a preponderance of the evidence that a POSA in 2008 would have combined the teachings of Winquist and the TROPIC Listing and read the two references together.

*c. Reasonable expectation of success in achieving the claimed method of treatment*

The fundamental dispute between Petitioner and Patent Owner concerns the relevant standard for evaluating whether a POSA would have had a reasonable expectation of "success" in achieving the claimed method. It devolves into a claim construction dispute. Unlike the prior art before the Examiner during prosecution of the '592 patent claims, Winquist expressly discloses the same 25 mg/m$^2$ dose of cabazitaxel for treating docetaxel-refractory mCRPC patients described in Example 1 of the '592 patent. This is not surprising given that Winquist discloses the same TROPIC Study treatment protocol. Faced with this evidence, Patent Owner attempts to raise the bar for the standard of "success" required to prove obviousness of the

claimed method. We are not persuaded by Patent Owner's argument and evidence.

*i) Relevant standard for "success"*

Petitioner contends a POSA reasonably would have concluded from Winquist and the TROPIC Listing, in view of the knowledge of a POSA, that a 25 mg/m$^2$ dose of cabazitaxel administered with prednisone every three weeks would have anti-cancer activity in docetaxel-refractory mCRPC patients. Pet. 27–29 (citing Ex. 1002 ¶¶ 66–72, 120–122). Thus, evidence of anti-cancer activity in the target patient population – not clinical efficacy – equates to "success" in Petitioner's analysis. Petitioner also argues that absolute predictability is not required. *Id.* at 29 (citing *Pfizer*, 480 F.3d at 1364; *In re O'Farrell*, 853 F.2d 894, 903 (Fed. Cir. 1988)). Petitioner further emphasizes that the "method for treating" preamble in claim 1 and the "method of increasing the survival" preamble in claim 27 are not claim limitations. *Id.* at 17–20, 29, 33. We agree the preambles are not limiting, as stated in our claim construction analysis in Section II.A., above.

Patent Owner contends that while "predictability is a touchstone of obviousness," predictability "refers not only to the expectation that the prior art elements are capable of being physically combined, but also that the combination would have worked for its intended purpose." PO Resp. 15 (citing *DePuy Spine, Inc. v. Medtronic Sofamor Danek, Inc.*, 567 F.3d 1314, 1326 (Fed. Cir. 2009); also citing *In re Cyclobenzaprine*, 676 F.3d 1063, 1071–72 (Fed. Cir. 2012) (disclosure of PK values insufficient without a showing that a POSA would reasonably expect those values to yield a therapeutically effective formulation)). Based on this premise, Patent Owner

argues that Petitioner does not address "the surprise in the field" or the risks of cabazitaxel therapy, and that Petitioner's evidence is insufficient to have allowed a POSA to reasonably expect that cabazitaxel's clinical benefit in docetaxel-refractory mCRPC patients would outweigh the risks of such treatment. PO Resp. 17–19. Patent Owner defines "success" in the context of the '592 patent claims as "a treatment for prostate cancer that provides a clinical benefit in patients previously treated with docetaxel, where the side effects of that treatment are not such that administering it would be inappropriate for those patients notwithstanding the benefit." *Id.* at 20.

Petitioner replies that the '592 patent claims do not recite a treatment method that has achieved (i) FDA approval (a "clinically proven" treatment as defined in the '592 patent specification (Ex. 1001, 4:1–3)), (ii) a successful phase III trial, or iii) an actual increase in survival of a patient. Reply 1. Petitioner further argues that, because the '592 patent claims "do not recite a required result regarding efficacy or safety, Petitioner need not establish a reasonable likelihood of a successful phase III trial or FDA approval to demonstrate obviousness." *Id.* at 3. We agree.

Patent Owner's argument is misplaced because it implicitly defines "success" as a clinically effective treatment where clinical benefit outweighs potential risks to the patient in the context of a phase III clinical trial designed for FDA approval. As we explained in our claim construction analysis, the '592 patent claims are not limited to a clinically effective treatment. A close examination of the legal foundation of Patent Owner's argument reveals significant fault lines.

*DePuy Spine* involved the question of whether a hypothetical medical device claim to a pedicle screw for stabilizing spinal column segments

Case: 18-1203 Document: 19 Page: 106 Filed: 03/15/2018

would have been obvious over a combination of prior art references. *DePuy Spine*, 567 F.3d at 1324–25. The issue was raised in the context of defendant's ensnarement defense to patent owner's allegation of infringement under the doctrine of equivalents. *Id.* The Federal Circuit's consideration of whether prior art mechanical elements would have been combinable to achieve the hypothetically claimed pedicle screw, and whether such a prior art device would have worked for its intended purpose of stabilizing spinal column segments, has little bearing on the method of treatment claims at issue in the present case. *DePuy Spine*, moreover, involved a prior art teaching away that would have rendered the proposed combination inoperative. *See* Reply 2 (citing *DePuy Spine*, 567 F.3d at 1326–27). Here, there is a clear motivation to combine Winquist and the TROPIC Listing because the references describe the same clinical study, administering 25 mg/m$^2$ of cabazitaxel in combination with prednisone every 3 weeks to the same patient population, which was also referenced in Beardsley. Unlike the *DePuy Spine* case, there is no evidence of a teaching away from the asserted combination of Winquist and the TROPIC Listing.

*In re Cyclobenzaprine* also is distinguishable because the patent in that case specifically recited a method that "provides [a] therapeutically effective plasma concentration over a period of 24 hours to treat muscle spasm associated with painful musculoskeletal conditions." 676 F.3d at 1066. The Federal Circuit reversed the district court's determination of obviousness because the prior art did not teach sufficiently "whether any particular PK profile . . . would produce a therapeutically effective formulation." *Id.* at 1070; *see also Amgen Inc. v. Hoechst Marion Roussel, Inc.*, 457 F.3d 1293, 1303 (Fed. Cir. 2006) ("A therapeutically effective

amount is one that elicits any one or all of the effects often associated with in vivo biological activity of natural EPO, such as those listed in the specification.”). Here, in contrast to *In re Cyclobenzaprine* and *Amgen*, the ’592 patent does not recite a comparable “therapeutically effective” limitation, and Winquist does disclose administration of the recited 25 mg/m$^2$ dose of cabazitaxel in combination with prednisone to mCRPC patients previously treated with docetaxel.

The appropriate test for obviousness requires “a motivation to combine accompanied by a reasonable expectation of achieving what is claimed in the patent-at-issue.” *Intelligent Bio-Systems Inc. v. Illumina Cambridge Ltd.*, 821 F.3d 1359, 1367 (Fed. Cir. 2016). In *Intelligent Bio-Systems*, the Federal Circuit underscored the importance of considering “the appropriate scope of the patent’s *claimed invention* in evaluating the reasonable expectation of success.” 821 F.3d at 1367. Consistent with the claim amendments made by the ’592 patent applicant during prosecution, the claims at issue here do not recite an FDA-approved clinically effective treatment. Reply 6–7. As stated above, the claims were amended to replace limitations reciting an “effective amount” (claim 1) and a “clinically proven effective amount” (claim 27) with a recited dosage range of 20 to 25 mg/m$^2$ of cabazitaxel. Ex. 1004 (Part 1), 138, 140. There is no recitation in the ’592 patent claims of administering a therapeutically effective amount of cabazitaxel in combination with prednisone or a comparable recitation requiring a particular therapeutic effect, clinical benefit, or result. Reply 6–7 (distinguishing *Coal. For Affordable Drugs V LLC v. Biogen MA Inc.*, Case IPR2015-01136, slip op. at 9-10 (PTAB Sept. 2, 2015) ( Paper 23)). Petitioner, therefore, need not establish a POSA reasonably would have

expected successful phase III clinical trial results, FDA approval of cabazitaxel and prednisone combination therapy, or an actual increase in patient survival, to demonstrate obviousness of claims 1 and 27. *Id.* at 3 (citing *In re Montgomery*, 677 F.3d, 1375, 1380 (Fed. Cir. 2012) (claims to a method for treating or preventing a stroke do not create "an efficacy requirement"); *Intelligent Bio-Systems*, 1367–68 (quantitative removal irrelevant to reasonable expectation because not a claim requirement)); *see also id.* at 7 (citing *Allergan, Inc. v. Sandoz Inc.*, 726 F.3d 1286, 1292 (Fed. Cir. 2013) ("There is no requirement that one of ordinary skill have a reasonable expectation of success in developing Combigan®. Rather, the person of ordinary skill need only have a reasonable expectation of success of developing the claimed invention."); *Astrazeneca LP v. Apotex, Inc.*, 633 F.3d 1042, 1064–65 (Fed. Cir. 2010) (lacking FDA approval does not demonstrate lack of drug utility)).

Patent Owner further contends that Winquist and the TROPIC Listing cannot render unpatentable the claims of the '592 patent because "disclosure of a protocol for testing a hypothesis without any evidence of efficacy or safety is insufficient to show that the method itself is useful for the claimed patients." PO Resp. 37 (citing *Biogen*, Case IPR2015-01136, slip op. at 9–10 (PTAB Sept. 2, 2015) (Paper 23)). To the contrary, not only did the *Biogen* decision acknowledge that it would be inappropriate to engraft an efficacy or FDA approval requirement onto the obviousness analysis, *Biogen* is distinguishable because the prior art failed to disclose the "therapeutically

effective amount" limitation recited in the method of treatment claims at issue. *Biogen*, IPR2015-01136, 6–7.[15]

For the reasons given above, we determine that a reasonable expectation of success in the context of the '592 patent claims may be satisfied by evidence that a POSA reasonably would have expected a 25 mg/m$^2$ dose of cabazitaxel in combination with prednisone, as disclosed in Winquist and the TROPIC Listing, to have anti-cancer activity in docetaxel-refractory mCRPC patients.

*ii) A preponderance of the evidence supports finding a reasonable expectation of success*

Petitioner has established by a preponderance of the evidence that a POSA would have had a reasonable expectation of successfully achieving the claimed treatment method based upon the teachings of Winquist and the TROPIC Listing, in view of Attard, Beardsley, and the knowledge of a POSA. Winquist teaches administration of a 25 mg/m$^2$ dose of cabazitaxel in combination with prednisone, the same 25 mg/m$^2$ dose taught by Mita as exhibiting "anti-cancer activity" when administering cabazitaxel to a docetaxel-refractory metastatic prostate cancer patient. Ex. 1012, 727 (Col. 1 ¶ 2). Mita notes a significant decrease in prostate-specific antigen and a "confirmed partial response" in the docetaxel-refractory patient, two of the same measures reported in the analysis of the TROPIC Study in the '592 patent. Ex. 1001, 11:8–9, 11:26–64. Dr. Seth explains that the RECIST guidelines define a partial response as a reduction of the largest diameter of

[15] We further note the *Biogen* decision is not precedential and, therefore, not binding on this panel.

the cancerous lesion by at least 30%. Ex. 1002 ¶¶ 27, 69; Ex. 1043 ¶ 15; Ex. 1051, 983–84. Attard reports favorably on the Mita study and teaches a POSA that cabazitaxel shows improvement over paclitaxel and docetaxel as evidenced by higher therapeutic indices and "activity against [taxane] resistant tumors." Ex. 1021, 74–75.

Petitioner further emphasizes that in 2008 a POSA would have known (i) anti-cancer activity had been observed in a docetaxel-refractory mCRPC patient treated with cabazitaxel (Attard, Ex. 1021, 75/Mita, Ex. 1012, 727), (ii) the safety profile of cabazitaxel was "very favorable" compared to paclitaxel and docetaxel (Pivot, Ex. 1010, 1551), (iii) cabazitaxel was known to target the same tubulin binding site as docetaxel, shown to be effective in breast and prostate cancers (Attard, Ex. 1021, 74–75), (iv) cabazitaxel's 14% objective response rate in docetaxel-refractory metastatic breast cancer patients was a motivation for carrying out the phase III clinical trial in mCRPC patients previously treated with docetaxel (Beardsley, Ex. 1022, 163/Pivot, Ex. 1010, 1550), and (v) assessing overall survival was the "primary endpoint" of the TROPIC Study reported in Winquist and the TROPIC Listing (Winquist, Ex. 1009, 3948/TROPIC Listing, Ex. 1008, 1). Pet. 27–28, 33–34 (citing Ex. 1002 ¶¶ 66–72, 110, 132, 222; Ex. 1008, 1; Ex. 1009, 3948; Ex. 1010, 1548, 1551; Ex. 1021, 72, 74–75, Table 3; Ex. 1022, 163). Winquist also taught a POSA that, as of October 23, 2008, the phase III TROPIC Study had been ongoing since December 2006, a favorable indicator according to Dr. Seth. Ex. 1002 ¶ 122. Dr. Seth concludes that, based on the available knowledge regarding administration of cabazitaxel in docetaxel-resistant prostate and breast cancer patients, described above, a POSA – a clinical oncologist with experience treating

Case: 18-1203 Document: 19 Page: 111 Filed: 03/15/2018

mCRPC patients and knowledge of drug resistance mechanisms – would have reasonably concluded that the treatment method disclosed in Winquist and the TROPIC Listing "would yield intrinsic anti-cancer activity, and would produce therapeutic or other medical benefits similar to those for which docetaxel had been previously administered—for example, an increase in overall survival." *Id.* ¶¶ 120–121; *see also* Reply 28 (citing Ex. 1008, 1–2; Ex. 1009, 3948).

Patent Owner contests Petitioner's reasonable expectation of success arguments and evidence. PO Resp. 16–46. However, Patent Owner's argument and evidence regarding the alleged surprise in the field, risks of administering cabazitaxel, and unpredictability of the clinical trial results from the TROPIC Study, including whether those clinical results would be sufficient for FDA approval, are based on a legally irrelevant standard of "success" to the extent Patent Owner implies that "success" requires achieving clinical trial results sufficient for FDA approval. Patent Owner's analysis also effectively excludes Winquist and the TROPIC Listing as prior art. Examples abound.

Patent Owner's evidence that Dr. Sartor was "surprised when he reviewed the *data*" from the TROPIC Study for the first time, as were others when he "presented the *results* publicly," and that "prediction of a *positive phase III study* was 'an impossible endeavor,'" speaks to therapeutic efficacy proven by statistically significant data taken from successful phase III clinical trial results needed for FDA approval. PO Resp. 16 (emphases added) (citing Ex. 2004, 1711 (Col. 1 ¶ 2); Ex. 2176 ¶¶ 93, 185, 187). Providing statistically significant data and results to establish a clinically effective treatment for FDA approval is neither a requirement of the '592

patent claims nor the appropriate measure of success. Therefore, such evidence is entitled to little weight.

Further undercutting Patent Owner's argument, Dr. Sartor admitted that he incorrectly concluded that Winquist and the TROPIC Listing are not prior art:

> Q. The TROPIC listing is one of the pieces of prior art that you viewed as appropriate to consider in evaluating the validity of the 592 patent; is that correct?
> A. I didn't think it was prior art when you just put it in a listing. It's not relevant to me to put it in a listing. So I didn't -- I honestly don't think that's part of the prior art when you list a clinical trial. What does that mean? It means nothing.
>
> Q. When you were reaching your opinions in this proceeding regarding the validity of the 592 patent, is it correct that you did not evaluate the TROPIC listing as a prior art reference?
> A. I didn't really care if they listed it or not. It was irrelevant to my opinion. . . .
>
> Q. With that understanding, when you reached your opinions in this case, in this proceeding, did you understand that the TROPIC listing was prior art to the 592 patent?
> A. I don't think it is. I think it's just a listing. That listing had no relevance to my opinion whatsoever, and I was very surprised that someone who's an oncologist would say so. I mean I was actually kind of shocked. So I wouldn't call it the prior art. I'd just call it a listing.

Ex. 1041, 43:18–45:11 (objections to form omitted). With regard to Winquist, which disclosed administering 25 mg/m$^2$ of cabazitaxel in combination with prednisone to treat docetaxel-refractory mCRPC patients,

and Pivot, which disclosed administering 20–25 mg/m$^2$ of cabazitaxel to treat docetaxel-refractory metastatic breast cancer patients, Dr. Sartor testified as follows:

> Q. When you reached your opinions in this proceeding, did you understand that the Winquist reference is prior art to the 592 patent?
> A. Not in my mind. In somebody else's mind.
>
> Q. When you reached your opinions in this proceeding, did you have an understanding of the Pivot reference as prior art to the 592 patent?
> A. It was alleged to be a portion of the prior art. And I think that that was a debatable issue.

*Id.* at 45:12–24 (objections to form omitted).

Dr. Sartor's analysis is undermined by his apparent dismissal of highly relevant clinical trial listings as prior art. *See Montgomery*, 677 F.3d at 1378–80 (published protocol for ongoing phase III study was prior art that anticipated claims). Thus, we give little weight to Patent Owner's cited evidence regarding the asserted surprise in the field and Dr. Sartor's opinion that a POSA would not have had a reasonable expectation of successful treatment in a phase III clinical trial from reading Winquist and the TROPIC Listing in view of Attard (reporting on the Mita study) and Beardsley (reporting on the Pivot study). *See* PO Resp. 21–43 (citing, *inter alia*, Ex. 2176 ¶¶ 45 (a POSA "would need clinical data showing that the medicine provides a specific clinical benefit to the patient, such as those described in the specification of the '592 patent"), 101 ("The multiple failed phase III studies discussed above . . . demonstrate the unpredictability in the art and that a POSA would ***not*** have had a reasonable expectation of success."),

110–111 ("In the context of initiating a phase III study . . . [a] POSA reviewing Attard and Mita, alone or in combination . . . would have been left with great uncertainty as to whether cabazitaxel in combination with a corticoid would be a successful treatment for prostate cancer patients worsening during or after docetaxel."), 133 ("Pivot, an open-label, single-arm study, with no data from previous phase II studies . . . would not provide a POSA with a reasonable expectation of success in a phase III trial in a different cancer type."), 171 ("a POSA would not have reasonably expected success for cabazitaxel in prostate cancer simply based on the fact that Sanofi was performing the TROPIC study."). Dr. Sartor's opinions rely on Patent Owner's incorrect standard for "success" and a misconception regarding the relevant prior art.

Patent Owner also asserts that in view of the risks associated with cabazitaxel therapy:

> Mylan, at minimum, needs to demonstrate that a POSA would have had a reasonable expectation that administering 20-25 mg/m$^2$ of cabazitaxel in combination with a corticoid to the claimed patients was efficacious and that the regimen's efficacy outweighed the harm to those patients. That is, Mylan's references needed to show that there was a reasonable expectation that administering 20-25 mg/m$^2$ of cabazitaxel in combination with a corticoid to the claimed patients would be *sufficiently safe and effective to be useful to physicians as a treatment for prostate cancer worsening after docetaxel*.

*Id.* at 18 (emphasis added). According to Petitioner, governing precedent is to the contrary and provides that the standard for proving obviousness is lower than the standard for proving efficacy and safety sufficient to warrant FDA approval. Reply 7 (citing *Allergan*, 726 F.3d at 1292 ("Motivation to

combine . . . cannot be limited to those reasons the FDA sees fit to consider in approving drug applications."); *Astrazeneca LP v. Apotex, Inc.*, 633 F.3d 1042, 1064–65 (Fed. Cir. 2010) (lacking FDA approval does not demonstrate lack of drug utility)). Moreover, "obviousness cannot be avoided simply by a showing of some degree of unpredictability in the art so long as there was a reasonable probability of success." *Pfizer*, 480 F.3d at 1364.

Patent Owner cites Dr. Seth's deposition testimony for the proposition that Mita and Pivot were not designed to assess the efficacy and risks associated with administration of cabazitaxel, and that more data from a larger clinical study was needed "for a POSA to determine if cabazitaxel would be sufficiently effective in the claimed patients such that the potential benefit would outweigh the harm." PO Resp. 18–20. First, Patent Owner's proposed standard engrafts inappropriate safety and efficacy constraints onto the utility of the claimed method as a measure of "success." *See Bristol-Myers Squibb*, 246 F.3d at 1378 ("the claims only require the administration of specific amounts of [the compound recited in the challenged claims] and not the achievement of a particular result."). Second, as explained by Dr. Seth, the reported incidences of neutropenia and other side effects of cabazitaxel were not so high as to require a proven survival benefit as a treatment prerequisite. Ex. 1043 ¶ 26; Ex. 1012, 726 (Table 3); Ex. 1010, 1550–51. Therefore, we give little weight to Patent Owner's evidence and argument regarding the necessity to weigh the potential clinical benefits against the risks of cabazitaxel administration (diarrhea, nausea, fatigue, neutropenia, and sensory neuropathy), particularly when the prior art discloses the claimed treatment method and its utility as having anti-cancer

activity in docetaxel-resistant mCRPC and breast cancer patients.  For the same reasons, we give little weight to Patent Owner's criticisms of Dr. Seth's testimony in support of Petitioner's Reply, which are effectively rebutted by Petitioner.  *See* Paper 80 (Observations on the Cross-Examination of Dr. Seth); Paper 93 (Response to Observations on the Cross-Examination of Dr. Seth).

Patent Owner further contends it is contradictory for Petitioner to argue that cabazitaxel's similarities with docetaxel disposed it to have activity against prostate cancer and breast cancer but that its differences allowed it to overcome at least some mechanisms of docetaxel resistance.  PO Resp. 21–23, 29–33.  Patent Owner emphasizes other tubulin-binding compounds, such as larotaxel that "failed in three separate phase III studies." *Id.* at 22–23; *see also id.* at 29–33 (discussing failure of phase III studies and failure to achieve FDA regulatory approval).  We reiterate, achievement of successful phase III study results for FDA approval is not the appropriate standard for measuring success.  We also credit Petitioner's evidence that cabazitaxel was designed to retain the tubulin-binding activity known to make docetaxel lethal to cancer cells while simultaneously reducing its affinity for the so-called P-gp pump (P-glycoprotein pump).  Pet. 8 (citing Ex. 1010, 1547–48), 22–23 (citing Ex. 1002 ¶¶ 66–69); Reply 8 (citing Ex. 1002 ¶¶ 60, 66–69, 77; Ex. 1021, 75).  Such information would have been known to a POSA – a clinical oncologist with experience treating metastatic prostate cancer and access to information regarding pharmacokinetics and mechanisms of drug resistance – as a major mechanism of docetaxel resistance.  As explained by Dr. Seth, a POSA would have believed cabazitaxel was (like docetaxel) active against both breast and prostate

cancer. Ex. 1043 ¶ 25; *see also* Ex. 1050, 354. Moreover, preclinical and clinical studies confirmed that cabazitaxel was active against docetaxel-resistant prostate and breast cancer. Ex. 1010, 1550 (Col. 2 ¶ 3)–1551 (Col. 1 ¶ 1, Table 3); Ex. 1022, 163 (Col. 2 ¶¶ 4–5).

Patent Owner's remaining arguments are similarly unavailing because, as explained above, Patent Owner applies an inappropriate measure of success in its analysis. *See e.g.*, PO Resp. 28 (positive patient response in phase I study insufficient to prove "cabazitaxel would successfully treat prostate cancer"), 31 ("phase II studies in oncology are poorly predictive of phase III success"), 38 ("Dr. Seth admitted a POSA could not predict beforehand whether a phase III trial was going to be successful or a failure."), 39 (regarding Winquist and the TROPIC Listing, "mere existence of a phase III study was not indicative of success"), 42 ("none of the references cited by Mylan disclose any data on the ability of cabazitaxel to increase the overall survival of any patients").

For the reasons given above, we determine Petitioner has shown by a preponderance of the evidence that a POSA, based on Winquist and the TROPIC Listing in view of Attard, Beardsley, and the knowledge of a POSA, would have had a reasonable expectation of success in achieving the method of treatment recited in claims 1 and 27 of the '592 patent.

*d. Secondary Considerations*

Secondary considerations, when present, must "be considered en route to a determination of obviousness." *Transocean Offshore Deepwater Drilling, Inc. v. Maersk Drilling USA, Inc.*, 699 F.3d 1340, 1349 (Fed. Cir. 2012) (citation omitted). Secondary considerations may include any of the following: long-felt but unsolved needs, failure of others, unexpected results,

commercial success, copying, licensing, and praise. *See Graham*, 383 U.S. at 17; *Leapfrog Enters., Inc. v. Fisher-Price, Inc.*, 485 F.3d 1157, 1162 (Fed. Cir. 2007). Patent Owner bears the burden of producing objective evidence of nonobviousness in rebuttal to Petitioner's evidence of obviousness. *Prometheus Labs., Inc. v. Roxane Labs., Inc.*, 805 F.3d 1092, 1101–02 (Fed. Cir. 2015).

For objective evidence of nonobviousness to carry substantial weight, "its proponent must establish a nexus between the evidence and the merits of the *claimed invention.*" *In re Huai-Hung Kao*, 639 F.3d 1057, 1068 (Fed. Cir. 2011) (citing *Wyers v. Master Lock Co.*, 616 F.3d 1231, 1246 (Fed. Cir. 2010)); *see also In re GPAC Inc.*, 57 F.3d 1573, 1580 (Fed. Cir. 1995). A patent owner may establish a rebuttable presumption of nexus "when the patentee shows that the asserted objective evidence is tied to a specific product and that product 'is the invention disclosed and claimed in the patent.'" *WBIP LLC v. Kohler Co.*, 829 F.3d 1317, 1329 (Fed. Cir. 2016). We note some tension in applicable Federal Circuit precedent regarding the standard for establishing an appropriate nexus. On the one hand, "[w]here the offered secondary consideration actually results from something other than what is both claimed and *novel* in the claim, there is no nexus to the merits of the claimed invention," i.e., "there must be a nexus to some aspect of the claim not already in the prior art." *Kao*, 639 F.3d at 1068–69. On the other hand, there is no requirement that "objective evidence must be tied exclusively to claim elements that are not disclosed in a particular prior art reference in order for that evidence to carry substantial weight." *WBIP*, 829 F.3d at 1331. A patent owner may show, for example, "that it is the claimed combination as a whole that serves as a nexus for the objective evidence;

proof of nexus is not limited to only when objective evidence is tied to the supposedly 'new' feature(s)." *Id.* Ultimately, the fact finder must weigh the secondary considerations evidence presented in the context of whether the claimed invention as a whole would have been obvious to a POSA. *Id.* at 1331–32.

Patent Owner presents argument and evidence of long-felt need, failure of others, unexpected properties, praise, commercial success, and copying. PO Resp. 50–56. Patent Owner's objective evidence of non-obviousness is tied to the commercial success and recognition of Jevtana®, the successful phase III clinical trial results from the TROPIC Study that led to expedited FDA review and approval of Jevtana®, and the assertion that it was unexpected for cabazitaxel therapy to provide a statistically significant survival benefit and reduced side effects in docetaxel-refractory mCRPC patients. PO Resp. 50–56 (citing Ex. 2176 ¶¶ 93, 185, 187–189, 192–195, 198, 200–202, 204–207, 209–214, 216–219, 221). Patent Owner also produces evidence that clinical administration of Jevtana® according to its FDA-approved labeling satisfies the limitations of independent claims 1 and 27, as well as several dependent claims, of the '592 patent. PO Resp. 54 n.2 (citing Ex. 2150, 1; Ex. 2176 ¶¶ 192–195).

Petitioner offers rebuttal evidence contesting Patent Owner's secondary considerations evidence and the asserted nexus to the claimed treatment method. Reply 17–23.

We have considered Petitioner's evidence of the obviousness of claims 1 and 27, set forth above, in conjunction with Patent Owner's objective evidence of non-obviousness and Petitioner's rebuttal evidence.

On balance, we conclude that Patent Owner's secondary considerations evidence does not outweigh Petitioner's strong evidence of obviousness.

*(i) Presumption of nexus*

We begin with the observation that the clinical administration of Jevtana® is an embodiment of the claimed treatment method. Ex. 2176 ¶¶ 192–195. Petitioner does not directly contest this testimony, but raises related arguments that we address below. Reply 4–5, 17–18. Therefore, we credit Dr. Sartor's cited Declaration testimony and begin by presuming a nexus between alleged long-felt need, failure of others, unexpected results, praise, commercial success, and copying and the administration of Jevtana® to docetaxel-refractory mCRPC patients. The presumption shifts the burden of producing rebuttal evidence to Petitioner. *WBIP*, 829 F.3d at 1329.

The Board, a non-jury tribunal with administrative expertise, is well-positioned to determine and assign appropriate weight to the evidence presented. *See Gnosis S.p.A. v. S. Alabama Med. Sci. Found.*, Case IPR2013-00118, slip op. at 43 (PTAB June 20, 2014) (Paper 64); *see also Donnelly Garment Co. v. NLRB*, 123 F.2d 215, 224 (8th Cir. 1941) ("One who is capable of ruling accurately upon the admissibility of evidence is equally capable of sifting it accurately after it has been received."). In rendering our decision, we have assigned weight to the evidence as appropriate in view of the entire record before us. For the reasons that follow, we determine Petitioner's evidence effectively rebuts the presumption of nexus and the weight to be given Patent Owner's objective evidence of non-obviousness.

*(ii) Claimed method disclosed in the prior art*

The claimed treatment method is fully disclosed in the prior art. Pet. 7–9 (citing Ex. 1008; Ex. 1009, 3948; Ex. 1010, 1547–49, 1551; Ex. 1012, 724, 729); Reply 4–5 (citing, *inter alia*, Ex. 1041, 59:7–20, 62:8–18, 65:2–18, 67:23–68:6, 71:16–25; 73:10–15; 83:10–15, 87:13–88:4, 93:9–17, 96:17–22, 97:7–100:4; 150:6–152:6). The same treatment method described in the ’592 patent, specifically the administration of a 25 mg/m$^2$ dose of cabazitaxel in combination with prednisone to docetaxel-refractory mCRPC patients, as set out in the TROPIC Study, was disclosed in the prior art Winquist and TROPIC Listing references. This is not a case where isolated claim limitations are disclosed individually in different prior art references and the claimed combination itself provides the nexus to the merits of the invention. *See WBIP*, 829 F.3d at 1330; *see also* Reply 5 (citing, *inter alia*, *Santarus, Inc. v. Par Pharm., Inc.*, 694 F.3d 1344, 1353–1354 (Fed. Cir. 2012) (method of treating gastric acid disorder by administering an obvious formulation “cannot become nonobvious simply by administering it to a patient and claiming the resulting serum concentrations”)).

First, a POSA would have read Winquist and the TROPIC Listing together because they disclose the same clinical study. Winquist and the TROPIC Listing disclose the same treatment method being used in the same clinical trial for treating the same patient population – the Sanofi-Aventis TROPIC Study. Ex. 1002 ¶¶ 118–120; *see also* Ex. 1041, 94:14–95:4 (“I would anticipate that if they [a POSA] had the available information, they would read both.”). Second, a POSA would have understood Winquist, which discloses administering a 25 mg/m$^2$ dose of cabazitaxel in combination with prednisone to mCRPC patients “previously treated with a

Taxotere [docetaxel]-containing regimen" (Ex. 1009, 3948), as disclosing the treatment of prostate cancer that "has progressed during or after treatment with docetaxel," as recited in claims 1 and 27. Ex. 1002 ¶¶ 65, 117 ("It is implicit in treatment of a patient with mCRPC who has been previously . . . treated with docetaxel that such treatment is necessary because progression occurred during or after docetaxel treatment."). Dr. Sartor also testifies that a patient previously treated with docetaxel, as stated in Winquist, would not have been treated with a follow-on taxane such as cabazitaxel "until there's evidence of progression." Reply 4 (citing Ex. 1041, 59:7-20, *see also id.* at 93:9–17 ("If the patient had not progressed, then he likely would not be treated with cabazitaxel."). Thus, the method steps recited in claims 1 and 27 are not disclosed in isolation in the prior art; they are disclosed in the same combination claimed and exemplified in the '592 patent.

In short, Petitioner's evidence effectively rebuts the legal presumption of a nexus between the administration of Jevtana® to treat mCRPC patients and "some aspect of the claim not already in the prior art." *Kao*, 639 F.3d at 1068–69.

*(iii) Commercial success*

Patent Owner relies on a presumed nexus between the '592 patent claims and the commercial success of Jevtana®. PO Resp. 55–56. Petitioner responds that Patent Owner has listed "at least eight different patents" in the FDA Orange Book for Jevtana®, of which six have expired, and that Patent Owner fails to explain why Jevtana®'s commercial success is attributable to the treatment method of the '592 patent rather than to prior

art elements of the expired patents. Reply 17–18 (citing Ex. 1044 ¶¶ 17–22, 124–30). We reproduce Mr. McSorely's chart of Orange Book-listed patents, below.

**Figure A**

**Other Jevtana® Orange Book Listed Patents**

| U.S. Patent No. | Filing Date | Issue Date | Expiration Date | Assignee |
|---|---|---|---|---|
| 5,438,072 | 11/22/93 | 8/1/95 | 11/22/13 | Rhone-Poulenc Rorer S.A. |
| 5,698,582 | 3/3/95 | 12/16/97 | 7/3/12 | Rhone-Poulenc Rorer S.A. |
| 5,847,170 | 3/26/96 | 12/8/98 | 3/26/16 | Rhone-Poulenc Rorer S.A. |
| 6,331,635 | 4/28/98 | 12/18/01 | 3/26/13 | Aventis Pharma S.A. |
| 6,372,780 | 1/3/01 | 4/16/02 | 3/26/13 | Aventis Pharma S.A. |
| 6,387,946 | 9/25/01 | 5/14/02 | 3/26/13 | Aventis Pharma S.A. |
| 7,241,907 | 9/17/04 | 7/10/07 | 12/10/25 | Aventis Pharma S.A. |
| 8,927,592 | 4/26/12 | 1/6/15 | 10/27/30 | Aventis Pharma S.A. |

Ex. 1044 ¶ 19, Attachment 4.1. As shown in the Orange Book patent chart, above, Patent Owner has listed seven earlier-issued patents covering Jevtana®, six of which have now expired and one of which does not expire until December 10, 2025. *Id.*; *see also* Ex. 1059, 1027. The first three listed patents, for example, disclose taxane compounds and compositions. Ex. 180; Ex. 1081; Ex. 1082.

We agree with Petitioner that the presumed nexus between Jevtana®'s commercial success and the '592 patent claims is undercut by the Patent Owner's failure to acknowledge or address the seven prior art Orange Book-listed patents for Jevtana®. Mr. Tate affirmatively states in his declaration, and confirms in his deposition testimony, that he was not asked to provide any opinion on a nexus between the commercial success of Jevtana® and the claims of the '592 patent. Ex. 2149 ¶ 25 n.49; Ex. 1042,

64:19–65:20, 78:14–8. He testifies that he relied on Dr. Sartor to establish such a nexus. Ex. 1042, 65:21–66:8; *see also* Ex. 2149 ¶¶ 25–27, Schedule 3.

Dr. Sartor provides only a conclusory statement: "In my opinion, Jevtana®'s success is attributable to the inventions claimed in the '592 patent, which reflect the results of the TROPIC study that led to FDA approval." Ex. 2176 ¶ 219; *see also id.* ¶¶ 221–222. Dr. Sartor does not discuss any of the other Orange Book patents for Jevtana®, whether Jevtana®'s commercial success may be tied to the inventions of those patents, such as the composition patents, or why Jevtana®'s commercial success should be attributable solely to the claimed treatment method of the '592 patent. Dr. Sartor, moreover, testifies that he understood the invention of the '592 patent to be cabazitaxel and its utility. Ex. 1041, 143:25–144:23. Dr. Sartor further testifies that, in his opinion, the 25 mg/m$^2$ dose of cabazitaxel "is critical," but he readily acknowledges that the critical dose was disclosed in the prior art Winquist reference. *Id.* at 150:25–151:17. Dr. Sartor also admitted that, although the critical dose was disclosed in Winquist, he "didn't view this as part of the prior art." *Id.* at 151:18–152:6. As with Patent Owner's no-reasonable-expectation-of success argument, such inconsistency undermines Patent Owner's commercial success argument.

"Where market entry by others was precluded [due to blocking patents], the inference of non-obviousness of [the asserted claims], from evidence of commercial success, is weak." *Galderma Labs., L.P. v. Tolmar, Inc.*, 737 F.3d 731, 740 (Fed. Cir. 2013); *see also Merck & Co. v. Teva Pharms. USA, Inc.*, 395 F.3d 1364, 1377 (Fed. Cir. 2005) ("[f]inancial

success is not significantly probative of [whether the claimed invention was non-obvious in light of prior art] in this case because others were legally barred from commercially testing the [relevant] ideas" by other patents covering the product). Six of the Jevtana® Orange Book patents have now expired, and, as in *Galderma* and *Merck*, market access by others previously was precluded. Ex. 1059, 1027 ("EXCLUSIVITY EXPIRATION DATE JUN 17, 2015"). Therefore, for this additional reason, any inference of non-obviousness from Jevtana®'s commercial success is weak.

In sum, we are persuaded that Petitioner's evidence and argument effectively rebuts the presumption of nexus between the commercial success of Jevtana® and the claimed treatment method of the '592 patent.

*(iv) Long-felt need*

Patent Owner argues that there was a need to treat critically ill mCRPC patients whose disease had progressed after docetaxel therapy, and that cabazitaxel "was the first therapy to show a survival benefit with patients that progressed after docetaxel." PO Resp. 50 (citing Ex. 2071, 1; Ex. 2176 ¶¶ 198, 200–202; Ex. 2177, 43:11–17). Patent Owner emphasizes that, based on the successful phase III clinical trial data from the TROPIC Study, the FDA accelerated approval of Jevtana® in only 11 weeks. *Id.* at 50–51 (citing Ex. 2059, 1 (¶ 3); Ex. 2068, 1). Patent Owner provides objective evidence that the accelerated approval of Jevtana® "fill[ed] a critical gap among patients with the most advanced stage of prostate cancer and is the first therapeutic option for these patients shown to prolong survival." *Id.* (citing Ex. 2068, 1).

Petitioner challenges Patent Owner's evidence by trying to shift the focus onto later-approved drugs that have since overtaken Jevtana® in

treating mCRPC patients and in terms of sales. Reply 18–19 (citing Ex. 1041, 187:21–189:14, 191:8–193:12, 194:12–195:9, 196:6–23, 197:6–199:5, 200:15–201:18, 204:5–205:6, 222:6–16, 225:17–21; Ex. 1043 ¶ 34; Ex. 1044 ¶¶ 34–51; Ex. 1069). Petitioner also derides the alleged need as "'kicking the can down the road.'" *Id.* at 18 (citing Ex. 1041, 200:9–21). We are not persuaded by Petitioner's rebuttal evidence regarding long-felt need.

Patent Owner's evidence, on this record, demonstrates the importance of the phase III clinical trial results in motivating FDA fast-track approval for Jevtana®. At the time of its approval, Jevtana® was the first FDA-approved therapy for treating docetaxel-refractory mCRPC patients. PO Resp. 50–51 (citing Ex. 2059, 1; Ex. 2068, 1; Ex. 2071, 1; Ex. 2176 ¶¶ 200–202; Ex. 2177, 43:11–17). The fact that later-approved drugs may have been an improvement over Jevtana® in the treatment of such critically ill patients is beside the point. We do, however, reiterate that the weight we give to Patent Owner's evidence of long-felt need is tempered by Petitioner's evidence that the TROPIC Study treatment protocol, the results of which provided the impetus for FDA fast-track approval, was disclosed in the prior art along with evidence of anti-cancer activity in docetaxel-refractory mCRPC and metastatic breast cancer patients. Ex. 1008; Ex. 1009, 3948; Ex. 1010; Ex. 1012, 723, 727. In addition, and as discussed above, Petitioner has provided persuasive evidence to rebut the presumed nexus between the '592 patent's claimed treatment method and the success of Jevtana®.

*(v) Failure of others*

Our analysis of long-felt need applies equally to Patent Owner's evidence of the failure of others to increase survival of docetaxel-refractory mCRPC patients prior to the approval of Jevtana®. PO Resp. 51 (citing, *inter alia*, Ex. 1022, 162–63; Ex. 2008, 1; Ex. 2026, 77–79; Ex. 2041, 808; Ex. 2096, 2973 (Col. 2 ¶ 2) (discussing two decades of efforts to overcome taxane resistance); Ex. 2176 ¶¶ 204–207). Petitioner's response is essentially the same as the response it proffered in rebuttal to Patent Owner's long-felt need evidence, with like effect. Reply 19.

*(vi) Unexpected results*

Patent Owner argues it was unexpected that cabazitaxel therapy would "prolong overall survival" in docetaxel-refractory mCRPC patients, with reduced side effects, as shown in the TROPIC Study. PO Resp. 52–54 (citing Ex. 2176 ¶¶ 39, 93, 185, 187–89, 209–214; Ex. 2177, 43:11–17, 45:16–46:2). In addition to a long-felt need and the failure of others, referenced immediately above, Patent Owner emphasizes that the positive results of the TROPIC Study were particularly unexpected in light of the lack of a phase II study in prostate cancer and the fact that the disease had progressed in patients after receiving a taxane (docetaxel) therapy. *Id.* at 52 (citing Ex. 2176 ¶¶ 185, 188–89, 210). With regard to side effects, Patent Owner sets up a logical tautology from its characterization of Petitioner's argument that, if a POSA would have expected cabazitaxel to act similarly to docetaxel, then a POSA would not have expected cabazitaxel therapy to have a "lower incidence of side effects such as neuropathy, alopecia [hair loss], nail changes and dysgeusia [altered taste sensation] than docetaxel." *Id.* at 54 (citing Ex. 2176 ¶¶ 211–214).

Petitioner responds with Dr. Sartor's acknowledgment that critical features of the claimed invention, particularly the 25 mg/m$^2$ dose of cabazitaxel and the docetaxel-refractory patient population, were disclosed in the prior art Winquist (Ex. 1009) and TROPIC Listing (Ex. 1008) references. Reply 20 (citing Ex. 1041, 150:25–151:17, 152:22–153:10). Therefore, Petitioner argues, there is no basis to attribute any prolonged survival to a claimed feature not already disclosed in the prior art. *Id.*

We view the evidence of unexpected results as neutral in this case. On the one hand, the results of the TROPIC Study were unexpected enough to result in FDA fast-track approval of the first therapy for docetaxel-refractory mCRPC patients. On the other hand, a statistically significant increase in overall survival of a patient population is not a claim limitation of the '592 patent claims. The claimed method also was disclosed in the prior art (Winquist and TROPIC Listing), and Attard (Ex. 1021, 74–75) and Beardsley (Ex. 1022, 163) note the positive anticancer activity and partial responses to cabazitaxel therapy in docetaxel-refractory phase I (mCRPC) and phase II (metastatic breast cancer) patients. Beardsley expressly notes that the results in docetaxel-refractory patients were sufficient to permit moving directly to the phase III TROPIC Study, which compared cabazitaxel plus prednisone therapy to palliative mitoxantrone plus prednisone therapy in docetaxel-refractory mCRPC patients.[16] Ex. 1022,

---

[16] We give no weight to Petitioner's unsupported argument that Patent Owner failed to compare cabazitaxel therapy survival rates to docetaxel re-challenge survival rates. Reply 20. As Dr. Sartor explains, mitoxantrone plus prednisone therapy was the *de facto* standard of care for docetaxel-refractory patients at the time of the earliest possible priority date of the '592 patent. Ex. 1027, 557; Ex. 2176 ¶ 39.

163 (Col. 2 ¶ 5). Beardsley's explanation effectively undermines Patent Owner's argument that the TROPIC Study results were particularly unexpected given the absence of a phase II clinical trial in mCRPC patients.

As stated previously, Petitioner's evidence is sufficient to establish that a POSA would have had a reasonable expectation that the TROPIC Study protocol disclosed in Winquist and the TROPIC Listing would result in anticancer activity. Winquist and the TROPIC Listing also note that prolonging patient survival ("overall survival") was the primary endpoint of the study, which had been ongoing since 2006. Ex. 1008, 2; Ex. 1002 ¶ 122. Patent Owner's additional evidence, regarding alleged reduced side effects resulting from cabazitaxel therapy in comparison to docetaxel therapy, does not alter our view of the unexpected results evidence. We credit Dr. Seth's testimony that Pivot disclosed a "favorable" safety profile for cabazitaxel therapy in comparison to docetaxel, including side effects such as nausea, vomiting, and sensory neuropathy. Ex. 1043 ¶ 31; Ex. 1010, 1551.

Therefore, on balance, we determine the unexpected results evidence does not support Patent Owner's nonobviousness argument in this case.

*(vii) Praise for Jevtana®*

Patent Owner again relies on the evidence of FDA fast-track approval in support of its argument that Jevtana® received praise. PO Resp. 54 (citing Ex. 2059, 1). Patent Owner provides evidence of post-approval articles and press releases praising Jevtana® as a "major success in second line chemotherapy for advance[d] prostate cancer," based on its increase in overall patient survival in the TROPIC Study. *Id.* (citing Ex. 2071, 1 (Col. 1), 3). Others praised Jevtana® for giving patients more time to live and

Case: 18-1203 Document: 19 Page: 130 Filed: 03/15/2018

allowing them to "carry on doing the things they enjoy despite their cancer." *Id.* at 55 (citing Ex. 2115, 2).

Petitioner responds that the news article cited by Patent Owner, Exhibit 2115, also states that the "Cancer Drugs Fund plans to axe drug [Jevtana] from its approved list" because "it is not cost-effective and doesn't offer 'sufficient clinical benefit.'" Reply 21 (citing Ex. 2115, 1–2). Petitioner again argues absence of a nexus to a novel feature of the '592 patent claims, and it also argues the "buzz" surrounding Jevtana®'s approval was not as significant as the "big buzz" received by later drugs approved to treat the same patient population. *Id.* (citing Ex. 1041, 201:19–202:14).

Patent Owner's evidence establishes a modicum of industry praise for Jevtana® upon FDA approval and thereafter. However, as with our analysis of long-felt need, failure of others, and unexpected results, the weight we give to Patent Owner's evidence of praise is tempered by Petitioner's evidence that the TROPIC Study treatment protocol, the results of which provided the impetus for FDA fast-track approval, was disclosed in the prior art along with evidence of anti-cancer activity in docetaxel-refractory mCRPC and metastatic breast cancer patients. Ex. 1008; Ex. 1009, 3948; Ex. 1010; Ex. 1012, 723, 727. In addition, and as discussed above, Petitioner has provided persuasive evidence to rebut the presumed nexus between the '592 patent's claimed treatment method and the success of Jevtana®.

*(viii) Copying*

Patent Owner provides only a cursory, conclusory assertion that nine competitors are accused of infringing the '592 patent claims in district court litigation to support its copying argument. PO Resp. 56 (citing Paper 6, 2–3;

Case: 18-1203 Document: 19 Page: 131 Filed: 03/15/2018

*Ortho-McNeil Pharm., Inc. v. Mylan Labs., Inc.*, 348 F. Supp. 2d 713, 759 (N.D. W.Va. 2004) (generic manufacturer's decision to copy a drug is probative of nonobviousness)). Patent Owner does not offer any direct evidence of alleged copying. *Id.* Therefore, Patent Owner's conclusory argument does not support an inference of non-obviousness.

*e. Conclusion*

When we balance Petitioner's strong evidence of obviousness against the objective evidence of nonobviousness, we determine that a preponderance of the evidence supports Petitioner's position that claims 1 and 27 of the '592 patent are unpatentable for obviousness over Winquist and the TROPIC Listing, in view of Attard and Beardsley.

*5. Dependent Claims 2, 5, 12, 15–26, and 28–30*

Petitioner argues that dependent claims 2, 5, 12, 15–26, and 28–30 recite additional limitations that would have been obvious to a POSA based on Winquist, the TROPIC Listing, and Pivot.[17] Pet. 29–32, 34–38, 43–45. Petitioner supports its arguments with claim charts for most of the claims, which contain citations to Winquist, the TROPIC Listing, and Dr. Seth's Declaration. *Id.* at 35–38 (citing Ex. 1008; Ex. 1009; Ex. 1002). Having reviewed the complete trial record, we are persuaded Petitioner has proved by a preponderance of the evidence that Winquist, the TROPIC Listing, and

---

[17] We note dependent claims 15–16, 21, 26, and 30 referenced in this section were raised in other instituted grounds. Paper 9, 21–23. Because Patent Owner addresses the cabazitaxel dosage limitations recited in those dependent claims together with the cabazitaxel dosage limitations recited in claims 12, 18, 22, 24, and 28 (PO Resp. 44–45), for convenience we address the claims reciting cabazitaxel dosage limitations together in this section.

Case: 18-1203 Document: 19 Page: 132 Filed: 03/15/2018

Pivot disclose the elements recited in dependent claims 2, 5, 12, 15–26, and 28–30. Pet. 29–32, 34–38, 42–45; Ex. 1002 ¶¶ 49–50, 61–62, 123, 126–130, 136–137, 139, 154, 157–160.

For example, Winquist and the TROPIC Listing disclose administration of cabazitaxel in combination with a corticoid to castration-resistant, metastatic prostate cancer patients (claims 2, 20, and 24). Ex. 1008, 1–2; Ex. 1009, 3948; Ex. 1002 ¶¶ 123, 127–130. Winquist and the TROPIC Listing also disclose repeating the administration of cabazitaxel as a new cycle every three weeks (claims 5, 19, 23, 25, and 29). Ex. 1008, 1; Ex. 1009, 3948; Ex. 1002 ¶ 137. They further disclose administering cabazitaxel in combination with prednisone (claims 24 and 27). Ex. 1008, 1; Ex. 1009, 3948; Ex. 1002 ¶¶ 126, 129, 135. To the extent not stated expressly above, we adopt Petitioner's arguments and evidence in support of our findings that Winquist, the TROPIC Listing, and Pivot disclose the limitations recited in claims 2, 5, 12, 15–26, and 28–30 of the '592 patent. Pet. 25–38, 43–45. Motivation to combine and reasonable expectation of success are addressed in Section II.B.4, above, and further in response to Patent Owner's arguments, below.

Patent Owner challenges Petitioner's proofs regarding whether a POSA would have had a reasonable expectation of success in administering the cabazitaxel doses recited in claims 12, 15–16, 18, 21–22, 24, 26, 28, and 30. PO Resp. 44–45. Claims 12, 16, 18, 22, 24, and 28 recite administration of a 25 $mg/m^2$ dose of cabazitaxel, and claims 15, 21, 26, and 30 recite a 20 $mg/m^2$ cabazitaxel dose. Petitioner argues that Winquist discloses administration of the 25 $mg/m^2$ dose, and Pivot discloses administration of the 20 $mg/m^2$ dose that was well tolerated in docetaxel-refractory metastatic

breast cancer patients. Pet. 36–38 (citing Ex. 1009, 3948; Ex. 1002 ¶ 139), 43–46 (citing Ex. 1002 ¶¶ 157–158, 160; Ex. 1010, 1547–48, 1550).

Pivot discloses administering cabazitaxel "at 20 mg/m$^2$, given as a 1-h i.v. infusion on day 1 every 3 weeks." Ex. 1010 at 1548 (Col. 2 ¶ 3). Pivot explains that the 20 mg/m$^2$ dose was the "recommended dose for phase II and III studies" based on earlier phase I studies. *Id.* at 1548 (Col. 1 ¶ 2); *see also* Ex. 1002 ¶ 157 ("Pivot . . . provides reasons for this dose."). Pivot further discloses that cabazitaxel was initially administered at a 20 mg/m$^2$ dose, and thereafter "escalation up to 25 mg/m$^2$ from cycle 2, in selected patients, on the basis of their good tolerance in cycle 1, was feasible in 20 patients (28%) with no evident increase in the overall incidence of subsequent AEs [adverse events] in this group." Ex. 1010, 1550 (Col. 1 ¶ 2). Based on the study data, in which 72% of taxane-refractory metastatic breast cancer patients were treated at a dose of 20 mg/m$^2$ and 28% of patients at a 25 mg/m$^2$ dose, Pivot concluded that cabazitaxel "was active and well tolerated in . . . patients with taxane-resistant disease." *Id*. at 1547 ("Conclusions"); *see also id.* at 1548–49. Therefore, Pivot discloses the active and well-tolerated use of both 20 and 25 mg/m$^2$ doses of cabazitaxel in docetaxel-refractory metastatic breast cancer patients.

Patent Owner argues that a POSA would not have expected any clinical benefit to outweigh known toxic side effects from administering cabazitaxel at a dose of 25 mg/m$^2$ or even at the lower 20 mg/m$^2$ dose. PO Resp. 44–45 (citing Ex. 2176 ¶¶ 172–174; Ex. 2177, 72:17–73:2, 73:14–23, 130:14–131:2; Ex. 2229, 2). Patent Owner particularly emphasizes the risk of life-threatening neutropenia in the absence of clinical trial data, arguing it would have been "unreasonable for a POSA to expect that this dose of

cabazitaxel [20 mg/$m^2$] would prolong overall survival prior to the results of TROPIC described in the '592 patent." *Id.* at 44. For the reasons given in Section II.B.4, above, Patent Owner uses the incorrect standard for measuring a reasonable expectation of success in achieving the claimed invention. We further note the '592 patent does not describe any clinical trial results for a 20 mg/$m^2$ dose of cabazitaxel, even though dependent claims 15, 21, 26, and 30 recite a 20 mg/$m^2$ dose. This fact tends to undercut Patent Owner's argument that clinical trial results are necessary to support a reasonable expectation of success.

We also are not persuaded by Patent Owner's argument of no reasonable expectation of success in view of potentially toxic side effects, particularly because Winquist and Pivot disclose the administration of the recited cabazitaxel doses, and Pivot describes how an experienced oncologist would manage the emergence of side effects with dose control, antihistamines, and antiemetics. Ex. 1010, 1548 (Col. 2 ¶ 3). Pivot expressly discloses that the recommended dose of 20 mg/$m^2$ cabazitaxel was well tolerated in most patients and that a substantial number of patients were escalated up to a 25 mg/$m^2$ dose without dose-limiting adverse events such as severe neutropenia. *Id.*; *see also id.* at 1547 ("XRP6258 [cabazitaxel] was active and well tolerated in this group of MBC patients with taxane-resistant disease."), 1551 ("The safety profile of XRP6258 was very favorable when compared with the known safety profile of the marketed taxanes or other compounds under development."). The potential for severe side effects in such desperately ill patients was not enough to prevent Patent Owner from selecting the higher 25 mg/$m^2$ cabazitaxel dose for administration in the large phase III TROPIC Study disclosed in Winquist. Ex. 1009.

Case: 18-1203 Document: 19 Page: 135 Filed: 03/15/2018

We credit Dr. Seth's testimony that "Pivot's two doses (20 and 25 mg/$m^2$) were in agreement with the Phase I data regarding safe doses reported in Mita, as well as the Phase III doses reported in Winquist and the TROPIC Listing." Ex. 1043 ¶ 30. Moreover, Dr. Sartor testifies that when he treats mCRPC patients, even today, he prescribes drugs that are not approved by the FDA for such a treatment indication, which means there are no phase III clinical trial results available. Ex. 1041, 180:22–182:15, 183:23–184:4, 185:8–22. He testifies that he treats a small percentage of patients with "non-FDA-approved therapies" when "they're not in a clinical trial," that he does so without the benefit of any phase III clinical data, and that he thinks "that's probably typical of other oncologists" as well. *Id.* at 182:16–183:10, 183:23–185:7. Dr. Sartor's candid acknowledgement that treatment of advanced prostate cancer patients with off-label drugs is a type of "desperation oncology," further undercuts Patent Owner's argument that side effects and lack of phase III clinical trial data would have made it unreasonable for a POSA to administer a 20 mg/$m^2$ or 25 mg/$m^2$ dose of cabazitaxel to treat docetaxel-refractory mCRPC patients.

Based on the complete trial record, we determine Petitioner has proved by a preponderance of the evidence that dependent claims 2, 5, 12, 15–26, and 28–30 of the '592 patent are unpatentable as obvious under 35 U.S.C. § 103.

*C. Ground 2: Asserted Obviousness of Claims 3 and 4 over Winquist, the TROPIC Listing, and Didier*

Claim 3 depends from claim 1 and recites cabazitaxel "in the form of an acetone solvate." Ex. 1001, 18:61–62. Claim 4 depends from claim 3

and further recites "the acetone solvate contains between 5% and 8% by weight of acetone." *Id.* at 18:63–64. The '592 patent describes a solvate as "a molecular complex characterized by the incorporation of the crystallization solvent [acetone] into the crystal of the molecule of the active principle." Ex. 1001, 4:40–47. The acetone solvate form of cabazitaxel is used to prepare a premix for subsequent dilution in an aqueous perfusion solution at the time of intravenous administration. *Id.* at 5:12–29.

Petitioner acknowledges that Winquist and the TROPIC Listing do not disclose an acetone solvate form of cabazitaxel. Pet. 38. Petitioner, however, relies on Didier's teaching of the preparation of an acetone solvate form of cabazitaxel where the "mean value of the content of acetone is 7%." *Id.* at 38–39 (citing Ex. 1011, 2:39–42). Claim 2 of Didier teaches an acetone solvate form of cabazitaxel "comprising from about 5 to about 7 percent by weight of acetone." Ex. 1011, 4:1–5. Didier also states that cabazitaxel "exhibits noteworthy anticancer and antileukemic properties," which suggests the potential use of an acetone solvate form of the drug for cancer treatment. Ex. 1011, 1:22–23; Ex. 1002 ¶ 141.

Petitioner, relying on Dr. Seth's testimony, argues that a POSA would have known that non-aqueous solvates, such as acetone, could improve the water solubility of highly lipophilic taxanes. Pet. 39 (citing Ex. 1002 ¶¶ 80–81 (discussing Liu[18])). Given that the TROPIC Listing discloses cabazitaxel administration by intravenous infusion (Ex. 1008, 2), Petitioner argues a POSA would have had strong reasons to prepare cabazitaxel in a solvate

[18] Liu, *Water-Insoluble Drug Formulation*, Chapter 15, 525–68 (CRC Press 2000) ("Liu"). Ex. 1025.

Case: 18-1203 Document: 19 Page: 137 Filed: 03/15/2018

form to "enable the drug's dissolution into an aqueous solution suitable for intravenous infusion into a patient." Pet. 39 (citing Ex. 1002 ¶ 142). Petitioner argues that Didier would have motivated a POSA to select acetone as the solvate of choice for cabazitaxel, at a 7% acetone weight ratio and with a reasonable expectation of success, because Didier expressly discloses and validates this particular crystalline form of cabazitaxel. *Id.* at 39–40 (citing Ex. 1002 ¶ 142; Ex. 1011, 2:39–42, 4:1–5).

Patent Owner challenges Petitioner's evidence, particularly Liu, as failing to support a motivation for a POSA to select Didier's acetone solvate form of cabazitaxel for use in the intravenous treatment method disclosed in the TROPIC Listing. PO Resp. 47–49. Patent Owner argues that Liu does not support Dr. Seth's opinion because, when a highly lipophilic drug such as cabazitaxel presents a solubility problem, Liu suggests the use of other techniques including co-solvents, pro-drugs, emulsions, surfactants, and liposomes rather than alteration of the solid state form of the drug compound (e.g., forming a solvate) to achieve the requisite solubility. *Id.* at 47–48 (citing Ex. 1025, 526–27; Ex. 2069). Patent Owner further argues that Liu's list of solvents, including acetone, are not suitable for pharmaceutical preparations due to "potential toxicity" and do not support Petitioner's asserted motivation to combine. *Id.* at 48 (citing Ex. 1025, 529, 531; Ex. 2057, 67381, 67383).

We are persuaded by a preponderance of the evidence that a POSA would have been motivated by the teachings of Didier, with a reasonable expectation of success, to use an acetone solvate form of cabazitaxel at a weight ratio of approximately 7% to solubilize cabazitaxel for intravenous administration. Although Patent Owner emphasizes the general teaching of

Liu that alternate solubility techniques were available to solubilize lipophilic molecules, Patent Owner does not effectively rebut the fact that the claimed acetone solvate form of cabazitaxel, and a method for preparing it, is expressly disclosed in Didier. Moreover, as to Liu, a reference does not teach away if it expresses a general preference for an alternative approach from among known options available to a POSA, particularly if the reference does not "criticize, discredit, or otherwise discourage the solution claimed." *In re Fulton*, 391 F.3d 1195, 1201 (Fed. Cir. 2004). Liu's statement that alteration of a molecule's solid state "may have little effect on its solubility" is not a criticism, disparagement, or other teaching away from the use of an acetone solvate form of cabazitaxel. Liu goes on to note that disrupting the crystal lattice structure to increase solubility "can be done by altering the crystal form (polymorphs or solvates/hydrates)." Ex. 1025, 527–28. Such a teaching is entirely consistent with the teachings of Didier and the knowledge of a POSA that formation of an acetone solvate was a known option, among others, for improving solubility of lipophilic molecules.

We acknowledge Patent Owner's evidence regarding "potential toxicity" of solvents such as acetone used to formulate a drug product (Ex. 1025; Ex. 2057), but the cited FDA guidance considers acetone to be a Class 3 solvent that "may be regarded as less toxic and of lower risk to human health" than Class 1 or Class 2 solvents, which are to be avoided altogether or very strictly limited. Ex. 2057, 67380–81. The FDA guidance states that "Class 3 includes no solvent known as a human health hazard at levels normally accepted in pharmaceuticals." *Id.* at 67381. In short, low levels of acetone – "50 mg per day or less" – in a pharmaceutical product "would be acceptable without justification." *Id.* The FDA Guidance provides

meaningful context for Liu's general comment regarding the "potential toxicity" of "other solvates" apart from hydrates and anhydrous solid state forms. Ex. 1025, 531. Patent Owner does not provide evidence to suggest that the levels of acetone in Didier's acetone solvate form of cabazitaxel (a 5% to 7 % weight ratio, Ex. 1011, 4:1–5) would run afoul of the FDA Guidance for acceptable acetone levels if administered intravenously at a 25 $mg/m^2$ dose as disclosed in Winquist and the TROPIC Listing.

We also credit Dr. Seth's testimony that "it was well known in the art as of October 29, 2009 that non-aqueous solvates, including acetone solvates, could be used to make soluble forms of taxanes suitable for intravenous delivery." Ex. 1002 ¶ 80; Ex. 2177, 176:6–177:2. Although hydrates and anhydrous forms of taxanes also were known (PO Resp. 48–49), we are persuaded by Dr. Seth's testimony that any question regarding potential toxicity from the use of acetone solvates did not amount to a teaching away from their use in favor of hydrates and anhydrous crystalline forms. Ex. 2177, 177:4–19 ("a POSA in 2009, acetone most likely would be the most readily available usage."), 179:23–180:7 ("[I]n 2009 we were -- I had used acetone in my fellowship at Stony Brook"), 180:26–181:10 ("[I]n 2009 that's a fair statement to say that a POSA could choose probably ethanol versus acetone. It would be a 50/50 choice."). Dr. Seth's testimony also persuades us, on balance, that the use of an acetone solvate form of cabazitaxel for intravenous delivery, as disclosed in Winquist and the TROPIC Listing, would not have presented a toxicity problem of such magnitude that it would tip the evidentiary scales in favor of Patent Owner on this issue.

Therefore, for the reasons given above, we determine Petitioner has proved by a preponderance of the evidence that dependent claims 3 and 4 of the ’592 patent are unpatentable as obvious under 35 U.S.C. § 103.

*D. Ground 3: Asserted Obviousness of Claims 7–9 Over Winquist, the TROPIC Listing, and Mita*

Petitioner argues that the pharmacokinetic (“PK”) profile limitations recited in dependent claims 7–9 of the ’592 patent would have been obvious to a POSA based on Winquist, the TROPIC Listing, and Mita. Pet. 40–41. Claims 7–9 each depend from claim 1. Petitioner notes that Mita expressly discloses the AUC and $C_{max}$ concentrations recited in claims 7 and 8, respectively, and a plasma clearance rate that falls within the range recited in claim 9. *Id.* (citing Ex. 1002 ¶¶ 104, 145–148; Ex. 1012, 729). Petitioner argues that claims 7–9 recite pharmacokinetic parameters that are merely the result of administering cabazitaxel at a dose of 25 mg/m$^2$ every three weeks. *See* Ex. 1002 ¶ 56, discussing Ex. 1001, 18:36–49. As stated previously, Winquist and the TROPIC Listing together disclose administration of a 25 mg/m$^2$ intravenous dose of cabazitaxel every three weeks. The testimony of Dr. Seth supports a finding that such administration necessarily results in the PK profile distribution ranges recited in claims 7–9. Ex. 1009, 3948; Ex. 1002 ¶¶ 124–125.

Patent Owner does not address the substance of Ground 3 in its Response. *See* PO Resp. 21.

We agree with Petitioner’s argument and analysis and adopt the underlying evidence in support as our own fact findings. Pet. 40–41. Therefore, we determine Petitioner has proved by a preponderance of the

Case: 18-1203 Document: 19 Page: 141 Filed: 03/15/2018

evidence that dependent claims 7–9 of the ’592 patent are unpatentable as obvious under 35 U.S.C. § 103.

*E. Asserted Obviousness of Dependent Claims 10, 11, 13, and 14*

We first address claims 10 and 11, then turn our attention to claims 13 and 14.

*1. Claims 10 and 11*

Claim 10 depends from claim 1 and recites an additional method step of “monitoring blood counts and measuring neutrophil levels in the patient.” Claim 11 depends from claim 10 and adds “discontinuing cabazitaxel treatment in a patient with a neutrophil count of ≤1,500cells/$mm^3$.” Neutrophils are a type of white blood cell produced by bone marrow, and neutrophil counts are monitored during treatment. Ex. 1002 ¶ 61.

Petitioner argues that the subject matter of claims 10 and 11 would have been obvious over Winquist, the TROPIC Listing, and Tannock. Pet. 41–42. Patent Owner does not address the substance of claims 10 and 11 in its Response. *See* PO Resp. 21. We address Petitioner’s evidence below.

Tannock discloses the results of a phase III clinical study comparing administration of (i) docetaxel and prednisone with (ii) mitoxantrone and prednisone, in mCRPC patients. Ex. 1013, 1502–1503. Tannock teaches that neutrophil counts need to be monitored during therapy and a dose reduction or treatment delay should be implemented if the neutrophil count is less than 1,500 cells/$mm^3$. Ex. 1013, 1503 (Col. 2 ¶ 2)–1504 (Col. 2 ¶ 2); Ex. 1002 ¶ 150. According to Tannock, “[a] dose reduction or treatment delay was . . . stipulated for patients who had an absolute neutrophil count of less than 1500 per cubic millimeter.” Ex. 1013, 1504 (Col. 2 ¶ 2).

Dr. Seth testifies that it was "well known in the art that administering taxanes to patients often results in reduced neutrophil counts, and that care must be taken to monitor neutrophil levels in patients undergoing chemotherapy with taxanes for this reason." Ex. 1002 ¶ 151 (referencing ¶¶ 61–62 and citing Ex. 1010, 1550 ("[n]eutropenia was the most common grade 3/4 hematological [adverse effect]" in administration of cabazitaxel.)). Dr. Seth further testifies that a POSA "would have readily appreciated the need to monitor neutrophil levels and discontinue or postpone treatment if they fell below 1,500 cells per cubic millimeter when administering a taxane, as taught by Tannock." *Id.* (citing Ex. 1013, 1503–1504). We credit Dr. Seth's testimony, which is fully supported by the teachings of Tannock. Therefore, we determine that it would have been obvious to a POSA in view of Tannock to monitor blood counts and measure neutrophil count levels during cabazitaxel therapy in accordance with Winquist and the TROPIC Listing, and to discontinue or postpone treatment if the neutrophil count was less than 1,500 cells/mm$^{3.}$

*2. Claims 13 and 14*

Claim 13 depends from claim 1 and recites a Markush group of corticoids "consisting of prednisone and prednisolone." Claim 14 depends from claim 13 and recites a corticoid dose of "10 mg/day." Petitioner argues that the subject matter of claim 13 would have been obvious over Winquist and the TROPIC Listing and the subject matter of claim 14 obvious over Winquist, the TROPIC Listing, and Tannock. Pet. 31, 42–43.

Patent Owner argues that Petitioner has not shown why a POSA would have used prednisone in combination with cabazitaxel, let alone at a

Case: 18-1203 Document: 19 Page: 143 Filed: 03/15/2018

dose of 10 mg/day. PO Resp. 45–46. We address the parties' arguments below.

Winquist and the TROPIC Listing expressly teach administering cabazitaxel in combination with prednisone, although a prednisone dose is not specified. Ex. 1009, 3948; Ex. 1008, 1. Dr. Seth testifies that combining taxanes, such as docetaxel, with prednisone for the treatment of prostate cancer was well known in the art. Ex. 1002 ¶ 62. Tannock teaches treating metastatic prostate cancer with docetaxel and prednisone, the prednisone being administered at a dose of 10 mg/day. Ex. 1013 at 1502, 1504 (Col. 1 ¶ 3). According to Tannock, a 10 mg/day dose of prednisone provides palliative care (pain relief) to some patients with prostate cancer. *Id*. at 1503 (Col. 1 ¶ 2); Ex. 1002 ¶ 153. Dr. Seth testifies that a POSA would have used the same 10 mg/day dose of prednisone described in Tannock to maintain palliative relief in mCRPC patients treated with cabazitaxel. Ex. 1002 ¶¶ 152–153.

Patent Owner invokes the risk of side effects from long-term corticosteroid use, the availability of alternatives to prednisone such as estramustine, and the availability of other prednisone dosing regimens to argue that the subject matter of claims 13 and 14 would not have been obvious to a POSA. PO Resp. 45–46. Dr. Sartor testifies that the only available data on the use of cabazitaxel in prostate cancer, reported in Attard and Mita, "was of cabazitaxel alone, not in combination with a corticoid." Ex. 2176 ¶ 176. Dr. Sartor further testifies that a POSA would have been aware that docetaxel in combination with estramustine "and without prednisone" was shown to have provided an overall survival benefit in mCRPC patients. *Id.* Dr. Sartor provides similar testimony regarding the

use of mitoxantrone in combination with hydrocortisone. *Id.* ¶ 177. We are not persuaded by these arguments because Winquist and the TROPIC Listing disclose administration of cabazitaxel and *prednisone* to treat docetaxel-refractory mCRPC patients, not cabazitaxel and estramustine, cabazitaxel alone, or some other combination. *See* Ex. 1043 ¶ 11. In short, the combination treatment recited in claim 13 is expressly disclosed in the prior art.

We also are not persuaded that long-term side effects or the uncertainty of whether prednisone would provide a palliative benefit (Ex. 2176 ¶ 176) would have been sufficient for a POSA to override the express teaching of Winquist and the TROPIC Listing to administer cabazitaxel in combination with prednisone. As stated previously, Tannock taught that a 10 mg/day dose of prednisone provides palliative care (pain relief) to some patients with prostate cancer. Ex. 1013, 1503 (Col. 1 ¶ 2); Ex. 1002 ¶ 153. As Petitioner notes, Patent Owner's arguments are also undercut by prior art evidence of the routine administration of prednisone with mitoxantrone in post-docetaxel mCRPC patients. Ex. 1041, 235:2–236:4; Ex. 1043 ¶¶ 11–13; Ex. 2083, 307 (Col. 2 ¶ 2); Ex. 2111, 1, 9–12, 14, 27; Ex. 2176 ¶¶ 36, 38–39; Ex. 2177, 46:22–47:19. Therefore, we find a preponderance of the evidence establishes that it would have been obvious in view of Winquist, the TROPIC Listing, and Tannock for a POSA to treat docetaxel-refractory mCRPC patients with cabazitaxel in combination with 10 mg/day prednisone for palliative relief. Ex. 1002 ¶ 153.

For the reasons given above, we determine Petitioner has proved by a preponderance of the evidence that dependent claims 10, 11, 13, and 14 of the '592 patent are unpatentable as obvious under 35 U.S.C. § 103.

## III. PATENT OWNER'S CONTINGENT MOTION TO AMEND

We have concluded that claims 1–5 and 7–30 of the '592 patent are unpatentable. Therefore, we address Patent Owner's contingent motion to enter proposed substitute claims 31–34. MTA 1, App. (claims 31–34). For the reasons that follow, Patent Owner's motion is denied.

As the moving party, Patent Owner bears the burden of proving patentability of each proposed substitute claim. 37 C.F.R. § 42.20(c); *see Nike, Inc. v. Adidas AG*, 812 F.3d 1326, 1334 (Fed. Cir. 2016) ("[T]he Board permissibly interpreted [37 C.F.R. § 42.20(c)] as imposing the burden of proving patentability of a proposed substitute claim on the movant: the patent owner."). Specifically, Patent Owner has the burden of proving that the substitute claims are patentably distinct over the prior art of record in the proceeding. *See Microsoft Corp. v. Proxyconn, Inc.*, 789 F.3d 1292, 1307–08 (Fed. Cir. 2015); *MasterImage 3D, Inc. v. RealD Inc.*, Case IPR2015–00040 (PTAB July 15, 2015) (Paper 42) (precedential); *Idle Free Systems, Inc. v. Bergstrom, Inc.*, Case IPR2012–00027 (PTAB June 11, 2013) (Paper 26) (informative); *but see In re Aqua Products*, No. 2015–1177, 2016 WL 4375651, at *1 (Fed. Cir. Aug. 12, 2016) (granting rehearing *en banc* to address burdens of persuasion and production regarding motions to amend under 35 U.S.C. § 316(d) and vacating *In re Aqua Products*, 823 F.3d 1369 (Fed. Cir. 2016)). For the reasons explained below, we conclude that Patent Owner has not met its burden with respect to the proposed substitute claims.

*A. Proposed Substitute Claim 31*

Proposed substitute claim 31 is reproduced below, with added text underlined and deleted text indicated by a single strike-through, followed by a clean version of the final claim language:

> 31. (substitute for Claim 27, if found unpatentable) A method of increasing [~~the~~] survival [~~of a patient~~] comprising administering to a patient in need thereof (i) an antihistamine, (ii) a corticoid, (iii) an $H_2$ antagonist, and (iv) a dose of 20 to 25 mg/m2 of cabazitaxel, or a hydrate or solvate thereof, wherein said antihistamine, said corticoid, and said $H_2$ antagonist are administered prior to said dose of 20 to 25 mg/m$^2$ of cabazitaxel, or hydrate or solvate thereof, in combination with prednisone or prednisolone, wherein said patient has [~~with a~~] castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel [~~, comprising administering a dose of 20 to 25 mg/m2 of cabazitaxel, or a hydrate or solvate thereof, to the patient in combination with prednisone or prednisolone~~].

> 31. A method of increasing survival comprising administering to a patient in need thereof (i) an antihistamine, (ii) a corticoid, (iii) an $H_2$ antagonist, and (iv) a dose of 20 to 25 mg/m of cabazitaxel, or a hydrate or solvate thereof, wherein said antihistamine, said corticoid, and said $H_2$ antagonist are administered prior to said dose of 20 to 25 mg/m$^2$ of cabazitaxel, or hydrate or solvate thereof, in combination with prednisone or prednisolone, wherein said patient has castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel.

MTA, App'x. Substitute claim 31, as compared to claim 27, still requires administering a dose of 20 to 25 mg/m$^2$ of cabazitaxel, or a hydrate or

solvate thereof, in combination with prednisone or prednisolone to a patient with castration resistant or hormone refractory metastatic prostate cancer (mCRPC) that has progressed during or after treatment with docetaxel (docetaxel refractory). Substitute claim 31 amends the preamble to recite a "method of increasing survival" followed by "comprising administering to a patient in need thereof," the construction of which is disputed by the parties. MTA 1, 7–8; MTA Opp. 2–6; MTA Reply 1–3. Substitute claim 31 further limits original claim 27 by reciting the administration of an antihistamine, a corticoid, and an $H_2$ antagonist prior to administering the 20 to 25 mg/$m^2$ dose of cabazitaxel (hereafter "the premedication regimen"). MTA 2.

Patent Owner states that the proposed substitute claims add elements to claims 27–30 of the '592 patent and do not remove any limitations. *Id.* at 1–2. Therefore, Patent Owner contends, the proposed substitute claims are not broader than the original claims. *Id.*; 35 U.S.C. § 316(d)(3); 37 C.F.R. § 42.121(a)(2). We agree. The proposed substitute claims are not broader than claims 27–30, and Petitioner does not contend otherwise. *See generally* MTA Opp.

Substitute claims 32–34 depend directly from substitute claim 31, and they are substantively identical to original claims 28–30, except for substitute claim 33. *Id.* Substitute claim 33 is further amended to require that administration of the antihistamine, corticoid, and $H_2$ antagonist also occur as a new cycle every three weeks. *Id.* Patent Owner's proposed substitute claims 31–34 also represent a one-for-one substitution of original claims 27–30 in compliance with our rules. 37 C.F.R. § 42.121(a)(3).

Case: 18-1203 Document: 19 Page: 148 Filed: 03/15/2018

*B. Claim Construction*

In inter partes review, the claims of an unexpired patent are interpreted using the broadest reasonable construction in light of the specification of the patent in which they appear. 37 C.F.R. § 42.100(b); *Cuozzo Speed Techs., LLC v. Lee*, 136 S. Ct. 2131, 2144–46 (2016). Under that standard, claim terms are given their ordinary and customary meaning, as would be understood by one of ordinary skill in the art in the context of the entire disclosure. *In re Translogic Tech., Inc.*, 504 F.3d 1249, 1257 (Fed. Cir. 2007). Any special definition for a claim term must be set forth in the specification with reasonable clarity, deliberateness, and precision. *In re Paulsen*, 30 F.3d 1475, 1480 (Fed. Cir. 1994).

We determine that only the following claim phrase requires explicit construction for purposes of deciding Patent Owner's contingent motion to amend claims 27–30. *See, e.g.*, *Wellman, Inc. v. Eastman Chem. Co.*, 642 F.3d 1355, 1361 (Fed. Cir. 2011) ("[C]laim terms need only be construed 'to the extent necessary to resolve the controversy.'" (quoting *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999))).

*"A method of increasing survival comprising administering to a patient in need thereof"*

Patent Owner argues that the preamble in substitute claim 31, "[a] method of increasing survival," is limiting as a "statement of intentional purpose for how the method is to be performed." MTA, 7 (citing *Jansen v. Rexall Sundown, Inc.*, 342 F.3d 1329, 1333 (Fed. Cir. 2003)). Patent Owner's claim construction attempts to tie "administering to a patient in need *thereof*" back to the preamble, such that the preamble means "a method that prolongs the life of a patient as compared to no treatment or palliative

treatment." *Id.* at 8; MTA Reply 1. From this claim construction, Patent Owner argues the substitute claims are patentable because the prior art does not contain survival data necessary to teach a POSA that the claimed method would increase "overall survival" in docetaxel-refractory mCRPC patients. MTA 10–17. Patent Owner's claim construction and reliance on *Jansen* is misplaced.

*Jansen* is distinguishable from the present case because it was an infringement case that required the court to construe the subject claim "so as to sustain [its] validity, if possible." *Whittaker Corp. v. UNR Indus.*, 911 F.2d 709, 712 (Fed. Cir. 1990) (citing *ACS Hosp. Sys., Inc. v. Montefiore Hosp.*, 732 F.2d 1572, 1577 (Fed. Cir. 1984)). In contrast, in an *inter partes* review, a claim must be given its broadest reasonable interpretation. In *Jansen*, moreover, the patent owner argued that the claimed method of treating anemia covered administration of the recited vitamin composition to those "in need thereof," which, according to the patent owner, meant "all people," i.e., even people who did not know they needed to prevent or treat anemia. *Jansen*, 342 F.3d at 1331, 1333–34. The court rejected patent owner's infringement contention and "strictly construed" the claims to define the patient population needing treatment, particularly in view of prosecution amendments that added the preamble and the "in need thereof" phrase to gain allowance of the claims. *Id.* The court concluded that the vitamin composition "must be administered to a human with a recognized need to treat or prevent macrocytic-megaloblastic anemia." *Id.* at 1334. In contrast, here, substitute claim 31 (and original claim 27) already defines a patient needing treatment in the body of the claim as a docetaxel-refractory mCRPC patient.

We agree with Petitioner's analysis that, in contrast to *Jansen*, to the extent "a patient in need thereof" refers to the preamble phrase "a method of increasing survival," it merely provides additional description of the patient in need of treatment, not some "intentional purpose" for how the treatment method is to be practiced in a defined patient population. MTA Opp. 3–4. *Jansen*, moreover, does not support Patent Owner's implicit proposal that the preamble imposes a claim requirement that the method must result in an increase in "overall survival" in a population of patients. *See, e.g.*, MTA 10 ("No Prior Art Disclosed or Suggested 20–25 mg/m$^2$ of Cabazitaxel . . . Would Increase Overall Survival."), 13 ("[P]hase I and II studies for cabazitaxel could not have determined whether cabazitaxel prolonged overall survival. . . . [T]umor responses and PSA reductions were not validated surrogates for overall survival in CRPC."). The preamble in substitute claim 31 describes a patient in need of "increasing survival"; it does not impose achieving a clinically-defined result of "overall survival" or "median survival" of a patient population. *See* Ex. 1001, 11:4–5 ("overall survival (OS): the time from inclusion [in] the study to the date of death"), 11:29–31 ("patients receiving cabazitaxel demonstrated statistically significant longer overall survival (OS) compared to mitoxantrone ($p<0.0001$)."), 11:35–37 ("The median survival for patients in the cabazitaxel group was 15.1 months in comparison to 12.7 months in the mitoxantrone group.").

*Rapoport* and *Glenmark* also do not support Patent Owner's proposed claim construction. MTA 7; MTA Reply 2. In *Rapoport*, there was no dispute that the preamble was a limitation of the treatment method ("limited to treatment of the underlying sleep apnea disorder itself"), because

otherwise the claim term "'to a patient in need of *such treatment*' would not have proper antecedent basis." *Rapoport v. Dement*, 254 F.3d 1053, 1059 (Fed. Cir. 2001) (emphasis added). Limiting the claim to an intent to treat sleep apnea disorder itself, rather than more broadly encompassing treatment of anxiety secondary to sleep apnea, as proposed by patent applicant, was based on the specific language of the claim and specification at issue, which are distinguishable from the language of substitute claim 31. *Id.* at 1058–59. Similarly, the intent requirement in *Glenmark* was based on the specific language of that claim and preamble, which provided antecedent basis for several claim terms, and without which the claim lacked a complete description of the type of patient to be treated. *Sanofi v. Glenmark Pharms. Inc.*, No. 14-264, 2015 WL 5092631, at *10 (D. Del. Aug. 28, 2015).

Patent Owner also argues that the preamble is limiting because Patent Owner "relies on" increased survival to "distinguish prior art." MTA 8. Patent Owner, thus, invites the Board to treat its claim construction arguments prospectively as a prosecution disclaimer. However, "the PTO is under no obligation to accept a claim construction proffered as a prosecution history disclaimer." *Tempo Lighting, Inc. v. Tivoli, LLC*, 742 F.3d 973, 978 (Fed. Cir. 2014); *see also In re Lockwood*, 679 F. App'x 1021, 1027 (Fed. Cir. 2017) (quoting *Tempo Lighting*). We decline to do so here.

To the extent the preamble in substitute claim 31 may be considered limiting at all, it refers only to a patient in need of increased survival, i.e., a docetaxel-refractory mCRPC patient, the type of terminally-ill patient already defined in the body of the claim ("wherein said patient has castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel"). *See* Ex. 1043 ¶ 10

("one of the purposes of administering a taxane (such as docetaxel or cabazitaxel) to a patient with mCRPC that has progressed during or after docetaxel is to prolong the survival of that patient."); Ex. 2176 ¶¶ 35 ("mCRPC was an incurable condition; therefore, the goals of therapy were to . . . attempt prolongation of life."), 162 (same). As Dr. Sartor testified at deposition, "virtually all" docetaxel-refractory mCRPC patients are in need of a method of increasing survival. Ex. 1098, 431:4–17. Furthermore, as we stated in Section II.A.3., above, *Bristol-Myers Squibb* is relevant precedent and stands for the proposition that a method of treatment preamble stating the intended purpose of the treatment does not impose a result limitation on the recited method steps. *See* 246 F.3d at 1375–76 (affirming district court's construction of the method of treatment claims "as limited only to the actual steps of those claims, without regard to the result of performing the claimed steps"). Therefore, Patent Owner's argument that the preamble of substitute claim 31 imposes an "intentional purpose" or result ("overall survival") limitation on the recited method steps is unpersuasive and contrary to Federal Circuit precedent.

For the reasons given above, we decline to adopt Patent Owner's proposed claim construction.

*C. Obviousness of the Substitute Claims*

Patent Owner's nonobviousness argument comprises two components.

Patent Owner first argues, as previously noted, that the prior art does not disclose or suggest that 20–25 $mg/m^2$ of cabazitaxel in combination with prednisone or prednisolone would increase overall survival. MTA 10–18. Patent Owner's first argument is based on Patent Owner's proposed claim

construction, which we have declined to adopt. The argument also reflects the errant approach of implicitly defining a reasonable expectation of "success" as requiring a clinically effective treatment, where *clinical results* establish an increase in overall survival in the context of a phase III clinical trial designed for FDA approval. *Id.* at 12–13 ("These references merely state that the primary endpoint of the TROPIC Study is overall survival. . . . However, no results of the [phase III] study were reported."), 13 ("[P]hase I and II studies for cabazitaxel could not have determined whether cabazitaxel prolonged overall survival"), 14 ("These [other CRPC] therapies . . . failed to prolong overall survival in phase III studies."), 16 ("Mita . . . and Pivot . . . failed to provide a POSA with a reasonable expectation that cabazitaxel therapy could prolong overall survival of mCRPC patients who had failed docetaxel therapy."). We again reject the argument for the same reasons given in Section II.B.4., above.

Patent Owner's second argument is that a POSA would not have been motivated to use the claimed premedication regimen prior to cabazitaxel therapy. *Id.* at 18–24. Patent Owner argues that a POSA would not have been so motivated because what was known about cabazitaxel therapy did not suggest "a concern over hypersensitivity reactions or fluid retention with respect to cabazitaxel administration." *Id.* at 19 (citing Ex. 2176 ¶¶ 241–245, 247, 250). Patent Owner further emphasizes a lack of motivation because the levels of hypersensitivity reactions and fluid retention observed in docetaxel and paclitaxel patients were "far greater" than those observed in cabazitaxel patients as reported in Mita and Pivot. *Id.* at 20–23 (citing Ex. 2176 ¶¶ 246, 249, 252–256). If anything, Patent Owner argues, the prior art teaches away from administering the claimed premedication regimen

because of known side effects due to premedication with $H_2$ antagonists. *Id.* at 20, 23–24 (citing Ex. 2176 ¶¶ 257–262).

Petitioner persuasively establishes that the recited premedication regimen – administration of an antihistamine, a corticoid, and an $H_2$ antagonist – was well known as a prophylactic treatment for potential hypersensitivity reactions ("HSRs") in paclitaxel (Taxol) and docetaxel (Taxotere) therapies. MTA Opp. 10 (citing Ex. 1043 ¶¶ 44–46), 15–19 (citing Ex. 1043 ¶¶ 52–55, 64–69). We agree with Petitioner that a person of ordinary skill would have been motivated to use the same prior art taxane premedication regimen to decrease the risk of HSRs associated with cabazitaxel treatment. As Petitioner points out, Pivot reported a 4% rate of severe (grades 3–5) hypersensitivity reactions in metastatic breast cancer patients receiving cabazitaxel therapy after antihistamine (anti-$H_1$) pretreatment, a rate Dr. Sartor characterized as a "crazy high number." Paper 84 ("Observ.") ¶ 11 (citing Ex. 1041, 216:15–19); *see also* Ex. 1010, 1550 (Col. 2 ¶ 1), 1551 (Col. 2 ¶ 2). Therefore, although the rate of HSRs may have been lower when compared to paclitaxel and docetaxel therapy, we are persuaded a POSA still would have been motivated to prevent severe hypersensitivity reactions to cabazitaxel therapy by using a more thorough premedication regimen than the stand-alone antihistamine disclosed in Pivot. Ex. 1043 ¶¶ 64, 68–69.

An established taxane premedication regimen, comprising an antihistamine, corticoid, and $H_2$ antagonist used in connection with both paclitaxel (Taxol) and docetaxel (Taxotere) therapies, was known and available as a predictable use according to its established function of preventing or treating hypersensitivity reactions in prostate and breast cancer

patients. *Id.*; *see KSR*, 550 U.S. at 420 (claimed subject matter may be proved obvious when "there existed at the time of invention a known problem for which there was an obvious solution encompassed by the patent's claims."). The Taxol Label (paclitaxel) states that "to avoid the occurrence of severe hypersensitivity reactions, all patients treated with TAXOL should be premedicated with corticosteroids (such as dexamethasone), diphenhydramine [an antihistamine] and $H_2$ antagonists (such as cimetidine or ranitidine)." Ex. 2093, 24; *see also id.* at 39. Dr. Sartor testified that this "broad type of regimen had been kicked around" by 2008 for use in taxane therapy. Ex. 1041, 211:22-23. Dr. Seth confirms the Taxol pretreatment regimen was known, and states that a POSA "would similarly be motivated to use the same three premedication drugs in cabazitaxel treatment of mCRPC as in paclitaxel treatments, to obtain a similar reduction in HSRs." Ex. 1043 ¶¶ 55, 64.

Patent Owner argues that the need for the Taxol pretreatment regimen was "attributable to the presence of Cremophor in the formulation" of Taxol. MTA 22–23 (citing Ex. 2093, 1, 27; Ex. 2089, 347; Ex. 2225, 18). However, multiple prior art references teach the use of the same Taxol pretreatment regimen to prevent HSRs in patients undergoing Taxotere (docetaxel) therapy, the formulation of which (like cabazitaxel) contains polysorbate 80 instead of Cremophor. MTA Opp. 15–16 (citing Ex. 1043 ¶¶ 53–54, 65–67; Ex. 1046; Ex. 1047; Ex. 1048). We discuss those references below.

Takenaka (Ex. 1046), published in 2008, describes a study administering 30 $mg/m^2$ docetaxel in combination with estramustine for the treatment of mCRPC. Ex. 1043 ¶ 52; Ex. 1046, 106. Takenaka states that

"[d]examethasone 24 mg [a corticoid], diphenhydramine 50 mg [an antihistamine], and ranitidine 50 mg [$H_2$ antagonist] were administered before the [docetaxel] infusion to prevent a hypersensitivity reaction." Ex. 1046, 106 (Col. 2 ¶ 3); *see* Ex. 1001, 6:56–61, 7:15–21; Ex. 1043 ¶ 66. Notably, the full, three-part pretreatment regimen was indicated and used with a much lower docetaxel dose (30 mg/m$^2$) than the standard 75 mg/m$^2$ infusion dose indicated on the Taxotere label. Ex. 1024, 1. Takenaka's teaching to use the Taxol three-part pretreatment regimen (Ex. 2093, 24, 39) to prevent HSRs in low-dose docetaxel therapy, weighs against Patent Owner's argument that a POSA would not have used the pretreatment regimen with a 25 mg/m$^2$ dose of cabazitaxel because of a presumed lower concentration of polysorbate 80. Ex. 1043 ¶¶ 65–66.

Trudeau (Ex. 1047), published in 1996, reports that 60% of metastatic breast cancer patients experienced HSRs when docetaxel was administered without pretreatment, but "the use of a premedication regimen of oral dexamethasone and IV $H_1$ and $H_2$ blockers prevented significant HSRs." Ex. 1047, 422 (Col. 1 ¶ 3), 424 (Col. 2 ¶ 2); Ex. 1043 ¶¶ 53, 67. Hudis (Ex. 1048), also published in 1996, similarly reports on docetaxel treatment in metastatic breast cancer patients where, after observing two HSRs among the first six patients, "a variety of pretreatment regimens that incorporated diphenhydramine [an antihistamine], corticosteroids, and cimetidine [an $H_2$ blocker] were used." Ex. 1048, 59 (Col. 2 ¶ 4). Accordingly, we credit Dr. Seth's testimony that a POSA would have considered the use of the claimed pretreatment regimen of a corticosteroid, an antihistamine, and an $H_2$ antagonist as a well-known option for prevention of taxane-induced HSRs. Ex. 1043 ¶¶ 54, 65.

Patent Owner also contends that Mita would have taught away from using the claimed pretreatment regimen in connection with cabazitaxel therapy. MTA 19–20 (citing Ex. 1012; Ex. 2224, 2; Ex. 2176 ¶¶ 243–45, 248). Patent Owner relies on Mita's statement that "[b]ased on the results of this study, [cabazitaxel] does not require premedication, thus resulting in significant administration and convenience advantages." Ex. 1012, 729. Mita was a relatively small dosing and PK study, and Dr. Sartor's opinion states only that Mita "does not suggest that premedication was necessary for the safe administration of cabazitaxel." Ex. 2176 ¶ 251. Dr. Sartor does not state that Mita would have taught a POSA not to use a three-part premedication regimen, such as that used for the administration of paclitaxel and docetaxel, to prevent or treat HSRs in connection with cabazitaxel therapy.

Patent Owner's argument also does not address persuasively the larger phase II cabazitaxel study disclosed in Pivot, which used an antihistamine pretreatment. MTA 19–20. Notwithstanding the earlier statement in Mita, Pivot teaches the use of an antihistamine pretreatment regimen in an effort to reduce allergic reactions. Ex. 1010, 1548 (Col. 2 ¶ 3). Pivot discloses that when administering cabazitaxel, the most common grade 3–5 non-hematological adverse event was HSR. *Id.* at 1550. Dr. Seth states that a 4% rate of serious (grade 3 or higher) HSRs would be of concern to a POSA and would warrant the use of the claimed pretreatment regimen. Ex. 1043 ¶ 68. Furthermore, Pivot discloses one patient withdrawal due to "grade 4 allergic reaction." Ex. 1010, 1550 (Col. 2 ¶ 2). The grade 4 allergic reaction "would certainly qualify as an HSR," and prevention of such allergic reactions "would be a strong motivation to use a paclitaxel-type regimen of

an antihistamine, a corticoid, and an $H_2$ antagonist." Ex. 1043 ¶ 68. Accordingly, when Mita is put in context with the Pivot study, we are persuaded Mita does not teach away from the use of the claimed premedication regimen to mitigate HSRs in patients receiving cabazitaxel therapy.

Dr. Sartor agrees that a 4% rate of grade 3 or higher HSRs would have been serious enough to merit the use of preventative premedication. Ex. 1041, 215:6–216:19. Dr. Sartor explains that, when considering premedication for taxanes, preventing HSRs is of paramount concern: "I think when you're looking at safety, you really want to be very cautious because, I mean, the last thing you want to do is give the drug to somebody and they have a hypersensitivity reaction and die. And that's a true disaster." *Id.* at 211:23–212:4. In particular, the HSR rate disclosed by Pivot (4%) would provide a strong motivation to use premedication, because, as Dr. Sartor explains, "4 percent of people with a bad hypersensitivity is a crazy high number, scares the hell out of me." *Id.* at 216:15–19. Dr. Sartor further explains that none of the claimed premedication drug products are dangerous:

> Q. Aren't $H_2$ antagonists extremely risky medications?
> A. No. Why would you say that?
>
> Q. What about Benadryl? Is that an extremely risky medication?
> A. No.
>
> Q. What about dexamethasone?
> A. In the way we use it, it's not extremely risky. And it's all about the risk/benefit anyway. We always incur risks. We're going to incur risks when we go get on the elevator.

Case: 18-1203 Document: 19 Page: 159 Filed: 03/15/2018

> But, you know, it's about the proper amount of risk and the benefit that it can be prescribed. Hypersensitivity reactions -- I don't want to be too distracting, but I had a guy nearly die. … Anyway, the bottom line is it's a serious matter because we're talking about real health here. When I look at the safety of Benadryl, I've had people get sleepy on Benadryl. I've never had any real harm done.

*Id.* at 217:20–219:5. Dr. Sartor also testified that "when we administer an agent known to be associated with hypersensitivity reactions, if there's a method to help control those, then we use that." *Id*. at 211:5–8. Thus, Dr. Sartor's testimony weighs against Patent Owner's teaching away argument and tends to confirm that preventing HSRs in patients receiving cabazitaxel therapy would have motivated a POSA to practice the method of the substitute claim, including the known taxane premedication regimen, with a reasonable expectation of success.

Accordingly, the administration of the premedication regimen when administering cabazitaxel and prednisone for treating mCRPC patients, as recited in substitute claims 31–34, would have been obvious to a POSA in view of the Winquist, the TROPIC Listing, Pivot, and any one of Takenaka, Hudis, Trudeau, and the Taxol Label. Ex. 1043 ¶ 68.

For the reasons given above, we determine Patent Owner has not proved by a preponderance of the evidence that proposed substitute claims 31–34 are patentable.

## IV. MOTIONS TO EXCLUDE

Petitioner and Patent Owner each move to exclude certain evidence.

Patent Owner filed a Motion to Exclude Exhibits 1089–1090. Paper 61. Petitioner filed an Opposition (Paper 77 (under seal), Paper 78 (public version)), and Patent Owner filed a Reply (Paper 86). Exhibit 1089 is titled "Cabazitaxel IMS 2009-10 DollarsDoses (Confidential)," and Exhibit 1090 is titled "Cabazitaxel IMS 2011-16 DollarsDoses (Confidential)." These exhibits are cited in Mr. McSorley's Declaration in connection with sales figures, in dollars and prescriptions, of prostate cancer drugs. Ex. 1044, 105–120. Mr. McSorley relies on Exhibits 1089 and 1090 for his Attachments 7.0–7.7 and 8.0–8.7, which are cited in Exhibit 1044 at ¶¶ 24–27, 48, 53, 57–58, 70.A (Figure H), 71.A (Figure I), 74.

We do not rely on Exhibit 1089 or Exhibit 1090, or on Mr. McSorley's Declaration in connection with Exhibits 1089 or 1090 to support our decision. Therefore, Patent Owner's Motion to Exclude Exhibits 1089 and 1090 is denied as moot.

Petitioner filed a Motion to Exclude Exhibits 2170, 2171, and 2179 and certain related paragraphs in Mr. Tate's Declaration, Exhibit 2149. Paper 64 (under seal); Paper 68 (public version). Patent Owner filed an Opposition (Paper 72 (under seal), Paper 73 (public version)), and Petitioner filed a Reply (Paper 89 (under seal), Paper 95 (public version)). The exhibits are described as "Market Share with Docetaxel in Prior Treatment, Brand Impact by Alpha Impact Rx (June 2016)" (Ex. 2170), "Monthly Jevtana Prostate Cancer Treatment Report: August 2014 Results, BrandImpact by AlphaImpact Rx and Symphony Health Solutions

Case: 18-1203 Document: 19 Page: 161 Filed: 03/15/2018

(September 2014)" (Ex. 2171), and "Underlying data for Market Share with Docetaxel in Prior Treatment, BrandImpact by AlphaImpact Rx (June 2016)" (Ex. 2179). Mr. Tate references the exhibits in connection with sales and market share data in support of Patent Owner's commercial success argument. For the reasons explained in Section II.B.4.d., above, we do not address the substance of Exhibits 2170, 2171, 2179 or the related paragraphs of Mr. Tate's Declaration in our decision. Therefore, Petitioner's Motion to Exclude Exhibits 2170, 2171, 2179, and the related paragraphs in Exhibit 2149 is denied as moot.

Petitioner also moves to exclude certain paragraphs of Dr. Sartor's original declaration filed in support of Patent Owner's Preliminary Response (Ex. 2001) and his Declaration filed in support of Patent Owner's Response and MTA (Ex. 2176). Paper 64, 14–15. We do not rely on or reference Exhibit 2001 in our decision. Therefore, Petitioner's Motion to Exclude paragraphs 83 and 98 of Exhibit 2001 is denied as moot.

Petitioner contests the admissibility of paragraphs 63, 65, 90, 103–110, 152, 155, 167, and 207 of Exhibit 2176. We do not reference paragraphs 63, 65, 90, 103–109, 152, 155, or 167 in this Decision. Therefore, Petitioner's motion as to those paragraphs is denied as moot.

To the extent we reference paragraphs 110 and 207 of Exhibit 2176 in this Decision, the citations are only for purposes of setting out Patent Owner's position. We do not address the substance of the testimony in those paragraphs. Therefore, Petitioner's Motion to Exclude paragraphs 110 and 207 of Exhibit 2176 is denied as moot.

## V. CONCLUSION

For the reasons given above, we determine Petitioner has shown by a preponderance of the evidence that claims 1–5 and 7–30 of the ’592 patent are unpatentable.

We further determine Patent Owner has not proved by a preponderance of the evidence that proposed substitute claims 31–34 are patentable. Therefore, Patent Owner’s Contingent Motion to Amend claims 27–30 with proposed substitute claims 31–34 is *denied*.

We further deny the parties’ motions to exclude evidence as moot.

This is a Final Written Decision. Parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

## VI. ORDER

Accordingly, it is

ORDERED that claims 1–5 and 7–30 of the ’592 patent have been proved to be unpatentable by a preponderance of the evidence;

FURTHER ORDERED that proposed substitute claims 31–34 have not been shown to be patentable. Therefore, Patent Owner’s Contingent Motion to Amend claims 27–30 with proposed substitute claims 31–34 is denied.

For PETITIONER:

Steven W. Parmelee
Michael T. Rosato
Jad A. Mills
Wendy Devine
Matthew Reed
Nellie Amjadi
WILSON SONSINI GOODRICH & ROSATI
sparmelee@wsgr.com
mrosato@wsgr.com
jmills@wsgr.com
wdevine@wsgr.com
mreed@wsgr.com
namjadi@wsgr.com

For PATENT OWNER:

Dominic A. Conde
Whitney L. Meier
William E. Solander
Joshua I. Rothman
FITZPATRICK CELLA HARPER & SCINTO
dconde@fchs.com
wmeier@fchs.com
wsolander@fchs.com
jrothman@fchs.com



US008927592B2

(12) **United States Patent**
**Gupta**

(10) **Patent No.: US 8,927,592 B2**
(45) **Date of Patent: Jan. 6, 2015**

(54) **ANTITUMORAL USE OF CABAZITAXEL**

(75) Inventor: **Sunil Gupta**, Chester Springs, PA (US)

(73) Assignee: **Aventis Pharma SA**, Antony (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/456,720**

(22) Filed: **Apr. 26, 2012**

(65) **Prior Publication Data**

US 2012/0301425 A1 Nov. 29, 2012

**Related U.S. Application Data**

(63) Continuation of application No. PCT/IB2010/054866, filed on Oct. 27, 2010.

(60) Provisional application No. 61/389,969, filed on Oct. 5, 2010, provisional application No. 61/383,933, filed on Sep. 17, 2010, provisional application No. 61/369,929, filed on Aug. 2, 2010, provisional application No. 61/355,888, filed on Jun. 17, 2010, provisional application No. 61/355,834, filed on Jun. 17, 2010, provisional application No. 61/293,903, filed on Jan. 11, 2010, provisional application No. 61/256,160, filed on Oct. 29, 2009.

(51) **Int. Cl.**

| | |
|---|---|
| ***A61K 31/337*** | (2006.01) |
| ***A61K 31/573*** | (2006.01) |
| ***A61K 31/164*** | (2006.01) |
| ***A61K 31/56*** | (2006.01) |
| ***A61K 45/06*** | (2006.01) |

(52) **U.S. Cl.**

CPC ............. ***A61K 31/337*** (2013.01); ***A61K 31/164*** (2013.01); ***A61K 31/56*** (2013.01); ***A61K 31/573*** (2013.01); ***A61K 45/06*** (2013.01)

USPC .......................................................... **514/449**

(58) **Field of Classification Search**

CPC ........................... A61K 31/337; A61K 31/573

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,438,072 A | 8/1995 | Bobee et al. | |
| 5,847,170 A | 12/1998 | Bouchard et al. | |
| 5,889,043 A | 3/1999 | Bouchard et al. | |
| 5,962,705 A | 10/1999 | Didier et al. | |
| 6,160,135 A | 12/2000 | Bouchard et al. | |
| 6,331,635 B1 | 12/2001 | Bouchard et al. | |
| 6,346,543 B1 | 2/2002 | Bissery et al. | |
| 6,372,780 B2 | 4/2002 | Bouchard et al. | |
| 6,387,946 B1 | 5/2002 | Bouchard et al. | |
| 6,403,634 B1 | 6/2002 | Bissery | |
| 7,241,907 B2 | 7/2007 | Didier et al. | |
| 7,772,274 B1 | 8/2010 | Palepu | |
| 2002/0038038 A1 | 3/2002 | Bouchard et al. | |
| 2004/0126379 A1 | 7/2004 | Adolf et al. | |
| 2005/0065138 A1 * | 3/2005 | Didier et al. | 514/173 |
| 2005/0070496 A1 | 3/2005 | Borovac et al. | |
| 2008/0279923 A1 | 11/2008 | Bradke et al. | |
| 2010/0311825 A1 | 12/2010 | Rortais et al. | |
| 2011/0105598 A1 | 5/2011 | Gurjar et al. | |
| 2011/0144362 A1 | 6/2011 | Billot et al. | |
| 2011/0160159 A1 | 6/2011 | Ryan | |
| 2011/0177970 A1 | 7/2011 | Chauchereau et al. | |
| 2011/0237540 A1 | 9/2011 | Crawford et al. | |
| 2012/0077845 A1 | 3/2012 | Dalton et al. | |
| 2012/0115806 A1 | 5/2012 | Magherini | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0817779 | 1/2000 |
| EP | 2177630 | 4/2010 |
| FR | 2732340 | 10/1996 |
| WO | WO 94/18164 | 8/1994 |
| WO | WO 96/30355 | 10/1996 |
| WO | WO 96/30356 | 10/1996 |
| WO | WO 00/10547 | 3/2000 |
| WO | WO 2005/028462 | 3/2005 |
| WO | WO 2006/062811 | 6/2006 |
| WO | WO 2010/117668 | 10/2010 |
| WO | WO 2010/128258 | 11/2010 |
| WO | WO 2011/051894 | 5/2011 |
| WO | WO 2011/063421 | 5/2011 |
| WO | WO 2011/124669 | 10/2011 |
| WO | WO 2011/130317 | 10/2011 |
| WO | WO 2011/130566 | 10/2011 |

OTHER PUBLICATIONS

Mita et al. Clinical Cancer Research, 2009, vol. 15, pp. 723-730.*
Tannock et al. N. Engl. J. Med., 2004, vol. 351, pp. 1502-1512.*
Beardsley et al. Current Opinions in Supportive and Palliative Care, Sep. 2008, vol. 2, pp. 161-166.*

(Continued)

*Primary Examiner* — James D Anderson
(74) *Attorney, Agent, or Firm* — Kelly L. Bender

(57) **ABSTRACT**

The invention relates to a compound of formula:

which may be in base form or in the form of a hydrate or a solvate, in combination with prednisone or prednisolone, for its use as a medicament in the treatment of prostate cancer, particularly metastatic prostate cancer, especially for patients who are not catered for by a taxane-based treatment.

**30 Claims, 7 Drawing Sheets**

MYLAN - EXHIBIT 1001

(56) **References Cited**

OTHER PUBLICATIONS

Parkin, et al., Global Cancer Statistics, (2002), CA Cancer J. Clin., (2005), vol. 55, pp. 74-108.
Hellerstedt, et al., The Current State of Hormonal Therapy for Prostate Cancer, CA Cancer J. Clin.,(2002), vol. 52, pp. 154-179.
Horwitz et al., External Beam Radiation Therapy for Prostate Cancer, CA Cancer J. Clin., (2000); vol. 50, pp. 349-375.
Pienta et al., Advances in Prostate Cancer Chemotherapy: A New Era Begins, CA Cancer J. Clin, (2005), vol. 55, pp. 300-318.
Cabral, Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs, Drug Resistance Updates, (2001), vol. 4 No. 1, pp. 3-8.
Dumontet, et al., Mechanisms of Action of and Resistance to Antitubulin Agents: Microtubule Dynamics, Drug Transport and Cell Death, J. Clin. Onc., (1999), vol. 17, No. 3, pp. 1061-1070.
Haleblian, et al., Characterization of Habits and Crystalline Modification of Solids and Their Pharmaceutical Applications, J. Pharm. Sci., (1975), pp. 1269-1288.
Melzack, The McGill Pain Questionnaire: Major Properties and Scoring Methods; Pain, vol. 1, (1975), pp. 277-299.
Berry, et al., Quality of Life and Pain in Advanced Stage Prostate Cancer: Results of a Southwest Oncology Group Randomized Trial Comparing Docetaxel and Estramustine to Mitoxantrone and Prednisone, Journal of Clinical Oncology, (2006), vol. 24, No. 18, pp. 2828-2835.
Fizaz, et al., New agents in Metastatic Prostate Cancer, Eur. J. Cancer. 2009, vol. 45, Supp. 1., pp. 379-380.
http://clinicaltrials.gov/archive/NCTO0417079/2006_12_28, View of NCT00417079 on Dec. 28, 2006—XRP6258 Plus Predinisone Compared to Miitoxantrone Plus Predisone in Hormaone Refractory Metastatic Prostate Cancer (TROPIC). Retrieved on Feb. 8, 2012.
de Bono, et al., Prednisone Plus Cabazitaxel or Mitoxantrone for Metastatic Castration-Resistant Prostate Cancer Progressing after Docetaxel Treatment: a Randomised Open-Label Trial, Lancet, vol. 376, No. 9747, (2010), pp. 1147-1154.
Galsky, et al., Cabazitaxel, Nature Reviews—Drug Discovery, vol. 9, (2010), pp. 677-678.
International Search Report for WO2011/051894 dated May 5, 2011.
Jevtana Prescribing Information, pp. 1-25, Jun. 17, 2010.
Antonarakis & Eisenberger, Phase III Trials with Docetaxel-Based Combinations for Metastatic Castration-Resistant Prostate Cancer. Time to Learn From Past Experiences, 31(14) J. Clin. Oncol., 1709-12 (2013).
Armstrong & George, New Drug Development in Metastatic Prostate Cancer, Urologic Oncol. Seminars & Orig. Invest., 430-437 (2008).
Beer et al., Double-Blinded Randomized Study of High-Dose Calcitriol Plus Docetaxel compared with Placebo Plus Docetaxel in Androgen-Independent Prostate Cancer: A Report from the ASCENT Investigators, 25(6) J. Clin. Oncol., 669-674 (2007).
Berry et al., Phase III Study of Mitoxantrone Plus Low Dose Prednisone Versus Low Dose Prednisone Alone in Patients with Asymptomatic Hormone Refractory Prostate Cancer, 168(6) J. Urol., 2439-43 (2002).
Booth et al., From the Analyst's Couch: Oncology Trials 2 Nature Reviews Drug Discovery, 609-610 (Aug. 2003).
Cabral, Factors Determining Cellular Mechanisms of Resistance to Antimitotic Drugs, 4 Drug Resistance Updates, 3-8 (2001).
Carducci et al., A Phase 3 Randomized Controlled Trial of the Efficacy and Safety of Atrasentan in Men with Metastatic Hormone-Refractory Prostate Cancer, 110(9) Cancer, 1959-66 (2007).
D'Amico, US Food and Drug Administration Approval of Drugs for the Treatment of Prostate Cancer: A New Era Has Begun, J. Clin. Oncol., 32(4) 362-364 (2014).
Di Lorenzo et al., Combination of Bevacizumab and Docetaxel in Docetaxel-Pretreated Hormone-Refractory Prostate Cancer: A Phase 2 Study, 54(5) Europ. Urol., 1089-1096 (2008).
Diéras et al., Larotaxel in Combination with Trastuzumab in Patients with HER2+ Metastatic Breast Cancer: Interim Analysis of an Open Phase II Label Study, 26 (15S) J. Clin. Oncol. (Meeting Abstracts) Suppl. 1070 (May 2008).
Diéras et al., Phase II Multicenter Study of Larotaxel (XRP9881), a Novel Taxoid, in Patients with Metastatic Breast Cancer Who Previously Received Taxane-Based Therapy, 19 Annals of Oncol., 1255-1260 (2008).
Dumontet & Sikic, Mechanisms of Action of and Resistance to Antitubulin Agents: Microtubule Dynamics, Drug Transport, and Cell Death, 17(3) J. Clin. Oncol., 1061-1070 (1999).
Halabi et al., Prostate-Specific Antigen Changes as Surrogate for Overall Survival in Men with Metastatic Castration-Resistant Prostate Cancer Treated with Second Line Therapy, 31(31) J. Clin. Oncol., 3944-50 (2013).
Higano et al., Phase 1/2 Dose-Escalation Study of a GM-CSF-Secreting, Allogeneic, Cellular Immunotherapy for Metastatic Hormone-Refractory Prostate Cancer, 113(5) Cancer, 975-984 (Sep. 1, 2008).
Kaur et al., Suramin 's Development, What Did We Learn, 20 Investigational New Drugs, 209-219 (2002).
Kola & Landis, Can the Pharmaceutical Industry Reduce Attrition Rate?, 3 Nature Reviews Drug Discovery, 711-15 (2004) (previously cited).
Mackinnon et al., Molecular Biology Underlying the Clinical Heterogeneity of Prostate Cancer: An Update, 133 (7) Arch. Pathol. Lab. Med., 1033-40 (Jul. 2009).
Michaelson et al., Randomized, Placebo-Controlled, Phase III Trial of Sunitinib Plus Prednisone Versus Prednisone Alone in Progressive, Metastatic, Castration-Resistant Prostate Cancer, 32(2) J. Clin. Oncol., 76-82 (2014).
Mulcahy, Phase 3 Trial of Immunotherapy for Metastatic Prostate Cancer Terminated, Medscape Medical News (Oct. 17, 2099), [retrieved on Jun. 26, 2014] from: http://www.medscape.com/viewarticle/582220.
Ramiah et al., Clinical Endpoints for Drug Development in Prostate Cancer, 18 Curr. Opin. Urol., 303-308 (2008).
Slovin et al., Ipilimumab Alone or in Combination with Radiotherapy in Metastatic Castration-Resistant Prostate Cancer: Results from an Open-Label, Multicenter Phase I/II Study, 24 Annals of Oncol., 1813-1828 (2013).
Small et al., Randomized Phase II Study Comparing 4 Monthly Doses of Ipilimumab (MDX-010) as a Single Agent or in Combination with a Single Dose of Docetaxel in Patients with Hormone-Refractory Prostate Cancer, 24(18S) J. Clin. Oncol. (Meeting Abstracts) S4609 (Jun. 2006).
Small et al., Granulocyte Macrophage Colony Stimulating Factor-Secreting Allogeneic Cellular Immunotherapy for Hormone-Refractory Prostate Cancer, 13 Clin. Cancer Res., 3883-3891 (2007).
Sternberg et al., Larotaxel with Cisplatin in the First-Line Treatment of Locally Advanced/Metastatic Urothelial Tract or Bladder Cancer: A Randomized, Active-Controlled, Phase III Trial, 85 Oncol., 208-215 (2013).
Susman, ASCO: Calcitriol Fails in ASCENT-2 Prostate CA Trial, MedPage Today (Jun. 9, 2010), [retrieved on Jun. 27, 2014] from: http://www.medpagetoday.com/MeetingCoverage/ASCO/20575.
Van Cutsem et al., A Phase III Study Comparing Larotaxel to 5-FU (Continuous Intravenous 5-FU or Capecitabine) in Patients with Advanced Pancreatic Cancer (APC) Previously Treated with a Gemcitabine Containing Regimen, 21 (6S) Annals of Oncol. Oral Presentations, O-0007 (Jul. 2010).
Van Hook et al., Orteronel for the Treatment of Prostate Cancer, 10(5) Future Oncol., 803-811 (2014).
Wiechec & Hanson, The Effect of Genetic Variability on Drug response in Convention Breast Cancer Treatment, 625 Eur. J. Pharmacol., 122-130 (2009).
Williams, Discontinued Drugs in 2008: Oncology Drugs, 18(11) Expert. Opin. Investig. Drugs 1581-1594 (2009).
Wirth & Froschermaier, The Antiandrogen Withdrawal Syndrome, 25 (Suppl. 2) Urol Res., S67-71 (1997).
Zatloukal et al., Randomized Multicenter Phase II Study of Larotaxel (XRP9881) in Combination with Cisplatin or Gemcitabine as First-Line Chemotherapy in Nonirradiable Stage IIIB or Stage IV Non-Small Cell Lung Cancer, 3 J. Thorac. Oncol. 894-901 (2008).
Zielinski & Chi, Custirsen (OGX-011): A Second-Generation Antisense Inhibitor of Clusterin in Development for the Treatment of Prostate Cancer, 8(1) Future Oncol., 1239-1251 (2012).

(56) **References Cited**

OTHER PUBLICATIONS

Novacea, Inc. SEC Form 8-K at 1.02, (2008) [retrieved on Jun. 27, 2014] from: http://www.sec.gov/Archives/edgar/data/1178711/000119312508077953/d8k.htm.

Sanofi-Aventis SEC Form 20-F (Dec. 31, 2006) at 39, [retrieved on Jun. 27, 2014] from: http://www.sec.gov/Archives/edgar/data/1121404/000119312507072848/d20f.htm.

Avastin (bevacizumab), Prescribing Information (Label) Jul. 2009.

Yervoy (ipilimurnab), Prescribing Information (Label), Dec. 2013.

A Randomized, Open-Label, Phase 3 Study of Larotaxel IV Every 3 Weeks Versus Capecitabine (Xeloda®) Tablets Twice Daily for 2 Weeks in 3-Week Cycles in Patients with Metastatic Breast Cancer (MBC) Progressing After Taxanes and Anthracycline Therapy (EFC6089) (2012), [retrieved on Jun. 27, 2014] from: http://en.sanofi.com/img/content/study/EFC6089_summary.pdf.

Bristol-Myers Squibb Reports Results for Phase 3 Trial of Yervoy® (Ipilimumab) in Previously-Treated Castration Resistant Prostate Cancer, Press Release Sep. 12, 2013 [retrieved on Jun. 27, 2014] from: http://news.bms.com/press-release/rd-news/bristol-myers-squibb-reports-results-phase-3-trial-yervoy/ipilimumab-previousl.

Clinical Trials.gov, Satraplatin in Hormone Refractory Prostate Cancer Patients Previously Treated with one Cytotoxic Chemotherapy Regimen [retrieved on Jun. 27, 2014] from: https://clinicaltrials.gov/ct2/show/NCT00069745?term=SPARC&cond=prostate&rank=3.

Clinical Trials.gov, Larotaxel every 3 weeks vs. capecitabine in patients with metastatic breast cancer progressing after taxanes and anthracycline therapy [retrieved on Jun. 24, 2014] from: https://clinicaltrials.gov/ct2/show/NCT00081796?term=larotaxel&rank=7.

Clinical Trials.gov, Larotaxel plus cisplatin vs. gemcitabine plus cisplatin in first line treatment of patients with locally advanced/metastatic bladder cancer [retrieved on Jun. 24, 2014] from: https://clinicaltrials.gov/ct2/show/NCT00625664?term=larotaxel&rank=4.

Clinical Trials.gov, Larotaxel vs. 5-FU or capecitabine in patients with pancreatic cancer previously treated with gemcitabine [retrieved on Jun. 24, 2014] from: https://clinicaltrials.gov/ct2/show/NCT00417209? term=larotaxel&rank=2.

Press Release: OncoGenex Announces Top-Line Survival results of Phase 3 Synergy Trial Evaluating Custirsen for Metastatic Castration-Resistant Prostate Cancer, PRNewswire Apr. 28, 2014.

Press Release: Roche Provides Update on Phase III study of Avastin in Men with Late Stage Prostate Cancer, Media Release Mar. 12, 2010 [retrieved on Jun. 27, 2014] from: http://ww.roche.com/media/media_releases/med-cor-2010-03-12.htm.

Press Release: Takeda Announces Termination of Orteronel (TAK-700) Development for Prostate Cancer in Japan, U.S.A. and Europe, Jun. 19, 2014 [retrieved on Jun. 27, 2014] from: http://www.takeda.com/news/2014/20140619_6615.html.

Jevtana NDA Clinical Overview, excerpt, (2014), pp 2-13.

Cisternino, et al., Nonlinear Accumulation in the Brain of the New Taxoid TXD258 Following Saturation of P-Glycoprotein at the Blood-Brain Barrier in Mice and Rats, British Journal of Pharmacology, (2003), vol. 138, pp. 1367-1375.

Pivot, et al., Multicenter Phase 2 Study of XRP6258 in Taxane-Resistant Metastatic Breast Cancer (MBC) Patients (pts). Breast Cancer Research and Treatment, (2005), vol. 94, No. Suppl. 1, p. S68, Abst. 1084.

Attard, et al., Update on Tubulin-Binding Agents, Pathologic Biologie, vol. 54, (2006), pp. 72-84.

Beardsley, et al., Systemic Therapy After First-Line Docetaxel in Metastic Castration-Resistant Prostate Cancer, Current Opinion in Supportive and Palliative Care, (2008), vol. 2, No. 3, pp. 161-166.

Pivot, et al., A Multicenter Phase II Study of XRP6258 Administered as a 1-h i.v. Infusion Every 3 Weeks in Taxane-Resistant Metastatic Breast Cancer Patients, Annals of Oncology, vol. 19, No. 9, pp. 1547-1552, (2008).

The National Horizon Scanning Centre of National Institute for Health Research, Cabazitaxel (XRP-6258) for Hormone Refractory, Metastatic Prostate Cancer—Second Line After Docetaxel, University of Birmingham, pp. 1-6, (2009).

Sanofi-Aventis Press Release: 2006: In a Difficult Environment, Another Year of Growth in Adjusted EPS Excluding Selected Items, (Feb. 13, 2007), pp. 1-31.

Buonerba, et al., Docetaxel Rechallenge in Castration-Resistant Prostate Cancer: Scientific Legitimacy of Common Clinical Practice, European Urology, (2010), vol. 58, No. 4, pp. 636-637.

Di Lorenzo, et al., Castration-Resistant Prostate Cancer: Current and Emerging Treatment Strategies, Drugs, (2010), vol. 70, No. 8, pp. 983-1000.

Yoo, et al., XRP6258—Induced Gene Expression Patterns in Head and Neck Cancer Carcinoma, Laryngoscope, (2010), vol. 120, No. 6, pp. 1114-1119.

Shabafrouz, et al., New Drugs at the Horizon for Men With Prostate Cancer, Revue Medicale Suisse, (2010), vol. 6, No. 250, pp. 1057-1058 & 1060-1061.

Dorff, Cabazitaxel in Prostate Cancer: Stretching a String, Lancet, (2010), vol. 376, No. 9747, pp. 1119-1120.

Bouchet, et al., Cabazitaxel, a New Taxane With Flavorable Properties, Drugs of Today, (2010), vol. 46, No. 10, pp. 735-742.

Pal, et al., Critical Appraisel of Cabazitaxel in the Management of Advanced Prostate Cancer, Clinical Interventions in Aging, (2010), vol. 5, pp. 395-402.

Sartor, et al., Improving Outcomes With Recent Advances in Chemotherapy for Castrate-Resistant Prostate Cancer, Clinical Genitourinary Cancer, (2010), vol. 8, No. 1, pp. 23-28.

Pouessel, et al., Actualities in Prostate Cancer in ASCO Annual Meeting 2010, Bulletin du Cancer. (2010), vol. 97, No. 12, pp. 1563-1572.

Richards, Improved Survival in Second-Line Advanced Prostate Cancer Treated With Cabazitaxel, Nature Reviews Clinical Oncology, (2010), vol. 7, No. 12, p. 671.

De Bono, et al., Cabazitaxel or Mitoxantrone With Prednisone in Patients With Metastatic Castration-Resistant Prostate Cancer (mCRPC) Previously Treated With Docetaxel: Final Results of a Multinational Phase III Trial (TROPIC)., 46th Annu Meet Am Soc Clin Oncol (ASCO), J. Clin. Oncology, (2010) 28:15S (Suppl), Abst 4508.

Denis, et al., Phase I and Pharmacokinetic Study of RPR116258A, A Novel Taxane Derivative, Administered Intravenously over 1 hour every 3 weeks, Clinical Cancer Research, vol. 6, (2000), (Supplement), Abstract 568, p. 4579s.

Lortholary, et al., Phase I and Pharmacokinetics (PK) Study of RPR 116258A Given as 1-hour Infusion in Patients (pts) With Advanced Solid Tumors, Clinical Cancer Research, vol. 6, (2000), (Supplement), Abstract 569, pp. 4579s-4580s.

Oudard, et al., Cabazitaxel Plus Prednisone/Prednisolone Significantly Increases Overall Survival Compared to Mitoxantrone Plus Prednisone/Prednisolone in Patients With Metastatic Castration-Resistant Prostate Cancer (MCRPC) Previously Treated With Docetaxel: Final Results With Updated Overall Survival of a Multinational Phase III Trial (TROPIC), Ann. of Oncology, vol. 21, (Suppl. 8), p. viii272, (2010), Abstract 871PD.

Kris, et al., Clinical Cancer Advances 2010: Annual Report on Progress Against Cancer From the American Society of Clinical Oncology, J Clin Oncology, (2010), vol. 28, No. 36, pp. 5327-5347, 947.

Drug Data Report, Antimitotic Drugs, (2003), vol. 25, No. 6, p. 550, (2003).

Drug Data Report, Cabazitaxel, (2010). vol. 32, No. 10, pp. 999-1017 at p. 1012.

Sanofi-Aventis Press Release: Resilient Sales and Business EPS in Q3 2010, (Oct. 28, 2010), pp. 1-24.

Sanofi-Aventis Press Release: EPS Growth in Q2 2010, (Jul. 29, 2010), pp. 1-27.

ClinicalTrials.gov, Safety and Pharmacokintic Study of Cabazitaxel in Patients With Advanced Solid Tumors and Liver Impairment, Web site, (2010), pp. 1-7 [retrieved on Jan. 6, 2014].

Sanofi-Aventis Press Release: Q1 2010: A Good First Quarter, (Apr. 29, 2010), pp. 1-19.

(56) **References Cited**

OTHER PUBLICATIONS

ClinicalTrials.gov, Effect of Cabazitaxel on the QTc Interval in Cancer Patients (QT-Cab), Web site, (2010) Mar. 24, pp. 1-7 [retrieved on Jan. 6, 2014].
Sanofi-Aventis Press Release: Sanofi-Aventis Delivers Double-Digit EPS Growth in 2009 as the Transformation Program Progresses, (Feb. 10, 2010), pp. 1-26.
ClinicalTrials.gov, A Study to Evaluate the Effects of Combining Cabazitaxel With Cisplatin Given Every 3 Weeks in Patients With Advanced Solid Cancer, Web Site, (Jul. 22, 2009), pp. 1-7 [retrieved on Jan. 6, 2014].
Sanofi-Aventis Press Release: Sanofi-Aventis Delivers 2008 Results Above Guidance, (2009), Feb. 11, pp. 1-27.
Numata, et al., The Preliminary Results of Docetaxel-Prednisolone Combination Therapy for the Japanese Pateients With Hormone-Refractory Prostate Cancer, Acta Urol. Jpn., vol. 53, pp. 93-97, (2007).
Miura, et al., A Case of Hormone-Refractory Prostate Cancer (HRPC) With Tumor Fever Responding to Docetaxel Plus Prednisolone Therapy, Jpn J Cancer Chemother, vol. 33, No. 6, pp. 841-844, (2006).
Shimazui, et al., Three-Weekly Docetaxel With Prednisone is Feasible for Japanese Patients With Hormone-Refractory Prostate Cancer: A Retrospective Comparative Study With Weekly Docetaxel Alone, Jpn J Clin Oncol, (2007), vol. 37, No. 8, pp. 603-808.
Kola, et al., Can the Pharmaceutical Industry Reduce Attrition Rates?, Nature Reviews Drug Discovery, vol. 3, (2004), pp. 711-715.
Dimasi, et al., Trends in Risks Associated With New Drug Development: Success Rates for Investigational Drugs, Nature, vol. 87, No. 3, pp. 272-277, (2010).
Bertold, et al., Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer: Updated Survival in the TAX 327 Study, Journal of Clinical Oncology, vol. 26, No. 2, (2008) pp. 242-245.
Merck Index 14th 2006, No. 190, p. 36, Agomelatine.
Tan, Novel Agents in the Treatment of Hormone-Independent Metastatic Prostate Cancer, Actas Urol Esp., (2007), vol. 31, No. 6, pp. 660-685 (followed by non-verified English translation).
El Docetaxel Asociado a la Prednisona Mejora et Cancer de Prostate, [Retrieved from the internet on Oct. 26, 2012] Retrieved from http://www.rnedicinageriatrica.com.ar/viewnews.php?id=EEpVVFZVppsBCjOavj.
Dres, et al., Treatment alternatives for advanced prostate cancer, [Retrieved from the internet on Jul. 29, 2014] Retrieved from http://www.intramed.net/contenidover.asp?contenidoID=37957 (followed by non-verified English translation).
Taxotere (Docetaxel) Mejora Significativamente la Supervivencia de los Pacientes con Cancer de Prostate Avanzado, PMFARMA Espana, (2007).
Docetexel Reduce el Riesgo de Muerte en Pacientes con Cancer de Prostate Metastatico Androgeno Independiente, [Retrieved from the internet on Jul. 29, 2014]. Retrieved from http://www.intramed.net/contenidover.asp?contenidoID=31823 (followed by non-verified English translation).
Cancer de Prostata Diseminado, Quimioterapia. [Retrieved from the internet on Jul. 29, 2014]. Retrieved from http://www.guiasalud.es/egpc/cancer_prostata/resumida/apartado06/otros02.html, pp. 1-9.
Revision Sistematica y Modelo Economico de Efectividad Clinica y Coste-Efectividad de Docetaxel en Combinacion con Prednisona/Prednisolona para el Tratamiento de Cancer de Prostata Metastasico Refractario a Hormonas, [Retrieved from the internet on Jul. 29, 2014]. Retrieved from http://www.sefh.es/sefnboletin/vernoticiaboletin.php?id=2663.
Figg et al., Cabazitaxel Filling One of the Gaps in the Treatment of prostate Cancer. Cancer Biology & Therapy, vol. 10. No. 12, pp. 1233-1234, (2010).
Mirtsching, Prostate Cancer Clinical Trials in Dallas; Texas Area. [Retrieved from the Internet on Aug. 19, 2014]. Retrieved from http://www.healthcentral.com/prostate/c/5618/14589/dallas-texas-area, pp. 3-4.

* cited by examiner



Case: 18-1203 Document: 19 Page: 168 Filed: 03/15/2018

**FIG. 1**

Symbols=Censors
MTX+PRED
CBZ+PRED
Proportion of PFS
100
90
80
70
60
50
40
30
20
10
0
0
3
6
9
12
15
18
21
Time (Months)
Number at Risk
MTX+PRED 377 105 52 27 9 6 4 2
CBZ+PRED 378 168 90 52 15 4 0 0
2009-13:54

FIG. 2



Factor
Patient number
Hazard ratio (95% CI)
Favors Cabazitaxel
Favors Mitoxantrone
All randomized patients 755 0.70 (0.59–0.83)
ECOG status: 0,1 694 0.68 (0.57–0.82)
ECOG status: 2 61 0.81 (0.48–1.38)
Measurable disease: No 350 0.72 (0.55–0.93)
Measurable disease: Yes 405 0.68 (0.54–0.85)
No. of prior chemotherapies: 1 528 0.67 (0.55–0.83)
No. of prior chemotherapies: ≥2 227 0.75 (0.55–1.02)
Age: <65 years 295 0.81 (0.61–1.08)
Age: ≥65 years 460 0.62 (0.50–0.78)
Rising PSA at baseline: No 159 0.88 (0.61–1.26)
Rising PSA at baseline: Yes 583 0.65 (0.53–0.80)
Total docetaxel dose: <225 mg/m2 59 0.96 (0.49–1.86)
Total docetaxel dose: ≥225 to 450 mg/m2 206 0.60 (0.43–0.84)
Total docetaxel dose: ≥450 to 675 mg/m2 217 0.83 (0.60–1.16)
Total docetaxel dose: ≥675 to 900 mg/m2 131 0.73 (0.48–1.10)
Total docetaxel dose: ≥900 mg/m2 134 0.53 (0.47–0.90)
Progression during docetaxel treatment 219 0.68 (0.57–0.82)
Progression <3 months after docetaxel 339 0.70 (0.55–0.91)
Progression ≥3 months after docetaxel 192 0.75 (0.51–1.11)
0
0.5
1
1.5
2
Hazard ratio and 95% confidence interval

**FIG. 3**



Case: 18-1203 Document: 19 Page: 171 Filed: 03/15/2018

FIG. 4



| Treatment | | | |
|---|---|---|---|
| CBZ+PRED | 4 | 283 | 70 |
| MTX+PRED | 8 | 283 | 72 |

**FIG. 5**

MTX+PRED
CBZ+PRED
Average AUC of Personal Pain Index
Cycle
0
10
20
30
40
50
60
70
80
90
100
110
120
130
140
150
160
0
1
2
3
4
5
6
7
8
9
10

**FIG. 6**

MTX+PRED
CBZ+PRED
Average AUC of Analgesic Score
Cycle
3000
2700
2400
2100
1800
1500
1200
900
600
300
0
0 1 2 3 4 5 6 7 8 9 10

FIG. 7

Case: 18-1203 Document: 19 Page: 175 Filed: 03/15/2018

## ANTITUMORAL USE OF CABAZITAXEL

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of International Application No. PCT/IB2010/054866, filed Oct. 27, 2010, which claims the benefit of priority of U.S. Provisional Application No. 61/256,160, filed Oct. 29, 2009, U.S. Provisional Application No. 61/293,903, filed Jan. 11, 2010, U.S. Provisional Application No. 61/355,834, filed Jun. 17, 2010, U.S. Provisional Application No. 61/355,888, filed Jun. 17, 2010, U.S. Provisional Application No. 61/369,929, filed Aug. 2, 2010, U.S. Provisional Application No. 61/383,933, filed Sep. 17, 2010, and U.S. Provisional Application No. 61/389,969, filed Oct. 5, 2010, all of which are incorporated herein by reference.

The present invention relates to a novel antitumoral use of cabazitaxel in the treatment of prostate cancer, which may be metastatic, especially for patients who are not catered for by a taxane-based treatment. In particular, the present invention relates to the use of cabazitaxel in the treatment of patients with castration resistant metastatic prostate cancer, who have been previously treated with a docetaxel based regimen, an unmet medical need.

### BACKGROUND

Prostate cancer affects a large proportion of the male population worldwide: 680 000 cases worldwide in 2002; it is predicted that there will be 900 000 new cases per year up to 2010 (*CA Cancer J. Clin.,* 2005, 55, 74-108). It is the most frequently occurring cancer in men after lung cancer.

Prostate cancer is generally treated at the start by depriving the androgenic hormones, i.e. by surgical excision of the testicles The Current State of Hormonal Therapy for Prostate Cancer CA Cancer J. Clin., May 2002; 52: 154-179, or by radiotherapy treatment External beam radiation therapy for prostate cancer CA Cancer J. Clin., November 2000; 50: 349-375. Treatments with antiandrogens or hormone manipulations are associated with responses of short duration and without any improvement in the survival time.

The use of cytotoxic chemotherapy is not a routine treatment, whereas its role in alleviating the symptoms and reducing the levels of PSA (prostate-specific antigen) is established. No monotherapy has obtained a degree of response of greater than 30%; combinations with an effect on PSA levels were tested. No effect on the survival time was seen and, what is more, the toxicity of these treatments, particularly on elderly patients, is problematic since, in addition to their tumour, they are generally suffering from related health problems and have a limited reserve of bone marrow.

Until recently, the chemotherapies used were limited to cyclophosphamide, anthracyclines (doxorubicin or mitoxantrone) and estramustine, and the effects of these treatments are relatively mediocre. Palliative effects were observed in patients following the administration of corticoids alone or of mitoxantrone with either prednisone or hydrocortisone. Following Phase II trials, the combination of mitoxantrone with corticoids was recognized as the reference treatment for hormone-resistant prostate cancer. More recently, treatments with docetaxel in combination with estramustine or prednisone have made it possible to treat cancers that are resistant to hormone deprivation Advances in Prostate Cancer Chemotherapy: A New Era Begins CA Cancer J. Clin., September 2005; 55: 300-318, the survival was improved by 2.4 months.

It is generally accepted that the responses in advanced prostate cancers are difficult to evaluate on account of the heterogeneity of the disease and the lack of consensus regarding the treatment response criteria. Many patients with metastatic prostate cancer have no measurable disease, but have symptoms dominated by bone metastases. Measurement of the PSA level has been found to be a means for evaluating novel candidates and also the measurement of the tumour when this is possible, the measurement of bone tumours, the quality of life and the measurement of the pain.

Furthermore, cancer may become resistant to the agents used, in particular to taxanes, which limits the possible treatment options. Several taxane resistance mechanisms have been described (expression of P-glycoprotein P-gp, mdr-1 gene, modified metabolism of taxane, mutation of the tubulin gene, etc.): see *Drug Resistance Updates* 2001, 4(1), 3-8; J. Clin. Onc. 1999, 17(3), 1061-1070.

The technical problem that the invention intends to solve is that of providing a novel therapeutic option for treating prostate cancer, especially for patients who are not catered for by a taxane-based treatment, such as patients with castration resistant metastatic prostate cancer who have been previously treated with docetaxel (sold under the brand name Taxotere®) based regimen, an unmet medical need.

Four clinical trials on cabazitaxel are known since April 2006. Three monotherapy tests have made it possible to determine the maximum tolerated dose and the toxicities at the limit doses: these tests were performed on breast, sarcoma and prostate tumours. Doses of 10-30 mg/m$^2$ every three hours were used. A phase II trial was performed on patients with a breast cancer, who had previously received taxanes and anthracyclines as adjuvant (i.e. after a surgery) or as a first-line treatment. The response levels were 14.6% as adjuvant and 9.5% as second-line treatment.

### SUMMARY

The invention relates to a novel antitumoral pharmaceutical therapeutic use comprising cabazitaxel of formula

$CH_3$ O O $CH_3$ $H_3C$ $CH_3$ O $H_3C$ H O $CH_3$ $H_3C$ O HN $CH_3$ O HO H $CH_3$ H O HO O $CH_3$ O O

The invention also relates to methods of treating patients with prostate cancer comprising administering an effective amount of the antitumoral agent cabazitaxel to said patient.

This antitumoral agent may be in the form of anhydrous base, a hydrate or a solvate, intended for treating prostate cancer, in particular for treating patients who are not catered for by a taxane-based treatment, such as patients who have been previously treated with a docetaxel-based regimen. This compound is preferably administered to a patient with advanced metastatic disease. In particular, the compound is

administered to a patient with castration resistant prostate cancer. Cabazitaxel is preferably administered in combination with a corticoid chosen especially from prednisone and prednisolone. This corticoid is preferably administered at a daily dose of 10 mg orally.

In some aspects of the invention, cabazitaxel is administered in combination with prednisone for its use as a medicament in the treatment of patients with hormone-refractory prostate cancer who have been previously treated with docetaxel based regimen.

In some aspects of the invention, cabazitaxel is administered at a dose (defined for each administration) of between 20 and 25 mg/m$^2$. Cabazitaxel may be in the form of an acetone solvate. More particularly, the acetone solvate of cabazitaxel contains between 5% and 8% and preferably between 5% and 7% by weight of acetone.

In some aspects of the invention, cabazitaxel may be administered by intravenous infusion at a dose of between 15 and 25 mg/m$^2$, this administration cycle of the antitumour agent being repeated at an interval of 3 weeks between each cabazitaxel administration, which interval may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding cabazitaxel administration.

In some embodiments, the effective amount of cabazitaxel produces at least one therapeutic effect selected from the group consisting of increase in overall survival, partial response, reduction in tumor size, reduction in metastasis, complete remission, partial remission, stable disease, or complete response.

The present invention also relates to a pharmaceutical composition that treats patients with prostate cancer comprising a clinically proven safe and effective amount of cabazitaxel.

Further embodiments of the invention comprise methods or using, treating, promoting, and providing cabazitaxel.

The present invention also relates to packages and articles of manufacture.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** displays the Kaplan-Meier curves of the overall survival in a cabazitaxel study.

FIG. **2** displays the Kaplan-Meier curves of progression-free survival in a cabazitaxel study.

FIG. **3** shows an intention-to-treat analysis of overall survival in subgroups of patients defined by baseline characteristics. Hazard ratios<1 favor the cabazitaxel group, while those >1 favor the mitoxantrone group. CI denotes confidence intervals.

FIG. **4** graphically depicts the proportion of patients with changes in ECOG performance status from baseline during treatment (safety population). The "Improved" column represents PS**2** at baseline changed to 0 or 1 during treatment. The "stable" column represents no change, and the "Worse" column represents PS**2** at baseline and changed to ≥3, or 0 or 1 at baseline changed to ≥2 during treatment.

FIG. **5** graphically depicts the proportion of patients with changes from baseline in the Present Pain Intensity score during treatment (ITT). The "Improved" column represents patients in which the PPI score during treatment was lower versus baseline. The "Stable" column represents no change, and the "Worse" column represents patients with >1 unit increase in PPI score during treatment versus baseline.

FIG. **6** graphically presents the mean area under the curve for PPI and analgesic scores by treatment cycle.

FIG. **7** graphically presents the mean AUC analgesic score.

## DETAILED DESCRIPTION

### Definitions

Effective amount, as used herein, means an amount of a pharmaceutical compound, such as cabazitaxel, that produces an effect on the cancer to be treated.

Clinically proven, as used herein, means clinical efficacy results that are sufficient to meet FDA approval standards.

Castration resistant prostate cancer, as used herein, is synonymous with hormone-refractory prostate cancer.

"Patient," as used herein, includes both human and animals. In one embodiment, a patient is a human.

Cabazitaxel belongs to the taxoid family and has the formula:

The chemical name of cabazitaxel is 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonyl-amino-2-hydroxy-3-phenylpropionate. Cabazitaxel is synonymously known as (2α,5β,7β,10β,13α)-4-acetoxy-13-({(2R,3S)-3-[(tertbutoxycarbonyl)amino]-2-hydroxy-3-phenylpropanoyl}oxy)-1-hydroxy-7,10-dimethoxy-9-oxo-5,20-epoxytax-11-en-2-yl benzoate.

This compound and a preparative method thereof is described in WO 96/30355, EP 0 817 779 B1 and U.S. Pat. No. 5,847,170, which are hereby incorporated herein by reference.

Cabazitaxel may be administered in base form (cf. above formula), or in the form of a hydrate. It may also be a solvate, i.e. a molecular complex characterized by the incorporation of the crystallization solvent into the crystal of the molecule of the active principle (see in this respect page 1276 of *J. Pharm. Sci.* 1975, 64(8), 1269-1288). In particular, it may be an acetone solvate, and, more particularly, may be the solvate described in WO 2005/028462. It may be an acetone solvate of cabazitaxel containing between 5% and 8% and preferably between 5% and 7% by weight of acetone (% means content of acetone/content of acetone+cabazitaxel×100). An average value of the acetone content is 7%, which approximately represents the acetone stoichiometry, which is 6.5% for a solvate containing one molecule of acetone. The procedure described below allows the preparation of an acetone solvate of cabazitaxel:

940 ml of purified water are added at 20±5° C. (room temperature) to a solution of 207 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate at about 92% by weight in about 2 liters of acetone, followed by seeding with a suspension of 2 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R, 3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate isolated from acetone/water in a mixture of 20 ml of water and 20 ml of acetone. The resulting mixture is stirred for about 10 to 22 hours, and 1.5 liters of purified water

are added over 4 to 5 hours. This mixture is stirred for 60 to 90 minutes, and the suspension is then filtered under reduced pressure. The cake is washed on the filter with a solution prepared from 450 ml of acetone and 550 ml of purified water, and then oven-dried at 55° C. under reduced pressure (0.7 kPa) for 4 hours. 197 g of 4α-acetoxy-2α-benzoyloxy-5β,20-epoxy-1β-hydroxy-7β,10β-dimethoxy-9-oxo-11-taxen-13α-yl (2R,3S)-3-tert-butoxycarbonylamino-2-hydroxy-3-phenylpropionate acetone containing 0.1% water and 7.2% acetone (theoretical amount: 6.5% for a stoichiometric solvate) are obtained.

Cabazitaxel may be administered parenterally, such as via intravenous administration. A galenical form of cabazitaxel suitable for administration by intravenous infusion is that in which the cabazitaxel is dissolved in water in the presence of excipients chosen from surfactants, cosolvents, glucose or sodium chloride, etc. For example, a galenical form of cabazitaxel may be prepared by diluting a premix solution of cabazitaxel contained in a sterile vial (80 mg of cabazitaxel+2 ml of solvent+Polysorbate 80) with a sterile vial containing a solution of 6 ml of water and ethanol (13% by weight of 95% ethanol) in order to obtain 8 ml of a solution ready to be rediluted in a perfusion bag. The concentration of cabazitaxel in this ready-to-redilute solution is about 10 mg/ml. The perfusion is then prepared by injecting the appropriate amount of this ready-to-redilute solution into the perfusion bag containing water and glucose (about 5%) or sodium chloride (about 0.9%).

Cabazitaxel may be administered in combination with a corticoid, such as prednisone or prednisolone, as two distinct pharmaceutical preparations.

Accordingly, one aspect of the invention is a method of treating prostate cancer comprising administering to a patient in need thereof an effective amount of cabazitaxel in combination with a corticoid, such as prednisone or prednisolone.

The combination is administered repeatedly according to a protocol that depends on the patient to be treated (age, weight, treatment history, etc.), which can be determined by a skilled physician. In one aspect of the invention, cabazitaxel is administered by perfusion to the patient according to an intermittent program with an interval between each administration of 3 weeks, which may be prolonged by 1 to 2 weeks depending on the tolerance to the preceding administration. The median number of cycles is 6. The prednisone or prednisolone may be administered daily, for example in the form of one dosage intake per day, throughout the duration of the treatment. Examples of doses for the two antitumoral agents are given in the "Example" section. The currently recommended dose is 25 mg/m$^2$ of cabazitaxel administered as a on-hour infusion and 10 mg per day of prednisone or prednisolone administered orally.

In some aspects of the invention, the patient to be treated has prostate cancer that is resistant to hormone therapy (i.e., hormone refractory) and has previously been treated with docetaxel. In some aspects, the patient has prostate cancer that progressed during or after treatment with docetaxel. In some aspects, the patient was previously treated with at least 225 mg/m$^2$ cumulative dose of docetaxel. In a particular aspect, the patient showed progression of their disease in the six months following hormone therapy or during docetaxel treatment or after docetaxel treatment. In another particular aspect, the patient showed progression of their disease in the three months following hormone therapy or after docetaxel treatment.

In some aspects of the invention, the patient to be treated has a measurable tumour and may show progression of the disease via a metastatic lesion of the viscera or of a soft tissue of at least 1 cm determined by MRI or by an axial tomographic scan (CT scan).

In some aspects of the invention, the patient to be treated has an unmeasurable tumour and may show an increase in the PSA level with three measurements at a 1-week interval or the appearance of new lesions.

In some aspects of the invention, the patient to be treated has undergone castration by orchidectomy or with LHRH agonists, elimination of the androgens or monotherapy with estramustine.

In a preferred aspect, the life expectancy of the patient to be treated should be at least 2 months.

In some aspects, the treatment does not include patients who have previously received mitoxantrone, or who have received less than 225 mg/m$^2$ of docetaxel, or who have undergone a radiotherapy that has eliminated more than 40% of the marrow, who have received a treatment within the 4 weeks preceding the test, who have a neuropathy or a stomatitis, involving the brain or the meninges, who have shown severe hypersensitivity to polysorbate or to prednisone, whose blood analysis shows an appreciable decrease in neutrophils, haemoglobin or platelets, an increase in bilirubin and/or liver enzymes and creatinine, or who have heart problems or an infection requiring antibiotics.

An aspect of the invention comprises increasing the survival of a patient with hormone refractory metastatic prostate cancer, comprising administering a clinically proven effective amount of cabazitaxel to the patient in combination with prednisone or prednisolone. In a particular aspect, the patient has previously been treated with a docetaxel-containing regimen.

Cabazitaxel may be administered in combination with a medication to prevent or control nausea and vomiting or to prevent or control hypersensitivity to the cabazitaxel treatment. Preferably, a patient is pre-medicated with the medication, for example, at least 30 minutes prior to administering each dose of cabazitaxel.

One aspect of the invention comprises a method of reducing the risk of a severe hypersensitivity reaction in a patient with prostate cancer being treated with cabazitaxel, comprising administering to the patient a medication to prevent hypersensitivity prior to the administration of cabazitaxel.

Severe hypersensitivity reactions to cabazitaxel can occur and may include generalized rash/erythema, hypotension and bronchospasm. Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of cabazitaxel, thus facilities and equipment for the treatment of hypotension and bronchospasm should be available. If severe hypersensitivity reaction occurs, cabazitaxel infusion should be immediately discontinued and appropriate therapy should be administered. Examples of medications which may be used to prevent hypersensitivity to the cabazitaxel treatment include antihistamines, such as dexchloropheniramine (for example 5 mg), and diphenhydramine (for example 25 mg) or equivalent antihistamines; and corticosteroids, such as dexamethasone (for example 8 mg) or an equivalent steroid.

Nevertheless, cabazitaxel should not be given to and may be contraindicated in patients who have a history of severe hypersensitivity reactions to cabazitaxel. Depending on the formulation administered, cabazitaxel may also be contraindicated in patients who have a history of hypersensitivity reactions to other drugs formulated with polysorbate 80.

One aspect of the invention comprises an article of manufacture comprising:

a) a packaging material;

b) cabazitaxel, and

c) a label or package insert contained within the packaging material indicating that severe hypersensitivity reactions can occur.

Gastrointestinal symptoms, such as, for example nausea, vomiting, and diarrhea, may occur with the treatment of cabazitaxel. Mortality related to diarrhea and electrolyte imbalance has been reported. Therefore, patients may also be rehydrated and treated with anti-diarrheal or anti-emetic medications as needed. Treatment delay or dosage reduction may be necessary if patients experience Grade≥3 diarrhea.

Accordingly, the methods of the invention include administering a medication to prevent hypersensitivity or a medication to prevent or control nausea and vomiting in combination with cabazitaxel.

Examples of medications which may be used to prevent or control nausea and vomiting include histamine $H_2$ antagonists and antiemetics, such as ondansetron, granisetron and dolesetron.

A possible side effect of the treatment with cabazitaxel is neutropenia, which is characterized by a reduced number of neutrophils. Unfortunately, a number of neutropenia deaths have been reported. Therefore, frequent blood counts should be obtained or performed to monitor for neutropenia. If neutropenia occurs, cabazitaxel treatment may be discontinued, and restarted when neutrophil counts recover to a level of >1,500/mm$^3$. Cabazitaxel should not be given to a patient with a neutrophil count≤1,500 cells/mm$^3$.

The present invention therefore also relates to a method of treating prostate cancer with cabazitaxel comprising administering cabazitaxel to the patient, monitoring blood counts in the patient, and measuring neutrophil levels. In one aspect, the method further comprises discontinuing cabazitaxel treatment if neutropenia occurs, and optionally restarting cabazitaxel treatment when neutrophil counts recover to a level of >1,500/mm$^3$. In one aspect, the monitoring comprises taking a blood sample from the patient.

Determining neutrophil counts can be performed according to procedures well know to those skilled in the art.

One aspect of the invention is a method of reducing the risk of neutropenia complications comprising administering cabazitaxel in combination with an agent useful for treating neutropenia. Such a neutropenia treatment agent is, for example, a hematopoietic growth factor which regulates the production and function of neutrophils such as a human granulocyte colony stimulating factor, (G-CSF). In a particular aspect of the invention, the neutropenia is complicated neutropenia. Complicated neutropenia includes febrile neutropenia, prolonged neutropenia, or neutropenic infection. In a preferred embodiment, the neutropenia treatment agent is administered prior to the administration of cabazitaxel.

A particular aspect of the invention comprises a method of reducing the risk of neutropenia complications in a patient with prostate cancer being treated with cabazitaxel, comprising monitoring blood counts in the patient at regular intervals during treatment of the patient with cabazitaxel; reducing the dose of cabazitaxel if the patient experiences febrile neutropenia or prolonged neutropenia; discontinuing cabazitaxel treatment if the patient's neutrophil count is ≤1,500 cells/mm$^3$; and optionally restarting cabazitaxel treatment when the patient's neutrophil counts recover to a level≥1,500 cells/mm$^3$.

In a particular aspect, primary prophylaxis with G-CSF should be considered in patients with high-risk clinical features (age>65 years, poor performance status, previous episodes of febrile neutropenia, extensive prior radiation ports, poor nutritional status, or other serious co-morbidities) that predispose them to increased complications from prolonged neutropenia. Therapeutic use of G-CSF and secondary prophylaxis should be considered in all patients considered to be at increased risk for neutropenia complications.

In another aspect, the monitoring of complete blood counts is performed on a weekly basis during cycle 1 and before each treatment cycle thereafter so that the dose can be adjusted, if needed. Therefore, another aspect for reducing the risk of neutropenia complications comprises, monitoring blood counts in the patient and adjusting the dose of cabazitaxel. An example of a dose modification is described in Example 2.

One aspect of the invention comprises an article of manufacture comprising:

a) a packaging material;

b) cabazitaxel, and

c) a label or package insert contained within the packaging material indicating that cabazitaxel should not be given to patients with neutrophil counts of ≤1,500 cells/mm$^3$.

Cases of renal failure should be identified and managed aggressively, accordingly to procedures known to those skilled in the art. Renal failure may be associated with sepsis, dehydration, or obstructive uropathy. Furthermore, impaired hepatic function (e.g., total bilirubin≥ULN, or AST and/or ALT≥1.5×ULN) may increase cabazitaxel concentrations, and cabazitaxel should not be given to patients with hepatic impairment.

Cabazitaxel may cause fetal harm when administered to a pregnant woman.

Prednisone or prednisolone administered at 10 mg daily does not affect the pharmacokinetics of cabazitaxel.

Cabazitaxel is primarily metabolized through CYP3A. Concomitant administration of strong CYP3A inhibitors (for example, ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin, voriconazole) may increase cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inhibitors should be avoided. Caution should be exercised with concomitant use of moderate CYP3A inhibitors. One aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inhibitor, discontinuing treatment with a CYP3A inhibitor, and then administering cabazitaxel to the patient.

Concomitant administration of strong CYP3A inducer (e.g., phenyloin, carbamazepine, rifampin, rifabutin, rifapentin, phenobarbital) may decrease cabazitaxel concentrations. Therefore co-administration of cabazitaxel with strong CYP3A inducers should be avoided. Therefore, one aspect of the invention is a method of treating a patient for prostate cancer comprising determining whether the patient is undergoing treatment with a CYP3A inducer, discontinuing treatment with a CYP3A inducer, and administering cabazitaxel to the patient.

In addition, patients should also refrain from taking St. John's Wort.

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an AUC of about 991 ng·h/mL (CV 34%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide an $C_{max}$ of about 226 ng·h/mL (CV 107%).

In some aspects of the invention, the cabazitaxel is administered in an amount to provide a plasma clearance of 48.5 L/h (CV 39%).

Case: 18-1203 Document: 19 Page: 179 Filed: 03/15/2018

One aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean $C_{max}$ of cabazitaxel in patients with metastatic prostate cancer was 226 ng/mL (CV 107%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that the mean AUC of cabazitaxel in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%).

Another aspect of the invention is a package comprising cabazitaxel and a label, in a position which is visible to prospective purchasers, comprising a printed statement which informs prospective purchasers that cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%).

A variety of educational materials may be employed to ensure proper prescribing, dispensing, and patient compliance according to the methods described herein. For example, a variety of literature and other materials, such as, for example, prescribing information, package inserts, medications guides, physician information sheets, healthcare professional information sheets, medical journal advertisements, and product websites may describe the risks and benefits of taking cabazitaxel.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) the efficacy and safety of cabazitaxel in combination with prednisone were evaluated in patients with hormone refractory metastatic prostate cancer previously treated with a docetaxel containing regimen; or

b) a total of 755 patients were randomized to receive either cabazitaxel 25 mg/m$^3$ every 3 weeks for a maximum of 10 cycles with prednisone mg orally daily, or to receive mitoxantrone 12 mg/m$^2$ intravenously every 3 weeks for a maximum of 10 cycles with prednisone 10 mg orally daily; or

c) the median number of cycles was 6 in the cabazitaxel group and 4 in the mitoxantrone group.

The invention also concerns a package comprising cabazitaxel and a label, said label comprising one or more messages that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm$^3$.

The invention also concerns a method of promoting the use of cabazitaxel the method comprising the step of conveying to a recipient at least one message selected from:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm$^3$;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

The invention also concerns a method of providing cabazitaxel, wherein said cabazitaxel is provided along with information indicating that:

a) neutropenic deaths have been reported; or

b) frequent blood counts should be obtained to monitor for neutropenia; or

c) cabazitaxel should not be given if neutrophil counts are ≤1,500 cells/mm$^3$;

d) severe hypersensitivity can occur; or

e) severe hypersensitivity can occur and may include generalized rash/erythema, hypotension and brochospasm; or

f) discontinue cabazitaxel immediately if severe reactions occur; or

g) discontinue cabazitaxel immediately if severe reactions occur and administer appropriate therapy; or

h) cabazitaxel is contraindicated in patients with a history of severe hypersensitivity reactions to cabazitaxel or drugs formulated with polysorbate 80.

Example 1

A clinical study was performed wherein patients received either treatment with cabazitaxel or the reference treatment based on mitoxantrone each combined with prednisone or prednisolone.

More specifically, patients over 18 years of age with metastatic castration resistant metastatic prostate cancer either measurable by RECIST criteria or non-measurable disease with rising PSA levels or appearance of new lesions, ECOG (Eastern Cooperative Oncology Group) performance stage 0-2, and adequate organ function (patients had to have neutrophils>1,500 cells/mm$^3$, platelets>100,000 cells/mm$^3$, hemoglobin>10 g/dL, creatinine<1.5× upper limit of normal (ULN), total bilirubin<1×ULN, AST<1.5×ULN, and ALT<1.5×ULN) who had had prior hormone therapy, chemotherapy, and radiotherapy, but had progressive during or after docetaxel treatment (cumulative dose≥225 mg/m$^2$) were randomized to 10 mg/day of prednisone with either mitoxantrone 12 mg/m$^2$ or cabazitaxel 25 mg/m$^2$, both administered every 3 weeks.

Patients with a history of congestive heart failure, or myocardial infarction within the last 6 months, or patients with uncontrolled cardiac arrhythmias, angina pectoris, and/or hypertension were not included in the study.

720 patients were planned to be included in the clinical study: 360 in each cabazitaxel+prednisone and mitoxantrone+prednisone group. Seven hundred and fifty-five patients (755) (median age 68; 84% white) were actually enrolled, 378 in the cabazitaxel and prednisone/prednisolone group and 377 in the mitoxantrone and prednisone/prednisolone group. The maximal number of treatment cycles was 10 for cabazitaxel and 10 for mitoxantrone. The median number of treatment cycles was 6 for cabazitaxel and 4 for mitoxantrone. The median prior dose of docetaxel treatment was 576 mg/m$^2$ for the cabazitaxel group and 529 mg/m$^2$ for the mitoxantrone group. Median follow-up was 12.8 months.

The measurements of the results are performed via the same tests as at inclusion. MRI and spiral computed tomographic (CT) scans are preferably used.

Case: 18-1203 Document: 19 Page: 180 Filed: 03/15/2018

The results are evaluated according to the following criteria (cf RECIST guideline):

overall survival (OS): the time from inclusion to the study to the date of death

complete response (CR): disappearance of the lesions

partial response (PR): at least 30% reduction of the largest diameter of the lesion

progression (PD): at least 20% increase in the sum of the largest diameter of the lesion or appearance of one or more new lesions

stable disease (SD): reduction of the tumour insufficient to be included in PR and increase of the tumour insufficient to be included in PD.

The confirmations of the measurements are made at least 4 weeks after the response criterion has been established for the first time.

The progression-free survival (PFS) is the time from inclusion in the study and the date of progression or death when the progression is either an increase of the PSA, or of the tumour, or of the pain.

It was found that the combination of cabazitaxel and prednisone is a well-tolerated combination with the safety profile of taxanes. At the dose investigated in this trial (LD2: 25 mg/m$^2$ cabazitaxel+10 mg/m$^2$/day prednisone), patients receiving cabazitaxel demonstrated statistically significant longer overall survival (OS) compared to mitoxantrone ($p<0.0001$). The hazard ratio was 0.70 (95% CI. 0.59, 0.83) in favor of cabazitaxel corresponding to a 30% reduction in risk of death. The median survival for patients in the cabazitaxel group was 15.1 months in comparison to 12.7 months in the mitoxantrone group. Notably, the extension of survival was observed irrespective of ECOG performance status, number of prior chemotherapy regimens and age. Benefit was also seen in the third of patients who were docetaxel-refractory and had progressed during docetaxel therapy.

The data related to the treated patients are given in Table 1:

TABLE 1

| Efficacy analysis (intention-to-treat) | | CbzP N = 378 Median (months) | MP N = 377 Median (months) |
|---|---|---|---|
| Overall survival | Median (months) | 15.1 | 12.7 |
| | Hazard ratio (95% CI) | 0.70 (0.59; 0.83) | |
| | p-value[1] | 0.0001 | |
| PFS | Median (months) | 2.8 | 1.4 |
| | Hazard ratio (95% CI) | 0.74 (0.64-0.86) | |
| | p-value[1] | 0.0001 | |
| Tumor response rate | | 14.4% | 4.4% |
| p-value[2] | | 0.0005 | |
| Time to Tumor (months) | Progression Median | 8.8 | 5.4 |
| | p-value | <0.001 | |
| PSA Response rate | | 39.2% | 17.8% |
| p-value[2] | | 0.0002 | |
| PSA PFS | Median (months) | 6.4 | 3.1 |
| | Hazard ratio (95% CI) | 0.75 (0.63-0.90) | |
| | p-value[1] | 0.0010 | |
| Pain Response rate | | 9.2% | 7.8% |
| p-value[2] | | 0.6526 | |
| Pain PFS | Median (months) | Not reached | 11.1 |
| | Hazard ratio (95% CI) | 0.91 (0.69-1.19) | |
| | p-value[1] | 0.5192 | |

[1]Log-rank test,
[2]Chi-square test
CbzP: cabazitaxel with prednisone
MP: mitoxantrone with prednisone

Progression free survival (PFS) defined as the earliest progression in tumor, PSA or pain was also statistically significantly longer in the cabazitaxel group compared to the mitoxantrone group ($p<0.0001$, hazard ratio=0.74 (95% CI, 0.64, 0.86), and the median progression-free survival was 2.8 months versus 1.4 months. Response rates and PFS for PSA and tumor assessments were statistically significant in favor of cabazitaxel, while response rate and PFS for pain did not show a statistically significant difference.

The most frequent Grade 3/4 toxicities were neutropenia observed with a higher frequency in the cabazitaxel group with 81.7% compared to the mitoxantrone group with 58.0%. Rates of febrile neutropenia were 7.5% in the cabazitaxel group and 1.3% in the mitoxantrone group.

The most common (≥20%) grade 1-4 adverse reactions were anemia, leukopenia, neutropenia, thrombocytopenia, diarrhea, fatigue, nausea, vomiting, asthenia, and constipation.

The most common (≥5%) grade 3-4 adverse reactions in patients who received cabazitaxel were neutropenia, leukopenia, anemia, febrile neutropenia, diarrhea, fatigue, and asthenia.

Subgroup analyses by risk factors and a multivariate analysis showed that OS outcomes were consistent and robust in favor of cabazitaxel as shown in the herebelow table:

TABLE 2

| | MP | | CbzP | | |
|---|---|---|---|---|---|
| | N (%) | Median OS (mos) | N (%) | Median OS (mos) | CbzP vs MP HR (95% CI) |
| ITT | 377 (100) | 12.7 | 378 (100) | 15.1 | 0.70 (0.59-0.83) |
| PD while on D | 103 (27) | 12.0 | 113 (30) | 14.2 | 0.65 (0.47-0.90) |
| PD after last D dose, ≤3 mos | 180 (48) | 10.3 | 158 (42) | 13.9 | 0.70 (0.54-0.90) |
| PD after last D dose, >3 mos | 91 (24) | 17.7 | 103 (27) | 17.5 | 0.78 (0.53-1.14) |

mos = months
D = Docetaxel

TABLE 3

Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities in ≥5% of Patients Receiving cabazitaxel in Combination with Prednisone or Mitoxantrone in Combination with Prednisone

| | Cabazitaxel 25 mg/m[2] every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m[2] every 3 weeks with prednisone 10 mg daily n = 371 | |
|---|---|---|---|---|
| | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Any Adverse Reaction | | | | |
| Blood and Lymphatic System Disorders | | | | |
| Neutropenia[2] | 347 (94%) | 303 (82%) | 325 (87%) | 215 (58%) |
| Febrile Neutropenia | 27 (7%) | 27 (7%) | 5 (1%) | 5 (1%) |
| Anemia[2] | 361 (98%) | 39 (11%) | 302 (82%) | 18 (5%) |
| Leukopenia[2] | 355 (96%) | 253 (69%) | 343 (93%) | 157 (42%) |
| Thrombocytopenia[2] | 176 (48%) | 15 (4%) | 160 (43%) | 6 (2%) |
| Cardiac Disorders | | | | |
| Arrhythmia[3] | 18 (5%) | 4 (1%) | 6 (2%) | 1 (<1%) |
| Gastrointestinal Disorders | | | | |
| Diarrhea | 173 (47%) | 23 (6%) | 39 (11%) | 1 (<1%) |
| Nausea | 127 (34%) | 7 (2%) | 85 (23%) | 1 (<1%) |
| Vomiting | 83 (22%) | 6 (2%) | 38 (10%) | 0 |
| Constipation | 76 (20%) | 4 (1%) | 57 (15%) | 2 (<1%) |
| Abdominal Pain[4] | 64 (17%) | 7 (2%) | 23 (6%) | 0 |
| Dyspepsia[5] | 36 (10%) | 0 | 9 (2%) | 0 |
| General Disorders and Administration Site Conditions | | | | |
| Fatigue | 136 (37%) | 18 (5%) | 102 (27%) | 11 (3%) |
| Asthenia | 76 (20%) | 17 (5%) | 46 (12%) | 9 (2%) |
| Pyrexia | 45 (12%) | 4 (1%) | 23 (6%) | 1 (<1%) |
| Peripheral Edema | 34 (9%) | 2 (<1%) | 34 (9%) | 2 (<1%) |
| Mucosal Inflammation | 22 (6%) | 1 (<1%) | 10 (3%) | 1 (<1%) |
| Pain | 20 (5%) | 4 (1%) | 18 (5%) | 7 (2%) |
| Infections and Infestations | | | | |
| Urinary Tract Infection[6] | 29 (8%) | 6 (2%) | 12 (3%) | 4 (1%) |
| Pneumonia[7] | 12 (3%) | 9 (2%) | 4 (1%) | 3 (<1%) |
| Investigations | | | | |
| Weight Decreased | 32 (9%) | 0 | 28 (8%) | 1 (<1%) |
| Metabolism and Nutrition Disorders | | | | |
| Anorexia | 59 (16%) | 3 (<1%) | 39 (11%) | 3 (<1%) |
| Dehydration | 18 (5%) | 8 (2%) | 10 (3%) | 3 (<1%) |
| Musculoskeletal and Connective Tissue Disorders | | | | |
| Back Pain | 60 (16%) | 14 (4%) | 45 (12%) | 11 (3%) |
| Arthralgia | 39 (11%) | 4 (1%) | 31 (8%) | 4 (1%) |
| Pain in Extremity | 30 (8%) | 6 (2%) | 27 (7%) | 4 (1%) |
| Muscle Spasms | 27 (7%) | 0 | 10 (3%) | 0 |
| Bone Pain | 19 (5%) | 3 (<1%) | 19 (5%) | 9 (2%) |
| Musculoskeletal Pain | 18 (5%) | 2 (<1%) | 20 (5%) | 3 (<1%) |
| Nervous System Disorders | | | | |
| Peripheral Neuropathy[8] | 50 (13%) | 3 (<1%) | 12 (3.2%) | 3 (<1%) |
| Dysgeusia | 41 (11%) | 0 | 15 (4%) | 0 |
| Dizziness | 30 (8%) | 0 | 21 (6%) | 2 (<1%) |
| Headache | 28 (8%) | 0 | 19 (5%) | 0 |
| Renal and Urinary Tract Disorders | | | | |
| Hematuria | 62 (17%) | 7 (2%) | 13 (4%) | 1 (<1%) |
| Dysuria | 25 (7%) | 0 | 5 (1%) | 0 |
| Respiratory, Thoracic and Mediastinal Disorders | | | | |
| Dyspnea | 43 (12%) | 4 (1%) | 16 (4%) | 2 (<1%) |
| Cough | 40 (11%) | 0 | 22 (6%) | 0 |
| Skin and Subcutaneous Tissue Disorders | | | | |
| Alopecia | 37 (10%) | 0 | 18 (5%) | 0 |

TABLE 3-continued

Incidence of Reported Adverse Reactions[1] and Hematologic Abnormalities in ≥5% of Patients Receiving cabazitaxel in Combination with Prednisone or Mitoxantrone in Combination with Prednisone

| | Cabazitaxel 25 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | | Mitoxantrone 12 mg/m² every 3 weeks with prednisone 10 mg daily n = 371 | |
|---|---|---|---|---|
| | Grade 1-4 n (%) | Grade 3-4 n (%) | Grade 1-4 n (%) | Grade 3-4 n (%) |
| Vascular Disorders | | | | |
| Hypotension | 20 (5%) | 2 (<1%) | 9 (2%) | 1 (<1%) |
| Median Duration of Treatment | 6 cycles | | 4 cycles | |

[1]Graded using NCI CTCAE version 3
[2]Based on laboratory values, cabazitaxel: n = 369, mitoxantrone: n = 370.
[3]Includes atrial fibrillation, atrial flutter, atrial tachycardia, atrioventricular block complete, bradycardia, palpitations, supraventricular tachycardia, tachyarrhythmia, and tachycardia.
[4]Includes abdominal discomfort, abdominal pain lower, abdominal pain upper, abdominal tenderness, and GI pain.
[5]Includes gastroesophageal reflux disease and reflux gastritis.
[6]Includes urinary tract infection enterococcal and urinary tract infection fungal.
[7]Includes bronchopneumonia, lobar pneumonia, and pneumonia *klebsiella*.
[8]Includes peripheral motor neuropathy and peripheral sensory neuropathy.

TABLE 4

Patient Characteristics

| | MP (n = 377) | CBZP (n = 378) |
|---|---|---|
| Age (years) | | |
| Median [range] | 67 [47-89] | 68 [46-92] |
| ≥65 (%) | 57.0 | 64.9 |
| ECOG PS (%) | | |
| 0, 1 | 91.2 | 92.6 |
| 2 | 8.8 | 7.4 |
| PSA* (ng/mL) | | |
| Median [range] | 127.5 [2-11220] | 143.9 [2-7842] |
| Measurability of disease (%) | | |
| Measurable | 54.1 | 53.2 |
| Non-measurable | 45.9 | 46.8 |
| Disease site (%) | | |
| Bone | 87.0 | 80.2 |
| Lymph node | 44.8 | 45.0 |
| Visceral | 24.9 | 24.9 |
| Pain at Baseline, no. (%) | 168 (44.6) | 174 (46.0) |
| Previous Therapy, no. (%) | | |
| Hormonal | 375 (99.5) | 375 (99.2) |
| No. of Chemotherapy Regimens | | |
| 1 | 268 (71.1) | 260 (68.8) |
| 2 | 79 (21.0) | 94 (24.9) |
| >2 | 30 (8.0) | 24 (6.3) |
| Radiation | 222 (58.9) | 232 (61.4) |
| Surgery | 205 (54.4) | 198 (52.4) |
| Biologic Agent | 36 (9.5) | 26 (6.9) |
| Previous docetaxel regimens, n (%) | | |
| 1 | 327 (86.7) | 316 (83.6) |
| 2 | 43 (11.4) | 53 (14.0) |
| >2 | 7 (1.9) | 9 (2.4) |
| Median total previous docetaxel dose (mg/m²) | 529.2 | 576.6 |

TABLE 4-continued

Patient Characteristics

| | MP (n = 377) | CBZP (n = 378) |
|---|---|---|
| Disease progression relative to docetaxel administration, n (%) | | |
| During treatment | 104 (27.6) | 115 (30.4) |
| <3 months from last dose | 181 (48.0) | 158 (41.8) |
| ≥3 months from last dose | 90 (23.9) | 102 (27.0) |
| Unknown | 2 (0.5) | 3 (0.8) |
| Median time from last docetaxel dose to disease progression (months) | 0.7 | 0.8 |

The primary reason for treatment discontinuation in both groups was disease progression (Table 5). The median delivered relative dose intensity was 96.1% in the cabazitaxel group and 97.3% in the mitoxantrone group. In the cabazitaxel group, >75% of patients received >90% of the planned dose intensity. Overall, 5.1% of mitoxantrone treatment courses were dose reduced compared with 9.8% of cabazitaxel treatment courses; 6.3 and 7% of all treatment courses were delayed by 9 days or less, and 1.6 and 2.3% of courses were delayed by more than 9 days for mitoxantrone and cabazitaxel respectively (See Table 5).

TABLE 5

Treatment Received and Reasons for Discontinuation in the Intention-to-Treat Population.*

| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
|---|---|---|
| Patients receiving study treatment, no. (%) | 371 (98.4) | 371 (98.1) |
| Patients completing planned ten cycles of study treatment, no. (%) | 46 (12.2) | 105 (27.8) |

Case: 18-1203 Document: 19 Page: 183 Filed: 03/15/2018

TABLE 5-continued

Treatment Received and Reasons for Discontinuation in the Intention-to-Treat Population.*

| | Mitoxantrone (N = 377) | Cabazitaxel (N = 378) |
|---|---|---|
| Discontinuation of study treatment, no. (%) | 325 (86.2) | 266 (70.4) |
| Reasons for discontinuation of study treatment, no. (%) | | |
| Disease progression | 267 (70.8) | 180 (47.6) |
| Adverse event | 32 (8.5) | 67 (17.7) |
| Non-compliance with protocol | 0 | 1 (0.3) |
| Lost to follow-up | 2 (0.5) | 0 |
| Patient's request | 17 (4.5) | 8 (2.1) |
| Other | 7 (1.9) | 10 (2.7) |
| No. of treatment cycles, median (range)† | 4 (1-10) | 6 (1-10) |
| Relative dose intensity, median % (range)† | 97.3 (42.5-106.0) | 96.1 (49.0-108.2) |
| Treatment delays, no. of cycles (%)‡ | | |
| ≤9 days | 110 (6.3) | 157 (7.0) |
| >9 days | 28 (1.6) | 51 (2.3) |
| Dose reductions, no. of cycles (%)‡ | 88 (5.1) | 221 (9.8) |

The results of this study are further illustrated to FIGS. **1**, **2**, and **3**.

## Example 2

Table 6 illustrates an example of a dosage modification for adverse reactions in patients treated with cabazitaxel

TABLE 6

| Toxicity | Dosage Modification |
|---|---|
| Prolonged grade ≥3 neutropenia (greater than 1 week) despite appropriate medication including G-CSF | Delay treatment until neutrophil count is >1,500 cells/mm$^3$, then reduce dosage of cabazitaxel to 20 mg/m$^2$. Use G-CSF for secondary prophylaxis. |
| Febrile neutropenia | Delay treatment until improvement or resolution, and until neutrophil count is >1,500 cells/mm$^3$, then reduce dosage of cabazitaxel to 20 mg/m$^2$. Use G-CSF for secondary prophylaxis. |
| Grade ≥3 diarrhea or persisting diarrhea despite appropriate medication, fluid and electrolytes replacement | Delay treatment until improvement or resolution, then reduce dosage of cabazitaxel to 20 mg/m$^2$. |

Discontinue cabazitaxel treatment if a patient continues to experience any of these reactions at 20 mg/m$^2$.

## Example 3

### Performance Status and Pain Scores During Treatment

Methods

ECOG PS, pain measures, and analgesic consumption were assessed prior to every treatment cycle and at the end of study treatment.

Pain assessments: Present Pain Intensity (PPI) scale from the McGill-Melzack questionnaire (Melzack R. Pain 1975; 1:277-99). Mean Analgesic Score (AS) derived from analgesic consumption (in morphine equivalents) was calculated for the one-week period prior to each evaluation. Area under the curve (AUC) of PPI and AS was calculated by the trapezoid formula. Cumulative AUC of PPI and AS was calculated up to the last cycle of data available for each patient. Average AUC of the treatment groups was compared from Cycle 1 to Cycle 10.

Results

Performance status remained stable in most patients during the treatment period and was similar between groups. See FIG. **4**.

Overall, PPI scores were comparable; improving from baseline in 21.3% of men in the CbzP group and 18.2% in the MP group. See FIG. **5**.

The CbzP group had a lower mean area under the curve (AUC) of PPI, suggesting less severe pain especially during cycles 7-10. See FIG. **6**.

Analgesic use was comparable between the groups (lower mean AUC of AS means lower pain medication use). See FIG. **7**.

Conclusion

Despite longer treatment with CbzP no worsening in ECOG PS was seen.

Present Pain Intensity score improved in 21% of men in CbzP vs. 18% in MP arm. Assessment of pain scores suggested less severe pain in the CbzP group during treatment.

Pain medication use was similar between groups.

## Example 4

A population pharmacokinetic analysis was conducted in 170 patients with solid tumors at doses ranging from 10 to 30 mg/m$^2$ weekly or every 3 weeks.

Based on the population pharmacokinetic analysis, after an intravenous dose of cabazitaxel 25 mg/m$^2$ every 3 weeks, the mean $C_{max}$ in patients with metastatic prostate cancer was 226 ng/mL (CV 107%) and was reached at the end of the 1-hour infusion ($T_{max}$). The mean AUC in patients with metastatic prostate cancer was 991 ng·h/mL (CV 34%). No major deviation from the dose proportionality was observed from 10 to 30 mg/m$^2$ in patients with advanced solid tumors. The volume of distribution (Vss) was 4,864 L (2,643 L/m$^2$ for a patient with a median BSA of 1.84 m$^2$) at steady state.

Based on the population pharmacokinetic analysis, cabazitaxel has a plasma clearance of 48.5 L/h (CV 39%; 26.4 Uh/m$^2$ for a patient with a median BSA of 1.84 m$^2$) in patients with metastatic prostate cancer. Following a 1-hour intravenous infusion, plasma concentrations of cabazitaxel can be described by a 3-compartment PK model with α-, β-, and γ-half-lives of 4 minutes, 2 hours, and 95 hours, respectively.

What is claimed is:

**1**. A method for treating a patient with prostate cancer that has progressed during or after treatment with docetaxel, comprising administering to said patient a dose of 20 to 25 mg/m$^2$ of cabazitaxel, or a hydrate or solvate thereof, in combination with a corticoid.

**2**. The method according to claim **1**, where the prostate cancer is an advanced metastatic disease.

**3**. The method according to claim **1**, where the cabazitaxel is in the form of an acetone solvate.

**4**. The method according to claim **3**, in which the acetone solvate contains between 5% and 8% by weight of acetone.

**5**. The method according to claim **1**, comprising repeating the administration of cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

**6**. The method according to claim **1**, wherein the cabazitaxel is in base form.

**7**. The method according to claim **1**, wherein said cabazitaxel, or hydrate or solvate thereof, is administered in an amount to provide an AUC of about 991 ng·h/mL (CV 34%).

**8**. The method according to claim **1**, wherein said cabazitaxel, or hydrate or solvate thereof, is administered in an amount to provide an $C_{max}$ of about 226 ng·h/mL (CV 107%).

**9**. The method according to claim **1** wherein said cabazitaxel, or hydrate or solvate thereof, is administered in an amount to provide a plasma clearance of 48.5 L/h (CV 39%).

**10**. The method according to claim **1**, further comprising monitoring blood counts and measuring neutrophil levels in the patient.

**11**. The method according to claim **10**, further comprising discontinuing cabazitaxel treatment in a patient with a neutrophil count of ≤1,500 cells/$mm^3$.

**12**. The method according to claim **1**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/$m^2$.

**13**. The method according to claim **1**, wherein the corticoid is selected from the group consisting of prednisone and prednisolone.

**14**. The method according to claim **13**, where the prednisone or prednisolone is administered at a dose of 10 mg/day.

**15**. The method according to claim **14**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/$m^2$.

**16**. The method according to claim **14**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/$m^2$.

**17**. The method according to claim **1**, where the prostate cancer is a castration resistant or hormone-refractory prostate cancer.

**18**. The method according to claim **17**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/$m^2$.

**19**. The method according to claim **17**, comprising repeating the administration of said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

**20**. The method according to claim **1**, wherein the prostate cancer is a castration resistant or hormone-refractory, metastatic prostate cancer.

**21**. The method according to claim **20**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/$m^2$.

**22**. The method according to claim **20**, where cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/$m^2$.

**23**. The method according to claim **20**, comprising repeating the administration of said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

**24**. The method according to claim **1**, wherein the prostate cancer is a castration resistant or hormone-refractory, metastatic prostate cancer, and wherein the corticoid is selected from the group consisting of prednisone and prednisolone, and wherein the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/$m^2$.

**25**. The method according to claim **24**, comprising repeating the administration of said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

**26**. The method according to claim **1**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/$m^2$.

**27**. A method of increasing the survival of a patient with a castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel, comprising administering a dose of 20 to 25 mg/$m^2$ of cabazitaxel, or hydrate or solvate thereof, to the patient in combination with prednisone or prednisolone.

**28**. The method according to claim **27**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 25 mg/$m^2$.

**29**. The method according to claim **27**, comprising repeating the administration of said cabazitaxel, or hydrate or solvate thereof, as a new cycle every 3 weeks.

**30**. The method according to claim **27**, where the cabazitaxel, or hydrate or solvate thereof, is administered at a dose of 20 mg/$m^2$.

* * * * *

**PROOF OF SERVICE**

The undersigned counsel for Appellant certifies that, on March 15, 2018, the **BRIEF FOR APPELLANT** was caused to be filed via CM/ECF with:

Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

The undersigned also certifies that, on March 15, 2018, a true and correct copy of the **BRIEF FOR APPELLANT** was caused to be served on counsel of record via CM/ECF and electronic mail.

Dated: March 15, 2018

*/s/ William E. Solander*
WILLIAM E. SOLANDER
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

*Attorney for Appellant*

Case: 18-1203 Document: 19 Page: 186 Filed: 03/15/2018

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME, TYPE-FACE, AND TYPE-STYLE REQUIREMENTS**

The undersigned counsel for Appellant hereby certifies that this brief by Appellant complies with the type-volume limitation of Fed. Cir. Rule 32(a). This brief contains 13,918 words, excluding portions exempted by Fed. R. App. P. 32(f) and Fed. Cir. Rule 32(b). The undersigned counsel also certifies that this brief complies with the type-face requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6). The brief was prepared in Microsoft Word 2010 using a proportional 14-point Times New Roman type-face.

Dated: March 15, 2018

*/s/ William E. Solander*

WILLIAM E. SOLANDER
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

*Attorney for Appellant*

# EXHIBIT MM

**2018-1203**

# United States Court of Appeals for the Federal Circuit

AVENTIS PHARMA S.A.,

*Appellant,*

– v. –

MYLAN LABORATORIES LIMITED,

*Appellee.*

*On Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Inter Partes Review No. IPR2016-00712*

## REPLY BRIEF FOR APPELLANT

WILLIAM E. SOLANDER
DANIEL J. MINION
DOMINICK A. CONDE
WHITNEY L. MEIER
KATHERINE E. ADAMS
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

*Counsel for Appellant*

MAY 18, 2018

**CERTIFICATE OF INTEREST**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Aventis Pharma S.A., *Appellant* *v.* Mylan Laboratories Limited, *Appellee*

Case No. 2018-1203

Counsel for Appellant Aventis Pharma S.A. certifies the following:

1. The full name of the party represented by me is:

Aventis Pharma S.A.

2. The name of the real party in interest (only including any real party in interest not identified in Question 3) represented by me is:

Aventis Pharma S.A.

Sanofi-Aventis U.S. LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

sanofi-aventis Amérique du Nord

Aventis, Inc.

Sanofi

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Jason A. Leonard, Fitzpatrick, Cella, Harper & Scinto
Joshua I. Rothman, Fitzpatrick, Cella, Harper & Scinto

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. *See* Fed. Cir. R. 47.4(a)(5) and 47.5(b).

*Sanofi-Aventis U.S. LLC et al. v. Fresenius Kabi USA, LLC et al.,* Case Nos. 18-1804, -1808, -1809; *Sanofi-Aventis U.S. LLC et al. v. Fresenius Kabi USA, LLC*, Consolidated C.A. No. 14-07869 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Mylan Laboratories Limited*, C.A. No. 15-03392 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Fresenius Kabi USA, LLC*, C.A. No. 15-02631 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Accord Healthcare, Inc.*, C.A. No. 15-02520 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. BPI Labs, LLC et al.*, C.A. No. 15-02521 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Apotex Corp. et al.*, C.A. No. 15-01835 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Breckenridge Pharmaceutical, Inc.*, C.A. No. 15-01836 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Actavis LLC et al.*, C.A. No. 15-03107 (MAS)(LHG); *Sanofi-Aventis U.S. LLC et al. v. Dr. Reddy's Laboratories, Inc. et al.*, C.A. No. 15-02522 (MAS)(LHG); and *Sanofi-Aventis U.S. LLC et al. v. Glenmark Pharmaceuticals, Inc., USA et al.*, C.A. No. 15-02523 (MAS)(LHG)

/s/ William E. Solander
Signature of counsel

Date: May 18, 2018

William E. Solander
Printed name of counsel

Cc: Opposing Counsel of Record

# TABLE OF CONTENTS

CERTIFICATE OF INTEREST ........ i

TABLE OF AUTHORITIES ........ iv

TABLE OF ABBREVIATIONS ........ vii

I. INTRODUCTION ........ 1

II. THE PREAMBLE LIMITS THE PROPOSED CLAIMS ........ 3

A. Federal Circuit Precedent Compels a Limiting Construction ........ 3

B. The Prosecution History Supports a Limiting Construction ........ 7

C. Aventis Clearly Disavowed Claim Scope ........ 10

D. A Limiting Preamble Is Consistent with the Specification ........ 11

III. CLAIMS 31-34 HAVE AN INTENT ELEMENT, AND "INCREASING SURVIVAL" IS NOT REDUNDANT ........ 12

IV. THE PRIOR ART DID NOT PROVIDE A REASONABLE EXPECTATION OF INCREASED SURVIVAL USING THE CLAIMED METHODS ........ 16

V. THE BOARD'S FINDING THAT A POSA WOULD HAVE BEEN MOTIVATED TO USE THE CLAIMED PREMEDICATION REGIMEN WITH CABAZITAXEL IS NOT SUPPORTED BY SUBSTANTIAL EVIDENCE ........ 19

VI. AVENTIS IS ENTITLED TO THE BENEFIT OF *AQUA PRODUCTS* ........ 27

CONCLUSION ........ 29

PROOF OF SERVICE ........ 31

CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME, TYPE-FACE, AND TYPE-STYLE REQUIREMENTS ........ 32

**TABLE OF AUTHORITIES**

**Cases**

*Aspex Eyewear, Inc. v. Marchon Eyewear, Inc.*,
672 F.3d 1335 (Fed. Cir. 2012) ....................6

*Aylus Networks, Inc. v. Apple Inc.*,
856 F.3d 1353 (Fed. Cir. 2017) ....................9

*Bass Pro Trademarks, LLC v. Cabela's, Inc.*,
485 F.3d 1364 (Fed. Cir. 2007) ....................10

*Bosch Auto Serv. Solutions, LLC v. Matal*,
878 F.3d 1027 (Fed. Cir. 2017) ....................29

*Bristol-Myers Squibb Co. v. Ben Venue Labs., Inc.*,
246 F.3d 1368 (Fed. Cir. 2001) ....................5, 7

*Fenner Invs., Ltd. v. Cellco P'ship*,
778 F.3d 1320 (Fed. Cir. 2015) ....................9

*GlaxoSmithKline LLC v. Glenmark Pharms., Inc.*,
No. 14-877-LPS-CJB, 2017 U.S. Dist. LEXIS 22903 (D. Del. Feb. 17, 2017) ....................14

*In re Cruciferous Sprout Litig.*,
301 F.3d 1343 (Fed. Cir. 2002) ....................6

*In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*,
676 F.3d 1063 (Fed. Cir. 2012) ....................15

*In re Lockwood*,
679 F. App'x 1021 (Fed. Cir. Feb. 13, 2017) .................... 10, 11

*In re Magnum Oil Tools Int'l, Ltd.*,
829 F.3d 1364 (Fed. Cir. 2016) ....................27

*Jansen v. Rexall Sundown, Inc.*,
342 F.3d 1329 (Fed. Cir. 2003) .................... passim

*Pacing Techs., LLC v. Garmin Int'l, Inc.*,
778 F.3d 1021 (Fed. Cir. 2015) ....................................................................3

*Palmetto Pharms., LLC v. AstraZeneca Pharms., LP*,
671 F. App'x 788 (Fed. Cir. Dec. 9, 2016) ..................................................14

*Palmetto Pharms., LLC v. AstraZeneca Pharms., LP*,
No. 2:11-807-SB, 2015 U.S. Dist. LEXIS 161710
(D.S.C. Nov. 30, 2015) ..........................................................................14

*PersonalWeb Techs., LLC v. Apple Inc.*,
848 F.3d 987 (Fed. Cir. 2017) ........................................................... 20, 25

*Pfizer Inc. v. Teva Pharms. USA, Inc.*,
803 F. Supp. 2d 397 (E.D. Va. 2011) ..........................................................14

*Pitney Bowes, Inc. v. Hewlett-Packard Co.*,
182 F.3d 1298 (Fed. Cir. 1999) ....................................................................3

*Proveris Sci. Corp. v. Innovasystems, Inc.*,
739 F.3d 1367 (Fed. Cir. 2014) ....................................................................3

*Rapoport v. Dement*,
254 F.3d 1053 (Fed. Cir. 2001) ................................................................3, 4

*Sanofi v. Glenmark Pharms. Inc.*,
2015 U.S. Dist. LEXIS 114406 (D. Del. Aug. 28, 2015)....................... 14, 16

*Sanofi v. Glenmark Pharms. Inc.*,
204 F. Supp. 3d 665 (D. Del. 2016) ............................................................18

*Sanofi v. Watson Labs. Inc.*,
875 F.3d 636 (Fed. Cir. 2017) ..................................................... 14, 15, 16

*Schering Corp. v. Glenmark Pharms., Inc.*,
No. 07-1334, 2008 U.S. Dist. LEXIS 69880 (D. N.J.
Sept. 16, 2008)..............................................................................................14

*Takeda Pharm. Co. v. Actavis Labs. FL, Inc.*,
No. 15-451-RGA, 2016 U.S. Dist. LEXIS 73121 (D. Del.
Jun. 6, 2016) ...........................................................................................5, 6

*Tempo Lighting, Inc. v. Tivoli, LLC*,
742 F.3d 973 (Fed. Cir. 2014) .............................................................. 10, 11

*TomTom, Inc. v. Adolph*,
790 F.3d 1315 (Fed. Cir. 2015) ..........................................................................3

*Westlake Servs., LLC v. Credit Acceptance Corp.*,
CBM2014-00008, Paper 40 (P.T.A.B. July 1, 2014) ....................................28

*Wyeth v. Mylan Pharms., Inc.*,
No. 1:07CV91, 2009 U.S. Dist. LEXIS 43800 (N.D.W. Va. May 22, 2009) ...........................................................................................14

**Statutes**

35 U.S.C. § 112 ............................................................................................ 7, 11, 12

35 U.S.C. § 141 ......................................................................................................27

**Regulations**

37 C.F.R. § 42.71 ....................................................................................................28

## TABLE OF ABBREVIATIONS

**Parties:**

| | |
|---|---|
| Mylan | Mylan Laboratories Limited ("Petitioner" in IPR2016-00712) |
| Aventis | Aventis Pharma S.A. ("Patent Owner" in IPR2016-00712) |

**Citations:**

| | |
|---|---|
| Appx____ | Joint Appendix at page(s) __ |

**Terms:**

| | |
|---|---|
| Board | Patent Trial and Appeal Board |
| DRmCRPC | docetaxel-resistant metastatic castration-resistant prostate cancer |
| FDA | United States Food and Drug Administration |
| HSR | hypersensitivity reaction |
| IPR | *inter partes* review |
| POSA | person of ordinary skill in the art |

**References**

| | |
|---|---|
| '592 Patent | U.S. Patent No. 8,927,592 B2 (Appx182-202) |
| Hudis | Clifford Hudis *et al.*, *Phase II and Pharmacologic Study of Docetaxel as Initial Chemotherapy for Metastatic Breast Cancer*, JOURNAL OF CLINICAL ONCOLOGY 14(1), 58-65 (Jan. 1996) (Appx5625-5632) |
| Mita | Alain C. Mita *et al.*, *Phase I and Pharmacokinetic Study of XRP6258 (RPR116258A), a Novel Taxane, Administered as a 1-Hour Infusion Every 3 Weeks in Patients with Advanced Solid Tumors*, CLINICAL CANCER RESEARCH 15(2), 723-730 (Jan. 15, 2009) (Appx4224-4231) |
| Opp. | Mylan's Response Brief, filed April 24, 2018 in 18-1203 |
| PBr. | Aventis's Principal Brief, filed March 15, 2018 in 18-1203 |
| Pivot | X. Pivot *et al.*, *A Multicenter Phase II Study of XRP6258 Administered as a 1-H I.V. Infusion Every 3 Weeks in Taxane-* |

| | |
|---|---|
| | *Resistant Metastatic Breast Cancer Patients*, ANNALS OF ONCOLOGY, 19, 1547–1552 (Apr. 23, 2008) (Appx4214-4219) |
| Takenaka | Atsushi Takenaka *et al.*, *Combination Chemotherapy with Weekly Docetaxel and Estramustine for Hormone Refractory Prostate Cancer in Japanese Patients*, INTERNATIONAL JOURNAL OF UROLOGY, 15, 106-109 (2008) (Appx5614-5617) |
| Tannock | Ian F. Tannock *et al.*, *Docetaxel Plus Prednisone or Mitoxantrone Plus Prednisone for Advanced Prostate Cancer*, NEW ENGLAND JOURNAL OF MEDICINE, 351(15), 1502-12 (Oct. 2004) (Appx4232-4242) |
| TROPIC Listing | Sanofi-Aventis, *XRP6258 Plus Prednisone Compared to Mitoxantrone Plus Prednisone in Hormone Refractory Metastatic Prostate Cancer (TROPIC)*, CLINICALTRIALS.GOV (Oct. 23, 2008) (Appx4203-4205) |
| Trudeau | Maureen Trudeau *et al.*, *Docetaxel in Patients with Metastatic Breast Cancer: A Phase II Study of the National Cancer Institute of Canada-Clinical Trials Group*, JOURNAL OF CLINICAL ONCOLOGY, 14(2), 422-428 (Feb. 1996) (Appx5618-5624) |
| Winquist | Eric Winquist *et al.*, *Open Clinical Uro-Oncology Trials in Canada*, THE CANADIAN JOURNAL OF UROLOGY, 15(1), 3942–49 (Feb. 2008) (Appx4206-4213) |

## I. INTRODUCTION

Mylan's argument for reading the preamble out of proposed claims 31-34 is inconsistent with long-standing precedent of this Court and is based on a flawed analogy to the *Bristol-Myers* case. Given Aventis's amendment to the body of original claim 27 to add "to a patient in need thereof," the preamble language "a method of increasing survival" is necessary to give life and meaning to this added limitation. Thus, under binding precedent explained in Aventis's principal brief and below, that preamble language is limiting.

Mylan makes much of the fact that the original claims were amended during prosecution to remove the terms "effective amount" and "clinically proven effective amount." However, the prosecution history reveals that the claims at issue were narrowed to specify "effective" or "clinically proven effective" cabazitaxel doses, not to preclude any limitation relating to therapeutic efficacy. Moreover, Aventis has now amended original claim 27 to specifically incorporate "increasing survival" as a limitation, and has clearly disclaimed any claim scope that would cover administration of the claimed cabazitaxel regimen without the intention of prolonging life. This disclaimer read in conjunction with the entire prosecution history of the '592 patent further confirms that "increasing survival" is a limitation of proposed claims 31-34.

Under the proper claim construction, there is little dispute that the claims were not obvious. Mylan's expert admitted that the TROPIC study was performed to determine ultimately whether cabazitaxel and prednisone increased survival over the standard of care, and that a POSA would have merely "hoped" at the time that the TROPIC study would be successful. And significantly, the Board also found that the TROPIC study results were unexpected, wholly undermining any expectation of success. As to claim 34, Mylan's expert testified that a POSA at the time would not have even thought of administering a dose of 20 $mg/m^2$ to a patient with DRmCRPC, let alone would that POSA have had a reasonable expectation that such a dose would prolong patients' lives.

Mylan's argument that the premedication limitations of the proposed claims were obvious rests largely on Mylan's mischaracterizations of expert testimony, its unsupported conclusions about the prior art, and incorrect legal theories. Mylan fails to even address several of Aventis's contentions as to why the Board's decision is not supported by substantial evidence, and accordingly, is unable to provide evidence demonstrating that a POSA would have been motivated to employ the claimed premedication regimen. Thus, the Board's decision should either be reversed or remanded for further proceedings applying the correct burden of proof under *Aqua Products*.

## II. THE PREAMBLE LIMITS THE PROPOSED CLAIMS

### A. Federal Circuit Precedent Compels a Limiting Construction

As Mylan concedes, the Board "correctly" held that the language "a patient in need thereof" in the body of claim 31 "has an antecedent basis in 'a method of increasing survival.'" Opp. at 29. This Court has routinely found preamble language in such circumstances limiting. *See Pacing Techs., LLC v. Garmin Int'l, Inc.*, 778 F.3d 1021, 1024 (Fed. Cir. 2015); *Proveris Sci. Corp. v. Innovasystems, Inc.*, 739 F.3d 1367, 1372-73 (Fed. Cir. 2014); *Rapoport v. Dement*, 254 F.3d 1053, 1059 (Fed. Cir. 2001); *Pitney Bowes, Inc. v. Hewlett-Packard Co.*, 182 F.3d 1298, 1305-06 (Fed. Cir. 1999).

Mylan attempts to avoid this binding precedent, citing *TomTom, Inc. v. Adolph* for the proposition that a preamble that provides antecedent basis does not "necessarily . . . give[ ] 'life and meaning to the claim.'" Opp. at 35. But in *TomTom*, this Court split the preamble into two parts, finding limiting preamble language that provided antecedent basis for language in the body of the claim. *TomTom, Inc. v. Adolph*, 790 F.3d 1315, 1322-24 (Fed. Cir. 2015). The non-limiting preamble language, on the other hand, was not needed to provide antecedent basis. *Id.* Because it is undisputed here that "increasing survival" provides a necessary antecedent basis for "to a patient in need thereof," the former language limits proposed claims 31-34.

Moreover, both this Court and lower courts have repeatedly held that where a method claim preamble sets forth the objective and the claim body recites that the method be performed on a patient "in need," the preamble is more than "merely a statement of effect that may or may not be desired or appreciated." *Jansen v. Rexall Sundown, Inc*., 342 F.3d 1329, 1333 (Fed. Cir. 2003); *see also Rapoport*, 254 F.3d at 1059, 1061; PBr. at 36 (collecting cases). Instead "it is a statement of the intentional purpose for which the method must be performed" and limits the claims. *Jansen*, 342 F.3d at 1333. Mylan cannot distinguish this line of cases.

Here, like in *Jansen*, Aventis amended the claims to add "to a patient in need thereof" and changed the preamble language such that "increasing survival" was necessary to give life and meaning to the claim. *Id.* at 1330-31, 1333-34 (noting that amendments to change the preamble and to add "in need thereof" were made at same time). Also like *Jansen*, the amendments here are important to patentability of the claims. *Id.* at 1333-34. While Mylan insists that *Jansen* concerned defining the anemia disease condition of patients (Opp. at 36-37), this Court's analysis was not so limited:

> We need not decide whether we would reach the same conclusion if either of the "treating or preventing" phrase or the "to a human in need thereof" phrase was not a part of the claim; together, however, they compel the [limiting] claim construction arrived at by both the district court and this court.

*Id.* at 1333.[1] Thus, in *Jansen*, it was the combination of the "treating or preventing" preamble language and the "to a human in need thereof" phrase in the body of the claim that compelled the conclusion that the preamble was a limiting statement of "intentional purpose," not a definition of the type of anemia involved. *Id.* Therefore, here, following *Jansen*, "increasing survival" and "a patient in need thereof" should be construed to require that claims 31-34 be performed with the intent of increasing survival, *i.e.*, to prolong life as compared to no treatment or palliative treatment.

Mylan's attempts to analogize the present case to *Bristol-Myers* fail. In *Bristol-Myers*, the claims did not contain the key "in need" language, and the preamble language was not necessary to provide antecedent basis. *Bristol-Myers Squibb Co. v. Ben Venue Labs., Inc.*, 246 F.3d 1368, 1371-72 (Fed. Cir. 2001). In fact, Mylan cites only one case concerning a preamble to a claimed method of administering a drug to someone "in need"—the readily distinguishable lower court decision in *Takeda Pharm. Co. v. Actavis Labs. FL, Inc.*, No. 15-451-RGA, 2016 U.S. Dist. LEXIS 73121 (D. Del. Jun. 6, 2016). In *Takeda*, the parties disputed whether the preamble language "having reduced adverse effects" was limiting, but did not dispute (and the court therefore did not address) whether the

[1] Mylan asserts incorrectly that *Jansen* "depended" on the principle that claims must be construed to preserve validity. Opp. at 37. The holding in *Jansen* was based largely on the *Rapoport* interference appeal in which that claim construction principle was not applicable. 342 F.3d at 1333.

intended purpose of the method set forth in the preamble, "a method of treating overweight or obesity," in conjunction with the phrase "to a person in need thereof" in the body of the claim, limited the claims. *Id.* at *19-31.[2]

Despite abundant precedent to the contrary, Mylan also argues that the preamble here is non-limiting because it does not alter the practice of the claimed methods. Opp. at 29-32. But there is no single test for whether a preamble limits claim scope, not even the manipulative difference analysis extolled by Mylan (Opp. at 30). *See, e.g.*, *In re Cruciferous Sprout Litig.*, 301 F.3d 1343, 1347 (Fed. Cir. 2002) (no "litmus test" for when a preamble is found limiting). Further, when construed in accordance with the controlling *Jansen* line of cases, the claim 31 preamble directly impacts how the method steps are performed. That is, a physician administering cabazitaxel, premedication, and prednisone according to claim 31 to shrink a tumor, stabilize disease, or to reduce pain, but without the intention of prolonging life, is not practicing the claimed method. *See Jansen*, 342 F.3d at 1334 ("[A]dministering the claimed [drugs] for some purpose other than [increasing survival] is not practicing the claimed method."). Because a high proportion of men with DRmCRPC are elderly and this disease is known to cause

[2] *Aspex Eyewear* is also distinguishable. In *Aspex Eyewear*, the preamble term "eyeglass device" was defined in the specification as requiring both auxiliary and primary frames; therefore, the preamble could not be construed as a limitation for claims directed specifically to primary frames or auxiliary frames. *Aspex Eyewear, Inc. v. Marchon Eyewear, Inc.*, 672 F.3d 1335, 1347-48 (Fed. Cir. 2012).

substantial bone metastases and pain, the goal for physicians may simply be to reduce symptoms in certain patients, rather than to prolong life. Appx10402 (431:4-17), Appx11493, Appx11501, Appx14941-14942, Appx15007, Appx15085-15086 (17:17-18:16), Appx15824. Indeed, other chemotherapies, such as mitoxantrone, were used for purely palliative purposes. Appx49 (n.16), Appx4457-4458, Appx14942-14943. Thus, Mylan's assertion that the preamble is not limiting because it does not alter claim steps is incorrect. And its cited cases for that point, including *Bristol-Myers*, are distinguishable. The Board, therefore, legally erred in relying on *Bristol-Myers* instead of *Jansen*.

### B.   The Prosecution History Supports a Limiting Construction

At the time original claim 1 was amended to recite administering "an effective amount" of cabazitaxel, dependent claim 8 recited a 15-25 mg/m$^2$ cabazitaxel dose. Appx1994-1995, Appx1997. Because dependent claims include the limitations of the claims from which they depend, it is clear that Aventis considered at least 15-25 mg/m$^2$ to be an "effective amount" of cabazitaxel, which the specification defines as an amount "that produces an effect on the cancer to be treated." 35 U.S.C. § 112 ¶4 (pre-AIA); Appx194 (3:65-7). The specification further states that "[i]n some embodiments, the effective amount of cabazitaxel produces at least one therapeutic effect selected from the group consisting of increase in overall survival, partial response, reduction in tumor size, reduction in

metastasis, complete remission, partial remission, stable disease, or complete response." Appx194 (3:22-27). Also, original claim 27 (initially presented as claim 24) specified the particular therapeutic effect of "increasing survival" by administering "a clinically proven effective amount" of cabazitaxel. Appx1996. Ultimately, after an interview with the examiner, Aventis narrowed the claims to overcome anticipation and obviousness rejections by including a particular dose range of cabazitaxel (20-25 $mg/m^2$) that was not disclosed in the alleged anticipatory reference and that had been shown for the first time to surprisingly increase survival of DRmCRPC patients. Appx1857-1859.

Mylan asserts that by narrowing the claims to insert a particular dose range in place of "effective amount" and "clinically proven effective amount," Aventis broadened the claims to cover methods that are practiced without regard to their effect on the patient. Opp. at 21, 27-28; Appx15-16. Mylan cites no case to support this position, which is inconsistent with (1) the narrowing nature of the amendment that was made, (2) the fact that 20-25 $mg/m^2$ of cabazitaxel had already been described as an "effective amount," and (3) the remainder of the prosecution history. Aventis argued in every office action response that the prior art failed to indicate that cabazitaxel would successfully treat prostate cancer, and pointed to the statistically significant overall survival benefit demonstrated in Example 1 of the '592 patent. Appx1860-1861, Appx1999, Appx3727. Indeed,

the examiner allowed the original claims because it was "surprising and unexpected" that the claimed combination would be "clinically effective in the treatment of prostate cancer that has progressed during or after treatment with docetaxel," and because Aventis demonstrated that early clinical results such as those disclosed in Mita "failed to predict whether therapies would ultimately provide a clinically meaningful benefit." Appx1735. The Board agreed that Aventis had relied on therapeutic efficacy during prosecution to overcome prior art. Appx396.

Moreover, even assuming the Board's analysis of the original claims was correct, that analysis does not control the proposed substitute claims with *different language*. As explained in its principal brief, Aventis expressly amended the preamble to include "increasing survival" to overcome prior art. PBr. at 36-38. The cumulative prosecution history of the '592 patent, including Aventis's disclaimer in its motion to amend, indicates that increasing survival has been of paramount importance to Aventis and to patentability, and the public would ordinarily be entitled to rely on that record to understand the claims. *See Aylus Networks, Inc. v. Apple Inc.*, 856 F.3d 1353, 1359-1362 (Fed. Cir. 2017) (finding statements by patent owner during an IPR supported a finding of prosecution disclaimer); *Fenner Invs., Ltd. v. Cellco P'ship*, 778 F.3d 1320, 1324 (Fed. Cir. 2015) (noting the interested public has the right to rely on limiting prosecution

statements); *Bass Pro Trademarks, LLC v. Cabela's, Inc.*, 485 F.3d 1364, 1369 (Fed. Cir. 2007) (preamble found limiting where relied on during prosecution).

### C. Aventis Clearly Disavowed Claim Scope

Mylan asserts in error that Aventis's clear disavowal of claim scope and narrowing amendment (explained above) are ineffectual because they occurred during the IPR proceeding instead of during earlier prosecution. Opp. at 39-40. Neither case Mylan cites for that purported proposition is controlling since neither involved the circumstances here, namely, where amendments were proposed in an IPR contingent motion to amend specifically to overcome art ***if*** the original claims were found invalid. *In re Lockwood*, 679 F. App'x 1021 (Fed. Cir. Feb. 13, 2017); *Tempo Lighting, Inc. v. Tivoli, LLC*, 742 F.3d 973 (Fed. Cir. 2014). In *Lockwood*, the patentee tried to limit—through argument, not amendment—"stored data" in certain original claims to remotely stored data. But other claims expressly required the data to be remotely stored, the specification included examples of remote and non-remote stored data, and there was no clear and unmistakable prosecution disclaimer. *In re Lockwood*, 679 F. App'x at 1026-27. Here, in contrast, "increasing survival" does not appear in any claims of the '592 patent other than original claim 27, Aventis's construction is consistent with the specification (*infra* at II.D.), and Aventis has unmistakably disavowed claim scope. The *Lockwood* court simply observed that a narrower construction advanced during reexamination

of the original claims was not binding. 679 F. App'x at 1027. That observation does not prevent Aventis from disclaiming scope in newly drafted claims, and the Board committed legal error by ignoring Aventis's clear reliance on the preamble to limit the scope of the proposed claims.[3]

### D. <u>A Limiting Preamble Is Consistent with the Specification</u>

According to Mylan, a limiting construction of the preamble of claim 31 in accordance with *Jansen* would improperly read limitations from the specification into the claims and would violate 35 U.S.C. § 112. Opp. at 30, 34, 40. Mylan is incorrect.

First, applying *Jansen*, Aventis's construction does not improperly read limitations into the claims. Mylan asserts that by selecting "increasing survival" to limit the claims, Aventis improperly excludes other embodiments described in the specification. Opp. at 34, 40. While the expressly recited "increasing survival" is one of several possible therapeutic effects described in the specification (Appx194 (3:22-27)), there is nothing improper about drafting claims which are narrower than the subject matter disclosed in the specification. Mylan cites no legal authority to the contrary.

---

[3] As explained in Aventis's principal brief (at 37-38), *Tempo Lighting* is also distinguishable. Moreover, the language Mylan relies on from *Tempo Lighting* is dicta. This Court found that there had been sufficiently clear definition of the term during prosecution by the applicant, and thus adopted the prosecution definition. 742 F.3d at 977-78.

Second, Aventis's construction does not violate 35 U.S.C. § 112.  Again citing no legal authority, Mylan alleges "several Section 112 problems" with Aventis's construction, and repeats arguments made during the IPR that the Board correctly did not credit.  Opp. at 34-35.  Mylan focuses on whether a POSA could determine prospectively whether a particular patient would in fact live longer after receiving cabazitaxel.  *Id.*  But Aventis's construction simply requires administering the cabazitaxel regimen with the intent to prolong life and does not require knowledge of whether the life of any particular patient will be prolonged. Regardless, Example 1 of the '592 patent shows that statistically, DRmCRPC patients lived longer because they received 20-25 mg/m$^2$ of cabazitaxel in combination with prednisone as compared to palliative mitoxantrone therapy, and therefore that this regimen increases the life expectancy of patients described in the study.   Appx197-201  (10:30-17:33),  Appx15124-15125  (56:24-57:2),  Appx 15131-15133  (63:5-65:12),  Appx16376-16377,  Appx16286-16287  (85:18-86:7). Moreover, Mylan's expert conceded that a POSA can reasonably conclude whether cabazitaxel administration has prolonged patient life.  Appx15136-15137 (68:9-69:12).  Thus, Aventis's construction presents no "Section 112 problems."

## III.   CLAIMS 31-34 HAVE AN INTENT ELEMENT, AND "INCREASING SURVIVAL" IS NOT REDUNDANT

Assuming the preamble of the proposed claims is limiting, Mylan argues that "increasing survival" means "administering the claimed drug, at the claimed

amount . . . to the claimed patient, who was known to have [DRmCRPC]" because such a patient was known to be "in need of increasing survival."   Opp. at 25-26, *see also* Opp. at 39; Appx72-73 ("[A] patient in need of increased survival, i.e., a [DRmCRPC] patient, [is] the type of terminally-ill patient already defined in the body of the claim.").   Mylan's argument ignores that patients having DRmCRPC are in need not only of therapies to extend their lives, but also of therapies to improve quality of life.   Indeed, physicians often administer chemotherapies with the intent of alleviating symptoms (e.g., pain) or shrinking tumor size without any intention of actually prolonging the patient's life.   *Supra*, Section II.A.   But, the claims here require more than an intent to provide a palliative benefit; they must be practiced with the intent to "increase survival," which intent must be shown to prove infringement or obviousness.   Mylan and the Board's construction, however, eliminates the "increasing survival" claim language, and would improperly absolve the parties, respectively, from proving infringement or obviousness of that claim element.

Mylan argues that *Jansen* does not require "some other vague intentionality requirement."   Opp. at 37.   To the contrary, *Jansen* held: "The preamble is therefore not merely a statement of effect that may or may not be desired or appreciated.   Rather, it is a statement of the intentional purpose for which the method must be performed."   342 F.3d at 1333.   Indeed, *Jansen* characterized this

Court's *Rapaport* decision as requiring practice of the claimed method "with the intent to achieve the objective stated in the preamble." *Id.* The *Jansen* Court also rejected arguments similar to Mylan's contention that it is improper to add an intent element to the claims. *Id.* at 1332. Indeed, several other courts have also recognized that the "in need" language of claim 31 incorporates an intent requirement. *See, e.g.*, *GlaxoSmithKline LLC v. Glenmark Pharms., Inc.*, No. 14-877-LPS-CJB, 2017 U.S. Dist. LEXIS 22903, at *9 (D. Del. Feb. 17, 2017); *Sanofi v. Glenmark Pharms. Inc.*, 2015 U.S. Dist. LEXIS 114406, at *7, 16-17 (D. Del. Aug. 28, 2015), *aff'd sub nom. Sanofi v. Watson Labs. Inc.*, 875 F.3d 636 (Fed. Cir. 2017); *Palmetto Pharms., LLC v. AstraZeneca Pharms., LP*, No. 2:11-807-SB, 2015 U.S. Dist. LEXIS 161710, at *10-14 (D.S.C. Nov. 30, 2015), *aff'd* 671 F. App'x 788, 789 (Fed. Cir. Dec. 9, 2016); *Pfizer Inc. v. Teva Pharms. USA, Inc.*, 803 F. Supp. 2d 397, 408-09 (E.D. Va. 2011); *Wyeth v. Mylan Pharms., Inc.*, No. 1:07CV91, 2009 U.S. Dist. LEXIS 43800, at *27-30 (N.D.W. Va. May 22, 2009); *Schering Corp. v. Glenmark Pharms., Inc.*, No. 07-1334, 2008 U.S. Dist. LEXIS 69880, at *26-30 (D. N.J. Sept. 16, 2008). Thus, claims 31-34 must be practiced with the intent of increasing survival, and the Board legally erred by failing to follow *Jansen* in construing those claims.

Mylan also argues incorrectly that Aventis's application of this intent element requires evidence of increased survival to practice the claims. Opp. at 25.

Mylan, however, confuses the scope of the claim with the evidence necessary to establish infringement or obviousness. For example, obviousness requires evidence showing that a POSA would have been motivated to combine the prior art teachings to practice the claimed methods with a reasonable expectation of success. *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig*., 676 F.3d 1063, 1068-69 (Fed. Cir. 2012). A preamble that limits the claims is part of the claimed invention and must be considered in an obviousness analysis. *See Sanofi v. Watson Labs. Inc.*, 875 F.3d at 647. Similarly, to prove infringement, Aventis would have to prove that the accused infringer carried out the claimed methods with the intent of increasing the survival of a patient.

Mylan attempts to limit the obviousness analysis to the steps of administering the claimed premedication, cabazitaxel, and prednisone to patients with DRmCRPC, without regard to how those drugs might impact patients. Opp. at 28-30. But, Mylan's position is belied by the Board's obviousness analysis of the original claims, which required at least a reasonable expectation of anti-cancer activity. Appx30. Since the claims have been amended to specifically include "increasing survival" in accordance with the *Jansen* line of cases, the obviousness analysis should be more demanding than for the original claims.

Finally, the analysis in *Sanofi v. Glenmark* is instructive. There, the preamble "decreasing the risk of cardiovascular hospitalization" was found

limiting and the claims were interpreted to have an intent requirement. *Sanofi v. Glenmark*, 2015 U.S. Dist. LEXIS 114406, at *6-7, *14-16, *aff'd sub nom. Sanofi v. Watson Labs. Inc.*, 875 F.3d 636 (Fed. Cir. 2017). To prove infringement, plaintiffs were thus required to prove that defendants induced physicians to practice the claimed methods with the intent of decreasing the risk of cardiovascular hospitalization. *Sanofi v. Watson Labs. Inc.*, 875 F.3d at 645. Likewise, defendants were required to prove a reasonable expectation that the drug in question would reduce the risk of cardiovascular hospitalization. *Id.* at 647. Thus, here, as in *Sanofi*, the reasonable expectation of success analysis should include the preamble and should consider whether a POSA would have had a reasonable expectation of increasing survival using the claimed methods. Therefore, the Board committed legal error by excluding "increasing survival" from its analysis of reasonable expectation of success.

## IV. THE PRIOR ART DID NOT PROVIDE A REASONABLE EXPECTATION OF INCREASED SURVIVAL USING THE CLAIMED METHODS

Citing *In re Montgomery* and *King Pharms.*, Mylan argues that increased survival is "inherent" and thus need not be taught in the prior art. Opp. at 41-42. This argument, however, assumes that the claimed methods were already in the prior art, which Mylan acknowledges they were not. Opp. at 56 n.4; Appx16339-

16340 (138:20-139:6). Thus, whether increasing survival is inherent to the claimed methods is irrelevant to obviousness here.

To support that a POSA would have had a reasonable expectation that cabazitaxel would increase survival, Mylan also relies on the TROPIC study's primary objective to assess overall survival. Opp. at 42-43. As explained in the principal brief, however, the mere fact that the TROPIC study was ongoing would not have provided a reasonable expectation that the study would succeed, particularly given the minimal available data regarding cabazitaxel (with none regarding survival) and the numerous failures of other prostate cancer therapies to increase survival in clinical studies despite demonstrated anti-cancer activity. PBr. at 7-16.

Contrary to Mylan's assertion (Opp. at 43), neither party's expert testified that "taxane therapies were expected to prolong life," an expectation that would have been particularly remote for the claimed patients who have developed resistance to taxane therapy. Dr. Sartor testified that he is able to tell his patients that cabazitaxel has "the potential to extend their life," but only because he now has the benefit of the TROPIC results included in the patent's specification.[4] Appx4985-4986 (115:12-116:2). Indeed, there is little dispute here that a POSA

[4] Dr. Sartor was asked to speak to "when you're administering cabazitaxel to someone today . . . ." In response to a follow-up question about what occurred in 2008, Dr. Sartor testified that he was "surprised, delighted, maybe a little shocked when the actual results [of TROPIC] came in." Appx4985-4986 (115:12-116:21).

could not have expected the TROPIC results before that study was complete. Appx15254-15255 (186:7-187:4) (Dr. Seth admitting that the TROPIC study was conducted to determine "ultimately what is better [as between cabazitaxel and mitoxantrone]"), Appx49 (Board finding that "the results of the TROPIC Study were unexpected enough to result in FDA fast-track approval").

Moreover, Dr. Seth's testimony that patients who enter a Phase III trial for mCRPC "intend to live longer and better as a result of the trial" (Appx5439) is incorrect. As a matter of simple logic, only half of the TROPIC study's patients would have been randomized to receive cabazitaxel, and, even for those patients who did receive cabazitaxel, there was at most only a "hope" not an expectation that cabazitaxel would work. Appx16232-16233 (31:9-32:20); *see also* PBr. at 44-46 (noting Dr. Seth's repeated testimony that a POSA would have merely hoped that cabazitaxel would increase survival prior to the results of TROPIC). The mere "hope" that a claimed method will work falls far short of reasonably expecting that it will succeed, and cannot support obviousness of a claimed invention. *Sanofi v. Glenmark Pharms. Inc.*, 204 F. Supp. 3d 665, 691-92 (D. Del. 2016).

As for proposed claim 34, Mylan offers no basis why a POSA would have had a reasonable expectation that a 20 mg/m$^2$ cabazitaxel dose would increase survival in patients with DRmCRPC, given the absence of prior art data showing the effect of this dose in those patients, and in light of Dr. Seth's critical

admissions that even ***after*** the TROPIC results were available, a POSA "most likely would not be able to think of giving a dose of 20 milligrams per meter squared," and "I don't think most oncologists would think 20 milligrams would work." Appx15140-15141 (72:17-73:2, 73:14-23).

Lastly, Mylan incorrectly asserts that "[t]he Board concluded that substantial evidence shows that a POSA would have had a reasonable expectation of prolonging life of a mCRPC patient who had progressed during or after treatment with docetaxel by administering 20-25 $mg/m^2$ cabazitaxel based on the disclosures of Winquist, the TROPIC Listing, Pivot, Mita, and Tannock." Opp. at 15. Mylan cites passages from the Board's decision which merely found that a POSA would have expected that administration of 20-25 $mg/m^2$ cabazitaxel would have "anti-cancer activity" in patients with DRmCRPC, which both experts agree ***does not*** translate into increased survival. Appx24-25, Appx30-32, Appx38, Appx15162 (94:7-16, Dr. Seth agreeing that there are no surrogates for overall survival), Appx16253 (52:14-16, Dr. Seth candidly admitting that "tumor response rates do not translate into overall survival"), Appx14968-14969.

## V. THE BOARD'S FINDING THAT A POSA WOULD HAVE BEEN MOTIVATED TO USE THE CLAIMED PREMEDICATION REGIMEN WITH CABAZITAXEL IS NOT SUPPORTED BY SUBSTANTIAL EVIDENCE

The methods of the proposed claims are directed to patients with mCRPC "that has progressed during or after treatment with docetaxel" and thus has become

docetaxel-resistant. Those patients therefore must have already received docetaxel therapy. Docetaxel is contraindicated in patients having a history of severe hypersensitivity reactions (HSRs) either to docetaxel or to other drugs formulated with polysorbate because of the increased risk of subsequent HSRs. Appx4347-4348. Therefore, a POSA would have understood that the patients described in the proposed claims tolerated docetaxel administration (having received enough docetaxel to become resistant) after receiving only the FDA-approved ***single-component*** premedication regimen of dexamethasone alone. Appx4347-4348, Appx15044-15045.

Mylan offers no credible explanation why a POSA administering cabazitaxel to such a patient would add two additional premedication drugs when it was understood that the risk of hypersensitivity reactions was ***undisputedly*** lower for cabazitaxel than for docetaxel. Appx15043-15044, Appx15183 (115:11-19). Mylan argues only that the claimed premedication regimen "was known," having been used with Taxol® and in older studies with docetaxel. Opp. at 47-48. But knowledge alone cannot provide motivation, and any finding of motivation must be supported by specific evidence of the same. *See PersonalWeb Techs., LLC v. Apple Inc.*, 848 F.3d 987, 993-94 (Fed. Cir. 2017). Indeed, the evidence here does not support a motivation to use the claimed regimen, given that: (1) cabazitaxel is not formulated with Cremophor, which necessitates use of the three-drug

premedication for Taxol®; (2) the three-drug premedication of the older docetaxel studies had long been superseded by the single-drug regimen found in the FDA label for docetaxel; and (3) prior art studies of cabazitaxel itself taught that ***no premedication*** would be needed.  PBr. at 16-19, 48-58.

Indeed, a POSA would have understood as of January 2010 that the incidence of HSRs associated with cabazitaxel was far less than those observed with docetaxel.  Mylan disputes this point based on (i) hindsight reliance on Pivot, the only cabazitaxel prior art study reporting an incidence of severe HSRs, and (ii) Dr. Sartor's testimony, which Mylan contends suggests that the incidence of HSRs in Pivot would have motivated a POSA to employ the claimed premedication regimen.  Opp. at 45-46.  In particular, Mylan cites Dr. Sartor's testimony that "4 percent of people with a bad hypersensitivity is a crazy high number, scares the hell out of me."  However, as explained in Aventis's principal brief, Dr. Sartor used the term "bad hypersensitivity" reaction to mean patients who are about to die (i.e., grade 4 HSR).  PBr. at 50; Appx5086 (216:15-19).  And, only ***a single patient*** in Pivot had such a "bad hypersensitivity" reaction, which is 1%, not 4% of patients.  Appx4217, Appx5433-5434, Appx10514 (543:11-20).  Indeed, the Pivot authors characterized the incidence of grade 3 or higher HSRs as "rare."  Appx4217.

Any purported relevance of the Pivot data here is further undermined by the

three other prior art cabazitaxel studies, which reported ***no severe HSRs*** even though patients received no premedication, or, at most, received only a single (antihistamine) premedication. Appx4228, Appx14666-14667, Appx15914, Appx10467 (496:1-19), Appx10507 (536:4-22), Appx10509-10510 (538:1-539:10). Thus, while the Hudis reference noted that "[f]requent HSR ***may warrant*** prophylactic premedication," a POSA would not have applied that suggestion to cabazitaxel based on the "rare" occurrence of associated HSRs. Appx5625 (emphasis added), Appx4217.

Also, now, without any evidentiary support, Mylan asserts that patients in the Mita study received premedication treatment. Opp. at 56-57. But this is simply false. Mita was explicitly designed in part to determine whether premedication was required. Appx4225. And, while Mita did not prohibit the use of premedication after the initial cycle, no HSRs were observed and, therefore, premedication ***was not needed*** for any of the 25 Mita patients in any cycle of administration. Appx4228, Appx4230, Appx16381-16382. Moreover, even if Mylan were correct that the Mita patients received premedication, that would serve to undermine the basic premise of Mylan's case that the use of premedication was obvious (i.e., that despite the presence of HSRs and consequent use of premedication, the Mita authors still concluded that "[cabazitaxel] administration does not require premedication"). Appx4230. In light of Mita's conclusion that no

premedication was needed, and given the rare incidence of severe HSRs (i.e., a single patient out of 137 patients treated with cabazitaxel across four studies), the Board's finding that a POSA would have employed a premedication regimen that was more complicated than the one used with docetaxel, is unsupported by substantial evidence. Appx4216, Appx4226, Appx14666-14667, Appx15914. This is especially true given the knowledge a POSA would have had that premedication can exacerbate the side effects of chemotherapy. PBr. at 60; Appx15944, Appx15953.

Mylan relies in error on Dr. Sartor's testimony that "when we administer an agent known to be associated with hypersensitivity reactions, if there's a method to help control those, then we use that." Opp. at 47. In this testimony, Dr. Sartor was explaining his use of the claimed premedication regimen after both the TROPIC study results and the FDA-approved labeling for cabazitaxel became available. Appx5081 (211:5-14). In other words, the premedication "method" Dr. Sartor described is the one first disclosed in the '592 patent itself, based on the TROPIC study. But the issue here is not how Dr. Sartor currently administers cabazitaxel, but rather whether a POSA would have been motivated to employ such a regimen prior to the TROPIC study. As Mylan's Dr. Seth admitted, at the time of the invention, if a POSA used any premedication with cabazitaxel at all, that premedication would have been the single-component dexamethasone

premedication for docetaxel.  Appx15186-15187 (118:13-119:5, "I feel as a POSA in 2009, before TROPIC, . . . most of my colleagues would premedicate before administration of cabazitaxel, similar to how we would premedicate before docetaxel . . . . I believe POSAs would use the same premedication on docetaxel in cabazitaxel before TROPIC came out.").

Although Takenaka discloses use of the three-component Taxol® premedication regimen, a POSA would have considered that disclosure of minimal relevance, since the FDA had determined that dexamethasone alone was safe to use as a single premedication with higher docetaxel doses than those used by Takenaka.  Appx4347.  Takenaka did not recommend use of the described experimental method, and there is no evidence that it was used again.  Appx5614. Also, contrary to Mylan's assertion (Opp. at 55), the docetaxel dose disclosed in Takenaka is not "about the same" as the cabazitaxel doses in the proposed claims, but rather is up to 50% higher than the claimed doses.  Appx5614.

Mylan mischaracterizes Dr. Seth's testimony, asserting that he was trained to use the claimed premedication regimen for docetaxel and continues to do so in his practice today.  Opp. at 49.  But Dr. Seth testified unequivocally that "[t]he specific premedication we use for the docetaxel chemotherapy is dexamethasone" and "before TROPIC came out and the product information of cabazitaxel came out" a POSA would use that same single-component dexamethasone

premedication.  Appx15181 (113:2-15), Appx15186-15187 (118:13-119:5).  In his cited testimony, Dr. Seth noted only that he was made aware of the claimed three-component medication regimen during his residency.  Opp. at 49; Appx16329-16330 (128:8-129:3).  Again, that a POSA was aware of the claimed premedication regimen is insufficient to render the claims obvious; there must be actual evidence supporting a motivation to use that therapy.  *PersonalWeb Techs.*, 848 F.3d at 993-94.

Mylan also wrongly asserts that Dr. Sartor admitted that the claimed premedication regimen "was known to be safe."  Opp. at 52.  To the contrary, Dr. Sartor merely disagreed that the premedication components in general were "extremely risky."  Appx5087 (217:20-22).  Plainly, "safe" and not "extremely risky" are not one and the same.  Moreover, while $H_2$ antagonists may not be dangerous to a healthy patient population, chemotherapy patients with compromised immune systems who are treated with $H_2$ antagonists are at risk of developing hand and foot disease, a painful condition for which there is no proven effective treatment.  Appx15943-15944, Appx15949, Appx15953, Appx15046-15048.  Thus, contrary to Mylan's assertion (Opp. at 50-51), the claimed premedication regimen was not understood to "be a better option for controlling HSRs and related side effects" than dexamethasone alone, the regimen for docetaxel.  Rather, the claimed regimen was known to be a worse option because it

is less convenient and could cause side effects, such as hand and foot disease associated with the $H_2$ antagonists.   Appx15953, Appx4230.   Mylan fails to address this teaching away from the claimed regimen, and thus cannot credibly assert that a POSA would have been motivated to use that regimen in light of the known "significant administration and convenience advantages" of avoiding it. Appx4230.

Mylan also asserts that $H_2$ antagonists "were commonly prescribed" to offset vomiting and nausea, but cites not a single prior art reference supporting that assertion.  Opp. at 46.  As explained by Dr. Seth, in light of the results of Pivot, a POSA would have expected nausea and vomiting to be more significant problems for docetaxel than for cabazitaxel.   Appx16274 (73:2-15).   Yet, $H_2$ antagonists were not included in the FDA-approved method of administering docetaxel. Mylan also wrongly suggests that the premedication regimen in Trudeau was administered to treat nausea and vomiting in addition to HSRs.  Opp. at 48.  To the contrary, the Trudeau authors note that "[n]o routine antiemetics were prescribed" despite nausea (65%) and vomiting (35%) occurring at twice the frequency observed in Pivot (32% and 18% respectively).  Appx5619, Appx5621, Appx4217.

Lastly, Mylan fails to address Dr. Seth's admission that a POSA who believed nausea and vomiting to be problems associated with cabazitaxel would not choose to administer an $H_2$ antagonist, but rather would use one among a

number of newer, more effective antiemetic compounds that were known in January 2010.   Appx15195 (127:17-23), Appx16322-16323 (121:8-121:3); *see also* Appx5602.   Thus, even if there was evidence that nausea and vomiting were known problems associated with cabazitaxel, Mylan's expert conceded that premedication with an $H_2$ antagonist would not have been the obvious solution.

## VI.   AVENTIS IS ENTITLED TO THE BENEFIT OF *AQUA PRODUCTS*

As explained in the principal brief, if this Court does not reverse the Board's finding of unpatentability of claims 31-34, this case should be remanded in view of the *Aqua Products* decision for consideration under the proper burden of proof. PBr. at 62-63.   Mylan argues against a remand on grounds that Aventis appealed to this Court before requesting Board rehearing and thereby failed to "exhaust[ ] all administrative remedies."   Opp. at 58.   But a party is not required to request rehearing before filing a notice of appeal.   35 U.S.C. § 141(c) unconditionally allows a party "who is dissatisfied with the final written decision of the Patent Trial and Appeal Board . . . [to] appeal the Board's decision."   *In re Magnum Oil Tools Int'l, Ltd.*, 829 F.3d 1364, 1377 (Fed. Cir. 2016) ("Nowhere does the statute . . . require that the party first file a request for rehearing before the Board . . . . [A] party who is dissatisfied . . . can elect to directly appeal that decision.").

Moreover, a request for rehearing is not a proper means to address the impact of *Aqua Products* on this case. Rehearing requests must "specifically identify all matters the party believes the Board ***misapprehended*** or ***overlooked***," and should not include the impact of changes in the law. 37 C.F.R. § 42.71(d) (emphasis added). In fact, the Board has previously denied permission to request rehearing based on new case law. *Westlake Servs., LLC v. Credit Acceptance Corp.*, CBM2014-00008, Paper 40 at 3 (P.T.A.B. July 1, 2014) ("Petitioner has not explained sufficiently how we could have overlooked or misapprehended anything based on the *Alice* decision, when that decision was issued after our decision."). Therefore, Aventis chose not to request rehearing to allow all legal errors in the Final Written Decision to be corrected together on appeal, including the Board's construction of the preamble of claim 31. Notably, upon remand, the Board would have the benefit of this Court's claim construction analysis and guidance.

Alternatively, Mylan argues that the Board's analysis under pre-*Aqua Products* law was harmless error because the Board effectively placed the burden of proof on Mylan. Opp. at 58-60. But Mylan is wrong. While the Board referenced Mylan's opposition to Aventis's contingent motion to amend, the Board explicitly placed the burden of proof on Aventis. Appx80, Appx83 ("Patent Owner has not proved by a preponderance of the evidence that proposed substitute claims 31–34 are patentable."). Under *Aqua Products*, this was not harmless error.

In fact, this Court has remanded a denial of a motion to amend under similar circumstances, thereby rejecting the premise that only harmless error had occurred. *Bosch Auto Serv. Solutions, LLC v. Matal*, 878 F.3d 1027, 1040-41 (Fed. Cir. 2017).

## CONCLUSION

For the foregoing reasons, this Court should vacate the Board's claim construction and construe the preamble of claims 31-34 as limiting such that the claims require that the methods be performed with the intent of prolonging a patient's life as compared to no treatment or palliative treatment. And, because the prior art does not provide such a reasonable expectation of increasing survival, the Board's decision that the claimed methods are obvious should be reversed.

This Court also should either reverse the Board's decision on grounds that its findings as to the premedication limitations were not supported by substantial evidence, or should remand for further proceedings applying the proper burden of proof.

Respectfully submitted,

Date: May 18, 2018

*/s/ William E. Solander*

WILLIAM E. SOLANDER
DANIEL J. MINION
DOMINICK A. CONDE
WHITNEY L. MEIER
KATHERINE E. ADAMS
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

*Attorneys for Appellant*

# PROOF OF SERVICE

The undersigned counsel for Appellants certifies that, on May 18, 2018, the **REPLY BRIEF FOR APPELLANT** was caused to be filed via CM/ECF with:

Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

The undersigned also certifies that, on May 18, 2018, a true and correct copy of the **REPLY BRIEF FOR APPELLANT** was caused to be served on counsel of record via CM/ECF and electronic mail.

Dated: May 18, 2018

*/s/ William E. Solander*

WILLIAM E. SOLANDER
DANIEL J. MINION
DOMINICK A. CONDE
WHITNEY L. MEIER
KATHERINE E. ADAMS
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

*Attorneys for Appellant*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME, TYPE-FACE, AND TYPE-STYLE REQUIREMENTS**

The undersigned counsel for Appellant hereby certifies that this brief by Appellant complies with the type-volume limitation of Fed. Cir. Rule 32(a). This brief contains 6652 words, excluding portions exempted by Fed. R. App. P. 32(f) and Fed. Cir. Rule 32(b). The undersigned counsel also certifies that this brief complies with the type-face requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6). The brief was prepared in Microsoft Word 2010 using a proportional 14-point Times New Roman type-face.

Dated: May 18, 2018

*/s/ William E. Solander*

WILLIAM E. SOLANDER
DANIEL J. MINION
DOMINICK A. CONDE
WHITNEY L. MEIER
KATHERINE E. ADAMS
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100

*Attorneys for Appellant*