IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and<br>SANOFI MATURE IP,<br><br>    Plaintiffs,<br><br>  v.<br><br>APOTEX CORP., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-804 (RGA)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>) |

## CLAIM CONSTRUCTION ORDER

Having considered the parties' submissions and oral argument, and for the reasons in the Court's Memorandum Opinion (D.I. 286),

IT IS ORDERED that the following terms in claim 31 of U.S. Patent No. 8,927,592 are construed as set forth below:

| Term | Construction |
|---|---|
| "castration resistant or hormone refractory, metastatic prostate cancer that has progressed during or after treatment with docetaxel" | castration resistant metastatic prostate cancer that has worsened during or after treatment with docetaxel[1] |
| "A method of increasing survival . . . to a patient in need thereof" | A method of increasing survival with the intentional purpose of increasing such survival in an individual patient in need of such a method of increasing survival[2] |
| "increasing survival" | increasing any of:<br>• overall survival,<br>• tumor progression-free survival,<br>• pain progression-free survival, or<br>• prostate specific antigen (PSA) progression-free survival |

---

[1,2] The parties agreed upon the construction for these terms. *See* D.I. 274, Joint Claim Construction Brief at 8.

|  | as compared to any other treatment that may be available to the patient (including no treatment)[3] |
|---|---|

Date:_____          _____
                                                      United States District Judge

---

[3] This construction of "increasing survival" also applies to the use of this term in the asserted claims of U.S. Patent Nos. 10,583,110 and 10,716,777.