IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and SANOFI MATURE IP, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX CORP., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 20-804 (RGA) <br> CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Supplemental Infringement Report of Peter S. Nelson, M.D. for Sandoz Inc. as to U.S. Patent Nos. 10,716,777 And 10,583,110* were caused to be served on October 3, 2022, upon the following in the manner indicated:

Dominick T. Gattuso, Esquire                                    *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
*Attorneys for Defendant Sandoz Inc.*

Daryl L. Wiesen, Esquire                                           *VIA ELECTRONIC MAIL*
Emily Rapalino, Esquire
Kevin J. DeJong, Esquire
Tara R. Melillo, Esquire
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
*Attorneys for Defendant Sandoz Inc.*

Tiffany Mahmood, Esquire                                       *VIA ELECTRONIC MAIL*
Autumn Soucy, Esquire
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY  10018
*Attorneys for Defendant Sandoz Inc.*

Laura A. Lydigsen, Esquire  
Mark H. Remus, Esquire  
Joshua James, Esquire  
CROWELL & MORING  
455 North Cityfront Plaza Dr., Suite 3600  
Chicago, IL  60611-5599  
*Attorneys for Defendant Sandoz Inc.*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Jack B. Blumenfeld (#1014)  
Derek J. Fahnestock (#4705)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Sanofi-Aventis LLC and Sanofi Mature IP*

OF COUNSEL:

William E. Solander  
Daniel J. Minion  
Whitney Meier Howard  
Katherine E. Adams  
VENABLE LLP  
1270 Avenue of the Americas, 24th Floor  
New York, NY  10020  
(212) 307-5500

October 3, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 3, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendant Sandoz Inc.* | *VIA ELECTRONIC MAIL* |
| Daryl L. Wiesen, Esquire<br>Emily Rapalino, Esquire<br>Kevin J. DeJong, Esquire<br>Tara R. Melillo, Esquire<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>*Attorneys for Defendant Sandoz Inc.* | *VIA ELECTRONIC MAIL* |
| Tiffany Mahmood, Esquire<br>Autumn Soucy, Esquire<br>GOODWIN PROCTER LLP<br>620 Eighth Avenue<br>New York, NY  10018<br>*Attorneys for Defendan Sandoz Inc.* | *VIA ELECTRONIC MAIL* |
| | *VIA ELECTRONIC MAIL* |

Laura A. Lydigsen, Esquire

Mark H. Remus, Esquire
Joshua James, Esquire
CROWELL & MORING
455 North Cityfront Plaza Dr., Suite 3600
Chicago, IL  60611-5599
*Attorneys for Defendant Sandoz Inc.*

                                                 */s/ Derek J. Fahnestock*
                                                 Derek J. Fahnestock (#4705)