IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC and<br>SANOFI MATURE IP,<br><br>        Plaintiffs,<br><br>    v.<br><br>APOTEX CORP., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-804 (RGA)<br>) CONSOLIDATED<br>)<br>)<br>) |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiffs Sanofi-Aventis U.S. LLC and Sanofi Mature IP (collectively, "Plaintiffs") and Defendants Apotex Corp. and Apotex Inc. (collectively, "Apotex") through their undersigned counsel of record, hereby agree and stipulate to the entry of the following:

1. Each of Plaintiffs' claims against Apotex with respect to the patents-in-suit is hereby dismissed with prejudice.

2. Each of Apotex's counterclaims with respect to the patents-in-suit is hereby dismissed with prejudice.

3. Plaintiffs and Apotex are each to bear their own costs.

4. The Court retains jurisdiction to enforce this Order and the terms of the parties' settlement agreement.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, MCLAUGHLIN, & HALL, P.A. |
| /s/ *Derek J. Fahnestock* | /s/ *Megan C. Haney* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>dfahnestock@morrisnichols.com | John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com |
| OF COUNSEL:<br><br>William E. Solander<br>Daniel J. Minion<br>Whitney Meier Howard<br>Katherine E. Adams<br>VENABLE LLP<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>(212) 307-5500<br>wsolander@venable.com<br>dminion@venable.com<br>wmhoward@venable.com<br>keadams@venable.com<br><br>*Attorneys for Plaintiffs Sanofi-Aventis U.S. LLC and Sanofi Mature IP* | OF COUNSEL:<br><br>Andrew M. Alul<br>Richard R. Ruzich<br>Stephen R. Auten<br>Roshan P. Shrestha<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601-3713<br>aalul@taftlaw.com<br>rruzich@taftlaw.com<br>sauten@taftlaw.com<br>rshrestha@taftlaw.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* |

November 17, 2022

**SO ORDERED:**

This  17th  day of   November  , 2022.

                                          /s/ Richard G. Andrews
                                          The Honorable Richard G. Andrews,
                                          United States District Court Judge